

Alpha Natural Resources, Inc., et al.
c/o KCC
2335 Alaska Avenue,
El Segundo, CA  90245



RICHMOND DIVISION
FILED
SEP - 1 2015
CLERK
U.S. BANKRUPTCY COURT

Re: Title of Action: **Alpha Natural Resources, Inc., et al., Debtors // To: Paypal, Inc.**
    Entity Served: **PAYPAL, INC.**
    Received Date: **08/24/2015**
    Case/Docket Number: **1533896KRH**

**Dear Sir/Madam,**

**NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:**
[ ] NRAI Resigned as Agent with the State Authority on .
[ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
[ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
[ ] NRAI can find no record of the entity being listed with the State Authority.
[ ] Method of Service is unacceptable – .
[ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of
    the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to
    send to all parties being served.
[X] Other Agent listed with the State Authority.
[ ] The registered agent's authority to receive service has been revoked.
[ ] NRAI is unable to locate a viable address for the entity being served. All addresses on record have been attempted.
    NRAI takes no position as to the validity of the service. We are merely stating that after reasonable efforts,
    we do not have any address to which to forward the papers.
[ ] Other :
**Therefore, the legal documents served are being returned to you for the above stated reason(s).**

Very truly yours,

NRAI Services, LLC

Transmittal #  527688341

Enclosures

cc: Eastern District of Virginia - U.S. Bankruptcy Court - Richmond Division
    Clerk of the Court,
    701 East Broad Street, Suite 4000,
    Richmond, VA  23219