IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Alpha Natural Resources, Inc., et al.,

Debtors.

Chapter 11

Case No. 15-33896 (KRH)

(Jointly Administered)

RICHMOND DIVISION
FILED
SEP - 4 2015
CLERK U.S. BANKRUPTCY COURT

## NOTICE OF SUBSTANTIAL EQUITYHOLDER STATUS

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **[Name of Equityholder]** is/has become a Substantial Equityholder[1] with respect to the common stock (the "Common Stock") in Alpha Natural Resources, Inc. ("ANR"), a debtor in Case No. 15-33896, pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "Court").

2. As of  Sept 1 , 2015, **[Name of Equityholder]** Beneficially Owns  100  shares of the Common Stock of ANR. The following table sets forth the date(s) on which **[Name of Equityholder]** acquired or otherwise became the Beneficial Owner of such Common Stock:

---

[1] For purposes of this Notice: (A) a "Substantial Equityholder" is any person or entity that Beneficially Owns (as defined below) at least 10,013,004 shares (representing approximately 4.5% of the 222,511,210 issued and outstanding shares) of ANR (as defined below); (B) "Beneficial Ownership" of equity securities shall be determined in accordance with applicable rules under section 382 of the Internal Revenue Code of 1986, as amended, and the regulations promulgated thereunder and shall include (i) direct and indirect ownership (e.g., a holding company would be considered to Beneficially Own all shares owned or acquired by its subsidiaries), (ii) ownership by such holder's family members and persons or entities acting in concert with such holder to make a coordinated acquisition of stock and (iii) ownership of Options (as defined below) to acquire stock; and (C) an "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, exchangeable shares, put, stock subject to risk of forfeiture, contract to acquire stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

| NUMBER OF SHARES OF COMMON STOCK | DATE ACQUIRED |
|---|---|
| 100 | 04/06/2010 |
| | |
| | |
| | |

(Attach additional page if necessary)

3. The last four digits of the taxpayer identification number of **[Name of Equityholder]** are  6 4 9 5.

4. Under penalty of perjury, **[Name of Equityholder]** hereby declares that it has examined this Notice and accompanying attachments (if any) and, to the best of its knowledge and belief, this Notice and any attachments that purport to be part of this Notice are true, correct and complete.

5. Pursuant to the **[Interim/Final]** Order establishing the Equity Transfer Procedures (as defined in the **[Interim/Final]** Order), this Notice is being (a) filed with the Court and (b) served upon: (i) the Debtors, c/o Alpha Natural Resources, Inc., One Alpha Place, P.O. Box 16429, Bristol, Virginia 24209 (Attn: Richard H. Verheij, Esq., General Counsel); (ii) Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114 (Attn: Carl E. Black, Esq. and Thomas A. Wilson, Esq.); and (iii) Hunton & Williams LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, Virginia 23219 (Attn: Tyler P. Brown, Esq.).

Respectfully submitted,

_Albert C. Smith_
(Name of Equityholder)

By: ALBERT C. SMITH

Name: ALBERT C. SMITH

Title: Equity Holder

Address: P.O. Box 782

   LOS ALTOS, CA

   94023

Telephone: _____

Facsimile: _____

Date: Sept. 1, 2015