**Thomas Ward**
1325 Bolton Street
Baltimore, Maryland 21217
410-669-8154

RICHMOND DIVISION
FILED
SEP - 3 2015
CLERK
U.S. BANKRUPTCY COURT

1 Sept., 2015

Case No 15-33896 KRH
Doc. 160

Dear Clerk:

I received notice of filing in the above case the bankruptcy of Alpha Natural Resources, Inc., et al.

I have a long term lease for minerals with Alpha coming down thru mergers since I believe 1965. My name is not listed as a debtor attached to the notice I received.

I am a creditor because of annual payments due under the coal lease.

Please record my answer.

Thomas Ward

I hereby certify that I have copied this to David G Heiman at North Point, 901 Lakeside Ave, Cleveland, Ohio 44114, and to

Tyler P. Brown, et al, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, Virginia 23219

Thomas Ward, in persona
1225 Bolton Street
Baltimore, Md. 21217
410-669-8154