| | |
|---|---|
| JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>David G. Heiman (admitted *pro hac vice*)<br>Carl E. Black (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*) | HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218<br>Tyler P. Brown (VSB No. 28072)<br>J.R. Smith (VSB No. 41913)<br>Henry P. (Toby) Long, III (VSB No. 75134)<br>Justin F. Paget (VSB No. 77979) |

*Attorneys for Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Alpha Natural Resources, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-33896 (KRH)<br><br>(Jointly Administered) |

**FINAL ORDER, PURSUANT TO SECTIONS 105 AND 107 OF**
**THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018,**
**AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT F**
**TO THE DEBTORS' MOTION TO OBTAIN POSTPETITION FINANCING**

This matter coming before the Court on the *Motion of the Debtors Pursuant to Sections 105 and 107 of the Bankruptcy Code and Bankruptcy Rule 9018, to File Under Seal Exhibit F to the Debtors' Motion to Obtain Postpetition Financing* (Docket No. 30) (the "Motion"),[1] filed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"); the United States Trustee having filed an objection to the Motion (Docket No. 142) (the "Objection"); the Court being informed that the Objection was resolved;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

NAI-1500471934v3

the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at an interim and a final hearing before the Court (together, the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iii) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby GRANTED on a final basis as set forth herein.

2. The Debtors are authorized to file the Fee Letter under seal and provide copies of the Fee Letter to the Court for in camera review. The Debtors also are authorized to provide copies of the Fee Letter to legal and financial advisors of any official committee appointed in the Debtors' bankruptcy cases on a "professionals' eyes only" basis.

3. Any hearing regarding the DIP Motion shall be conducted in camera if and to the extent that the substance of the Fee Letter must be discussed.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Final Order.

5. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived to the extent applicable.

6. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Final Order.

Dated: Sep 17 2015, 2015
Richmond, Virginia

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:9/17/15

WE ASK FOR THIS:

Respectfully submitted,

/s/ Henry P. (Toby) Long, III
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

and

David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Counsel to the Debtors
and Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/  Henry P. (Toby) Long