| | |
|---|---|
| JONES DAY | HUNTON & WILLIAMS LLP |
| North Point | Riverfront Plaza, East Tower |
| 901 Lakeside Avenue | 951 East Byrd Street |
| Cleveland, Ohio  44114 | Richmond, Virginia  23219 |
| Telephone:  (216) 586-3939 | Telephone:  (804) 788-8200 |
| Facsimile:  (216) 579-0212 | Facsimile:  (804) 788-8218 |
| David G. Heiman (admitted *pro hac vice*) | Tyler P. Brown (VSB No. 28072) |
| Carl E. Black (admitted *pro hac vice*) | J.R. Smith (VSB No. 41913) |
| Thomas A. Wilson (admitted *pro hac vice*) | Henry P. (Toby) Long, III (VSB No. 75134) |
| | Justin F. Paget (VSB No. 77949) |

*Attorneys for Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., <u>et al.</u>, | Case No. 15-33896 (KRH) |
| Debtors. | (Jointly Administered) |

**SUMMARY FEE APPLICATION
COVER SHEET FOR FIRST INTERIM APPLICATION OF
JONES DAY, COUNSEL FOR THE DEBTORS, FOR ALLOWANCE
OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
<u>INCURRED FOR THE PERIOD AUGUST 3, 2015 THROUGH OCTOBER 31, 2015</u>**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Name of Client: | Alpha Natural Resources, Inc., *et al.* |
| Time Period Covered by Application: | August 3, 2015 through October 31, 2015 |
| Total Compensation Sought This Period: | $4,416,682.50 |
| Total Expenses Sought This Period: | $59,134.07 |
| Petition Date: | August 3, 2015 |
| Retention Date: | September 17, 2015, effective as of August 3, 2015 |
| Date of Order Approving Employment: | September 17, 2015 |
| Total Compensation Previously Requested: | N/A |
| Total Expenses Previously Requested: | N/A |
| Total Compensation Approved by Interim Order to Date: | N/A |
| Total Expenses Approved by Interim Order to Date: | N/A |
| Total Allowed Compensation Paid to Date: | N/A |
| Total Allowed Expenses Paid to Date: | N/A |
| Blended Rate in this Application for All Attorneys: | $671.62 |
| Blended Rate in this Application for All Paraprofessionals: | $200.00 |
| Blended Rate in this Application for All Timekeepers: | $659.21 |
| Compensation Sought in This Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $1,255,063.25 |
| Expenses Sought in This Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $8,286.76 |
| Number of Professionals Included in This Application: | 38 |
| If Applicable, Number of Professionals in This Application Not Included in Staffing Plan Approved by Client: | August 3, 2015 to August 31, 2015:          5<br>September 1, 2015 to September 30, 2015:   14<br>October 1, 2015 to October 31, 2015:        10 |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for This Application Period: | $(83,317.50) |
| Number of Professionals Billing Fewer Than 15 Hours to the Case During This Period: | 3 |
| Are Any Rates Higher Than Those Approved or Disclosed at Retention? If yes, Calculate the Amount of Compensation Attributable to Any Rate Increase: | No |

This is a(n): ___ monthly __X__ interim ___ final application

Date of this Interim Application: December 15, 2015

Additional summaries and disclosures follow and are incorporated into the Cover Sheet for this Application.

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS INCLUDED IN THIS FEE APPLICATION**

**August 3, 2015 - October 31, 2015**

| Name | Title/Position | Dept/Group | Bar Year | Fees Billed[1] | Hours Billed | Hourly Rate Billed in this Application |
|---|---|---|---|---|---|---|
| BRETT BARRAGATE | PARTNER | BANKING & FINANCE | 1996 | 38,122.50 | 39.10 | 975.00 |
| DAVID BIRNBAUM | PARTNER | LABOR & EMPLOYMENT | 2005 | 42,490.00 | 60.70 | 700.00 |
| CARL BLACK | PARTNER | BUSINESS RESTRUCTURING & REORGANIZATION | 1998 | 525,810.00 | 675.70 | 850.00 |
| BRIAN EASLEY | PARTNER | LABOR & EMPLOYMENT | 1990 | 73,040.00 | 97.50 | 800.00 |
| JEFFREY ELLMAN | PARTNER | BUSINESS RESTRUCTURING & REORGANIZATION | 1991 | 693,595.00 | 741.80 | 950.00 |
| ROBERT GAFFEY | PARTNER | SECURITIES LITIGATION & SEC ENFORCEMENT | 1982 | 68,640.00 | 70.40 | 975.00 |
| DANIEL HAGEN | PARTNER | EMPLOYEE BENEFITS & EXEC COMPENSATION | 1980 | 82,510.00 | 89.20 | 925.00 |
| DAVID HEIMAN | PARTNER | BUSINESS RESTRUCTURING & REORGANIZATION | 1970 | 329,160.00 | 310.80 | 1,200.00 |
| WILLIAM HINE | PARTNER | BUSINESS & TORT LITIGATION | 1995 | 47,685.00 | 56.10 | 850.00 |
| KEVIN HOLEWINSKI | PARTNER | GOVERNMENT REGULATION | 1987 | 240,487.50 | 291.50 | 825.00 |
| JOHN KANE | PARTNER | MERGERS & ACQUISITIONS | 1991 | 25,622.50 | 27.70 | 925.00 |
| COLLEEN LADUZINSKI | PARTNER | TAX | 2000 | 19,465.00 | 22.90 | 850.00 |
| JOHN MAZEY | PARTNER | BANKING & FINANCE | 1998 | 123,540.00 | 174.40 | 725.00 |
| LOCKE MCMURRAY | PARTNER | FINANCIAL INST LITIGATION &REGULATION | 1989 | 5,760.00 | 6.40 | 900.00 |
| MICHAEL PLATT | PARTNER | BUSINESS & TORT LITIGATION | 2003 | 39,386.25 | 62.70 | 675.00 |
| ROBERT PROFUSEK | PARTNER | MERGERS & ACQUISITIONS | 1975 | 11,970.00 | 11.40 | 1,050.00 |
| THOMAS WILSON | PARTNER | BUSINESS RESTRUCTURING & REORGANIZATION | 2003 | 431,375.00 | 624.20 | 700.00 |
| | | | | **2,798,658.75** | **3,362.50** | |
| ROBERT HAMILTON | OF COUNSEL | BUSINESS RESTRUCTURING & REORGANIZATION | 1984 | 85,552.50 | 121.00 | 825.00 |
| | | | | **85,552.50** | **121.00** | |
| DANIELLE BARAV-JOHNSON | ASSOCIATE | BUSINESS RESTRUCTURING & REORGANIZATION | 2014 | 124,637.50 | 383.50 | 325.00 |
| BENJAMIN COLEMAN | ASSOCIATE | LABOR & EMPLOYMENT | 2010 | 25,412.50 | 53.50 | 475.00 |
| DIANA DEFINO | ASSOCIATE | NEW LAWYERS GROUP | 2014 | 6,540.00 | 21.80 | 300.00 |
| MIGUEL EATON | ASSOCIATE | EMPLOYEE BENEFITS & EXEC COMPENSATION | 2006 | 45,220.00 | 64.60 | 700.00 |
| JONATHAN EDEL | ASSOCIATE | BUSINESS RESTRUCTURING & REORGANIZATION | 2013 | 21,027.50 | 64.70 | 325.00 |
| SARAH EFRONSON | ASSOCIATE | SECURITIES LITIGATION & SEC ENFORCEMENT | 2013 | 12,825.00 | 28.50 | 450.00 |
| DANIELLA EINIK | ASSOCIATE | GOVERNMENT REGULATION | 2010 | 150,937.50 | 287.50 | 525.00 |
| GENNA GHAUL | ASSOCIATE | BUSINESS RESTRUCTURING & REORGANIZATION | 2013 | 45,315.00 | 100.70 | 450.00 |
| PAUL GREEN | ASSOCIATE | BUSINESS RESTRUCTURING & REORGANIZATION | 2007 | 139,265.00 | 242.20 | 575.00 |
| DAVID HALL | ASSOCIATE | BANKING & FINANCE | 2007 | 110,156.25 | 176.25 | 625.00 |
| ELIZABETH HERRON | ASSOCIATE | EMPLOYEE BENEFITS & EXEC COMPENSATION | 2014 | 33,480.00 | 111.60 | 300.00 |
| NATHAN HOEPPNER | ASSOCIATE | BANKING & FINANCE | 2010 | 61,275.00 | 129.00 | 475.00 |
| BENJAMIN JACOBS | ASSOCIATE | TAX | 2013 | 17,100.00 | 38.00 | 450.00 |
| JOHANES MALIZA | ASSOCIATE | BUSINESS & TORT LITIGATION | 2010 | 33,360.00 | 83.40 | 400.00 |
| DANIEL MERRETT | ASSOCIATE | BUSINESS RESTRUCTURING & REORGANIZATION | 2007 | 365,375.00 | 590.70 | 625.00 |
| SUSAN PREWITT | ASSOCIATE | EMPLOYEE BENEFITS & EXEC COMPENSATION | 2005 | 62,810.00 | 114.20 | 550.00 |
| DENNIS RIMKUNAS | ASSOCIATE | TAX | 2004 | 10,540.00 | 13.60 | 775.00 |
| SAMANTHA WOO | ASSOCIATE | LABOR & EMPLOYMENT | 2012 | 10,455.00 | 24.60 | 425.00 |
| OLIVER ZELTNER | ASSOCIATE | BUSINESS RESTRUCTURING & REORGANIZATION | 2012 | 256,100.00 | 643.30 | 400.00 |
| | | | | **1,531,831.25** | **3,171.65** | |
| MONIKA BARRIOS | PARALEGAL | CAPITAL MARKETS | | 640.00 | 3.20 | 200.00 |
| | | | | **640.00** | **3.20** | |
| | | | | **4,416,682.50** | **6,658.35** | |

[1]Fees Billed reflects discount of 50% for Non-Working Travel time.

| | |
|---|---|
| Case Name and Number:  Alpha Natural Resources, Inc., *et. al.* , Case No. 15-33896 (KRH) | |
| Applicant's Name:  Jones Day | |
| Date of Application:  December 15, 2015 | |
| Interim or Final:  Interim | |

## COMPARABLE AND CUSTOMARY COMPENSATION DISCLOSURES

| CATEGORY OF TIMEKEEPER | TOTAL HOURS | TOTAL FEES | BLENDED HOURLY RATE BILLED THIS FEE APPLICATION[1] |
|---|---|---|---|
| Partner | 3,362.50 | $2,798,658.75 | $875.00 |
| Of Counsel | 121.00 | $85,552.50 | $825.00 |
| Associate | 3,171.65 | $1,531,831.25 | $481.58 |
| Paralegal/Legal Support | 3.20 | $640.00 | $200.00 |
| **All Timekeepers Aggregated:** | 6,658.35 | $4,416,682.50 | $659.21 |
| **Lawyers Only (Excluding Paralegals/Staff):** | 6,655.15 | $4,416,042.50 | $671.62 |

| | |
|---|---|
| Case Name and Number: Alpha Natural Resources, Inc., *et al.*, Case No. 15-33896 (KRH) | |
| Applicant's Name:  Jones Day | |
| Date of Application:  December 15, 2015 | |
| Interim or Final:  Interim | |

---

[1]    The blended hourly rate does not take into account the 50% write-off for non-working travel.  Accordingly, the blended hourly rates actually are lower than what is represented above.

-3-

## BUDGET FOR THE COMPENSATION PERIOD

**Case Name and Number**   Alpha Natural Resources, Inc., *et al.*, Case 15-33896 (KRH)

**Professional/Firm**   Jones Day

**Dates Covered**   August 3, 2015 through October 31, 2015

**Date Retention Approved**   September 17, 2015, effective as of August 3, 2015

**Date Budget Approved by Client**   August 3, 2015

| STAFFING | ESTIMATED HOURS FOR COMPENSATION PERIOD | ESTIMATED FEES FOR COMPENSATION PERIOD |
|---|---|---|
| **Partners:** | | |
| Barragate (Finance) | 225 | $219,375.00 |
| Black (Bankruptcy) | 575 | $488,750.00 |
| Ellman (Bankruptcy) | 360 | $342,000.00 |
| Gaffey (Litigation) | 250 | $243,750.00 |
| Hagen (Employee Benefits) | 100 | $92,500.00 |
| Heiman (Bankruptcy) | 225 | $270,000.00 |
| Holewinski (Environmental) | 135 | $111,375.00 |
| Laduzinski (Tax) | 45 | $38,250.00 |
| McMurray (Litigation) | 225 | $101,250.00 |
| Mazey (Finance) | 175 | $126,875.00 |
| Solecki (Securities) | 75 | $60,000.00 |
| Wilson (Bankruptcy) | 605 | $423,500.00 |
| **Of Counsel:** | | |
| Hamilton (Bankruptcy) | 150 | $123,750.00 |
| **Associates:** | | |
| Barav-Johnson (Bankruptcy) | 585 | $190,125.00 |
| Efronson (Litigation) | 170 | $76,500.00 |
| Einik (Environmental) | 95 | $49,875.00 |
| Ghaul (Bankruptcy) | 365 | $109,500.00 |
| Gober-Sims (Bankruptcy) | 240 | $72,000.00 |

| STAFFING | ESTIMATED HOURS FOR COMPENSATION PERIOD | ESTIMATED FEES FOR COMPENSATION PERIOD |
|---|---|---|
| Hall (Finance) | 225 | $140,625.00 |
| Hoeppner (Finance) | 150 | $71,250.00 |
| Hine (Litigation) | 300 | $255,000.00 |
| Jacobs (Tax) | 75 | $33,750.00 |
| Merrett (Bankruptcy) | 640 | $400,000.00 |
| Narayan (Litigation) | 210 | $105,000.00 |
| Prewitt (Benefits) | 90 | $49,500.00 |
| Thomas (Securities) | 70 | $31,500.00 |
| Zeltner (Bankruptcy) | 655 | $262,000.00 |
| **Paralegals:** | | |
| Barrios | 60 | $12,000.00 |
| **TOTAL** | **7075** | **$4,500,000.00** |

## MONTHLY STAFFING PLAN FOR THE COMPENSATION PERIOD

**Case Name and Number**   **Alpha Natural Resources, Inc., *et al.*, Case 15-33896 (KRH)**

**Professional/Firm**   **Jones Day**

**Dates Covered**   **August 3, 2015 through October 31, 2015**

**Date Retention Approved**   **September 17, 2015, effective as of August 3, 2015**

**Date Budget Approved by Client**   **August 3, 2015**

| CATEGORY OF TIMEKEEPER (as maintained by the Firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE CASE DURING THE BUDGET PERIOD | ESTIMATED AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 12 | $840.56 |
| Of Counsel | 1 | $800.00 |
| Associate | 14 | $476.00 |
| Paralegal | 1 | $200.00 |

### SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**August 3, 2015 – October 31, 2015**

|  | *Hours* | *Fees* |
|---|---|---|
| Asset Analysis and Recovery | 2.00 | $1,265.00 |
| Asset Disposition | 563.90 | $424,675.00 |
| Assumption and Rejection of Leases and Contracts | 144.70 | $74,320.00 |
| Business Operations | 355.10 | $221,650.00 |
| Case Administration | 311.30 | $196,592.50 |
| Claims Administration and Objections | 55.90 | $25,337.50 |
| Corporate Governance and Board Matters | 71.80 | $66,272.50 |
| Court Hearings | 261.70 | $183,717.50 |
| Employee Matters | 986.80 | $612,142.50 |
| Environmental Matters | 757.60 | $545,840.00 |
| Employment and Fee Applications | 267.70 | $151,262.50 |
| Financing and Cash Collateral | 1,173.85 | $850,761.25 |
| Litigation and Adversary Proceedings | 293.30 | $204,485.00 |
| Meetings | 79.20 | $72,930.00 |
| Non-Working Travel | 308.50 | $278,232.50 |
| Plan and Disclosure Statement | 272.40 | $240,657.50 |
| Real Estate | 7.70 | $4,812.50 |
| Relief from Stay and Adequate Protection | 265.90 | $129,907.50 |
| Reporting | 311.30 | $174,905.00 |
| Tax | 167.70 | $96,032.50 |
|  |  |  |
| Fees |  | $4,555,798.75 |
| 50% Reduction – Non-Working Travel |  | $(139,116.25) |
|  |  |  |
| **TOTAL FEES** |  | **$4,416,682.50** |

| |
|---|
| Case Name and Number: Alpha Natural Resources, Inc., *et al.*, Case No. 15-33896 (KRH) |
| Applicant's Name:  Jones Day |
| Date of Application:  December 15, 2015 |
| Interim or Final:  Interim |

### SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

**August 3, 2014 – October 31, 2015**

| | |
|---|---|
| Computerized Research Services | $2,255.68 |
| Conference Charges | $602.09 |
| Courier Services | $7.20 |
| Court Reporter Fees | $99.00 |
| Document Reproduction Charges | $866.80 |
| General Communication Charges | $19.90 |
| Imaging Services | $879.45 |
| Internal Services | $102.60 |
| Long Distance | $447.43 |
| Printing Charges | $2.50 |
| Supplies Expenses | $17.14 |
| Travel - Air Fare | $33,779.46 |
| Travel - Car Rental Charges | $345.96 |
| Travel - Food and Beverage Expenses | $3,059.85 |
| Travel - Hotel Charges | $12,723.34 |
| Travel - Other Costs | $1,543.35 |
| Travel - Taxi Charges | $2,147.39 |
| United Parcel Service Charges | $234.93 |
| **TOTAL EXPENSES** | **$59,134.07** |

| |
|---|
| Case Name and Number: Alpha Natural Resources, Inc., *et al.*, Case No. 15-33896  (KRH) |
| Applicant's Name:  Jones Day |
| Date of Application:  December 15, 2015 |
| Interim or Final:  Interim |

-8-

## SUMMARY OF PRIOR FEE APPLICATIONS

| Date Filed and Docket No. | Period Covered | Fees and Expenses Requested | | Fees and Expenses Approved | | Approved Fees and Expenses Paid | | Approved Fees and Expenses Remaining Unpaid | | Date(s) of Orders on Interim Compensation or Reimbursement of Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

## CUMULATIVE FEE AND EXPENSE TOTALS SINCE CASE INCEPTION

| Fees and Expenses Requested | | Fees and Expenses Approved | | Approved Fees and Expenses Paid | | Approved Fees and Expenses Remaining Unpaid | | Fees and Expenses Disallowed or Withdrawn | |
|---|---|---|---|---|---|---|---|---|---|
| Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Attorneys for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., <u>et al.</u>, | Case No. 15-33896 (KRH) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM APPLICATION OF JONES DAY,
COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
<u>INCURRED FOR THE PERIOD AUGUST 3, 2015 THROUGH OCTOBER 31, 2015</u>**

Jones Day, counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby makes its first application (this "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"), for (a) interim allowance of compensation in the amount of $4,416,682.50 for professional services performed for the Debtors and (b) reimbursement of actual and necessary expenses incurred in the amount of $59,134.07, for the period of August 3, 2015 through October 31, 2015 (the "Compensation Period").  In support of this Application, Jones Day respectfully represents as follows.

**Background**

*General Background*

1.      On August 3, 2015 (the "Petition Date"), the Debtors commenced their reorganization cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  By order of the Court (Docket No. 129), the Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered.  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      A comprehensive description of the Debtors' businesses and operations, capital structure and the events leading to the commencement of these chapter 11 cases can be found in the amended declarations of (a) Kevin S. Crutchfield, Chief Executive Officer and Chairman of the Board of Directors of ANR (Docket No. 45), and (b) Philip J. Cavatoni, Executive Vice President and Chief Financial and Strategy Officer of ANR (Docket No. 46), each of which was filed on the Petition Date.

*Status of the Chapter 11 Cases*

3.      In the short time since these chapter 11 cases were commenced, the Debtors have devoted substantial time and effort to laying the groundwork for their eventual restructuring.  The majority of this time and effort has been devoted to stabilizing their business operations and completing the transition to operations in chapter 11 – a substantial undertaking in a case of this size and complexity – as well as preparing for the next phase of these cases. During the Compensation Period, the Debtors worked diligently to accomplish these tasks by, among other things:  (a) implementing the various forms of relief granted by the Court on the Petition Date to allow the Debtors to maintain business as usual to the fullest extent possible and preserve the Debtors' relationships with their employees, customers, suppliers, lenders and other parties; (b) retaining professionals necessary to the Debtors' restructuring efforts; (c) negotiating, documenting and obtaining Court approval of the Debtors' postpetition financing facility; (d) commencing and completing the time-consuming process of preparing the Debtors' schedules of assets and liabilities and statements of financial affairs, which were filed on October 2, 2015; (e) reviewing and analyzing executory contracts and unexpired leases for potential assumption, assumption and assignment, or rejection; (f) responding to and, where appropriate, consensually resolving motions and informal requests to lift the automatic stay imposed by operation of section 362(a) of the Bankruptcy Code; (g) identifying and analyzing potential asset dispositions, and obtaining approval of procedures to streamline the disposition of miscellaneous and *de minimis* assets; and (h) to the best of Jones Day's knowledge, filing all monthly operating reports and paying all quarterly fees to the U.S. Trustee.

4.      The Debtors' restructuring efforts have continued unabated after the Compensation Period (e.g., obtaining an order approving an amendment to their postpetition financing facility (and the adjustment of related restructuring milestones); the implementation of

procedures for the marketing and sale of idled and non-core assets; and the filing of a bar date motion), with an eye towards effecting the Debtors' ultimate restructuring and confirming a plan in 2016.

## Jones Day's Retention and Compensation

5.      On August 24, 2015, the Debtors filed their *Application of the Debtors, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1, for an Order Authorizing Them to Retain and Employ Jones Day as Counsel, Effective as of the Petition Date* (Docket No. 210) (the "Retention Application"), with the declarations of Richard H. Verheij and Carl E. Black in support of the Retention Application attached as exhibits thereto.  On September 17, 2015, the Court entered the *Order, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing the Debtors to Retain and Employ Jones Day as Counsel, Effective as of the Petition Date* (Docket No. 473) (the "Retention Order"), authorizing the retention of Jones Day as the Debtors' lead counsel to perform any and all necessary or appropriate legal services on behalf of the Debtors in connection with these chapter 11 cases, effective as of the Petition Date.

6.      The Retention Order authorizes the Debtors to compensate and reimburse Jones Day in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable order or procedures of the Court.  Subject to application to this Court, the Retention Order also authorizes the Debtors to compensate Jones Day at its ordinary and customary hourly rates charged for services of the type rendered in these chapter 11 cases and to reimburse Jones Day for its actual and necessary out-of-pocket expenses incurred.  The particular terms of Jones Day's retention are set forth in Jones Day's engagement letter, which is attached to the Retention Application as Exhibit D.

-4-

7.      On September 3, 2015, the Court entered the *Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1, Establishing Procedures for Interim Monthly Compensation of Professionals* (Docket No. 345) (the "Interim Compensation Order").  Under the Interim Compensation Order, within 45 after the end of each interim fee period – i.e., the period beginning August 3, 2015 and ending October 31, 2015, and every successive three-month period thereafter – each Retained Professional shall serve and file with the Court, pursuant to sections 330 and 331 of the Bankruptcy Code, an application for interim or final (as the case may be) Court approval and allowance of compensation and reimbursement of expenses.

8.      As described in the Retention Application, Jones Day's billing rates and material terms for the engagement are comparable to those charged by attorneys of similar experience and expertise for engagements of the scope and complexity similar to these chapter 11 cases.

### Statements by Jones Day

9.      Jones Day makes the following statements consistent with the terms of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013* (the "U.S. Trustee Guidelines").[1]

---

[1]      Certain additional statements consistent with the U.S. Trustee Guidelines are set forth in the certification of Carl E. Black attached hereto as Exhibit B.

***Statements by Jones Day Pursuant to Section C(5) of
the U.S. Trustee Guidelines – Certain Fee and Rate Matters***

10.     Jones Day did not agree to any variations from, or alternatives to, its

standard or customary billing rates, fees or terms for services that were provided during the

Compensation Period.

11.     The fees sought in this Application are not more than 10% higher than the

fees budgeted for the Compensation Period and, in fact, are lower than the amounts budgeted for

such period.[2]

12.     None of the hourly rates of Jones Day's professionals and

paraprofessionals included in this Application has been varied based on the geographic location

of these cases.

***Statements by Jones Day Pursuant to Section C(6) of the
U.S. Trustee Guidelines – Information About Budget and Staffing Plans***

13.     Although Jones Day did not expressly consent to the use of budgets and

staffing plans in these chapter 11 cases, it agreed to make a reasonable effort to comply with the

U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee

Guidelines in connection with the interim and final fee applications to be filed by Jones Day.

Accordingly, the cover sheet to this Application includes the Budget and Staffing Plan that was

provided to the Debtors at the outset of these cases.

14.     As stated above, the fees requested in this Application do not exceed, by

10% or more, the amounts set forth in the Budget for the Compensation Period.

15.     Although the Application seeks compensation for a greater number of

professionals than identified in the Budget and Staffing Plan, the utilization of certain additional

---

[2]     Copies of the budget for the Compensation Period (the "Budget") and the related staffing plan
(the "Staffing Plan") are provided on pages 4-6 of the summary cover sheet of this Application.

Jones Day professionals (a) was necessary in light of the numerous legal and factual issues that arose in these chapter 11 cases during the Compensation Period[3] and (b) did not cause Jones Day's fees to exceed the amounts budgeted for the Compensation Period.

### Jurisdiction and Venue

16.     This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested and Reasons Therefor

*Authority for Relief*

17.     Jones Day makes this Application:  (a) pursuant to sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and (b) consistent with the U.S. Trustee Guidelines and the Interim Compensation Order (together with the U.S. Trustee Guidelines, the "Guidelines").

*Request for Interim Allowance of Compensation and Reimbursement of Expenses*

18.     Jones Day hereby seeks interim allowance of compensation for professional services rendered during the Compensation Period in the aggregate amount of $4,416,682.50 and reimbursement of expenses incurred in connection with such services in the aggregate amount of $59,134.07.  During the Compensation Period, Jones Day attorneys and paraprofessionals expended a total of 6,658.35 hours for which compensation is requested.

---

[3]    In particular, the utilization of additional professionals was necessary to enable Jones Day to effectively assist the Debtors in:  (a) negotiating, obtaining Court approval of and implementing the Debtors' postpetition debtor in possession financing; and (b) investigating, drafting memoranda and Court pleadings regarding, and communicating with the Debtors and various parties in interest with respect to, (i) environmental matters, including the Debtors' reclamation bonding obligations and (ii) labor and employment matters, including, but not limited to, matters related to the debtors' existing and proposed employee incentive and retention plans.

19.     Pursuant to Section C of the U.S. Trustee Guidelines, prefixed to this

Application and incorporated herein are the following:

(a)     a cover sheet summarizing the contents of this Application;

(b)     a schedule identifying all Jones Day professionals and
paraprofessionals who performed services in these chapter 11 cases
during the Compensation Period for which compensation is sought,
including, with respect to each professional or paraprofessional, as
applicable, his or her title or position, department or group, date of
first admission, number of hours and fees billed and current billing
rate;

(c)     the Budget and Staffing Plan applicable to the Compensation
Period and approved by the Debtors;

(d)     a summary of fees by project billing category for services rendered
by Jones Day during the Compensation Period, and for which it
seeks allowance herein; and

(e)     a summary of actual and necessary expenses that Jones Day
incurred during the Compensation Period in connection with the
performance of professional services for Debtors, and for which it
seeks reimbursement herein.

20.     In addition:  (a) a proposed form of order granting this Application is

attached hereto as Exhibit A; (b) the certification of Carl E. Black with respect to the Application

in accordance with the U.S. Trustee Guidelines is attached hereto as Exhibit B; (c) a table

identifying, by project category, the number of hours and amount of fees requested by each Jones

Day attorney, along with the detailed services descriptions for each month of the

Compensation Period, is attached hereto collectively as Exhibit C; and (d) descriptions of the

expenses incurred by Jones Day during the Compensation Period in performing professional

services for the Debtors and their estates are attached hereto as Exhibit D.

***The Retainer and Prior Payments to Jones Day***

21.     As set forth in the Retention Application, on July 1, 2015, the Debtors

provided Jones Day with an advance payment of $2,000,000 to establish a retainer

-8-

(the "Retainer") for professional services to be rendered and expenses to be incurred by Jones

Day on or after such date.  On account of such services and expenses, Jones Day (a) issued

invoices to the Debtors reflecting applications against the Retainer and (b) received funds from

the Debtors in replenishment of the Retainer.  As of the Petition Date, the balance of the Retainer

was $560,125.54.  The Retention Order authorizes Jones Day to:  (a) complete its reconciliation

of prepetition fees and expenses actually incurred through the Petition Date no later than the

filing of this Application; (b) make a corresponding adjustment to the amount and application of

the Retainer, as described in paragraph 21 of the Retention Application; and (c) disclose such

adjustment herein.  Jones Day completed its reconciliation of prepetition fees and expenses

actually incurred and made a corresponding adjustment to the Retainer.  Jones Day continues to

hold $219,993.70 of the Retainer that remains unapplied after completion of all reconciliation

activities.  As set forth in the Retention Application, upon the conclusion of Jones Day's

representation of the Debtors (or as otherwise directed by the Court), Jones Day will apply any

remaining portion of the Retainer against any unpaid fees or unreimbursed disbursements, with

any unapplied portion of the Retainer to be promptly returned to the Debtors.

22. Pursuant to the Interim Compensation Order, Jones Day has submitted the

following monthly statements of fees and expenses (collectively, the "Monthly Fee Statements"),

with respect to the Compensation Period, to (a) the Debtors, (b) counsel to the official committee

of unsecured creditors appointed in these chapter 11 cases (the "Creditors' Committee") and

(c) the U.S. Trustee, each of which Monthly Fee Statements is incorporated herein by reference

in its entirety:

(a)     For August 3, 2015 through August 31, 2015 – fees of
        $1,476,545.00 and expenses of $8,286.76
        (the "August Statement");

(b)      For September 1, 2015 through September 30, 2015 – fees of $1,622,927.50 and expenses of $17,484.57 (the "September Statement");

(c)      For October 1, 2015 through October 31, 2015 – fees of $1,317,210.00 and expenses of $33,362.74 (the "October Statement").

Each Monthly Fee Statement included detailed service descriptions consistent with the terms of section C(9) of the U.S. Trustee Guidelines.  In total, therefore, Jones Day has submitted Monthly Fee Statements during the Compensation Period for fees of $4,416,682.50 and expenses of $59,134.07.[4]  As of the date of this Application, no party has objected to any of Jones Day's Monthly Fee Statements.

23.      During the Compensation Period and thereafter through the date of this Application, Jones Day has received the following payment from the Debtors for services provided, and expenses incurred, during the Compensation Period:  on November 16, 2015, a payment of $1,263,350.01, which was applied in satisfaction of 85% of Jones Day's fees and all of Jones Day's expenses set forth in the August Statement.

24.      No amount of the foregoing payment has been shared by Jones Day with any other party, nor is this or any other payment subject to a sharing agreement between Jones Day and any third party.  The source of this payment was the Debtors' cash.

25.      Except as described in paragraph 23 above, Jones Day did not receive any payments or promises of payments during the Compensation Period from any source for services rendered or to be rendered in connection with these chapter 11 cases.

---

[4]      Pursuant to Section C(10) of the U.S. Trustee Guidelines, Jones Day's monthly billing records were sent to the recipients in an open and searchable electronic data format.

-10-

*Summary of Jones Day's Services*

26. The following is a brief description of the principal activities of Jones Day's professionals and paraprofessionals during the Compensation Period for each project category, consistent with the requirements of Section C(8)(c) of the U.S. Trustee Guidelines. For each project category, the narrative summary provides (a) a description of the work performed by Jones Day professionals and paraprofessionals, all of which, Jones Day submits, were necessary to, and benefitted, the Debtors' estates and (b) where relevant, the status of such work, including any pending litigation for which compensation and reimbursement are requested. Exhibit C provides the remaining information required by Section C(8)(c) of the U.S. Trustee Guidelines, including, for each project category, (a) the identity of each person providing services on the project and (b) a statement of the number of hours spent and the amount of compensation requested for each professional and paraprofessional on the project. Exhibit C also includes a detailed description of each individual's activities, which descriptions also were provided in the Monthly Fee Statements.

*Asset Analysis and Recovery – 2.00 hours – $1,265.00*

27. During the Compensation Period, Jones Day professionals engaged in limited identification and review of potential assets, including causes of action belonging to the Debtors' estates and other non-litigation recoveries.

*Asset Disposition – 563.90 hours – $424,675.00*

28. During the Compensation Period, Jones Day professionals assisted the Debtors with respect to the actual and potential sale, lease or other disposition of certain estate assets. These activities included, among other things, the following:

- Jones Day professionals assisted the Debtors in obtaining an order approving bidding and sale procedures for certain closed and idled mines that (a) are not

-11-

generating revenue for the Debtors' business but (b) impose reclamation, maintenance and other costs on the Debtors' estates (Docket No. 855).

- Jones Day professionals assisted the Debtors in (a) obtaining an order approving procedures for the sale of certain miscellaneous and *de minimis* assets (Docket No. 466) and (b) implementing the procedures approved thereunder.

- Jones Day professionals assisted the Debtors in obtaining an order enabling the Debtors to consummate a sale of their rights and interests in the Pittsburgh 8 coal seam to a subsidiary of Consol Energy Inc. (Docket No. 343).

- In addition, Jones Day professionals (a) communicated with the Debtors and the Debtors' professionals, (b) developed timelines and potential transaction structures, (c) negotiated and drafted form purchase agreements and ancillary documents, (d) conducted factual and legal evaluations and (e) drafted pleadings, notices and other documents, in connection with other actual and potential asset dispositions.

### *Assumption and Rejection of Leases and Contracts* – 144.70 hours – $74,320.00

29.    During the Compensation Period, Jones Day assisted the Debtors in addressing several matters relating to executory contracts and unexpired leases, including the following:

- Jones Day professionals advised the Debtors with respect to, drafted and obtained Court approval of:  (a) two motions seeking the rejection of certain burdensome executory contracts and unexpired leases (Docket Nos. 344, 991, 1053); and (b) a motion to extend the time during which the Debtors may assume or reject unexpired leases of nonresidential real property (Docket No. 989).

- Jones Day professionals further (a) conducted in-depth factual and legal evaluations of several executory contracts and unexpired leases in connection with the potential assumption, assumption and assignment, or rejection thereof and (b) addressed various issues arising in connection with the Debtors' lessor/lessee relationships.

### *Business Operations* – 355.10 hours – $221,650.00

30.    During the Compensation Period, Jones Day assisted the Debtors with various operational matters that do not fit within another, more specific, matter description, including issues related to (a) vendors and sourcing, (b) customers, (c) certain interactions with

governmental entities and regulatory agencies, (d) utilities, (e) insurance and surety matters and

(f) internal management, processes and controls, including the following:

- Jones Day professionals negotiated with, and assisted the Debtors in resolving issues raised by, numerous of the Debtors' vendors, customers and other interested parties following the commencement of the Debtors' chapter 11 cases, including, but not limited to, the negotiation and drafting of trade and other agreements resolving such issues.

- Jones Day assisted the Debtors in communicating and negotiating with certain governmental authorities to ensure the Debtors' continued ability to operate and continuing access to necessary licenses and permits.

- Jones Day assisted the Debtors in (a) obtaining interim and final orders authorizing them to pay the claims of certain essential suppliers of goods and services (Docket Nos. 124, 351) and (b) implementing such orders.

- Jones Day assisted the Debtors in (a) obtaining interim and final orders authorizing them to pay the claims of certain lienholders (Docket Nos. 120, 350) and (b) implementing such orders.

- Jones Day assisted the Debtors in (a) obtaining interim and final orders authorizing them to satisfy certain obligations to their customers (Docket Nos. 126, 349) and (b) implementing such orders.

- Jones Day assisted the Debtors in (a) obtaining interim and final orders authorizing them to enter into and perform under coal sale contracts (Docket Nos. 114, 348) and (b) implementing such orders.

- Jones Day assisted the Debtors in (a) obtaining interim and final orders authorizing the Debtors to maintain, continue and renew their insurance programs and policies (Docket Nos. 122, 353) and (b) implementing such orders.

- Jones Day assisted the Debtors in (a) obtaining interim and final orders authorizing the Debtors to maintain, continue and renew their surety bond program (Docket Nos. 121, 352) and (b) implementing such orders.

- Jones Day professionals assisted the Debtors in obtaining interim and final orders approving procedures for supplying utility companies with adequate assurance of future payment (Docket Nos. 107 and 467) (the "Utilities Orders"). In accordance with the Utilities Orders, Jones Day assisted the Debtors in: (a) drafting numerous communications to utility companies to ensure continued utility service to the Debtors; (b) negotiating with and providing adequate assurance deposits to certain of the Debtors' utility providers; and (c) addressing and, where necessary, litigating utility requests for additional adequate assurance.

-13-

*Case Administration – 311.30 hours – $196,592.50*

      31.    Daily case administration matters necessarily required substantial attention from Jones Day during the Compensation Period.  Specifically, Jones Day provided the following case administration activities, among others:

- Jones Day professionals finalized various procedural "first day" and "second day" pleadings and proposed orders approving such pleadings to assist in completing a smooth transition into chapter 11.  Jones Day assisted the Debtors in obtaining orders approving, among other things:  (a) joint administration of the Debtors' chapter 11 cases (Docket No. 129); (b) an extension of time for the Debtors to file their schedules and statements (Docket No. 98); and (c) case management procedures (Docket No. 111).

- Jones Day professionals communicated with the Court, the U.S. Trustee, the Creditors' Committee's professionals and other parties in interest seeking general or procedural information about the chapter 11 cases and, where appropriate, worked with the Debtors and other parties to provide the requested information.

- Jones Day professionals communicated electronically, participated in conference calls and attended meetings with the Debtors' management and various of the Debtors' other professionals to (a) coordinate closely all activities in these cases, (b) provide updates regarding the progress of these cases and (c) plan for future activities in these cases.

- Jones Day professionals maintained a detailed work in process report to (a) track the progress of pending matters, upcoming deadlines and other activities relating to these chapter 11 cases, (b) ensure the coordination and timely completion of these activities and (c) avoid duplication of efforts with respect to the numerous matters pending in these cases.

- Jones Day paraprofessionals worked closely with the Debtors' noticing agent and local counsel to maintain and update service lists, provide service of motions and other pleadings and maintain the website with respect to documents relevant to the Debtors, their operations and their chapter 11 cases.

- Jones Day professionals and paraprofessionals monitored the bankruptcy docket and other related materials to ensure timely responses to all developments in (or relevant to) these cases.

*Claims Administration and Objections – 55.90 hours – $25,337.50*

      32.    During the Compensation Period, Jones Day assisted the Debtors in addressing matters relating to the administration of claims asserted, or that may be asserted,

against the Debtors.  Among other things, Jones Day participated in the following claims

administration activities during the Compensation Period:

- Jones Day assisted the Debtors in obtaining an order confirming the administrative expense priority status of the Debtors' undisputed obligations for the postpetition delivery of goods and provision of services (Docket No. 103).

- Jones Day assisted the Debtors in obtaining and implementing orders establishing procedures for the orderly and efficient administration of (a) claims asserted under section 503(b)(9) of the Bankruptcy Code (Docket No. 116) and (b) reclamation claims (Docket No. 115) (the "Reclamation Claims Procedures Order").

- Jones Day worked closely with the Debtors' and the Debtors' other professionals to monitor, review and analyze reclamation claims asserted pursuant to the Reclamation Claims Procedures Order.

- Jones Day commenced the process of preparing a motion to establish claims bar dates in these cases, along with appropriate bar date notices.

- Jones Day professionals conducted research, prepared memoranda, communicated electronically, participated in conference calls and/or attended meetings with the Debtors' management and other professionals regarding various claims-related issues.

***Corporate Governance and Board Matters – 71.80 hours – $66,272.50***

33.     Jones Day lawyers assisted the Debtors in connection with the following

general corporate governance matters during the Compensation Period, among others:

- Jones Day professionals prepared, reviewed and/or provided comments on numerous documents relating to corporate matters, including:  (a) advisory materials for the Debtors' board and management regarding the chapter 11 process and governance matters; (b) SEC filings; (c) the Debtors' internal and external communications strategies; and (d) board resolutions and board minutes.

- Jones Day professionals attended and participated in board meetings of the Debtors during the Compensation Period.

***Court Hearings – 261.70 hours – $183,717.50***

34.     Jones Day's activities during the Compensation Period included the

preparation for and participation in several hearings before this Court on a variety of matters

-15-

described in this Application.  In particular, Jones Day devoted significant time preparing for and

participating in hearings relating to, among other things:

- Obtaining the Debtors' requested first and second-day relief in hearings on August 4, 2015 and September 1, 2015.

- Obtaining final approval of the Debtors' motion for an order authorizing the Debtors to obtain postpetition debtor in possession financing, on September 15, 2015.

- Various motions, requests for relief and other issues in omnibus hearings on September 15, 2015 and October 6, 2015, including with respect to, among other things:  (a) procedures for the transfer of equity securities; (b) adequate assurance procedures applicable to the Debtors' utility providers; (c) professional retentions; (d) procedures for the sale or abandonment of miscellaneous and *de minimis* assets of the Debtors; (e) the Debtors' continued use of their cash management system; (f) the continuation of the Debtors' retention programs as to non-insider employees; (g) reclamation bonding of the Debtors' surface mining operations in Wyoming; (h) requests for relief from the automatic stay; (i) case management matters; and (j) the rejection of executory contracts and unexpired leases.

- Jones Day lawyers also spent a significant amount of time resolving disputes prior to such hearings to ensure that critical relief could be obtained for the benefit of the Debtors' estates in a timely and efficient manner.

- Finally, Jones Day devoted time to the preparation of agenda letters and other required documents for each hearing conducted before the Court in these chapter 11 cases.

***Employee Matters – 986.80 hours – $612,142.50***

35.     During the Compensation Period, Jones Day performed numerous services

with respect to employee matters including, but not limited to, the following:

- Jones Day assisted the Debtors in obtaining and implementing interim and final orders (a) authorizing the Debtors to pay prepetition employee compensation and continue the Debtors' employee medical and other benefits and (b) granting related relief (Docket Nos. 118, 356).

- Jones Day assisted the Debtors in obtaining and implementing interim and final orders authorizing the debtors to maintain, continue and renew their workers' compensation programs (Docket Nos. 122, 353).

- Jones Day assisted the Debtors in obtaining and implementing an order authorizing the Debtors to continue their prepetition retention programs with respect to non-insider employees and granting related relief (Docket No. 626).

- Jones Day professionals researched, drafted and communicated with the Debtors and other parties in interest regarding the Debtors' motion for an order authorizing the Debtors to terminate certain unvested non-pension retiree benefits (Docket No. 797).

- Jones Day professionals (a) communicated electronically, (b) participated in conference calls and attended meetings with the Debtors' management and various other professionals and (c) responded to information requests from the U.S. Trustee, the Creditors' Committee and other parties in interest regarding various issues related to the Debtors' employees, employee benefits and employee programs.

- Jones Day professionals conducted in-depth legal and factual evaluations regarding various pension and labor matters – e.g., with respect to the Debtors' existing and proposed employee incentive plans – and the Debtors' overall labor strategy.  Such investigations ultimately enabled Jones Day to assist the Debtors in drafting a motion, filed subsequent to the Compensation Period, for an order approving the Debtors' key employee incentive plan and granting related relief (Docket No. 1038).

***Environmental Matters – 757.60 hours – $545,840.00***

36.    During the Compensation Period, Jones Day performed various services with respect to environmental matters including, but not limited to, the following:

- Jones Day assisted the Debtors in investigating, researching, analyzing, negotiating and obtaining a stipulation and agreed order approving a settlement among the Debtors, the State of Wyoming and the Wyoming Department of Environmental Quality regarding the Debtors' reclamation bonding of their surface mining operations in Wyoming (Docket No. 628).

- Jones Day professionals (a) communicated electronically, (b) participated in conference calls and attended meetings with the Debtors' management and various other professionals and (c) responded to information requests from various parties in interest regarding environmental issues related to the Debtors' mining and coal processing operations and real property.

- Jones Day professionals conducted in-depth legal and factual evaluations regarding various environmental matters, including issues related to the Debtors' (a) mining operations, (b) mining permits, (c) reclamation bonding, (d) compliance with applicable federal and state environmental statutes and regulations and (e) contingency planning.

-17-

*Employment and Fee Applications – 267.70 hours – $151,262.50*

37.     Due to the size and complexity of the Debtors' chapter 11 cases, the

Debtors have retained a variety of professionals to provide them with advice and assistance with

respect to the wide range of matters arising in these chapter 11 cases.  These professionals

include counsel, special counsel, financial advisors, investment bankers, accountants, auditors

and turnaround advisors.  During the Compensation Period, Jones Day provided a variety of

services relating to the retention of professionals in these chapter 11 cases, including the

following:

- Jones Day professionals prepared and/or commented on numerous documents relating to the retention of professionals in these cases, including with respect to the retention by the Debtors of (a) Jones Day, (b) Hunton & Williams LLP, (c) Rothschild Inc., (d) McKinsey Recovery & Transformation Services U.S., LLC, (e) Alvarez & Marsal North America, LLC, (f) KPMG LLP, (g) Jackson Kelly PLLC, (h) Quinn Emanuel Urquhart & Sullivan, LLP, (i) Deloitte Tax LLP (j) Cleary Gottlieb Steen & Hamilton LLP and (k) Ernst & Young LLP.

- Jones Day assisted the Debtors in obtaining and implementing orders (a) establishing procedures for interim monthly compensation of the Debtors' professionals (Docket No. 345) and (b) authorizing the retention and compensation of ordinary course professionals (Docket No. 346).

- Jones Day professionals reviewed and analyzed the Creditors' Committee's applications to retain certain professionals, and communicated with counsel to the Creditors' Committee to resolve matters presented by such applications.

- Jones Day professionals assisted the Debtors' management and local counsel in reviewing, tracking and filing on the docket of these chapter 11 cases various declarations of ordinary course professionals of the Debtors.

*Financing and Cash Collateral – 1,173.85 hours – $850,761.25*

38.     During the Compensation Period, Jones Day devoted time to:

(a) negotiating and documenting (i) the Debtors' postpetition financing agreements (collectively,

the "DIP Credit Agreement") and amendments thereto and (ii) the terms of the Debtors'

consensual use of cash collateral; (b) addressing matters related to obtaining necessary Court

-18-

approvals of financing matters; (c) implementing the terms of the Debtors' financing arrangements; and (d) addressing other issues relating to the financing of the Debtors' business and the chapter 11 process.  Among other things, Jones Day engaged in the following activities relating to financing matters during the Compensation Period:

- Jones Day professionals assisted the Debtors and their advisors in:  (a) negotiating the terms of the various documents memorializing the Debtors' debtor in possession financing (the "DIP Financing"), including the DIP Credit Agreement and various other related documents and attachments thereto, and in preparing or revising these documents; (b) negotiating and finalizing the orders approving the DIP Financing and providing for the consensual use of cash collateral on an interim and final basis (Docket Nos. 82 and 465, respectively) (together, the "DIP Order"); (c) responding to formal and informal objections to the DIP Financing and requests for information from various parties in interest, including formal and informal discovery; (d) preparing for and participating in interim and final Court hearings regarding the DIP Financing, including the presentation of evidence in support thereof; (e) negotiating and documenting resolutions to objections to the DIP Financing; and (f) negotiating and preparing documents necessary to terminate the Pre-Petition Receivables Facility (as defined in the DIP Order), including the Substitution and Release Agreement attached to the DIP Order as Exhibit A thereto.

- Jones Day professionals assisted the Debtors and their advisors in:  (a) negotiating certain amendments to the DIP Credit Agreement; (b) preparing documents necessary to implement these amendments; and (c) preparing a motion requesting Court approval of certain of these amendments (Docket No. 804), which motion was filed just after the conclusion of the Compensation Period.

- Jones Day assisted the Debtors in:  (a) drafting interim and final orders approving the Debtors' continued use of their cash management system, and granting related relief (Docket Nos. 125, 624) (together, the "Cash Management Orders"); (b) negotiating the terms of the Cash Management Orders with the Debtors' lenders, the U.S. Trustee and other stakeholders; (c) resolving objections and obtaining Court approval of the Cash Management Orders; and (d) assisting the Debtors in implementing the Cash Management Orders.

- Jones Day professionals also spent time:  (a) performing necessary legal and factual evaluations of matters related to the DIP Financing and the consensual use of cash collateral; (b) finalizing various closing documents related to the DIP Financing; (c) analyzing security interests of various parties related to thereto; (d) taking the other steps necessary to implement the Debtors' various financing arrangements and to respond to issues and inquiries related thereto; and (e) investigating, analyzing and advising the Debtors with respect to these and other financing matters.

*Litigation and Adversary Proceedings* – 293.30 hours – $204,485.00

39.     During the Compensation Period, Jones Day performed various services with respect to litigation matters including, but not limited to, the following:

- Jones Day assisted the Debtors in obtaining an order extending the time within which the Debtors may remove actions pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure (Docket No. 858).

- Jones Day assisted the Debtors in obtaining an order approving a settlement agreement among (a) Debtor Alpha Natural Resources, LLC, (b) Greenfields Coal Company, LLC, (c) Gary Coal Company, LLC, (d) Reclaiming, LLC and (e) Gary Partners, LLC (Docket No. 859).

- Jones Day professionals conducted in-depth factual and legal evaluations, drafted legal memoranda and other papers, and communicated with the Debtors and various parties regarding potential litigation and adversary proceedings.

- The Debtors further analyzed, coordinated and responded to discovery requests from parties in interest in these chapter 11 cases.

*Meetings* – 79.20 hours – $72,930.00

40.     During the Compensation Period, Jones Day lawyers participated in meetings with the Debtors, the Creditors' Committee, the Debtors' professionals and other parties in interest and/or their professionals to, among other things:  (a) negotiate regarding critical issues related to the Debtors' restructuring; (b) keep all major constituencies in these cases and their professionals informed of the status of, and, where appropriate, the Debtors' strategy for, these chapter 11 cases; (c) address specific case initiatives with the creditors and their representatives; and (d) provide assistance and guidance to the Debtors' management in completing a smooth transition to operating in chapter 11.  Jones Day also prepared for and participated in the section 341 meeting convened by the U.S. Trustee and attended by various of the Debtors' creditors.

*Non-Working Travel – 308.50 hours – $278,232.50*

41.     During the Compensation Period, certain Jones Day professionals spent time traveling between cities and to and from various hearings and meetings.  Jones Day has voluntarily written off 50% of all non-working travel time.

*Plan and Disclosure Statement – 272.40 hours – $240,657.50*

42.     During the Compensation Period, Jones Day performed various services related to a potential plan of reorganization and preparations therefor, including the following:

- Jones Day assisted the Debtors in researching and drafting a motion to extend the Debtors' exclusive periods during which they may file a plan of reorganization and solicit acceptances thereof (Docket No. 802).

- Jones Day assisted the Debtors in the process of formulating a business plan, including by (a) drafting and reviewing documents, (b) attending and participating in meetings and (c) communicating with the Debtors and various parties in interest regarding issues related to the Debtors' business plan.

- Jones Day professionals conducted research, drafted memoranda and communicated internally and externally regarding various potential plan strategies and structures.

*Real Estate – 7.70 hours – $4,812.50*

43.     During the Compensation Period, Jones Day drafted and reviewed certain documents, communicated internally and externally and worked with the Debtors to evaluate potential real estate transactions.

*Relief from Stay and Adequate Protection – 265.90 hours – $129,907.50*

44.     During the Compensation Period, the Debtors were faced with numerous matters relating to the automatic stay imposed by section 362 of the Bankruptcy Code.  Jones Day, therefore, devoted a significant amount of time to:  (a) advising the Debtors on the application and effects of the automatic stay; (b) addressing motions and informal requests from third parties to lift or modify the automatic stay; and (c) resolving matters relating to actions

taken, or proposed to be taken, by third parties in violation of the automatic stay.  Jones Day's

activities related to these matters included the following:

- Jones Day assisted the Debtors in obtaining an order confirming the protections of sections 362, 365 and 525 of the Bankruptcy Code (Docket No. 106).

- Jones Day assisted the Debtors in obtaining stipulations and agreed orders resolving motions for relief from the automatic stay filed by:  (a) Dennis Lee Gobble (Docket No. 629); and (b) the Griffith Plaintiffs (Docket No. 860).

- Jones Day assisted the Debtors in obtaining orders modifying the automatic stay to permit the consummation of prepetition settlements resolving certain pending prepetition lawsuits against (a) ANR and certain of its directors and officers (Docket No. 630) and (b) Debtor Pilgrim Mining Company, Inc. (Docket No. 857).

- Jones Day assisted the Debtors in opposing, and obtaining an order denying, a motion for relief from the automatic stay filed by Kinder Morgan Operating, LP "C" (Docket No. 625).

- Jones Day professionals analyzed, conducted research regarding, communicated with the Debtors and opposing counsel regarding, and assisted in developing response strategies with respect to, motions for relief from the automatic stay filed by:  (a) Spruce Pine Land Company (Docket No. 667); (b) Black Hills Power, Inc. (Docket No. 701); and (c) certain West Virginia litigation claimants (Docket No. 490).

- Jones Day professionals communicated electronically, participated in conference calls and/or attended meetings with the Debtors' management and various professionals regarding, among other things, (a) providing notices of the automatic stay for nonbankruptcy litigation, (b) enforcement of the automatic stay where necessary and (c) developing strategies to address multiple requests for relief from the automatic stay.  Jones Day worked with the Debtors on these matters to determine the scope and impact of the automatic stay in various contexts.

- Jones Day professionals conducted factual and legal analyses regarding numerous stay issues, including, among others, issues related to:  (a) the Debtors' liability insurance policies; (b) estate assets subject to the automatic stay; and (c) the application of certain exceptions to the automatic stay.

***Reporting – 311.30 hours – $174,905.00***

45.     Pursuant to an order of the Court entered on August 5, 2015

(Docket No. 98), the Debtors obtained an extension of time to file their schedules of assets and

liabilities, schedules of executory contracts and unexpired leases and statements of financial affairs (collectively, the "Schedules") through October 2, 2015 (the "Schedules Deadline"). During the Compensation Period, Jones Day undertook substantial effort to assist the Debtors with completing and filing the Schedules.  To accomplish this result, Jones Day devoted significant time to:  (a) working closely with (i) the Debtors, (ii) the Debtors' financial advisors, (iii) the Debtors' claims and noticing agent and (iv) other professionals to collect and review the information required to complete the Schedules for each of the Debtors; (b) advising the Debtors with respect to the nature and scope of the disclosures required in the Schedules and related matters; (c) conducting research related to the foregoing; and (d) reviewing, revising and commenting on drafts of the Schedules prepared by the Debtors and their professionals.

46.    In addition, Jones Day:  (a) reviewed and commented on the Debtors' August 2015 and September 2015 monthly operating reports prior to filing such reports with the Court and their submission to the U.S. Trustee; and (b) aided in the preparation of the Debtors' report pursuant to Bankruptcy Rule 2015.3.

### *Tax – 167.70 hours – $96,032.50*

47.    During the Compensation Period, Jones Day performed various tax-related services for the Debtors, including the following:

- Jones Day assisted the Debtors in obtaining and implementing interim and final orders authorizing the Debtors to pay certain prepetition taxes (Docket Nos. 123, 354).

- Jones Day assisted the Debtors in obtaining and implementing interim and final orders preserving certain net operating losses for the Debtors and their estates (Docket Nos. 97, 475).

- Jones Day assisted the debtors in researching and formulating drafts of a potential motion for an order authorizing the Debtors to pay certain prepetition property taxes.

- Jones Day professionals (a) assisted the Debtors in reviewing and analyzing issues related to federal, state and local tax compliance and tax strategies and (b) provided tax-related advice with respect to potential transactions.

**Expenses Incurred By Jones Day**

48.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case.  11 U.S.C. § 330(a)(1)(B).  Accordingly, Jones Day seeks reimbursement for expenses incurred in rendering services to the Debtors during the Compensation Period in the amount of $59,134.07. The expenses for which Jones Day seeks reimbursement are reasonable, actual and necessary, and are of the kind customarily billed to nonbankruptcy clients.

49.    Consistent with section C(13) of the U.S. Trustee Guidelines, the Monthly Statements and the expense detail attached as Exhibit D hereto identify the expenses for which reimbursement is requested herein, including, for each expense, (a) the amount of such expense, (b) a description of the expense, (c) the date on which the expense was incurred, (d) the Jones Day professional who incurred the expense (if relevant) and (e) the reason for the expense (to the extent not obvious from the description).

50.    In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a)    No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as outside document services), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)    Jones Day generally does not charge for ordinary photocopying performed by lawyers, paraprofessionals and assistants.  With respect to large photocopying jobs necessitating the use of Jones

-24-

Day's specialized duplication staff and equipment, such photocopying was charged at 10 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)    Telecopying by Jones Day was charged at the cost of the long distance call required to send the facsimile.  Jones Day does not charge for local facsimiles.

(d)    Meals charged to the Debtors either were associated with (i) out-of-town travel; (ii) meetings at Jones Day with the Debtors and other professionals; or (iii) attorneys working late on matters concerning the Debtors' chapter 11 cases.

(e)    Computer-assisted research is billed on a per-search and/or per-minute basis, depending upon the provider.

(f)    Charges for airline and train travel include the cost of coach-class airline or train tickets necessary for the provision of services to the Debtors' estates, plus, for each airline or train ticket issued by the travel service regularly used by Jones Day, a $40 transaction fee to cover travel service expenses.

(g)    The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paraprofessionals to devote substantial amounts of time during the evenings and on weekends.  Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

**Adjustment to Fees and Expenses**

51.    Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail in its Monthly Fee Statements and has determined that certain fees should not be charged to the Debtors.  This Application reflects these adjustments.  The adjustments made by Jones Day result from, among other things: (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or

-25-

nonproductive services; (c) the elimination of charges for attorneys billing less than five hours total in a given month; (d) the write-off of 50% of the time incurred for non-working travel; and (e) other adjustments considered appropriate by Jones Day or required by applicable rules.

52.     In total, for this Compensation Period, Jones Day has voluntarily written off $404,137.44 in fees and expenses, including $139,116.25 – i.e., 50% – of non-working travel time. These write-offs represent 9.0% of the total fees and expenses sought for the Compensation Period.

**The Requested Compensation Should Be Allowed**

53.     Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code: (a) "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person;" and (b) "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330(a)(3) of the Bankruptcy Code further provides the following standards for the Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the

-26-

> complexity, importance, and nature of the problem, issue, or task addressed;

> (E)  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

> (F)  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

54.  In addition to the factors set forth in section 330(a)(3) of the Bankruptcy Code, in evaluating the reasonableness of attorneys' fees, courts within the Fourth Circuit apply the "lodestar" method, "under which various factors are applied to determine the attorney's reasonable rate and the reasonable number of hours." In re Rothschild's Jewelers, Inc., 337 B.R. 561, 568 (Bankr. E.D. Va. 2004) (citing EEOC v. Serv. News Co., 898 F.2d 958, 965 (4th Cir. 1990)).  Specifically, in determining whether to award fees requested by counsel to a debtor, courts in this Circuit consider:  (a) "the time and labor expended;" (b) "the novelty and difficulty of the question raised;" (c) "the skill required to properly perform the services;" (d) "the attorney's opportunity costs in pressing litigation;" (e) "the customary fee for like work;" (f) "the attorney's expectations at the outset;" (g) "the time limitations imposed by client or circumstances;" (h) "the amount in controversy and results obtained;" (i) "the experience, reputation and ability of the attorney;" (j) "the undesirability of the case within the local legal community;" (k) "the nature and length of the professional relationship between attorney and client;" and (l) "attorney's fee awards in similar cases." Id. at 568 n.4 (citing Barber v. Kimbrell's, Inc., 577 F.2d 216, 226 n.28 (4th Cir. 1978)); see also In re Grubb, No. 07-30253, 2010 WL 396181, at *4 (Bankr. E.D. Va. Jan. 25, 2010) (applying section 330(a)(3) of the

Bankruptcy Code and the lodestar factors in tandem); In re Zota Petroleums, LLC,

No. 11-35079, 2011 WL 6140675, at *1 (Bankr. E.D. Va. Dec. 9, 2011) (same; stating that

"either test should produce the same result").

55.     Jones Day respectfully submits that it has satisfied the requirements for

the allowance of the compensation and reimbursement of expenses sought herein.  The services

described above were necessary to the administration of the Debtors' chapter 11 cases and were

beneficial to the Debtors and parties in interest.  Jones Day's services were consistently

performed in the minimum amount of time necessary and were commensurate with the

complexity of the matters facing the Debtors.  Furthermore, the compensation sought by

Jones Day is reasonable because it is based on the customary compensation charged by

comparably skilled practitioners in, and outside of, bankruptcy.

### Review by the Debtors

56.     A copy of this Application has been sent to the Debtors for their review.

The Debtors have reviewed and indicated that they approve the amounts requested in this

Application.

### Notice

57.     In accordance with the *Order Establishing Certain Notice, Case
Management and Administrative Procedures* (Docket. No. 111) (the "Case Management Order"),

notice of this Application has been given to (a) all parties on the Master Service List (as defined

in the Case Management Order) and (b) any party that has requested notice pursuant to

Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Debtors submit that no

further notice is necessary.

WHEREFORE, Jones Day respectfully requests that the Court enter an order,

substantially in the form annexed hereto as Exhibit A:  (a) granting this Application; (b) allowing

on an interim basis compensation in the amount of $4,416,682.50 for services rendered in connection with these chapter 11 cases during the Compensation Period; (c) allowing reimbursement of the expenses in the amount of $59,134.07; (d) authorizing and directing the Debtors to pay promptly to Jones Day the amount of fees and expenses approved for the Compensation Period, to the extent that such amounts have not previously been paid; and (e) granting such other and further relief to the Debtors as the Court may deem proper.

Dated:  December 15, 2015
        Richmond, Virginia

Respectfully submitted,

/s/  Henry P. (Toby) Long, III
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

-29-

**Exhibit A**

Proposed Order

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Attorneys for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., <u>et al.</u>, | Case No. 15-33896 (KRH) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM APPLICATION OF
JONES DAY, COUNSEL FOR THE DEBTORS, FOR ALLOWANCE
OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
<u>INCURRED FOR THE PERIOD AUGUST 3, 2015 THROUGH OCTOBER 31, 2015</u>**

This matter coming before the court on the *First Interim Application of*

*Jones Day, Counsel for the Debtors, for Allowance of Compensation for Professional*

*Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for*

*the Period August 3, 2015 through October 31, 2015* (the "<u>Application</u>"),[1] filed by Jones

Day, counsel to the debtors and debtors in possession in the above-captioned cases; the

Court having reviewed the Application and the certification by Carl E. Black in connection

therewith (the "<u>Black Certification</u>") and having considered the statements of counsel with

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

respect to the Application at a hearing before the Court (the "Hearing"); the Court having

found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the

Application and the Hearing was sufficient under the circumstances, (d) the compensation

requested in the Application is reasonable and for actual and necessary services rendered by

Jones Day during the Compensation Period, (e) the expenses for which reimbursement is

sought in the Application are actual and necessary expenses and (f) the Application fully

complies with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules

and the Guidelines; and the Court having determined that the legal and factual bases set

forth in the Application and the Black Certification, and at the Hearing, establish just cause

for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED as set forth herein.

2.      Jones Day is awarded, on an interim basis, compensation for professional

services rendered during the Compensation Period in the amount of $4,416,682.50 and

reimbursement for actual and necessary expenses incurred by Jones Day during the

Compensation Period in the amount of $59,134.07.

3.      The Debtors are authorized and directed to pay promptly to Jones Day the

amount of fees and expenses approved by this Order, to the extent that such amounts have not

previously been paid.

Dated: _____, 2015                    _____
       Richmond, Virginia                       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Respectfully submitted,

/s/  Henry P. (Toby) Long, III
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

 and

David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                             /s/  Henry P. (Toby) Long, III

**Exhibit B**

Certification of Carl E. Black

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Attorneys for Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., <u>et al.</u>, | Case No. 15-33896 (KRH) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATION OF CARL E. BLACK</u>

I, Carl E. Black, hereby certify as follows:

1.       I am a partner in the law firm of Jones Day.  I submit this certification with respect to the *First Interim Application of Jones Day, Counsel for the Debtors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period August 3, 2015 through October 31, 2015* (the "<u>Application</u>").[1]

2.       I make this certification in accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, Effective as of November 1, 2013* (the "<u>U.S. Trustee Guidelines</u>").

---

[1]       All capitalized terms used but not defined herein shall have the meanings given to them in the Application.

3.    In connection therewith, I hereby certify that:

(a)    I have read the Application;

(b)    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the U.S. Trustee Guidelines;

(c)    Except to the extent that fees or disbursements are prohibited by the U.S. Trustee Guidelines, the fees and disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients; and

(d)    In providing a reimbursable service included in its expense reimbursement request (e.g., photocopying), Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party.

### Statement Pursuant to Section C(5) of the U.S. Trustee Guidelines

4.    The following statement is provided pursuant to section C(5) of the U.S. Trustee

Guidelines:

(a)    **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer:** No.

(b)    **Question:** If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer:** Not applicable. The fees sought in the Application are less than the fees budgeted for the Compensation Period.[2]

(c)    **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer:** No.

(d)    **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising

---

[2]    Copies of the budget for the Compensation Period and the related staffing plan are provided on pages 4-6 of the summary cover sheet of the Application.

invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.)  If so, please quantify by hours and fees.

**Answer:**  No.

(e)    **Question:**  Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer:**  No.

(f)    **Question:**  If the fee application includes any rate increases since retention:  (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:**  Not applicable.  The Application does not include any rate increases since retention.

Dated:   December 15, 2015          /s/  Carl E. Black
          Cleveland, Ohio              Carl E. Black (admitted *pro hac vice*)
                                       JONES DAY
                                       North Point
                                       901 Lakeside Avenue
                                       Cleveland, Ohio  44114
                                       Telephone:  (216) 586-3939
                                       Facsimile:  (216) 579-0212

                                       ATTORNEY FOR THE DEBTORS AND DEBTORS IN POSSESSION

**<u>Exhibit C</u>**

Time Records

## **C-1**

Detailed Time Records for
August 3, 2015 through August 31, 2015

Asset Analysis and Recovery                                                                                    Page 1

| | | | |
|---|---|---|---|
| 08/11/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Mason (JH Commercial) and Chou (Rothschild) regarding potential offer for assets.

| | | | |
|---|---|---|---|
| 08/12/15 | D J MERRETT | 1.80 | 1,125.00 |

Review and revise case commencement notice (.50); communicate with Wilson regarding same (.20); research regarding same (.20); review and revise cash management motion exhibit (.20); communicate with Esposito (Alvarez & Marsal) regarding same (.10); conference with Shockley (ANR), Marko, Hutton (BAML) and other Bank of America staff regarding card programs (.40); communicate with Shockley (ANR) (.10), Wilson (.10) regarding same.

| | | | |
|---|---|---|---|
| **TOTAL** | | **2.00** | **USD** | **1,265.00** |

**JONES DAY**

Asset Disposition                                                                                          Page 1

08/03/15        B P BARRAGATE                          0.40                        390.00
Call with Kreutzer on asset sale issues (.20); call with Heiman, Schaible (Davis Polk) and Hamilton
regarding same (.20).

08/05/15        J B ELLMAN                             2.20                      2,090.00
Communicate with Barragate regarding Consol sale escrow issues (.20); conference call with Kreutzer
regarding same (.40); review escrow documents regarding same (.50); communicate with Barav-Johnson
regarding review of documents (.10); communicate with Hopkins (Steptoe & Johnson, escrow agent)
regarding issues for implementation of closed transaction (.30); review memo from Hopkins regarding same
(.30); outline key issues regarding same (.40).

08/06/15        D BARAV-JOHNSON                        6.20                      2,015.00
Review materials related to the transaction to sell rights to the Pittsburgh Coal seam (1.30); communicate
with Ellman regarding issue of whether sale was concluded prepetition (.20); participate in phone call with
Ellman and attorneys from Steptoe & Johnson regarding prepetition sale of Pittsburgh seam property (.60);
participate in phone call with Ellman and Merrett regarding filing times for ANR entities (.20); Westlaw
research on factors that indicate that a sale of land was consummated and whether sold land is part of a
bankruptcy estate under both bankruptcy law and Pennsylvania law (3.70); communicate with Ellman
regarding same (.20).

08/06/15        J B ELLMAN                             3.10                      2,945.00
Conference call with Hopkins and rest of Steptoe & Johnson team regarding Consol sale, escrow and
approaches (1.00); review additional materials regarding same provided by escrow agent (1.10); follow up
with Barav-Johnson regarding motion to address and authorize same (.30); communicate with Black
regarding plans for same (.20); review additional transaction documents (.50).

08/06/15        T A WILSON                             0.20                        140.00
Communicate with Ellman regarding Consol sale and potential motion to approve final steps.

08/07/15        D BARAV-JOHNSON                        5.00                      1,625.00
Communicate with Andrews regarding sources of research regarding sale of land under Pennsylvania law
(includes WESTLAW research) (.30); Westlaw research on when a sale of land is consummated under
Pennsylvania law (.60); draft analysis of same (1.10); communicate with Ellman regarding same (.20); review
and revise additional documents regarding Pittsburgh seam deal (2.10); draft a list of key provisions in
closing documents (.70).

08/07/15        C E BLACK                              0.40                        340.00
Review and respond to multiple communications with Kreutzer and Ellman regarding pre-filing sale of
certain mines.

08/07/15        J B ELLMAN                             2.70                      2,565.00
Review Consol-related materials (1.10); communicate with Kreutzer regarding transaction issues and court
approval (.30); draft issues outline regarding same (.30); review case law on title transfer (.30) and related
Barav-Johnson memo (.20); conference call with Barav-Johnson regarding same (.30); communicate with
Hopkins (Steptoe & Johnson) regarding transaction timeline (.20).

08/07/15        T A WILSON                             0.30                        210.00
Communicate with Black, Long (Hunton) regarding timing on asset sale motions (.20); review case
management order in connection with same (.10).

08/10/15        D BARAV-JOHNSON                        6.90                      2,242.50
Research and analyze model section 363 sale motions and manage files of same (1.20); communicate with
Ellman regarding same (.10); revise De Minimis Sales Motion to include section on Pittsburgh seam
transaction (.40); participate in call with Black and Kreutzer regarding Pittsburgh seam sale (.30);
communicate with Ellman regarding same and next steps (.40); draft and organize the legal argument
regarding closing of Pittsburgh seam sale (.90); Westlaw research on case law regarding delivery of a deed
through an escrow agent under Pennsylvania law (2.10); analyze research and communicate with Ellman
regarding same (.40); review Pittsburgh seam sale documents for escrow agreement terms (.80);
communicate with Ellman regarding same (.10); research Greene Manor lease and manage files of same for
Ellman (.20).

08/10/15        C E BLACK                              0.80                        680.00
Conference with Ellman and Kreutzer regarding asset sale issues (.60); communicate with Ellman regarding
same (.20).

Asset Disposition                                                                                          Page 2

08/10/15       J B ELLMAN                                    3.30                    3,135.00
Review materials and documents regarding Consol sale (1.60); communicate with Barav regarding same
(.10); respond to escrow agent inquiries regarding same (.20); conference call with Black and Kreutzer
(ANR) regarding Consol sale approaches (.40); review lease and lease issues relating to same (.80);
communicate with Wilson regarding transaction issues (.20).

08/11/15       D BARAV-JOHNSON                              3.20                    1,040.00
Review and analyze model 363 motions from other cases (1.00); communicate with Ellman regarding same
(.20); communicate with Ellman regarding information needed for sale comfort order (.10); draft Motion to
approve the Pittsburgh 8 Transaction (1.90).

08/11/15       C E BLACK                                    0.30                      255.00
Follow up with Kreutzer (ANR) and Ellman regarding asset sale issues.

08/11/15       J B ELLMAN                                   3.70                    3,515.00
Review materials relating to Consol prepetition sale (1.20); communicate with escrow agent regarding same
(.40); review research in support of comfort order motion (1.00); communicate with Barav regarding same
(.40); review Barav memo regarding same (.40); conference with Kreutzer (ANR) regarding same (.30).

08/11/15       O S ZELTNER                                  2.70                    1,080.00
Draft/revise motion for approval of de minimis asset sale procedures (2.50); communicate with Wilson
regarding same (.20).

08/12/15       D BARAV-JOHNSON                              6.40                    2,080.00
Continue drafting the Pittsburgh 8 Asset sale motion (3.10); research recording a deed as a prerequisite to
transfer under Pennsylvania law (includes WESTLAW) (1.00); analyze Pittsburgh 8 transaction documents
and timeline (.10); research authority regarding consummated transactions based on equity of the facts
(include WESTLAW) (1.20); participate in call with Ellman and Kreutzer (ANR) regarding Pittsburgh 8 sale
(.70); communicate with Ellman regarding information learned on the call and the Pittsburgh 8 comfort
order (.30).

08/12/15       J B ELLMAN                                   2.30                    2,185.00
Conference with Kreutzer (ANR) and Barav regarding Consol sale issues and court approval (.50); review
related issues (.30); communicate with Kreutzer (ANR) regarding general issues relating to bankruptcy sales
(.20); review issues for miscellaneous asset sales motion (.40); review map and other additional materials in
support of Consol sale (.40); conferences with Steptoe lawyers regarding Consol matters (.50).

08/12/15       T A WILSON                                   0.30                      210.00
Communicate with Zeltner regarding de minimis sale procedures motion.

08/12/15       O S ZELTNER                                  2.70                    1,080.00
Draft/revise motion for approval of procedures for the sale of miscellaneous and de minimis assets (2.50);
communicate with Wilson regarding same (.20).

08/13/15       D BARAV-JOHNSON                              3.90                    1,267.50
Continue drafting the comfort motion to approve the Pittsburgh 8 asset sale.

08/13/15       J B ELLMAN                                   4.20                    3,990.00
Communicate with Wilson and Black regarding potential sale protocols and issues (.40); review precedent
materials regarding same (.20); conferences with Kreutzer (ANR) (.30), Barav (.30) and escrow agent (.40)
regarding Consol sale issues; review additional transaction documents regarding same (.60); communicate
with Kreutzer regarding protocols for asset sales in chapter 11 (.20); begin review of motion to authorize
escrow agent to take remaining steps to implement prepetition Pittsburgh 8 transaction (1.80).

08/13/15       T A WILSON                                   0.40                      280.00
Communicate with Ellman regarding de minimis sale procedures motion and application to potential sales
(.20); communicate with Zeltner regarding de minimis sale procedures motion (.20).

08/13/15       O S ZELTNER                                  6.50                    2,600.00
Draft/revise motion for approval of miscellaneous and de minimis sale procedures (4.90); research case law
and secondary sources on Westlaw for same (1.40); communicate with Wilson regarding same (.20).

08/14/15       D BARAV-JOHNSON                              1.10                      357.50
Communicate with Ellman regarding Pittsburgh 8 asset sale motion and documents to attach to same (.40);
review and revise motion (.30); research authority regarding application of PA law to PA land sales (.40).

JONES DAY

| Asset Disposition | | | | Page 3 |
|---|---|---|---|---|

08/14/15        C E BLACK                                    0.90                765.00

Conference with Wilson and Ellman regarding miscellaneous sale procedures and other anticipated asset sales (.70); conference with Verheij (ANR) regarding helicopter sale (.20).

08/14/15        J B ELLMAN                                   5.40              5,130.00

Review and analyze draft procedures for asset sales to streamline process (.60); conference call with Krueger (ANR), Verjei (ANR), Harrison (ANR), Delo (Rothschild), Wilson regarding same (1.00); review and revise motion regarding Consol sale (2.20); review deal documents regarding same (.70); communicate with Barav regarding same (.20); communicate with Kreutzer (ANR) regarding same (.10); review Kreutzer comments regarding same (.20); communicate with Hopkins (Steptoe) regarding update regarding same (.20); review correspondence regarding helicopter sale (.20).

08/14/15        G L GHAUL                                    2.00                900.00

Research de minimis asset sale procedures (2.00).

08/14/15        T A WILSON                                   3.30              2,310.00

Review and revise miscellaneous asset sale procedures motion (2.40); communicate with Black, Ellman, Zeltner regarding same (.60); participate in conference call with Ellman, various ANR personnel regarding asset sales (.30).

08/14/15        O S ZELTNER                                  0.80                320.00

Draft/revise motion for approval of miscellaneous and de minimis asset sale procedures (.70); communicate with Wilson regarding same (.10).

08/15/15        J B ELLMAN                                   5.80              5,510.00

Review and revise motion for miscellaneous asset sales (3.80); review precedent regarding same (.50); draft memo to Wilson regarding same (.20); review support for helicopter sale and status (.90); communicate with Barav regarding same (.20); draft memo to secured lender counsel regarding Pittsburgh 8 sale (.20).

08/15/15        T A WILSON                                   0.30                210.00

Review Ellman edits to de minimis asset sale procedures motion and communicate with Zeltner regarding same.

08/15/15        O S ZELTNER                                  4.20              1,680.00

Draft/revise motion for approval of procedures for the sale of miscellaneous and de minimis assets (4.10); communicate with Wilson regarding same (.10).

08/16/15        D BARAV-JOHNSON                              0.70                227.50

Implement Kreutzer's (ANR) changes to the Pittsburgh 8 motion (.20); review and revise same (.50).

08/16/15        J B ELLMAN                                   2.30              2,185.00

Review materials regarding Pittsburgh 8 sale (.70); review motion edits regarding same (.20); communicate with escrow agent regarding same (.20); draft memo to Fleck (Milbank) regarding same (.80); review Shartz (Kirkland) email regarding sale (.10); communicate with Kreutzer (ANR) regarding information to support motion (.10); communicate with Wilson regarding miscellaneous asset sale procedures (.20).

08/16/15        T A WILSON                                   1.40                980.00

Review and revise miscellaneous asset sale procedures motion.

08/17/15        D BARAV-JOHNSON                              4.40              1,430.00

Research authority regarding what is included in property of the estate and applicable law for determining real property transfers for Pittsburgh 8 transaction motion (includes WESTLAW) (.50); update and revise motion regarding same (.20); review and analyze model section 363 sale motions in preparation for helicopter sale motion (.50); review sale documents relating to the aircraft purchase agreement (.60); review statute, rules and local rules related to section 363 sale motion (.40); draft section 363 motion for helicopter sale (.30); review Steptoe & Johnson edits to the Pittsburgh 8 motion and make appropriate revisions (.90); review and revise Pittsburgh 8 motion (.50); participate in a conference with Ellman, Harrington (ANR) and Bales (ANR) regarding sale of ANR helicopter (.50).

08/17/15        C E BLACK                                    0.90                765.00

Review and comment on miscellaneous asset sale motion (.50); conference with Wilson and Ellman regarding same and strategy for other dispositions (.40).

Asset Disposition                                                                                          Page 4

08/17/15      J B ELLMAN                                          6.20                    5,890.00
Conference with Manno (ANR) regarding helicopter sale (.40); review documents and correspondence
regarding same (.30); communicate with Barav regarding same (.20); communicate with Kreutzer (ANR)
regarding Consol sale issues (.30); review court papers regarding same (2.90); communicate with Barav
regarding same (.30); communicate with Meyer (Davis Polk) regarding DIP lender comments on Consol
motion (.30); communicate with Black and Wilson regarding terms of miscellaneous asset sale procedures
(.30); draft memo to Verheij (ANR) regarding Consol sale (.10); communicate with Fleck (Milbank)
regarding inquiries relating to Consol sale (.20); conferences with Hopkins (Steptoe) regarding Consol
approval documents (.40); review his written comments regarding same (.50).

08/17/15      T A WILSON                                         0.60                      420.00
Communicate with Black, Ellman regarding de minimis sale motion (.40); review de minimis sale orders in
prior chapter 11 cases (.20).

08/18/15      D BARAV-JOHNSON                                    6.50                    2,112.50
Review Ellman's changes to the Pittsburgh 8 motion (.30); review amendments to term letter agreement in
Pittsburgh 8 transaction and communicate with Ellman regarding same (.50); review and revise Pittsburgh 8
proposed order to incorporate suggested changes from debtor-in-possession lenders (.20); communicate
with Ellman and Evans regarding map attachment to Pittsburgh 8 motion (.50); edit same (.30); create,
review and revise exhibit files for Pittsburgh 8 motion and communicate with Ellman regarding same
(1.10); edit same (.60); determine notice parties and their contact information for the Pittsburgh 8 motion
(.80); make final edits to Pittsburgh 8 motion and edit document format to fit jurisdictional filing
requirements (1.10); draft 363 motion for the Debtors' helicopter sale (1.10).

08/18/15      J B ELLMAN                                         6.90                    6,555.00
Review documents and final issues for motion to authorize escrow agent to implement prepetition Consol
sale (1.10); review, revise and finalize motion regarding same (2.90); conferences with Barav regarding issues
relating to same (.60); conferences with Standish and Hopkins (both Steptoe) regarding final comments
from Escrow Agent (1.00); follow-up email correspondence regarding same (.70); conferences with
Kreutzer (ANR) regarding issues for same and finalizing motion (.40); communicate with Meyer (Davis
Polk) regarding lender comments to Consol order (.20).

08/19/15      D BARAV-JOHNSON                                    8.00                    2,600.00
Review transaction documents of aircraft purchase agreement for confidentiality requirements (.10);
continue drafting section 363 motion for the sale of the aircraft pursuant to same (4.30); review and revise
same (2.40); conduct Westlaw research of authority for same (1.10); review filed exhibits to the Pittsburgh 8
transaction motion to verify completeness (.10).

08/19/15      J B ELLMAN                                         3.20                    3,040.00
Review additional information regarding helicopter sale (.20); communicate with Meyer (Davis Polk) (.10)
and Fleck (Milbank) (.20) regarding same; conferences with Barav regarding motion for same (.20); review
and comment in updated miscellaneous asset sale procedures motion (2.30); conference with Wilson
regarding same (.10); communicate with Steptoe lawyers regarding Consol transaction (.10).

08/19/15      T A WILSON                                         2.50                    1,750.00
Communicate with Ellman, Zeltner regarding de minimis sale motion (.40); review and revise same (1.60);
review further revised de minimis sale motion and communicate with Ellman, Zeltner regarding same (.50).

08/19/15      O S ZELTNER                                        1.90                      760.00
Draft/revise miscellaneous asset sale procedures motion (1.70); communicate with Ellman, Wilson
regarding same (.20).

08/20/15      J B ELLMAN                                         5.90                    5,605.00
Review and revise motion to sell helicopter (4.60); review related documents (.60); communicate with Barav
regarding same (.30); conference call with Cavatoni (ANR), Verheij (both ANR), Wilson, A&M, McKinsey
and Rothschild regarding asset disposition program and related planning (1.10); review and respond to
Wilson issues on miscellaneous asset sales motion (.20).

08/20/15      T A WILSON                                         0.20                      140.00
Communicate with Ellman regarding de minimis asset sale motion.

**JONES DAY**

Asset Disposition                                                                                          Page 5

08/21/15        D BARAV-JOHNSON                                7.00                   2,275.00
Review and input Ellman edits to the section 363 sale motion for the helicopter sale (1.20); review and
revise same and run blacklines for each round of edits (1.40); communicate with Ellman regarding revisions
and next steps for motion (.20); make final edits to section 363 helicopter sale motion and send on Ellman's
behalf to Harrington (ANR), Manno (ANR) and Verheij (ANR) (.30); Westlaw research on requirements to
file a section 327 application to hire L.J. Aviation as a broker in connection with the helicopter sale (1.30);
communicate with Ellman regarding same (.30); draft and edit L.J. Aviation's Rule 2014 declaration (1.30);
draft and edit same (.60); communicate with Kline (L.J. Aviation) regarding status of helicopter sale and
preparing a Rule 2014 declaration (.40).

08/21/15        J B ELLMAN                                     4.10                   3,895.00
Review and revise helicopter sale motion (1.70); communicate with Barav-Johnson regarding same (.40);
review miscellaneous asset sale procedures issues (.50); review form of broker affidavit regarding same (.20);
review legal memo from Barav-Johnson regarding same (.20); communicate with Wilson regarding same
(.10); review draft of same for LJA, aviation broker (.20); communicate with Barav-Johnson regarding same
(.10); draft memo to Verheij (ANR) and Manno regarding miscellaneous asset sale process and aircraft sales
(.20); review response to same (.10); draft memos to committee and secured lenders counsel regarding
helicopter sale (.20).

08/21/15        T A WILSON                                     0.40                     280.00
Communicate with Ellman regarding de minimis sale motion (.30); communicate with Ellman, Zeltner
regarding form of broker's affidavit (.10).

08/22/15        D BARAV-JOHNSON                                0.50                     162.50
Review and revise L.J. Aviation affidavit.

08/22/15        J B ELLMAN                                     0.20                     190.00
Review and respond to Verheij (ANR) comment on helicopter sale documents.

08/23/15        C E BLACK                                      1.10                     935.00
Analysis and consideration of disposition issues.

08/23/15        J B ELLMAN                                     1.80                   1,710.00
Review additional edits to miscellaneous asset sale procedures (1.00); communicate with Wilson regarding
same (.10); review materials regarding other potential asset sales (.70).

08/23/15        T A WILSON                                     3.10                   2,170.00
Review and revise miscellaneous asset sale procedures motion (2.70); communicate with Ellman, Zeltner
regarding same (.10); review revisions to de minimis sale order (.30).

08/24/15        D BARAV-JOHNSON                                3.20                   1,040.00
Communicate with L.J. Aviation regarding completing the Rule 2014 disclosure statement for the helicopter
sale motion and communicate with Ellman regarding same (.10); review and analyze Harrington's (ANR)
edits to the helicopter sale motion (.20); review and analyze helicopter sale escrow agreement (.20);
participate in conference call with Ellman, Harrington (ANR), Manno (ANR) and Verheij (ANR) (.30)
regarding helicopter sale and court approval issues; communicate with Ellman regarding same (.30); review
and insert a second round of Harrington (ANR) edits to helicopter sale motion, and revise same (1.00);
communicate with Ellman regarding same (.20); review and revise the L.J. Aviation affidavit and
communicate with Ellman and Kline (L.J. Aviation) regarding same (.20); communicate with Ellman
regarding strategy and timing for filing helicopter sale motion (.10); draft notice of filing and hearing for
same (.20); create exhibit file for same (.30); communicate with Ellman, Whitcomb and Evans regarding
same (.10).

JONES DAY

---

Asset Disposition                                                                                    Page 6

08/24/15       J B ELLMAN                                    4.50                        4,275.00
Conference call with Manno, Harrington, Verheij (all ANR) and Barav regarding helicopter sale and court
approval issues (.70); review client comments on motion for same (.50); conference with Barav regarding
same (.40); review and revise updated draft (.90); review updated broker declaration (.10); review related
correspondence (.20); draft memo to client regarding same (.20); communicate with Meyer (Davis Polk)
regarding same (.10); communicate with Long (Hunton) regarding same (.10); conference with counsel to
Liberty regarding Consol sale (.30); review correspondence from counsel regarding related surety issues
(.10); conference with Krueger (ANR) regarding surety issues for Consol sale and related mattes (.20); draft
correspondence to surety counsel regarding same (.10); communicate with Hopkins (Steptoe) regarding
status of Consol motion and preparations for hearing (.20); conference with K&E lawyers regarding
proposed changes for Consol order and related transaction issues (.20); review documents to address same
(.20).

08/25/15       D BARAV-JOHNSON                              0.40                          130.00
Review Ellman's changes to notice of the helicopter motion and the related hearing (.10); insert changes
into same and review (.20); review Ellman's changes to the helicopter motion (.10).

08/25/15       J B ELLMAN                                    4.10                        3,895.00
Review revised order language for Consol sale from DIP Lenders (.20); communicate with Meyer (Davis
Polk) regarding same (.20); communicate with Kirkland team regarding same (.30); communicate with
Shockley (ANR) regarding Liberty bond issues raised in connection with Consol sale (.10); communicate
with Kreuger (ANR) regarding same and finalizing Consol sale (.20); finalize helicopter sale motion for
potential filing (1.60); revise notice of same (.20); communicate with Manno (ANR) regarding helicopter
sale and next steps (.20); review correspondence regarding same (.30); communicate with Long (Hunton)
regarding timing and procedure regarding same (.10); communicate with Barav regarding open issues for
helicopter same (.20); review broker fee approval issues for sales (.20); communicate with Zeltner regarding
same (.20); communicate with Grady (A&M) regarding helicopter sale (.10).

08/25/15       O S ZELTNER                                   0.50                          200.00
Review docket filings on PACER in connection with motion for authorization to sell helicopter (.30);
communicate with Ellman regarding same (.20).

08/26/15       D BARAV-JOHNSON                              0.10                           32.50
Communicate with Ellman regarding notice period for court approval of the helicopter sale.

08/26/15       J B ELLMAN                                    0.70                          665.00
Conference with Wilson regarding terms of miscellaneous asset sale procedures (.30); review same (.10);
draft memo to Manno (ANR) regarding application to helicopter sale (.20); communicate with K&E
regarding Consol sale order (.10).

08/26/15       T A WILSON                                    0.30                          210.00
Communicate with Ellman, Verheij (ANR), Harrison (ANR) regarding de minimis asset sale motion.

08/27/15       D BARAV-JOHNSON                              0.10                           32.50
Communicate with Ellman regarding language of certain provisions of the Pittsburgh 8 sale order.

08/27/15       J B ELLMAN                                    2.30                        2,185.00
Communicate with Standola (K&E) regarding Consol sale order (.40); revise language for same (.70); review
helicopter sale update (.10); communicate with Long (Hunton) regarding shortened notice for potential sale
(.20); conference with Wilson regarding same (.20); review lender drafts of language for Consol order (.20);
review notice issues for 363 sales and case management order (.30); draft memo to Manno (ANR) regarding
same and helicopter sale (.20).

08/27/15       T A WILSON                                    0.60                          420.00
Communicate with Harrison (ANR), Ellman regarding miscellaneous asset sale procedures motion.

08/28/15       D BARAV-JOHNSON                              0.20                           65.00
Communicate with Ellman regarding changes to proposed order for Pittsburgh 8 motion and objections to
motion (.20).

Asset Disposition                                                                                                      Page 7

08/28/15        J B ELLMAN                                                    1.50                            1,425.00
Review surety objection to Consol motion (.20); communicate with Griffith (counsel for surety) to resolve
same (.10); follow up correspondence regarding same (.20); review withdrawal document regarding same
(.10); conferences with Hopkins (Steptoe) regarding same and planning for upcoming hearing (.40);
communicate with counsel for DIP lenders and Committee regarding resolution of Committee concerns
(.20); revise order to approve same (.30).

08/30/15        J B ELLMAN                                                    0.60                              570.00
Finalize Consol order (.20); communicate with Wilson regarding same and hearing (.10); communicate with
Manno (ANR) regarding helicopter sale (.20); communicate with Wilson regarding miscellaneous asset sale
procedures (.10).

08/31/15        D BARAV-JOHNSON                                               0.30                               97.50
Manage files for the as-filed Pittsburgh 8 motion (.20); create a redline of changes to the Pittsburgh 8 order
from the as-filed proposed version (.10).

08/31/15        J B ELLMAN                                                    1.30                            1,235.00
Review Einik memo regarding lease disposition (.80); communicate with Manno (ANR) regarding
helicopter sale (.20); review updates regarding miscellaneous asset sale procedures (.20); communicate with
Wilson regarding same (.10).

08/31/15        T A WILSON                                                    0.50                              350.00
Communicate with Ellman regarding Pittsburgh 8 motion (.30); communicate with Verheij (ANR),
Harrison (ANR) regarding de minimis sale motion (.20).

        **TOTAL**                                                        **182.90**           **USD**     **118,047.50**

**JONES DAY**

Assumption and Rejection of Leases and Contracts                                                    Page 1

---

08/05/15        D J MERRETT                                        0.50                          312.50
Communicate with Shockley (ANR) regarding performance bonds (.30); communicate with Wilson
regarding same (.20).

08/05/15        T A WILSON                                         0.30                          210.00
Communicate with Harrison (ANR) regarding potential lease rejections and review correspondence related
to same.

08/10/15        T A WILSON                                         0.50                          350.00
Review correspondence and spreadsheets received from Harrison (ANR), Kreutzer (ANR) regarding
potential contracts to reject.

08/11/15        D J MERRETT                                        2.20                        1,375.00
Review and analyze Analabs contract (1.10); communicate with Wilson regarding same (.20); summarize
same (.90).

08/11/15        T A WILSON                                         1.80                        1,260.00
Communicate with Harrison (ANR), Barav, Zeltner regarding motion to reject executory contracts and
unexpired leases (.60); review spreadsheets received from company in connection with same (.20);
communicate with Kotarba, Williams in connection with related service issues (.20); communicate with
Carrier (ANR) regarding questions related to executory contracts and unexpired leases (.30); communicate
with Barragate, Mazey, Hall regarding ISDA notices (.20); communicate with Zeltner, Black regarding de
minimis sale procedures motion (.30).

08/11/15        O S ZELTNER                                        6.90                        2,760.00
Draft/revise motion to reject certain executory contracts and unexpired leases (4.80); Westlaw research
regarding same (1.80); communicate with Wilson regarding same (.30).

08/12/15        T A WILSON                                         2.10                        1,470.00
Review correspondence from Harrison regarding contracts to be rejected (.30); review contracts to be
rejected (.40); participate in conference call with Harrison (ANR), Zeltner regarding rejection of executory
contracts and unexpired leases (.40); various communications with Zeltner regarding rejection of contracts
and leases (.50); research related to same (.30); communicate with Harrison (ANR) regarding Wheels lease
documents (.20).

08/12/15        O S ZELTNER                                        8.60                        3,440.00
Draft/revise motion to reject K-Line vessel leases and certain terminal services agreements (6.30); research
case law and secondary sources on Westlaw regarding same (1.60); communicate with Harrison (ANR) and
Wilson regarding same (.50); further communications with Wilson regarding same (.20).

08/13/15        T A WILSON                                         1.40                          980.00
Communicate with Harrison (ANR) regarding executory contract rejection issues (.30); communicate with
Black regarding rejection of K-line agreements (.30); review and revise motion to reject charter vessel and
terminal leases (.50); communicate with Black, Zeltner regarding same (.30);

08/14/15        T A WILSON                                         0.60                          420.00
Communicate with Zeltner regarding motion to reject vessel leases and terminal agreements (.30); review
and analyze revised version of motion to reject (.30).

08/14/15        O S ZELTNER                                        0.80                          320.00
Draft/revise motion to reject K-Line vessel leases and certain terminal services agreements (.60);
communicate with Harrison (ANR) (.10), Wilson (.10) regarding same.

08/17/15        C E BLACK                                          0.60                          510.00
Review and comment on rejection motion.

08/17/15        T A WILSON                                         1.80                        1,260.00
Communicate with Harrison (ANR), Zeltner, Black regarding motion to reject vessel leases and terminal
agreements (.80); review revised motion (.20); communicate with Harrison (ANR), Harrington (ANR)
regarding potential termination of agreements (.30); review Dominion Terminal Associates agreements in
connection with assumption and rejection issues (.50).

08/17/15        O S ZELTNER                                        0.80                          320.00
Draft/revise motion to reject certain executory contracts and unexpired leases (.60); communicate with
Harrison (ANR), Wilson regarding same (.20).

JONES DAY

Assumption and Rejection of Leases and Contracts                                                 Page 2

08/18/15      T A WILSON                                     0.30                           210.00
Communicate with Harrison (ANR), Zeltner regarding rejection of vessel leases.

08/18/15      O S ZELTNER                                   1.20                           480.00
Draft/revise omnibus motion to reject certain executory contracts and unexpired leases and prepare same
for filing (.90); communicate with Harrison (ANR) (.10), Wilson (.20) regarding same.

08/19/15      C E BLACK                                     0.30                           255.00
Conference with Verheij (ANR) regarding contract issues (.10); conference with Zwick regarding same
(.20).

08/19/15      J B ELLMAN                                    0.50                           475.00
Review memo regarding lease treatment (.20); conference with Wilson regarding same (.10); conference call
with Ragan (Alpha) and Wilson regarding process for treatment of leases (.20).

08/19/15      T A WILSON                                    0.30                           210.00
Participate in conference call with Ragan (ANR), Shockley (ANR), Ellman regarding lease issues.

08/20/15      T A WILSON                                    2.30                         1,610.00
Review correspondence and underlying documentation regarding Coalfields Expressway matter (.50);
participate in conference call with Verheij (ANR), Harrison (ANR), Harrington (ANR), Kreutzer (ANR),
Black regarding Coalfields Expressway matter (.80); follow-up communication with Black regarding same
(.20); review correspondence related to aircraft lease (.20); communicate with Black, Harrison (ANR)
regarding same (.20); review agreements with Mine Resources (.20); communicate with Harrington (ANR)
regarding same (.20).

08/21/15      T A WILSON                                    0.80                           560.00
Communicate with Nichols (ANR), Harrison (ANR) regarding effect of rejection and early termination
damages (.20); communicate with Harrison (ANR), Black regarding payments under easement contracts
and subsidence settlements (.40); communicate with Turner (Wilson) regarding Bank of America equipment
leases (.20).

08/24/15      T A WILSON                                    0.30                           210.00
Communicate with Nichols (ANR) regarding confirmation of discrete leases under master lease and impact
on assumption.

08/25/15      T A WILSON                                    0.50                           350.00
Communicate with Harrington regarding implicit assumption issues arising in connection with termination
of existing contracts and entry into new contracts (.30); review correspondence regarding renewal of leases
and communicate with Ghaul regarding related assumption issues (.20).

08/26/15      C E BLACK                                     1.10                           935.00
Review and comment on rejection motion.

08/26/15      T A WILSON                                    0.30                           210.00
Communicate with Black, Harrington (ANR), Harrison (ANR) regarding implied assumption of amended
agreements.

08/27/15      G L GHAUL                                     2.60                         1,170.00
Research issue related to unexpired leases (1.50); draft / revise informal memo regarding the same (1.00);
communicate with Wilson regarding the same (.10).

08/27/15      D J MERRETT                                   0.40                           250.00
Communicate with Wilson (.20), Barav (.20) regarding notice to repudiating vendor.

08/27/15      T A WILSON                                    1.30                           910.00
Communicate with Harrison (ANR), Routh, Zeltner, Long (Hunton) regarding ability to reject discrete
schedules under master leases (.90); communicate with Zeltner regarding potential rejection motion
regarding same (.20); review research regarding ability to renew executory contracts and unexpired leases
prior to assumption and despite defaults and communicate with Harrison regarding same (.20).

08/27/15      O S ZELTNER                                   4.10                         1,640.00
Research case law and secondary sources on Westlaw regarding severability of individual agreements under
a master agreement (3.40); communicate with Wilson regarding same (.20); communicate with Wilson
regarding second omnibus motion to reject executory contracts and unexpired leases (.20); review contracts
for same (.30).

Assumption and Rejection of Leases and Contracts                                    Page 3

| 08/28/15 | C E BLACK | 0.70 | 595.00 |
|---|---|---|---|

Review and analyze memorandum on lease rejection issues.

| 08/28/15 | T A WILSON | 0.70 | 490.00 |
|---|---|---|---|

Communicate with Black, Zeltner regarding potential rejection of indemnity agreement (.20); communicate with Ellman, Harrison (ANR) regarding de minimis asset sale motion (.50).

| 08/31/15 | D G HEIMAN | 1.00 | 1,200.00 |
|---|---|---|---|

Review Einik memorandum regarding coal lease rejection and bond forfeiture in Kentucky and West Virginia (.70); draft email memorandum to Black regarding same (.30).

| **TOTAL** | | **47.60** | **USD** | **26,747.50** |
|---|---|---|---|---|

**JONES DAY**

Business Operations                                                                                                          Page 1

| | | | |
|---|---|---|---|
| 08/03/15 | B P BARRAGATE | 0.60 | 585.00 |

Call with Phillips regarding 8-K issues.

| | | | |
|---|---|---|---|
| 08/04/15 | T A WILSON | 4.30 | 3,010.00 |

Review and revise interim and final orders granting first day motions (1.60); communicate with Black, Merrett, Zeltner, Long (Hunton) regarding same (.80); communicate with Verheij (ANR), Harrison (ANR) regarding upcoming conference calls with company personnel addressing postpetition issues (.30); communicate with Esposito (A&M), Kotarba (A&M) regarding requests for addresses related to Top 50 list (.30); communicate with Maddock (CSX), Harrison (ANR) regarding request for payment under lienholder order (.30); communicate with Holden (A&M), Harrison (ANR) regarding vendor inquiries related to bankruptcy (.20); communicate with Bernstein (US Trustee), Van Arsdale (US Trustee) regarding proposed changes to first day orders (.40); review first day orders to reflect US Trustee comments (.20); communicate with Heiman, Black, Long (Hunton) regarding entry of first day orders by Court (.20).

| | | | |
|---|---|---|---|
| 08/05/15 | D BARAV-JOHNSON | 1.20 | 390.00 |

Review sample lienholder agreements (.30); draft a template lienholder agreement (.70); revise same (.20).

| | | | |
|---|---|---|---|
| 08/05/15 | C E BLACK | 2.30 | 1,955.00 |

Numerous conversations with creditors and claimants regarding bankruptcy filing (.90); conference with Wilson regarding responses to creditor inquiries (.40); conferences with various employees of the debtors regarding claim issues and creditor calls (.80); communicate with Barragate regarding derivative issues (.20).

| | | | |
|---|---|---|---|
| 08/05/15 | G L GHAUL | 1.20 | 540.00 |

Draft/revise template for essential supplier agreements for goods and services.

| | | | |
|---|---|---|---|
| 08/05/15 | T A WILSON | 6.60 | 4,620.00 |

Communicate with Harrison (ANR) regarding entry of first day orders (.10); communicate with Manno (ANR), Hall (ANR), Harrison (ANR) regarding vendor inquiries related to essential supplier and lienholder orders (.40); communicate with Edwards (Pilot), Roberts (Pilot), Grady (A&M), Holden (A&M), Manno, Hall regarding request for essential supplier money (.70); review contracts in connection with same (.50); communicate with Bernstein (US Trustee) regarding first day orders (.10); communicate with Long (Hunton) regarding entry of first day orders (.90); communicate with Merrett, Zeltner, Hall regarding first day order issues (.70); communicate with Long (Hunton), Zeltner, Ellman regarding motion to seal fee letter (.40); communicate with Grady (A&M) regarding documentation of trade agreements with vendors (.20); communicate with Goldstein (Carter Machinery) regarding request for essential supplier payment (.30); communicate with Harrison (ANR), Black, Maddock (CSX) regarding CSX request for payment under lienholder money and stopped shipments (.50); communicate with Black, Long (Hunton) regarding formatting of first day orders as entered (.40); review entered order in connection with same (.20); communicate with Zeltner, Tiller regarding form trade agreement templates (.20); communicate with Holden (A&M) regarding check stock for debtor in possession (.10); communicate with Merrett, Barav regarding high-level summary of first day motions (.20); communicate with Harrison (ANR) regarding coal sales contracts order (.10); communicate with Mazey, Black regarding entry of joint administration order (.30); communicate with Merrett, Black regarding cancellation of derivatives contracts (.30).

| | | | |
|---|---|---|---|
| 08/06/15 | D BARAV-JOHNSON | 0.70 | 227.50 |

Review edits to, and revise Lienholder Agreement template.

| | | | |
|---|---|---|---|
| 08/06/15 | C E BLACK | 3.00 | 2,550.00 |

Numerous conversations and communications with creditors and claimants regarding bankruptcy filing (.70); conference with Wilson regarding responses to creditor inquiries (.20); conferences and communications with various employees of the debtors regarding claim issues and creditor calls (.90); communicate with Barragate regarding derivative issues (.10); review ISDAs, termination notices and related schedules (1.10).

| | | | |
|---|---|---|---|
| 08/06/15 | C E BLACK | 1.10 | 935.00 |

Conference with Heiman, McKinsey, Alvarez & Marsal and Rothschild regarding business plan issues.

| | | | |
|---|---|---|---|
| 08/06/15 | G L GHAUL | 1.30 | 585.00 |

Draft/revise template for essential supplier agreements per Wilson's comments (1.30).

| | | | |
|---|---|---|---|
| 08/06/15 | L R MCMURRAY | 0.80 | 720.00 |

Review Citibank ISDA termination notices and correspond with Barragate regarding same.

Business Operations                                                                          Page 2

08/06/15        D J MERRETT                              3.50                       2,187.50
Review and revise trade agreements for lienholders (.30) and essential suppliers (.40); communicate with
Wilson (.10), Ghaul (.20) and Barav (.20) regarding same; communicate with Shockley (ANR) (ANR)
regarding customers and performance bonding (.10); conference with Shockley (ANR), Harsthorn,
Hanekamp (ANR) regarding same (.30); communicate with Black (.10), Wilson (.20) regarding same;
follow-up with Shockley (ANR), Hartshorn, Hanekamp regarding same (.10); draft and revise summary of
ordinary course of business considerations (1.30); communicate with Wilson regarding same (.20).

08/06/15        T A WILSON                               4.70                       3,290.00
Draft responses to questions collected from company personnel regarding chapter 11 process (1.40);
participate in conference call with Harrison (ANR), Holden (A&M), multiple company personnel regarding
threshold questions regarding the impact of the company's bankruptcy on operations (1.40); communicate
with Black regarding chapter 11 issues (.20); communicate with Black, Merrett, Harrison (ANR) regarding
ordinary course of business primer and review same (.30); communicate with Merrett, Black regarding
bonding issues arising in connection with international coal sales contracts (.30); review and revise essential
supplier/lienholder agreements and communicate with Barav, Holden (A&M) regarding same (.30);
communicate with Woodard (Harris Beach) regarding Lexon comments to surety bond order (.10);
communicate with Hall (ANR) regarding essential supplier request from CB Mining (.20); communicate
with Black, Munsey (ANR) regarding ISDA agreements (.20); communicate with Harrison (ANR),
Maddock (CSX) regarding CSX assertion of lien rights and stopped shipment (.30).

08/07/15        C E BLACK                                2.30                       1,955.00
Conference with McMurray and Barragate regarding ISDA issues (.60); numerous conversations and
communications with creditors and claimants regarding bankruptcy filing (.80); conference with Wilson
regarding responses to creditor inquiries (.20); conferences and communications with various employees of
the debtors regarding claim issues and creditor calls (.70).

08/07/15        L R MCMURRAY                             1.40                       1,260.00
Participate in telephone conference with Barragate and Black regarding ISDA termination notices (.40);
draft form of response letter (1.00)

08/07/15        D J MERRETT                              0.20                         125.00
Communicate with Holden (A&M) regarding cash management issues.

08/07/15        T A WILSON                               3.30                       2,310.00
Communicate with Hall (ANR), Goldstein (Magee Goldstein), Harrison (ANR), Hall (ANR), Manno
(ANR) regarding Carter Machinery request for essential supplier payment (.50); review correspondence
from Johnson (AEP) and related background information regarding American Electric Power (.30);
communicate with Merrett, Black, Barragate, Long (Hunton), Harrison (ANR) regarding termination of
AEP bond (.80); review and revise essential supplier and lienholder form trade agreements (.20);
communicate with Black regarding same (.20); communicate with Holden (A&M), Esposito (A&M), Gilbert
(Verizon) regarding communication from Verizon related to adequate assurance (.40); communicate with
Harrison (ANR) regarding W.K. Merriman request for essential supplier payment (.10); communicate with
Harrison (ANR), Maddock (CSX), Black, Fischer, DeHaven, Johnson regarding CSX demand for
lienholder payment (.90).

08/08/15        D J MERRETT                              2.10                       1,312.50
Review interim essential supplier and lienholder orders (.40); draft and revise notice to essential vendors
(1.10); draft and revise notice to lienholders (.40); communicate with Wilson regarding same (.20).

08/08/15        T A WILSON                               0.60                         420.00
Communicate with Holden (ANR), Merrett regarding template trade agreements (.30); review Brown
(Hunton) correspondence regarding Coalfields Expressway and communicate with Brown, Harrison (ANR)
regarding same (.30).

08/10/15        C E BLACK                                0.30                         255.00
Conference with counsel to vendor regarding claim issues.

Business Operations                                                                                       Page 3

---

08/10/15        T A WILSON                                              2.70                    1,890.00
Review correspondence related to Canestrale Contracting demand for lienholder payment (.10);
communicate with Harrison (ANR) regarding same (.20); communicate with Thompson (Stites) regarding
same (.20); communicate with Harrison (ANR) regarding template trade agreements and notices (.30);
review Coalfields Expressway agreement and communicate with Harrison (ANR) regarding same (.40);
review questions received from Carrier (ANR) regarding impact of bankruptcy on operations and
communicate with Merrett regarding same (.20); review contracts received from Grady (A&M) regarding
Data Directions demand for essential supplier payment and communicate with Grady regarding same (.30);
communicate with Johnson (AEP) regarding adequate assurance request from American Electric Power
(.20); review agreements between ANR and Wheels LT (.30); communicate with Harrison (ANR) regarding
same (.20); communicate with Sellers (Winthrop) regarding Interstate Power Systems request for essential
supplier payment (.20); communicate with Black, Harrison (ANR) regarding CSX matter and potential need
for conflicts counsel (.20).

08/11/15        D BARAV-JOHNSON                                          1.70                      552.50
Research Eastern District of Virginia standards regarding 107(b) (including WESTLAW) (.20); insert
citations to E.D. Va precedent into motion and send same to Merrett (.50); read briefs regarding bonding
(1.00).

08/11/15        D G HEIMAN                                              0.50                      600.00
Telephone conference with Carmody (McKinsey) regarding business plan meeting.

08/11/15        L R MCMURRAY                                            2.00                    1,800.00
Draft additional template notices for ISDA terminations and valuation statements (1.00); review terminated
ISDAs (1.00)

08/11/15        D J MERRETT                                             0.40                      250.00
Conference with Harrison (ANR) and ANR management regarding postpetition procedures.

08/11/15        T A WILSON                                              2.30                    1,610.00
Communicate with Goldstein (Carter Machinery), Manno (ANR), Hall (ANR), Grady (A&M) regarding
request for essential supplier payment (.50); communicate with Kennedy (Austin Powder) regarding request
for essential supplier payment and reclamation procedures (.20); communicate with Harrison (ANR),
Manno (ANR), Long (Hunton) regarding Cecil Walker Machinery request for essential supplier payment
(.40); communicate with Harrison (ANR), Thompson (Stites) regarding Canestrale Contracting request for
essential supplier payment (.20); communicate with Nichols (ANR), Holden (A&M) regarding essential
supplier and lienholder payments (.20); communicate with Harrison (ANR) regarding CSX request for
payment and release of deposit (.20); review correspondence related to Analabs request for essential
supplier payment and communicate with Merrett regarding same (.10); communicate with Harrison (ANR)
regarding UPS request for essential supplier payment (.10); communicate with Sellers (Winthrop) regarding
Interstate Power Systems contracts with ANR (.10); review same (.30).

08/12/15        L R MCMURRAY                                            0.80                      720.00
Revise template letters for ISDA terminations and valuations per Mazey comments (.30); review status of
correspondence from terminating banks (.50)

08/12/15        D J MERRETT                                             1.10                      687.50
Review and analyze Analabs contracts (.50); summarize same for Wilson (.60).

08/12/15        T A WILSON                                              5.50                    3,850.00
Communicate with Manno (ANR) regarding various sourcing and essential supplier issues (.60);
communicate with Grady (A&M) regarding essential supplier issues (.30); communicate with Routh
regarding essential supplier issues (.30); review contracts with Pyott Boone in connection with decision to
stop shipping and alter contract terms (.40); communicate with Manno (ANR), Grady (A&M), Hall (ANR)
regarding various requests for essential supplier and lienholder payments (1.40); review contracts with
Jennmar, JH Fletcher and Bridgestone in connection with demands for essential supplier money (1.10);
communicate with Harrison (ANR), Merrett regarding Analabs agreements (.20); communicate with
Audette (Perkins Coie), Hall (ANR), Manno (ANR), Grady (A&M) regarding Pyott Boone request for
essential supplier payment (.40); communicate with Zeltner regarding draft of provisional payment notice
(.20); review and revise same (.20); communicate with Grady (A&M), Hall (ANR) regarding Cecil Walker
Machinery request for essential supplier payment (.40).

Business Operations                                                                 Page 4

| 08/12/15 | O S ZELTNER | 0.90 | 360.00 |
|---|---|---|---|

Draft and revise email to repudiating vendors regarding condition to receipt of provisional payment (.70); communicate with Wilson regarding same (.20).

| 08/13/15 | C E BLACK | 0.80 | 680.00 |
|---|---|---|---|

Review diesel hedges and related ISDAs.

| 08/13/15 | D G HEIMAN | 1.50 | 1,800.00 |
|---|---|---|---|

Conferences with Verheij (ANR) and McCallister (ANR) regarding business plan process and strategy.

| 08/13/15 | L R MCMURRAY | 0.80 | 720.00 |
|---|---|---|---|

Review and comment upon draft ISDA termination letters

| 08/13/15 | D J MERRETT | 2.40 | 1,500.00 |
|---|---|---|---|

Communicate with Wilson regarding trade agreements (.10); review and revise same (1.50); communicate with Griffith (Harris Beach) regarding surety bond order (.20); revise same (.30); communicate with Long (Hunton) regarding same (.10); communicate with Harrison (ANR) regarding excise taxes (.20).

| 08/13/15 | T A WILSON | 2.10 | 1,470.00 |
|---|---|---|---|

Communicate with Zeltner regarding utility issues (.10); communicate with Merrett regarding updated trade terms agreements for essential supplier and lienholder payments (.10); communicate with Harrison (ANR), Black regarding CSX deposit issue (.50); communicate with Harrison (ANR) regarding lienholder agreements with trucking companies (.10); review revised trade terms agreements and communicate with Harrison (ANR), Black, Merrett regarding same (.30); communicate with Esposito (A&M) regarding utility request for information (.10); communicate with Gianola (Chisler Brothers), Hall (ANR), Manno (ANR) regarding Chisler Brothers request for essential supplier payment (.30); review contracts with Chisler Brothers (.40); communicate with Hall (ANR) regarding Rattlesnake 46kV project (.20); communicate with Holden (A&M) regarding reporting obligations under prepetition payment orders (.20).

| 08/14/15 | T A WILSON | 1.30 | 910.00 |
|---|---|---|---|

Communicate with Holden (A&M) regarding reporting matrices for payment of prepetition debt (.30); communicate with Zeltner regarding final orders related to prepetition payment motions (.20); review and analyze contracts with Chisler Brothers (.40); communicate with Hall (ANR), Manno (ANR), Duranko (Chisler) regarding same (.40).

| 08/14/15 | O S ZELTNER | 2.90 | 1,160.00 |
|---|---|---|---|

Draft and revise proposed final orders with respect to prepetition taxes motion, customer obligations motion, essential supplier motion, lienholder motion and utilities motion (2.70); communicate with Wilson, Merrett, and Barav-Johnson regarding same (.20).

| 08/16/15 | T A WILSON | 0.90 | 630.00 |
|---|---|---|---|

Review final orders for first day motions (.50); communicate with Black, Merrett, Fleck (Milbank) regarding same (.40).

| 08/17/15 | C E BLACK | 2.10 | 1,785.00 |
|---|---|---|---|

Review reclamation and other creditor correspondence (.30); numerous conversations with creditors and claimants regarding bankruptcy filing and claim issues (.70); conference with Wilson regarding responses to creditor inquiries and bankruptcy related claim questions from client (.70); conferences with various employees of the debtors regarding claim issues and creditor calls (.40).

| 08/17/15 | C E BLACK | 0.30 | 255.00 |
|---|---|---|---|

Review unsecured creditors' committee document requests (.20); communicate with team regarding same (.10).

| 08/17/15 | T A WILSON | 2.70 | 1,890.00 |
|---|---|---|---|

Various communications with Black regarding vendor requests for essential supplier and lienholder treatment (.50); communicate with Hall (ANR), Grady (A&M) regarding Rattlesnake 46kV project and review agreements regarding same (.50); communicate with Manno (ANR), Davenport (BTES) regarding utility request for payment (.20); review correspondence from Liberty/Federal regarding requested changes to surety order (.10); communicate with Black, Ellman regarding same (.40); participate in conference call with Manno (ANR), Hall (ANR) regarding miscellaneous sourcing issues (.60); revise final surety order and communicate with Merrett, Barav regarding same (.40).

| 08/18/15 | D BARAV-JOHNSON | 1.70 | 552.50 |
|---|---|---|---|

Review and revise surety bond order (.70); draft essential supplier agreements for Torque Enterprises, PBE and ABCO (1.00).

Business Operations                                                                                                    Page 5

| | | | |
|---|---|---|---|
| 08/18/15 | C E BLACK | 1.40 | 1,190.00 |

Multiple conversations with creditors and claimants regarding bankruptcy filing and claim issues (.80); conference with Wilson regarding responses to creditor inquiries and bankruptcy related claim questions from client (.60).

| | | | |
|---|---|---|---|
| 08/18/15 | T A WILSON | 2.00 | 1,400.00 |

Various communications with Black regarding payment of vendor claims (.70); communicate with Grady (A&M) regarding request for payment from utility (.10); communicate with Grady (A&M), Hall (ANR), Barav regarding drafting essential supplier agreements (.40); communicate with Hall (ANR) regarding 46kV Rattlesnake project (.10); review objection to utility motion filed by AEP (.20); communicate with Hall (ANR), Manno (ANR), Grady (A&M), Davis (Davis Service Center), Richardson (W&B Fabricators), Adams (Altfilisch) regarding various vendor inquiries related to essential supplier payments (.50).

| | | | |
|---|---|---|---|
| 08/18/15 | O S ZELTNER | 0.30 | 120.00 |

Review utility providers' objection, filed on the docket, to utilities motion.

| | | | |
|---|---|---|---|
| 08/19/15 | D BARAV-JOHNSON | 0.40 | 130.00 |

Review and revise final order to the surety bond motion.

| | | | |
|---|---|---|---|
| 08/19/15 | C E BLACK | 1.30 | 1,105.00 |

Multiple conversations with creditors and claimants regarding bankruptcy filing and claim issues (.60); conferences with Wilson regarding responses to creditor inquiries and bankruptcy related claim questions from client (.70).

| | | | |
|---|---|---|---|
| 08/19/15 | C E BLACK | 1.10 | 935.00 |

Review and respond to questions regarding unsecured creditors' committee document requests (.60); review certain materials being provided to unsecured creditors' committee professionals (.50).

| | | | |
|---|---|---|---|
| 08/19/15 | D G HEIMAN | 0.20 | 240.00 |

Conference with Verheij (ANR) regarding business plan.

| | | | |
|---|---|---|---|
| 08/19/15 | D G HEIMAN | 1.00 | 1,200.00 |

Review and comment on McKinsey board presentation (.50); conference with Carmody (McKinsey) regarding same.

| | | | |
|---|---|---|---|
| 08/19/15 | T A WILSON | 3.10 | 2,170.00 |

Communicate with Manno (ANR), Hall (ANR) regarding Bridgestone request for essential supplier treatment (.20); review agreements with Bridgestone (.40); review contracts with WB Fabricators and Davis Service Center (.40); review trade agreement with Kanawha Terminals and communicate with Nichols (ANR) regarding same (.20); review contracts with Altfilisch (.30); review contracts with Austin Powder/Viking Explosives (.50); communicate with Ellman, Barav regarding proposed edits to surety order (.20); review edits to first day orders proposed by Committee (.30); communicate with Black, Long (Hunton), Ghaul regarding same (.30); review correspondence regarding FL Smidth and communicate with Hall (ANR) regarding same (.10); communicate with Grady (A&M), Hall (ANR), Manno (ANR) regarding trade agreement with Precision Coal (.20).

| | | | |
|---|---|---|---|
| 08/20/15 | D BARAV-JOHNSON | 1.90 | 617.50 |

Research and draft essential supplier agreement for Precision Testing Lab (.40); review and revise essential supplier agreements for Precision Testing Lab, ABCO, Torque Enterprises and Pyatt-Boone Electronics (1.00); draft a list of questions and remaining information needed to complete same (.30); communicate with Wilson regarding changes to the surety bond final order and run blacklines of changes (.20).

| | | | |
|---|---|---|---|
| 08/20/15 | C E BLACK | 1.70 | 1,445.00 |

Prepare for (.60) and participate in planning call with client, McKinsey. Rothschild and Alvarez & Marsal (1.10).

| | | | |
|---|---|---|---|
| 08/20/15 | C E BLACK | 1.20 | 1,020.00 |

Prepare for (.40) and conference with Wilson and client regarding project (.80).

| | | | |
|---|---|---|---|
| 08/20/15 | C E BLACK | 0.90 | 765.00 |

Multiple conversations with creditors and claimants regarding bankruptcy filing and claim issues (.40); conferences with Wilson regarding responses to creditor inquiries and bankruptcy related claim questions from client (.50).

**JONES DAY**

Business Operations                                                                                          Page 6

08/20/15        D G HEIMAN                                    2.50                    3,000.00
Review McKinsey board presentation (.80); conference with Carmody (McKinsey) and Black regarding same (1.10); email communications with Verheij (ANR) and Cavatoni (ANR) regarding same (.60).

08/20/15        D J MERRETT                                   2.10                    1,312.50
Communicate with Shockley (ANR) (.20), Harrison (.40) (ANR) and Wilson (.20) regarding ANR PAC; review formation documents regarding same (.50); review cash management motion (.30) and employee motion (.40) in connection with same; communicate with Wilson regarding same (.10).

08/20/15        T A WILSON                                    4.80                    3,360.00
Communicate with Black regarding response to UCC markup of final first day orders (.30); review first day orders entered in James River, Patriot, NII regarding response to UCC on markups (.70); communicate with Black, Long (Hunton), Stodola (Milbank) regarding same (.80); communicate with Merrett, Black, Harrison (ANR) regarding payment of bank fees (.40); communicate with Black, Verheij (ANR), Harrison (ANR) regarding prepetition CSX shipment (.20); review and revise surety bond order in connection with requested changes (.80); communicate with Black, Ellman, Barav, Meldrum (Stites) regarding same (.40); communicate with Grady (A&M) regarding Bridgestone agreements and request for essential supplier payments (.20); review contracts with Staples and communicate with Grady (A&M), Hall (ANR) regarding same (.70); review payment matrix for essential supplier/lienholder/tax payments (.20); communicate with Kotarba (A&M) regarding same (.10).

08/21/15        D BARAV-JOHNSON                               0.50                      162.50
Draft essential supplier agreement for Fugro Geospatial (.30); draft list of information necessary to complete same (.20).

08/21/15        C E BLACK                                     1.10                      935.00
Conference with Verheij (ANR) regarding PLR issues.

08/21/15        D J MERRETT                                   0.80                      500.00
Communicate with Black, Ellman regarding managed securities account (.20); communicate with Shockley (ANR) regarding same (.20); review and analyze cash report (.40).

08/21/15        T A WILSON                                    4.40                    3,080.00
Communicate with Merrett, Zeltner, Barav regarding preparation of final orders for first day motions (.40); communicate with Hall (ANR) regarding potential payment of McLanahan Corp. on rebuild project (.20); communicate with Black, Stodola (Milbank), Zeltner regarding proposed revisions to first day orders (1.40); communicate with Esposito (A&M) regarding utility service with Verizon (.20); review settlement communication from American Electric Power (.10); communicate with Harrison (ANR) regarding same (.10); communicate with Nichols (ANR) regarding vendor trade agreements (.10); review and revise same (.40); communicate with Grady (A&M), Hall (ANR) regarding Staples request for essential supplier payment (.30); review reporting of payments made to creditors under first day orders (.40); communicate with Kotarba (A&M), Verheij (ANR), Harrison (ANR) regarding same (.50); communicate with Verheij (ANR), Harrison (ANR) regarding response to UCC comments on first day orders (.30).

08/21/15        O S ZELTNER                                   3.30                    1,320.00
Draft/revise several proposed final orders to be submitted with various first day motions, and redlines of same, with reference to discussions with the unsecured creditors' committee (multiple rounds of revisions) (2.60); communicate with Wilson regarding same (.30); draft/revise Patriot and Walter Energy docket update (.40).

08/22/15        C E BLACK                                     0.60                      510.00
Review revised version of first day order for 9/1/15 hearing.

08/22/15        C E BLACK                                     0.20                      170.00
Review list and format of vendor payments.

**JONES DAY**

Business Operations                                                                                          Page 7

08/22/15          T A WILSON                                          2.80                          1,960.00
Communicate with Verheij (ANR), UCC, UST and DIP personnel regarding reporting related to payments under prepetition orders (.30); communicate with Esposito (A&M) regarding utility accounts with Verizon (.10); review and revise final surety order and communicate with Meldrum (Stites) regarding same (.30); review and revise final orders on first day motions (.50); communicate with Black, Harrison (ANR) regarding potential payment under longwall mining and other settlements (.60); review correspondence and communicate with Harrison (ANR) regarding cancellation of AEP Bond (.30); communicate with Mazey, Ellman regarding budgeting for payment of utilities (.10); communicate with McLemore (Powder River) regarding request for additional adequate assurance (.20); review various correspondence related to vendor and sourcing issues (.40).

08/23/15          J B ELLMAN                                          0.30                            285.00
Review and comment on DIP lender proposed edits to first day final orders (.20); communicate with Wilson and Zeltner regarding same (.10).

08/23/15          T A WILSON                                          0.40                            280.00
Communicate with Ellman regarding markup of surety order (.10); review and revise vendor trade agreements (.30).

08/24/15          D BARAV-JOHNSON                                     0.50                            162.50
Research and manage files for the final surety bond orders and any objections to the surety bond motions in the Patriot Coal (2015) and James River Coal cases.

08/24/15          C E BLACK                                           1.70                          1,445.00
Review materials regarding planning and structure issues.

08/24/15          C E BLACK                                           1.60                          1,360.00
Conferences with Wilson regarding claims matters (.70); conference with Verheij (ANR) regarding claims issues (.20); multiple conferences with creditors regarding claims and status of bankruptcy cases (.70).

08/24/15          C E BLACK                                           1.30                          1,105.00
Review and comment on drafts of final orders (.60); conferences with Wilson regarding order issues (.70).

08/24/15          D J MERRETT                                         0.90                            562.50
Review surety bond order (.20); communicate with Sullivan (A&M) regarding same (.20); communicate with Harrison (ANR) regarding vehicle taxes (.20); communicate with Zeltner regarding same (.20); communicate with Wilson regarding cash management (.10).

08/24/15          T A WILSON                                          4.90                          3,430.00
Communicate with Black, Harrison (ANR), Zeltner regarding proposed edits to final orders on first day motions (1.10); communicate with Zeltner regarding edits to final orders on first day motions (.30); communicate with Hall (ANR) regarding FL Smidth request for essential supplier payments (.20); communicate with Meldrum (Stites), Griffith (Harris Beach) regarding mark-up of surety order (.50); communicate with Grady (A&M), Hall (ANR), Manno (ANR) regarding Staples request for essential supplier payment (.30); communicate with Hall (ANR), McConnell (AEP) regarding Rattlesnake 46kV project (.20); communicate with Stodola (Milbank) regarding first day orders and extensions of objection deadlines (.80); review and revise first day orders (.70); communicate with Merrett, Black regarding potential prepetition amounts outstanding under surety bond program (.30); communicate with Hall (ANR), Grady regarding vendor sourcing agreements (.30); communicate with Merrett regarding fees for returned prepetition checks (.20).

08/24/15          O S ZELTNER                                        2.10                            840.00
Draft/revise proposed final orders with respect to multiple first day motions (1.20); draft multiple redlines of same showing Committee comments and internal revisions (.70); communicate with Wilson regarding same (.20).

08/25/15          D J MERRETT                                         0.40                            250.00
Review and revise final orders on first-day motions (.30); communicate with Wilson regarding same (.10).

**JONES DAY**

---

Business Operations                                                                                      Page 8

---

08/25/15      T A WILSON                                      6.70                          4,690.00
Various communications with Black regarding proposed edits and necessary revisions to first day orders
(.50); revise surety bond order in connection with comments from UCC (.20); communicate with Harrison
(ANR) regarding various business issues (1.00); communicate with Black regarding discussions with
Wyoming and West Virginia regarding bonding requirements (.20); communicate with Verheij (ANR),
Black regarding FCC request for involuntary transfer of licenses and payment of related fees (.30); revise
coal sales contracts order (.30); communicate with Black, Zeltner, Grady (A&M) regarding same (.30);
communicate with Schaible (DPW), Hessler (K&E), Schartz (K&E) regarding package of revised final first
day orders (.40); review contracts with Austin Powder (.60); communicate with Kennedy (Dinsmore), Hall
(ANR) regarding same (.20); communicate with Stodola (Milbank) regarding first day orders (.40);
participate in conference call with Grady (A&M), Hall (ANR), Manno (ANR) regarding various sourcing
and vendor issues (.70); review correspondence from Hall (ANR) regarding Bridgestone (.10); communicate
with McConnell (AEP) regarding Rattlesnake 46kV project (.30); review and analyze Kentucky Utilities
objection to utility motion (.20); communicate with Nichols (ANR), McAllister (ANR) regarding sourcing
agreements (.70); review various sourcing agreements received from Nichols (.40).

08/26/15      C E BLACK                                       0.60                            510.00
Conferences with Wilson regarding status of orders for 9/1/15 hearing (.20); review revised forms of order
(.40).

08/26/15      J B ELLMAN                                      0.40                            380.00
Review Shockley (ANR) comments on summary of Liberty/Federal surety bonds (.20); communicate with
Shockley (ANR) regarding same (.10); draft memo to counsel to Liberty/Federal regarding same (.10).

08/26/15      D J MERRETT                                     1.80                          1,125.00
Communicate with Black regarding surety bonds (.20); communicate with Wilson regarding same (.20);
review surety bond motion (.40) and precedent (.80); communicate with Wilson regarding same (.20).

08/26/15      T A WILSON                                      5.70                          3,990.00
Communicate with Tobias (FCC), Stone (FCC), Black regarding request to file involuntary assignment of
licenses (.40); communicate with Black, Ellman, Stodola (Milbank), Williams (Federal/Liberty), Meldrum
(Stites), Griffith (Harris Beach) regarding proposed revisions to surety order (.60); review objections to
utilities order and communicate with Harrison (ANR), Esposito (A&M), Zeltner regarding same (.40);
communicate with Harrison (ANR), Black, Merrett, Zeltner, Johnson (AEP) regarding request for
withdrawal of notice of cancellation of utilities bond from Zurich (1.40); communicate with Stodola
(Milbank) regarding comments to first day orders (.30); revise first day orders and communicate with Black,
Stodola (Milbank) regarding same (1.30); communicate with Black regarding request for adjournment from
UCC (.30); communicate with Zeltner regarding response to utility objections (.10); communicate with
Merrett regarding prepetition stub amounts owing under surety program (.30); communicate with Manno
(ANR), Merrett regarding Staples demand for essential supplier payment (.30); communicate with Black,
Manno (ANR) regarding whether aircraft is subject to section 1110 (.30).

08/26/15      O S ZELTNER                                     6.30                          2,520.00
Review objections to utility motion, and requests for additional adequate assurance, filed on the docket
(1.30); research authorities on LEXIS regarding same (1.20); research dockets in prior cases regarding same
(1.10); draft/revise outline of omnibus reply to utility objections (2.40); communicate with Wilson (.20),
Long (Hunton) (.10) regarding same; review engagement letters and other documents relating to Citi
entities, for conflicts check purposes(1.40); communicate with Wilson regarding same (.20).

08/27/15      T A WILSON                                      5.40                          3,780.00
Communicate with Epps (Christian & Barton) regarding utility objections and consignment sale issues (.20);
various communications with Black, Stodola (Milbank), Zeltner regarding motions set for hearing on
9/1/15 (.90); review model replies in support of utilities motions (.30); conference with Zeltner regarding
response to objections to utility motion (.70); communicate with Merrett regarding Staples request for
essential supplier consideration (.20); communicate with Peppler (ANR), Walker, Veiga (Staples) regarding
dispute with Staples (.40); communicate with Harrison (ANR) regarding utility objections (.30);
communicate with Johnson (AEP) regarding utility objections (.20); review utility objections and requests
for adequate assurance in connection with potential settlement offers (.80); communicate with Grady
regarding utility requests for additional adequate assurance (.30); communicate with Stodola (Milbank),
Verheij (ANR) regarding committee sign-off on final first day orders (.30); communicate with Williams
(Manier), Meldrum (Stites), Griffith (Harris Beach) regarding surety bond order (.30); communicate with
Grady (A&M), Harrison (A&M), Manno (A&M), Hall (A&M) regarding limitations on prepetition
payments (.50).

Business Operations                                                                                    Page 9

08/28/15        D BARAV-JOHNSON                          3.20                    1,040.00
Review and analyze the Staples contract to determine whether it is an executory contract (.40); research
provisions in the first day motions regarding repudiating and non-compliant vendors (.50); revise and
manage files for notices and motions regarding same (.60); adapt notice of non-compliance and proposed
order from automatic stay motion for Staples contract (.90); review and revise same (.50); communicate
with Merrett regarding same (.30).

08/28/15        C E BLACK                                 0.50                      425.00
Conference with counsel to unsecured creditors' committee regarding delivery of goods (.30); follow-up
discussion with Manno regarding same (.20).

08/28/15        T A WILSON                               6.30                    4,410.00
Communicate with Black regarding postpetition lender comments to first day orders (.20); communicate
with Black regarding utility objections and requests for adequate assurance (.20); communicate with
Johnson (AEP), Epps (Kentucky Utility; Powder River Energy), Pagorski (Stahl) regarding utility
objections, requests for adequate assurance and potential adjournment of hearing (1.10); communicate with
Grady (A&M) regarding utility and aircraft issues (.20); communicate with Black, Long (Hunton) regarding
potential notice of code violations (.20); communicate with Black, Moore (ANR) regarding FCC request for
involuntary assignment of licenses (.20); participate in weekly conference call with ANR personnel
regarding bankruptcy issues (.20); communicate with Manno (ANR) regarding aircraft and essential supplier
issuers (.30); communicate with Black regarding terms of essential supplier and lienholder orders (.40);
review proposed mark-ups of final orders on first-day motions (.40); communicate with Black, Wood
(Davis Polk) regarding same (.50); review potential essential supplier agreement with Jennmar (.20);
communicate with Nichols (ANR) regarding same (.10); communicate with utility objectors regarding
adjournment of utility hearing (.30); communicate with Vonnegut (Davis Polk) regarding postpetition
lenders' proposed changes to first day orders (.30); communicate with Black regarding same (.20);
communicate with Hall (ANR), Manno (ANR) regarding essential supplier payment to Blackburn (.30);
communicate with Long (Hunton) regarding Staples threat to stop shipment and review draft notice of
non-compliance and order to show cause regarding same (.20); communicate with Altizer (ANR), Hall
(ANR) regarding Rattlesnake 46kV project (.20); communicate with Zeltner, Stodola (Milbank) regarding
changes to order proposed by DIP Agent (.60).

08/28/15        O S ZELTNER                              2.40                      960.00
Revise and prepare redlines of 10 final orders to reflect resolution of informal comments from DIP agent
(two rounds of revisions) (2.30); communicate with Wilson regarding same (.10).

08/29/15        T A WILSON                               1.50                    1,050.00
Communicate with Williams (Federal/Liberty), Meldrum (Stites & Harbison), Griffith (Lexon) regarding
revised surety bond order (.30); communicate with Verheij (ANR), Harrison (ANR) regarding revised final
first day orders (.10); communicate with Willis (AEP), Fischer, Long (Hunton) regarding construction of
Rattlesnake 46kV facility (.20); review prior correspondence related to same (.20); review recent essential
supplier agreements (.20); review utility requests for adequate assurance (.20); communicate with Esposito
(A&M), Grady (A&M) regarding utility adequate assurance deposits (.30).

08/30/15        T A WILSON                               0.20                      140.00
Review docket regarding potential objections to first day motions and communicate with Black, Ellman
regarding same (.20).

08/31/15        C E BLACK                                 0.40                      340.00
Multiple conferences with creditors regarding claims and bankruptcy issues.

08/31/15        C E BLACK                                 2.20                    1,870.00
Conference with Cavatoni (ANR), McKinsey, Rothschild and Verheij (ANR) regarding planning issues
(.80); follow up conference with Gaffey (.20); review planning materials (1.20).

**JONES DAY**

Business Operations                                                                                      Page 10

08/31/15      T A WILSON                                          1.60                        1,120.00
Communicate with Zeltner regarding Ultra Production demand for essential supplier payment and review of agreement (.10); communicate with Zeltner regarding additional adequate assurance requests from utilities (.30); communicate with Hall (ANR) regarding scoop shipment (.10); communicate with Nichols regarding essential supplier payment to BCI and notice of violation (.30); communicate with Esposito (A&M) regarding AEP amounts outstanding (.20); communicate with Hall (ANR), Patton (Wyoming Machinery) regarding Wyoming Machinery request for essential supplier payment (.30); communicate with Harrison (ANR) regarding payment of environmental vendors under first day orders (.10); communicate with Holden (A&M), Zeltner regarding payment of adequate assurance deposits (.20); communicate with Manno (ANR), Long (Hunton) regarding Staples issues (.20).

08/31/15      O S ZELTNER                                         0.00                            0.00
Review Ultra Production Co. contract (.40); communicate with Wilson, Grady (A&M) regarding same and demand for payment in connection with same (.20); communicate with Wilson (.10), Long (Hunton) (.20), Holden (A&M) (.30) regarding utility requests for adequate assurance, procedures regarding same and objections to utilities motion.

08/31/15      O S ZELTNER                                         1.20                          480.00
Review Ultra Production Co. contract (.40); communicate with Wilson, Grady (A&M) regarding same and demand for payment in connection with same; communicate with Wilson (.10), Long (Hunton) (.20), Holden (A&M) (.30) regarding utility requests for adequate assurance, procedures regarding same and objections to utilities motion.

**TOTAL**                                          **179.00**          **USD**       **122,102.50**

Case Administration                                                                                     Page 1

| 08/03/15 | D BARAV-JOHNSON | 9.00 | 2,925.00 |

Review and revise first day motions (3.00); review voluntary petition packets (2.00); review all first day motions for service and notification obligations (1.20); draft chart summarizing same (2.80).

| 08/03/15 | C E BLACK | 7.10 | 6,035.00 |

Review and comment on all first-day pleadings.

| 08/03/15 | J B ELLMAN | 3.40 | 3,230.00 |

Final preparations for first day filings.

| 08/03/15 | G L GHAUL | 7.50 | 3,375.00 |

Continue finalization of first day motions in preparation for first day hearing, including agenda attached as an exhibit to the Expedited Hearing motion (5.20); review joint administration motion and compare against corporate structure chart (1.00); review service requirements for first day motions and emails with Wilson regarding the same (.60); respond to various emails regarding corporate structure in relation to first day motions and first day hearing (.70).

| 08/03/15 | D G HEIMAN | 0.50 | 600.00 |

Conference with Black regarding chapter 11 filing launch.

| 08/03/15 | D G HEIMAN | 1.50 | 1,800.00 |

Attend meeting with Parkhill and Chou (Rothschild) regarding long-term strategies in chapter 11 case.

| 08/03/15 | D J MERRETT | 11.90 | 7,437.50 |

Communicate with Verheij (ANR) (.10), Williams (Alvarez & Marsal) (.20) regarding revised resolutions; prepare Top 50 Declaration (.40); communicate with Verheij (ANR) (.10), Williams (.20) and Black and Wilson (.10) regarding same; review and revise motion to preserve net operating losses (1.10); communicate with Wilson regarding same (.10); review and revise motion to continue employee wages and benefits (2.10); communicate with Holden (Alvarez & Marsal) (.10), Black (.10) regarding same; review and revise coal sales contracts motion (.80); communicate with Wilson regarding same (.10); review and revise KCC application (.70); communicate with Wilson regarding same (.10); review and revise cash management motion (1.30); communicate with Wilson regarding same (.10); review and revise insurance motion (.90); communicate with Wilson regarding same (.10); review and revise surety bond motion (1.10); communicate with Wilson regarding same (.10); coordinate filing of petitions (1.30); conference with United States Trustee team regarding first day motions (.70).

| 08/03/15 | T A WILSON | 11.90 | 8,330.00 |

Review and revise suite of first day motions in preparation for filing (3.20); various communications with Black, Ellman, Merrett, Zeltner, Ghaul, Long (Hunton), Daily (Hunton), Chou (Rothschild), Kotarba (A&M), Holden (A&M) regarding first day preparations (2.40); communicate with representatives for the first lien lenders regarding first day papers (.70); communicate with representatives for the second lien lenders regarding first day papers (.50); prepare for and participate in conference call with Black, Merrett, Berstein (UST) regarding comments to first day motions (1.10); various communications with Verheij (ANR), Harrison (ANR) regarding first day preparations (1.00); communicate with A&M personnel regarding requests for information from US trustee and lenders (.30); various communications with Merrett, Kotarba (A&M), Black regarding finalization of petitions and Top 50 list (.40); revise first day declarations and file amended declarations (.50); communicate with Black regarding same (.20); communicate with internal Jones Day team, Long (Hunton) regarding service of first day motions (.30); communicate with Long (Hunton), Black, Fennell (JD) regarding issues related to payment of petition filing fees (.40); communicate with Laduzinski regarding SEC communication related to NOL motion (.10); communicate with Morrow (KCC) regarding service of first day motions and filing of related certificate of service (.20); communicate with Kotarba (A&M), Black regarding US trustee request for addresses related to Top 50 list (.40); review correspondence from Williams (Federal/Chubb) regarding changes to surety order and communicate with Merrett, Black regarding same (.20).

| 08/03/15 | O S ZELTNER | 0.20 | 80.00 |

Communicate with Black, Wilson, Merrett, Ghaul, Barav-Johnson regarding revisions to and filing of first day motions.

| 08/03/15 | O S ZELTNER | 16.50 | 6,600.00 |

Draft and revise first day pleadings and coordinate filing of same.

Case Administration                                                                                     Page 2

08/04/15        D BARAV-JOHNSON                        6.60                    2,145.00
Revise a chart listing the Debtors' service and notice obligations pursuant to the first day motions (2.80);
communicate with Wilson regarding same (.10); communicate with Balaj regarding changing the format for
same (.30); review and revise updated document regarding same (1.10); manage files of proposed and final
orders for first day motions (1.10); review and revise notes regarding the Court's treatment of first day
motions and next steps (.90); manage files of as-filed versions of first day motions (.30).

08/04/15        D G HEIMAN                             0.50                     600.00
Follow-up conferences with Black, Cavatoni (ANR) and Parkhill regarding first-day proceedings.

08/04/15        D J MERRETT                            5.90                    3,687.50
Draft and revise proposed interim orders granting first day motions (4.80); communicate with Long
(Hunton) (.60); Wilson (.20), Zeltner (.30) regarding same.

08/04/15        O S ZELTNER                            4.30                    1,720.00
Draft and revise first day orders and prepare same for submission to the Bankruptcy Court, including
revisions pursuant to agreements with the U.S. Trustee and consistent with instructions of the Bankruptcy
Court.

08/05/15        D BARAV-JOHNSON                        0.30                      97.50
Communicate with Merrett regarding service requirements of cash management and coal sale contracts
motions (.10); communicate with Merrett regarding a notice of hearing for the cash management order
(.10); review docket entries (.10).

08/05/15        C E BLACK                              1.20                    1,020.00
Conferences with counsel to second lien holders regarding hearings and follow-up issues (.30); review
forms of order entered by court (.70); conference with Wilson regarding corrections to same (.20).

08/05/15        J B ELLMAN                             0.20                     190.00
Communicate with Long (Hunton) regarding first day order issues.

08/05/15        G L GHAUL                              0.10                      45.00
Draft/revise working group contact list for Hunton and Williams.

08/05/15        D G HEIMAN                             0.50                     600.00
Conference with Black regarding Verheij (ANR) issues on first-day process.

08/05/15        D G HEIMAN                             0.50                     600.00
Telephone conference with Crutchfield regarding chapter 11 process.

08/05/15        D G HEIMAN                             0.50                     600.00
Conference with Cavatoni (ANR) and Black regarding McKinsey business plan projections.

08/05/15        D J MERRETT                            1.50                     937.50
Assignment to Barav regarding summary of first-day relief obtained (.10); communicate with Wilson
regarding same (.10); review and revise same (.30); prepare cash management notice (.80); communicate
with Long (Hunton) (.10), Morrow (KCC) (.10) regarding same.

08/05/15        T A WILSON                             0.60                     420.00
Review case management order and communicate with Black regarding objection and reply deadlines (.30);
communicate with Ghaul, Long (Hunton) regarding interested party contact list (.20); communicate with
Harrison (ANR), Long (Hunton) regarding circulation of organization chart (.10).

08/06/15        D BARAV-JOHNSON                        1.90                     617.50
Monitor debtwire call summarizing chapter 11 cases (.60); draft and revise a summary of topics covered for
Merrett and Heiman (1.00); communicate with Merrett regarding summary (.30).

08/06/15        C E BLACK                              0.60                     510.00
Conference with Verheij (ANR) regarding various case issues.

08/06/15        D G HEIMAN                             2.00                    2,400.00
Conference call with McKinsey and Rothschild regarding process for business plan and meetings with
creditors (1.00); review McKinsey materials delivered to Ducera (1.00).

08/06/15        L R MCMURRAY                           0.20                     180.00
Review docket report

JONES DAY

Case Administration                                                                                    Page 3

08/06/15     D J MERRETT                              0.40                      250.00
Communicate with Walsh, Hartie (KCC) regarding net operating loss motion noticing; communicate with
Wilson regarding same.

08/06/15     D J MERRETT                              1.70                    1,062.50
Monitor Debtwire presentation on ANR first-days and prospects (.90); review and revise summary of same
(.80).

08/06/15     T A WILSON                              0.20                      140.00
Communicate with Long (Hunton), Black, state attorneys general regarding service of first day pleadings.

08/06/15     T A WILSON                              2.40                    1,680.00
Revise work in process report (2.10); communicate with Long (Hunton), Harrison (ANR) regarding
corrected first day orders (.20); communicate with Jordan (KCC) regarding potential property sales and
related service issues (.10).

08/07/15     C E BLACK                               1.80                    1,530.00
Catch up and planning calls with Verheij (ANR) (1.20); conference with counsel to second lien noteholder
group regarding status update (.60).

08/07/15     T A WILSON                              1.60                    1,120.00
Revise work in process report.

08/08/15     T A WILSON                              0.40                      280.00
Various communications with Harrison (ANR) regarding miscellaneous first day-related issues.

08/10/15     D G HEIMAN                              0.50                      600.00
Review McKinsey overview and architecture regarding business plan.

08/10/15     D G HEIMAN                              0.60                      720.00
Conference call with Carmody (McKinsey) and Black regarding business plan process.

08/10/15     D G HEIMAN                              1.00                    1,200.00
Conference with Black regarding open chapter 11 issues with Verheij (ANR) (.40); conference with Verheij
(ANR) regarding chapter 11 process.

08/10/15     D G HEIMAN                              0.50                      600.00
Conference with Verheij (ANR) regarding to-do list and open chapter 11 issues.

08/10/15     O S ZELTNER                             0.20                       80.00
Communicate with Long (Hunton) regarding obtaining hearing transcripts.

08/10/15     O S ZELTNER                             0.30                      120.00
Draft/revise daily Patriot and Walter Energy docket update.

08/11/15     D BARAV-JOHNSON                         1.60                      520.00
Update case commencement notice.

08/11/15     D J MERRETT                             0.40                      250.00
Communicate with Barav-Johnson regarding 341 meeting (.20); review and revise case commencement
notice (.20).

08/11/15     T A WILSON                              0.30                      210.00
Communicate with Kelly (AUSA), Black regarding service issues (.10); communicate with Merrett regarding
finalization of case commencement notice (.20).

08/11/15     O S ZELTNER                             1.20                      480.00
Draft and revise schedule of service obligations pursuant to first day motions and orders (.90);
communicate with Gober-Sims regarding necessary revisions to same (.30)

08/11/15     O S ZELTNER                             0.40                      160.00
Draft and revise Patriot and Walter Energy docket updates to company.

08/12/15     J B ELLMAN                              0.40                      380.00
Review committee appointment and communicate protocol issues (.20); communicate with Black regarding
same (.20).

08/12/15     G L GHAUL                               0.30                      135.00
Respond to email from Sullivan (A&M) regarding Debtors' corporate structure.

JONES DAY

Case Administration                                                                                        Page 4

08/12/15        T A WILSON                                   0.90                      630.00
Review and revise case commencement notice (.40); communicate with Black, Merrett, Morrow (KCC),
Long (Hunton) regarding same (.50).

08/13/15        D BARAV-JOHNSON                              1.90                      617.50
Communicate with Merrett regarding updates in case and next steps (.40); review and revise the motion and
order shell template (.70); review and update the proposed final orders for the first day motions (.80).

08/13/15        C E BLACK                                    0.70                      595.00
Review and comment on work-in-process report.

08/13/15        G L GHAUL                                    2.10                      945.00
Draft and revise confidentiality agreements for Creditors' Committee's professionals.

08/13/15        T A WILSON                                   0.40                      280.00
Communicate with Harrison (ANR) regarding filing and service of notice of case commencement (.20);
communicate with Black regarding case commencement notice (.10); communicate with Verheij (ANR),
Harrison (ANR) regarding final case commencement notice (.10).

08/14/15        D BARAV-JOHNSON                              1.90                      617.50
Review and update final orders of first day motions; manage files of same (1.30); update caption and
background shell and communicate with Wilson regarding same (.60).

08/14/15        C E BLACK                                    3.90                    3,315.00
Review and revise confidentiality agreements for unsecured creditors' committee professionals (.90); review
and comment on confidentiality provisions of bylaws (1.10); conferences with Fleck (Milbank) regarding
confidentiality issues and data room access (.40); multiple communications with committee professionals
and debtor professionals regarding information sharing (.80); review and analyze initial document requests
from committee professionals (.70).

08/14/15        G L GHAUL                                    0.70                      315.00
Draft/revise working group contact list for UCC professionals.

08/14/15        G L GHAUL                                    3.00                    1,350.00
Perform diligence related to certain assets in advance of information requests from the Creditors'
Committee.

08/14/15        D G HEIMAN                                   1.00                    1,200.00
Conference call with Fleck (Milbank), counsel to unsecured creditors' committee (.60); follow-up
conference with Black regarding confidentiality issues relating to committee professionals (.20); telephone
conference with Verheij (ANR) regarding committee matters (.20).

08/14/15        D G HEIMAN                                   0.50                      600.00
Email communications with unsecured creditors' committee professionals regarding document requests,
confidentiality issues and access to data room documents.

08/14/15        D J MERRETT                                  0.40                      250.00
Review and revise notice of omnibus hearings; communicate with Barav, Long (Hunton) regarding same.

08/14/15        T A WILSON                                   2.10                    1,470.00
Participate in weekly postpetition status call conducted by Verheij (ANR), Harrison (ANR) with Company
personnel (.30); communicate with Long (Hunton), Miller (KCC), Black regarding finalization, filing and
service of case commencement notice (.20); communicate with Barav regarding updates to background
paragraphs in motions (.10); communicate with Ghaul regarding contact list (.10); communicate with Black,
Campagna (A&M) regarding Committee request for access to the data room (.30); review correspondence
related to same (.20); revise work in process report (.90).

08/15/15        C E BLACK                                    0.30                      255.00
Follow up on status of access to data room for unsecured creditors' committee professionals.

08/15/15        G L GHAUL                                    1.30                      585.00
Continue research related to appointment of equity committee (.70); review/revise letter to the U.S. Trustee
regarding the same (.60).

08/16/15        C E BLACK                                    0.40                      340.00
Communicate with Fleck (Milbank) regarding case administration matters.

Case Administration                                                                                                                Page 5

08/16/15        D J MERRETT                                    3.20                    2,000.00
Review and revise orders on first-day motions (2.90); communicate with Wilson (.20), Barav (.10) regarding
same.

08/16/15        O S ZELTNER                                   0.30                     120.00
Communicate with Merrett regarding final proposed first day orders and redlines against previously-filed
versions.

08/17/15        D BARAV-JOHNSON                               0.40                     130.00
Manage files of debtor-in-possession financing pleadings and send files to Platt (.30); communicate with
Harrison (ANR) regarding access to the ANR data room for Platt (.10).

08/17/15        J B ELLMAN                                    0.50                     475.00
Review issues and materials regarding Committee due diligence requests.

08/17/15        D G HEIMAN                                    0.70                     840.00
Telephone conferences with creditors regarding receipt of Notice of Commencement of Chapter 11 Case.

08/17/15        T A WILSON                                    0.70                     490.00
Communicate with Zeltner regarding notice of hearing for "second day" motions (.20); review and revise
same (.20); communicate with Barav regarding data room access for Jones Day professionals (.10);
communicate with Williams (KCC) regarding service lists (.20).

08/17/15        O S ZELTNER                                   1.00                     400.00
Draft and revise notice of second day pleadings and hearing (.70); communicate with Wilson (.10), Merrett
(.10), Long (Hunton) (.10) regarding same.

08/18/15        D BARAV-JOHNSON                               0.10                      32.50
Communicate with Wilson and Chou (Rothschild), Delo (Rothschild) and Messer (Rothschild) regarding
first day hearing transcript.

08/18/15        C E BLACK                                     4.10                    3,485.00
Review and comment on various iterations of confidentiality agreements and bylaw provisions for
unsecured creditors' committee and professionals (2.10); conference with Verheij (ANR) regarding status
update, pleadings to be filed and related issues (.40); conference with Heiman regarding case planning issues
(.30); review diligence materials being provided to unsecured creditors' committee (.60); conferences with
Fleck (Milbank) regarding adjournment, confidentiality and other issues (.40); conferences with Wilson
regarding additional omnibus hearing and scheduling issues (.30).

08/18/15        J B ELLMAN                                    2.90                    2,755.00
Review Committee due diligence requests (.50); conference call with Alpha, A&M, Rothschild and Wilson
regarding addressing same (1.10); follow up memo to group regarding issues for same (.40); communicate
with Ghaul regarding due diligence documents (.20); review potentially responsive due diligence documents
(.40); draft memo regarding same (.30).

08/18/15        G L GHAUL                                     1.80                     810.00
Draft/revise confidentiality agreements for UCC members.

08/18/15        D J MERRETT                                   0.30                     187.50
Communicate with Wilson, Ellman regarding committee request for list of insiders (.20); communicate with
Williams (A&M) regarding same (.10).

08/18/15        T A WILSON                                    4.80                    3,360.00
Prepare for and participate in conference call with Eidson (ANR), Delo (Rothschild), Chou (Rothschild),
Grady (A&M), Carmody (McKinsey), Ellman regarding response to due diligence requests from creditors
committee (1.30); follow up communications with Ellman, Merrett, Delo (Rothschild) regarding same (.50);
communicate with Zeltner regarding filing of second day motions and notice of hearing (.40); revise work
in process report (1.80); communicate with Black, Ellman, Zeltner, Verheij (ANR) regarding finalization
and sign-off with respect to various pleadings to be filed with Court (.50); communicate with Miller (KCC),
Harrison (ANR) regarding service of case commencement notice (.20); communicate with Ellman regarding
notice provisions in motions (.10).

Case Administration                                                                     Page 6

08/18/15      O S ZELTNER                          5.30              2,120.00
Draft/revise notices of motions and hearings for September 1 and September 15, 2015 hearings (1.20);
communicate with Wilson (.20), Merrett (.10), Long (Hunton) (.10) regarding same; prepare notice of
September 1 hearing and related motions for filing (.30); draft/revise notice of additional omnibus hearing
date and prepare same for filing (.30); coordinate filing of motion regarding Pittsburgh 8 transaction (.40);
communicate with Ellman (.10), Wilson (.10), Barav-Johnson (.30), Long (Hunton) (.20) regarding same;
communicate with Black (.10), Wilson (.30), Merrett (.10), Barav-Johnson (.30), Long (Hunton) (.20)
regarding filing and service of motions to be heard at September 1 and September 15, 2015 hearings;
multiple communications with Morrow, Miller, Paster (all KCC) regarding same (.60); review and revise
daily Patriot and Walter Energy docket update to client (.40).

08/19/15      D BARAV-JOHNSON                      0.10                 32.50
Review docket updates in case.

08/19/15      C E BLACK                            2.50              2,125.00
Conference with unsecured creditors' committee counsel and PBGC regarding information requests and
bylaws (.60); follow-up conference with Fleck (Milbank) regarding confidentiality agreements (.20) and
conference with Fleck (Milbank) regarding adjournment (.30); review and comment on various iterations of
confidentiality agreements and bylaw provisions for unsecured creditors' committee and professionals
(1.10); review proposed revisions to final orders from unsecured creditors' committee (.30).

08/19/15      J B ELLMAN                           2.60              2,470.00
Review and comment on Jeffries confidentiality agreement (.60); communicate with Black regarding same
and other committee confidentiality issues (.30); review materials regarding committee information requests
(.90); review correspondence from Delo (Rothschild) and Alpha regarding same (.50); draft memo
regarding certain responsive documents regarding same (.30).

08/19/15      G L GHAUL                            1.70                765.00
Assemble various final orders from other E.D. Va. cases and coordinate assembly of the same.

08/19/15      T A WILSON                           0.50                350.00
Communicate with Stodola (Milbank), Ellman, Mazey regarding Citigroup engagement letter and work fee
letter.

08/20/15      C E BLACK                            1.50              1,275.00
Conference with Wilson regarding revised forms of final orders (.40); review and comment on various
iterations of confidentiality agreements and bylaw provisions for unsecured creditors' committee and
professionals (.90); review revised surety bond order (.20).

08/20/15      J B ELLMAN                           0.30                285.00
Review and comment on insert for Jeffries confidentiality agreement.

08/20/15      G L GHAUL                            0.30                135.00
Continue to assemble first day orders.

08/21/15      C E BLACK                            1.00                850.00
Conferences with unsecured creditors' committee counsel regarding confidentiality issues (.60); review and
comment on drafts of final orders (.40).

08/21/15      G L GHAUL                            0.30                135.00
Draft/revise working group contact list and circulate the same.

08/21/15      G L GHAUL                            0.80                360.00
Respond to inquiries from creditors and shareholders regarding commencement notice.

08/21/15      T A WILSON                           0.70                490.00
Participate in conference call with Harrison (ANR), various Debtor personnel regarding various chapter 11
issues (.40); communicate with Ghaul, Stano regarding calls from creditors regarding case commencement
notice (.30).

08/22/15      C E BLACK                            0.30                255.00
Communicate with Verheij (ANR) regarding confidentiality issues.

08/23/15      T A WILSON                           2.10              1,470.00
Review and revise work in process report.

**JONES DAY**

Case Administration                                                                                          Page 7

| | | | |
|---|---|---|---|
| 08/24/15 | C E BLACK | 0.80 | 680.00 |

Conferences with unsecured creditors' committee counsel regarding confidentiality issues (.60); follow-up on data room access issues (.20).

| | | | |
|---|---|---|---|
| 08/24/15 | J B ELLMAN | 0.20 | 190.00 |

Draft email to Steadman (K&E) regarding upcoming hearings and scheduled matters.

| | | | |
|---|---|---|---|
| 08/24/15 | G L GHAUL | 1.10 | 495.00 |

Respond to creditor inquiries regarding case commencement notice.

| | | | |
|---|---|---|---|
| 08/24/15 | T A WILSON | 1.50 | 1,050.00 |

Revise work in process report (1.10); communicate with Black regarding same (.10); communicate with Ellman regarding pending motions (.10); communicate with Harrison (ANR) regarding service of case commencement notice (.20).

| | | | |
|---|---|---|---|
| 08/25/15 | C E BLACK | 0.80 | 680.00 |

Conference with Cohen (Milbank) regarding confidentiality issues (.30); review common interest agreement (.50).

| | | | |
|---|---|---|---|
| 08/25/15 | C E BLACK | 0.40 | 340.00 |

Conferences with various creditors regarding chapter 11 case commencement notices.

| | | | |
|---|---|---|---|
| 08/25/15 | G L GHAUL | 0.20 | 90.00 |

Discuss non-debtor entity with Merrett and provide Merrett with information related to the same.

| | | | |
|---|---|---|---|
| 08/25/15 | G L GHAUL | 0.80 | 360.00 |

Respond to and return creditor and shareholder calls regarding case commencement notice.

| | | | |
|---|---|---|---|
| 08/26/15 | D BARAV-JOHNSON | 0.40 | 130.00 |

Create redline comparisons of current versions of final orders and the proposed versions and manage files of same.

| | | | |
|---|---|---|---|
| 08/26/15 | C E BLACK | 0.30 | 255.00 |

Conference with Cohen (Milbank) regarding confidentiality issues.

| | | | |
|---|---|---|---|
| 08/26/15 | J B ELLMAN | 0.20 | 190.00 |

Review and comment on proposed confidentiality and common interest agreement with Committee.

| | | | |
|---|---|---|---|
| 08/26/15 | G L GHAUL | 0.20 | 90.00 |

Return calls to creditors regarding case commencement notice.

| | | | |
|---|---|---|---|
| 08/26/15 | O S ZELTNER | 0.40 | 160.00 |

Draft/revise daily Patriot and Walter Energy docket update.

| | | | |
|---|---|---|---|
| 08/27/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Long (Hunton), Ellman regarding case management order and necessary notice of motions (.10); review case management order and bankruptcy rules in connection with same (.30).

| | | | |
|---|---|---|---|
| 08/28/15 | D BARAV-JOHNSON | 0.20 | 65.00 |

Communicate with Merrett regarding Grey Hawk Insurance petition.

| | | | |
|---|---|---|---|
| 08/28/15 | C E BLACK | 0.50 | 425.00 |

Conference with multiple creditors regarding notice of commencement questions.

| | | | |
|---|---|---|---|
| 08/28/15 | C E BLACK | 0.30 | 255.00 |

Conference with Verheij (ANR) regarding case planning issues.

| | | | |
|---|---|---|---|
| 08/28/15 | G L GHAUL | 1.00 | 450.00 |

Respond to creditor inquiries regarding the case commencement notice and certain interim orders.

| | | | |
|---|---|---|---|
| 08/28/15 | D J MERRETT | 3.80 | 2,375.00 |

Draft and revise committee confidentiality and common interest agreement (3.70); communicate with Black regarding same (.10).

| | | | |
|---|---|---|---|
| 08/28/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Merrett regarding Gray Hawk insurance.

| | | | |
|---|---|---|---|
| 08/28/15 | O S ZELTNER | 0.30 | 120.00 |

Draft/revise daily Patriot and Walter Energy docket update.

JONES DAY

Case Administration                                                                    Page 8

08/29/15        J B ELLMAN                              3.50                    3,325.00
Communicate with Black regarding committee confidentiality agreements (.20); review and comment on committee bylaws regarding same (1.10); review and revise common interest agreement regarding same (2.20).

08/30/15        C E BLACK                               0.40                      340.00
Multiple communications with counsel to unsecured creditors' committee regarding scheduling meetings, confidentiality issues and other case matters.

08/31/15        D BARAV-JOHNSON                         0.20                       65.00
Communicate with Merrett regarding research regarding when an insurance company may file for chapter 11 protection (.20).

08/31/15        C E BLACK                               1.80                    1,530.00
Review and revise common interest agreement and bylaws.

08/31/15        G L GHAUL                               0.90                      405.00
Communicate with shareholders and other creditors inquiring about the commencement notice.

08/31/15        D J MERRETT                             0.90                      562.50
Communicate with Black, Wilson regarding captive insurance company (.20); research regarding same (.50); assignment to Barav regarding same (.20).

08/31/15        T A WILSON                              0.50                      350.00
Communicate with Merrett regarding potential dismissal of Gray Hawk case and review correspondence related to same (.20); communicate with Phillips (ANR) regarding opinion letters for foreign affiliates (.30).

08/31/15        O S ZELTNER                             0.40                      160.00
Draft/revise daily Walter Energy and Patriot docket update.

        **TOTAL**                                   **198.00**      **USD**   **125,425.00**

**JONES DAY**

| Claims Administration and Objections | | | | Page 1 |

| | | | | |
|---|---|---|---|---|
| 08/05/15 | D G HEIMAN | 0.50 | | 600.00 |

Conference with Cavatoni (ANR) regarding McKinsey issues related to business plan.

| 08/05/15 | T A WILSON | 0.20 | | 140.00 |

Communicate with Kotarba (A&M) regarding treatment of claim for shipped coal.

| 08/14/15 | T A WILSON | 0.40 | | 280.00 |

Review reclamation claims received by company (.20); communicate with Zeltner regarding reclamation claim process (.20).

| 08/18/15 | D J MERRETT | 0.10 | | 62.50 |

Communicate with Wilson regarding processing costs relating to ANR PAC account.

| 08/18/15 | T A WILSON | 0.30 | | 210.00 |

Communicate with Zeltner regarding reclamation claims and process for tracking same (.30);

| 08/18/15 | O S ZELTNER | 1.70 | | 680.00 |

Review Mayo and Airgas reclamation demands (.30); communicate with Wilson (.10), Miller (KCC) (.30) regarding same and procedures for addressing same; review reclamation claims order in connection with same (.20); draft table of reclamation claim demands and status of same (.80).

| 08/19/15 | T A WILSON | 0.20 | | 140.00 |

Communicate with Ellman regarding claim pro-ration in ED Va.

| 08/19/15 | O S ZELTNER | 0.50 | | 200.00 |

Review Staples, Airgas and Mayo reclamation demands (.30); draft/revise table tracking same (.20).

| 08/21/15 | T A WILSON | 0.20 | | 140.00 |

Communicate with Zeltner regarding reclamation claims and reclamation procedures.

| 08/21/15 | O S ZELTNER | 1.60 | | 640.00 |

Review Michelin, Bridgestone and multiple Airgas reclamation demands (1.20); draft/revise table compiling information regarding same (.40).

| 08/22/15 | C E BLACK | 0.40 | | 340.00 |

Review and respond to correspondence from Moore regarding MSHA related claim.

| 08/24/15 | T A WILSON | 0.20 | | 140.00 |

Communicate with Hall (ANR), Zeltner regarding reclamation procedures.

| 08/25/15 | T A WILSON | 0.20 | | 140.00 |

Communicate with Manno (ANR), Hall (ANR), Grady (A&M), Zeltner regarding reclamation demands.

| **TOTAL** | | **6.50** | **USD** | **3,712.50** |

**JONES DAY**

Corporate Governance and Board Matters                                                                    Page 1

---

08/05/15          D BARAV-JOHNSON                          1.30                          422.50
Prepare brief summaries of first day orders for board presentation.

08/05/15          C E BLACK                                0.60                          510.00
Review and comment on materials for post-filing telephonic board meeting.

08/06/15          C E BLACK                                0.70                          595.00
Prepare for and attend telephonic board meeting.

08/06/15          D G HEIMAN                               0.50                          600.00
Attend Board of Directors call.

08/06/15          T A WILSON                               0.20                          140.00
Review draft Form 8-K circulated by Phillips (ANR) and communicate with Phillips, Solecki regarding
same.

08/11/15          T A WILSON                               0.50                          350.00
Review and revise minutes from 7/21/15, 7/28/15, 8/2/15 and 8/6/15 board meetings (.40);
communicate with Black regarding same (.10).

08/13/15          C E BLACK                                2.80                        2,380.00
Attend telephonic Board of Directors meeting (.60); review and comment on board materials (1.70); review
draft confidentiality agreements (.50).

08/13/15          D G HEIMAN                               0.50                          600.00
Attend Board of Directors call.

08/13/15          T A WILSON                               0.30                          210.00
Review revised board minutes for 7/21/15 and 8/2/15 (.20); communicate with Black regarding same (.10).

08/14/15          C E BLACK                                0.50                          425.00
Review and comment on Board of Director materials.

08/20/15          C E BLACK                                1.10                          935.00
Review and comment on board materials for 8/26/15 meeting (.90); conference with Heiman regarding
same (.20).

08/24/15          C E BLACK                                1.20                        1,020.00
Review and comment on board materials (.70); conference with Heiman regarding same (.50).

08/24/15          D G HEIMAN                               1.50                        1,800.00
Review Board materials (1.10); conference with Black regarding same and status update for Board (.40).

08/25/15          C E BLACK                                1.00                          850.00
Review and revise materials for board meetings (.80); conference with Verheij (ANR) regarding board
meeting (.20).

08/25/15          D G HEIMAN                               1.00                        1,200.00
Review Board materials.

08/26/15          C E BLACK                                7.40                        6,290.00
Prepare for and attend board meeting (6.60); follow-up meeting with Verheij (ANR) and Heiman regarding
case issues (.80).

08/26/15          D G HEIMAN                               9.00                       10,800.00
Prepare for and attend Board meetings (7.50); attend pre-meetings with Black and Verheij (ANR) (1.50).

08/26/15          T A WILSON                               0.20                          140.00
Communicate with Solecki regarding inquiries from directors related to equity.

08/27/15          C E BLACK                                3.40                        2,890.00
Attend and participate in Board meeting (1.80); follow-up meetings with management (1.60).

08/27/15          D G HEIMAN                               3.50                        4,200.00
Attend Board meetings (2.50); follow-up with Black and Verheij (ANR) (1.00).

|  | **TOTAL** | **37.20** | **USD** | **36,357.50** |

JONES DAY

Court Hearings                                                                                    Page 1

| | | | |
|---|---|---|---|
| 08/03/15 | D BARAV-JOHNSON | 6.20 | 2,015.00 |

Draft in-depth summaries of first day pleadings (4.00); review and revise same (2.20).

| 08/03/15 | C E BLACK | 8.10 | 6,885.00 |
|---|---|---|---|

Prepare for first-day hearing with respect to certain first-day pleadings.

| 08/03/15 | J B ELLMAN | 2.20 | 2,090.00 |
|---|---|---|---|

Meetings with Parkhill (Rothschild), Heiman, Black, Hamilton, Chou (Rothschild), Cavatoni (ANR) to prepare for first day.

| 08/03/15 | J B ELLMAN | 1.70 | 1,615.00 |
|---|---|---|---|

Review changes to Interim DIP Order (.80); communicate with counsel to DIP agent regarding same (.40) and second lien counsel regarding same (.50).

| 08/03/15 | J B ELLMAN | 9.70 | 9,215.00 |
|---|---|---|---|

Conferences with Hamilton, clients, Parkhill (Rothschild), Heiman, others to prepare testimony (4.40); draft materials for hearing (3.20); review related materials (2.10).

| 08/03/15 | G L GHAUL | 6.00 | 2,700.00 |
|---|---|---|---|

Continue to draft/revise first day slide deck (2.50); continue to draft/revise summaries of first day motions for use at hearing (3.50).

| 08/03/15 | R W HAMILTON | 5.60 | 4,620.00 |
|---|---|---|---|

Prepare for interim hearing.

| 08/03/15 | D G HEIMAN | 4.00 | 4,800.00 |
|---|---|---|---|

Attend meetings with team and management regarding first-day hearing preparation (2.50); prepare for first-day hearing (1.50).

| 08/03/15 | D J MERRETT | 6.80 | 4,250.00 |
|---|---|---|---|

Draft and revise summaries of first day motions in preparation for first day hearing (6.30); communicate with Barav (.20), Zeltner (.10); Wilson (.10), Black (.10) regarding same.

| 08/03/15 | T A WILSON | 3.50 | 2,450.00 |
|---|---|---|---|

Review first day motions and related summaries in preparation for first day hearing on August 4th (3.30); communicate with Black, Merrett regarding same (.20).

| 08/03/15 | O S ZELTNER | 4.70 | 1,880.00 |
|---|---|---|---|

Draft/revise hearing summaries of first day motions in preparation for first day hearing.

| 08/03/15 | O S ZELTNER | 1.50 | 600.00 |
|---|---|---|---|

Preparation of hearing summaries for first day hearing.

| 08/04/15 | D BARAV-JOHNSON | 2.50 | 812.50 |
|---|---|---|---|

Monitor first day hearing via phone conference and take notes on proceedings.

| 08/04/15 | B P BARRAGATE | 5.00 | 4,875.00 |
|---|---|---|---|

Prepare for and attend first day hearing.

| 08/04/15 | C E BLACK | 9.40 | 7,990.00 |
|---|---|---|---|

Prepare for (2.90) and attend first-day hearing with respect to certain first-day pleadings (4.10); follow-up and finalize forms of orders approved at hearing and plan for next hearing (2.40).

| 08/04/15 | J B ELLMAN | 14.30 | 13,585.00 |
|---|---|---|---|

Prepare for first day hearing (7.00); draft notes for same (2.30); meeting with Hamilton, Barragate and Parkhill (Rothschild) regarding preparation for testimony; attend and participate in first day hearing (4.30); follow up conferences with Debtor advisors regarding same (.70).

| 08/04/15 | P M GREEN | 3.90 | 2,242.50 |
|---|---|---|---|

Attend (telephonically) first day hearing.

| 08/04/15 | R W HAMILTON | 2.80 | 2,310.00 |
|---|---|---|---|

Prepare for Interim DIP hearing.

| 08/04/15 | R W HAMILTON | 5.00 | 4,125.00 |
|---|---|---|---|

Attend Interim DIP Hearing.

**JONES DAY**

Court Hearings                                                                                                    Page 2

| 08/04/15 | D G HEIMAN | 4.50 | 5,400.00 |
|---|---|---|---|

Attend first-day hearing.

| 08/04/15 | D G HEIMAN | 2.50 | 3,000.00 |
|---|---|---|---|

Prepare for first-day hearing (1.00); meetings with team regarding same (1.50).

| 08/04/15 | D J MERRETT | 4.30 | 2,687.50 |
|---|---|---|---|

Prepare summaries of first day motions for hearing (3.30); brief Wilson regarding first day motions (.50); communicate with Wilson (.20); Black (.30) regarding same.

| 08/04/15 | T A WILSON | 6.50 | 4,550.00 |
|---|---|---|---|

Review first day motions and related summaries in preparation for first day hearing (3.00); communicate with Black, Merrett regarding same (.50); attend and participate in first day hearing (3.00).

| 08/14/15 | D BARAV-JOHNSON | 1.90 | 617.50 |
|---|---|---|---|

Communicate with Merrett regarding newly-scheduled omnibus hearing and notice of same (.20); research notice requirements for omnibus hearing in case management procedures (.50); draft notice of omnibus hearing (1.20).

| 08/14/15 | T A WILSON | 0.40 | 280.00 |
|---|---|---|---|

Communicate with Black, Long (Hunton), Merrett regarding additional omnibus hearings (.30); review and revise notice of additional omnibus dates (.10).

| 08/17/15 | T A WILSON | 0.40 | 280.00 |
|---|---|---|---|

Communicate with Black regarding potential adjournment of hearing on first day pleadings (.20); participate in conference call with Heiman, Black, Ellman regarding same (.20).

| 08/18/15 | T A WILSON | 0.30 | 210.00 |
|---|---|---|---|

Communicate with Black, Long (Hunton) regarding mid-September omnibus hearing.

| 08/23/15 | T A WILSON | 0.10 | 70.00 |
|---|---|---|---|

Review case management order and communicate with Zeltner regarding hearing agendas.

| 08/26/15 | T A WILSON | 0.10 | 70.00 |
|---|---|---|---|

Communicate with Zeltner regarding hearing agenda.

| 08/26/15 | O S ZELTNER | 2.80 | 1,120.00 |
|---|---|---|---|

Draft/revise 9/1 hearing agenda to be filed on docket (2.60); communicate with Wilson regarding same (.20).

| 08/27/15 | J B ELLMAN | 0.20 | 190.00 |
|---|---|---|---|

Review and comment on September 1 agenda letter draft.

| 08/27/15 | T A WILSON | 1.30 | 910.00 |
|---|---|---|---|

Review and revise hearing agenda for 9/1/15 omnibus hearing (.90); communicate with Zeltner regarding same (.40).

| 08/27/15 | O S ZELTNER | 1.30 | 520.00 |
|---|---|---|---|

Draft/revise 9/1 omnibus hearing agenda (multiple rounds) (.60); communicate with Ellman, Black, Wilson (.10) regarding same; further communications with Wilson regarding same (.20); communicate with Long (Hunton) regarding same (.10); communicate with Wilson (.10), Ghaul (.20) regarding hearing summaries for 9/1 hearing.

| 08/28/15 | C E BLACK | 0.80 | 680.00 |
|---|---|---|---|

Review and comment on hearing agenda (.20); conferences with Wilson (.40) and Schaible (Davis Polk) (.20) regarding revisions to first-day orders.

| 08/28/15 | J B ELLMAN | 0.30 | 285.00 |
|---|---|---|---|

Review and comments on agenda letter (.10); communicate with Wilson regarding same, updates and planning for hearing (.20).

| 08/28/15 | T A WILSON | 0.50 | 350.00 |
|---|---|---|---|

Communicate with Black, Ellman, Zeltner regarding hearing agenda.

JONES DAY

Court Hearings                                                                                              Page 3

08/28/15        O S ZELTNER                                      3.60                              1,440.00
Draft/revise multiple versions of 9/1 omnibus hearing agenda (1.90); review new docket filings in
connection with same (.40); coordinate filing of same with Long (Hunton) (.30); compile special service list
(.40) and coordinate service of same with Miller (KCC) (.20); communicate with Ellman (.10), Wilson (.20),
Black (.10) regarding agenda and necessary revisions thereto.

08/29/15        G L GHAUL                                        2.40                              1,080.00
Review ordinary course professionals and interim compensation procedures motions (.50); draft hearing
summaries for ordinary course professionals motion (1.00) and interim compensation procedures motion
(.90).

08/30/15        G L GHAUL                                        1.40                                630.00
Review omnibus lease rejection motion (.20); draft hearing summary for the same (.80); review / revise
hearing summaries (.40).

08/30/15        O S ZELTNER                                      4.70                              1,880.00
Draft/revise hearing summaries with respect to various motions, in preparation for 9/1 omnibus hearing
(4.30); communicate with Wilson (.10), Ghaul (.10), Harrison (ANR) (.20) regarding same.

08/31/15        D BARAV-JOHNSON                                  2.20                                715.00
Draft hearing summary for the Pittsburgh 8 motion (1.40); review and revise same (.80).

08/31/15        J B ELLMAN                                       0.70                                665.00
Review updated agenda letter (.10); communicate with Wilson regarding information needed to prepare for
hearing (.30); review materials regarding same (.20); communicate with Hopkins (Steptoe) regarding same
(.10).

08/31/15        T A WILSON                                       4.70                              3,290.00
Review motions on for hearing at September 1 omnibus (1.20); draft and review hearing scripts related to
same (3.50).

08/31/15        O S ZELTNER                                      2.00                                800.00
Draft/revise amended 9/1 omnibus hearing agenda (.80); coordinate filing and service of same (.40); create
and compile redlines of orders for motions to be considered at 9/1 hearing, for hearing binders (.60);
communicate with Wilson regarding preparation for 9/1 hearing (.20).

    **TOTAL**                                **152.80**        **USD**      **110,780.00**

**JONES DAY**

Employee Matters                                                                                                      Page 1

| | | | |
|---|---|---|---|
| 08/03/15 | D C HAGEN | 1.50 | 1,387.50 |

Review and analysis of KEIP materials.

| | | | |
|---|---|---|---|
| 08/03/15 | E J HERRON | 1.00 | 300.00 |

Review and analyze report from Meridian regarding compensation programs in bankruptcy.

| | | | |
|---|---|---|---|
| 08/03/15 | D J MERRETT | 3.70 | 2,312.50 |

Review and revise motion to continue prepetition retention program in the ordinary course (3.30); communicate with Black (.20), Verheij (ANR) (.10), Banbury (.10) regarding same.

| | | | |
|---|---|---|---|
| 08/03/15 | S K PREWITT | 0.50 | 275.00 |

Review research relating to key employee incentive plan structure.

| | | | |
|---|---|---|---|
| 08/04/15 | D BARAV-JOHNSON | 0.20 | 65.00 |

Review and analyze edits to section 1113 memorandum.

| | | | |
|---|---|---|---|
| 08/04/15 | D C HAGEN | 1.50 | 1,387.50 |

Review and analysis of KEIP design.

| | | | |
|---|---|---|---|
| 08/04/15 | E J HERRON | 2.30 | 690.00 |

Review and analyze current motions filed relating to employee benefits and executive compensation (1.50); cross-reference motions filed against information utilized in creation of original KEIP/KERP information sheet (.80).

| | | | |
|---|---|---|---|
| 08/04/15 | S K PREWITT | 0.50 | 275.00 |

Review research relating to key employee incentive plan structure.

| | | | |
|---|---|---|---|
| 08/05/15 | D BARAV-JOHNSON | 2.60 | 845.00 |

Review and revise section 1113 memorandum.

| | | | |
|---|---|---|---|
| 08/05/15 | C E BLACK | 1.50 | 1,275.00 |

Review and comment on KERP motion (.60); conference with Merrett regarding KERP issues (.20); review and analyze incentive plan materials (.70); review and comment on ordinary course professionals motion (.60) and interim compensation motion (.90).

| | | | |
|---|---|---|---|
| 08/05/15 | D C HAGEN | 3.00 | 2,775.00 |

Work on employee compensation issues.

| | | | |
|---|---|---|---|
| 08/05/15 | E J HERRON | 1.60 | 480.00 |

Research and gather information related to key employee incentive plans identified by Meridian in their report.

| | | | |
|---|---|---|---|
| 08/05/15 | D J MERRETT | 1.00 | 625.00 |

Communicate with Grady (A&M), Vander Lind (ANR) regarding interim employee order (.10); review same (.30); communicate with Hill (ANR) regarding benefit processing (.20); communicate with Vander Lind (.10), Black (.10), Verheij (ANR) (.10) regarding KERP motion; communicate with Harrison (ANR) regarding payroll issues (.10).

| | | | |
|---|---|---|---|
| 08/05/15 | S K PREWITT | 2.00 | 1,100.00 |

Review and attention to key employee incentive plan specifications provided by Meridian and related background materials.

| | | | |
|---|---|---|---|
| 08/05/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Harrison (ANR) regarding lawsuits against employees and payments of wages (.20); review employee order regarding payment of indemnity for employees (.10).

| | | | |
|---|---|---|---|
| 08/06/15 | C E BLACK | 1.40 | 1,190.00 |

Review KERP materials (.60); comment on current iteration of KERP motion (.80).

| | | | |
|---|---|---|---|
| 08/06/15 | D C HAGEN | 1.00 | 925.00 |

Review and analyze KEIP and KERP materials.

| | | | |
|---|---|---|---|
| 08/06/15 | D G HEIMAN | 0.50 | 600.00 |

Review memorandum from Black regarding KEIP issues (.30); conference with Black regarding same (.20).

| | | | |
|---|---|---|---|
| 08/06/15 | D G HEIMAN | 0.50 | 600.00 |

Telephone conference with Traynor (UMWA) regarding union matters (.30); email communications with Black and Wilson regarding same (.20).

**JONES DAY**

Employee Matters                                                                                   Page 2

08/06/15        D J MERRETT                              1.90                    1,187.50
Review and revise motion to continue key employee retention programs (1.30); communicate with Black
regarding same (.10); communicate with Banbury (ANR) (.10), Vander Lind (ANR) (.20), Bateman (.20)
regarding same.

08/06/15        S K PREWITT                              0.50                     275.00
Research with respect to key employee incentive plans.

08/06/15        T A WILSON                               0.30                     210.00
Communicate with Harrison (ANR), Merrett, Kanwischer (Wells Fargo), Holden (A&M) regarding Wells
Fargo threat to stop payment on employee paychecks.

08/07/15        C E BLACK                                1.30                    1,105.00
Conference with Meridian, Banbury and Hagen regarding incentive issues (.70); follow-up with UMWA
regarding stopped checks (.20); review and comment on revised sections of KERP motion (.40).

08/07/15        D C HAGEN                                1.00                     925.00
Review and analyze KEIP and KERP materials.

08/07/15        D C HAGEN                                1.00                     925.00
Participate in conference call with compensation consultant regarding KEIP and KERP materials.

08/07/15        D G HEIMAN                               0.50                     600.00
Review memorandum from Black regarding KEIP issues (.30); conference with Black regarding same (.20).

08/07/15        E J HERRON                               1.50                     450.00
Prepare for and participate in call with Meridian, Black, Hagen and Prewitt from Jones Day and Banbury
(ANR) regarding the preliminary KEIP specifications report prepared by Meridian; discuss next steps and
identify further research (1.00); analyze peer group companies (as identified by Meridian) motions and
KEIP plans. (.50).

08/07/15        D J MERRETT                              0.50                     312.50
Revise motion to continue prepetition retention programs (.20); communicate with Black regarding same
(.10); communicate with counsel to DIP agent and counsel to second lien noteholders regarding same (.10);
communicate with Banbury (ANR) regarding same (.10).

08/07/15        S K PREWITT                              1.00                     550.00
Conference call with Meridian and the company to discuss key employee incentive plan structuring matters.

08/07/15        S K PREWITT                              0.50                     275.00
Research relating to structure of key employee incentive plans.

08/07/15        T A WILSON                               0.20                     140.00
Review employee motion regarding authorization related to corporate card program and communicate with
Merrett regarding same.

08/08/15        S K PREWITT                              0.30                     165.00
Research rules relating to reportable event filings in connection with reorganization.

08/08/15        T A WILSON                               0.10                      70.00
Communicate with Prewitt, Verheij (ANR) regarding PBGC notices.

08/09/15        D J MERRETT                              0.50                     312.50
Communicate with Delo (Rothschild) (.20), Black (.20) and first and second lien professionals (.10)
regarding motion to continue prepetition non-insider retention programs in the ordinary course.

08/10/15        C E BLACK                                3.00                    2,550.00
Prepare for (.80) and attend telephonic meeting with Merrett and DIP lenders regarding KERP motion
(.90); review and comment on motion (.60); follow-up communications with client regarding KERP motion
(.70).

08/10/15        E J HERRON                               3.00                     900.00
Discuss review of cases used by Meridian in building KEIP specifications (.25); review and analyze cases
used by Meridian in building KEIP specifications (2.75).

**JONES DAY**

Employee Matters                                                                                           Page 3

08/10/15     D J MERRETT                                               7.40                    4,625.00
Conference with first lien and second lien professionals regarding motion to continue prepetition retention programs (.40); communicate with Meyer (DPW) regarding same (.10); communicate with Pesce (K&E) regarding same (.20); communicate with Black regarding same (.10); communicate with Delo (Rothschild) regarding same (.30); conference with Vander Lind, Bateman (ANR) regarding same (.30); conference with Morley, Chou (Rothschild), Vander Lind and Bateman regarding same (.30); review and revise motion (1.20); review and analyze prior company reports in response to diligence requests (1.80); review and analyze retention agreements (1.50); communicate with first and second lien professionals regarding same (.10); communicate with Holden (A&M) regarding BAML corporate cards (.20); review proposed form of collateral agreement (.30); communicate with Barragate regarding same (.10); communicate with Hall regarding same (.10); communicate with Vander Lind regarding retention program documents (.10); assignment to Ghaul regarding EEOC proceedings (.10); communicate with Ghaul regarding same (.10); communicate with Wilson regarding same (.10).

08/10/15     T A WILSON                                                0.60                      420.00
Communicate with Verheij (ANR), Black regarding employee compensation issues (.30); communicate with Harrison (ANR), Merrett regarding security agreement circulated by Bank of America regarding corporate card program (.30).

08/11/15     E J HERRON                                                0.20                       60.00
Continue review and analysis of cases used by Meridian in building KEIP specifications.

08/11/15     D J MERRETT                                               3.30                    2,062.50
Communicate with Shockley (ANR) regarding Bank of America employee credit cards and purchasing cards (.20); communicate with Hutton (BAML) regarding same (.20); communicate with Black regarding same (.20); review and revise motion to seal KERP motion annex (1.60); communicate with Chou, Morley, Delo, Genecin (Rothschild), Banbury, Bateman (ANR) regarding KERP motion (.30); communicate with Black regarding same (.10); communicate with Pesce (K&E) regarding same (.20); communicate with Black regarding second lien noteholders' support for KERP motion (.20); communicate with Holden (A&M) (.10), Sullivan (A&M) (.20) regarding expense reimbursements.

08/11/15     S K PREWITT                                               0.90                      495.00
Research information with respect to key employee incentive plans structuring.

08/12/15     D J MERRETT                                               0.60                      375.00
Communicate with Black regarding key employee retention program issues (.20); research in connection with same (.40).

08/12/15     T A WILSON                                                0.20                      140.00
Communicate with Merrett regarding Bank of America corporate cards program and request for collateral (.10); review employee order in connection with same (.10).

08/13/15     C E BLACK                                                 0.90                      765.00
Review additional KERP supporting materials (.70); conference with Merrett regarding same (.20).

08/13/15     E J HERRON                                                1.00                      300.00
Review and analyze motions relating to treatment of KEIP, as identified by Meridian.

08/13/15     D J MERRETT                                               5.20                    3,250.00
Communicate with Chou, Delo (Rothschild) (.10), Meyer (DPW) (.30), Pesce (K&E) (.40), Black (.20) regarding KERP motion; review and revise KERP motion (2.20); review and revise motion to seal same (1.20); communicate with Black regarding same (.10); communicate with Holden regarding allowance programs (.10) and business expenses (.30); communicate with Wilson regarding same (.10); communicate with Shockley (ANR) regarding KERP motion schedule (.10), BAML corporate card program (.10).

08/13/15     T A WILSON                                                0.20                      140.00
Communicate with Merrett regarding payment of reimbursable business expenses and review employee order in connection with same.

08/14/15     C E BLACK                                                 0.30                      255.00
Conference with Merrett regarding KERP issues.

**JONES DAY**

Employee Matters                                                                                          Page 4

08/14/15        D J MERRETT                                    3.70                      2,312.50
Review and revise KERP motion (1.30); communicate with Chou (.20), Delo (.30) (Rothschild) regarding
same; review first and second lien diligence requests regarding same (.40); conference with Banbury, Vander
Lind, Bateman (ANR), Morley, Delo, Genecin. Chou (Rothschild), Ducera team and Houlihan team
regarding KERP motion and supporting data (.50); follow up communications with Meyer (DPW) (.30),
Pesce (K&E) (.20), Banbury (.20), Bateman (.10); Vander Lind (.20) regarding same.

08/17/15        C E BLACK                                      1.30                      1,105.00
Review and comment on KERP motion and schedule (.90); conferences with Merrett (.20) and Heiman
(.20) regarding same.

08/17/15        D G HEIMAN                                     1.50                      1,800.00
Review KERP motion (1.00); conference with Black regarding same (.50).

08/17/15        D J MERRETT                                    11.80                     7,375.00
Communicate with Black (.50), Meyer (DPW) (.10), Wilson (.10), Zeltner (.10), Long (Hunton) (.10),
Banbury (ANR) (.10), Vander Lind (ANR) (.20), Heiman (.10), Delo (Rothschild) (.10) regarding motion to
continue prepetition retention agreements; review and revise same per comments from Heiman (6.60);
review and analyze schedule of retention agreement parties in connection with same (.60); communicate
with Banbury (.30), Morley (Rothschild) (.40) regarding same; draft and revise notice of motion (.80); review
and revise motion to seal annex to declaration (1.10); review and revise annex (.20); communicate with
Wilson (.20), Harrison (ANR) (.20) regarding Brooks Run South payroll issue.

08/17/15        T A WILSON                                     0.10                      70.00
Communicate with Merrett regarding payroll issue.

08/18/15        C E BLACK                                      1.00                      850.00
Conferences with Merrett regarding KERP issues (.40); review revised iterations of KERP motion (.60).

08/18/15        D J MERRETT                                    7.90                      4,937.50
Review and revise KERP motion to reflect comments from Heiman and other parties (6.40); communicate
with Heiman (.20), Black (.40), Banbury (ANR) (.20), Vander Lind (.20), Bateman (.10), Morley (Rothschild)
(.20), Pesce (K&E) (.10) regarding same; review and revise sealed annex to declaration regarding same (.10).

08/18/15        T A WILSON                                     0.10                      70.00
Communicate with Merrett regarding authorization of payment of employee related costs.

08/19/15        D C HAGEN                                      1.50                      1,387.50
Review and analyze KEIP and KERP materials.

08/19/15        D G HEIMAN                                     0.30                      360.00
Conference with Verheij (ANR) regarding employee retention.

08/19/15        D G HEIMAN                                     0.50                      600.00
Review revised KERP motion.

08/19/15        D G HEIMAN                                     0.20                      240.00
Review email communications with Levine (Lowenstein Sandler) regarding unions' request for access to
document data room.

08/19/15        D J MERRETT                                    0.40                      250.00
Review and revise KERP motion (.30); communicate with Heiman regarding same (.10).

08/19/15        S K PREWITT                                    0.50                      275.00
Review and attention to information relating to proposed key employee incentive plan and key employee
retention plan.

08/19/15        T A WILSON                                     0.30                      210.00
Communicate with Merrett regarding PAC contribution matching issue.

08/20/15        D J MERRETT                                    0.30                      187.50
Communicate with Black regarding KERP motion; communicate with Verheij (ANR) regarding same;
communicate with Banbury (ANR) regarding same.

08/21/15        D J MERRETT                                    0.30                      187.50
Communicate with Banbury (ANR) regarding KERP; communicate with Harrison (ANR) regarding
processing costs.

JONES DAY

Employee Matters                                                                                   Page 5

08/23/15        C E BLACK                          0.20                          170.00
Communicate with Hagen and Prewitt regarding DB plan notices.

08/23/15        S K PREWITT                        0.20                          110.00
Review and attention to PBGC matters.

08/24/15        C E BLACK                          0.80                          680.00
Review KEIP materials (.60); communicate with Prewitt regarding same (.20).

08/24/15        E J HERRON                         3.30                          990.00
Discuss PBGC Form 10 filing with Prewitt (1.00); draft PBGC Form 10 Filings and cover letters and
submitted to Prewitt for review (2.30).

08/24/15        D J MERRETT                        0.60                          375.00
Communicate with Harrison (ANR) regarding garnishment order (.10); communicate with Wilson regarding
same (.10); review order (.20); review correspondence from Harrison (ANR) regarding Keyrock contractor
fees (.10); respond to Harrison (ANR) regarding same (.10).

08/24/15        S K PREWITT                        2.50                        1,375.00
Research and attention to employee benefits matters for purposes of filing Form 10 with PBGC (1.50);
review and attention to key employee incentive plan and retention plan matters in advance of compensation
committee and board meeting (1.00).

08/25/15        C E BLACK                          1.80                        1,530.00
Attend conferences with Hagen, Prewitt and Meridian regarding KEIP (.60); review and analyze KEIP and
related materials (1.20).

08/25/15        D C HAGEN                          3.00                        2,775.00
Review and analysis of pension and incentive plan materials.

08/25/15        E J HERRON                         2.50                          750.00
Communicate with S. Prewitt and client to discuss PBGC Form 10 filing (.50); discuss call with client and
Form 10 with Hagen (.10); communicate with Hagen, Prewitt and Black regarding status of KEIP (.50);
draft Form 10s and accompanying letter based on call with client (.50); revise Form 10s (.30); discuss AIB
with Hagen (.10); participate in call with Meridian regarding KEIP (.50).

08/25/15        D J MERRETT                        0.50                          312.50
Communicate with Black regarding treatment of company-sponsored defined benefit pension plan;
communicate with Hill (AMR) regarding same.

08/25/15        S K PREWITT                        3.30                        1,815.00
Call with Judy Hill at company to discuss PBGC form 10 filing (.50); call with Black regarding the key
employee incentive plan status (.20); call with Black and Meridian regarding key employee incentive plan
(.10); review compensation committee materials in connection with analyzing key employee incentive plan
program (.50); research reportable event rules in connection with PBGC Form 10 filing (1.00); review and
revise PBGC Form 10 filings in connection with reportable event triggered by filing of bankruptcy (1.00).

08/25/15        T A WILSON                         0.10                           70.00
Communicate with Merrett regarding UCC request for information related to employee motion.

08/26/15        D C HAGEN                          2.00                        1,850.00
Review and analysis of pension and incentive plan issues.

08/26/15        E J HERRON                         1.20                          360.00
Research and analyze cases relating to priority of claims issues (1.00); revise Form 10 based on D. Hagen
edits (.20).

08/26/15        D J MERRETT                        1.50                          937.50
Review UCC comments on employee order (.30); communicate with Wilson, Black regarding same (.20);
communicate with Black regarding annual incentive bonus (.20); communicate with Vander Lind (ANR)
regarding same (.20); communicate with Harrison (ANR) regarding garnishment fees (.20); communicate
with Black, Hagen, Prewitt regarding company pension benefits (.20); communicate with Hill (ANR)
regarding same (.20).

08/26/15        S K PREWITT                        3.00                        1,650.00
Review and attention to research relating to minimum required priority of claims issues (2.00); review and
revise PBGC Form 10 filing in connection with reportable event (1.00).

JONES DAY

Employee Matters                                                                                    Page 6

08/26/15        T A WILSON                              0.90                            630.00
Communicate with Black, Merrett, Verheij (ANR) regarding proposed revisions to final employee order
received from creditors committee (.70); communicate with Prewitt, Green regarding DIP milestones in
connection with employee benefits issues (.20).

08/27/15        C E BLACK                               0.60                            510.00
Conference with Banbury regarding DB plan issues (.30); conference with Hagen regarding same (.20);
communicate with Fleck (Milbank) regarding same (.10).

08/27/15        D C HAGEN                               3.00                          2,775.00
Review and analysis of pension issues.

08/27/15        D C HAGEN                               1.00                            925.00
Prepare for and participate in phone call with creditors counsel regarding pension funding and
contributions.

08/27/15        D C HAGEN                               0.50                            462.50
Review and analysis of incentive plan materials.

08/27/15        D G HEIMAN                              1.00                          1,200.00
Conference with Black and Verheij (ANR) regarding KEIP issues.

08/27/15        E J HERRON                              2.30                            690.00
Prepare Form 10 filings (1.80); analyze issues related to executive compensation (.50).

08/27/15        D J MERRETT                             0.60                            375.00
Communicate with Wilson (.10), Holden (A&M) (.20) regarding independent contractor costs; review and
revise final employee order (.10); review and revise KERP motion (.10); communicate with Black regarding
same (.10).

08/27/15        S K PREWITT                             3.50                          1,925.00
Research in connection with reportable events and minimum required contributions (1.00); prepare and
finalize PBGC Form 10 filing (.50); research in connection with key employee incentive plans (2.00).

08/27/15        T A WILSON                              0.30                            210.00
Review revised employee order (.10); communicate with Merrett, Black regarding revised employee order
(.10); communicate with Merrett regarding payment of independent contractors under employee order
(.10).

08/28/15        C E BLACK                               0.90                            765.00
Call with Heiman, Verheij (ANR), and Hagen regarding KEIP issues (.70); communicate with Fleck
(Milbank) regarding KERP (.20).

08/28/15        D C HAGEN                               1.00                            925.00
Prepare for and participate in conference call with Black, Heiman and Verheij (ANR) regarding incentive
plan.

08/28/15        D G HEIMAN                              1.00                          1,200.00
Conference call with Verheij (ANR), Black and Hagen regarding KEIP process.

08/28/15        E J HERRON                              1.30                            390.00
Finalize PBGC filing and submitted filing to PBGC and clients.

08/28/15        D J MERRETT                             3.10                          1,937.50
Review employee motion and orders regarding treatment of independent contractors (.40); communicate
with Wilson (.10), Holden (A&M) (.10) regarding same; final review of KERP motion (.80), annex (.30),
motion to seal (.40); prepare notice of filing of same (.60); communicate with Black (.10), Long (Hunton)
(.20) regarding same; communicate with Pastor (.10) regarding service of same.

08/28/15        S K PREWITT                             1.00                            550.00
Review and finalize PBGC Form 10 (.50); research performance metrics for key employee incentive
arrangement (.50).

08/28/15        T A WILSON                              0.40                            280.00
Communicate with Merrett regarding payments under employee order (.20); review letter to PBGC
regarding Form 10 and communicate with Merrett, Prewitt regarding same (.20).

**JONES DAY**

Employee Matters                                                                                                   Page 7

| | | | |
|---|---|---|---|
| 08/29/15 | E J HERRON | 1.00 | 300.00 |

Research and analyze issues related to imposition of liens after bankruptcy filing (.50); research and analyze issues related to priority of taxes in bankruptcy (.50).

| | | | |
|---|---|---|---|
| 08/29/15 | S K PREWITT | 0.50 | 275.00 |

Review and attention to research relating to pension claims issues.

| | | | |
|---|---|---|---|
| 08/30/15 | D C HAGEN | 2.50 | 2,312.50 |

Review, analysis and preparation of memorandum regarding pension plan funding issues.

| | | | |
|---|---|---|---|
| 08/31/15 | C E BLACK | 1.70 | 1,445.00 |

Conference with Shah (Milbank) and Hagen regarding KERP (.70); communicate with Bernstein (UST) regarding same (.20); review and revise pension plan contribution paragraphs (.60); review related correspondence (.20).

| | | | |
|---|---|---|---|
| 08/31/15 | D C HAGEN | 2.00 | 1,850.00 |

Review and analysis of KERP materials.

| | | | |
|---|---|---|---|
| 08/31/15 | D G HEIMAN | 0.50 | 600.00 |

Conferences with Black (.20) and Verheij (ANR) (.30) regarding KEIP issues.

| | | | |
|---|---|---|---|
| 08/31/15 | E J HERRON | 1.50 | 450.00 |

Review and analyze KERP motion and related filings (1.30); communicate with S. Prewitt regarding same (.20).

| | | | |
|---|---|---|---|
| 08/31/15 | D J MERRETT | 1.10 | 687.50 |

Conference with Stodola, Krasnow, DeLuca, Fleck, Shah (Milbank) and Black regarding motion to continue prepetition retention programs in the ordinary course (.20); review and revise annex regarding same (.50); communicate with Bernstein (UST) regarding same (.10); communicate with Grady regarding independent contractors (.10); communicate with Wilson regarding fuel card provisions in final order (.10); communicate with Sullivan (A&M) regarding final order on employee motion (.10).

| | | | |
|---|---|---|---|
| 08/31/15 | S K PREWITT | 1.00 | 550.00 |

Review and attention to key employee retention plan motion, analyzing participants included in motion and related items in advance of call with creditors committee (.70); call with creditors' committee counsel (.30).

| | | | |
|---|---|---|---|
| **TOTAL** | | **156.90**    **USD** | **103,345.00** |

Environmental Matters                                                                           Page 1

| | | | |
|---|---|---|---|
| 08/03/15 | S D EFRONSON | 3.30 | 1,485.00 |

Conduct legal research on Westlaw regarding license and permit issues.

08/03/15      D A EINIK                                5.00                2,625.00
Research regarding state mine programs and special reclamation funds.

08/04/15      D A EINIK                                3.50                1,837.50
Research regarding state mine programs and special reclamation funds.

08/04/15      K P HOLEWINSKI                           4.00                3,300.00
Review/analyze draft reclamation funding memorandum and suggest edits to same (1.20); conference with Einik regarding same (.30); review/edit prior memorandum on various environmental decree claims (.80); review dataroom documents and review recently added documents there as well as information on federal leases (1.70).

08/05/15      D A EINIK                                5.50                2,887.50
Draft memorandum regarding state  mine program and special reclamation funds (4.00); revise potential pleadings regarding Wyoming bonding (1.50).

08/05/15      D G HEIMAN                               0.50                600.00
Review memoranda regarding bonding.

08/06/15      D A EINIK                                2.50                1,312.50
Draft memo regarding state mine programs and special reclamation funds.

08/06/15      K P HOLEWINSKI                           3.00                2,475.00
Review/analysis of contingency regarding federal/state decree and operative provisions.

08/06/15      T A WILSON                               0.20                140.00
Communicate with Baker (Davis Polk), Eidson (ANR), Delo (Rothschild) regarding mine-specific reclamation obligations.

08/07/15      C E BLACK                                2.20                1,870.00
Conferences with McCallister (ANR) and Wyoming regarding bonding issues (1.40); review bonding related pleadings (.60); conference with Gaffey regarding same (.20).

08/07/15      D A EINIK                                0.50                262.50
Participate in phone conference regarding potential bonding resolution.

08/07/15      D G HEIMAN                               1.50                1,800.00
Review bonding resolution papers (.50); conference with Verheij (ANR), Black, regarding meetings with regulators regarding bonding issues and strategy regarding same (.80); follow-up with Black regarding same (.20).

08/07/15      K P HOLEWINSKI                           1.40                1,155.00
Review/analyze correspondence from McCallister (ANR) regarding state regulators and respond to same (.10); participate in call on same with McCallister and internal Jones Day team (.60); review work in progress (.70).

08/10/15      C E BLACK                                4.00                3,400.00
Review, comment on and revise Wyoming related pleadings (3.10); multiple communications with client, Gaffey and Heiman regarding same (.90).

08/10/15      D G HEIMAN                               0.70                840.00
Conference with McCallister (ANR) and Verheij (ANR) regarding bonding strategy.

08/10/15      T A WILSON                               0.40                280.00
Communicate with Black regarding  resolution of bonding obligations.

08/11/15      C E BLACK                                3.90                3,315.00
Review, comment on and revise Wyoming related pleadings (3.10); communicate with client regarding same (.80).

08/11/15      D A EINIK                                6.00                3,150.00
Research and draft memorandum regarding reclamation bonding issues.

JONES DAY

Environmental Matters                                                                     Page 2

08/11/15        D G HEIMAN                               0.50              600.00
Email communications with McCallister (ANR) regarding communications with Wyoming counsel relating to bonding issues.

08/11/15        D G HEIMAN                               1.00            1,200.00
Review Wyoming pleadings and related case law (.70); conference with Black regarding same (.30).

08/11/15        D G HEIMAN                               1.50            1,800.00
Review Black draft regarding priority of Wyoming claims (.90); email communications with Black, Gaffey and Holewinski regarding comments to same (.60).

08/11/15        D G HEIMAN                               1.00            1,200.00
Review and comment on Wyoming pleadings and draft consent order (.80); conference with Black regarding same (.20).

08/11/15        D G HEIMAN                               1.00            1,200.00
Review case law regarding environmental issues relating to mines (.70); email communications with Black and Wilson regarding same (.30).

08/11/15        K P HOLEWINSKI                           3.30            2,722.50
Review and edit memo and review related cases (1.50); emails with Black on strategy regarding bonding issues and review related drafts of orders and team correspondence (1.10); conference with Einik on research regarding bonding and lease issues (.50); review/respond to McCallister (ANR) on NRC issue (.20).

08/11/15        D J MERRETT                              0.40              250.00
Communicate with Wilson (.20), Barav-Johnson (.20) regarding potential settlement of Wyoming self-bonding issue.

08/11/15        T A WILSON                               0.40              280.00
Communicate with Black, Zeltner regarding claim issues relating to reclamation (.20); review caselaw in connection with same (.20).

08/12/15        D BARAV-JOHNSON                          5.60            1,820.00
Research examples of filings under seal in similar cases (.30); research Fourth Circuit case law regarding standard for granting relief under section 107(b) of the Bankruptcy Code (.30); draft self-bonding motion (3.10); research related to same (.30); communicate with Merrett regarding 9019 motion for bonding obligations (.20); review model 9019 Motion from E.D. Va. (.10); research model 9019 motions in other cases (.30); draft a shell order to approve a self-bonding agreement pursuant to Rule 9019 (1.00).

08/12/15        D A EINIK                                4.30            2,257.50
Research regarding reclamation bonding issues (1.30); research regarding lease rejection issues (3.00).

08/12/15        D G HEIMAN                               0.50              600.00
Conference with Black regarding reclamation priority.

08/12/15        D G HEIMAN                               1.00            1,200.00
Review Wyoming pleadings and provide comments on same.

08/12/15        D G HEIMAN                               1.00            1,200.00
Review revised Wyoming pleadings regarding claim priority and provide comments on same.

08/12/15        K P HOLEWINSKI                           4.30            3,547.50
Edit revised memo and review select cases (2.50); communicate with Black on same (.10); review oversight issues and correspondence with team on same, attaching materials (.50); communicate with Einik on federal lands research (.20).

08/12/15        D J MERRETT                              0.20              125.00
Assignment to Barav-Johnson regarding potential settlement of self-bonding disputes.

08/13/15        D BARAV-JOHNSON                          0.30               97.50
Review and revise the section 9019 motion to approve a self-bonding settlement.

08/13/15        C E BLACK                                4.00            3,400.00
Conference with Wyoming regarding bonding issues (.70); review and revise bonding related documents (1.60); review indemnity and guarantee agreements (.90); multiple communications with the client regarding Wyoming issues (.80).

JONES DAY

Environmental Matters                                                                      Page 3

| | | | |
|---|---|---|---|
| 08/13/15 | D A EINIK | 3.50 | 1,837.50 |

Research regarding impact of lease issues.

| 08/13/15 | D G HEIMAN | 1.00 | 1,200.00 |
|---|---|---|---|

Review Wyoming pleadings (.70); conference with Black regarding same (.30).

| 08/13/15 | D G HEIMAN | 0.50 | 600.00 |
|---|---|---|---|

Conference with Black regarding Wyoming strategy and priority.

| 08/13/15 | K P HOLEWINSKI | 3.30 | 2,722.50 |
|---|---|---|---|

Conference with Einik on various SMCRA issues (.50); review/respond to Black on lease issues (.20) and review applicable research pulled by Einik and assess issues (2.50).

| 08/14/15 | C E BLACK | 2.80 | 2,380.00 |
|---|---|---|---|

Review, comment on and revise West Virginia related bonding materials (1.30); conferences with McCallister (ANR) regarding same (.40); review, comment on and revise materials relating to Wyoming bonding issues (1.10).

| 08/14/15 | D A EINIK | 5.80 | 3,045.00 |
|---|---|---|---|

Research regarding impact of lease issues.

| 08/14/15 | D G HEIMAN | 0.50 | 600.00 |
|---|---|---|---|

Conference with Black and McCallister (ANR) regarding Wyoming pleadings.

| 08/14/15 | K P HOLEWINSKI | 4.60 | 3,795.00 |
|---|---|---|---|

Conference with Einik on work in progress and next wave of issues (.50); correspondence with Black on work in progress questions (.10); review key cases of law treatment of bonding obligations (2.50); review applicable key bonding program materials for planning and context (1.50).

| 08/14/15 | D J MERRETT | 4.30 | 2,687.50 |
|---|---|---|---|

Review and revise motion to approve potential settlement of Wyoming reclamation bonding issue.

| 08/17/15 | B P BARRAGATE | 0.20 | 195.00 |
|---|---|---|---|

Review Wyoming stipulation.

| 08/17/15 | C E BLACK | 1.70 | 1,445.00 |
|---|---|---|---|

Conference with WDEQ and McCallister (ANR) regarding status of Wyoming pleadings (.60); revise same (.70); communicate with lenders' counsel and unsecured creditors' committee counsel regarding same (.40).

| 08/17/15 | D A EINIK | 6.80 | 3,570.00 |
|---|---|---|---|

Draft memorandum regarding lease issues.

| 08/17/15 | J B ELLMAN | 0.50 | 475.00 |
|---|---|---|---|

Review and comment on Wyoming pleadings.

| 08/17/15 | D G HEIMAN | 0.80 | 960.00 |
|---|---|---|---|

Conference with Black and Verheij (ANR) regarding Wyoming pleadings.

| 08/17/15 | K P HOLEWINSKI | 7.20 | 5,940.00 |
|---|---|---|---|

Outline key issues per ongoing contingency planning (1.50); review cases related to planning and contingencies (2.50); begin drafting sections of memo (2.50); conferences with Einik regarding the foregoing (.50); correspondence with Black on bonding scenarios (.20).

| 08/17/15 | T A WILSON | 0.40 | 280.00 |
|---|---|---|---|

Communicate with Black regarding potential stipulation with Wyoming (.20); review draft Wyoming settlement documents (.20).

| 08/18/15 | C E BLACK | 1.60 | 1,360.00 |
|---|---|---|---|

Conference with counsel to first and second lienholders and DIP lenders regarding potential Wyoming resolution (1.00); communicate with Barragate (.20) and DIP Lenders' counsel regarding forms of documents relating to resolution (.10); review form of order (.30).

| 08/18/15 | D A EINIK | 4.50 | 2,362.50 |
|---|---|---|---|

Draft memorandum regarding lease issues.

| 08/18/15 | D G HEIMAN | 1.00 | 1,200.00 |
|---|---|---|---|

Conference with Black regarding potential Wyoming resolution (.30); conference call with counsel to first and second lienholders and DIP lenders regarding same (.70).

JONES DAY

Environmental Matters                                                                                   Page 4

08/18/15      K P HOLEWINSKI                          6.00                   4,950.00
Respond to questions and analyze permit questions/scenarios with Black and conference with Einik on
same (.50); review SMCRA coverage regarding underground mines (.50); review lease issues and related
materials (1.50); work on memorandum analysis on contingency planning scenarios (3.50).

08/18/15      T A WILSON                              0.20                     140.00
Communicate with Grady (A&M) regarding potential Wyoming settlement.

08/18/15      T A WILSON                              0.30                     210.00
Communicate with McCallister (ANR), Holewinski regarding mines.

08/19/15      C E BLACK                               0.60                     510.00
Review and comment on Wyoming pleadings (.40); review edits to same from DIP lenders (.20).

08/19/15      D A EINIK                               6.20                   3,255.00
Research regarding permit block issues.

08/19/15      K P HOLEWINSKI                          6.50                   5,362.50
Communicate with Black on status of contingency scenarios and work in progress (.20); conference with
Einik on open issues and further research issues (.80); review issues and cases on leases and analyze
implications to scenarios (2.50); review/edit contingency planning memorandum (2.50); respond to Ellman
questions from Kirkland (.50).

08/19/15      D J MERRETT                             6.30                   3,937.50
Draft and revise motion to approve Wyoming stipulation regarding reclamation bonding issues (5.90);
communicate with Black (.20), Wilson (.10) regarding same.

08/19/15      T A WILSON                              0.30                     210.00
Communicate with Merrett regarding motion to approve Wyoming stipulation (.20); communicate with
McCallister (ANR) regarding PA Department of Environmental Protection inquiry (.10).

08/20/15      C E BLACK                               1.20                   1,020.00
Conference with Parkhill (Rothschild) regarding Wyoming issues (.50); review and comment on motion to
approve Wyoming stipulation (.70).

08/20/15      D A EINIK                               6.50                   3,412.50
Draft memorandum regarding bonding obligations.

08/20/15      J B ELLMAN                              0.30                     285.00
Communicate with Steadman (Kirkland) regarding OSM and Wyoming issues (.20); communicate with
Holewinski regarding same (.10).

08/20/15      K P HOLEWINSKI                          6.90                   5,692.50
Review/analyze docket activity (.10); conference with Ellman on questions/issues raised by Steadman on
Wyoming stipulation and assess/respond (.80); review email questions from Black on contingency plan and
analysis and issues and respond to same (.30); conference with Einik on work in progress regarding same
(.50); edit revised draft memorandum on contingency plan/scenarios (2.50); review Patriot plan regarding
mines (1.20); review supplemental research on lease issues (1.50).

08/20/15      D J MERRETT                             3.60                   2,250.00
Review and revise motion to approve potential settlement of bonding issue with State of Wyoming (2.30);
research regarding same (1.20); communicate with Black regarding same (.10).

08/21/15      C E BLACK                               0.90                     765.00
Review draft motion to approve stipulation with Wyoming.

08/21/15      D A EINIK                               6.20                   3,255.00
Draft memorandum regarding lease issues.

08/21/15      J B ELLMAN                              0.40                     380.00
Review issues relating to Wyoming stipulation.

08/21/15      K P HOLEWINSKI                          6.10                   5,032.50
Review docket activity (.10); emails with Hine (.10), Gaffey (.10) and Black on Wyoming issues (.10);
conferences with Einik on ongoing analysis of contingency scenarios (.80); edit work in progress on same
(1.00); draft sections of same and review (1.00) additional case law on same (1.50); review state law relevant
to memorandum on interpretive issues (.80); review dataroom documents for information on leases (.70).

**JONES DAY**

Environmental Matters                                                                                                Page 5

08/21/15        D J MERRETT                                    3.20                    2,000.00
Review and revise Wyoming DEQ 9019 motion (1.80); research regarding same (1.20); communicate with
Black (.10), Zeltner (.10) regarding same.

08/23/15        T A WILSON                                     0.20                    140.00
Communicate with Zeltner regarding potential Wyoming settlement motion.

08/24/15        B P BARRAGATE                                  0.70                    682.50
Call with Wyoming and counsel on bonding stipulation (.40); communicate with Black on bonding
stipulation (.10); call with Ellman and Black on bonding stipulation (.20).

08/24/15        C E BLACK                                      1.40                    1,190.00
Conference with Verheij (ANR) and McCallister (ANR) regarding West Virginia bonding issues (.60);
conference with Verheij (ANR), McCallister (ANR), Barragate and Ellman regarding Wyoming bonding
issues (.80).

08/24/15        D A EINIK                                      5.00                    2,625.00
Draft executive summary to memorandum regarding lease issues (2.00); research lease issues (3.00).

08/24/15        J B ELLMAN                                     1.40                    1,330.00
Conference call with Black, Verheij (ANR) and state of Wyoming representatives regarding Wyoming
stipulation (.80); pre-call with Black and Barragate (.20); revise related materials (.40).

08/24/15        K P HOLEWINSKI                                 7.20                    5,940.00
Review revised memorandum on lease issues from Einik and edit same (1.50); conference with Einik on
same and request for additional research (.30); review same (.70); email with Black on memorandum and
question (.20); review docket activity (.10); assess other scenarios and means to address environmental
issues, and review of Patriot and UCLF transaction and related materials (3.50); develop list of associated
issues and incorporation of such issues into current strategy (.90).

08/25/15        D A EINIK                                      0.50                    262.50
Review data room for newly uploaded documents regarding permits and coal leases in connection with
state law obligations.

08/25/15        K P HOLEWINSKI                                 5.20                    4,290.00
Review docket and recent filings (.20); conference with Einik on work in progress and strategic
environmental issues as work in progress (.50); review issues regarding contingency scenarios and options
and associated review of cases and dataroom materials (4.50).

08/26/15        K P HOLEWINSKI                                 5.80                    4,785.00
Review/assess options for various environmental contingent scenarios and review associated dataroom
materials (2.00); conference with Einik on work in progress and review related emails (.30); review/assess
various consent decree timelines/deliverables and assess associated issues and scenarios (3.50).

08/27/15        C E BLACK                                      1.30                    1,105.00
Conference with Gaffey regarding Wyoming issues (.40); review and revise stipulation and order (.90).

08/27/15        D A EINIK                                      2.50                    1,312.50
Research regarding environmental contingency planning.

08/27/15        R W GAFFEY                                     1.00                    975.00
Review proposed bonding stipulation (.40); call with Black regarding status of negotiations regarding
reclamation bond issue (.60).

08/27/15        K P HOLEWINSKI                                 5.80                    4,785.00
Review/comment on contingency planning and respond initially (.30); conference with Einik on same and
associated questions and strategic issues (.70) via email and voice-message; consider/analyze theories and
contingencies per questions and review materials related thereto (1.50); consider various scenarios and
review cases (1.00); consider other options regarding environmental issues (.80); review select materials (.50)
from those cases and have Einik gather others (1.00).

08/28/15        C E BLACK                                      2.10                    1,785.00
Review and revise Wyoming stipulation based on comments from Wyoming.

08/28/15        D A EINIK                                      4.10                    2,152.50
Research regarding environmental issues contingency planning (2.00); meet with Holewinski regarding same
(.50); research regarding application of bankruptcy law to certain environmental issues (1.60).

Environmental Matters                                                                                    Page 6

08/28/15        K P HOLEWINSKI                          4.00                        3,300.00
Call and emails with B. Hine on environmental contingency issues (.50); and follow-up review of draft brief
on same (1.00); conference with Einik on Black's questions and issues on our working analysis and
contingency planning (.50); review/analyze issue and cases on contingency scenarios (1.50); review
correspondence from McCallister (ANR) on state environmental issues (.50).

08/30/15        J B ELLMAN                              1.30                        1,235.00
Review memorandum regarding environmental contingency issues.

08/30/15        K P HOLEWINSKI                          3.20                        2,640.00
Communicate with A. Ahrens, Milbank, on status of call (.10); review associated correspondence from
Black (.10); identify materials to share with Milbank for overview (1.50); review old coal and new coal
agreement and related background materials (1.50).

08/31/15        C E BLACK                               1.80                        1,530.00
Review and revise Wyoming stipulation and order (1.10); conference with Wyoming and Verheij (ANR)
regarding stipulation (.70).

08/31/15        D A EINIK                               4.20                        2,205.00
Research regarding SMCRA.

08/31/15        R W GAFFEY                              0.60                         585.00
Review proposed stipulation regarding bonding resolution.

08/31/15        K P HOLEWINSKI                          4.30                        3,547.50
Review docket (.10); communicate with Ahrens, Milbank, on status (.20); communicate with Einik on
contingency planning and review of documents and next steps (.50); assess decrees and means of
addressing under various scenarios under consideration and advantages over one or the other (2.50); pull
review materials for call with Ahrens for overview (1.00).

**TOTAL**                                           **254.70**        **USD**     **183,960.00**

**JONES DAY**

Employment and Fee Applications                                                                                    Page 1

---

08/03/15        G L GHAUL                                        0.50                           225.00
Draft/revise Black declaration to Jones Day retention application.

08/03/15        T A WILSON                                       2.50                         1,750.00
Communicate with Cannon-Geary (Deloitte), Harrison (ANR) regarding retention of Deloitte LLP as tax
advisors and terms of related engagement letter (.40); communicate with Zeltner regarding potential
retention of Ernst and Young (.20); review and revise Jones Day retention application (1.10); communicate
with Black, DiGiovine regarding same (.20); review interim compensation and ordinary course professionals
motions and communicate with Long (Hunton) regarding same (.30); review revised engagement letter for
McKinsey and communicate with Black, Carmody (McKinsey), Proshan (McKinsey) regarding same (.30).

08/04/15        G L GHAUL                                        1.50                           675.00
Continue to draft/revise portion of Black declaration in support of Jones Day retention application.

08/05/15        C E BLACK                                        0.90                           765.00
Review and comment on Jones Day retention application.

08/05/15        C E BLACK                                        1.50                         1,275.00
Review and comment on ordinary course professionals motion (.60) and interim compensation motion
(.90).

08/05/15        T A WILSON                                       2.90                         2,030.00
Review correspondence from Hao (E&Y) regarding schedule of interested parties and communicate with
Zeltner regarding same (.20); communicate with Black, Stano regarding billing categories for Jones Day
retention application (.20); revise Jones Day retention application (1.90); review and revise conflicts
disclosure (.20); communicate with Fischer regarding conflicts disclosure (.10); communicate with Harrison
(ANR) regarding Deloitte retention application (.20); communicate with Long (Hunton) regarding Jones
Day retention application (.10).

08/05/15        O S ZELTNER                                      5.80                         2,320.00
Draft and revise Jones Day retention application, including narrative summary of conflicts disclosures in
Black Declaration (5.60); communicate with Wilson regarding same (.20).

08/06/15        C E BLACK                                        0.40                           340.00
Follow-up on Jones Day retention applications issues.

08/06/15        D J MERRETT                                      0.40                           250.00
Communicate with Shockley (ANR), Robinson, Moore (ANR) regarding ordinary course professional issue
(.20); communicate with Harrison (ANR) regarding same (.20).

08/06/15        T A WILSON                                       3.40                         2,380.00
Review Long (Hunton) comments to ordinary course professionals motion (.30); communicate with Long
(Hunton) regarding same (.10); review Long (Hunton) comments to interim compensation motion and
communicate with Long (Hunton) regarding same (.30); review and revise Jones Day retention application
(2.20); communicate with Black regarding same (.30); review Deloitte markup to engagement letter and
communicate with Munsey (ANR), Harrison (ANR) regarding same (.30); communicate with Long
(Hunton) regarding retention applications for Rothschild and A&M (.20).

08/07/15        C E BLACK                                        0.30                           255.00
Revise Jones Day retention application.

08/07/15        T A WILSON                                       1.90                         1,330.00
Communicate with Singer (McKinsey), Proshan (McKinsey) regarding McKinsey retention application
(.20); review and revise Jones Day retention application (.70); communicate with Black regarding same (.20);
communicate with Harrison (ANR) regarding potential waiver for ordinary course professional (.10);
communicate with Silberfarb (Blank Rome), Black regarding potential retention issues (.30); review Long
(Hunton) markup of Rothschild and A&M retention applications (.20); communicate with Black, Harrison
(ANR) regarding potential retention of Jackson Kelly (.20).

08/08/15        T A WILSON                                       3.40                         2,380.00
Revise ordinary course professionals motion (1.80); revise interim compensation motion (1.60).

08/09/15        T A WILSON                                       0.90                           630.00
Revise Jones Day retention application.

JONES DAY

Employment and Fee Applications                                                                          Page 2

08/10/15       D J MERRETT                                      0.40                        250.00
Conference with Wilson, Harrison (ANR) regarding ordinary course and service provider retention issues.

08/10/15       T A WILSON                                       3.20                      2,240.00
Communicate with Harrison (ANR), Harrington (ANR) regarding Jackson Kelly (AUSA) retention (.30);
revise Verheij (ANR) declaration in support of Jones Day retention (.20); communicate with Black, Verheij
(ANR) regarding same (.20); communicate with Fischer, Williams regarding schedule 3 to Jones Day
retention application (.20); review and revise ordinary course professionals motion and communicate with
Merrett, Verheij (ANR), Harrison (ANR) regarding same (.60); review and revise interim compensation
motion and communicate with Verheij (ANR), Harrison (ANR) regarding same (.30); communicate with
Zeltner regarding retention applications (.30); review and revise Jones Day retention application and related
disclosure schedules (.40); communicate with Verheij (ANR), Black, Kcehowski regarding same (.30);
communicate with Zeltner regarding A&M retention application (.20).

08/10/15       O S ZELTNER                                     0.40                        160.00
Communicate with Chou (Rothschild) regarding Rothschild retention application (.20); communicate with
Kotarba (Alvarez & Marsal) regarding A&M retention application (.20).

08/10/15       O S ZELTNER                                     0.30                        120.00
Communicate (in firm) with Wilson regarding Jones Day, Rothschild and A&M retention applications.

08/10/15       O S ZELTNER                                     8.00                      3,200.00
Draft/revise Rothschild retention application (4.70); draft/revise A&M retention application (3.30).

08/11/15       T A WILSON                                       3.30                      2,310.00
Review and revise Rothschild retention application (1.20); review and revise A&M retention application
(1.10); communicate with Zeltner, Black regarding A&M retention application and interested party
disclosure (.30); communicate with Kcehowski regarding disclosure in Jones Day retention application (.10);
communicate with Harrison (ANR), Esposito (A&M) regarding ordinary course professionals motion (.30);
communicate with Zeltner, Stano regarding billing issues (.30).

08/11/15       O S ZELTNER                                     0.70                        280.00
Communicate with Chou (Rothschild) regarding revisions to Rothschild retention application (.30);
communicate with Wilson regarding same (.10); communicate with Kotarba (Alvarez & Marsal) regarding
revisions to A&M retention application and conflicts check (.20); communicate with Wilson regarding same
(.10).

08/12/15       T A WILSON                                       1.10                        770.00
Revise Jones Day retention application (.40); communicate with Black regarding same (.10); review
disclosure schedule to Jones Day retention application and communicate with Fischer regarding same (.20);
communicate with Verheij (ANR) regarding Jones Day retention application (.10); communicate with
Dobbs (Jackson Kelly) regarding retention application (.30).

08/13/15       C E BLACK                                        1.00                        850.00
Revise Jones Day retention application (.80); conference with Wilson regarding same (.20).

08/13/15       D G HEIMAN                                       1.00                      1,200.00
Conferences with Black, Gaffey, Werder (Quinn Emanuel) and Verheij (ANR) regarding retention of
Quinn Emmanuel as conflicts counsel (.80); conference with Wilson regarding same (.20).

08/13/15       T A WILSON                                       4.40                      3,080.00
Review and revise A&M retention application (.60); revise Jones Day retention application (.70);
communicate with Black, Zeltner regarding same (.40); communicate with Zeltner regarding McKinsey
retention application (.20); communicate with Heiman, Kay regarding potential retention of Quinn
Emanuel as conflicts counsel (.20); communicate with Harrison (ANR), Merrett, Long (Hunton) regarding
ordinary course professional retention (.50); communicate with Zeltner regarding revisions to notice
paragraphs in retention motions (.10); communicate with Harrison (ANR) regarding company comments to
interim compensation and ordinary course professionals motions (.20); review financial records in
connection with disclosure in Jones Day retention application (.30); various communications with Black,
DiGiovine, Napolitano, Melari regarding same (1.20).

08/13/15       O S ZELTNER                                     4.20                      1,680.00
Draft and revise Jones Day retention application (.30); communicate with Wilson regarding same (.10);
draft and revise McKinsey retention application (3.70); communicate with Wilson regarding same (.10).

JONES DAY

Employment and Fee Applications                                                                Page 3

| 08/14/15 | C E BLACK | 0.80 | 680.00 |

Review and comment on Jones Day retention application (.60); conference with Wilson regarding same (.20).

| 08/14/15 | D J MERRETT | 0.30 | 187.50 |

Communicate with Black, Jordan (KCC) regarding KCC retention.

| 08/14/15 | T A WILSON | 1.00 | 700.00 |

Review Debevoise comments to Rothschild retention application (.20); communicate with Zeltner regarding same (.10); communicate with Black regarding Jones Day retention application (.30); revise same (.40).

| 08/14/15 | O S ZELTNER | 3.40 | 1,360.00 |

Draft and revise Rothschild retention application (1.30); multiple communications with London, Messer, Chou (all Rothschild) regarding same (.30); draft/revise A&M retention application (1.70); communicate with Kotarba (Alvarez & Marsal) regarding same (.10).

| 08/15/15 | C E BLACK | 0.30 | 255.00 |

Conference with McGinnis (KCC) regarding supplemental disclosure issues.

| 08/16/15 | D J MERRETT | 0.50 | 312.50 |

Review and revise supplemental declaration of KCC (.40); communicate with Wilson, Black regarding same (.10).

| 08/16/15 | T A WILSON | 2.10 | 1,470.00 |

Review and revise McKinsey retention application (1.60); communicate with Proshan (McKinsey) regarding same (.20); review supplemental declaration prepared by KCC regarding relationship with Computershare (.10); communicate with Merrett regarding same (.10); communicate with Long (Hunton) regarding retention of Towers Watson (.10).

| 08/17/15 | T A WILSON | 3.60 | 2,520.00 |

Various communications with Zeltner regarding McKinsey, Rothschild, A&M, Jackson Kelly retention applications (.80); review and revise ordinary course professionals motion in anticipation of filing (.30); communicate with Zeltner regarding same (.20); review and revise interim compensation motion in anticipation of filing (.20); communicate with Zeltner regarding same (.10); communicate with Verheij (ANR), Banbury (ANR), Long (Hunton), Black regarding potential retention of Towers Watson (.40); communicate with Verheij (ANR) regarding interim compensation and ordinary course professionals motion (.10); review revised A&M retention application (.30); communicate with Zeltner, Kotarba (A&M) regarding same (.20); revised McKinsey retention application and communicate with Singer (McKinsey), Zeltner, Long (Hunton) regarding same (.80); communicate with Verheij (ANR), Harrison (ANR) regarding Rothschild application (.20).

| 08/17/15 | O S ZELTNER | 8.40 | 3,360.00 |

Draft and revise McKinsey retention application (1.60); communicate with Wilson regarding same (.20); draft/revise A&M retention application (1.60); communicate with Wilson (.20), Kotarba (Alvarez & Marsal) (.20) regarding same; draft/revise Rothschild retention application (.40); communicate with Wilson (.20), Chou (Rothschild) (.10), Long (Hunton) (.10) regarding same; draft and revise ordinary course professionals motion (.40); draft/revise interim compensation motion (.30); communicate with Wilson regarding ordinary course professionals motion and interim compensation motion (.20); draft and revise Jackson Kelly retention application (1.80); research statutes and secondary sources on Lexis regarding same (.90); communicate with Wilson regarding same (.20).

| 08/18/15 | C E BLACK | 0.40 | 340.00 |

Review final versions of ordinary course professionals and interim compensation motions.

| 08/18/15 | D G HEIMAN | 1.50 | 1,800.00 |

Review and comment on revised Jones Day retention application (1.00); conference with Black regarding same (.50).

| 08/18/15 | D J MERRETT | 0.50 | 312.50 |

Communicate with McGuinness (KCC) regarding supplemental KCC declaration (.10); review and revise same (.30); communicate with Long (Hunton) regarding filing same (.10).

Employment and Fee Applications                                                                 Page 4

08/18/15       T A WILSON                                    3.10                    2,170.00
Communicate with Zeltner regarding McKinsey and A&M retention applications (.40); communicate with
Kotarba, Zeltner regarding A&M retention application (.40); participate in conference call with Carmody
(McKinsey), Proshan (McKinsey), Singer (McKinsey) regarding McKinsey retention application (.30);
review and revise McKinsey retention application prior to filing (.20); communicate with Harrison (ANR),
Black regarding potential retention of Towers Watson (.30); communicate with Cannon-Geary (Deloitte)
regarding preparation of retention application (.10); communicate with Harrison (ANR), Plangman
(KPMG) regarding retention of KPMG and related application (.30); communicate with Black, Hunton,
McKinsey, A&M and Rothschild professionals regarding postponement of hearing on retention
applications (.50); communicate with Black, Zeltner, Proshan (McKinsey) regarding McKinsey conflict
disclosures (.30); communicate with Black, Long (Hunton) regarding UST suggestion of fee examiner (.20);
communicate with Long (Hunton) regarding filing of interim compensation and ordinary course
professionals motions (.10).

08/18/15       O S ZELTNER                                   3.20                    1,280.00
Draft/revise McKinsey retention application (.50); communicate with Wilson regarding same (.30); review
McKinsey edits to same and conflicts disclosures (.30); draft/revise A&M retention application (.90);
communicate with Wilson (.30), Kotarba (A&M) and Williams (A&M) (.50) regarding same; review A&M
disclosure schedules and spreadsheet regarding methodology of compiling same (.40).

08/19/15       C E BLACK                                     0.20                     170.00
Communicate with Merrett regarding KCC supplemental disclosure and follow-up with U.S. Trustee.

08/19/15       G L GHAUL                                     0.70                     315.00
Draft/revise Deloitte retention application.

08/19/15       D J MERRETT                                   0.90                     562.50
Communicate with McGuinness (KCC) (.10), Foster (KCC) (.20), Bernstein (UST) (.20), Black (.10)
regarding KCC supplemental disclosure; review and revise summary of same (.30).

08/19/15       T A WILSON                                    0.70                     490.00
Communicate with Zeltner regarding Jackson Kelly retention application (.20); communicate with Zeltner
regarding potential retention of Ernst & Young (.20); communicate with Zeltner regarding necessary
revisions to interim compensation and ordinary course professionals orders (.10); communicate with
Barefoot (CGSH) regarding Cleary Gottlieb retention (.10); review language proposed by DIP Agent for
second day orders and communicate with Zeltner regarding same (.10).

08/19/15       O S ZELTNER                                   7.90                    3,160.00
Draft/revise Jackson Kelly retention application (4.20); research case law and secondary sources on
Westlaw and Lexis regarding same (1.70); communicate with Black and Wilson regarding same (.20);
communicate further with Wilson regarding same (.20); communicate with Long (Hunton) regarding legal
issues relating to 327(e) retention applications (.20); communicate with Hao (Alston & Bird) regarding E&Y
retention application and issues relating to interim compensation order (.40); communicate with Wilson
regarding same (.30); communicate with Wilson regarding McKinsey retention application (.10);
communicate with Kotarba and Williams (both A&M) regarding A&M retention application (.20);
draft/revise interim compensation and ordinary course professional orders (.20); communicate with
Ellman, Wilson regarding same (.20).

08/20/15       G L GHAUL                                     3.30                    1,485.00
Continue to draft/revise Deloitte retention application.

08/20/15       D J MERRETT                                   0.20                     125.00
Conference with Bernstein (UST), Foster, McGuinness and Kass (KCC) regarding KCC's supplemental
declaration.

08/20/15       T A WILSON                                    1.00                     700.00
Communicate with Zeltner regarding 327(e) retention issues (.30); limited research regarding same (.30);
communicate with Plangman (KPMG) regarding application to retain KPMG as auditor (.10); communicate
with Barefoot regarding CGSH retention (.10); communicate with Merrett regarding KPMG engagement
letter (.10); communicate with Zeltner regarding proposed changes to interim compensation order (.10).

08/20/15       O S ZELTNER                                  10.70                    4,280.00
Draft/revise Jackson Kelly retention application, including three declarations and proposed order (7.60);
research case law and secondary sources on Westlaw in connection with same (2.80); communicate with
Wilson regarding same (.30).

**JONES DAY**

Employment and Fee Applications                                                                                 Page 5

| | | | |
|---|---|---|---|
| 08/21/15 | C E BLACK | 2.70 | 2,295.00 |

Review retention applications for McKinsey (.70), Alvarez & Marsal (.60), Rothschild (.60) and Jones Day (.80).

| | | | |
|---|---|---|---|
| 08/21/15 | G L GHAUL | 2.40 | 1,080.00 |

Continue to draft/revise Deloitte retention application.

| | | | |
|---|---|---|---|
| 08/21/15 | D J MERRETT | 0.10 | 62.50 |

Communicate with Foster (KCC) regarding retention.

| | | | |
|---|---|---|---|
| 08/21/15 | T A WILSON | 1.30 | 910.00 |

Communicate with Zeltner, Hoffmann regarding section 327(e) retention issues (.30); review A&M retention application (.20); communicate with Zeltner regarding same (.10); communicate with Verheij (ANR), Harrison (ANR) regarding professional retention applications to be filed (.40); communicate with Key (Quinn) regarding Quinn Emanuel retention (.10); communicate with Barefoot regarding CGSH retention application (.10); communicate with Chou (Rothschild) regarding Rothschild retention application (.10).

| | | | |
|---|---|---|---|
| 08/21/15 | O S ZELTNER | 0.80 | 320.00 |

Review case law on Westlaw and dockets on PACER regarding form and legal justifications for section 327(e) applications to employ (.40); communicate with Wilson, Hoffmann regarding same (.20); communicate with Wilson (.10), Hao (Alston & Bird) (.10) regarding E&Y retention application.

| | | | |
|---|---|---|---|
| 08/22/15 | C E BLACK | 0.50 | 425.00 |

Communicate with Verheij (ANR) (.20) and Wilson (.30) regarding status of retention applications.

| | | | |
|---|---|---|---|
| 08/22/15 | T A WILSON | 0.90 | 630.00 |

Communicate with Verheij (ANR) regarding Rothschild application (.10); communicate with Black, Verheij (ANR) regarding potential retention of Towers Watson (.40); communicate with Zeltner regarding approval and potential filing of professional retention applications (.40).

| | | | |
|---|---|---|---|
| 08/22/15 | O S ZELTNER | 0.50 | 200.00 |

Communicate with Chou (Rothschild) regarding Rothschild retention application (.10); communicate with Kotarba and Williams (both A&M) regarding A&M retention application (.10); communicate with Singer, Carmody, Proshan (all McKinsey) regarding McKinsey retention application (.10); communicate with Wilson regarding retention applications (.20).

| | | | |
|---|---|---|---|
| 08/23/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Merrett regarding KPMG engagement letter.

| | | | |
|---|---|---|---|
| 08/24/15 | G L GHAUL | 0.30 | 135.00 |

Continue to draft/revise Deloitte Tax retention application.

| | | | |
|---|---|---|---|
| 08/24/15 | D J MERRETT | 0.60 | 375.00 |

Review KCC organization charts (.20); communicate with Bernstein (UST) (.10), Foster (KCC) (.10) regarding same in connection with KCC application; communicate with Zeltner, Ghaul regarding retention applications (.10); communicate with Wilson regarding same (.10).

| | | | |
|---|---|---|---|
| 08/24/15 | T A WILSON | 2.00 | 1,400.00 |

Communicate with Merrett, Barav regarding retention applications (.20); various communications with Verheij (ANR), Black, Merrett, Zeltner, Long (Hunton) regarding finalization and filing of various retention applications (.90); final review of various retention applications prior to filing (.40); communicate with Harrison (ANR) regarding KPMG engagement letter (.20); communicate with Merrett, Zeltner regarding review of retention applications (.20); communicate with Zeltner regarding ordinary course professional retention (.10).

| | | | |
|---|---|---|---|
| 08/24/15 | O S ZELTNER | 3.70 | 1,480.00 |

Finalize Jones Day retention application and prepare same for filing (.30); finalize A&M retention application and prepare same for filing (.30); communicate with Kotarba (A&M) regarding same (.30); finalize Rothschild retention application and prepare same for filing (.30); communicate with Chou (Rothschild) regarding same (20); finalize McKinsey retention application and prepare same for filing (.40); communicate with Singer (McKinsey) regarding same (.20); communicate with Wilson (.30), Long (Hunton) (.20), Daily (Hunton) (.30) regarding filing of retention applications; coordinate service of filed retention applications with KCC (.40); communicate with Wilson (.20), Weiss (Alston & Bird) (.30) regarding E&Y retention application.

Employment and Fee Applications                                                                 Page 6

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 08/25/15 | G L GHAUL | 0.40 | 180.00 |

Emails with Merrett and Cannon-Geary regarding Deloitte retention application.

| 08/25/15 | D J MERRETT | 0.40 | 250.00 |

Communicate with Harrison (ANR) regarding ordinary course professional motion (.10); communicate with Wilson regarding same (.10); conference with Wilson, Harrison (ANR) and Verheij (ANR) regarding same (.20).

| 08/25/15 | T A WILSON | 0.80 | 560.00 |

Communicate with Merrett regarding Quinn Emanuel engagement letter and professional retentions (.20); communicate with Cannon-Geary (Deloitte), Ghaul regarding nunc pro tunc issues (.10); communicate with Merrett, Harrison (ANR), Verheij (ANR) regarding potential retention of Towers Watson (.40); communicate with Hall regarding ordinary course professional retention (.10).

| 08/25/15 | O S ZELTNER | 7.30 | 2,920.00 |

Draft/revise KPMG retention application (6.70); review engagement letter and prior auditor retention applications for same (.60).

| 08/26/15 | D J MERRETT | 4.20 | 2,625.00 |

Review and revise Deloitte application (1.80); review and revise Jackson Kelly application (2.40).

| 08/26/15 | T A WILSON | 2.50 | 1,750.00 |

Communicate with Black, Zeltner, Melari, Fischer, Bernstein (UST) regarding US trustee requests regarding Jones Day conflicts (1.10); review scope of work with Towers Watson and communicate with Harrison (ANR), Ellman, Merrett regarding same (.70); review correspondence from A&M and communicate with Black, Napolitano regarding Jones Day retention and potential supplemental disclosure (.40); communicate with Zeltner regarding KPMG retention (.20); communicate with Black regarding Rothschild retainer (.10).

| 08/26/15 | O S ZELTNER | 0.30 | 120.00 |

Communicate with Weiss (Alston & Bird) and Wilson regarding E&Y retention application.

| 08/27/15 | G L GHAUL | 1.40 | 630.00 |

Draft/revise Deloitte Tax retention application per Merrett's comments.

| 08/27/15 | D J MERRETT | 3.40 | 2,125.00 |

Communicate with Zeltner regarding KPMG application (.30); review and revise Jackson Kelly application (2.80); communicate with Zeltner (.20), Harrison (ANR) (.10) regarding same.

| 08/27/15 | T A WILSON | 0.90 | 630.00 |

Communicate with Black, Zeltner regarding Ernst & Young retention application (.20); review Jones Day retention application regarding payments received from Debtors (.20); communicate with Black regarding inquiries from US Trustee related to Jones Day retention application (.30); review Quinn Emanuel engagement letter and communicate with Harrison (ANR) regarding same (.20).

| 08/27/15 | O S ZELTNER | 2.60 | 1,040.00 |

Draft/revise KPMG retention application (multiple rounds) (1.20); communicate with Merrett regarding same (.20); draft/revise Jackson Kelly retention application (.70); communicate with Merrett regarding same (.10); communicate with Wilson (.10), Merrett (.10), Barav-Johnson (.20) regarding E&Y retention application.

| 08/28/15 | D BARAV-JOHNSON | 2.60 | 845.00 |

Review and analyze model professional retention applications (1.00); review and analyze federal and local rules applicable to retention applications for bankruptcy professionals (.60); draft employment application for Ernst & Young, LLP (E&Y LLP) (1.00).

| 08/28/15 | T A WILSON | 0.50 | 350.00 |

Communicate with Bernstein (UST) regarding changes to interim compensation and ordinary course professionals orders (.20); communicate with Zeltner, Barav regarding Ernst & Young retention application (.10); communicate with Merrett, Zeltner, Plangman (KPMG) regarding KPMG retention application (.20).

| 08/28/15 | O S ZELTNER | 0.70 | 280.00 |

Communicate with Barav-Johnson (.20), Weiss (Alston & Bird) (.10) regarding E&Y retention application; draft/revise KPMG retention application (.20); communicate with Wilson (.10), Merrett (.10) regarding same.

JONES DAY

Employment and Fee Applications                                                                 Page 7

08/29/15        D BARAV-JOHNSON                                    4.80                          1,560.00
Research indemnification provisions for accounting professionals in the Eastern District of Virginia (1.20);
draft proposed order for the E&Y retention application (.80); review and revise E&Y application and order
(2.70); review and analyze Zeltner edits to same and communicate with Zeltner regarding same (.10).

08/29/15        O S ZELTNER                                        3.30                          1,320.00
Draft/revise E&Y retention application (3.10); communicate with Wilson (.10), Barav-Johnson (.10)
regarding same.

08/30/15        C E BLACK                                          0.20                            170.00
Communicate with Wilson regarding KPMG retention issues.

08/30/15        D J MERRETT                                        5.70                          3,562.50
Review and revise Jackson Kelly application (3.60); communicate with Wilson (.20), Zeltner (.10) regarding
same; review and revise Deloitte Tax application (1.70); communicate with Wilson, Zeltner (.20) regarding
same.

08/30/15        T A WILSON                                         5.40                          3,780.00
Review and revise Jackson Kelly retention application and communicate with Merrett, Zeltner regarding
same (1.60); review and revise Deloitte retention application and communicate with Merrett, Zeltner,
Munsey (ANR) regarding same (.80); review engagement letters with Citigroup entities in connection with
US Trustee questions related to conflicts (.90); draft table summarizing waiver language in Citigroup
engagement letters in connection with request from US Trustee (.80); review and revise KPMG retention
application (.80); communicate with Merrett, Zeltner, Black, Plangman (KPMG) regarding same (.50).

08/30/15        O S ZELTNER                                        3.10                          1,240.00
Draft/revise KPMG retention application (.80); multiple communications with Wilson and Merrett
regarding same (.50); research dockets on PACER and case law on Westlaw in connection with same (1.80).

08/31/15        D J MERRETT                                        4.10                          2,562.50
Communicate with Wilson, Zeltner regarding retention applications (.20); review and revise KPMG
retention application (.80); communicate with Plangman (KPMG) (.10) regarding same; communicate with
Zeltner (.10), Wilson (.10), Verheij (ANR) (.10) regarding same; review and revise Jackson Kelly retention
application (1.30); communicate with Dobbs (JK) (.30), Zeltner (.10), Wilson (.10), Verheij (ANR) (.10)
regarding same; prepare template budget and staffing plan regarding same (.50); communicate with
Cannon-Geary (Deloitte) (.10), Wilson (.10), Verheij (ANR) (.10) regarding Deloitte application.

08/31/15        T A WILSON                                         1.10                            770.00
Communicate with Kay regarding Quinn Emanuel retention application (.10); communicate with Black,
Merrett, Zeltner regarding final review and finalization of Jackson Kelly, KPMG and Deloitte applications
(.30); communicate with Merrett, Zeltner, Plangman (KPMG) regarding retention application and
declaration (.50); communicate with Merrett regarding Jackson Kelly fee arrangement language and
schedules to declaration (.20).

08/31/15        O S ZELTNER                                        4.70                          1,880.00
Draft supplemental declaration in connection with Jones Day retention application (2.80); review prior
communications and spreadsheets regarding same (.30); review client engagement letters and waivers in
connection with same (.40); communicate with Wilson regarding same (.20); communicate with Wilson,
Fischer regarding additional conflicts checks (.20); draft/revise KPMG retention application (.40);
communicate with Wilson (.20), Merrett (.20) regarding status of KPMG, Deloitte and Jackson Kelly
applications.

**TOTAL**                                                      **185.40**          **USD**     **101,382.50**

JONES DAY

Financing and Cash Collateral                                                                          Page 1

08/03/15        B P BARRAGATE                            2.80                    2,730.00
Continue finalization of credit agreement (1.00); review revised drafts of same (.50); review security
agreement and attend call regarding same (.60); calls with Schaible and Cavatoni (ANR) (.30); review final
GE agreement (.40).

08/03/15        B P BARRAGATE                            0.80                      780.00
Review revised DIP Order (.30); review letters of lredit (.30); review blow out materials (.20).

08/03/15        J B ELLMAN                               1.90                    1,805.00
Review materials for blow out of confidential information (.80); conferences with Jason and client regarding
same (.40); conferences with Kirkland lawyers regarding same (.70).

08/03/15        P M GREEN                               14.40                    8,280.00
Finalize and file DIP motion (6.40); review and revise motion to seal (1.20); coordinate filing of the same
(.80); finalize and file Parkhill declaration (3.20); review and finalize updates to Cavatoni (ANR) declaration
(1.20); communicate with Ellman regarding DIP filings (.90); review interim order in connection with
hearing preparations (.70).

08/03/15        D A HALL                                 9.00                    5,625.00
Call with lender counsel regarding revisions to security agreement (.50); correspondence with counsel to
agent on receivables facility regarding revisions to settlement agreement (.50); prepare revisions to financing
approval order and correspondence regarding same (.50); coordinate resolution to issues regarding filing of
financing motion and order (.30); correspondence with counsel to lenders regarding mechanics for
borrowing and related issues (.50); meeting with Hoeppner regarding status of closing deliverables,
borrowing mechanics and related issues (.50); call with Hoeppner regarding insurance related issue (.30);
review revised secretary's certificate (.40); prepare revised regulatory form for client signature (.20); review,
analyze prepare responses to revisions to security agreement (2.00); prepare inserts for securities filings
(.80); calls with Mazey regarding issues regarding GE settlement (.50); conference with Hoeppner regarding
status of closing matters, borrowing mechanics and related matters (1.00); review and analyze revisions to
GE settlement (.50); review and analyze materials for hearing prep (.50).

08/03/15        R W HAMILTON                             6.20                    5,115.00
Prepare Cavatoni (ANR), Parkhill and Crutchfield for testimony at Interim DIP hearing and office
conferences with Ellman, Heiman, Parkhill, Black, and Wilson regarding strategy for hearing.

08/03/15        D G HEIMAN                               0.50                      600.00
Telephone conference with Schaible regarding interim DIP financing issues.

08/03/15        D G HEIMAN                               2.00                    2,400.00
Conference with Hamilton, Parkhill, et al. regarding evidence and arguments on interim DIP financing
(1.50); telephone conference with Dunne regarding unsecureds' position on DIP financing (.30); conference
with Parkhill regarding same (.20).

08/03/15        N J HOEPPNER                             9.20                    4,370.00
Update/finalize and distribute borrower deliverables (2.00); review and provide comments re loan
documents and communications with lender counsel re the same (2.00); update and finalize schedules and
loan party organizational documents and communicate w/ company re the same (2.00); attention to and
finalize opinion diligence (1.00); communicate w/ Dorsten and Schwartz re opinion diligence (1.00);
communicate internally with Hall and Mazey re debtor/guarantor distinctions of loan parties (.50);
coordinate distribution of signature pages (0.70).

08/03/15        J E MAZEY                               10.00                    7,250.00
Analyze multiple revisions to credit agreement and comment to same (3.50); email correspondence with
Dandeneau from Weil Gotshal regarding comments to AR Facility agreement and related order (.50);
multiple calls with Dandeneau from Weil Gotshal regarding comments to AR Facility agreement (1.00);
review closing conditions and draft list of post-closing conditions for DIP financing (1.40); analyze final
revisions to form of interim order (1.00); analyze issues relating to payment of LC fees to GE and draws
under LCs under DIP credit agreement (2.60).

08/04/15        B P BARRAGATE                            1.50                    1,462.50
Finalize DIP order and review revisions to same (.50); attend to revisions to DIP agreement (1.00).

JONES DAY

Financing and Cash Collateral                                                      Page 2

08/04/15      J B ELLMAN                                 2.70                    2,565.00
Revise and finalize interim order (1.40); communicate with counsel to DIP Lenders and second lien counsel regarding order terms (.90); draft correspondence to other counsel regarding same (.40).

08/04/15      P M GREEN                                  0.60                      345.00
Communicate with Ellman regarding first day hearing and interim order.

08/04/15      D A HALL                                   5.50                    3,437.50
Call with counsel to GE regarding revised agreement and related matters (.40); review schedules and correspondence regarding litigation matters (.30); call with lender counsel regarding security agreement (1.00); review and analyze revisions to security agreement (1.50); conference with Hoeppner regarding financing closing matters (.70); review and analyze and provide comment on proposed draft of letter of credit (.60); coordinate filing of GE settlement agreement (.50); call with Mazey regarding revisions to security agreement and related matters (.50).

08/04/15      D G HEIMAN                                 0.50                      600.00
Conference with Dunne regarding adequate protection issues in connection with DIP financing.

08/04/15      N J HOEPPNER                              14.80                    7,030.00
Finalize secretary's certificates exhibits and signatures and compile and distribute the same for 149 entities and communicate with company regarding the same (8.5); finalize schedules and exhibits to credit agreement and communicate with the company and lender counsel regarding the same (3.00); finalize, assemble and distribute opinion and various other borrower deliverables in anticipation of closing (3.30).

08/04/15      J E MAZEY                                  4.10                    2,972.50
Analyze letter of credit issues under prepetition credit agreement and GE AR Facility (1.50); analyze revisions to security and intercreditor agreement (.80); call with Hall regarding comments to security and intercreditor agreement and backstop LC (.50); analyze revised backstop LC and comment to same (.30); analyze closing checklist and attention to multiple closing deliverables for financings (1.00).

08/05/15      B P BARRAGATE                              1.80                    1,755.00
Communicate with Hall regarding DIP matters (.20); review security agreement (.50); review revisions to DIP agreement (.60); communicate with Cavatoni (ANR) on hedge agreement (.50).

08/05/15      J B ELLMAN                                 3.90                    3,705.00
Review and comment on interim order to seal Citi fees (.40); communicate with Green regarding same (.20); communicate with Wilson regarding same (.10); communicate with Bernstein (UST) regarding interim DIP Order (.10); communicate with Black regarding DIP requirements for second day orders (.20); review final changes to DIP documents for closing (.50); communicate with Mazey regarding same (.20); review correspondence (.20) and documents (.70) regarding termination of GE facility; follow up with Mazey regarding same (.20); review and evaluate administrative issues for closing relating to entry of first day orders (.20); conferences with Wilson regarding same (.20); outline next steps for financing approval (.70).

08/05/15      P M GREEN                                  1.10                      632.50
Update seal order per comments from local counsel (.70); communicate with local counsel regarding the same (.20); communicate with Zeltner regarding the same (.20).

08/05/15      D A HALL                                   7.20                    4,500.00
Calls with counsel to GE Capital regarding draft of letter of credit revisions (.30); calls with Mazey regarding matters relating to unwinding receivables facility (.60); review and analyze additional revisions to credit agreement (.60); review and analyze additional revisions to security agreement (.50); review and analyze form of Jones Day opinion and comment regarding same (.40); prepare summary of dip financing key terms for client (3.00); correspondence with loan parties regarding closing mechanics and finalizing loan documents (.50); review and analyze closing deliverables and Jones Day opinion (.50); prepare summary of bankruptcy related covenants in financing agreement for Wilson (.40); review and analyze revisions to security and credit agreements (.40).

08/05/15      D G HEIMAN                                 0.50                      600.00
Conference with Black regarding preparation for final DIP hearing.

08/05/15      D G HEIMAN                                 0.50                      600.00
Email communications with Woodard (Harris Beach) regarding surety DIP language.

Financing and Cash Collateral                                                    Page 3

08/05/15        N J HOEPPNER                              3.30                 1,567.50
Review docket and interim order and update opinion to reflect the same and communicate with Hall
regarding the same (.40); communicate with Mazey regarding final opinion and update to reflect comments
and distribute final opinion reflecting the same (.40); update and finalize documents to reflect on 8/6
closing and communications with Hall regarding the same and distribute the same (1.30); communicate
with lender counsel regarding request for borrower to provide incumbency certificate and review/comment
regarding the same (.30); prepare/distribute incumbency certificate and communicate with W. Philips
(ANR) regarding the same and revise to reflect comments from Phillips (.50); communicate with lender
counsel regarding outstanding exhibits to secretary's certificates and provide the same (.40).

08/05/15        J E MAZEY                                 8.50                 6,162.50
Analyze revisions to backstop letter of credit (.80); email to Battersby regarding letter of credit comments
(.20); call with Y. Im regarding letter of credit fee under roll-up facility (.20); analyze funds flow (.30); email
to Hoeppner regarding confidentiality of Citibank arrangement fee (.10); analyze credit agreement, security
agreement and order for reporting and covenant obligations (1.50); call with Hall regarding drafting
covenant and reporting summary (.40); analyze letters of credit of Webster Bank (1.00); attention to rate
issues relating to roll-up LC facility (.30); call with Parkhill regarding roll-up LC facility (.20); email to
Cavatoni (ANR) and Shockley (ANR) regarding immediate replacement of Webster Bank letters of credit
(.30); analyze further revisions to credit agreement, security agreement and backstop letter of credit (2.50);
calls with Dedyo regarding letter of credit issues (.40); emails with Shockley (ANR) regarding letter of credit
replacement timing (.30).

08/06/15        B P BARRAGATE                             0.40                   390.00
Attend DIP facility closing call (.10); review comments to Macquarie NDA; prepare comments to DIP 8-K
(.20); review lease termination letter (.10).

08/06/15        J B ELLMAN                               1.40                 1,330.00
Review 8-K regarding financing transactions (.80); communicate with Mazey, Wilson, Hall and client
regarding same (.40); communicate with Verheij (ANR) regarding retention of Kutak Rock as part of
second lien adequate protection (.20).

08/06/15        D A HALL                                 9.70                 6,062.50
Financing closing call (.20); prepare 8-K for filing in connection with bankruptcy financing and various
revisions (3.50); prepare operations summary of financing (6.00).

08/06/15        D G HEIMAN                               0.50                   600.00
Review surety language for DIP (.30); email communications with Black regarding same (.20).

08/06/15        N J HOEPPNER                             5.00                 2,375.00
Prepare for and attend closing call (.30); communicate with lender counsel regarding post-closing
requirements (.30); communicate with Hall and Shockley (ANR) regarding funds flow and wires (.20);
communicate with Hall and Thomas regarding formatting loan documents (including all schedules and
exhibits for 149 loan parties) for purposes of preparing 8-K (.80); format loan documentation for purposes
of posting to Edgar in connection with 8-K (3.40).

08/06/15        J E MAZEY                                2.10                 1,522.50
Call with Citibank and counsel regarding closing of DIP credit facility (.30); analyze 8-K disclosure for DIP
financing (.50); email to Shockley (ANR) with interim financing order related to AIG request (.30); revise 8-
K DIP financing disclosure (1.00).

08/07/15        B P BARRAGATE                            2.50                 2,437.50
Revise and distribute Macquarie NDA (.30); review summary of reporting conditions (.20); call with
McMurray on swap terminations (.20); call with Phillips on 8-K and review draft of same (.20); review swap
response letter (.10); review draft of second out credit agreement (1.50).

08/07/15        J B ELLMAN                               0.50                   475.00
Communicate with Pesce (Kirkland) regarding adequate protection issues (.10); communicate with Black
regarding DIP hearing preparation (.20); communicate with Mazey regarding finalizing Form 8-K for
financing (.10); communicate with Grady (A&M) regarding adequate protection payments to second lien
(.10).

08/07/15        D A HALL                                 7.50                 4,687.50
Review and analyze roll up facility document and revise financing terms summary regarding same (2.50);
review and analyze and provide comments on roll up financing facility (4.50); correspondence with trustee
counsel (.50).

JONES DAY

Financing and Cash Collateral                                                                    Page 4

08/07/15       R W HAMILTON                                 0.50                        412.50
Telephone conference with Black and Hessler regarding preparation for final DIP hearing and e-mails
regarding same.

08/07/15       N J HOEPPNER                                 0.30                        142.50
Communicate with Hall, Phillips (ANR) regarding 8-K filing relating to DIP credit agreement and related
documents.

08/07/15       J E MAZEY                                    3.40                      2,465.00
Call with Dengel (Davis Polk) regarding LC roll-up facility agreement (.50); call with McMurray and
Barragate regarding swap terminations (.30); analyze DIP financing summary and revise same (1.70);
analyze disclosure regarding termination of receivables facility and email Philips regarding same (.90).

08/07/15       D J MERRETT                                  1.30                        812.50
Review and analyze proposed collateral agreement from Bank of America relating to corporate card
program (.90); communicate with Holden (A&M) (.20), Barragate, Ellman (.20) regarding same.

08/07/15       T A WILSON                                   0.40                        280.00
Communicate with Going (Drinker), Cavatoni (ANR), Barragate, Hall regarding Wilmington Trust
resignation as trustee for 3.25% notes.

08/08/15       J E MAZEY                                    1.00                        725.00
Revise DIP financing summary and sent to Cavatoni (ANR) (1.00).

08/10/15       C E BLACK                                    1.20                      1,020.00
Conferences with Heiman, Hamilton and Ellman regarding planning relating to DIP motion litigation.

08/10/15       J B ELLMAN                                   4.60                      4,370.00
Review materials to identify issues for final hearing and preparation activities (1.40); conference call with
Heiman, Hamilton, Black regarding same (.50); follow up with Black regarding same (.20); draft memo to
Hamilton regarding same (.30); conferences with Green regarding preparations for same (.30); conferences
with Mazey regarding open DIP issues and roll up documentation (.30); prepare materials relating to final
hearing preparations (1.60).

08/10/15       P M GREEN                                    1.10                        632.50
Communicate with Ellman regarding DIP testimony outlines (.30); review precedent with respect to the
same (.80).

08/10/15       D A HALL                                     6.00                      3,750.00
Review, analyze question regarding credit card program liens in connection with bankruptcy financing (.30);
review and analyze trustees under each of the note issuances (.20); review and analyze procedure for
resignation of trustee and appointment of successor trustee (.50); call with potential successor trustee under
note issuance (.40); communicate with Mazey and Barragate regarding status of trustee process and terms of
proposal (.40); review and analyze draft agreement transitioning trustee services (.70); prepare further
revisions to letter of credit roll-up facility (3.00); conference with Hoeppner regarding post-closing
deliverables for DIP credit agreement (.50).

08/10/15       R W HAMILTON                                 0.80                        660.00
Telephone conference with Black, Heiman, Barragate and Ellman regarding preparation for final DIP
hearing and e-mails regarding same.

08/10/15       D G HEIMAN                                   1.00                      1,200.00
Conference call with Black, Hamilton and Ellman regarding preparation for 9/1/15 DIP hearing.

08/10/15       D G HEIMAN                                   0.40                        480.00
Status call with Schaible (Davis Polk), et al. regarding lenders.

08/10/15       N J HOEPPNER                                 2.00                        950.00
Communicate with Hall regarding second out facility closing conditions (.20); draft/prepare opinion and
closing certificate for second out facility and distribute drafts of the same along with summary of related
issues (1.40); communicate with Merrett and Shockley (ANR) regarding preparation of insurance certificates
and endorsements (.20); communicate with previous counsel regarding local counsel opinions (.20).

**JONES DAY**

Financing and Cash Collateral                                                                                     Page 5

08/10/15     J E MAZEY                                          5.70                           4,132.50
Analyze trustee resignation and removal provisions under 3.25% notes indenture (.90); email summary of
resignation and replacement provisions to Barragate (.20); analyze DIP credit agreement and order for
limitations on leases and real property purchases (.80); email to Kreutzer regarding DIP credit agreement
and order for limitations on leases and real property purchases (.30); analyze LC fees and send email to
Delo (Rothschild) regarding fees payable to GE (.40); analyze draft credit agreement for second out letter
of credit roll up facility and comment to same (2.70); call with Hall regarding post-closing deliverables and
revisions to second out credit agreement (.40).

08/11/15     J B ELLMAN                                        7.10                           6,745.00
Draft outline of direct testimony for Cavatoni (ANR) (1.60) and Parkhill (1.30); review supporting material
for same (1.60); communicate with Green regarding same (.40); conference with surety counsel relating to
proposed changes to Final DIP Order (.20); review proposed language regarding same (.20); communicate
with Wilson regarding same (.10); draft correspondence to DIP Lender counsel regarding same (.10); review
UST objection to motion to seal Citibank fee letter (.20); communicate with lender counsel regarding same
(.10); evaluate information for potential creditors' committee information requests (.20); review ISDA
notices (.10); communicate with Mazey regarding same and other DIP implementation issues (.20); review
comments on second out credit agreement for LC roll up (.80).

08/11/15     P M GREEN                                         3.70                           2,127.50
Review correspondence from Ellman with respect to Cavatoni (ANR) testimony (.40); draft and revise
outline for Cavatoni (ANR) direct testimony (3.30).

08/11/15     D A HALL                                          7.00                           4,375.00
Call with M. Beres (Hunton and Williams) regarding unwinding AR facility (.50); call with potential trustee
candidate regarding 3.25% Notes (.50); further revisions to letter of credit roll up facility (.50); finalize
comments on DIP roll up facility and circulate to bank counsel (.50); prepare schedule of existing letters of
credit and circulate to lender group (.20); review and analyze swap early termination notices from Citi (.30);
review and analyze draft Jones Day opinion for roll up facility (.30); call with Hoeppner regarding same
(.30); correspondence with Mazey and Barragate regarding status of successor trustee issues (.30); call with
counsel to Wilmington Trust regarding transition of trustee services (.30); prepare comments to draft
transition agreement on trustee services (.40); correspondence with client regarding appointment of
successor trustee (.20); call with successor trustee regarding fee structure and related matters (.30); review,
analyze, revise draft board resolution regarding appointment of successor trustee (.50); call with lender
counsel regarding revisions to roll up facility and related matters (.50); review and analyze revised trustee
transition agreement (.40), call with Mazey regarding same (.30) call with Wilson regarding same (.30);
review draft 8-K for filing regarding bankruptcy financing (.40).

08/11/15     N J HOEPPNER                                      2.80                           1,330.00
Communicate with insurance broker regarding insurance requests (.20); communicate internally with Hall
regarding approval of local counsel for purposes of local counsel opinions (.30); review indenture and
prepare resolutions relating to trustee substitution with respect to 3.25% convertible notes (1.00); revise
resolutions to reflect additional comments from Hall and distribute the same (.30); revise opinion and
certificate to reflect internal comments from Hall and distribute internally to opinion review committee
(.70); provide updated LC list and communicate with company regarding the same (.30).

08/11/15     J E MAZEY                                         6.80                           4,930.00
Analyze provisions relating to new leases and real property purchases in DIP credit agreement and related
loan documents (.60); emails to Kreutzer summarizing provisions relating to new leases and real property
purchases in DIP credit agreement and related loan documents (.30); analyze revisions to default provisions
in second out DIP credit agreement and revise (1.00); call with Kreutzer regarding asset sale restrictions
(.20); analyze Citibank letters regarding early termination of swap contracts (.40); analyze draw requirements
for term loan under DIP credit agreement and email Chou (Rothschild) regarding same (.50); review ISDA
terminations from Barclays and JPMorgan (1.50); call with Levitt, counsel for AIG regarding replacement
letter of credit (.40); email to Levitt regarding interim order provisions authorizing issuance of letters of
credit (.60); analyze comments to successor trustee agreement (.30); discuss issues relating to payment of
successor trustee fees with Hall (.30); analyze revised 8-K describing DIP financing (.40); analyze
resolutions approving successor trustee (.30).

08/11/15     T A WILSON                                        0.80                             560.00
Review revision to DIP order proposed by surety and communicate with Black regarding same (.10);
communicate with Hall, Black, Cohen regarding administrative fees payable to a successor indenture trustee
under 3.25% notes indenture (.70).

Financing and Cash Collateral                                                                          Page 6

08/12/15        B P BARRAGATE                        0.20                    195.00
Review draft 8-K relating to DIP.

08/12/15        J B ELLMAN                           5.60                  5,320.00
Draft bullet point outline of DIP terms for committee formation (1.40); review documents regarding same (.40); communicate with Black regarding same (.10); review and respond to Del (Broths) inquiries relating to DIP (.50); review 8-K regarding financing issues (.40); communicate with Solecki and client regarding same (.20); review Cavatoni (ANR) direct outline draft (1.20); review Pennsylvania Land Resources issues for DIP (.20); review 3.25% notes indenture and replacement trustee agreement (.50); communicate with Hall and Wilson regarding issues for same (.20); conference with Ghaul regarding gathering materials for potential DIP discovery (.20); review adequate protection issues (.10); communicate with Mazy regarding same (.20).

08/12/15        G L GHAUL                            0.80                    360.00
Communicate with Ellman regarding preparation for DIP related document requests (.30); begin preparation of the same (.50).

08/12/15        P M GREEN                            3.90                  2,242.50
Finalize draft of Cavatoni (ANR) direct outline (3.70); communicate with Ellman regarding the same (.20).

08/12/15        D A HALL                             6.70                  4,187.50
Review and analyze revised securities filing relating to bankruptcy financing (.30); review and analyze ISDA termination notices and valuations (.50); draft response letters regarding same (2.50); review, analyze, and prepare response to roll up facility revisions (.80); circulate same to lender counsel (.20); meeting with Hoeppner regarding post-closing issues (.40); call with lender counsel regarding revisions to letter of credit roll up facility agreement (.40); review roll up facility revisions (.30); review secretary certificate (.20); review additional revisions to roll up facility and call with Mazey regarding same (.50); call with Mazey regarding receivables facility issue (.30); call with lender counsel regarding open issue on roll up facility agreement (.30).

08/12/15        R W HAMILTON                         0.40                    330.00
E-mails with Ellman and Black regarding Pennsylvanie Land Resources and prepare for DIP hearing.

08/12/15        N J HOEPPNER                         3.30                  1,567.50
Draft/revise and distribute opinion (.30); prepare schedules and post-closing deliverables under DIP credit agreement and communicate with company regarding the same (2.30); draft/prepare deliverables in connection with second out credit facility (.70).

08/12/15        J E MAZEY                            4.60                  3,335.00
Analyze draft legal opinion for second out facility (.70); analyze letters to swap counterparties regarding termination and valuation and comment to same (1.00); email with Schiable regarding ACE letter of credit and draw request (.30); analyze revised drafts of second out LC roll up credit agreement (2.30); email to Delo (Rothschild) regarding consolidated liquidly covenant (.30).

08/12/15        T A WILSON                           0.40                    280.00
Review draft Form 8-K related to DIP financing and communicate with Ellman, Solecki, Phillips (ANR) regarding same (.20); communicate with Black, Hall regarding retention of Computershare as successor trustee under 3.25% notes (.20).

08/13/15        J B ELLMAN                           2.70                  2,565.00
Review materials for committee information requests related to the DIP financing (.30); communicate with Shockley (ANR) regarding same (.20); review bank account schedules relating to same (.20); conference with Ghaul regarding same (.20); communicate with Green regarding information for direct testimony outlines for DIP financing (.20); review related supporting documents (.50); begin review of Cavatoni (ANR) direct testimony outline for DIP hearing (1.10).

08/13/15        G L GHAUL                            1.60                    720.00
Collect documents in advance of DIP Motion document requests.

JONES DAY

---

Financing and Cash Collateral                                                                                          Page 7

08/13/15        D A HALL                                         7.00                    4,375.00
Call with Hales (A&M) regarding status of GE hold back obligation (.30); call with Sullivan (A&M)
regarding payment of GE fees and related matters (.40); call with Harrison (ANR) regarding status of GE
related matters (.30); correspondence with Shockley (ANR) regarding GE related obligations (.30); calls to
lender counsel regarding status of GE related obligations (.30); call with counsel to GE regarding status of
agreement obligations (.30); call with Shockley (ANR) regarding GE related obligations and action points
(.40); call with counsel to trustee on 3.25% notes regarding transition of services agreement (.40); call with
Mazey regarding status of open issues (.30); diligence regarding payment of fee obligations under
receivables facility (.20); review and analyze revised secretary certificates for roll up facility (.40); finalize
drafts of swap counterparty response letters and circulate for comment (.80); review and analyze summary
of key revolving facility terms for facility amendment (.50); call with counsel to GE regarding status of
payments and related obligations under settlement agreement (.40); conference with Hoeppner regarding
status of post-closing delivery materials and related matters (.50); call with GE counsel regarding status of
wire instructions for settlement holdback amount (.30); call with Mazey regarding issues relating to potential
revolver amendment to DIP facility (.40); further revisions to swap termination response letters (.50).

08/13/15        N J HOEPPNER                                     1.50                      712.50
Communicate with Mazey regarding second out borrower deliverables and draft/revise deliverables to
reflect the same and distribute the same to lender's counsel (1.00); review insurance certificates and prepare
comments and distribute the same to lender's counsel (.50).

08/13/15        J E MAZEY                                        3.30                    2,392.50
Call with McMurray and J. Ragan regarding diesel swap termination (.30); analyze collateral substitution
agreement and cash hold back and expense payment obligations (.70); call with Hall regarding AR facility
issues (.50); analyze ABL amendment summary (.50); call with J. Grady regarding updates to 13-week
projection (.30); analyze omnibus AR termination agreement (1.00).

08/14/15        B P BARRAGATE                                   0.30                      292.50
Review ABL issues list (.20); draft memo to Manley regarding same (.10).

08/14/15        J B ELLMAN                                       5.40                    5,130.00
Review and revise outline for Cavatoni (ANR) DIP hearing testimony (3.60); review supporting documents
(1.00); communicate with Green regarding same (.20); communicate with Ghaul regarding information
gathering for hearing and anticipated committee information requests (.20); communicate with Mazey
regarding DIP implementation activities (.20); communicate with Davis Polk regarding final DIP order
issues (.20).

08/14/15        N J HOEPPNER                                     0.50                      237.50
Various communications with insurance broker and lender's counsel regarding comments to insurance
certificates (.30); communicate with Hall regarding closing deliverables (.20).

08/14/15        J E MAZEY                                        1.60                    1,160.00
Analyze omnibus termination agreement (.70); email to Shockley (ANR) regarding omnibus termination
agreement (.20); email to Dedyo regarding omnibus termination agreement (.20); call with Ellman regarding
approvals with respect to omnibus termination agreement (.50).

08/15/15        J B ELLMAN                                       0.60                      570.00
Review materials for affirmative DIP case.

08/15/15        P M GREEN                                        3.40                    1,955.00
Communicate with Ellman regarding Parkhill testimony outline (.20); draft and revise the same (3.20).

08/16/15        B P BARRAGATE                                   0.70                      682.50
Draft CKLane NDA.

08/16/15        J B ELLMAN                                       3.70                    3,515.00
Review and revise Parkhill direct outline for DIP hearing (3.40); communicate with Green and Hamilton
regarding same (.30).

08/16/15        P M GREEN                                        3.10                    1,782.50
Draft and revise Parkhill direct testimony outline (2.70); review comments from Ellman with respect to the
same (.40).

08/17/15        B P BARRAGATE                                   0.30                      292.50
Review ABL lender's presentation.

Financing and Cash Collateral                                                                   Page 8

08/17/15        B P BARRAGATE                            0.90                    877.50
Call with Cavatoni (ANR) regarding ABL facility (.30); attend ABL bank call (.60).

08/17/15        C E BLACK                               0.90                    765.00
Conference with Heiman, Ellman and Hamilton regarding request from unsecured creditors' committee to
adjourn DIP hearing (.70); conference with Fleck (Milbank) regarding same (.20).

08/17/15        J B ELLMAN                              2.30                  2,185.00
Conference call with Heiman, Black regarding potential adjournment of DIP hearing and related issues
(.50); review informal objection of certain sureties to financing (.20); draft response to same (.20);
communicate with Meyer (Davis Polk) regarding same (.20); review updates to ABL documents (.20);
communicate with Mazey regarding same (.20); review and respond to inquiry regarding termination of
GECC facility (.20); review and revise final order for Citi motion to seal finance related documents (.40);
communicate with Merrett and Green regarding same (.20).

08/17/15        P M GREEN                               0.80                    460.00
Review credit agreement with respect to adding revolving DIP facility.

08/17/15        D G HEIMAN                              0.40                    480.00
Conference call with Black, Ellman and Hamilton regarding request from unsecured creditors' committee
to adjourn DIP hearing.

08/17/15        D G HEIMAN                              0.30                    360.00
Review U.S. Trustee objection to motion to file exhibit to DIP motion under seal.

08/17/15        N J HOEPPNER                            1.00                    475.00
Communicate with Merrett regarding lien search results required by lender counsel (.30); prepare/finalize
trustee substitution documents and communicate with company regarding the same (.60); communicate
with insurance broker regarding insurance certificate comments (.10).

08/17/15        J E MAZEY                               7.70                  5,582.50
Analyze ABL revolving facility provisions in prior drafts of DIP credit agreement and in Schedule 2.23 and
related marketing materials prepared by Citibank (2.00); draft issues list (.80); call with Cavatoni (ANR),
Rothschild and Alvarez teams regarding meeting with Ducera and Houlihan regarding business update
(.50); prepare comments to amendment summary and ABL definitions (2.00); draft summary of ABL issues
and send to Cavatoni (ANR) and Shockley (ANR) (.40); analyze revised draft of second out credit
agreement (1.80); email to Cavatoni (ANR) and Shockley (ANR) regarding issues related to second out
credit agreement (.20).

08/17/15        D J MERRETT                             0.20                    125.00
Communicate with Shockley (ANR), Ellman, Barragate regarding Bank of America zero balance accounts.

08/17/15        M A PLATT                               5.00                  3,375.00
Review first day declarations, DIP motion papers, and hearing transcript in connection with discovery on
the DIP motion.

08/18/15        B P BARRAGATE                           1.40                  1,365.00
Call with advisors (Davis Polk, Ducera, Houlihan and Kirkland & Ellis) on Wyoming stipulation (.80);
review revised DIP Rollup Agreement (.50); call with Cavatoni (ANR) and Mazey on DIP Rollup (.10).

08/18/15        J B ELLMAN                              1.90                  1,805.00
Review issues relating to bonding carve out and Wyoming agreement (.40); conference call with counsel for
1st and 2nd lienholders, Heiman, Black, Barragate regarding same (.70); evaluate DIP termination fee issues
(.30); communicate with Black and Green regarding same (.20); communicate with Black and Barragate
regarding OSM issues and questions relating to Bonding Carve-Out (.30).

08/18/15        P M GREEN                               1.60                    920.00
Communicate with Ellman regarding revolving DIP motion (.40); review precedent in connection with the
same (1.20).

08/18/15        D G HEIMAN                              0.50                    600.00
Conference with Black regarding DIP hearing schedule (.20); conference with Verheij (ANR) regarding
same (.30).

08/18/15        D G HEIMAN                              0.50                    600.00
Review motion to file exhibit to DIP motion under seal (.30); conference with Merrett regarding same (.20).

**JONES DAY**

Financing and Cash Collateral                                                    Page 9

| 08/18/15 | N J HOEPPNER | 0.80 | 380.00 |
|---|---|---|---|

Review UCC financing statement drafts for all loan parties and prepare and distribute comments regarding the same.

| 08/18/15 | J E MAZEY | 7.90 | 5,727.50 |
|---|---|---|---|

Prepare comments to draft second out credit agreement (1.50); email with Cavatoni (ANR) regarding issues related to roll up of letters of credit (.20); email to Dengel (Davis Polk) with comments to second out credit agreement (.20); call with Steinberg (Davis Polk) regarding comments to second out credit agreement (.30); emails to Wilson regarding pre-petition intercreditor agreement and DIP Fee Letter (.20); analyze consequences of missing 45-day deadline for entry of final order in DIP credit agreement (.50); analyze further revised draft of second out credit agreement (1.50); analyze borrowing base criteria under GE facility (.70); call with Steinberg (Davis Polk) regarding comments to second out credit agreement (.20); call with Cavatoni (ANR) and Barragate regarding second out credit agreement pricing (.30); email to Cavatoni (ANR) and Shockley (ANR) and Rothschild regarding cash collateralizing rolled up letters of credit (.50); analyze further edits to second out credit agreement and comment to same (1.60); email to Cavatoni (ANR) and Shockley (ANR) regarding revisions to interest rate under second out credit agreement (.20).

| 08/18/15 | M A PLATT | 2.30 | 1,552.50 |
|---|---|---|---|

Meeting with Black regarding discovery on DIP motion (.60); reviewing diligence requests from UCC financial advisor (.20); review first day hearing transcript (1.50).

| 08/18/15 | T A WILSON | 0.60 | 420.00 |
|---|---|---|---|

Communicate with Ellman, Stodola (Milbank) regarding motion to seal fee letter (.20); communicate with Black, Hall, Stodola, Mazey regarding fee letter and intercreditor agreement (.40).

| 08/19/15 | C E BLACK | 0.90 | 765.00 |
|---|---|---|---|

Conference with counsel to '74 plan regarding extension of objection deadline for DIP (.30); multiple communications with DIP counsel regarding requested extension (.60).

| 08/19/15 | J B ELLMAN | 3.20 | 3,040.00 |
|---|---|---|---|

Conference with Mazey regarding ABL issues (.40); conference with Barragate regarding same (.30); conference with Green regarding motion for same (.60); conference with Hamilton regarding witness outlines and planning regarding same (.30); review GE termination agreement (.30); review materials for committee in connection with financing (.40); review and revise language for Final DIP Order to resolve surety objections (.30); communicate with Meyer (Davis Polk) (.10) and Wilson (.20) regarding same; communicate with Black regarding terms of adjournment of DIP hearing (.20); communicate with Bernstein (UST) regarding DIP Order (.10).

| 08/19/15 | P M GREEN | 1.10 | 632.50 |
|---|---|---|---|

Review proposed changes for ABL DIP agreement (.80); review correspondence with respect to the same (.30).

| 08/19/15 | R W HAMILTON | 0.30 | 247.50 |
|---|---|---|---|

Telephone conference with Ellman regarding preparation for final DIP Hearing.

| 08/19/15 | N J HOEPPNER | 0.80 | 380.00 |
|---|---|---|---|

Draft/prepare security agreement schedules and perfection certificate and communicate internally regarding the same.

| 08/19/15 | J E MAZEY | 5.50 | 3,987.50 |
|---|---|---|---|

Analyze revised draft of second out credit agreement and payment default provisions (1.30); emails with Cavatoni (ANR) regarding posting revised draft second out credit agreement (.40); call with Ellman regarding motion to approve ABL revolving credit facility and final approval of DIP financing (.40); call with Cavatoni (ANR) and Shockley (ANR) regarding ABL revolving credit facility (.30); analyze GE definition of borrowing base and revise comments to Citibank proposed borrowing base definitions and DIP credit agreement amendment (2.30); email to Steinberg (Davis Polk) with comments to revolving credit facility proposal (.30); analyze joinder to security and intercreditor agreement (.20); analyze emails from Lee regarding comments to officer's certificates and legal opinion related to second out credit agreement (.30).

| 08/19/15 | D J MERRETT | 0.30 | 187.50 |
|---|---|---|---|

Communicate with Chou (Rothschild), Delo (Rothschild), Morley (Rothschild), Genecin (Rothschild) regarding Citi diligence request; communicate with Falk (Davis Polk), Ellman regarding same.

JONES DAY

Financing and Cash Collateral                                                                    Page 10

08/20/15        C E BLACK                                    0.40                        340.00
Communicate with Fleck (Milbank) regarding DIP issues (.20); communicate with Barragate and Ellman
regarding same (.20).

08/20/15        J B ELLMAN                                   3.40                      3,230.00
Review issues regarding cross collateralization (.40); communicate with Mazey regarding same (.30);
conference with LeBlanc (Milbank) regarding same (.20); draft memo to internal team regarding same (.40);
communicate with Barragate regarding same (.20); communicate with Hamilton regarding same (.20);
review update to GECC termination agreement (.40); review Citi response to ABL revolver issues (.20);
conference with Mazey regarding same (.20); conference with Gold (landlord counsel) regarding lease
provisions of DIP order (.20); review (.20) and respond to (.20) Gold email regarding same; communicate
with Meyer (Davis Polk) regarding same and other final order issues (.20); conference with Wilson
regarding committee inquiry related to final DIP order (.10).

08/20/15        J B ELLMAN                                   0.20                        190.00
Communicate with Schaible (Davis Polk) regarding financing objections of Committee.

08/20/15        R W HAMILTON                                 0.50                        412.50
Telephone conference with LeBlanc regarding DIP issues and e-mails regarding same.

08/20/15        N J HOEPPNER                                 3.00                      1,425.00
Review various DIP financing precedent regarding adequate protection liens and communicate with Mazey
regarding the same (2.50); summarize review and email to Mazey regarding the same (.50).

08/20/15        J E MAZEY                                    2.00                      1,450.00
Analyze comments from Battersby (Weil Gotshal) on omnibus termination agreement (.40); email to Beres
regarding comments to omnibus termination agreement (.20); call with Ellman regarding creditors'
committee questions regarding adequate protection liens (.20); analyze DIP financing precedent for
adequate protection lien treatment (1.00); call with Manley regarding proposed eligibility criteria relating to
ABL revolving credit facility (.20).

08/20/15        M A PLATT                                    0.50                        337.50
Review first day hearing transcript for discovery issues in connection with DIP motion.

08/21/15        B P BARRAGATE                                3.50                      3,412.50
Call with Black and Ellman regarding DIP collateral issues (.50); attend ABL update call with Company and
Citibank (.50); call with Cavatoni (ANR) regarding ABL (.10); review DIP Agreement and DIP issues list
(.80); attend call with Millbank on collateral issues (1.00); attend call with Steinberg (Davis Polk) and Dengel
(Davis Polk) on ABL (.50); call with Cavatoni (ANR) (.10).

08/21/15        C E BLACK                                    2.40                      2,040.00
Conference with Barragate and Ellman regarding collateral issues (.80); conference with Verheij (ANR)
regarding DIP related issues (.50); review and respond to communications regarding DIP objection
deadlines (1.10).

08/21/15        J B ELLMAN                                   4.00                      3,800.00
Conference call with Mazey, Barragate, Black regarding open DIP issues and committee concerns (.60);
review material regarding committee questions and due diligence (.50); attend conference call with Mazey,
Black, Barragate and Milbank team regarding structure of DIP, committee concerns and potential
resolution of same (1.10); follow up with Black regarding same (.10); review lessor DIP objections (.40);
communicate with Meyer (Davis Polk) regarding same (.20); review cross collateralization research (.20);
communicate with Green regarding same (.20); review updates on ABL and second out facility (.20);
communicate with Schaible (Davis Polk) regarding his discussions with committee counsel regarding DIP
(.20); communicate with Hamilton regarding same and litigation preparation (.30).

08/21/15        P M GREEN                                    3.80                      2,185.00
Review precedent with respect to cross collateralization issues (2.80); draft e-mail to Ellman regarding same
(1.00).

08/21/15        R W HAMILTON                                 0.50                        412.50
Communicate with Ellman, Black, Barragate, Mazey regarding cross-collateral obligations under DIP and
litigation strategy regarding same.

JONES DAY

Financing and Cash Collateral                                                                          Page 11

08/21/15        N J HOEPPNER                                1.80                        855.00
Attention to various post-closing closing items and communicate with lender's counsel and company
regarding the same (1.30); review and prepare comments regarding incumbency certificate draft and
communicate with lender counsel regarding the same (.50).

08/21/15        J E MAZEY                                   3.50                      2,537.50
Call with Barragate, Ellman and Black regarding creditors' committee questions on DIP financing (.40); call
with Azzara (Davis Polk), Steinberg (Davis Polk), Cavatoni (ANR), Shockley (ANR) and Barragate
regarding ABL credit facility (.40); analyze DIP credit agreement regarding ability to terminate term loan
commitments (.60); email summarizing provisions regarding term loan commitment termination to
Barragate (.10); call with Steinberg (Davis Polk), Dengel (Davis Polk) and Barragate regarding proposed
revolving credit facility (.50); analyze GE credit agreement regarding borrowing base construct and send
email to Steinberg (Davis Polk) and Dengel (Davis Polk) regarding minimum availability block (.70);
conference call with Stodola (Milbank) regarding creditors' committee questions on financing (.80).

08/22/15        J B ELLMAN                                  0.50                        475.00
Communicate with Mazey and Wilson regarding second out facility and committee issues (.20); review
issues regarding fee letter disclosure and seal (.10); communicate with Green regarding roll up and cross
collateralization issues (.20).

08/22/15        T A WILSON                                  0.30                        210.00
Communicate with Mazey, Ellman, Stodola (Milbank) regarding draft of second out facility and exhibits to
work fee letter requested by Committee.

08/23/15        J B ELLMAN                                  2.60                      2,470.00
Communicate with Verheij (ANR) regarding protocol for professional fee adequate protection payments
(.10); review and comment on interim order to convert to a final order (2.30); communicate with Wilson
regarding surety issues on DIP (.20).

08/24/15        B P BARRAGATE                               0.20                        195.00
Finalize CKLane NDA.

08/24/15        J B ELLMAN                                  1.70                      1,615.00
Conference with Meyer (Davis Polk) regarding financing order and revisions and addressing objections
(.40); review committee discovery issues (.50); communicate with Black and Hamilton regarding same (.20);
communicate with Schaible (Davis Polk) regarding DIP objections (.10); communicate with Gold (Frost
Brown Todd) regarding lease objections to DIP (.10); communicate with Mazey regarding revolver issues
(.10); conferences with Green regarding same, related motion and other hearing preparation issues (.30).

08/24/15        P M GREEN                                   3.60                      2,070.00
Review credit agreement and related document in connection with DIP revolving facility (1.70); draft and
revise motion to approve DIP revolving facility (1.90).

08/24/15        D A HALL                                    2.25                      1,406.25
Finalize swap termination response letters and circulate same to client for signature (0.75); call with
Hoeppner regarding status of post-closing deliverables, schedules for second-out DIP facility and related
matters (1.00); review security agreement joinder agreement (.50).

08/24/15        R W HAMILTON                                0.40                        330.00
Telephone conference with Leblanc regarding UCC discovery requests and communicate with Black
regarding samme.

08/24/15        D G HEIMAN                                  0.50                        600.00
Review memorandum from Hamilton and Black regarding unsecured creditors' committee discovery
relating to DIP facility.

08/24/15        N J HOEPPNER                                6.30                      2,992.50
Communicate with Hall regarding status of outstanding closing requirements related to second out facility
and DIP credit agreement (.50); various communications with local counsels and distribute documents with
respect to local counsel opinions (1.30); draft/prepare outstanding schedules, exhibits and perfection
certificate and communications with company regarding the same (4.50).

08/24/15        J E MAZEY                                   0.50                        362.50
Analyze post-closing action items list for DIP credit facility and send emails to Hall and Steinberg (Davis
Polk) regarding same.

JONES DAY

Financing and Cash Collateral                                                                 Page 12

| | | | |
|---|---|---|---|
| 08/24/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Merrett regarding cash management order and section 345 issues.

| | | | |
|---|---|---|---|
| 08/25/15 | J B ELLMAN | 3.80 | 3,610.00 |

Review and comment on issues and tracker for committee financing due diligence (.70); communicate with Merrett regarding issues for same (.30); review bank documents regarding same (.30); communicate with Chou (Rothschild) and Rothschild team regarding same (.30); review and comment on document for committee financing discovery (.80); review committee document requests (.40); communicate with Mazey, Hall, Barragate, Black and Ghaul regarding same (.50); communicate with Platt and Maliza regarding litigation issues for same (.30); communicate with Kegley (lessor counsel) regarding status of resolving DIP objection (.10); communicate with Black regarding extensions for DIP objections (.10).

| | | | |
|---|---|---|---|
| 08/25/15 | P M GREEN | 4.20 | 2,415.00 |

Update and revise motion to approve revolving DIP facility (3.60); review precedent in connection with the same (.60).

| | | | |
|---|---|---|---|
| 08/25/15 | D A HALL | 1.70 | 1,062.50 |

Correspondence with Mazey and Hoeppner regarding DIP financing closing issues (.20); correspondence with Wilson regarding retention of counsel in connection with DIP financing closing matters (.30); correspondence with Hoeppner regarding DIP financing legal opinion issues and related matters (.20); draft revised swap termination response letters (1.00).

| | | | |
|---|---|---|---|
| 08/25/15 | N J HOEPPNER | 2.00 | 950.00 |

Communicate internally regarding lien search requirements (.10); distribute comments to loan documents (.10); communicate with Hall and ANR personnel regarding post-closing security agreement schedules, second out facility agreement schedules and perfection certificate (.50); phone conference with A&M regarding lien search requirements (.30); communicate with Davis Polk regarding lien search requirements and outstanding closing items (.20); distribute documents and communicate with local counsel regarding local counsel opinion requirements (.50).

| | | | |
|---|---|---|---|
| 08/25/15 | J C MALIZA | 2.00 | 800.00 |

Review/analyze background materials regarding potential litigation related to DIP motion.

| | | | |
|---|---|---|---|
| 08/25/15 | J C MALIZA | 0.50 | 200.00 |

Communicate with M. Platt regarding potential litigation related to DIP motion.

| | | | |
|---|---|---|---|
| 08/25/15 | J E MAZEY | 0.50 | 362.50 |

Analyze comments to security agreement joinder (.20); analyze revisions to swap termination response letters and comment to same (.30).

| | | | |
|---|---|---|---|
| 08/25/15 | L R MCMURRAY | 0.20 | 180.00 |

Review revised termination response letter templates from Hall

| | | | |
|---|---|---|---|
| 08/25/15 | M A PLATT | 1.60 | 1,080.00 |

Attention to discovery issues (.90); communications with Black and client regarding discovery for the DIP motion (.10); communications with Ellman and Barragate regarding discovery (.20); meeting with Maliza regarding discovery (.40).

| | | | |
|---|---|---|---|
| 08/26/15 | B P BARRAGATE | 0.50 | 487.50 |

Call with Ellman and Hamilton regarding discovery request.

| | | | |
|---|---|---|---|
| 08/26/15 | J B ELLMAN | 6.90 | 6,555.00 |

Review and annotate document request for DIP financing discovery (1.60); conference call with Platt, Mazina, Barragate, Mazey regarding same (1.00); conference with Ghaul regarding collection of documents (.20); review files for responsive materials (.80); draft memo to litigation team regarding same (.30); review Hall and Mazey correspondence regarding relevant documents (.20); review Platt correspondence to committee regarding status of collection (.10); communicate with Hamilton regarding same (.10); review and comment on search terms for discovery (.60); review related due diligence requests and tracking list to coordinate with DIP discovery (.50); communicate with Merrett regarding issues for same (.20); draft memo to Rothschild regarding same (.30); conference with Grady (A&M) regarding bank account information for same (.10); review Mazey issue outline regarding roll up credit agreement (.20); review additional lessor objection to DIP (.10); communicate with counsel to same regarding status of discussions with lenders (.10); review and comment on K&E invoice for adequate protection (.20); draft memo to Verheij (ANR) regarding same (.10); review engagement letter regarding same (.10); communicate with Schartz (K&E) regarding same (.10).

JONES DAY

Financing and Cash Collateral                                                                    Page 13

08/26/15          G L GHAUL                                  2.30                    1,035.00
Collect documents in response to DIP document requests by Milbank (2.00); calls with Hall and Hoeppner
regarding the same (.30).

08/26/15          D A HALL                                   6.30                    3,937.50
Revise and circulate swap termination response letters (.90); review and analyze revisions to second out
DIP facility (1.00); review and analyze document requests from unsecured creditors' committee (.30); call
with Hoeppner regarding strategy for responding to document request (.30); call with Ghaul regarding
strategy for responding to document request (.30); call with Cleary Gottlieb regarding required documents
for document request (.40); compile documents in response to document requests (3.10).

08/26/15          R W HAMILTON                               0.40                     330.00
Telephone conference with Platt regarding UCC discovery requests and e-mails regarding same.

08/26/15          N J HOEPPNER                               2.30                    1,092.50
Distribute documentation and communicate with Ghaul and Hall regarding prepetition debt documents
(.50); attention to various DIP Credit Agreement post-closing requirements and communicate internally
with Hall regarding the same (1.80).

08/26/15          J C MALIZA                                 4.00                    1,600.00
Arrange for, prepare, and organize document review related to DIP motion.

08/26/15          J E MAZEY                                  3.20                    2,320.00
Analyze revised draft of the second out credit agreement (1.20); call with Ellman, Barragate and Platt
regarding creditors' committee diligence request and responses (1.00); draft email issues summary related to
second out credit agreement and send to Cavatoni (ANR) and Shockley (ANR) (.80); email to Hall
regarding instructions to respond to committee's due diligence request (.20).

08/26/15          L R MCMURRAY                               0.20                     180.00
Review re-drafted termination response notice templates

08/26/15          M A PLATT                                  4.40                    2,970.00
Review and analyze document requests from UCC (1.80); conference call with client regarding UCC's
document requests (.30); meeting with Maliza regarding document requests (.20); call with Barragate,
Ellman, and Mazey regarding document requests (1.00); call with David Cohen (Milbank) regarding UCC's
document requests (.10); revise search terms for document collection (1.00).

08/27/15          J B ELLMAN                                 1.50                    1,425.00
Communicate with Maliza, Platt regarding discovery issues for financing (.40); communicate with Mazey
and Hall regarding documents for same (.20); review Delo (Rothschild) and Grady (A&M) correspondence
regarding cash management and financing documents for committee (.30); communicate with Black
regarding discovery protocol (.20); begin review of motion to approve revolving facility (.40).

08/27/15          G L GHAUL                                  2.80                    1,260.00
Review DIP motion discovery requests (1.10); review and organize documents regarding the same (.50);
begin coordination of production of documents and develop strategy regarding production (1.20).

08/27/15          D A HALL                                   2.70                    1,687.50
Diligence regarding key search terms for use in connection with document request (.50); correspondence
with Ghaul regarding document production logistics and related matters (.50); call with Platt regarding
document production and related matters (.20); additional search for responsive materials to document
request (1.50).

08/27/15          N J HOEPPNER                               1.80                     855.00
Review exhibits and UCC-1s regarding second out facility and distribute comments regarding the same
(1.20); communicate with company regarding schedules to second out facility and revise/update the same
(.60).

08/27/15          J C MALIZA                                 4.50                    1,800.00
Arrange for, prepare, and organize document review related to DIP motion.

08/27/15          J E MAZEY                                  0.80                     580.00
Email to Cavatoni (ANR) regarding second out credit agreement (.20); email to Barragate regarding
covenant in credit agreement to obtain rating (.20); analyze second out credit agreement schedules and
email from Hoeppner regarding same (.30); email to Hoeppner regarding approval of schedules (.10).

**JONES DAY**

Financing and Cash Collateral                                                                Page 14

08/27/15        M A PLATT                                        4.80                    3,240.00
Call with London (Rothchild) and Chou (Rothschild) regarding document collection for UCC's discovery
requests (.50); attention to discovery issues concerning Rothschild (.30); revise search terms and send to
client (.50); attention to documents from Ellman and Hall (1.00); attention to document production issues,
including communications with Kaiser regarding document review and Gardner regarding document
collection (2.50).

08/28/15        C E BLACK                                        0.80                      680.00
Review and analyze DIP objections filed by UMWA and '74 Plan.

08/28/15        J B ELLMAN                                       6.90                    6,555.00
Review UMWA objection to DIP financing (.80); communicate with Hamilton regarding same and
planning for hearing (.20); communicate with Chou (Rothschild) regarding cash management and related
DIP issues (.20); review discovery issues (.30); review materials for disclosure regarding same (1.00);
communicate with Platt, Hamilton and Black regarding approach to same and client concerns (.30); review
and revise initial draft of revolver approval motion (3.10); review financing documents regarding same (.50);
communicate with Green regarding same (.30): communicate with Mazey regarding same and update/issues
on roll up and revolver (.20).

08/28/15        G L GHAUL                                        2.00                      900.00
Coordinate response to DIP motion document request (.60); collect and organize documents for the same
(1.40).

08/28/15        P M GREEN                                        3.20                    1,840.00
Review comments from Ellman with respect to DIP revolver motion (.40); review objections to DIP
financing (.60); update and revise DIP revolver motion (2.20).

08/28/15        R W HAMILTON                                     0.40                      330.00
E-mails and telephone conference with Platt regarding document collection in response to UCC document
requests regarding DIP motion.

08/28/15        N J HOEPPNER                                     1.30                      617.50
Review mortgages and closing sets in dataroom regarding leasehold mortgages, and summarize and discuss
the same internally with Hall (.50); communicate with Jackson Kelly regarding leasehold mortgages and
local counsel opinions (.30); communicate with lender counsel regarding review of credit agreement
exhibits and UCC-1s (.30); communicate with Penn Stuart regarding requirements relating to local counsel
opinion (.20)

08/28/15        J C MALIZA                                       0.50                      200.00
Communicate with Kaiser and Platt regarding document review related to DIP motion.

08/28/15        J C MALIZA                                       0.50                      200.00
Communicate with London (Rothchild) regarding document review related to DIP motion.

08/28/15        J E MAZEY                                        0.60                      435.00
Analyze mortgage regarding scope of lien on coal leases (.30); email to Hall and Black regarding same (.10);
email to Dengel (Davis Polk) regarding status of second out credit agreement and revolving credit facility
(.20).

08/29/15        J B ELLMAN                                       2.30                    2,185.00
Review and comment on ABL motion (1.80); communicate with Green regarding same (.30); review
updates regarding financing discovery (.20).

08/29/15        P M GREEN                                        1.20                      690.00
Review objections to DIP financing motion (.50); review comments to DIP revolver motion (.40); review
communications with Ellman regarding the same (.30).

08/30/15        J B ELLMAN                                       2.20                    2,090.00
Review and comment on order language to convert interim DIP order to final order and address objections
(1.80); communicate with Platt regarding discovery for DIP (.20); review and respond to memo from Green
regarding revolver (.20).

08/30/15        G L GHAUL                                        6.40                    2,880.00
Prepare discovery documents related to DIP Motion for upload to the dataroom (4.60); coordinate with
third party vendor and document center in preparation of the same (1.80).

Financing and Cash Collateral                                                                          Page 15

08/30/15        P M GREEN                                        2.10                    1,207.50
Review comments from Ellman regarding DIP revolver motion (.40); update and revise the same (1.70).

08/30/15        N J HOEPPNER                                     2.00                     950.00
Review DIP search results and update schedules relating to the same and distribute updated list to lender's
counsel (1.00); communicate with local counsel regarding review of organizational documents and UCC-1s
(.30); review Delaware UCC-1s regarding second out facility and prepare comments regarding the same
(.50); communicate with insurance broker regarding outstanding endorsements (.20).

08/31/15        B P BARRAGATE                                    0.10                      97.50
Call with Cooke on accounting issues.

08/31/15        C E BLACK                                        0.60                     510.00
Communications with Hamilton, Ellman and Cavatoni (ANR) regarding DIP related litigation issues.

08/31/15        J B ELLMAN                                       3.30                    3,135.00
Review and comment on documents for privilege review regarding DIP discovery (1.60); communicate
with Platt regarding same (.20); conference with Schartz (K&E) regarding DIP financing objections and
potential resolution (.30); conference with Meyer (Davis Polk) regarding DIP issues, discovery, order edits
(.40); communicate with Hamilton regarding deposition preparation (.30); review update regarding revolver
motion (.20); review roll up agreement lender comments (.10); draft update for Wilson regarding same for
court hearing (.10); communicate with Schaible (Davis Polk) regarding potential DIP settlement (.10).

08/31/15        G L GHAUL                                        0.30                     135.00
Prepare to upload documents to the dataroom and coordinate the same with vendor.

08/31/15        P M GREEN                                        5.30                    3,047.50
Review Ellman comments to draft motion to approve DIP revolver (1.20); communicate with Ellman
regarding the same (.40); revise DIP revolver motion (3.70).

08/31/15        D A HALL                                         0.80                     500.00
Review and analyze revisions to second out DIP facility (.30); meeting with Hoeppner regarding status of
post-closing deliverables under DIP financing documents (.50).

08/31/15        R W HAMILTON                                    3.90                    3,217.50
E-mails with Black, Ellman and Barragate regarding deposition preparation and scheduling (.30); review
union objection to DIP motion (.50); telephone conference with LeBlanc regarding deposition scheduling
and e-mails with Parkhill, Black, Barragate, Ellman and Platt regarding deposition preparation and
telephone conference with Davis Polk regarding UCC discovery requests (1.70); review DIP briefing and e-
mails regarding same to prepare for final hearing (1.40).

08/31/15        N J HOEPPNER                                     1.50                     712.50
Communicate with local counsel regarding opinions and UCC review (.30); draft/prepare schedules and
perfection certificate (.50); communicate internally with Hall regarding status of post-closing items and
schedules (.50); communicate with lender's counsel and company regarding signature pages (.20).

08/31/15        J C MALIZA                                       0.30                     120.00
Communicate with London (Rothchild) regarding DIP discovery.

08/31/15        J C MALIZA                                       0.30                     120.00
Communicate with Kaiser regarding DIP discovery.

08/31/15        J C MALIZA                                       0.50                     200.00
Draft protocol governing DIP discovery.

08/31/15        J C MALIZA                                       2.00                     800.00
Edit and review protocol governing DIP discovery for upcoming review.

08/31/15        J E MAZEY                                        1.90                    1,377.50
Prepare comments to revised draft second out credit agreement and send to Dengel (Davis Polk) (1.10);
analyze objections to DIP financing (.80).

08/31/15        M A PLATT                                        5.70                    3,847.50
Call with London (Rothchild) and Chou (Rothschild) regarding document collection (.40); review
Rothschild documents (1.00); calls with Frank London regarding document collection (.20);
communications with Maliza and Kaiser regarding document review and production (.50); attention to
discovery issues (3.60).

**JONES DAY**

Financing and Cash Collateral                                                                    Page 16

| | | | |
|---|---|---|---|
| **TOTAL** | **484.75** | **USD** | **337,383.75** |

JONES DAY

Litigation and Adversary Proceedings                                                                      Page 1

08/03/15        R W GAFFEY                                    5.50                  5,362.50
Review first day papers, as filed, and revise potential adversary papers for consistency and completed facts (3.90); telephone conferences with McCallister (ANR) regarding related issue (.50); follow-up e-mails regarding same (1.10).

08/03/15        W J HINE                                      4.20                  3,570.00
Communicate (in firm) with Gaffey and Efronson regarding revisions to draft papers (.80); conduct research on select legal issues for papers (2.20); review/revise draft papers in support of motion (1.20).

08/03/15        K P HOLEWINSKI                                2.20                  1,815.00
Review/analyze revised draft of adversary complaint and related correspondence (.50); review on associated regulations on complaint (.70); review declarations filed with first day motions that relate to complaint (1.00).

08/04/15        R W GAFFEY                                    1.50                  1,462.50
Call with McCallister regarding issues related to potential adversary proceeding (.30); follow-up communications with Black and Holewinski regarding same (1.20).

08/04/15        W J HINE                                      1.70                  1,445.00
Review/revise draft papers (1.00); review first day affidavits of Crutchfield and Cavatoni (ANR) in connection with same (.70).

08/05/15        S D EFRONSON                                  0.90                    405.00
Draft/revise pleadings based on first day affidavits for potential adversary suit.

08/05/15        R W GAFFEY                                    3.50                  3,412.50
Review changes to papers (1.40); review contracts research (1.20); review orders and other docket items for 8/3 first-day hearing (.90).

08/05/15        D G HEIMAN                                    1.00                  1,200.00
Review revised motion and brief (.70); conference with Black and Gaffey regarding same (.30).

08/05/15        W J HINE                                      2.00                  1,700.00
Incorporate comments to draft complaint.

08/05/15        K P HOLEWINSKI                                4.70                  3,877.50
Review/analyze draft adversary papers, including motion, complaint, declaration and orders and revise same (2.70); conference with Einik on associated issues and research (.50); review and edit memo relating to same (.90); conference with Einik regarding same (.60).

08/06/15        S D EFRONSON                                  0.70                    315.00
Communicate with Hine regarding needed documents for potential exhibits (.20); communicate with Jennings (ANR) regarding needed documents for potential exhibits (20); review/analyze documents on debtors' data site for use as potential exhibits (.30).

08/06/15        R W GAFFEY                                    2.50                  2,437.50
Review contract in connection with draft motion and response letter.

08/06/15        W J HINE                                      1.50                  1,275.00
Communicate with Gaffey regarding draft complaint (.40); review revisions to draft motion/order (1.10).

08/07/15        S D EFRONSON                                  0.80                    360.00
Communicate with Gaffey and Hine regarding draft motion.

08/07/15        D J MERRETT                                   0.40                    250.00
Research regarding removal of actions (.30); communicate with Wilson regarding same (.10).

08/07/15        T A WILSON                                    0.30                    210.00
Review Verheij (ANR) correspondence regarding non-bankruptcy litigation and communicate with Verheij (ANR), Black (ANR) regarding same.

08/08/15        R W GAFFEY                                    1.50                  1,462.50
Edit complaint.

08/08/15        W J HINE                                      1.50                  1,275.00
Communicate with Gaffey and others regarding order/stipulation and revised complaint and motion.

Litigation and Adversary Proceedings                                                         Page 2

08/09/15      C E BLACK                                    3.20                    2,720.00
Review and communicate on complaint and related motion.

08/09/15      S D EFRONSON                                2.30                    1,035.00
Draft/revise complaint and motion.

08/09/15      R W GAFFEY                                  2.20                    2,145.00
Review and revise complaint and motion.

08/09/15      D G HEIMAN                                  0.50                     600.00
Conference with Black and Gaffey regarding complaint and motion.

08/09/15      K P HOLEWINSKI                              1.00                     825.00
Review/analyze correspondence and associated responses and briefs on issues related to potential adversary
proceeding.

08/10/15      S D EFRONSON                                3.00                    1,350.00
Review and edit drafts of complaint and motion (2.80); communicate with Jennings (ANR) regarding
documents needed for potential exhibits (.20).

08/10/15      R W GAFFEY                                  3.00                    2,925.00
Revise complaint and motion.

08/10/15      D G HEIMAN                                  1.30                    1,560.00
Conference with Black regarding complaint and motion (.30); review and comment on complaint and
motion (1.00).

08/10/15      K P HOLEWINSKI                              3.20                    2,640.00
Review and revise complaint and related motion (1.20); review/assess questions raised by Black (1.50);
respond with edits to draft order and email to Hine regarding same (.50).

08/10/15      T A WILSON                                  2.00                    1,400.00
Review correspondence from, and communicate with, Monroe (ANR) regarding impact of bankruptcy on
settlements of prepetition litigation (.40); communicate with Monroe (ANR) regarding EEOC complaints
(.30); communicate with Merrett regarding research related to same (.20); prepare for and participate in
conference call with Harrison (ANR) and various ANR legal personnel regarding post-filing litigation issues
(1.10).

08/11/15      S D EFRONSON                                0.80                     360.00
Review/analyze draft order (.60); communicate with Jennings (ANR) regarding document requests (.20).

08/11/15      R W GAFFEY                                  3.70                    3,607.50
Review and edit drafts of complaint and related motion.

08/12/15      R W GAFFEY                                  2.50                    2,437.50
Review and edit revised declaration and other papers related to complaint and related motion.

08/12/15      W J HINE                                    2.30                    1,955.00
Review memorandum relating to complaint (1.20); review/revise draft declaration in support of complaint
(1.10).

08/12/15      T A WILSON                                  1.10                     770.00
Communicate with Harrington (ANR) regarding Texas West/Emerald litigation (.40); communicate with
Monroe (ANR) regarding litigation settlement issue (.20); communicate with Phillips regarding Nitsoo
settlement (.30); communicate with McCallister (ANR) regarding prosecution of ANR claims in district
court litigation (.20).

08/13/15      R W GAFFEY                                  3.70                    3,607.50
Review and edit drafts of complaint and related motion.

08/17/15      T A WILSON                                  0.70                     490.00
Communicate with Harrison (ANR), Black regarding potential payment of special master fees in federal
litigation (.40); review documents related to same (.30).

08/18/15      T A WILSON                                  0.40                     280.00
Communicate with Harrison (ANR), Black regarding potential payment of special master fees in federal
court litigation.

JONES DAY

Litigation and Adversary Proceedings                                                                                    Page 3

| 08/20/15 | T A WILSON | 0.20 | 140.00 |
|---|---|---|---|

Communicate with Monroe regarding Fluor settlement.

| 08/20/15 | T A WILSON | 0.40 | 280.00 |
|---|---|---|---|

Review correspondence related to Texas Eastern litigation and communicate with Black, Harrington (ANR) regarding same (.30); communicate with Monroe (ANR) regarding claims subject to Fluor settlements (.10).

| 08/21/15 | T A WILSON | 0.40 | 280.00 |
|---|---|---|---|

Communicate with Harrison (ANR), Black regarding potential payment of special master's fees.

| 08/24/15 | D J MERRETT | 2.50 | 1,562.50 |
|---|---|---|---|

Draft and revise insert regarding special master fees issue in pending lawsuit (1.80); communicate with Wilson regarding same (.20); research regarding same (.40); communicate with Ellman regarding same (.10).

| 08/24/15 | T A WILSON | 1.00 | 700.00 |
|---|---|---|---|

Communicate with Harrison (ANR), Black, Merrett regarding issue related to special master fees in federal court (.70); review and revise insert to response to federal court (.30).

| 08/27/15 | S D EFRONSON | 0.50 | 225.00 |
|---|---|---|---|

Communicate with Gaffey regarding potential adversary proceeding and related draft documents.

| 08/27/15 | R W GAFFEY | 1.20 | 1,170.00 |
|---|---|---|---|

Review and forward current drafts of adversary pleadings.

| 08/28/15 | M A PLATT | 4.90 | 3,307.50 |
|---|---|---|---|

Communications with Ghaul and Maliza regarding document collection (.50); communications with client regarding document production (.20); communications with London (Rothschild) regarding document collection (.20); communications with Hamilton and Black regarding discovery and depositions (.50); attention to discovery issues, including communications with Maliza and Kaiser regarding document review (3.50).

| 08/31/15 | R W GAFFEY | 2.60 | 2,535.00 |
|---|---|---|---|

Review and edit draft adversary complaint (2.40); address issues regarding assertion of privilege (.20)

| 08/31/15 | W J HINE | 2.40 | 2,040.00 |
|---|---|---|---|

Review/revise draft adversary complaint.

| **TOTAL** | | **89.40** | **USD** | **74,782.50** |
|---|---|---|---|---|

**JONES DAY**

| Meetings | Page 1 |
|---|---|

08/10/15        C E BLACK                                    0.50                            425.00
Telephonic meeting with Heiman and Davis Polk regarding status of cases and DIP related issues.

08/10/15        T A WILSON                                   0.50                            350.00
Prepare for and participate in conference call with Heiman, Black, various counsel to first lien lenders regarding first day and financing issues.

08/11/15        C E BLACK                                    2.10                          1,785.00
Prepare for 341 meeting (1.20); call with Wilson and client regarding unsecured creditors' committee formation meeting (.90).

08/12/15        C E BLACK                                    5.40                          4,590.00
Prepare for, attend and participate in 341 meeting (2.10); attend meetings with analyst regarding reporting (1.00); attend meetings with U.S. Trustee regarding unsecured creditors' committee (.90); attend planning meetings with client (1.40).

08/12/15        D G HEIMAN                                   1.00                          1,200.00
Conferences with Black regarding creditors' committee formation meetings, committee appointments and committee counsel.

08/14/15        C E BLACK                                    0.80                            680.00
Initial meeting with Heiman and Fleck (Milbank), counsel to unsecured creditors' committee.

08/25/15        D J MERRETT                                  4.60                          2,875.00
Draft and revise likely questions and proposed responses in preparation for creditors' meeting (3.20); review first day declarations (.40), retention applications (.50), DIP motion (.20) regarding same; communicate with Zeltner (.20), Black (.10) regarding same.

**TOTAL**                                           **14.90**        **USD**        **11,905.00**

**JONES DAY**

Non-Working Travel                                                                                          Page 1

| | | | |
|---|---|---|---|
| 08/03/15 | D G HEIMAN | 3.50 | 4,200.00 |

Travel from Cleveland to Richmond for first-day hearing.

| | | | |
|---|---|---|---|
| 08/04/15 | C E BLACK | 5.20 | 4,420.00 |

Return travel from Richmond to Cleveland following filing of chapter 11 bankruptcy case and first-day hearing.

| | | | |
|---|---|---|---|
| 08/04/15 | R W HAMILTON | 6.50 | 5,362.50 |

Return to Columbus from Interim DIP Hearing in Richmond, Virginia (6.50).

| | | | |
|---|---|---|---|
| 08/04/15 | D G HEIMAN | 5.00 | 6,000.00 |

Return travel from Richmond to Cleveland following first-day hearing.

| | | | |
|---|---|---|---|
| 08/04/15 | T A WILSON | 5.50 | 3,850.00 |

Travel from Richmond, Virginia to Cleveland, Ohio following first day hearing.

| | | | |
|---|---|---|---|
| 08/04/15 | O S ZELTNER | 5.50 | 2,200.00 |

Travel from Richmond to Cleveland (via Charlotte) following filing and first day hearing.

| | | | |
|---|---|---|---|
| 08/05/15 | J B ELLMAN | 3.20 | 3,040.00 |

Return travel from Richmond to Atlanta following first day hearing.

| | | | |
|---|---|---|---|
| 08/05/15 | D J MERRETT | 4.00 | 2,500.00 |

Travel from Richmond to Atlanta following first-day hearing.

| | | | |
|---|---|---|---|
| 08/05/15 | O S ZELTNER | 0.60 | 240.00 |

Travel from Richmond to Cleveland following filing and first day hearing (continued from previous day).

| | | | |
|---|---|---|---|
| 08/11/15 | C E BLACK | 6.90 | 5,865.00 |

Travel from Cleveland to Richmond for unsecured creditors' committee formation meeting (travel delays).

| | | | |
|---|---|---|---|
| 08/12/15 | C E BLACK | 8.00 | 6,800.00 |

Return travel from Richmond to Cleveland following unsecured creditors' committee formation meeting (travel delays).

| | | | |
|---|---|---|---|
| 08/25/15 | C E BLACK | 5.90 | 5,015.00 |

Travel from Cleveland to Bristol, VA for board meetings.

| | | | |
|---|---|---|---|
| 08/26/15 | D G HEIMAN | 2.50 | 3,000.00 |

Travel to Bristol, VA for Board meetings.

| | | | |
|---|---|---|---|
| 08/27/15 | C E BLACK | 5.80 | 4,930.00 |

Return travel from Bristol, VA to Cleveland following board meeting.

| | | | |
|---|---|---|---|
| 08/27/15 | D G HEIMAN | 4.00 | 4,800.00 |

Return travel from Bristol, VA to Cleveland following Board meetings.

| | | | |
|---|---|---|---|
| 08/31/15 | T A WILSON | 4.00 | 2,800.00 |

Travel from Cleveland to Richmond, Virginia in anticipation of September 1st omnibus hearing.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **76.10** | **USD** | **65,022.50** |

JONES DAY

| | | | |
|---|---|---|---|
| 08/05/15 | C E BLACK | 0.20 | 170.00 |

Conference with company outside counsel regarding potential stay issues relating to securities litigation.

| | | | |
|---|---|---|---|
| 08/06/15 | C E BLACK | 2.10 | 1,785.00 |

Conference with company outside counsel regarding potential stay issues relating to securities litigation (.90); review materials relating to same (.90); communicate with external litigation counsel in Caperton matter (.30).

| | | | |
|---|---|---|---|
| 08/07/15 | C E BLACK | 2.00 | 1,700.00 |

Conference with outside counsel regarding stay issues (.50); review and comment on state court stipulation (.80); communicate with outside counsel regarding same (.10); conference with Debtors' outside counsel regarding Caperton litigation (.60).

| | | | |
|---|---|---|---|
| 08/07/15 | T A WILSON | 0.40 | 280.00 |

Review and revise template notice of suggestion of bankruptcy and communicate with Harrison (ANR), Black regarding same (.20); communicate with Harrison (ANR) regarding third party subpoena in nonbankruptcy litigation (.20).

| | | | |
|---|---|---|---|
| 08/10/15 | G L GHAUL | 1.70 | 765.00 |

Research issue related to a governmental unit and the automatic stay.

| | | | |
|---|---|---|---|
| 08/10/15 | T A WILSON | 0.50 | 350.00 |

Review correspondence from, and communicate with, McAllister (ANR) regarding various questions related to impact of automatic stay on pending litigation.

| | | | |
|---|---|---|---|
| 08/10/15 | T A WILSON | 0.20 | 140.00 |

Communicate with ANR local counsel regarding modification of stay to allow Gobble litigation to continue.

| | | | |
|---|---|---|---|
| 08/11/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Phillips (ANR) regarding Nitsoo securities litigation.

| | | | |
|---|---|---|---|
| 08/11/15 | T A WILSON | 0.60 | 420.00 |

Review correspondence from Vogel (Gobble) and related background documentation regarding Gobble litigation and request from relief from stay to pursue insurance (.40); communicate with Long (Hunton) regarding same (.20).

| | | | |
|---|---|---|---|
| 08/13/15 | C E BLACK | 0.20 | 170.00 |

Communicate with Barefoot (Cleary Gottlieb) regarding stay issues relating to Emerald litigation and settlement.

| | | | |
|---|---|---|---|
| 08/15/15 | C E BLACK | 0.20 | 170.00 |

Communicate with Barefoot (Cleary Gottlieb) regarding automatic stay issues relating to Emerald litigation and settlement.

| | | | |
|---|---|---|---|
| 08/17/15 | C E BLACK | 0.20 | 170.00 |

Communicate with Barefoot regarding securities settlement.

| | | | |
|---|---|---|---|
| 08/17/15 | T A WILSON | 0.50 | 350.00 |

Communicate with Long (Hunton), McNew (Gobble), Harrison (ANR) regarding potential stay relief motion.

| | | | |
|---|---|---|---|
| 08/19/15 | C E BLACK | 0.40 | 340.00 |

Review materials relating to lift stay request for settlement (.30); communicate with Fleck (Milbank) regarding same (.10).

| | | | |
|---|---|---|---|
| 08/20/15 | C E BLACK | 0.20 | 170.00 |

Conference with Zeltner regarding motion for relief from stay.

| | | | |
|---|---|---|---|
| 08/20/15 | T A WILSON | 0.10 | 70.00 |

Communicate with McAllister (ANR) regarding whether debtor litigation is subject to the automatic stay.

| | | | |
|---|---|---|---|
| 08/21/15 | C E BLACK | 0.30 | 255.00 |

Review revised stipulation for Emerald litigation.

JONES DAY

Relief from Stay and Adequate Protection                                                                Page 2

08/21/15        D J MERRETT                                   0.70                        437.50
Communicate with Wilson regarding application of stay to EEOC proceedings (.20); research regarding
same (.50).

08/21/15        T A WILSON                                   1.50                      1,050.00
Communicate with Long (Hunton), Merrett regarding application of stay to NLRB action (.20); review
correspondence and caselaw related to same (.40); communicate with Hall (ANR) regarding mechanics'
liens filed on Debtor property (.20); limited research regarding application of stay to filing of mechanics'
liens (.70).

08/21/15        O S ZELTNER                                  4.40                      1,760.00
Draft/revise motion for relief from stay to allow insurance company to perform and plaintiff to seek
insurance recovery under terms of Emerald settlement (2.80); review Emerald litigation documents,
settlement and insurance policy in connection with same (1.60).

08/22/15        O S ZELTNER                                  2.10                        840.00
Draft/revise motion to modify stay to allow parties to perform under Emerald settlement.

08/24/15        C E BLACK                                    0.40                        340.00
Review revised stipulation for relief from stay for Emerald litigation (.20); communicate with Cleary
regarding comments on same (.20).

08/24/15        T A WILSON                                   0.20                        140.00
Communicate with Black regarding motion to lift stay in breach of contract action.

08/24/15        O S ZELTNER                                  7.40                      2,960.00
Draft/revise motion to approve stipulation and order modifying the automatic stay to allow the insurer to
perform, and claimants to seek recoveries, under the Emerald settlement (5.70); research case law and
secondary sources on Westlaw for same (1.70).

08/25/15        T A WILSON                                   0.30                        210.00
Communicate with Harrison (ANR), Merrett regarding application of automatic stay to notice of tax levy
issued by the IRS.

08/25/15        O S ZELTNER                                  5.10                      2,040.00
Draft/revise motion, stipulation and agreed order modifying the automatic stay to the extent necessary to
permit insurer to fund, and plaintiff and class members to seek recoveries from, the settlement fund to be
established as part of Emerald litigation settlement (4.80); communicate with Black regarding same (.20).

08/27/15        C E BLACK                                    0.70                        595.00
Review and comment on Emerald stay motion (.50); conference with Zeltner regarding same (.20).

08/27/15        O S ZELTNER                                  7.20                      2,880.00
Draft and substantially revise motion to modify stay to the extent necessary to allow insurer to fund
Emerald litigation settlement (4.10); research case law and secondary sources on Westlaw for same (2.70);
communicate with Black (.20), Wilson (.20) regarding same.

08/28/15        O S ZELTNER                                  2.40                        960.00
Draft/revise motion for stay relief with respect to Emerald litigation settlement (2.30); communicate with
Black regarding same (.10).

08/31/15        T A WILSON                                   0.40                        280.00
Communicate with Zeltner regarding objection to lift stay motion (.40).

08/31/15        O S ZELTNER                                  3.50                      1,400.00
Review Kinder Morgan motion for relief from stay and exhibits (.40); review docket of related
nonbankruptcy case (.20); research case law and secondary sources on Westlaw for response to same (2.80);
communicate with Wilson regarding same (.10).

        **TOTAL**                                           **46.50**        **USD**     **23,477.50**

JONES DAY

Reporting                                                                                          Page 1

08/05/15      B P BARRAGATE                    0.50                    487.50
Communicate with Phillips regarding reporting issues.

08/05/15      C E BLACK                        0.20                    170.00
Communicate with U.S. Trustee regarding unsecured creditors' committee formation.

08/05/15      T A WILSON                       1.40                    980.00
Communicate with Long (Hunton), Black, Verheij (ANR) regarding identity of debtor designee (.40);
communicate with Esposito (A&M) regarding US Trustee request for additional information for parties
reflected on Top 50 list (.20); communicate with Black, Long (Hunton) regarding creditor committee
formation meeting (.30); communicate with Long (Hunton) regarding initial debtor interview and section
341 meeting (.20); review model background documents related to same (.30).

08/06/15      C E BLACK                        1.00                    850.00
Communicate with local counsel (Long) regarding unsecured creditors' committee formation meeting (.20);
review form of initial debtor interview package (.60); conference with Wilson regarding same (.20).

08/06/15      T A WILSON                       0.80                    560.00
Review sample materials related to initial debtor interview and preliminary reporting (.40); communicate
with Verheij (ANR), Long (Hunton) regarding initial debtor interview and section 341 meeting (.40).

08/07/15      T A WILSON                       0.50                    350.00
Communicate with Black, Verheij (ANR), Long (Hunton) regarding initial debtor interview (.30);
communicate with Bernstein (UST), Merrett, Black regarding request for information from US Trustee
(.20).

08/10/15      C E BLACK                        0.60                    510.00
Review initial debtor interview materials.

08/10/15      T A WILSON                       1.60                  1,120.00
Communicate with Long (Hunton), Black, Cavatoni (ANR) regarding committee formation meeting and
initial debtor interview (.50); communicate with Williams regarding treatment of John Doe defendants on
schedule of litigation (.20); review materials received from US Trustee regarding committee formation
meeting and initial debtor interview (.30); communicate with Long (Hunton), Black, Verheij (ANR)
regarding same (.60);

08/11/15      D J MERRETT                      0.40                    250.00
Conference with Kotarba, Esposito, Williams (A&M) regarding schedules and statements.

08/11/15      T A WILSON                       3.00                  2,100.00
Communicate with Verheij (ANR), Long (Hunton) regarding initial debtor interview (.20); various
communications with Black, Long (Hunton), Verheij (ANR), Cavatoni (ANR), Campagna (A&M), Grady
(A&M) regarding initial debtor interview and committee formation meeting (.60); communicate with Long
(Hunton), Morrow (KCC) regarding case commencement notice and establishment of section 341 meeting
(.30); prepare for and participate in conference call with Williams (A&M), Kotarba (A&M), Merrett
regarding statements of financial affairs and schedules (1.20); participate in conference call with Cavatoni
(ANR), Verheij (ANR), Campagna (A&M), Long (Hunton), Black regarding initial debtor interview and
committee formation meeting (.70).

08/14/15      C E BLACK                        1.10                    935.00
Review equity committee request correspondence from U.S. Trustee (.50); communicate with client and
others regarding request and response to same (.60).

08/14/15      G L GHAUL                        3.40                  1,530.00
Research related to potential appointment of an equity committee.

08/14/15      D G HEIMAN                       0.50                    600.00
Review letter from U.S. Trustee regarding request for the appointment of an equity committee.

08/15/15      C E BLACK                        0.80                    680.00
Review supporting materials for response to U.S. Trustee regarding request for formation of an equity
committee.

08/16/15      C E BLACK                        3.50                  2,975.00
Review supporting materials for response to request for an equity committee (1.10); draft and revise
response letter to U.S. Trustee regarding equity committee formation request (2.40).

Reporting                                                                                                    Page 2

| 08/16/15 | T A WILSON | 1.00 | 700.00 |

Review and revise response to equity committee request (.90); communicate with Black regarding same (.10).

| 08/17/15 | D BARAV-JOHNSON | 2.70 | 877.50 |

Draft list of anticipated questions and potential responses in preparation for the section 341 meeting (2.30); communicate with Merrett regarding same (.40).

| 08/17/15 | C E BLACK | 1.50 | 1,275.00 |

Revise equity committee response letter (.70); review supporting materials relating to same (.60); conference with Wilson regarding reporting requirements (.20).

| 08/17/15 | J B ELLMAN | 1.30 | 1,235.00 |

Review and comment on proposed response letter regarding request for equity committee (1.10); communicate with Black regarding same (.20).

| 08/17/15 | G L GHAUL | 5.10 | 2,295.00 |

Review/revise citations to equity committee response letter (3.90); draft/revise the same (1.20).

| 08/17/15 | D G HEIMAN | 0.80 | 960.00 |

Review and comment on request for equity committee.

| 08/17/15 | T A WILSON | 0.60 | 420.00 |

Communicate with Black, Long (Hunton) regarding requirements for monthly operating reports (.30); review list of potential questions for section 341 meeting (.20); communicate with Merrett regarding same (.10).

| 08/18/15 | C E BLACK | 0.10 | 85.00 |

Communicate with Bernstein regarding questions from U.S. Trustee.

| 08/18/15 | G L GHAUL | 2.00 | 900.00 |

Prepare data for letter in response to request for equity committee (1.60); draft list of non-debtor affiliates with ownership percentages (.40)

| 08/19/15 | C E BLACK | 1.50 | 1,275.00 |

Finalize equity committee response letter and send to U.S. Trustee (1.10); conference with Verheij (ANR) regarding response letter (.20); conference with Bernstein regarding various questions from the U.S. Trustee (.20).

| 08/19/15 | G L GHAUL | 0.70 | 315.00 |

Review Bloomberg and other reports on trading prices of company's debt in connection with response to equity committee.

| 08/19/15 | D G HEIMAN | 0.30 | 360.00 |

Review response letter to U.S. Trustee regarding formation of equity committee.

| 08/19/15 | D J MERRETT | 0.60 | 375.00 |

Communicate with Williams (A&M) regarding identifying officers and directors for statements of financial affairs and committee diligence requests (.30); review and analyze schedule of same received from Williams (.30).

| 08/19/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Kotarba (A&M), Merrett regarding schedules and statements.

| 08/20/15 | C E BLACK | 0.20 | 170.00 |

Review unsecured creditors' committee response regarding equity committee.

| 08/20/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Wilson (.10), Sullivan (A&M) (.10) regarding bi-weekly essential supplier, lienholder and tax payment reports.

| 08/23/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Merrett regarding schedules and statements.

| 08/24/15 | D BARAV-JOHNSON | 0.20 | 65.00 |

Communicate with Merrett regarding preparing schedules of liability and statements of financial affairs.

| 08/25/15 | J B ELLMAN | 0.10 | 95.00 |

Review declination letter from UST regarding equity committee.

JONES DAY

Reporting                                                                                          Page 3

| 08/25/15 | D J MERRETT | 0.50 | 312.50 |

Communicate with Williams (A&M) regarding schedules (.20); communicate with Kotarba regarding same (.20); communicate with Wilson regarding same (.10).

| 08/25/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Merrett, Williams (A&M) regarding schedules and SOFAs (.10).

| 08/26/15 | D J MERRETT | 3.70 | 2,312.50 |

Review and revise list of anticipated creditors' meeting issues and responses (2.80); communicate with Black regarding same (.20); communicate with Morley (Rothschild) regarding UCC diligence requests (.10); conference with Morley, Delo, Genecin, Chou (Rothschild) regarding same (.60).

| 08/26/15 | T A WILSON | 0.70 | 490.00 |

Review SOFA/schedule materials received from A&M in advance of weekly SOFA/schedule round-up call (.10); participate in weekly round-up call regarding SOFAs/Schedules with Kotarba (A&M), Merrett (.30); communicate with Merrett, Black regarding preparation for section 341 meeting (.30).

| 08/26/15 | O S ZELTNER | 1.60 | 640.00 |

Review engagement letters and other documents relating to Citi entities, for conflicts check purposes(1.40); communicate with Wilson regarding same (.20).

| 08/27/15 | D J MERRETT | 0.80 | 500.00 |

Communicate with Williams (A&M) regarding insider list for schedules and statements (.20); review and revise same (.40); assignment to Barav regarding same (.10); communicate with Meyer (DPW) regarding lien search in connection with same (.10).

| 08/28/15 | C E BLACK | 0.80 | 680.00 |

Review materials and prepare for 341 meeting.

| 08/28/15 | D J MERRETT | 1.70 | 1,062.50 |

Communicate with Williams, Kotarba (A&M), Hoeppner, Hall regarding lien searches (.10); communicate with Williams (A&M) regarding insiders list for schedules (.30); communicate with Harrison (ANR) regarding same (.20); review petitions (.10) and resolution documents (.30) in connection with same; research regarding same (.40); communicate with Black (.10) and Wilson (.20) regarding same.

| 08/28/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Merrett regarding preparation of schedules and statements.

| 08/31/15 | D BARAV-JOHNSON | 0.10 | 32.50 |

Communicate with Merrett regarding next steps and timing for preparing debtor schedules.

| 08/31/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Williams (A&M), Hoeppner regarding lien searches.

| **TOTAL** | | **48.80** | **USD** | **32,130.00** |

JONES DAY

Tax                                                                                                    Page 1

---

08/03/15      B S JACOBS                                    0.40                    180.00
Send email to Laduzinski regarding US tax forms and the current DIP credit agreement (.20); review
Citicorp's IRS Form W-9 (.20).

08/03/15      C E LADUZINSKI                               0.20                    170.00
Communicate with Wilson regarding SEC inquiry on NOL order.

08/04/15      C E LADUZINSKI                               0.30                    255.00
Communicate with Wilson and Jacobs regarding SEC call regarding NOL motion and order.

08/05/15      C E LADUZINSKI                               0.30                    255.00
Communicate with Jacobs regarding SEC call regarding NOL motion and order.

08/05/15      D J MERRETT                                  1.90                  1,187.50
Review and revise equity transfer procedures notice (.90); communicate with Long (Hunton), Wilson
regarding same (.20); review and revise record date notice (.50); communicate with Long (Hunton), Wilson
regarding same (.20); communicate with Pastor (KCC) regarding same (.10).

08/06/15      C E LADUZINSKI                               0.20                    170.00
Communicate with Wilson and Jacobs regarding SEC inquiry regarding NOL order.

08/07/15      T A WILSON                                   0.50                    350.00
Communicate with Guyder (Allen & Overy) regarding comments on final order granting net operating loss
motion (.30); review proposed changes to order suggested by Guyder (.20).

08/10/15      T A WILSON                                   0.30                    210.00
Communicate with Harrison (ANR) regarding treatment of property taxes in bankruptcy.

08/11/15      B S JACOBS                                   0.30                    135.00
Review emails regarding status of IRS tax forms for the DIP.

08/11/15      C E LADUZINSKI                               0.50                    425.00
Communicate with Jacobs regarding tax forms for DIP agreement (.20); communicate with Wilson and
Jacobs regarding state property tax research (.30).

08/11/15      T A WILSON                                   1.30                    910.00
Communicate with Munsey (ANR), Laduzinski, Jacobs regarding property tax motion (.30); prepare for and
participate in conference call with Baddely (SEC), Laduzinski, Jacobs regarding proposed changes to NOL
order (1.0).

08/13/15      B S JACOBS                                   1.00                    450.00
Attend call with Laduzinski, Wilson and SEC attorney regarding NOL motion and orders.

08/13/15      C E LADUZINSKI                               1.00                    850.00
Conference call with Baddley (SEC), Wilson and Jacobs regarding NOL order (.80); review questions in
preparation for same (.20).

08/13/15      T A WILSON                                   0.20                    140.00
Communicate with Harrison (ANR), Merrett, Zeltner regarding payment of black lung excise taxes (.10);
review taxes order in connection with same (.10).

08/14/15      T A WILSON                                   0.30                    210.00
Communicate with Guyder (Allen & Overy) regarding proposed changes to NOL order.

08/17/15      T A WILSON                                   0.20                    140.00
Communicate with Grady (A&M) regarding potential prepetition taxes motion.

08/19/15      B S JACOBS                                   0.50                    225.00
Research Treas. Reg. section 1.382-4(d) as applied to the NOL orders.

08/19/15      C E LADUZINSKI                               0.30                    255.00
Review and respond to correspondence from Wilson regarding inquiries on NOL order.

08/19/15      T A WILSON                                   0.90                    630.00
Review correspondence from Baddley (SEC) regarding NOL order (.10); review caselaw related to NOL
orders received from Baddley (.30); communicate with Black, Laduzinski regarding SEC comments (.30);
communicate with Guyder (Allen and Overy), Laduzinski regarding ISDA association comments to NOL
order (.20).

**JONES DAY**

Tax
Page 2

| | | | |
|---|---|---|---|
| 08/20/15 | B S JACOBS | 7.70 | 3,465.00 |

Review indentures to three outstanding series of convertible notes (2.20); research application of Treas. Reg. section 1.382-4(d) to the NOL orders (3.00); draft memo regarding same (2.50).

| | | | |
|---|---|---|---|
| 08/20/15 | C E LADUZINSKI | 1.00 | 850.00 |

Conference call with Wilson and Jacobs regarding NOL order ( 0.50); review queries regarding same (.20); communicate with Jacobs regarding follow-up research (.30).

| | | | |
|---|---|---|---|
| 08/20/15 | D J MERRETT | 0.30 | 187.50 |

Communicate with various stockholders regarding substantial equity holder notice in connection with motion to preserve net operating losses.

| | | | |
|---|---|---|---|
| 08/20/15 | T A WILSON | 0.80 | 560.00 |

Review correspondence related to proposed amendments to final NOL order received from ISDA organization and SEC (.30); participate in conference call with Laduzinski, Jacobs with respect to same (.50).

| | | | |
|---|---|---|---|
| 08/21/15 | B S JACOBS | 4.20 | 1,890.00 |

Research applicability of Treas. Reg. section 1.382-4(d) to NOL orders (1.50); draft memo regarding same (1.70); review company's IRC section 382 calculations (1.0).

| | | | |
|---|---|---|---|
| 08/21/15 | C E LADUZINSKI | 0.50 | 425.00 |

Review correspondence from Jacobs and Wilson regarding section 382 calculation and NOL order (.20); analyze convertible notes and section 382 option rules (.30).

| | | | |
|---|---|---|---|
| 08/21/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Munsey (ANR), Laduzinski regarding calculation of section 382 ownership shift.

| | | | |
|---|---|---|---|
| 08/22/15 | C E LADUZINSKI | 1.50 | 1,275.00 |

Calls with Jacobs and Ridgway regarding analysis of convertible notes under NOL order per ISDA request (.80); communicate with Wilson regarding same (.20); review analysis of same (.50).

| | | | |
|---|---|---|---|
| 08/22/15 | T A WILSON | 0.90 | 630.00 |

Review correspondence regarding section 382 ownership shift and communicate with Laduzinski, Jacobs regarding same (.30); communicate with Black regarding potential payments under first day taxes order (.40); communicate with Guyder (Allen and Overy) regarding potential objection to NOL order (.20).

| | | | |
|---|---|---|---|
| 08/23/15 | B S JACOBS | 1.00 | 450.00 |

Review UCC's comments to interim NOL order (.70); send email to Laduzinski summarizing same (.30).

| | | | |
|---|---|---|---|
| 08/23/15 | C E LADUZINSKI | 0.30 | 255.00 |

Review UCC comments to NOL order (.10); communicate with Wilson and Jacobs regarding same (.20).

| | | | |
|---|---|---|---|
| 08/23/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Baddley (SEC) regarding proposed changes to NOL order (.10); review correspondence regarding UCC markup of NOL order (.20).

| | | | |
|---|---|---|---|
| 08/24/15 | B S JACOBS | 3.80 | 1,710.00 |

Send email to Laduzinski regarding NOL motion and order and summarizing ANR's outstanding debt (.20); attend call with Laduzinski, Wilson and Munsey regarding bankruptcy tax issues (1.0); review UCC's comments to the interim NOL order (.30); attend call with Laduzinski and Wilson regarding UCC's comments to interim NOL order (.50); attend call with Laduzinski, Wilson and Milbank to discuss UCC's comments to NOL order (.90); edit proposed final NOL order (.70); attend call with Laduzinski, Wilson and Allen and Overy regarding interim NOL order (.20).

| | | | |
|---|---|---|---|
| 08/24/15 | C E LADUZINSKI | 5.00 | 4,250.00 |

Conference call with Munsey (Alpha), Wilson and Jacobs regarding NOL order, section 382 analysis and related matters (1.0); review documents in preparation for same (1.0); conference call with Allen & Overy on behalf of ISDA, Wilson and Jacobs regarding NOL order (1.0); conference call with Milbank on behalf of UCC, Wilson and Jacobs regarding NOL order (1.0); communications with Wilson and Jacobs regarding NOL order (.50); review comments from Allen & Overy and Milbank to NOL order (.20); review and comment on revised NOL order (.30).

**JONES DAY**

Tax                                                                                                                          Page 3

| | | | |
|---|---|---|---|
| 08/24/15 | T A WILSON | 3.60 | 2,520.00 |

Prepare for and participate in conference call with Munsey (ANR), Laduzinski, Jacobs regarding NOL and tax issues (1.10); communicate with Laduzinski, Jacobs regarding proposed revisions to NOL order (.90); participate in conference call with Stodola (Milbank), Goodman (Milbank), Laduzinski, Jacobs regarding proposed changes to NOL order (1.0); participate in conference call with Guyder (Allen & Overy), various Allen & Overy professionals, Laduzinski, Jacobs regarding comments to NOL order (.30); communicate with Black, Zeltner regarding potential payments to be made under taxes order (.30).

| | | | |
|---|---|---|---|
| 08/25/15 | B S JACOBS | 0.40 | 180.00 |

Review UCC's comments to interim NOL order and Debtor's revisions to same.

| | | | |
|---|---|---|---|
| 08/25/15 | C E LADUZINSKI | 0.80 | 680.00 |

Review revised NOL order and related correspondence (.50); communicate with Wilson and Jacobs regarding same (.30).

| | | | |
|---|---|---|---|
| 08/25/15 | D J MERRETT | 0.70 | 437.50 |

Communicate with various shareholders regarding net operating loss motion (.30); review BNP Paribas objection to same (.30); communicate with Jacobs regarding same (.10)

| | | | |
|---|---|---|---|
| 08/25/15 | T A WILSON | 1.30 | 910.00 |

Review model NOL orders received from UCC (.20); communicate with Laduzinski, Jacobs regarding same (.30); communicate with Black, Barav regarding NOL order (.20); communicate with Zeltner regarding payments to be made pursuant to taxes order (.10); communicate with Stodola (Milbank), Guyder (Allen and Overy) regarding revised NOL order (.30); review and analyze objection to NOL order filed by BNP Paribas (.20).

| | | | |
|---|---|---|---|
| 08/26/15 | B S JACOBS | 0.20 | 90.00 |

Respond to email regarding application of IRC section 382 to outstanding notes.

| | | | |
|---|---|---|---|
| 08/26/15 | C E LADUZINSKI | 0.20 | 170.00 |

Communicate with Merrett and Jacobs regarding analysis of convertible notes under NOL order.

| | | | |
|---|---|---|---|
| 08/26/15 | D J MERRETT | 0.30 | 187.50 |

Communicate with various equity holders regarding sell-down procedures.

| | | | |
|---|---|---|---|
| 08/26/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Black, Laduzinski, Jacobs regarding NOL order.

| | | | |
|---|---|---|---|
| 08/27/15 | B S JACOBS | 2.30 | 1,035.00 |

Review indentures to three outstanding series of convertible notes (1.70); respond to email from Wilson regarding application of IRC section 382 to such notes (.50).

| | | | |
|---|---|---|---|
| 08/27/15 | C E LADUZINSKI | 0.30 | 255.00 |

Communicate with Jacobs regarding analysis of convertible notes under NOL order.

| | | | |
|---|---|---|---|
| 08/27/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Black, Jacobs regarding NOL order.

| | | | |
|---|---|---|---|
| 08/27/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Milender (Schulte) regarding NOL order (.10); communicate with Guyder (Allen & Overy) regarding NOL motion (.10).

| | | | |
|---|---|---|---|
| 08/28/15 | T A WILSON | 0.20 | 140.00 |

Review notices of substantial equityholder status and communicate with Laduzinski, Jacobs regarding same.

| | | | |
|---|---|---|---|
| 08/31/15 | C E LADUZINSKI | 0.40 | 340.00 |

Communicate with Goodman (Milbank) and Wilson regarding UCC request for bondholder and stockholder information.

| | | | |
|---|---|---|---|
| 08/31/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Munsey (ANR), Long (Hunton) regarding tax notices received from IRS (.10); communicate with Munsey (ANR), Laduzinski regarding UCC request for documents in connection with NOL order (.20).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **50.00** | **USD** | **31,230.00** |

**C-2**

Detailed Time Records for
September 1, 2015 through September 30, 2015

**JONES DAY**

| Asset Disposition | | | Page 1 |
|---|---|---|---|

| 09/01/15 | D BARAV-JOHNSON | 0.10 | 32.50 |
|---|---|---|---|

Communicate with Zeltner and Wilson regarding the final form of the Pittsburgh 8 motion.

| 09/01/15 | J B ELLMAN | 2.10 | 1,995.00 |
|---|---|---|---|

Review and revise de minimis asset sale motion (1.40); communicate with Meyer (Davis Polk) regarding same (.10); communicate with Wilson regarding issues relating to finalizing and implementing same (.30); communicate with Zeltner regarding same (.10); conference with Kreutzer (ANR) regarding implementation of Consol transaction and court approval (.20).

| 09/01/15 | T A WILSON | 1.10 | 770.00 |
|---|---|---|---|

Communicate with Ellman (.60), Zeltner (.40), Harrington (.10) regarding finalization of de minimis asset sale procedures motion.

| 09/01/15 | O S ZELTNER | 3.10 | 1,240.00 |
|---|---|---|---|

Draft/revise miscellaneous asset sale procedures motion (1.20); multiple communications with Ellman (.20), Wilson (.30) regarding same; review motion and orders from prior cases for same (.30); coordinate filing and service of same (.30); communicate with Wilson (.10), Kotarba (A&M) (.20), Miller (KCC) (.20) regarding special service lists for same; review spreadsheet of governmental contact information, provided by A&M, for special service list purposes (.20); further communication with Wilson regarding same (.10).

| 09/02/15 | J B ELLMAN | 0.40 | 380.00 |
|---|---|---|---|

Communicate with Kreutzer (ANR) (.20) and monitor implementation of Consol sale (.20).

| 09/02/15 | D G HEIMAN | 0.50 | 600.00 |
|---|---|---|---|

Communicate with Profusek regarding asset disposition strategy.

| 09/02/15 | T A WILSON | 0.20 | 140.00 |
|---|---|---|---|

Communicate with Zeltner regarding summary matrix of de minimis sales procedures (.10); communicate with Williams (Manier/Federal) regarding proposed language for inclusion in de minimis sale procedures order (.10).

| 09/03/15 | D BARAV-JOHNSON | 0.20 | 65.00 |
|---|---|---|---|

Review recorded documents regarding Pittsburgh 8 transaction.

| 09/03/15 | J B ELLMAN | 0.20 | 190.00 |
|---|---|---|---|

Review final Consol order (.10) and draft memorandum to Kreutzer (ANR) regarding same (.10).

| 09/03/15 | D G HEIMAN | 0.50 | 600.00 |
|---|---|---|---|

Communicate with Black and Profusek regarding asset disposition strategy.

| 09/03/15 | D G HEIMAN | 0.30 | 360.00 |
|---|---|---|---|

Communicate with Black regarding asset disposition issues.

| 09/04/15 | C E BLACK | 0.20 | 170.00 |
|---|---|---|---|

Communicate with Wilson regarding status of miscellaneous asset sale motion.

| 09/04/15 | T A WILSON | 0.50 | 350.00 |
|---|---|---|---|

Review correspondence from Tenenbaum (US DOJ) regarding potential objection to de minimis sale procedures order and proposed revisions to same (.20); communicate with Ellman regarding same (.10); review and revise table summarizing de minimis asset sale procedures (.20).

| 09/04/15 | O S ZELTNER | 1.70 | 680.00 |
|---|---|---|---|

Draft table summarizing procedures applicable to proposed sales and proposed abandonments as set forth in miscellaneous sale procedures motion (1.60); communicate with Wilson regarding same (.10).

| 09/07/15 | T A WILSON | 0.80 | 560.00 |
|---|---|---|---|

Review and revise summary of de minimis sale and abandonment procedures and communicate with Harrison (ANR) regarding same (.30); review and analyze correspondence from Tennenbaum (US EPA) regarding de minimis sale motion (.30); review Williams (Federal/Liberty) correspondence regarding surety comments to de minimis asset sale motion (.20).

| 09/08/15 | C E BLACK | 0.60 | 510.00 |
|---|---|---|---|

Review revised form of miscellaneous sale order (.40) and communicate with Wilson regarding same (.20).

JONES DAY

Asset Disposition                                                                                    Page 2

09/08/15        J B ELLMAN                                    1.80                  1,710.00
Review and respond to Tenenbaum (US DOJ) comments on de minimis sale procedures (.50);
communicate with Wilson regarding same (.40); draft and revise language to address same and other
comments to the de minimis sale procedures order (.90).

09/08/15        T A WILSON                                   1.80                  1,260.00
Various communications with Black, Ellman, Zeltner regarding response to Tenenbaum (US EPA),
Williams (Federal) comments on de minimis sale motion (1.40); communicate with Ellman, Black, Wheeler
(Wilson Elser) regarding proposed changes to de minimis sale order (.40).

09/08/15        O S ZELTNER                                  1.40                    560.00
Draft/revise miscellaneous sale procedures order in connection with comments provided by USEPA (1.20);
communicate with Wilson regarding same (.20).

09/09/15        J B ELLMAN                                   3.40                  3,230.00
Review comments on and objections to miscellaneous sale procedures (1.10); revise order regarding same
(1.20); communicate with Wilson regarding same (.20); review updates regarding Consol transaction (.10);
review Patriot sale process to prepare for meeting to discuss ANR process (.80).

09/09/15        T A WILSON                                   4.80                  3,360.00
Review and revise de minimis sale procedures order (3.0); communicate with Stodola (Milbank) regarding
same (.20); communicate with Black, Ellman, Zeltner regarding Bank of America comments to de minimis
sale procedures motion (.50); follow-up communication with Ellman regarding same (.30); communicate
with Zeltner regarding necessary changes to de minimis sale procedures order (.50); communicate with
Ellman, Holewinski regarding further changes to de minimis sale procedures order (.30).

09/09/15        O S ZELTNER                                  2.10                    840.00
Draft/revise miscellaneous sale procedures order (multiple rounds) in response to comments received from
interested parties (1.60); communicate with Black (.10), Wilson (.40) regarding same.

09/10/15        C E BLACK                                    1.80                  1,530.00
Prepare for and participate in meetings with Verheij (ANR), Cavatoni (ANR), Heiman, Parkhill
(Rothschild) and Chou (Rothschild) regarding various case matters and asset disposition issues.

09/10/15        J B ELLMAN                                   2.90                  2,755.00
Attend meeting with Cavatoni and Verheij (both ANR), Parkhill and Chou (both Rothschild), Heiman,
Black, Profusek regarding asset disposition process (1.60); review and comment on updated de minimis sale
procedures order (.80); communicate with Wilson regarding same (.20); draft memorandum regarding issues
for same (.20); review update regarding Consol sale implementation (.10).

09/10/15        D G HEIMAN                                   1.00                  1,200.00
Attend meeting with Verheij (ANR), Cavatoni (ANR), Parkhill (Rothschild), Chou (Rothschild), Black,
Ellman regarding strategy and process for asset disposition.

09/10/15        R A PROFUSEK                                 2.20                  2,310.00
Review background materials from Black (1.20); meeting with Rothschild and management (.60);
teleconference with Heiman regarding strategy/timing (.40).

09/10/15        T A WILSON                                   7.10                  4,970.00
Various communications with Ellman, Black, Zeltner, Tenenbaum (US DOJ), Collins (Federal), Williams
(Federal), Stodola (ANR), Pesce (Kirkland), Turner (Bank of America Leasing), Verheij (ANR), Harrison
(ANR) regarding proposed changes to de minimis sale procedures order (3.50); review changes to de
minimis sale procedures proposed by creditors' committee, U.S. Department of Justice, sureties and second
lien lenders (2.80); revise de minimis sale procedures order (.80).

09/10/15        O S ZELTNER                                  0.30                    120.00
Communicate with Wilson regarding additional comments received regarding miscellaneous sale procedures
order and responses to same (.20); communicate with Wilson regarding hearing summary for miscellaneous
sale procedures motion (.10).

09/11/15        C E BLACK                                    0.70                    595.00
Review and comment on miscellaneous sale order (.50); communicate with Wilson regarding same (.20).

**JONES DAY**

Asset Disposition                                                                                    Page 3

| | | | |
|---|---|---|---|
| 09/11/15 | J B ELLMAN | 1.80 | 1,710.00 |

Review various iterations of language for order to resolve objections to Miscellaneous Sale Procedures Order (.80); conferences with Wilson regarding same (.60); review correspondence from Tenenbaum (US DOJ) regarding same (.20); review Pennsylvania objection to same (.20).

| | | | |
|---|---|---|---|
| 09/11/15 | T A WILSON | 5.60 | 3,920.00 |

Various communications with Ellman, Black, Zeltner, Tenenbaum (US DOJ), Collins (Federal), Williams (Federal), Stodola (ANR), Pesce (Kirkland), Turner (Bank of America Leasing), Verheij (ANR), Harrison (ANR), Grabowski (PA Department of Environmental Protection) regarding proposed changes to de minimis sale procedures order (3.40); review changes to de minimis sale procedures proposed by creditors' committee, U.S. Department of Justice, sureties and second lien lenders (1.20); revise de minimis sale procedures order (.80); review objection to de minimis sale order filed by Pennsylvania Department of Environmental Protection and Liberty/Federal (.20).

| | | | |
|---|---|---|---|
| 09/11/15 | O S ZELTNER | 1.50 | 600.00 |

Communicate with Tenenbaum (USDOJ), Mollo (USDOJ), Wilson regarding miscellaneous asset sale procedures order (.60); further communications with Wilson regarding same (.30); review further communications from Tenenbaum regarding same (.30); draft/revise miscellaneous sale order (.30).

| | | | |
|---|---|---|---|
| 09/12/15 | T A WILSON | 0.90 | 630.00 |

Communicate with Stodola (UCC) (.10); Harrison (ANR) (.10), Tenenbaum (US DOJ) (.20), Grabowski (PA Dep't of Environmental Protection) (.20) regarding revisions to order approving de minimis asset sale procedures; review and revise order approving de minimis sale procedures (.30).

| | | | |
|---|---|---|---|
| 09/13/15 | T A WILSON | 0.40 | 280.00 |

Communicate with counsel to DIP agent regarding revised de minimis sale procedures order (.20); communicate with Grabowski (PA Dep't of Environmental Protection) regarding same (.20).

| | | | |
|---|---|---|---|
| 09/14/15 | T A WILSON | 2.10 | 1,470.00 |

Various communications with Ellman, Barragate, Tenenbaum (USDOJ), Stodola (Milbank), Williams (Liberty/Federal), Turner (Bank of America), Vonnegut (Davis Polk), Pesce (Kirkland) regarding final comments to de minimis sale procedures order (1.70); review and revise same (.40).

| | | | |
|---|---|---|---|
| 09/16/15 | J B ELLMAN | 1.10 | 1,045.00 |

Communicate with Black regarding initial steps in disposition program (.20); review memoranda regarding sale issues (.70); communicate with Holewinski regarding preparations for same (.20).

| | | | |
|---|---|---|---|
| 09/17/15 | J B ELLMAN | 2.10 | 1,995.00 |

Review inquiry from Harrington (ANR) regarding asset disposition process (.20); review supporting materials, including de minimis sale procedures order (1.10); draft memorandum to Harrington (ANR) regarding same (.30); review Mazey correspondence regarding same (.20); review additional information regarding potential helicopter sale (.10); communicate with Manno regarding same (.10); communicate with Black regarding use of brokers (.10).

| | | | |
|---|---|---|---|
| 09/17/15 | D G HEIMAN | 2.00 | 2,400.00 |

Attend meeting with Rothschild, Cavatoni (ANR) regarding disposition of inactive mines (1.50); conference with Black, Profusek and Parkhill (Rothschild) regarding inactive mines (.50).

| | | | |
|---|---|---|---|
| 09/18/15 | J B ELLMAN | 3.40 | 3,230.00 |

Review materials regarding assets and overall business plan for potential disposition (1.20); conference call with Black, Holewinski and Einik regarding same (1.10); review memorandum analysis of same (.90); communicate with Kreutzer (ANR) regarding treatment of royalties following Black Mountain sale (.20).

| | | | |
|---|---|---|---|
| 09/20/15 | J B ELLMAN | 0.70 | 665.00 |

Review recent presentations relating to business plan and potential dispositions.

| | | | |
|---|---|---|---|
| 09/21/15 | C E BLACK | 1.00 | 850.00 |

Communicate with Rothschild, Ellman, Kane and Profusek regarding idled property issues.

| | | | |
|---|---|---|---|
| 09/21/15 | J B ELLMAN | 4.10 | 3,895.00 |

Conference call with Rothschild team and Jones Day team regarding asset disposition strategy (1.10); review Rothschild presentation regarding same (.20); draft bullet point outline for client regarding proposed approach (1.90); review related materials (.50); communicate with Green regarding same and precedents (.30); communicate with Manno (ANR) and review new aircraft broker agreement (.10).

Asset Disposition                                                                                          Page 4

09/21/15        P M GREEN                                    3.70                    2,127.50
Communicate with Ellman regarding sale of certain idled coal assets (.50); review sale precedent (1.60);
review bid procedures precedent in connection with sale (1.60).

09/21/15        D G HEIMAN                                   1.50                    1,800.00
Attend conference call with Rothschild regarding asset disposition issues (.70); review sales procedures
(.40); communicate with Profusek regarding same (.40).

09/21/15        J K KANE                                     1.00                      925.00
Review M&A process outline (.30); participate in conference call regarding same (.70).

09/21/15        R A PROFUSEK                                 1.40                    1,470.00
Review Rothschild time line (.70); working group call with Rothschild (.70).

09/22/15        J B ELLMAN                                   2.50                    2,375.00
Draft and update sale process outline for idled assets (1.20); review precedent for sale process (.60);
conference with Green regarding same (.20); communicate with Heiman regarding comments on process
(.20); draft correspondence to Cavatoni (ANR) regarding same (.10); communicate with Chou (Rothschild)
regarding comments on same (.20).

09/22/15        P M GREEN                                    7.70                    4,427.50
Draft and revise bid procedures for sale of certain idled coal assets (4.30); review precedent in connection
with same (.40); review correspondence from Ellman with respect to sale process (.20); review coal sale
precedent (1.20); review additional sale precedent (1.60).

09/22/15        D G HEIMAN                                   1.30                    1,560.00
Review and comment on Ellman memorandum regarding inactive mine sale process (.80); draft
memorandum to Verheij (ANR) and Cavatoni (ANR) regarding inactive mine sale process (.50).

09/22/15        D G HEIMAN                                   0.70                      840.00
Review revised sale procedures (.40); conference with Jones Day team regarding same (.30).

09/22/15        J K KANE                                     0.30                      277.50
Review sale process summary.

09/22/15        R A PROFUSEK                                 2.30                    2,415.00
Review and analyze alternatives related to asset disposition.

09/22/15        T A WILSON                                   0.20                      140.00
Communicate with Zeltner regarding treatment of easements under de minimis sale procedures order.

09/22/15        O S ZELTNER                                  0.50                      200.00
Communicate with Wilson regarding requirements under de minimis sale order applicable to easements
(.30); review de minimis sale order regarding same (.20).

09/23/15        C E BLACK                                    1.10                      935.00
Attend meetings with Cavatoni (ANR), Rothschild and Alvarez & Marsal regarding asset disposition issues.

09/23/15        J B ELLMAN                                   1.70                    1,615.00
Review Rothschild slide deck regarding sale process for idled assets (.30); review correspondence from
Heiman and Parkhill (Rothschild) regarding same (.20); communicate with Green regarding next steps (.20);
begin review of proposed sale procedures (1.0).

09/23/15        P M GREEN                                    7.10                    4,082.50
Draft and revise motion for sale of certain idled mining properties (3.20); draft and revise proposed order
in connection with the same (1.30); draft and revise related notices in connection with the same (1.40);
review proposed bid procedures in connection with asset sale (.80); review materials with respect to coal
asset sale process (.40).

09/23/15        D G HEIMAN                                   1.00                    1,200.00
Conference call with Rothschild regarding asset sale process (.40); review Rothschild deck (.30);
communicate with Profusek regarding inactive mine sales (.30).

09/23/15        J K KANE                                     0.50                      462.50
Review Rothschild materials (.30); email correspondence regarding same (.20).

Asset Disposition                                                                                    Page 5

09/23/15        R A PROFUSEK                              1.90                  1,995.00
Review and analyze alternatives related to asset disposition (1.60); communicate with Heiman regarding
same (.30).

09/24/15        J B ELLMAN                                3.60                  3,420.00
Review and revise sale procedures for idled assets (2.60); review precedent regarding same (.80);
communicate with Green regarding same (.20).

09/24/15        P M GREEN                                 3.20                  1,840.00
Review and revise motion for sale of certain idled mining properties and related order and notices.

09/25/15        J B ELLMAN                                3.60                  3,420.00
Revise sale procedures for idled assets (1.20); communicate with Green regarding same (.20); attend
conference call with Cavatoni and Verheij (both ANR), Black, Heiman, Parkhill (Rothschild) and
Rothschild team regarding asset disposition strategies (1.0); follow up with Black regarding same (.20);
communicate with Kane regarding same and potential sale agreement (.30); review outline of potential
agreements for modification into bankruptcy agreements (.30): communicate with Kreutzer (ANR)
regarding same (.10); communicate with Wilson regarding prepetition sale agreement issues (.20); review
and respond to ANR email regarding same (.10).

09/25/15        P M GREEN                                 1.30                  747.50
Prepare for call with respect to abandoned mine sale process (.30); participate in call with Rothschild and
client with respect to same (1.0); communicate with Ellman regarding same (.20).

09/25/15        D G HEIMAN                                2.00                  2,400.00
Attend conference call with ANR management regarding logistics and strategy on sale and disposition of
mines (1.0); communicate with Kreutzer (ANR), Kane and Ellman regarding potential sale transaction (1.0).

09/25/15        J K KANE                                  3.00                  2,775.00
Participate in conference call regarding disposition plan with Kreutzer (ANR), Ellman, Heiman (1.0);
review documents related to potential sale transaction (2.0).

09/25/15        R A PROFUSEK                              1.30                  1,365.00
Review process outline (.40); working group call with management and Rothschild (.90).

09/25/15        T A WILSON                                0.30                  210.00
Communicate with Harrington (ANR) regarding potential exchange of equipment with Bluestone.

09/26/15        J B ELLMAN                                0.60                  570.00
Review materials regarding asset disposition strategy.

09/27/15        J B ELLMAN                                5.50                  5,225.00
Review and revise asset purchase agreement for potential asset sale (3.20); review and comment on
additional related agreements (1.60); review precedent regarding same (.60); communicate with Kane
regarding same (.10).

09/28/15        J B ELLMAN                                3.80                  3,610.00
Review potential asset sale agreements (.90); conference call with Kreutzer (ANR) and Kane regarding same
(1.0); draft memorandum to Heiman regarding same (.20); review Kane comments on asset purchase
agreement for same (.30); conference with Black regarding overall sale process (.20); conference with Green
regarding drafting potential sale order (.10); conference with Wilson regarding sale by equipment exchange
(.20); conference with Harrison and Kreutzer (both ANR) regarding issues related to Black Mountain sale
(.20); review background materials (.30); review background related to potential asset sale (.40).

09/28/15        P M GREEN                                 3.50                  2,012.50
Communicate with Ellman regarding potential asset sale (.30); review asset purchase agreement and related
documents in connection with potential asset sale transaction (.80); draft and revise form of related sale
order (2.40).

09/28/15        D G HEIMAN                                0.80                  960.00
Conferences with Ellman (.30) and Kane (.50) regarding potential asset sale.

09/28/15        J K KANE                                  4.00                  3,700.00
Conference call with client regarding potential asset sale transaction (1.0); review Ellman comments on
related asset purchase agreement (.50); revise same (2.50).

JONES DAY

Asset Disposition                                                                                      Page 6

09/28/15        T A WILSON                                    1.50                    1,050.00
Participate in conference call with Harrington (ANR), Saunders (ANR), Jones (ANR) regarding equipment
exchange issues (1.0); follow up communications with Ellman, Harrington (ANR) regarding equipment
exchange and asset transfer issues (.50).

09/29/15        J B ELLMAN                                    4.10                    3,895.00
Review Profusek comments on asset purchase agreement for potential asset sale (.30); communicate with
Kane regarding same (.20); review and revise asset purchase agreement (1.70); draft email to Kreutzer
(ANR) regarding same (.10); begin review and revision of proposed sale order for same (1.60); review Black
correspondence regarding sale process update (.20).

09/29/15        P M GREEN                                     1.60                      920.00
Draft and revise form of sale order for potential asset sale.

09/29/15        D G HEIMAN                                    4.00                    4,800.00
Attend asset sale strategy session with management and advisors.

09/29/15        J K KANE                                      1.80                    1,665.00
Telephone conferences with Ellman and Profusek regarding asset purchase agreement for potential asset
sale (.80); revise same (1.0).

09/29/15        R A PROFUSEK                                  2.30                    2,415.00
Review documentation related to asset disposition process and communicate with Kane regarding same.

09/29/15        T A WILSON                                    1.10                      770.00
Communicate with Harrington (ANR), Saunders (ANR) regarding equipment exchange agreement (.20);
review and revise equipment exchange agreement (.90).

09/30/15        J N EDEL                                      1.30                      422.50
Draft notice regarding de minimis asset sale.

09/30/15        J B ELLMAN                                    2.20                    2,090.00
Draft correspondence to Profusek regarding potential asset sale transaction structure (.20); review and
revise sale order for same (1.60); review correspondence from Kreutzer (ANR) regarding permit sale for de
minimis order process (.20); communicate with Holewinski regarding environmental and permit issues for
potential asset sale (.20).

09/30/15        D G HEIMAN                                    1.00                    1,200.00
Review Rothschild presentation and timeline for asset disposition process (.40); conference with Black and
Rothschild regarding same (.60).

09/30/15        D J MERRETT                                   0.50                      312.50
Communicate with Wilson regarding miscellaneous asset sale (.20); assignment to Edel regarding same
(.30).

09/30/15        T A WILSON                                    0.20                      140.00
Communicate with Merrett regarding sale notice for Bluestone exchange agreement.

09/30/15        T A WILSON                                    0.30                      210.00
Communicate with Harrison (ANR) regarding granting of easements in the ordinary course of business and
review de minimis sale procedures order in connection with same.

**TOTAL**                                              **165.30**       **USD**      **136,765.00**

Assumption and Rejection of Leases and Contracts                                                    Page 1

09/01/15        T A WILSON                                      0.20                        140.00
Communicate with Zeltner regarding necessary changes to lease rejection order in light of Court comments
at hearing.

09/02/15        T A WILSON                                      0.10                         70.00
Communicate with Harrison (ANR) regarding rejected contracts.

09/03/15        C E BLACK                                       0.30                        255.00
Communicate with Harrison (ANR) regarding end of lease issues.

09/03/15        T A WILSON                                      0.50                        350.00
Review equipment leases related to proposed purchases (.30); communicate with Harrison (ANR), Black
regarding same (.20).

09/04/15        C E BLACK                                       0.20                        170.00
Communicate with Harrison (ANR) regarding end of lease issues.

09/04/15        T A WILSON                                      0.20                        140.00
Communicate with Harrison (ANR) regarding deadlines to assume or reject contracts.

09/08/15        C E BLACK                                       0.80                        680.00
Communicate with Harrison (ANR) regarding lease issues (.20); review drafts of leases in connection with
same (.60).

09/09/15        C E BLACK                                       0.30                        255.00
Communicate with Verheij (ANR) regarding headquarter lease issues.

09/09/15        T A WILSON                                      0.90                        630.00
Communicate with Manno (ANR) regarding Davis Service contract and assumption/rejection issues (.30);
communicate with McAllister (ANR) regarding enforceability of Veolia contract (.20); review Veolia
contract in connection with same (.40).

09/15/15        T A WILSON                                      0.80                        560.00
Communicate with Kreutzer (ANR), Eidson (ANR), Harrington (ANR) regarding restrictions on
assignment of contracts and rejection damages claims (.30); review and analyze Harrington correspondence
regarding state coal lease (.20); review coal lease (.10); communicate with Harrington, Zeltner regarding
same (.20).

09/22/15        O S ZELTNER                                     0.30                        120.00
Communicate with Centeno (U.S. Bank) regarding equipment lease (.20); communicate with Wilson
regarding same (.10).

09/24/15        C E BLACK                                       0.30                        255.00
Communicate with Manno (ANR) regarding contract and lease issues.

09/24/15        T A WILSON                                      1.40                        980.00
Communicate with Harrison regarding CNG coal lease (.20); review CNG coal lease regarding ability to
reject (.30); communicate with Black, Herzberger regarding same (.30); review Franklin Township request
for additional assurance and communicate with Hook (Franklin Township), Holden (A&M), Esposito
(A&M) regarding same (.30); review BVU Authority request for additional assurance and communicate with
Holden (A&M), Esposito (A&M), Zeltner regarding same (.30).

09/25/15        C E BLACK                                       2.10                      1,785.00
Review and analyze contract issues (.60); conference with Merrett regarding same (.20); review lease
equipment issues (.40) and communicate with counsel to AIG (.20); review draft operating agreement (.70).

09/25/15        T A WILSON                                      0.60                        420.00
Review potential amendment to joint venture agreement and communicate with Harrison (ANR), Merrett
regarding same.

09/28/15        T A WILSON                                      1.10                        770.00
Communicate with Kay (Quinn) regarding lease exchange issue (.30); communicate with Jones (ANR)
regarding federal lease issues (.20); prepare for and participate in conference call with Ellman, Harrison
(ANR), Manno (ANR), Kreutzer (ANR) regarding payments under Black Mountain lease (.30);
communicate with Centano (US Bank) regarding copier lease (.20); communicate with Harrington (ANR)
regarding lease renewal issues (.10).

JONES DAY

---

Assumption and Rejection of Leases and Contracts                                    Page 2

09/29/15        D J MERRETT                                    2.90                    1,812.50
Review and revise agreement amending rights of counterparties to enforce ipso facto clause (2.20); review
and analyze memorandum in connection with same (.50); communicate with Wilson regarding same (.20).

09/29/15        T A WILSON                                    0.90                      630.00
Review correspondence from Harrison (ANR) regarding potential amendment related to joint venture
agreement (.20); review prior draft of same (.20); communicate with Merrett regarding edits to same (.10);
review Merrett mark-up of same (.20); communicate with Merrett regarding same (.20).

09/30/15        J N EDEL                                      0.20                       65.00
Communicate with Wilson regarding when a payment obligation arises in the executory contract context.

09/30/15        D J MERRETT                                    0.50                      312.50
Review and amendment to Dominion Terminal Associates agreement (.40); communicate with Wilson
regarding same (.10).

09/30/15        T A WILSON                                    1.40                      980.00
Communicate with Black (.30), Kreutzer (.10). Edel (.10) regarding performance under federal lease; review
lease (.20); limited research related to section 365(d)(3) issues arising in connection with lease (.30);
communicate with Black (.20), Harrison (ANR) (.20) regarding joint venture.

        **TOTAL**                                        **16.00**        **USD**        **11,380.00**

JONES DAY

Business Operations                                                                                           Page 1

09/01/15        T A WILSON                                     1.20                           840.00
Communicate with Cavatoni (ANR), Grady (A&M), Campagna (A&M), Manno (ANR), Verheij (ANR),
Black, Zeltner regarding notice and objection procedures governing payments under essential supplier,
lienholder and taxes orders (.60); communicate with Zeltner, Holden (A&M) regarding utility requests for
adequate assurance (.30); communicate with Zeltner regarding summary table of reporting obligations
under essential supplier, lienholder and taxes motions (.20); review and revise same (.10).

09/01/15        O S ZELTNER                                    0.50                           200.00
Communicate with Wilson, Holden (A&M) regarding utility requests for additional adequate assurance
(.20); review such requests and objections to utilities motion in connection with same (.30).

09/02/15        D BARAV-JOHNSON                                2.40                           780.00
Update the essential supplier and lienholder agreement templates to reflect the court's entry of a final order
on the underlying motions (.50); communicate with Wilson regarding the essential supplier agreement with
EMI (.10); draft same (.20); review and revise same (.30); review and revise the 9019 self bonding motion
(1.30).

09/02/15        T A WILSON                                     2.90                         2,030.00
Review draft essential supplier agreement with Environmental Service Providers (.10); communicate with
McCallister (ANR) regarding same (.20); communicate with Barav regarding revisions to essential supplier
and lienholder templates (.30); review and revise updated templates (.10); various communications with
Patton (Wyoming Machinery), Hall (ANR) regarding essential supplier request of Wyoming Machinery
(.90); review correspondence and agreements related to Brayman Construction (.10); review
correspondence related to Blackburn Consulting and related contracts (.30); communicate with Hall (ANR),
Price (ANR), Manno (ANR) regarding Blackburn payments and contracts (.40); communicate with Zeltner
regarding notice of repudiating vendor (.30); communicate with Hall (ANR), Grady (A&M) regarding utility
agreement with First Energy and review Hall correspondence regarding same (.20).

09/02/15        O S ZELTNER                                    3.00                         1,200.00
Draft Blackburn notice of repudiating vendor and related order to show cause (1.60); review Blackburn
contracts for same (.40); multiple communications with Wilson (.30), Hall (ANR) (.20) regarding same;
communicate with Kotarba (A&M), Wilson, Merrett regarding reclamation claim procedures (.20); review
procedures and reclamation claims regarding same (.30).

09/03/15        D BARAV-JOHNSON                                2.50                           812.50
Communicate with Merrett regarding status of compliance with section 345(b) and the U.S. Trustee
operating guidelines (.20); review interim cash collateral order and cash collateral motion, and related
statutes, to determine the compliance requirements for the client's bank accounts (1.30); communicate with
Merrett regarding same (.50); update lienholder and essential supplier agreement templates, create black line
versions of changes and communicate with Wilson regarding same (.30); revise essential supplier agreement
with EMI and communicate with Wilson regarding same (.20).

09/03/15        C E BLACK                                      0.20                           170.00
Communicate with Verheij (ANR) regarding claims issues.

09/03/15        D J MERRETT                                    3.10                         1,937.50
Communicate with Shockley (ANR) (.10), Marko (.10) (ANR) regarding potential revisions to cash
management system; review cash management motion (.30) and analyze account summaries (.40) in
connection with same; prepare summary of possible changes to cash management system and arguments
for Wilson (.60); communicate with Morley, Delo, Genecin (Rothschild) regarding joint venture documents
(.10); communicate with Hoeppner regarding excluded asset definition for committee diligence requests
(.10); review DIP documents regarding same (1.40).

09/03/15        S K PREWITT                                    0.50                           275.00
Call with Schwind relating to contract operating agreement and incentives to be provided thereunder.

Business Operations                                                                                          Page 2

09/03/15       T A WILSON                                    2.40                        1,680.00
Participate in conference call with Harrison (ANR), Zeltner regarding various business operations issues
(.40); review correspondence related to American Electric Power and communicate with Swatsler regarding
same (.30); communicate with Manno (ANR), Hall (ANR), Zeltner regarding Carbon Resources request for
payment (.20); communicate with Stodola (Milbank), Harrison (ANR) regarding mitigation settlements with
landowners (.30); review list of utilities requesting additional adequate assurance received from Holden
(A&M) (.20); communicate with Zeltner regarding same (.20); review requests for adequate assurance
regarding same (.40); communicate with Merrett regarding cash management order and section 345 issues
and review related correspondence from Merrett regarding same (.40).

09/04/15       D J MERRETT                                  0.60                         375.00
Communicate with Sullivan (A&M) regarding surety bond renewals (.20); review surety bond motion and
order in connection with same (.30); communicate with Shockley (ANR) regarding cash management issues
(.10).

09/04/15       T A WILSON                                    2.60                        1,820.00
Various communications with Hall (ANR), Manno (ANR), Patton (Wyoming Machinery) regarding
Wyoming Machinery demand for essential supplier money and threat to withhold performance (1.60);
review correspondence and communicate with Hall regarding threat to repossess assets and related
payment of essential supplier claims (.30); communicate with Oiffer (Key Bank) regarding potential
purchase of mining equipment (.20); communicate with Merrett regarding section 345 issues related to cash
management (.10); communicate with Esposito (A&M) regarding utility requests for additional adequate
assurance (.20); review and analyze request for additional adequate assurance filed by Kentucky Utilities
(.20).

09/04/15       O S ZELTNER                                   1.40                         560.00
Review new requests from utilities for additional adequate assurance (.30); draft table compiling
information regarding same (.80); communicate with Wilson regarding same (.10); review communications
regarding negotiations and status of such requests (.20).

09/07/15       T A WILSON                                    1.40                         980.00
Communicate with Manno (ANR) regarding McLanahan rebuild contract (.20); communicate with Stone
(FCC), Tobias (FCC) regarding involuntary assignment issue (.20); communicate with Zeltner regarding
bonding pleadings (.10); review requests for additional assurance from utilities (.20); review reclamation
requests and communicate with Zeltner regarding same (.20); review and organize files regarding sourcing
matters (.40); communicate with Harrison (ANR) regarding pro-rated payment of utility bills (.10).

09/08/15       D J MERRETT                                  2.20                        1,375.00
Review cash management motion and interim order (.30) and bank account schedule (.30); communicate
with Wilson (.40), Black (.30), Bernstein (U.S. Trustee) (.50), Shockley (ANR) (.20), Marko (ANR) (.20)
regarding proposed cash management modifications.

09/08/15       T A WILSON                                    2.10                        1,470.00
Communicate with Zeltner regarding response to utility demands for adequate assurance (.20);
communicate with Merrett regarding cash management issues (.20); communicate with Long (Hunton)
regarding Staples demand for essential supplier payment (.30); communicate with Stodola (Milbank)
regarding potential objections to cash management and NOL orders and various operational issues (.30);
communicate with Black, Merrett regarding potential objections to first day motions by Creditors
Committee (.50); communicate with Johnson (AEP) regarding request for adequate assurance and necessity
to employ conflicts counsel (.20); review contract with Davis Service and Towing and communicate with
Manno (ANR) regarding same (.40).

09/08/15       O S ZELTNER                                   1.30                         520.00
Review utility requests for additional adequate assurance and update table compiling information regarding
same (1.20); communicate with Wilson regarding same (.10).

09/09/15       T A WILSON                                    2.30                        1,610.00
Communicate with Black (.10), Zeltner (.20) regarding objections to utility motion; review utility adequate
assurance requests and communicate with Pagorski (Stohl), Epps (Christian), Esposito (A&M) regarding
same (.90); review essential supplier agreements with T. Parker Host and Charles F. Downey (.40);
communicate with Manno (ANR) regarding Davis Service Center request for essential supplier payment
and various sourcing issues (.40); review summary table of objections and response to utility motion (.10);
communicate with Manno (ANR), Hall (ANR) regarding Bank of America leasing inquiry (.20).

JONES DAY

Business Operations                                                                                             Page 3

09/09/15       O S ZELTNER                                1.50                        600.00
Draft expanded utility adequate assurance table with additional information for negotiation purposes (1.30);
communicate with Wilson regarding same (.20).

09/09/15       O S ZELTNER                                7.90                      3,160.00
Draft reply in support of utilities motion (4.70); research case law and secondary sources on Westlaw for
same (3.20).

09/10/15       D J MERRETT                               4.40                      2,750.00
Draft and revise reply in support of cash management motion (4.20); communicate with Barav regarding
same (.20).

09/10/15       T A WILSON                                0.80                        560.00
Communicate with Hall (ANR) regarding changes to essential supplier and lienholder orders (.10);
communicate with Long (Hunton) regarding Staples non-performance (.10); communicate with Holden
(A&M), Zeltner regarding utility deposits (.30); communicate with Johnson regarding resolution of
additional assurance request (.10); communicate with Zeltner regarding reply to objections to utility order
(.20).

09/10/15       O S ZELTNER                                9.50                      3,800.00
Draft reply in support of utilities motion, including necessary revisions in light of new agreements with
certain objecting utilities (4.50); research case law on Westlaw and dockets on PACER for same (4.30);
communicate with Holden (A&M), Wilson regarding same (.30); multiple further communications with
Wilson regarding same and status of negotiations with utility companies requesting additional adequate
assurance (.40).

09/11/15       D J MERRETT                               4.50                      2,812.50
Draft and revise reply in support of cash management motion (2.40); research regarding same (1.10);
communicate with Wilson (.30), Barav (.10), Hall (.20), Black (.20) regarding same; communicate with Black
(.10), Grady (A&M) (.10) regarding intercompany transfers.

09/11/15       T A WILSON                                0.90                        630.00
Communicate with Pagorski (Kentucky Utilities) regarding Kentucky Utilities' request for additional
adequate assurance (.20); review essential supplier agreements forwarded by Nichols (ANR) (.30);
communicate with Grady (A&M) regarding approval of proposed essential supplier agreement with JH
Fletcher (.10); communicate with Jennings (Bridgestone) regarding mechanic of essential supplier order
(.20); communicate with counsel to Walker/Whayne regarding essential supplier agreement (.10).

09/11/15       O S ZELTNER                                1.90                        760.00
Revise final utilities order to reflect status of resolved objections and adequate assurance requests and
ongoing negotiations (1.80); communicate with Wilson regarding same (.20).

09/12/15       D J MERRETT                               2.70                      1,687.50
Review and revise reply in support of cash management motion (.20); communicate with Black, Wilson
regarding same (.20); communicate with Ellman regarding same (.10); research regarding attachment of
security interest in bank accounts to unencumbered cash (2.20).

09/13/15       D J MERRETT                               0.80                        500.00
Review and finalize reply in support of cash management motion (.50); communicate with Wilson (.10),
Black (.10) regarding cash management issues; communicate with Long regarding filing of reply (.10).

09/13/15       T A WILSON                                2.30                      1,610.00
Communicate with Stodola (Milbank), Vonnegut (Davis Polk), Grady (A&M) regarding provision of notice
under essential supplier order (.30); review revised utilities order and communicate with Zeltner regarding
same (.30); communicate with Johnson (AEP), Pagorski (Kentucky Utilities), Epps (Christian & Barton)
regarding revised utility order (.20); communicate with UCC/DIP counsel regarding resolution of AEP
objection to utility order and request for additional assurance (.20); communicate with Black, Zeltner
regarding resolution of utility objections (.20); review correspondence from Long (Hunton), various ANR
personnel regarding vendor inquiries (.30); review correspondence related to resolution of section 345 cash
management issues (.20); communicate with Merrett regarding same (.10); review and revise lienholder
agreement with CSXT (.40); review and revise essential supplier agreement with ABCO Security (.10).

09/14/15       D BARAV-JOHNSON                           0.10                         32.50
Communicate with Merrett regarding drafting a stipulated order regarding cash management agreement
with the U.S. Trustee.

JONES DAY

Business Operations                                                                                    Page 4

09/14/15        B P BARRAGATE                                  0.40                        390.00
Call with Company and One Beacon on bonding issues (.20); call with Black and Shockley (ANR) on
bonding (.10); call with Delo (Rothschild) on lease issues (.10).

09/14/15        E J HERRON                                    0.50                        150.00
Communicate with Prewitt and Hagen regarding contract operating agreement.

09/14/15        D J MERRETT                                   2.40                      1,500.00
Communicate with Wilson, Black regarding intercompany transfers (.10) and cash management (.20);
review and analyze proposed DIP order in connection with same (.90); review status of Debtors' bank
accounts (.80); communicate with Cappucci (ANR) (.10) and Shockley (ANR) (.10) regarding same;
communicate with Bernstein (U.S. Trustee) regarding same (.20).

09/14/15        T A WILSON                                    3.20                      2,240.00
Communicate with Barragate, Black, Shockley (ANR), Zeltner regarding OneBeacon request for new
indemnity agreement (.40); communicate with Johnson (AEP), Holden (A&M), Black, Ellman, Cavatoni
(ANR) regarding execution of AEP settlement agreement (.90); participate in conference call with
Barragate, Shockley (ANR), OneBeacon representatives regarding OneBeacon request for post petition
indemnity (.30); follow up calls with Barragate, Shockley regarding same (.20); review essential supplier
agreement with Analabs and communicate with Nichols regarding same (.20); communicate with Grady
(A&M), counsel to Walker/Whayne, Wyoming Machinery and Carter Machinery regarding requests for
essential supplier payments (.40); communicate with Hall (ANR) regarding communications with
Bridgestone counsel (.10); communicate with Zeltner, Black regarding revisions to utilities order (.30);
communicate with Grady (A&M) regarding utility settlements (.20); review essential supplier agreement
with CMF Leasing and communicate with Nichols regarding same (.20).

09/15/15        D BARAV-JOHNSON                               4.20                      1,365.00
Research and analyze model stipulated orders from similar cases (including WESTLAW) (1.10); draft
stipulated order regarding compliance with section 345 and related U.S. Trustee guidelines (2.60); review
and revise same (.50).

09/15/15        T A WILSON                                    1.20                        840.00
Communicate with Holden (A&M) regarding utility settlement (.20); communicate with Hook (Franklin
Township) and Pomrenke (BVU Authority) regarding requests for additional assurance (.40); communicate
with Nichols (ANR), Holden (A&M) regarding threat of repossession from seller (.20); review trade
agreements with JH Fletcher, Analabs and communicate with Nichols (ANR), Holden (A&M) regarding
same (.40).

09/15/15        O S ZELTNER                                   0.50                        200.00
Communicate with Wilson (.20), Harrington (ANR) (.10) regarding response to Wyoming email regarding
nonpayment of pre petition royalty; review documents related to same (.20).

09/16/15        D BARAV-JOHNSON                               0.10                         32.50
Review changes to stipulated order regarding compliance with section 345 requirements.

09/16/15        C E BLACK                                     1.10                        935.00
Meeting with Verheij (ANR) and Manno (ANR) regarding vendor issues.

09/16/15        D J MERRETT                                   2.10                      1,312.50
Review and revise cash management stipulation (1.20); communicate with Ellman (.20), Barav (.10), Long
(.30), chambers (.10), Meyer, Falk (Davis Polk) (.20) regarding same.

09/16/15        T A WILSON                                    1.80                      1,260.00
Communicate with Black regarding reporting issues related to payment of pre petition claims (.30);
communicate with Grady (A&M) regarding notice requirements related to proposed essential supplier
agreements (.20); communicate with Nichols (ANR) regarding essential supplier agreement with T. Parker
Host and review same (.20); review correspondence related to essential supplier agreement with FTI
Consulting and communicate with Holden (A&M), Grady (A&M), Black regarding same (.30);
communicate with Zeltner, Holden (A&M), counsel to West Penn (Johnson) regarding Pennsylvania water
shutoff notices (.40); communicate with Holden (A&M) regarding AEP settlement agreement (.10);
communicate with Stodola (Milbank), Vonnegut (Davis Polk) regarding contacts for notice of proposed
essential supplier settlements (.20); communicate with Hall (ANR) regarding creditor ability to enforce
mechanics' liens (.10).

Business Operations                                                                                          Page 5

09/17/15      D BARAV-JOHNSON                          2.20                      715.00
Review and analyze contracts and amendments relating to Altfillisch Contractors, Inc. to evaluate their
executory nature and enforceability (1.10); communicate with Merrett regarding same (.20); review and
update form repudiating vendor and non-compliant party notices (.30); draft a non-compliant party notice
for Altfillisch (.40); review and revise same (.20).

09/17/15      D J MERRETT                              2.70                    1,687.50
Communicate with Long regarding cash management stipulation (.20); communicate with Bernstein (U.S.
Trustee) (.20), Black (.10), Fleck (Milbank), Stodola (Milbank) (.20) regarding same; review and revise cash
management stipulation and order (.60); review and revise essential supplier agreements (1.20);
communicate with Nichols (ANR) regarding same (.20).

09/17/15      D J MERRETT                              1.10                      687.50
Review and revise show cause order and notice for Altfillisch (.50); communicate with Hall (ANR) (.30),
Wilson (.10) and Barav (.20) regarding same.

09/17/15      T A WILSON                               1.10                      770.00
Communicate with Merrett, Nichols (ANR) regarding review of essential supplier agreements (.10);
communicate with Zeltner regarding West Penn shutdown notice (.10); communicate with Zeltner, Holden
(A&M) regarding resolution of Mt. Carmel utility request (.30); communicate with Holden (A&M), Grady
(A&M), Zeltner regarding FTI essential supplier agreement (.20); communicate with Hall (ANR), Merrett
regarding review of Altfilisch agreements (.10); communicate with Harrington (ANR), Zeltner regarding
royalty payments (.10); review correspondence from Nichols (ANR), Hall (ANR) regarding requests for
essential supplier payments (.20).

09/17/15      O S ZELTNER                              1.40                      560.00
Numerous communications with Wilson (.30), Holden (A&M) (.40), Bramlet (Koger Bramlet) (.40)
regarding agreement with Mt. Carmel Public Utility Co. for adequate assurance deposit; review interim and
final utilities orders and related documents regarding same (.30).

09/17/15      O S ZELTNER                              2.70                    1,080.00
Draft letter to Wyoming Office of State Lands and Investments regarding nonpayment of prepetition
royalties (1.90); research statutes and secondary sources regarding same (.30); communicate with Harrington
(ANR) regarding same (.20); communicate with Harrington (ANR) (.10) and Pastor (KCC) (.20) regarding
service of documents on Wyoming offices and officials involved in same.

09/18/15      C E BLACK                                1.20                    1,020.00
Review correspondence from counsel to Joy Equipment (.40) and communicate with client regarding same
(.20); conferences with Merrett regarding letter of credit issues (.30); review materials relating to same (.30).

09/21/15      D BARAV-JOHNSON                          1.50                      487.50
Review and analyze Joy Global agreements to determine whether they are enforceable (.60); research
authority regarding same (includes WESTLAW and LEXIS) (.80); communicate with Merrett regarding
same (.10).

09/21/15      C E BLACK                                1.10                      935.00
Communicate with Hall regarding MARC agreements (.20); review additional MARC documents (.60);
conference with counsel to Joy Global regarding MARC agreement (.30).

09/21/15      C E BLACK                                1.00                      850.00
Conference with DIP lenders' counsel regarding liabilities diligence.

09/21/15      D J MERRETT                              0.80                      500.00
Review cash management stipulation and order (.10); communicate with Black (.10), Shockley (ANR) (.10)
regarding same; communicate with Harrison (ANR) (.10), Ellman (.20) regarding DRIH account closure;
communicate with Wilson regarding Haulage Motor contract (.10); assignment to Barav regarding same
(.10).

09/21/15      T A WILSON                               0.20                      140.00
Communicate with Merrett regarding Joy Global contract review (.10); communicate with Harrison
regarding open matters (.10).

09/22/15      D BARAV-JOHNSON                          2.30                      747.50
Review and analyze Tian Reclamation and Poncove, Inc. contracts to determine enforceability (1.60);
communicate with Merrett regarding same (.40); draft a notice of non-compliance and a show cause order
for Tian and Poncove (.30).

**JONES DAY**

Business Operations                                                                                 Page 6

| | | | |
|---|---|---|---|
| 09/22/15 | C E BLACK | 0.80 | 680.00 |

Communicate with Manno (ANR) regarding ACW agreements.

| | | | |
|---|---|---|---|
| 09/22/15 | D J MERRETT | 1.80 | 1,125.00 |

Communicate with Hall (ANR) regarding Joy Global (.10) and other vendors (.20); assignment to Barav regarding same (.10); communicate with Harrison (ANR) regarding DRIH operations (.30); review Poncove and Tian contracts (.30); review show cause notices regarding same (.20); communicate with Hall (ANR) regarding same (.20); communicate with Barav regarding same (.30); communicate with Wilson regarding Altfillisch (.10).

| | | | |
|---|---|---|---|
| 09/22/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Nichols regarding JH Fletcher essential supplier agreement (.20); communicate with Merrett regarding Altfillisch (.10); communicate with Merrett regarding MAPS request for essential supplier payment (.10).

| | | | |
|---|---|---|---|
| 09/23/15 | D J MERRETT | 0.40 | 250.00 |

Communicate with counsel to First Community Bank regarding cash management (.10); communicate with Shockley (ANR), Marko (ANR) regarding same (.20); communicate with KCC team regarding same (.10).

| | | | |
|---|---|---|---|
| 09/23/15 | D J MERRETT | 0.80 | 500.00 |

Communicate with Hall (ANR) regarding repudiating vendors (.10); review contracts regarding settling vendor (.50); communicate with Hall regarding same (.20).

| | | | |
|---|---|---|---|
| 09/23/15 | T A WILSON | 0.40 | 280.00 |

Review background documentation regarding AEP River operations (.20); communicate with Hastings (Powell Construction) regarding potential changes to business terms (.10); communicate with Holden (A&M), Esposito (A&M) regarding Kentucky Utilities (.10).

| | | | |
|---|---|---|---|
| 09/24/15 | C E BLACK | 0.70 | 595.00 |

Review and analyze care and maintenance agreement issues (.50); communicate with Wilson and Edel regarding same (.20).

| | | | |
|---|---|---|---|
| 09/24/15 | J N EDEL | 3.00 | 975.00 |

Review/analyze contract with Joy regarding amortization of consideration thereunder (2.0); draft letter to Columbia Gas of PA regarding late request for adequate assurance (1.0).

| | | | |
|---|---|---|---|
| 09/24/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Hall (ANR) regarding utility/contractor issue (.10); communicate with Wilson regarding same (.10).

| | | | |
|---|---|---|---|
| 09/24/15 | T A WILSON | 1.30 | 910.00 |

Review correspondence from Nelson (MICON) regarding potential essential supplier payment and communicate with Manno (ANR), Hall (ANR), Grady (A&M), Nelson (MICON) regarding same (.20); communicate with Black, Zeltner, Edel regarding service contract with Joy Global (.40); review revised reply in support of utilities motion (.30); review letter demanding security deposit from Columbia Gas and communicate with Zeltner, Holden regarding same (.40).

| | | | |
|---|---|---|---|
| 09/24/15 | O S ZELTNER | 0.40 | 160.00 |

Communicate with Wilson (.20), Edel (.20) regarding Joy Global shovel services contract.

| | | | |
|---|---|---|---|
| 09/24/15 | O S ZELTNER | 1.50 | 600.00 |

Communicate with Wilson (.20), Edel (.20) regarding Columbia Gas of PA request for adequate assurance deposit; draft letter in response to same (.80); review orders and certificates of service in connection with same (.30).

| | | | |
|---|---|---|---|
| 09/25/15 | D J MERRETT | 0.40 | 250.00 |

Communicate with Ellman regarding DRIH operations (.20); communicate with Harrison (ANR) regarding same (.10); review response from Harrison (.10).

| | | | |
|---|---|---|---|
| 09/25/15 | T A WILSON | 0.90 | 630.00 |

Communicate with Pomeranke (BVU Authority) regarding request for additional adequate assurance (.30); communicate with Harrison (ANR), Ellman regarding Black Mountain royalties issue (.20); communicate with Pagorski (Kentucky Utilities), Holden (A&M) regarding Kentucky Utilities request for additional adequate assurance (.30); communicate with Hook (Franklin Township), Holden (A&M) regarding Franklin Township adequate assurance request (.20); review correspondence from Thompson (Foley) regarding Cummins request for essential supplier payment and communicate with Hall (ANR) regarding same (.10).

**JONES DAY**

Business Operations | | Page 7
--- | --- | ---

| 09/28/15 | C E BLACK | 0.70 | 595.00 |

Communicate with AIG regarding lease issues (.20); conference with counsel to Joy Global regarding CRMA agreements (.20); communicate with Manno regarding same (.30).

| 09/28/15 | D J MERRETT | 0.30 | 187.50 |

Review and analyze Nelson Bros. contract (.20); communicate with Wilson regarding same (.10).

| 09/28/15 | T A WILSON | 0.90 | 630.00 |

Review exclusivity agreement regarding purchase of royalty rights under CNG indenture (.10); communicate with Harrington (ANR), Kreutzer (ANR) regarding same (.20); communicate with Pagorski (Kentucky Utilities) regarding extension of resolution period (.10); review files regarding communications with McLanahan Corp and communicate with Manno (ANR), Long (Hunton), Canas (McLanahan) regarding same (.50).

| 09/29/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Ellman regarding cash management.

| 09/29/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Black regarding accounting for inter-debtor asset transfers (.20); communicate with Manno (ANR), Schneider (Swank) regarding Swank Construction essential supplier inquiry (.10); communicate with Canas (McLanahan) regarding payment of post petition invoices (.10).

| 09/30/15 | T A WILSON | 2.90 | 2,030.00 |

Communicate with Hall (ANR) regarding McLanahan resumption of work (.10); review contract for services with Flexco/Veyance and related documents for bankruptcy issues (.90); communicate with Hall (ANR) regarding same (.20); participate in conference call with Manno (ANR), Hall (ANR), Hingle (ANR), Grady (A&M) regarding Swank Construction and Flexco/Veyance issues (.60); communicate with Stodola (Milbank), Harrison (ANR) regarding payment obligations under subsidence agreements (.30); communicate with Jennings (Bridgestone), Manno (ANR) regarding Bridgestone request for essential supplier payment (.50); review correspondence from Maxwell (CB Mining) regarding CB Mining request for lienholder payment (.10); communicate with Maxwell (CB Mining), Manno (ANR) regarding same (.20).

| **TOTAL** | | **125.10** | **USD** | **69,150.00** |

**JONES DAY**

Case Administration                                                                                              Page 1

09/01/15        C E BLACK                                   0.50                        425.00
        Attend weekly update call with Rothschild, McKinsey and Alvarez & Marsal.

09/01/15        J B ELLMAN                                  0.60                        570.00
        Communicate with Black regarding confidentiality and common interest issues (.30); review committee
        agreement drafts regarding same (.30).

09/01/15        G L GHAUL                                   0.80                        360.00
        Respond to creditor and shareholder inquiries regarding the chapter 11 cases.

09/01/15        D J MERRETT                                 1.80                      1,125.00
        Communicate with Morley, Genecin, Delo (Rothschild) regarding committee diligence requests (.50);
        communicate with Ellman (.30), Barragate (.10), Hoeppner (.10) regarding same; prepare schedule of
        insiders in response to same (.80).

09/01/15        O S ZELTNER                                 0.40                        160.00
        Draft daily Walter Energy and Patriot docket update.

09/02/15        C E BLACK                                   1.20                      1,020.00
        Review and comment on draft non-disclosure agreements for creditors committee professionals.

09/02/15        G L GHAUL                                   0.50                        225.00
        Respond to inquiries from creditors and shareholders regarding the chapter 11 cases.

09/02/15        O S ZELTNER                                 1.50                        600.00
        Draft daily Patriot and Walter Energy docket update (.40); communicate with Wilson (.20), Williams (A&M)
        (.20) regarding request for information on holders of 3.75% and 4.875% notes; review spreadsheets
        provided by Debtors and A&M regarding same (.30); review shareholder notices received (.30);
        communicate with Wilson regarding same (.10).

09/03/15        C E BLACK                                   0.70                        595.00
        Review and comment on confidentiality agreement with creditors committee.

09/03/15        G L GHAUL                                   0.30                        135.00
        Respond to creditor and shareholder inquiries regarding the case commencement notice.

09/03/15        D J MERRETT                                 2.20                      1,375.00
        Review and revise work in process report (1.90); communicate with Wilson (.20), Ghaul (.10) regarding
        same.

09/03/15        T A WILSON                                  0.30                        210.00
        Communicate with Black regarding case management order (.10); review orders entered on motions granted
        at September 1st omnibus hearing (.10); communicate with Verheij (ANR), Harrison (ANR) regarding same
        (.10).

09/03/15        O S ZELTNER                                 0.30                        120.00
        Draft daily Patriot and Walter Energy docket update.

09/04/15        C E BLACK                                   1.10                        935.00
        Review and finalize confidentiality agreement with creditors committee (.50); conference with Cohen
        (Milbank) regarding same (.20); review and comment on work in process report (.40).

09/04/15        G L GHAUL                                   0.30                        135.00
        Provide Dominion Terminal Associates documents to Merrett. (605006)

09/04/15        G L GHAUL                                   0.40                        180.00
        Respond to shareholder inquiries.

09/04/15        D J MERRETT                                 2.20                      1,375.00
        Review and revise work in process report (1.30); review docket entries in connection with same (.60);
        communicate with Wilson, Black, Ellman regarding same (.10); further communication with Ellman
        regarding same (.10); communicate with Hall regarding same (.10).

09/04/15        T A WILSON                                  0.10                         70.00
        Communicate with Ghaul regarding contact list and review same.

09/04/15        O S ZELTNER                                 0.30                        120.00
        Draft/revise daily Patriot and Walter Energy docket update.

Case Administration                                                                          Page 2

09/07/15        C E BLACK                                    0.50                    425.00
    Review and comment on work in process report.

09/07/15        J B ELLMAN                                   0.60                    570.00
    Review and comment on work in process report (.50); communicate with Black and Merrett regarding same
    (.10).

09/08/15        D BARAV-JOHNSON                              0.20                     65.00
    Create black line files showing changes to the NOL final order for submission to chambers and
    communicate with Wilson regarding same.

09/08/15        C E BLACK                                    1.10                    935.00
    Weekly call with McKinsey, Rothschild and Alvarez and Marsal (.50); review and comment on motion to
    dismiss Gray Hawk (.40); conference with Merrett regarding same (.20).

09/08/15        G L GHAUL                                    0.10                     45.00
    Update working group contact list with Houlihan Lokey.

09/08/15        G L GHAUL                                    0.40                    180.00
    Return calls regarding case commencement notice.

09/08/15        D J MERRETT                                  0.50                    312.50
    Communicate with Wilson (.20), Ellman (.10) regarding work in process report; revise same (.20).

09/08/15        T A WILSON                                   0.80                    560.00
    Communicate with Merrett regarding work in process report (.10); communicate with Harrison (ANR),
    Benning, Black regarding requirement of filing notice of commencement with Swiss court (.70).

09/08/15        O S ZELTNER                                  0.30                    120.00
    Draft daily Patriot and Walter Energy docket update.

09/09/15        G L GHAUL                                    0.30                    135.00
    Communicate with Miller (KCC) regarding inquiries in relation to case commencement notice (.10); field
    calls regarding case commencement notice (.20).

09/09/15        O S ZELTNER                                  0.30                    120.00
    Draft daily Patriot and Walter Energy docket report.

09/10/15        G L GHAUL                                    0.20                     90.00
    Draft working group contact list and circulate the same.

09/10/15        G L GHAUL                                    0.30                    135.00
    Field calls regarding the case commencement notice.

09/10/15        O S ZELTNER                                  0.90                    360.00
    Draft daily Patriot and Walter Energy docket update (large number of Patriot plan objections).

09/11/15        C E BLACK                                    0.80                    680.00
    Review and comment on confidentiality agreement with the creditors committee (.60); conference with
    Cohen (Milbank) regarding same (.20).

09/11/15        D J MERRETT                                  2.20                  1,375.00
    Review and revise work in process report (2.10); communicate with Black, Wilson, Ellman regarding same
    (.10).

09/11/15        T A WILSON                                   0.40                    280.00
    Review reply in support of cash management motion (.20); communicate with Merrett regarding Dominion
    Terminal consortium agreement and confidentiality provisions thereof (.10); review related correspondence
    (.10).

09/11/15        O S ZELTNER                                  0.90                    360.00
    Draft daily Patriot and Walter Energy docket update (.30); respond to calls from individuals seeking general
    case information (.60).

09/14/15        C E BLACK                                    0.50                    425.00
    Attend and participate in weekly advisor call.

09/14/15        O S ZELTNER                                  0.30                    120.00
    Draft daily Patriot and Walter Energy docket updates.

**JONES DAY**

Case Administration                                                                                          Page 3

09/15/15        O S ZELTNER                          0.80                            320.00
Draft/revise daily Patriot and Walter Energy docket update (.30); communicate with individuals calling with
general questions about the case (.50).

09/16/15        T A WILSON                           0.20                            140.00
Communicate with Black regarding status and strategy in connection with various case issues.

09/16/15        O S ZELTNER                          1.60                            640.00
Draft/revise daily Patriot and Walter Energy docket update (.30); communicate with multiple individuals in
response to general case inquiries (1.30).

09/17/15        J B ELLMAN                           0.40                            380.00
Draft update on case activities for second lienholders.

09/17/15        O S ZELTNER                          1.00                            400.00
Draft daily Patriot and Walter Energy docket update (.30); communicate with several individuals with
general case-related questions (.70).

09/18/15        C E BLACK                            0.80                            680.00
Call with Schaible (Davis Polk) regarding case issues (.40); communicate with Heiman regarding various
case issues (.40).

09/18/15        D J MERRETT                          2.40                          1,500.00
Review and revise work in process report (2.20); communicate with Long (Hunton) regarding same (.10);
communicate with Ellman, Black, Wilson regarding same (.10).

09/18/15        O S ZELTNER                          1.30                            520.00
Draft daily Patriot and Walter Energy docket update (.20); review motion to dismiss Gray Hawk case (.20);
review statutes and Bankruptcy Rules for same (.20); communicate with Merrett (.20), Long (Hunton) (.20)
regarding same; draft notice of hearing for same (.30).

09/20/15        C E BLACK                            0.60                            510.00
Review and comment on work in process report.

09/20/15        B W EASLEY                           0.30                            240.00
Review bankruptcy work in process report.

09/20/15        J B ELLMAN                           0.70                            665.00
Review and comment on work in process report (.50); communicate with Merrett regarding same (.10);
review Black comments on same (.10).

09/20/15        D J MERRETT                          1.20                            750.00
Revise (1.10) work in process report and circulate (.10) to Jones Day team.

09/21/15        D S BIRNBAUM                         0.10                             70.00
Review work in process report.

09/21/15        J B ELLMAN                           0.40                            380.00
Communicate with Black regarding next blow out disclosure for business plan and non-disclosure
agreements (.20); communicate with Schaible (Davis Polk) regarding bank account closure (.20).

09/21/15        O S ZELTNER                          0.20                             80.00
Draft daily Patriot and Walter Energy docket update.

09/22/15        C E BLACK                            0.70                            595.00
Planning call with DIP and second lien lenders regarding upcoming meetings.

09/22/15        J B ELLMAN                           1.30                          1,235.00
Conference call with Stodola (Milbank) regarding section 1102 motion (.30); review revisions to same (.40);
draft correspondence to committee regarding additional changes (.10); communicate with Davis Polk
regarding DRIH inquiry (.20); review letter motion seeking equity committee (.10); communicate with Long
(Hunton) regarding same (.10); communicate with Wilson and Black regarding status of same (.10).

09/22/15        T A WILSON                           0.80                            560.00
Communicate with Harrison (ANR) regarding various issues (contracts; operations; employees; taxes)
related to chapter 11 cases (.80).

09/22/15        O S ZELTNER                          0.30                            120.00
Draft daily Patriot and Walter Energy docket update.

Case Administration                                                                            Page 4

09/23/15       G L GHAUL                                    0.20                   90.00
Respond to inquiries from shareholders regarding the chapter 11 cases.

09/23/15       O S ZELTNER                                  0.40                  160.00
Draft daily Patriot and Walter Energy docket update.

09/24/15       D BARAV-JOHNSON                              0.30                   97.50
Research status of Circuit City case and communicate with Ellman regarding same.

09/24/15       J B ELLMAN                                   3.30                3,135.00
Review and revise non-disclosure agreements for second liens relating to blow out of business plan
materials (2.80); review related materials (.20); communicate with Black (.10) and Chou (Rothschild) (.10)
regarding same; draft correspondence to Hessler (Kirkland) regarding same (.10).

09/24/15       G L GHAUL                                    0.10                   45.00
Respond to inquiries from shareholders regarding the chapter 11 cases.

09/24/15       D J MERRETT                                  1.10                  687.50
Communicate with Zeltner regarding work in process (.20); review docket filings regarding same (.50);
review and revise report regarding same (.40).

09/24/15       T A WILSON                                   0.20                  140.00
Communicate with Black regarding reorganization alternatives for the Debtors.

09/24/15       O S ZELTNER                                  0.20                   80.00
Draft daily Patriot and Walter Energy docket update.

09/25/15       J B ELLMAN                                   0.20                  190.00
Draft memorandum to Verheij (ANR) regarding second lien non-disclosure agreements and blowout.

09/25/15       G L GHAUL                                    0.30                  135.00
Circulate working group contact list.

09/25/15       D J MERRETT                                  2.20                1,375.00
Review and revise work in process report (1.40); review docket entries in connection with same (.80).

09/25/15       O S ZELTNER                                  0.20                   80.00
Draft daily Patriot and Walter Energy docket update (.10); communicate with Merrett, Gober-Sims
regarding same (.10).

09/26/15       J B ELLMAN                                   0.10                   95.00
Communicate with Verheij (ANR) regarding blow out non-disclosure agreements.

09/27/15       C E BLACK                                    0.30                  255.00
Conference with Verheij (ANR) regarding case administration issues.

09/27/15       J B ELLMAN                                   0.70                  665.00
Review and revise work in process report (.60); communicate with Merrett regarding same (.10).

09/27/15       D J MERRETT                                  1.60                1,000.00
Review and revise work in process report (1.40); communicate with Black, Wilson, Ellman regarding same
(.10); follow-up with Ellman regarding same (.10).

09/28/15       J B ELLMAN                                   0.30                  285.00
Draft memorandum to Verheij (ANR) regarding second lien non-disclosure agreements and blow out (.20);
communicate with Merrett regarding edits to work in process (.10).

09/28/15       G L GHAUL                                    1.40                  630.00
Return calls from various persons related to the chapter 11 cases (1.0); communicate with Wilson regarding
the same (.40).

09/28/15       G L GHAUL                                    0.10                   45.00
Draft working group contact list.

09/28/15       D J MERRETT                                  0.40                  250.00
Review and revise Patriot and Walter Energy case docket updates (.20); communicate with Gober-Sims,
Verheij (ANR) and Harrison (ANR) regarding same (.20).

Case Administration                                                                                          Page 5

09/28/15        T A WILSON                                        0.30                            210.00
Communicate with Black regarding open issues related to case administration (.20); communicate with
Ellman regarding various open issues (.10).

09/29/15        B W EASLEY                                        0.60                            480.00
Review management presentation regarding restructuring plan (.40); review correspondence from Black
regarding restructuring plan (.20).

09/29/15        J B ELLMAN                                        1.50                          1,425.00
Revise blow out non-disclosure agreements for business plan (.30); communicate with Verheij (ANR) (.20),
Pesce (Kirkland) (.40) regarding same; draft update to client regarding same (.20); conference with Chou
(Rothschild) regarding blow out materials and process (.30); review Schaible (Davis Polk) correspondence
regarding same (.10).

09/29/15        D G HEIMAN                                        0.50                            600.00
Conference with management regarding McKinsey role.

09/29/15        T A WILSON                                        0.20                            140.00
Review case management order and communicate with Black, Long (Hunton) regarding ability to file
certificate of no objection.

09/30/15        C E BLACK                                         0.20                            170.00
Review equity committee communication (.10); communicate with client regarding same (.10).

09/30/15        G L GHAUL                                         0.50                            225.00
Respond to inquiries regarding case commencement notice and procedures related to equity transfers and
utilities payments.

09/30/15        D G HEIMAN                                        0.20                            240.00
Review agenda from creditors committee for 10/14/15 meeting with management.

09/30/15        D G HEIMAN                                        0.30                            360.00
Review correspondence regarding request for equity committee.

09/30/15        T A WILSON                                        0.70                            490.00
Communicate with Ellman regarding scheduling issues and various strategy issues (.50); communicate with
Black regarding request for formation of an equity committee (.10); communicate with Long regarding
service of ECF notices (.10).

**TOTAL**                                                       **60.80**        **USD**       **40,592.50**

**JONES DAY**

Claims Administration and Objections                                                                 Page 1

| | | | |
|---|---|---|---|
| 09/03/15 | D G HEIMAN | 0.20 | 240.00 |

Conference with Black regarding legacy claims.

| | | | |
|---|---|---|---|
| 09/14/15 | O S ZELTNER | 1.20 | 480.00 |

Review newly-received reclamation demands and supporting invoices (.70); draft reclamation demand table (.50).

| | | | |
|---|---|---|---|
| 09/15/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Hall (ANR), Zeltner regarding reclamation claims procedures.

| | | | |
|---|---|---|---|
| 09/15/15 | O S ZELTNER | 2.90 | 1,160.00 |

Communicate with Wilson (.20), Miller (KCC) (.30) regarding reclamation claims, tracking of same and service of reclamation order on reclamation demand parties; review reclamation claims received to date in connection with same, including calculating total claim amounts for claims for which no summary was provided (2.10); draft reclamation claims table (.30).

| | | | |
|---|---|---|---|
| 09/17/15 | J N EDEL | 2.50 | 812.50 |

Research regarding priority of letter of credit renewed post-petition.

| | | | |
|---|---|---|---|
| 09/17/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Munsey (ANR) regarding derivative contract claims.

| | | | |
|---|---|---|---|
| 09/18/15 | C E BLACK | 0.60 | 510.00 |

Conference with various creditors regarding bar date and claim issues.

| | | | |
|---|---|---|---|
| 09/27/15 | C E BLACK | 0.20 | 170.00 |

Communicate with Manno (ANR) regarding claim issue.

| | | | |
|---|---|---|---|
| 09/28/15 | C E BLACK | 0.40 | 340.00 |

Conference with Wilson regarding claims issues.

| | | | |
|---|---|---|---|
| 09/29/15 | J B ELLMAN | 0.10 | 95.00 |

Conference with Wilson regarding potential bar date motion and settlement program.

| | | | |
|---|---|---|---|
| 09/30/15 | C E BLACK | 0.70 | 595.00 |

Conference with Verheij (ANR) and Harrington regarding various claims issues.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **9.30** | **USD** | **4,737.50** |

**JONES DAY**

---

Corporate Governance and Board Matters                                                      Page 1

---

| | | | |
|---|---|---|---|
| 09/09/15 | C E BLACK | 0.40 | 340.00 |

Conference with Solecki and Phillips regarding securities question.

| | | | |
|---|---|---|---|
| 09/16/15 | C E BLACK | 0.40 | 340.00 |

Prepare for and attend board of directors meeting.

| | | | |
|---|---|---|---|
| 09/18/15 | D BARAV-JOHNSON | 0.20 | 65.00 |

Communicate with Shah and Edel regarding managing files of debtor by-laws in response to a request for information.

| | | | |
|---|---|---|---|
| 09/21/15 | J N EDEL | 3.80 | 1,235.00 |

Assemble by-laws for Alpha entities and communicate with Barav regarding same.

| | | | |
|---|---|---|---|
| 09/22/15 | D BARAV-JOHNSON | 0.80 | 260.00 |

Review Bylaws of the debtor entities and create a CD of same (.40); review files of operating agreements for certain entities (.40).

| | | | |
|---|---|---|---|
| 09/24/15 | C E BLACK | 1.70 | 1,445.00 |

Prepare for, attend and participate in Board meeting (.90); review business plan related materials in preparation for Board meeting(.80).

| | | | |
|---|---|---|---|
| 09/24/15 | D G HEIMAN | 1.50 | 1,800.00 |

Review McKinsey business plan presentation to Board (.50); attend Board meeting (1.0).

| | | | |
|---|---|---|---|
| 09/25/15 | C E BLACK | 0.50 | 425.00 |

Review and comment on board minutes.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **9.30** | **USD** | **5,910.00** |

**JONES DAY**

Court Hearings                                                                                          Page 1

---

09/01/15        T A WILSON                                    5.30                    3,710.00
Prepare for September 1st omnibus hearing on first and second day motions (3.90); participate in
September 1st omnibus hearing (1.0); communicate with Black, Zeltner, Verheij (ANR) regarding results of
omnibus hearing (.30); communicate with Long (Hunton) regarding uploading of orders approved at
omnibus hearing (.10).

09/01/15        O S ZELTNER                                   1.00                      400.00
Communicate with Wilson (.20), Barav-Johnson (.10) regarding counsel copies of clean and black lined
orders, for 9/1 omnibus hearing, and for submission to the Court; communicate with Merrett, Long
(Hunton) regarding additional omnibus hearing dates and notice thereof (.20); draft notice of papers filed
on 9/1 and of hearing on 9/15 (.30); coordinate filing and service of same (.20).

09/02/15        D BARAV-JOHNSON                               0.50                      162.50
Draft notice of a change in schedule for the Sept. 15 omnibus hearing and draft notice of the Nov. 5
omnibus hearing (.30); review and revise same (.20).

09/02/15        D J MERRETT                                   1.10                      687.50
Review and revise omnibus hearing notice (.30); communicate with Barav (.10), Wilson (.20), Long
(Hunton) (.20), Zeltner (.10), Pastor (KCC) (.20) regarding same.

09/02/15        O S ZELTNER                                   0.20                       80.00
Communicate with Merrett, Long (Hunton) regarding notice of additional omnibus hearing dates and time
change, and regarding service of same on special service parties.

09/04/15        B P BARRAGATE                                 4.10                    3,997.50
Attend final DIP hearing (3.0); preparation meeting with Hamilton, Parkhill (Rothschild), Chou
(Rothschild) regarding same (1.10).

09/11/15        C E BLACK                                     0.40                      340.00
Conference with Wilson and Fleck (Milbank) regarding status and open issues for 9/15 hearing.

09/11/15        J N EDEL                                      0.80                      260.00
Draft hearing summary for de minimis asset sales procedures.

09/11/15        T A WILSON                                    0.50                      350.00
Review and revise hearing agenda for September 15th omnibus hearing (.30); communicate with Zeltner
regarding same (.20).

09/11/15        O S ZELTNER                                   5.00                    2,000.00
Draft agenda for 9/15 omnibus hearing (3.80); communicate with Black (.10), Wilson (.30), Merrett (.20),
Long (Hunton) (.20), Daily (Hunton) (.10) regarding status of various matters in connection with same;
communicate with Edel regarding hearing summary for same (.20).

09/12/15        C E BLACK                                     0.70                      595.00
Multiple communications with Wilson regarding status of orders for 9/15 hearing.

09/12/15        J N EDEL                                      1.50                      487.50
Draft hearing summary regarding the miscellaneous and de minimis assets sale procedure motion.

09/12/15        J B ELLMAN                                    1.00                      950.00
Outline issues for hearing presentation on DIP Financing.

09/13/15        J N EDEL                                      1.00                      325.00
Draft hearing summary regarding the miscellaneous and de minimis assets sale procedure motion.

09/13/15        T A WILSON                                    0.30                      210.00
Communicate with Zeltner regarding preparations for 9/15 omnibus hearing.

09/13/15        O S ZELTNER                                   6.70                    2,680.00
Draft hearing summary for miscellaneous asset sale procedures motion (2.60); communicate with Ellman
(.10), Wilson (.10), Edel (.10) regarding same; communicate with Ellman (.10), Wilson (.10), Barav-Johnson
(.20) regarding summary of revisions to miscellaneous sale procedures order for 9/15 hearing; draft hearing
summaries of changes to utilities order, NOL order, cash management order and orders for retention of
Jones Day, KPMG, Jackson Kelly, McKinsey, A&M and Rothschild (3.30); communicate with Wilson
regarding same (.10).

**JONES DAY**

Court Hearings                                                                                                          Page 2

| | | | |
|---|---|---|---|
| 09/14/15 | D BARAV-JOHNSON | 4.70 | 1,527.50 |

Draft hearing summary of changes to the miscellaneous sales procedure order (2.90); review and revise same (1.80).

| | | | |
|---|---|---|---|
| 09/14/15 | C E BLACK | 2.30 | 1,955.00 |

Review materials in preparation for 9/15 hearing.

| | | | |
|---|---|---|---|
| 09/14/15 | J B ELLMAN | 4.20 | 3,990.00 |

Review materials for hearing on sale procedures (1.70); communicate with Zeltner and Barav regarding same (.30); review materials for DIP financing hearing (2.20).

| | | | |
|---|---|---|---|
| 09/14/15 | D G HEIMAN | 2.50 | 3,000.00 |

Prepare for DIP hearing (1.0); review relevant pleadings (1.0); conference with Black regarding same (.50).

| | | | |
|---|---|---|---|
| 09/14/15 | T A WILSON | 0.60 | 420.00 |

Communicate with Zeltner, Long (Hunton), Black regarding preparations for September 15th omnibus hearing (.30); review and revise amended hearing agenda and communicate with Black, Zeltner regarding same (.30).

| | | | |
|---|---|---|---|
| 09/14/15 | O S ZELTNER | 8.40 | 3,360.00 |

Draft hearing summary for de minimis sale procedures order (.80); draft hearing summary of changes to de minimis sale procedures order (2.30); communicate with Wilson (.10), Barav-Johnson (.10) regarding same; create and compile redlines of changes to de minimis sale procedures order, NOL order, utilities order, Rothschild retention order, A&M retention order, McKinsey retention order and cash management order (.70); draft hearing summaries of changes to same (1.0); communicate with Black (.10), Wilson (.30), Long (Hunton) (.30) regarding same; communicate with Campagna (A&M) regarding changes to A&M retention order (.10); draft amended agenda for 9/15 omnibus hearing (1.10); communicate with Black (.20), Wilson (.20), Merrett (.10), Long (Hunton) (.20) regarding same; prepare hearing binder for Black for 9/15 hearing (.80).

| | | | |
|---|---|---|---|
| 09/15/15 | C E BLACK | 3.80 | 3,230.00 |

Prepare for and attend hearing in Richmond.

| | | | |
|---|---|---|---|
| 09/15/15 | J B ELLMAN | 12.40 | 11,780.00 |

Prepare for (5.20) and attend and participate in (4.30) hearing on miscellaneous asset sales, DIP Financing and other matters; conferences with Hamilton and Mazey to prepare for hearing (.70); conferences with participants during recesses to resolve matters (2.20).

| | | | |
|---|---|---|---|
| 09/15/15 | R W HAMILTON | 5.10 | 4,207.50 |

Prepare for and attend final DIP hearing.

| | | | |
|---|---|---|---|
| 09/15/15 | D G HEIMAN | 4.00 | 4,800.00 |

Conference with Dunne (Milbank) and JD team regarding DIP settlement issues in anticipation of hearing on DIP financing.(1.0); attend DIP hearing (3.0).

| | | | |
|---|---|---|---|
| 09/15/15 | O S ZELTNER | 1.90 | 760.00 |

Draft 10/6 omnibus hearing agenda (.80); review docket documents in connection with same (.30); prepare final versions of orders and redlines for submission to the court following hearing (.60); communicate with Long (Hunton) regarding same (.20).

| | | | |
|---|---|---|---|
| 09/21/15 | D BARAV-JOHNSON | 0.20 | 65.00 |

Draft and revise a notice of filing for Deloitte retention application.

| | | | |
|---|---|---|---|
| 09/25/15 | O S ZELTNER | 1.90 | 760.00 |

Draft agenda for 10/6 omnibus hearing (1.80); communicate with Merrett regarding same (.10).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **82.10** | **USD** | **57,090.00** |

JONES DAY

Employee Matters                                                                                          Page 1

09/01/15        C E BLACK                                    0.40                    340.00
Communicate with Hagen regarding defined benefit plan contribution issues.

09/01/15        D C HAGEN                                    1.40                  1,295.00
Review and analyze pension plan funding obligations and related memorandum to creditors committee
regarding same.

09/01/15        D G HEIMAN                                   1.50                  1,800.00
Telephone conference with Schaible (Davis Polk) regarding key employee incentive plan matters (.50); draft
memorandum to ANR management regarding key employee incentive plan (1.0).

09/01/15        D J MERRETT                                  2.90                  1,812.50
Draft and revise stipulation regarding funding Foundation Coal pension plan (1.20); communicate with
Black (.10), Hill (ANR) (.10) regarding Foundation Coal key employee retention plan participants; analyze
materials from Hill regarding Foundation Coal pension plan participants (.80); prepare summary of same
(.70).

09/01/15        S K PREWITT                                  1.00                    550.00
Review and attention to memorandum relating to defined benefit pension plan funding obligations to
distribute to creditors committee.

09/02/15        D S BIRNBAUM                                 0.30                    210.00
Review correspondence from Black and Easley regarding bankruptcy restructuring strategy issues.

09/02/15        C E BLACK                                    0.90                    765.00
Communicate with Merrett regarding defined benefit plan contribution issues (.30); review and comment
on draft stipulation (.60).

09/02/15        B W EASLEY                                   0.30                    240.00
Review correspondence from Black regarding strategy for bankruptcy restructuring.

09/02/15        D C HAGEN                                    0.90                    832.50
Review and analyze restricted stock unit grant issues, including impact of prepetition and postpetition
vesting dates.

09/02/15        D C HAGEN                                    0.90                    832.50
Review and analyze pension funding contribution data relating to potential postpetition contributions.

09/02/15        D G HEIMAN                                   0.50                    600.00
Communicate with Verheij (ANR) regarding key employee incentive plan (.20); prepare key employee
incentive plan documents (.30).

09/02/15        D G HEIMAN                                   0.50                    600.00
Communicate with Black regarding labor strategy.

09/02/15        D J MERRETT                                  4.20                  2,625.00
Review and revise stipulation and order regarding Foundation Coal pension plan funding (3.80);
communicate with Hill (ANR), Prewitt (.20), Black (.20) regarding same.

09/02/15        S K PREWITT                                  4.50                  2,475.00
Research and analyze available data relating to defined benefit contributions to salaried pension plan and
participants in key employee retention program (2.0); research and analyze information relating to
company's equity programs, including vesting schedules as it relates to filing (1.0); research and analyze
information relating to treatment of retiree obligations (1.50).

09/03/15        D S BIRNBAUM                                 2.10                  1,470.00
Meeting with Easley, Coleman and Brathwaite regarding preparation of memorandum regarding labor
strategy issues (.30); review memorandum and cases regarding venue analysis (.60); review research
memorandum and case law regarding labor strategy with emphasis on Fourth Circuit law (1.0); research
regarding retiree benefit issues (.20).

09/03/15        C E BLACK                                    1.70                  1,445.00
Conference with Bernstein (U.S. Trustee) regarding adjourning key employee retention plan hearing (.20);
conference with Verheij (ANR) regarding same (.10); review materials relating to collective bargaining
agreements and retiree benefits (1.20); communicate with Hagen regarding various employee benefit issues
(.20).

Employee Matters                                                                                                          Page 2

| 09/03/15 | B J COLEMAN | 2.20 | 1,045.00 |

Research regarding labor strategy (1.30); discuss same with Easley and Brathwaite (.90).

| 09/03/15 | B W EASLEY | 1.30 | 1,040.00 |

Review memorandum regarding legal standards applicable to overall labor strategy (.60); review documents and correspondence from Black, Wilson and Prewitt regarding strategy for bankruptcy restructuring (.40); conference call with Hagen and Prewitt regarding employee benefit issues in connection with bankruptcy restructuring (.30).

| 09/03/15 | D C HAGEN | 1.00 | 925.00 |

Review retiree welfare benefit data and documentation relating to salaried and hourly employees.

| 09/03/15 | D C HAGEN | 0.50 | 462.50 |

Review and analyze data relating to contributions to salaried pension plan.

| 09/03/15 | D C HAGEN | 1.80 | 1,665.00 |

Review and analyze data and proposals relating to potential retention and incentive plans and contract operation agreement.

| 09/03/15 | D G HEIMAN | 0.30 | 360.00 |

Conference with Black regarding labor issues.

| 09/03/15 | E J HERRON | 2.00 | 600.00 |

Review and analyze issues related to labor strategy (1.80); participate in call with Prewitt and Easley regarding same (.20).

| 09/03/15 | D J MERRETT | 0.40 | 250.00 |

Review employee motion and order regarding supplemental executive retirement plan payments (.20); communicate with Black regarding same (.20).

| 09/03/15 | S K PREWITT | 0.80 | 440.00 |

Communicate with Easley and Hagen regarding labor issues and research relating to retiree medical obligations (.30); research with respect to retiree medical obligations (.50).

| 09/03/15 | T A WILSON | 0.60 | 420.00 |

Communicate with Hagen, Prewitt, Easley, Black, Zeltner regarding labor strategy (.30); review correspondence and background documentation regarding Maxxim Shared Services employee (.10); revise related correspondence to employee (.10); communicate with McCallister (ANR) regarding same (.10).

| 09/04/15 | D S BIRNBAUM | 0.80 | 560.00 |

Continue research and fact investigation regarding issues related to labor strategy.

| 09/04/15 | C E BLACK | 1.70 | 1,445.00 |

Conference with Easley, Heiman, Hagen and Gaffey regarding labor and employee benefit issues and planning (1.20); review and analyze materials relating to potential key employee incentive plan program and annual incentive bonus (.50).

| 09/04/15 | B J COLEMAN | 0.60 | 285.00 |

Communicate with Easley and Black regarding labor and benefits strategy.

| 09/04/15 | B W EASLEY | 1.80 | 1,440.00 |

Review and analyze documents regarding strategy for bankruptcy restructuring (.60); conference calls with Heiman, Black, Gaffey, Hagen and Prewitt regarding strategy for bankruptcy restructuring (1.20).

| 09/04/15 | D C HAGEN | 1.00 | 925.00 |

Review and analyze data and plan documents relating to retiree welfare benefits (.50); communicate with Black and Easley regarding salaried and union retiree welfare benefits (.50)

| 09/04/15 | D C HAGEN | 0.80 | 740.00 |

Review Meridian analysis and data regarding key employee retention plan design and metrics.

| 09/04/15 | D C HAGEN | 1.40 | 1,295.00 |

Review and analyze actuarial data and analysis relating to statutory minimum pension contributions and prepetition status.

| 09/04/15 | D G HEIMAN | 1.50 | 1,800.00 |

Conference call with Black, Hagen, Gaffey and Prewitt regarding labor issues (1.0); telephone conference with Verheij (ANR) regarding key employee incentive plan (.50).

**JONES DAY**

Employee Matters                                                                                                    Page 3

| | | | |
|---|---|---|---|
| 09/04/15 | E J HERRON | 1.20 | 360.00 |

Participate in call with Prewitt, Hagen, Easley and Black regarding labor strategy (.50); discuss next steps and research plan with Prewitt and Hagen (.70).

| | | | |
|---|---|---|---|
| 09/04/15 | D J MERRETT | 0.60 | 375.00 |

Communicate with Holden (A&M) regarding independent contractor expenses (.20); review employee motion and order in connection with same (.30); communicate with Prewitt regarding PBGC Form 10 (.10).

| | | | |
|---|---|---|---|
| 09/04/15 | S K PREWITT | 2.00 | 1,100.00 |

Review and research issues relating to retiree obligations (1.50); communicate with Black and Easley regarding retiree obligations and union obligations (.50).

| | | | |
|---|---|---|---|
| 09/05/15 | E J HERRON | 6.00 | 1,800.00 |

Analyze and review data room for materials relevant to labor strategy.

| | | | |
|---|---|---|---|
| 09/06/15 | E J HERRON | 0.50 | 150.00 |

Analyze and review data room for materials relevant to labor strategy and communicate with Prewitt regarding same.

| | | | |
|---|---|---|---|
| 09/07/15 | D S BIRNBAUM | 0.50 | 350.00 |

Continue research and fact investigation regarding labor strategy.

| | | | |
|---|---|---|---|
| 09/07/15 | S K PREWITT | 0.50 | 275.00 |

Review and attention to questions from creditors committee counsel relating to pension plan funding payments required to be made in 2016.

| | | | |
|---|---|---|---|
| 09/08/15 | D S BIRNBAUM | 1.30 | 910.00 |

Meeting with Coleman regarding preparation of memorandum regarding overall labor strategy (.30); research law in connection with preparation of memorandum (.40); preliminary review of labor and employment documents in data room (.40); review pension/ OPEB summary document (.20).

| | | | |
|---|---|---|---|
| 09/08/15 | C E BLACK | 2.20 | 1,870.00 |

Call with Hagen, Banbury (ANR) and Verheij (ANR) regarding various employee issues (1.30); follow-up with client on key employee incentive plan issues (.60); review and comment on OPEB summary sheet (.30).

| | | | |
|---|---|---|---|
| 09/08/15 | B J COLEMAN | 5.00 | 2,375.00 |

Research issues related to overall labor strategy (4.60); draft and revise memorandum regarding the same (.40).

| | | | |
|---|---|---|---|
| 09/08/15 | B W EASLEY | 1.40 | 1,120.00 |

Review summary of pension and retiree benefit obligations (.40); communicate with Black regarding pension and retire benefit obligations (.20); review and revise memorandum regarding legal standards applicable to overall labor strategy (.80).

| | | | |
|---|---|---|---|
| 09/08/15 | D C HAGEN | 0.80 | 740.00 |

Review and analyze case law regarding treatment of prepetition restricted stock unit grants (.50); communicate with Banbury and others at Company regarding restricted stock units (.30).

| | | | |
|---|---|---|---|
| 09/08/15 | D C HAGEN | 0.90 | 832.50 |

Review and analyze materials provided and needed to estimate 2016 pension contributions for creditors committee.

| | | | |
|---|---|---|---|
| 09/08/15 | D C HAGEN | 0.40 | 370.00 |

Review of OPEB spreadsheet summary regarding readiness for disclosure to creditors.

| | | | |
|---|---|---|---|
| 09/08/15 | D G HEIMAN | 0.50 | 600.00 |

Conference with Hagen and Black regarding Meridian data for Schaible (Davis Polk).

| | | | |
|---|---|---|---|
| 09/08/15 | S K PREWITT | 1.60 | 880.00 |

Communicate with Banbury (ANR) regarding implications of vesting of equity awards, non-qualified deferred compensation plan and pension plan contributions (1.0); analyze available information with respect to outstanding equity awards (.30); analyze available information with respect to non-qualified deferred compensation plans and awards (.30).

| | | | |
|---|---|---|---|
| 09/09/15 | D S BIRNBAUM | 3.70 | 2,590.00 |

Draft, review and revise memorandum analyzing issues relevant to labor strategy (2.70); research law in connection with same (.90); review emails from Black regarding revisions to memorandum (.10).

JONES DAY

Employee Matters                                                                                                    Page 4

09/09/15     C E BLACK                                          2.80                    2,380.00
Review and analyze issues and research related to employee compensation issues (2.10); review and comment on memorandum on benefit issues (.70).

09/09/15     B J COLEMAN                                        11.00                   5,225.00
Research and analyze issues relevant to labor strategy (5.20); draft and revise memorandum regarding the same (5.80).

09/09/15     B W EASLEY                                         1.90                    1,520.00
Communicate with Banbury (ANR) regarding labor strategy issues in connection with bankruptcy restructuring (.30); review and revise memorandum analyzing issues relevant to labor strategy (1.30); communicate with Black regarding strategy for bankruptcy restructuring (.30).

09/09/15     D C HAGEN                                          0.90                    832.50
Review and analyze Meridian analysis of potential key employee incentive plan and data regarding current status of company performance against 2015 AIB metrics.

09/09/15     D C HAGEN                                          0.50                    462.50
Review and analyze Company data regarding restricted stock unit grants.

09/09/15     E J HERRON                                         6.00                    1,800.00
Review and analyze plans and documents related to retiree benefits and prepare chart reflecting analysis (5.80); research cases related to treatment of equity in bankruptcy (.20).

09/09/15     D J MERRETT                                        0.70                    437.50
Communicate with Black regarding equity programs (.20); review employee motion and order regarding same (.30); communicate with Coleman regarding labor strategy (.20).

09/09/15     S K PREWITT                                        5.00                    2,750.00
Review employee benefits plan documentation relating to retiree welfare benefits (.50); research information relating to vesting of restricted stock units and treatment in connection with filing (3.0); communicate with Black relating to treatment of restricted stock units and deferred compensation issues (.30); communicate with Vander Lind (ANR) regarding outstanding equity awards and additional information needed with respect to restricted stock units (.20); research information relating to deferred compensation programs and existing deferral elections and treatment in connection with filing (1.0).

09/09/15     S C WOO                                            2.00                    850.00
Research legal standards applicable to overall labor strategy (1.0); draft related portion of labor strategy memorandum (.80); review same (.20).

09/10/15     D BARAV-JOHNSON                                    0.10                    32.50
Communicate with Coleman regarding labor strategy memorandum.

09/10/15     D S BIRNBAUM                                       1.90                    1,330.00
Continue preparation of legal memorandum analyzing issues related to labor strategy (.50); review collective bargaining agreements and related documents pertaining to current labor and employment and employee benefits obligations (.80); analysis of previous United Mineworkers Union requests for information (.30); preliminary analysis of current medical plan documents (.30).

09/10/15     B J COLEMAN                                        6.90                    3,277.50
Research withdrawal liability issues (2.60); communicate with Easley regarding same (.80); review and analyze collective bargaining agreements (1.50); draft and revise a chart summarizing same (.70); participate in call regarding labor strategy with Black, Easley and Banbury (ANR) (1.30).

09/10/15     B W EASLEY                                         3.60                    2,880.00
Prepare for and participate in conference call with Banbury (ANR) and Black regarding debtor's labor strategy (2.20); review and analyze debtor's collective bargaining agreements (.50); review documents and correspondence received from Banbury (ANR), Moore (ANR) and Black regarding labor strategy issues (.70); review research and analysis regarding Fourth Circuit legal standards relevant to overall labor strategy (.40).

09/10/15     D C HAGEN                                          0.40                    370.00
Review and analyze memorandum regarding retiree welfare benefits.

09/10/15     D C HAGEN                                          0.50                    462.50
Attention to information provided to creditors committee and creditors committee response to company request to make pension contributions due post filing.

Employee Matters                                                                                     Page 5

09/10/15        D C HAGEN                                              1.30                 1,202.50
Review and analyze restricted stock unit and deferred compensation documents regarding potential Internal
Revenue Code Section 409A issues relating to pre-filing elections to defer retention awards.

09/10/15        E J HERRON                                            2.80                   840.00
Review key employee incentive awards for individuals who elected to defer compensation (1.0); discuss
issues related to deferred compensation with Hagen, Prewitt and Lyons (.50); draft chart with deferred
compensation election information (.50); discuss PBGC filing with Prewitt (.10); research proper filing with
PBGC (.50); research motions related to Section 1.409A of the Code (.20).

09/10/15        S K PREWITT                                           3.00                 1,650.00
Review and analyze available materials with respect to deferred compensation plan and related agreements,
deferral elections and retention awards to determine treatment in bankruptcy (1.0); research relating to
deferred compensation programs in connection with treatment in bankruptcy and 409A implications
thereunder (1.0); review and research information with respect to equity award treatment in bankruptcy
(.50); review and analyze available information with respect to retiree welfare programs (.50).

09/10/15        S C WOO                                               1.00                   425.00
Research regarding withdrawal liability issues.

09/11/15        D BARAV-JOHNSON                                       0.10                    32.50
Communicate with Merrett regarding due dates for objections to the key employee retention program
motion and motion to file an exhibit under seal.

09/11/15        D BARAV-JOHNSON                                       1.00                   325.00
Communicate with Merrett regarding research relating to withdrawal liability (.80); review memorandum
regarding same (.10); communicate with Woo regarding same (.10).

09/11/15        D S BIRNBAUM                                          1.90                 1,330.00
Review benefit summary prepared by Banbury (ANR) (.30); prepare confidentiality agreement for United
Mine Workers Association (.90); meeting with Easley and Woo regarding labor strategy and supporting
research/analysis (.30); analysis of Blackhawk-Patriot purchase agreement (.40).

09/11/15        C E BLACK                                             1.90                 1,615.00
Conference with Hagen, Prewitt, Banbury (ANR) and Verheij (ANR) regarding various employee related
issues and claims (.70); review key employee retention plan motion and order (.90); conference with Merrett
regarding same (.30).

09/11/15        B J COLEMAN                                           3.20                 1,520.00
Research union settlement in model chapter 11 cases (2.60); discuss labor strategy with Easley (.60).

09/11/15        B W EASLEY                                            2.90                 2,320.00
Review documents and correspondence received from Banbury (ANR) regarding pension and retiree
medical benefits issues in connection with bankruptcy restructuring (.40); communicate with Prewitt and
Eaton regarding pension, retiree medical and withdrawal liability issues (.40); communicate with Miller and
Eaton regarding withdrawal liability issues (.40); review research regarding withdrawal liability (.60);
prepare/revise confidentiality agreement for United Mine Workers Association (.40); communicate with
Black regarding confidentiality agreement (.30); review Patriot-Blackhawk purchase agreement (.40).

09/11/15        D C HAGEN                                             0.70                   647.50
Review required government filings and participant notices related to post-filing pension contributions.

09/11/15        D C HAGEN                                             3.40                 3,145.00
Attention to memorandum regarding retiree welfare benefits, retiree benefits summary from company and
applicability to general labor strategy.

09/11/15        D J MERRETT                                           0.40                   250.00
Review and revise proposed key employee retention plan order (.20); communicate with Black regarding
same (.20).

09/11/15        S K PREWITT                                           4.00                 2,200.00
Review and research information regarding missed pension contributions and required filings and
participant notices (2.0); review and research information relating to deferred compensation plan and
amounts deferred under retention award and 409A implications (1.0); review and prepare memorandum
relating to deferred compensation plan and amounts deferred under retention awards and pension plan
matters (1.0).

Employee Matters                                                                               Page 6

09/11/15        S C WOO                                          5.00                    2,125.00
Research regarding withdrawal liability issues (3.10); conference with Easley relating to research (.40); draft
summary of research (1.20); telephone conference with Merrett relating to labor strategy (.30).

09/13/15        D S BIRNBAUM                                     1.10                      770.00
Continue analysis of collective bargaining agreements and benefit plans in connection with labor strategy
(.70); review/ revise draft confidentiality agreement with United Mine Workers in connection with data
room access (.40).

09/14/15        D BARAV-JOHNSON                                  0.40                      130.00
Communicate with Merrett regarding withdrawal liability issues (.30); communicate with Woo regarding
same (.10).

09/14/15        D S BIRNBAUM                                     3.90                    2,730.00
Review bankruptcy petition (.20); review documents from client regarding United Mineworkers Union
collective bargaining agreement (.50); plan for (.30) and participate in (.50) telephone conference with
Prewitt, Easley, Hagen, Coleman and Eaton regarding labor and employment and employee benefits
restructuring strategy; finalize draft confidentiality agreement covering disclosure of documents to United
Mineworkers Union (.40); review revised draft memorandum regarding labor strategy (.30); continue review
of collective bargaining agreements and benefits plans (.80); review pleading from Patriot case (.60); review
pleadings regarding DIP financing (.20).

09/14/15        C E BLACK                                        1.00                      850.00
Conference with Wilson regarding Northern Continental issues (.20); review various employee issues and
claims (.80).

09/14/15        B J COLEMAN                                      3.90                    1,852.50
Revise memorandum regarding issues related to overall labor strategy (1.50); communicate with Easley,
Hagen, Birnbaum, Herron and Eaton regarding labor strategy (.60); review and analyze collective bargaining
agreements (.90); draft and revise a chart summarizing same (.90).

09/14/15        B W EASLEY                                       3.10                    2,480.00
Review summary of contract language proposals for United Mine Workers Association negotiations and
correspondence from Moore (ANR) regarding same (.40); conference call with Hagen, Prewitt and Eaton
regarding pension, retiree medical and withdrawal liability issues (.60); review/analysis of United Mine
Workers Association collective bargaining agreements and 1974 United Mine Workers Association pension
plan documents (.70); continue research/analysis regarding withdrawal liability issues (.60); review revisions
to confidentiality agreement for United Mine Workers Association (.40); communicate with Black and
Coleman regarding bankruptcy strategy issues and confidentiality agreement (.40).

09/14/15        M F EATON                                        2.00                    1,400.00
Review and analyze background and factual materials related to employee issues.

09/14/15        D C HAGEN                                        3.60                    3,330.00
Review of authorities and revisions to memorandum regarding application of pre-filing compensation
deferral elections to retention payments and impact of Internal Revenue Code Section 409A.

09/14/15        D C HAGEN                                        1.80                    1,665.00
Review of authorities and revisions to memorandum regarding bankruptcy treatment of pension
contributions and related taxes.

09/14/15        D C HAGEN                                        1.50                    1,387.50
Review and analyze case law applicable to bankruptcy treatment of prepetition restricted stock unit awards.

09/14/15        E J HERRON                                       2.70                      810.00
Communicate with Hagen, Prewitt, Easley and Eaton regarding document review related to labor strategy
(1.0); revise memorandum to client related to deferred compensation and equity (1.50); review summary
plan descriptions (.20).

09/14/15        D J MERRETT                                      0.70                      437.50
Communicate with Coleman regarding document production (.20); communicate with Harrison (ANR)
regarding same (.20); review and respond to correspondence from Wilson regarding contractual obligation
to Northern Continental to make pension payments (.30).

JONES DAY

Employee Matters                                                                                            Page 7

---

09/14/15      S K PREWITT                                    5.50                    3,025.00
Research information in connection with deferred compensation plan and retention awards (4.0);
communicate with company to discuss deferral elections in connection with retention awards (.30); revise
draft of memorandum in connection with current employee benefits issues relating to deferred
compensation plan and pension plan minimum required contributions (1.20).

09/14/15      T A WILSON                                     0.50                     350.00
Review correspondence related to request for payment of union employee health benefits and
communicate with Merrett, Harrington (ANR), Barragate, Black regarding same.

09/15/15      D S BIRNBAUM                                   1.90                    1,330.00
Continue revisions to memorandum regarding overall labor strategy (.60); continue analysis of current
collective bargaining agreements (.40); review summary of collective bargaining agreements in data room
(.40); finalize draft confidentiality agreement with United Mine Workers Association (.20); analysis of 1974
pension plan (.30).

09/15/15      C E BLACK                                      2.00                    1,700.00
Conference with Verheij (ANR) regarding various employee-related issues (.60); review related materials in
preparation for meetings at company (1.40).

09/15/15      B J COLEMAN                                    0.80                     380.00
Review and analyze collective bargaining agreements (.40); draft and revise chart summarizing same (.40).

09/15/15      B W EASLEY                                     1.20                     960.00
Revise and finalize legal analysis regarding overall labor strategy (.70); correspondence to Verheij (ANR),
Banbury (ANR) and Black regarding same (.30); review revised summary of contract language proposals for
United Mine Workers Association negotiations (.20).

09/15/15      M F EATON                                      0.50                     350.00
Conduct due diligence regarding union benefit plans.

09/15/15      J N EDEL                                       5.80                    1,885.00
Research and draft memorandum regarding definition of "retiree benefits" under section 1114(a) of the
Bankruptcy Code.

09/15/15      D C HAGEN                                      0.50                     462.50
Attention to issues relating to non-union retiree welfare benefits, including analysis of plan documents.

09/15/15      D C HAGEN                                      0.80                     740.00
Attention to memorandum regarding bankruptcy treatment of pension contributions and related taxes.

09/15/15      D C HAGEN                                      0.80                     740.00
Review and analyze tax issues related to application of compensation deferral elections to retention
payments and modifications to proposed order to address tax issues.

09/15/15      E J HERRON                                     6.80                    2,040.00
Review welfare benefit plans for survivorship provision information (1.50); analyze welfare benefit plans
and edit chart containing information related to those plans (2.0); discuss action plan related to welfare
benefit plan review and union documentation with Prewitt, Hagen and Eaton (.50); edit memorandum to
client regarding deferred compensation and issues related to equity (.50); review data room and analyze
documents within to classify as union or non-union and to determine whether related to retiree benefits,
and draft chart and list of follow-up questions (2.30).

09/15/15      D J MERRETT                                    2.00                    1,250.00
Communicate with Wilson regarding Northern Continental pension plan matter (.30); communicate with
Harrington (ANR) (.30), Banbury (ANR) (.20) regarding same; review Northern Continental contract in
connection with same (.50); review research regarding same (.60); communicate with Edel regarding same
(.10).

09/15/15      S K PREWITT                                    5.50                    3,025.00
Review and analyze employee benefits information contained in data room with respect to retiree welfare
benefits for both union and non-union employees (4.50); review and attention to deferred compensation
and pension plan issues and memorandum relating to the same (1.0).

Employee Matters                                                                                          Page 8

09/15/15      T A WILSON                                  1.20                         840.00
Communicate with Harrington (ANR), Shockley (ANR), Barragate, Merrett regarding payments made to
Northern Continental (.90); communicate with Edel regarding follow up research related to same (.20);
review research and communicate with Edel, Merrett regarding same (.10).

09/16/15      D BARAV-JOHNSON                              5.90                       1,917.50
Research and analyze authority regarding withdrawal liability (includes WESTLAW) (2.30); communicate
with Woo regarding same (.40); research and analyze United Mine Workers Association filings related to
pension obligations in similar cases (3.20).

09/16/15      D S BIRNBAUM                                 1.40                         980.00
Review planning materials (.30); continue analysis of collective bargaining agreements and benefit plans
(.60); continue analysis of issues related to overall labor strategy (.50).

09/16/15      C E BLACK                                    2.40                       2,040.00
Prepare for and attend meeting with client regarding various employee-related issues.

09/16/15      B W EASLEY                                   1.70                       1,360.00
Review strike contingency planning materials and correspondence from Moore (ANR) regarding same (.80);
continue review and analysis of labor relations materials and collective bargaining agreements (.70);
communicate with Black regarding labor relations issues in connection with ANR bankruptcy (.20).

09/16/15      D C HAGEN                                    0.50                         462.50
Review and analyze non-union retiree welfare benefits and general labor strategy.

09/16/15      D C HAGEN                                    0.80                         740.00
Review and analyze governmental filings and participant notices regarding pension contributions.

09/16/15      D C HAGEN                                    0.90                         832.50
Attention to proposal to continue retention agreements and 409A tax issues relating to deferral of retention
payments.

09/16/15      D G HEIMAN                                   0.50                         600.00
Review memoranda regarding key employee incentive plan issues.

09/16/15      E J HERRON                                   9.60                       2,880.00
Participate in call with client, Black, Prewitt and Hagen regarding employee benefits matters including
compensation issues (1.50); communicate with Prewitt regarding discussions with company and develop
plan for addressing various concerns raised (.70); review data room to finish categorizing relevant retiree
welfare benefits documents (2.60); review, analyze and draft chart relating to union sponsored retiree
welfare plans (2.10); research and analyze cases related to the treatment of equity awards in the context of a
bankruptcy (2.70).

09/16/15      D J MERRETT                                  4.10                       2,562.50
Research regarding Northern Continental pension liability (2.50); communicate with Harrington (ANR)
(.40), Black (.20) regarding same; review information requests from U.S. Trustee regarding key employee
retention plan motion (.20); review documents previously collected for responsiveness to same (.80).

09/16/15      S K PREWITT                                  6.20                       3,410.00
Communicate with company personnel to discuss open benefits issues relating to retiree medical, deferred
compensation and equity matters (1.70); review information relating to deferred compensation and equity
matters in advance of call (.50); research and analyze information relating to filing requirements triggered by
failure to make minimum required contributions including Form 10 and Section 4010 matters (3.0); review
and analyze available information relating to retiree welfare benefits (1.0).

09/16/15      T A WILSON                                   0.40                         280.00
Communicate with Merrett regarding research regarding definition of employee as used in section 1114
(.30); review correspondence related to same (.10).

09/16/15      S C WOO                                      0.50                         212.50
Communicate with Barav-Johnson regarding withdrawal liability.

Employee Matters | | Page 9

| | | | |
|---|---|---|---|
| 09/17/15 | D BARAV-JOHNSON | 4.10 | 1,332.50 |

Research and analyze United Mine Workers Association filings related to pension obligations in similar cases (includes WESTLAW) (.90); review and analyze authority regarding withdrawal liability (includes WESTLAW) (.70); organize analysis of same in preparation for conference with Easley, Woo and Merrett (.20); communicate with Merrett regarding analysis of same (.40); conference with Woo, Easley and Merrett regarding same (.40); research and review labor-related filings in comparable chapter 11 cases (includes WESTLAW) (1.50).

| | | | |
|---|---|---|---|
| 09/17/15 | D S BIRNBAUM | 0.30 | 210.00 |

Review documents pertaining to retirement benefit issues (including "30 and out" retirements).

| | | | |
|---|---|---|---|
| 09/17/15 | D Y DEFINO | 2.10 | 630.00 |

Read and review September 2014 Actuarial Report for Alpha Natural Resources Retirement Plan for Salaried Employees of Foundation Coal and compare information contained in report to required information in PBGC Form 10 instructions.

| | | | |
|---|---|---|---|
| 09/17/15 | D Y DEFINO | 3.40 | 1,020.00 |

Read and review PBGC Form 10 form, instructions for PBGC Form 10, and PBGC Regulations on 29 CFR 4043 to prepare for drafting Form 10 for Foundation Coal Salaried Benefit Plan's contribution.

| | | | |
|---|---|---|---|
| 09/17/15 | D Y DEFINO | 1.00 | 300.00 |

Begin drafting bullet point list of required information to be filed with PBGC Form 10 filing for contribution to the Retirement Plan for Salaried Employees of Foundation Coal.

| | | | |
|---|---|---|---|
| 09/17/15 | B W EASLEY | 1.20 | 960.00 |

Plan/prepare for labor strategy meeting (.40); review documents and correspondence received from Moore (ANR) and Lhota regarding pension and retiree medical issues (.40); conference call with Merrett, Barav-Johnson and Woo regarding treatment of withdrawal liability under the Bankruptcy Code (.40).

| | | | |
|---|---|---|---|
| 09/17/15 | M F EATON | 1.20 | 840.00 |

Conduct due diligence on union benefit plans.

| | | | |
|---|---|---|---|
| 09/17/15 | D C HAGEN | 3.00 | 2,775.00 |

Review, analysis and preparation of comments on company's proposed response to PBGC information request and proposed PBGC confidentiality agreement.

| | | | |
|---|---|---|---|
| 09/17/15 | D C HAGEN | 0.90 | 832.50 |

Attention to diligence review of retiree welfare benefit plan materials relating to salaried welfare benefits.

| | | | |
|---|---|---|---|
| 09/17/15 | E J HERRON | 5.90 | 1,770.00 |

Review, analyze and draft chart relating to union sponsored retiree welfare plans (3.10); participate in discussion with client, Hagen and Prewitt regarding PBGC and filings (.80); discuss chart related to welfare benefits with Prewitt (.50); revise chart related to retiree welfare benefits and communicate with Eaton, Hagen and Prewitt regarding same (.50); research and analyze cases related to plan terminations (1.0).

| | | | |
|---|---|---|---|
| 09/17/15 | D J MERRETT | 2.80 | 1,750.00 |

Conference with Easley, Woo, Barav-Johnson regarding withdrawal liability (.30); communicate with Barav-Johnson regarding same (.50); communicate with Black regarding Northern Continental benefit payments (.20); communicate with Harrington (ANR) (.20), Marko (ANR) (.10), Shockley (ANR) (.10) regarding same; review and analyze documents relating to transaction (1.40).

| | | | |
|---|---|---|---|
| 09/17/15 | S K PREWITT | 4.50 | 2,475.00 |

Research relating to termination premiums in connection with potential PBGC interaction relating to pension plans (2.0); review and attention to welfare benefit diligence relating to retiree benefits (1.0); review motion relating to key employee retention plan, retention agreements and deferred compensation plan (1.50).

| | | | |
|---|---|---|---|
| 09/17/15 | T A WILSON | 0.10 | 70.00 |

Review correspondence related to payment of obligations to Northern Continental.

| | | | |
|---|---|---|---|
| 09/18/15 | D BARAV-JOHNSON | 1.00 | 325.00 |

Research regarding labor-related filings in comparable chapter 11 cases (.80); communicate with Merrett regarding extension of certain benefits (.20).

| | | | |
|---|---|---|---|
| 09/18/15 | D S BIRNBAUM | 0.80 | 560.00 |

Continue analysis of current collective bargaining agreements and employee benefits programs.

JONES DAY

Employee Matters                                                                                         Page 10

09/18/15        C E BLACK                                      1.90                    1,615.00
Review materials relating to labor strategy issues (.90); conference with Hagen, Prewitt and Eaton regarding employee benefit issues (.60); review materials relating to pension issues (.40).

09/18/15        D Y DEFINO                                     3.40                    1,020.00
Review the list of required information for the Form 10 filing, compare to information contained in September 2014 Actuarial Report, and communicate with Prewitt and L. Herron regarding same.

09/18/15        B W EASLEY                                     2.30                    1,840.00
Continue review/analysis of United Mine Workers Association collective bargaining agreements, retiree medical benefits and United Mine Workers Association 1974 pension plan obligations (.60); review research regarding withdrawal liability (.60); review/analysis of operating plan for long wall mining operations (.40); review wage analysis for ANR's organized mining operations (.40); communicate with Moore (ANR), Black and Ellman regarding treatment of United Mine Workers Association collective bargaining agreements (.30).

09/18/15        M F EATON                                      1.80                    1,260.00
Conduct due diligence on employee benefit plans.

09/18/15        D C HAGEN                                      2.70                    2,497.50
Review, analyze and revise memorandum summarizing PBGC premiums (2.0); attention to salaried retiree welfare benefit plan documents (.70).

09/18/15        E J HERRON                                     5.10                    1,530.00
Prepare for labor strategy conference call, including review of case law (2.0); participate in call relating to labor strategy with Black, Hagen, Prewitt, Eaton, Wilson and Merrett (1.0); review Form 10 filing information and discuss with Prewitt (1.0); participate in call with client, Prewitt and Eaton regarding retiree welfare benefit plans (.60); discuss issues related to benefit plans with Prewitt and Hagen (.50).

09/18/15        D J MERRETT                                    5.10                    3,187.50
Communicate with Shockley (ANR), Marko (ANR), Black, Harrington regarding Northern Continental pension obligation (.40); communicate separately with Black (.30), Hall (.10) regarding same; review and analyze pleadings related to retiree benefits (.80); revise key employee retention plan information requests received from Bernstein (U.S. Trustee) (.50); communicate with Black (.10), Bernstein (.30) regarding same; prepare information requests for client in connection with same (2.60).

09/18/15        S K PREWITT                                    3.50                    1,925.00
Review and analyze information relating to retiree welfare arrangements (1.70); discuss retiree welfare programs with company personnel (.30); review and analyze requirements in connection with Form 10 filing with PBGC (1.30); communicate with actuary regarding necessary information in connection with Form 10 filing (.20).

09/18/15        T A WILSON                                     0.60                      420.00
Participate in conference call with Black, Merrett, Hagen, Eaton, Prewitt regarding strategy related to employee benefits.

09/20/15        B W EASLEY                                     1.80                    1,440.00
Plan/prepare for meeting with Alpha Natural Resources regarding labor strategy issues and treatment of United Mine Workers Association collective bargaining agreements (.40); review/analysis of United Mine Workers Association collective bargaining agreements and workforce demographics (1.40).

09/20/15        M F EATON                                      2.20                    1,540.00
Conduct due diligence of employee benefit plans.

09/21/15        D S BIRNBAUM                                   1.70                    1,190.00
Review email correspondence and documents pertaining to labor strategy (1.50); communicate with Black regarding United Mine Workers Association confidentiality agreement (.20)

09/21/15        C E BLACK                                      2.80                    2,380.00
Conference with Rothschild regarding employee issues (1.0); attend and participate in meeting with Company regarding employee issues (1.80).

Employee Matters                                                                                          Page 11

---

09/21/15      B W EASLEY                               8.50                6,800.00
Prepare for and attend meeting with Verheij (ANR), Moore (ANR), Banbury (ANR), Hill (ANR), Lhota,
Matras, Manno (ANR), Gillenwater, Robertson (Hunton & Williams) and Woodrum (Ogletree Deakins)
regarding labor strategy issues and collective bargaining agreements (6.80); communicate with Moore
(ANR), Chou (Rothschild), Heiman and Black regarding collective bargaining agreements (.80); telephone
conference with Heiman and Black regarding same (.40); review correspondence from Black regarding
United Mine Workers Association confidentiality agreement (.20); communicate with Black and Eaton
regarding retiree medical benefits (.30).

09/21/15      M F EATON                                3.80                2,660.00
Conduct due diligence of employee benefit plans.

09/21/15      J B ELLMAN                               1.00                950.00
Attend preparation call with Rothschild and Jones Day teams regarding planning related to labor strategy.

09/21/15      D C HAGEN                                0.80                740.00
Review, analyze and revise memorandum regarding status of multiple benefit issues including pension
issues with PBGC.

09/21/15      D G HEIMAN                               1.20                1,440.00
Conference call with Rothschild regarding labor strategy (.70); conference with Easley regarding labor
strategy (.50).

09/21/15      E J HERRON                               1.10                330.00
Analyze labor strategy issues and draft list of action items (.90); discuss open items with Prewitt (.20).

09/21/15      D J MERRETT                              1.60                1,000.00
Review retention agreements (1.20); communicate with Bernstein (U.S. Trustee) (.30), Bateman (ANR) (.10)
regarding same.

09/21/15      S K PREWITT                              2.00                1,100.00
Review and attention to matters relating to defined benefit pension plans and Form 10 filing (1.0); review
and analyze outstanding issues relating to defined benefit pension plan in advance of call with PBGC (.50);
attention to issues relating to key employee retention plan and key employee incentive plan (.50).

09/22/15      D S BIRNBAUM                             0.30                210.00
Review data regarding retiree benefits liabilities.

09/22/15      B W EASLEY                               1.60                1,280.00
Review documents and correspondence received from Moore (ANR) regarding pension liabilities (.40);
review/analysis of Gateway Eagle Coal Company - United Mine Workers Association collective bargaining
agreement (.40); communicate with Heiman and Black regarding treatment of United Mine Workers
Association collective bargaining agreements (.80).

09/22/15      M F EATON                                1.20                840.00
Review and analyze treatment of non-union retiree benefits.

09/22/15      D C HAGEN                                0.50                462.50
Attention to proposal to cancel restricted stock unit grants.

09/22/15      D C HAGEN                                0.70                647.50
Attention to PBGC and governmental filing issues related to pension plan and communicate with PBGC
regarding pension plans.

09/22/15      D C HAGEN                                0.90                832.50
Review status of motion to continue prepetition retention agreements and communicate with creditors
committee counsel regarding retention agreements.

09/22/15      D G HEIMAN                               0.50                600.00
Conference with Easley regarding labor time line.

JONES DAY

Employee Matters                                                                                          Page 12

09/22/15      E J HERRON                                        4.80                    1,440.00
Review retiree welfare benefit plans and communicate with Prewitt regarding same (.60); participate in call
with client, PBGC, Prewitt and Hagen regarding pension contributions and information requests (.80);
summarize PBGC call (.10); review and analyze PBGC information request and Alpha's proposed
responses (.50); participate in call with client, Prewitt and Hagen regarding vesting of equity awards (.50);
discuss letter to participants and memorandum to auditors with Prewitt (.50); draft memorandum regarding
the vesting of equity awards and discuss with Prewitt (1.20); draft letter to participants regarding the vesting
of equity awards (.60).

09/22/15      D J MERRETT                                       4.10                    2,562.50
Draft responses to Bernstein (U.S. Trustee) regarding key employee retention plan motion information
requests (1.80); communicate with Bernstein regarding same (.20); communicate with Sullivan (A&M)
regarding outside director compensation (.30); review bylaws (1.10); communicate with Bernstein (.20),
Harrison (ANR) (.40) regarding same; communicate with Andrieni regarding director and officer insurance
(.10).

09/22/15      S K PREWITT                                       3.00                    1,650.00
Review and attention to defined benefit pension plan matters in advance of call with PBGC (1.0);
participate in call with PBGC relating to defined benefit pension plan matters (.50); attention to issues
relating to retiree welfare benefits and participant information (.50); review and attention to equity matters
in advance of call with client (.20); participate in call with client to discuss treatment of equity awards (.30);
communicate with call participants and company relating to treatment of equity awards (.50).

09/23/15      D S BIRNBAUM                                      1.10                      770.00
Communication to Banbury (ANR), Moore (ANR) and Verheij (ANR) regarding United Mine Workers
Association draft non-disclosure agreement (.20); communicate with Easley and Eaton regarding benefits
issues (.30); meeting with Easley and Coleman regarding labor strategy issues (.60).

09/23/15      B J COLEMAN                                       1.20                      570.00
Discuss labor strategy with Easley, Birnbaum, Eaton and Woo.

09/23/15      D Y DEFINO                                        5.70                    1,710.00
Review required information in Form 10 instructions to be included with Form 10 for pension contribution
(1.0); draft attachment to be included with Form 10 that contains required information (1.0); research types
of plans covered by Form 10 instructions and other Debtor plans might be included on Form 10 filing
(2.0); communicate with Prewitt regarding update on actuarial information and plans to file Form 10 for
pension contributions (.20); draft letter to Plan employees regarding pension contributions (1.50).

09/23/15      B W EASLEY                                        1.10                      880.00
Communicate with Verheij (ANR), Moore (ANR) and Banbury (ANR) regarding United Mine Workers
Association confidentiality agreement (.20); conference call with Birnbaum, Coleman and Eaton regarding
pension and retiree medical issues (.30); meeting with Birnbaum and Coleman regarding labor strategy and
timing (.60)

09/23/15      M F EATON                                         5.70                    3,990.00
Research regarding labor strategy (3.60); conduct due diligence on employee benefit plans (2.10).

09/23/15      D C HAGEN                                         1.00                      925.00
Review and analyze funding and contribution issues raised by PBGC regarding pension plans.

09/23/15      E J HERRON                                        3.80                    1,140.00
Review and analyze client's proposed response to PBGC questions (1.0); discuss memorandum and letter
regarding equity disposition with Prewitt (.80); revise memorandum and letter regarding equity disposition
(1.50); research and analyze cases relating to disposition of equity in bankruptcy (.50).

09/23/15      D J MERRETT                                       1.20                      750.00
Communicate with Healey, Zeltner regarding withdrawal liability (.10); communicate with Barav-Johnson
regarding same (.20); respond to inquiry from Prewitt regarding key employee retention plan motion
discretionary pool (.10); communicate with Andrieni regarding director/officer insurance coverage (.10);
communicate with Bateman, Banbury (ANR), Vander Lind (ANR) regarding same (.10); communicate with
Verheij (ANR) regarding same (.20); communicate with Black regarding officers of the debtors (.20);
communicate with Verheij (ANR) regarding same (.10); follow-up with Bateman, Banbury (ANR), Vander
Lind regarding same (.10).

Employee Matters                                                                                    Page 13

09/23/15        S K PREWITT                              3.50                   1,925.00
Research relating to vesting and settlement of equity awards (1.50); review and revise memorandum relating
to equity treatment (1.50); attention to matters relating to Form 10 filing with PBGC (.50).

09/23/15        S C WOO                                  1.80                     765.00
Communicate with Easley relating to compilation of employee-related data (.60); compile same (1.20).

09/24/15        D S BIRNBAUM                             1.40                     980.00
Review Alpha Natural Resources' financial statements (.70); meetings with Easley, Coleman, and Woo
regarding labor strategy issues (.40); review due diligence to be collected in connection with labor strategy
(.30).

09/24/15        C E BLACK                                0.80                     680.00
Review materials relating to key employee retention plan information requests from U.S. Trustee (.60);
conference with Merrett regarding responses (.20).

09/24/15        B J COLEMAN                              1.40                     665.00
Review and analyze labor-related due diligence requests in model bankruptcies (.50); draft and revise a
diligence list for responding to potential United Mine Workers Association information requests (.50);
discuss labor strategy with Easley, Birnbaum, Woo and Eaton (.40).

09/24/15        D Y DEFINO                               2.70                     810.00
Draft cover letter to include with Form 10 filing and circulate drafts of all documents to Prewitt and
Herron.

09/24/15        B W EASLEY                               1.80                   1,440.00
Draft potential court filings related to labor strategy (.80); communicate with Black, Merrett and Eaton
regarding same (.40); draft list of information needed in connection with same (.60).

09/24/15        M F EATON                                5.70                   3,990.00
Conduct due diligence of benefit plans (4.80); communicate with internal personnel regarding potential
pleadings (.90).

09/24/15        D C HAGEN                                0.50                     462.50
Preparation for and participation in conference call with counsel for creditors committee regarding
committee position on retention agreements.

09/24/15        D C HAGEN                                0.80                     740.00
Review and analyze PBGC concerns and follow up on regarding pension plan issues.

09/24/15        E J HERRON                               3.80                   1,140.00
Review Form 10 information prepared by Defino (1.0); participate in call with Hagen, Prewitt, Merrett and
counsel for creditors committee regarding key employee retention program motion (.50); follow-up with
Prewitt and review retention agreements referenced on call (.50); revise memorandum regarding disposition
of equity grants (1.0); revise notice to participants regarding equity grants (.30); discuss memorandum and
notice to participants with Prewitt (.50).

09/24/15        D J MERRETT                              4.00                   2,500.00
Communicate with Banbury (ANR) (.10), Black (.10) regarding officer appointments in connection with key
employee retention plan motion; review and analyze compensation worksheet for U.S. Trustee (.30);
communicate with Bernstein (U.S. Trustee) regarding same (.20); communicate with Black regarding same
(.30); review Patriot key employee retention plan materials in connection with same (.40); draft response to
Bernstein (U.S. Trustee) regarding information requests (.80); review proposed response to committee
regarding key employee retention plan motion (.20); communicate with Grady (A&M) regarding same (.10);
conference with Shah (Milbank), Hagen, Prewitt regarding key employee retention plan (.30); communicate
with Black regarding same (.10); review and revise response to U.S. Trustee information requests to include
additional compensation information (.50); communicate with Bernstein (U.S. Trustee) regarding same
(.10); communicate with Black regarding Northern Continental pension obligations (.20); communicate
with Harrington (ANR) regarding same (.10); communicate with Woo regarding withdrawal liability (.10);
communicate with Barav-Johnson regarding same (.10).

09/24/15        S K PREWITT                              0.80                     440.00
Review and attention to key employee incentive and retention matters (.50); call with creditors committee
counsel relating to key employee retention program (.30).

Employee Matters                                                                                    Page 14

09/24/15          S C WOO                                        1.20                       510.00
Communicate with Easley regarding labor-related pleadings (.70); review financial reports for ANR (.50).

09/25/15          D BARAV-JOHNSON                                5.80                     1,885.00
Research priority of certain claims triggered post-petition (includes WESTLAW and LEXIS) (3.40); redact
the lists of employee retention information for the key employee retention plan motion (1.90); edit same
(.50).

09/25/15          D S BIRNBAUM                                   1.50                     1,050.00
Review and revise due diligence list pertaining to United Mine Workers Association issues (.40); analysis of
model labor pleadings (1.10)

09/25/15          C E BLACK                                      1.60                     1,360.00
Conference with Bernstein (U.S. Trustee) regarding key employee retention plan issues (.30); review and
comment on revised exhibits (.60); research regarding multi-employer pension plan issues (.70).

09/25/15          B J COLEMAN                                    2.80                     1,330.00
Review and analyze model information requests in labor proceedings (1.0); draft and revise diligence list for
responding to potential United Mine Workers Association information requests (1.0); discuss same with
Easley and Eaton (.80).

09/25/15          D Y DEFINO                                     1.40                       420.00
Review comments from Prewitt on draft Form 10 documents (.70); revise Form 10 documents (.70).

09/25/15          B W EASLEY                                     1.80                     1,440.00
Draft documents related to labor strategy (.70); research regarding same (.60); continue revisions of related
list of information needed (.50).

09/25/15          M F EATON                                      0.90                       630.00
Conduct due diligence on employee benefit plans.

09/25/15          E J HERRON                                     2.90                       870.00
Discuss Form 10 filing with Prewitt (.50); review and analyze Form 10 filing and communicate with Prewitt
regarding same (1.0); review client's proposed response to PBGC and communicate with Prewitt regarding
same (.90); discuss issues related to response to PBGC with Prewitt (.50).

09/25/15          D J MERRETT                                    1.50                       937.50
Communicate with Black regarding Northern Continental (.20); communicate with Black regarding key
employee retention plan motion (.60); review key employee retention plan motion in connection with same
(.30); communicate with Bernstein (U.S. Trustee) regarding same (.20); communicate with Barav-Johnson
regarding same (.10); communicate with Wilson regarding retiree benefits (.10).

09/25/15          S K PREWITT                                    2.10                     1,155.00
Review and revise Form 10 filing and related information (1.50); review and attention to treatment of equity
(.60).

09/25/15          T A WILSON                                     1.30                       910.00
Communicate with Barav-Johnson regarding model labor motions (.10); review same and case law
addressing retiree benefit issues (1.20).

09/26/15          D BARAV-JOHNSON                                4.00                     1,300.00
Revise and review redacted list of retention information for the key employee retention plan motion (.50);
revise memorandum regarding withdrawal liability issues (3.50).

09/26/15          S C WOO                                        0.20                        85.00
Communicate with M. Eaton relating to diligence list.

09/27/15          D BARAV-JOHNSON                                0.60                       195.00
Revise and review redacted list of retention information for key employee retention plan motion (.50);
review same for accuracy of retention payment amounts (.10).

09/27/15          D S BIRNBAUM                                   2.60                     1,820.00
Continue analysis of labor-related pleadings and decisions in previous cases in connection with preparing
labor strategy (1.60); review welfare benefits summary chart (.60); review document index pertaining to
employee benefits documents in data room (.20); review Eaton's comments to due diligence list regarding
information to be made available to United Mine Workers Association (.20).

JONES DAY

Employee Matters                                                                           Page 15

---

09/27/15        B W EASLEY                              0.80                        640.00
Review and analyze documents pertaining to ANR's retiree medical programs (.40); revise document list pertaining to labor and retiree medical issues (.40).

09/27/15        M F EATON                               3.20                      2,240.00
Conduct due diligence on employee benefits plans (2.80); communicate with client about follow up requests regarding same (.40).

09/27/15        E J HERRON                              0.80                        240.00
Review documents related to retiree medical plan and communicate with Eaton regarding same.

09/27/15        D J MERRETT                             0.40                        250.00
Review revised key employee retention plan annex (.30); communicate with Barav-Johnson regarding same (.10).

09/27/15        S K PREWITT                             0.20                        110.00
Review and attention to questions relating to retiree medical programs.

09/27/15        S C WOO                                 0.30                        127.50
Review information relating to welfare benefit plans (.20); correspondence from Eaton relating to diligence list (.10).

09/28/15        D BARAV-JOHNSON                         4.20                      1,365.00
Revise memorandum regarding withdrawal liability issues (2.70); research priority of certain claims triggered post-petition (includes WESTLAW and LEXIS) (1.50).

09/28/15        D S BIRNBAUM                            1.80                      1,260.00
Meetings with Coleman and Easley regarding preparation of labor strategy (.50); continue research and fact investigation in support of labor strategies (.60); communicate with Moore (ANR) regarding non-disclosure agreement with United Mine Workers Association in connection with request for data room access (.20); continue analysis of withdrawal liability issues (.30); continue analysis of data collection issues relating to provision of documents and data to United Mine Workers Association (.20).

09/28/15        C E BLACK                               1.30                      1,105.00
Review and comment on revised key employee retention plan order (.40); conference with Bernstein (U.S. Trustee) regarding key employee retention plan issues (.30); review and analyze revised key employee retention plan exhibit and other related documents (.60).

09/28/15        B J COLEMAN                             1.20                        570.00
Discuss the creation of a private United Mine Workers Association data room, withdrawal liability issues, and the applicability of the stay to labor arbitrations with Easley and Merrett (.30); draft and revise diligence list for responding to potential United Mine Workers Association information requests (.90).

09/28/15        D Y DEFINO                              2.10                        630.00
Revise documents for Form 10 filing and communicate with Prewitt and Herron regarding same.

09/28/15        B W EASLEY                              1.40                      1,120.00
Draft documents related to labor strategy (.60); continue revision of draft list of information needed in connection with same (.50); communicate with Merrett and Coleman regarding establishment of data room for United Mine Workers Association negotiations (.30).

09/28/15        M F EATON                               1.70                      1,190.00
Conduct due diligence on employee benefit plans.

09/28/15        D C HAGEN                               0.40                        370.00
Review and revise PBGC filings on Form 10 and in response to PBGC information requests.

09/28/15        E J HERRON                              0.30                         90.00
Discuss response to PBGC with Prewitt (.10); edit response to PBGC (.20).

09/28/15        D J MERRETT                             3.20                      2,000.00
Communicate with Black (.20), Laukitis (.10), Bateman (ANR) (.10) regarding key employee retention plan motion; research regarding insider issues (1.40); communicate with Coleman (.10), Morley (Rothschild) (.10) regarding private data room for United Mine Workers Association; communicate with Shah (Milbank) regarding key employee retention plan motion (.20); review and revise proposed order in connection with same (.80); communicate with Black regarding same (.20).

JONES DAY

Employee Matters                                                                                    Page 16

| | | | |
|---|---|---|---|
| 09/28/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Harrington (ANR) regarding Northern Continental obligations.

| | | | |
|---|---|---|---|
| 09/28/15 | S K PREWITT | 1.00 | 550.00 |

Review and attention to PBGC response letter and Form 10 filing.

| | | | |
|---|---|---|---|
| 09/29/15 | D BARAV-JOHNSON | 1.80 | 585.00 |

Review and revise memorandum regarding withdrawal liability issues (1.60); communicate with Merrett regarding same (.20).

| | | | |
|---|---|---|---|
| 09/29/15 | D S BIRNBAUM | 2.20 | 1,540.00 |

Meeting with Coleman, Woo and Easley regarding labor strategy (.40); telephone conference with Easley and Eaton regarding labor strategy (.20); continue research and fact investigation in support of labor strategy (.60); review email correspondence from Moore (ANR) regarding proposed revisions to draft non-disclosure agreement with United Mine Workers Association (.20); preliminary analysis of business plan power point (.80)

| | | | |
|---|---|---|---|
| 09/29/15 | B W EASLEY | 1.60 | 1,280.00 |

Review correspondence from Moore (ANR) regarding revisions to draft United Mine Workers Association non-disclosure agreement (.20); draft documents related to labor strategy (.60); communicate with Wilson and Eaton regarding same (.40); review research regarding withdrawal liability issues (.40).

| | | | |
|---|---|---|---|
| 09/29/15 | M F EATON | 4.60 | 3,220.00 |

Conduct due diligence on employee benefit plans (3.50); draft documents related to labor strategy (1.10).

| | | | |
|---|---|---|---|
| 09/29/15 | D G HEIMAN | 0.50 | 600.00 |

Conference with Black regarding labor strategy.

| | | | |
|---|---|---|---|
| 09/29/15 | E J HERRON | 0.20 | 60.00 |

Revise response to PBGC letter.

| | | | |
|---|---|---|---|
| 09/29/15 | D J MERRETT | 3.90 | 2,437.50 |

Review and revise memorandum regarding withdrawal liability issues (3.70); communicate with Barav-Johnson regarding same (.20).

| | | | |
|---|---|---|---|
| 09/29/15 | S K PREWITT | 1.30 | 715.00 |

Review and attention to defined benefit pension plan matters relating to PBGC.

| | | | |
|---|---|---|---|
| 09/29/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Merrett, Easley regarding retiree benefit motion.

| | | | |
|---|---|---|---|
| 09/29/15 | S C WOO | 1.10 | 467.50 |

Communicate with Eaton relating to labor strategy (.30); conference with Easley relating to labor strategy (.80).

| | | | |
|---|---|---|---|
| 09/30/15 | D BARAV-JOHNSON | 1.30 | 422.50 |

Research cases in which a key employee retention plan with discretionary bonuses was approved (includes WESTLAW).

| | | | |
|---|---|---|---|
| 09/30/15 | D S BIRNBAUM | 1.20 | 840.00 |

Review and analyze memorandum regarding withdrawal liability (.60); continue analysis of business plan read-out presentation (.60).

| | | | |
|---|---|---|---|
| 09/30/15 | C E BLACK | 1.40 | 1,190.00 |

Communicate with Prewitt regarding pension funding issues (.20); conference with Bernstein (U.S. Trustee) regarding upcoming key employee retention plan hearing (.30); review and analyze objections to same (.70); conference with Grady regarding employee questions (.20).

| | | | |
|---|---|---|---|
| 09/30/15 | B W EASLEY | 0.70 | 560.00 |

Draft documents related to labor strategy (.50); review correspondence from Black regarding same (.20).

| | | | |
|---|---|---|---|
| 09/30/15 | E J HERRON | 0.20 | 60.00 |

Edit response to PBGC.

**JONES DAY**

Employee Matters                                                                                                    Page 17

| | | | |
|---|---|---|---|
| 09/30/15 | D J MERRETT | 3.90 | 2,437.50 |

Review and analyze U.S. Trustee objection to key employee retention plan motion (.50) and United Mine Workers Association objection to key employee retention plan motion (.40); research regarding key employee retention plan program discretionary pools (.30); assignment to Barav-Johnson regarding same (.10); draft and revise reply in support of key employee retention plan motion (1.80); communicate with Long (H&W) regarding same (.10); communicate with Jones (.20), Barrios (.20) regarding key employee retention plan research materials; communicate with Black (.20), Banbury (ANR) (.10) regarding key employee responsibilities.

| | | | |
|---|---|---|---|
| 09/30/15 | S K PREWITT | 2.00 | 1,100.00 |

Review debtor in possession credit agreement in connection with pension plan contributions (1.50); revise PBGC response letter in connection with pension plan inquiry (.50).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **486.20** | **USD** | **287,770.00** |

JONES DAY

Environmental Matters                                                                                               Page 1

<hr>

09/01/15        C E BLACK                                           2.80                    2,380.00
Review motion approving Wyoming resolution (.70); review and analysis of ARO issues and potential
strategies relating to same (2.10).

09/01/15        D A EINIK                                           3.50                    1,837.50
Research regarding defined terms under SMCRA (3.10); compile consent decrees for circulation to
Milbank. (.40)

09/01/15        K P HOLEWINSKI                                      6.50                    5,362.50
Prepare for call with Ahrens (Milbank) (.50); participate in call with Ahrens on environmental issues (.70);
follow up with Einik for materials from data room to pull (.10); review same (.20); communicate with Black
on scenarios and contingency plans (.20); communicate with Einik on same (.50); review and assess various
divestiture scenarios and legal issues (4.0); review work in progress memoranda and research (.30).

09/02/15        D A EINIK                                           5.20                    2,730.00
Research regarding defined terms under SMCRA (.70); review model plans of reorganization regarding
treatment of environmental obligations (1.40); research regarding section 959(b) obligations in bankruptcy
(.50); communicate with Black regarding environmental concerns and obligations of Alpha (2.20);
communicate with Holewinski regarding same (.40).

09/02/15        D G HEIMAN                                          1.00                    1,200.00
Conference with Black regarding Wyoming and environmental labor issues (.40); prepare for and attend
conference call regarding same (.60).

09/02/15        K P HOLEWINSKI                                      3.70                    3,052.50
Communicate with Black on state environmental scenarios (1.50); review select cases regarding same (.80);
communicate with Einik regarding same (.70); communicate with Hine on motion approving Wyoming
resolution (.30); communicate with Black regarding permit questions (.30); review correspondence from
Milbank on Wyoming (.10).

09/03/15        C E BLACK                                           3.20                    2,720.00
Conference with Holewinski and Einik regarding environmental strategies (.60); review and revise
Wyoming stipulation (.70); communicate with DIP agent counsel (.20) and unsecured creditors committee
counsel regarding same (.20); review and revise settlement motion (.40); review and comment on materials
relating to reclamation (1.10).

09/03/15        D A EINIK                                           6.80                    3,570.00
Research regarding environmental issues in bankruptcy (5.80); communicate with Black, Heiman and
Holewinski regarding environmental liabilities in bankruptcy (1.0).

09/03/15        D G HEIMAN                                          0.80                     960.00
Conference with Black and Holewinski regarding reclamation strategy.

09/03/15        D G HEIMAN                                          0.20                     240.00
Conference with Black regarding environmental issues and strategy.

09/03/15        D G HEIMAN                                          1.20                    1,440.00
Review administrative order letter received from the West Virginia Department of Environment Protection
(.70); email communications with McCallister regarding same (.50).

09/03/15        K P HOLEWINSKI                                      2.50                    2,062.50
Correspond with Black on various environmental scenario questions and issues (.50); conference with Einik
regarding team call and review status of issues regarding same (.70); call with Black and Einik on
contingency planning and strategies (.80); review existing materials on administrative claim strategy per call
with Heiman and Black (.50).

09/03/15        D J MERRETT                                         2.20                    1,375.00
Review and revise 9019 motion regarding Wyoming self-bonding.

09/04/15        C E BLACK                                           3.80                    3,230.00
Conference with Verheij (ANR), Heiman, McCallister and Holewinski regarding correspondence from state
(.90); draft issues list relating to same (.60); conference with Ellman and Holewinski regarding state specific
environmental issues (1.0); call with Verheij (ANR) and Wyoming regarding stipulation and related motion
(.60); review and comment on Wyoming motion and declaration (.70).

JONES DAY

Environmental Matters                                                                                    Page 2

09/04/15        D A EINIK                                3.70                        1,942.50
Research regarding environmental obligations in bankruptcy (2.50); draft memorandum regarding same
(1.20).

09/04/15        D G HEIMAN                               1.00                        1,200.00
Conference call with McCallister, Verheij (ANR), Black and Holewinski regarding West Virginia
Department of Environmental Protection administrative order letter.

09/04/15        W J HINE                                 0.70                          595.00
Review letter from West Virginia regulators (.20); conference call with Jones Day team regarding
negotiations with West Virginia regulators (.50).

09/04/15        K P HOLEWINSKI                           3.80                        3,135.00
Review proposed order regarding bonding issues and related correspondence from McCallister (1.0);
participate in team call on same with client (1.0); review request from Ahrens (Milbank) and associated
correspondence from Black and Afronson including materials on same (.80); conference with Einik on
contingency planning and work product on same going forward (.50); review outline of issues from Black
on bonding issues, communicate with Black regarding same and review related correspondence (.50).

09/04/15        D J MERRETT                              1.90                        1,187.50
Review and revise 9019 motion regarding Wyoming self-bonding (1.80); communicate with Black regarding
same (.10).

09/05/15        C E BLACK                                0.80                          680.00
Review and comment on environmental research.

09/05/15        D G HEIMAN                               0.50                          600.00
Review environmental research memorandum.

09/05/15        K P HOLEWINSKI                           2.30                        1,897.50
Revise memorandum on environmental issues (.70); review related case law (1.40); correspondence with
Black on Ahrens (Milbank) request and suggested response (.20).

09/07/15        C E BLACK                                1.60                        1,360.00
Review and comment on Wyoming motion and stipulation and order.

09/07/15        K P HOLEWINSKI                           4.10                        3,382.50
Communicate with Black on environmental issues (.10); review/analyze contingency scenarios and legal
issues associated therewith per ongoing assessment/review of issues (including review of cases) (4.0).

09/07/15        O S ZELTNER                              2.80                        1,120.00
Draft 9019 motion to approve stipulation and order regarding Wyoming self-bonding (1.50); draft
declaration in support of same (1.20); communicate with Black, Wilson regarding same (.10).

09/08/15        C E BLACK                                1.70                        1,445.00
Conference with client and Wyoming regarding stipulation (.60); review and revise motion, stipulation and
declaration (1.10).

09/08/15        D A EINIK                                4.90                        2,572.50
Draft outline of environmental and regulatory issues (3.80); research regarding same (1.10).

09/08/15        K P HOLEWINSKI                           5.60                        4,620.00
Communicate with Ahrens (Milbank) on requested information (.30); conference with Einik on
environmental issues related to contingency planning (.30) and review further research on open issues
(1.50); review sample leases in data room (1.0); review decree issues in context of strategic issues/scenarios
under consideration (2.50).

09/08/15        O S ZELTNER                              3.20                        1,280.00
Draft declaration in support of 9019 motion regarding Wyoming self-bonding (1.90); coordinate filing and
service of same (.30); draft notice of hearing and objection deadline for same (.40); communicate with Black
(.10), Wilson (.20), Merrett (.10), Long (Hunton) (.20) regarding same.

09/09/15        D A EINIK                                4.50                        2,362.50
Research regarding environmental issues related to contingency planning (4.0); communicate with
Holewinski regarding same (.50).

Environmental Matters                                                                                    Page 3

09/09/15        K P HOLEWINSKI                          2.80                    2,310.00
Correspond with Black on environmental questions (.10); review proposed order from Wilson regarding
DOJ comments and communicate with Wilson regarding same (.80); review environmental issues and cases
per assessment of restructuring strategy (1.30); conference with Einik on outline, comments and
memorandum (.60).

09/09/15        T A WILSON                              0.20                      140.00
Review and analyze Wyoming reclamation bonding motion.

09/10/15        D A EINIK                               7.90                    4,147.50
Research regarding environmental  and regulatory issues related to contingency planning.

09/10/15        K P HOLEWINSKI                          6.10                    5,032.50
Review docket for environmental pleadings (.10); communicate with Black on various scenarios and
contingency planning (.70); conference with Einik on permit questions and issues (.30) and review data
room documents that bear on same (1.0); review owner/control litigation and cases on contingency
planning and case assessment that bear on same (4.0).

09/11/15        C E BLACK                               1.20                    1,020.00
Review various materials relating to environmental and reclamation issues.

09/11/15        D A EINIK                               5.40                    2,835.00
Research regarding environmental issues related to contingency planning (.60); research regarding
environmental and regulatory issues (.80); meet with Holewinski regarding same (.80); communicate with
Black and Holewinski regarding environmental obligations and concerns in bankruptcy (.70); draft
memorandum outlining environmental and regulatory issues (2.50).

09/11/15        K P HOLEWINSKI                          5.30                    4,372.50
Communicate with Black on work in progress and contingency plan (.20); communicate with Einik on
necessary revisions to memoranda  (.50); call with Black and Einik on strategy/issues and timing (.60);
follow-up conference with Einik on schedule/research needed (.30); review state law regulations/materials
and Federal Register (1.70); assess restructuring issues regarding same (.50); identify/assess further research
relevant to same (1.50).

09/13/15        D A EINIK                               2.00                    1,050.00
Draft memorandum outlining impact of environmental and regulatory issues on contingency planning.

09/14/15        S D EFRONSON                            0.20                       90.00
Review docket regarding potential stipulation with Wyoming.

09/14/15        D A EINIK                               5.30                    2,782.50
Draft memorandum outlining impact of environmental and regulatory issues on contingency planning.

09/14/15        K P HOLEWINSKI                          6.00                    4,950.00
Communicate with Black regarding OSM (.30); review/analyze working draft memorandum on contingency
planning and review related cases (3.50); edit memorandum (1.50) and conference with Einik on open
issues and follow-up for next draft (.70).

09/15/15        D A EINIK                               5.20                    2,730.00
Draft memorandum outlining impact of environmental and regulatory issues on contingency planning.

09/15/15        D G HEIMAN                              1.50                    1,800.00
Review memoranda regarding reclamation and regulatory issues.

09/15/15        K P HOLEWINSKI                          7.00                    5,775.00
Review revised memorandum on environmental and regulatory issues and edit same (2.50); review and
analyze contingency scenarios, including decrees impact and paths and review existing settlement decrees
(4.50).

09/16/15        C E BLACK                               1.80                    1,530.00
Review materials on environmental and regulatory issues and related matters (1.60); communicate with
Wyoming regarding pending motion (.20).

09/16/15        D A EINIK                               2.80                    1,470.00
Revise memorandum outlining impact of environmental and regulatory issues on contingency planning.

**JONES DAY**

---

Environmental Matters                                                                              Page 4

---

09/16/15        K P HOLEWINSKI                          3.30                  2,722.50
Conference with Einik on work in progress and inquiries with Black (.50); prepare responses to Black with
excerpts from memorandum (.30); conference with Ellman on contingency planning (.30); review and
analyze issues relating to regulations (2.50)

09/17/15        K P HOLEWINSKI                          6.90                  5,692.50
Communicate with Ellman on background of contingency plan and scenarios (.70); follow-up
communications forwarding with memoranda and documents (.30); continued review/analysis of
environmental and regulatory issues, with eye toward options, issues and process (5.50); conference with
Einik on same (.40).

09/18/15        C E BLACK                               1.30                  1,105.00
Review materials relating to environmental issues (.60); call with Ellman, Holewinski and Einik regarding
environmental issues (.70).

09/18/15        D A EINIK                               5.20                  2,730.00
Review memorandum and research regarding environmental and regulatory issues in preparation for
conference call with Black, Ellman and Holewinski regarding same (.80); participate in phone conference
with Black, Ellman and Holewinski regarding same (1.0); research regarding liability under SMCRA (3.40).

09/18/15        R W GAFFEY                              1.80                  1,755.00
Analyze issues regarding proposed consent order.

09/18/15        K P HOLEWINSKI                          7.00                  5,775.00
Prepare for conference call with Black, Ellman and Einik on contingency planning, environmental and
regulatory issues (1.0); participate in same on options, including litigation and depositions and next steps
(.80); join call with Advisors on ARO and related issues (.70); create issues and task lists factoring in
scenarios, experts and case preparation and follow-up (4.50).

09/19/15        C E BLACK                               1.60                  1,360.00
Draft and revise agreement relating to bonding.

09/19/15        J B ELLMAN                              1.10                  1,045.00
Review Einik memorandum regarding environmental contingency issues.

09/19/15        K P HOLEWINSKI                          1.00                   825.00
Communicate with Ahrens (Milbank) regarding environmental issues (.30); review status of state
reclamation settlement in advance of call with client (.80).

09/20/15        J B ELLMAN                              2.40                  2,280.00
Review and analyze updated memorandum on environmental risks associated with contingency planning.

09/21/15        C E BLACK                               0.90                   765.00
Review and revise bonding related agreement.

09/21/15        D A EINIK                               4.60                  2,415.00
Research regarding liability under SMCRA (2.10); draft memorandum regarding same (1.30); meet with
Holewinski regarding same (.20); review consent decree between Alpha, EPA and several states to
understand Alpha's obligations (1.0).

09/21/15        J B ELLMAN                              1.40                  1,330.00
Attend call with stakeholders and advisors relating to reclamation obligations (1.0); review materials in
advance of meeting (.40).

09/21/15        R W GAFFEY                              1.10                  1,072.50
Review draft stipulation regarding reclamation.

09/21/15        D G HEIMAN                              0.80                   960.00
Review draft order regarding state reclamation obligations (.50); provide comments to same (.30).

09/21/15        K P HOLEWINSKI                          5.90                  4,867.50
Prepare for call with Ahrens (Milbank) regarding environmental issues (.30); communicate with Ahrens
(Milbank) regarding same (.70); communicate with Black regarding same (.20); call with internal Jones Day
team on state bonding issues (.60); review correspondence from Carmody on information requested (.10);
review/comment on revised bonding order (.50); review cases applying state law regarding SMCRA liability
scenarios (.70); edit/revise draft memorandum from Einik regarding same (1.70); conference with Einik on
same and other issues (.40); call with Debtors on reclamation obligations (.70).

JONES DAY

Environmental Matters                                                                                Page 5

09/21/15        O S ZELTNER                                    4.80                    1,920.00
Draft stipulation and agreed order authorizing the debtors to enter into consent order regarding
reclamation bonding obligations (3.10); communicate with Black regarding same (.10); review and revise
draft consent order in connection with same (1.50); communicate with Black regarding same (.10).

09/22/15        C E BLACK                                      2.00                    1,700.00
Review and comment on bonding agreement (1.10); conference with Debtors, Heiman and Holewinski
regarding bonding agreement (.90).

09/22/15        D A EINIK                                      7.70                    4,042.50
Review consent decree between Alpha, EPA and several states to understand Alpha's obligations (2.70);
draft table summarizing Alpha's obligations under consent decree (5.0).

09/22/15        R W GAFFEY                                     1.10                    1,072.50
Communicate with Black, Heiman, Holewinski and clients regarding reclamation issues.

09/22/15        D G HEIMAN                                     1.00                    1,200.00
Conference call with Jones Day team and ANR management regarding bonding agreement.

09/22/15        K P HOLEWINSKI                                 0.80                      660.00
Communicate with Einik on next draft of contingency memo and further research.

09/22/15        K P HOLEWINSKI                                 6.70                    5,527.50
Review materials for team call on reclamation bonding issues (.30) and participate in call with Heiman,
Gaffey, Black, McCallister (ANR) and Verheij (ANR) regarding same (.90); follow-up review/analysis
regarding environmental issues and various scenarios (5.0); conference with Einik on work in progress (.30).

09/22/15        O S ZELTNER                                    1.80                      720.00
Communicate with Wilson regarding PA Act 54 and mitigation requirements thereunder (.20); research PA
statutes regarding same (.40); draft agreement regarding permit bonding (.90); communicate with Black
(.10), Wilson (.20) regarding same.

09/23/15        D A EINIK                                      1.40                      735.00
Communicate with Holewinski regarding priority of environmental claim (.20); research regarding same
(1.20).

09/23/15        K P HOLEWINSKI                                 4.70                    3,877.50
Communicate with Wilson regarding Babst call and inquiry (.10); review/analyze draft memorandum
regarding environmental issues and communicate with Black on same (1.50); conference with Einik on
same and administrative claim issues (.80); review revised bonding agreement and provide comments on
same (.30); communicate with Ahrens (Milbank) regarding environmental obligations (.50); assess Selenium
treatment schedules and associated decree issues and strategies per decree requirements and develop plan
(1.50).

09/23/15        O S ZELTNER                                    0.30                      120.00
Draft bonding agreement (.20); communicate with Black regarding same (.10).

09/24/15        C E BLACK                                      2.90                    2,465.00
Review and revise materials relating to reclamation obligations and environmental issues (2.10); review and
revise specific state reclamation related materials (.80).

09/24/15        D A EINIK                                      6.90                    3,622.50
Research regarding priority of environmental claims.

09/24/15        J B ELLMAN                                     2.10                    1,995.00
Revise memorandum on environmental issues in connection with potential asset dispositions (1.70); review
related materials (.40).

09/24/15        D G HEIMAN                                     0.50                      600.00
Review Holewinski memorandum regarding SMCRA (.30); conference with Black regarding same (.20).

09/24/15        D G HEIMAN                                     0.50                      600.00
Review final draft of bonding agreement.

Environmental Matters                                                                                     Page 6

09/24/15        K P HOLEWINSKI                                   8.50                        7,012.50
Review and assess claim priority issues and research needs (1.0); conference with Einik on claim priority
issues and ongoing strategy refinements/research (.60); review cases on claim priority question/issues and
theories (2.50); correspond with Williams (A&M) regarding draft disclosure and edits (.30); review
disclosure edits (.20); review data room files on leases/permits per ongoing case assessment (1.50); review
revised bonding pleadings, provide comments (.50) and review other related team comments (.20); review
asset retirement obligation materials (.80); prepare correspondence to Black on enforcement questions (.50);
review prior memo on same (.20); conference with Einik on follow-up research (.20).

09/25/15        C E BLACK                                        1.50                        1,275.00
Review and comment on state law reclamation materials (.60); review and revise materials on liability issues
(.90).

09/25/15        D A EINIK                                        6.90                        3,622.50
Research regarding priority of environmental claims.

09/25/15        J B ELLMAN                                       3.70                        3,515.00
Review and revise memorandum regarding environmental and regulatory issues (3.60); communicate with
Holewinski regarding same (.10).

09/25/15        K P HOLEWINSKI                                   6.30                        5,197.50
Conference with Ellman on contingency planning memorandum (.20); review proposed and select cases
related to same (1.70); communicate with Einik on research and status (.30); review outline for
environmental contingency planning (.30) review claim priority issue and associated research (2.50); email to
Einik on cases (.20); related team comments (.30); review asset retirement obligation documents/financials
(.80).

09/25/15        T A WILSON                                       0.80                        560.00
Participate in conference call with McCallister (ANR), Harrington (ANR) regarding Mirkovitch subsidence
issue (.50); communicate with McCallister (ANR) regarding Veolia contract related to consent decree (.30).

09/26/15        C E BLACK                                        0.60                        510.00
Review materials regarding bonding.

09/26/15        J B ELLMAN                                       0.20                        190.00
Communicate with Holewinski regarding SMCRA issues relating to business plan.

09/26/15        K P HOLEWINSKI                                   1.20                        990.00
Review/analyze Power Point deck on alternative enforcement (.50); review existing memorandum structure
and potential issues to fold in regarding contingency plan (.70).

09/28/15        D A EINIK                                        6.70                        3,517.50
Research regarding priority of environmental claim (5.90); review revised memorandum regarding
environmental and regulatory issues (.50); meet with Holewinski regarding same (.30).

09/28/15        D G HEIMAN                                       0.70                        840.00
Review strategy outline on reclamation obligations (.40); conference with Black regarding same (.30).

09/28/15        D G HEIMAN                                       0.50                        600.00
Review SMCRA enforcement presentation.

09/28/15        K P HOLEWINSKI                                   6.80                        5,610.00
Ongoing review/analysis of environmental claim priority issues and related case law cases (4.50);
conferences with Einik on same (.70); communicate with Black and Ellman regarding same (.30);
communicate with Williams (A&M) regarding disclosure (.10); review docket activity (.10); address
comments to contingency planning memorandum and develop response/arguments (1.10).

09/28/15        T A WILSON                                       0.20                        140.00
Communicate with Black regarding inquiry from groundwater division of West Virginia Department of
Environmental Protection.

09/29/15        D A EINIK                                        7.30                        3,832.50
Draft memorandum regarding priority of environmental claim.

09/29/15        J B ELLMAN                                       0.30                        285.00
Review Justice Department reservation of rights regarding Wyoming settlement (.20); communicate with
Holewinski regarding same (.10).

Environmental Matters                                                                                      Page 7

09/29/15        D G HEIMAN                                    0.50                          600.00
Conference with Black regarding Justice Department reservation of rights.

09/29/15        K P HOLEWINSKI                               7.50                        6,187.50
Review DOJ reservation of rights with respect to Wyoming stipulations, including cases cited (1.0) and
communicate with Black, Heiman and Gaffey on same (1.0); review and analyze contingency scenarios, and
related case law (4.0); review presentation related to planning (1.0); conference with Einik on work in
progress (.50).

09/30/15        C E BLACK                                     1.80                        1,530.00
Review Justice Department reservation of rights (.40); conference with Verheij (ANR) regarding same (.20);
conference with DIP agent advisors regarding reclamation obligations and environmental issues (1.0);
follow-up discussion with Holewinski and Ellman regarding reclamation obligations and environmental
(.20).

09/30/15        D A EINIK                                     8.50                        4,462.50
Draft memorandum regarding priority of environmental claim (1.80); communicate with Holewinski
regarding same (.50); revise memorandum regarding environmental and regulatory issues (5.80); research
regarding whether SMCRA takes precedence over Section 525 of Bankruptcy Code (.40).

09/30/15        J B ELLMAN                                    1.30                        1,235.00
Communicate with Holewinski and Black regarding reclamation obligations (.30); conference call regarding
same with Davis Polk and Ducera teams (1.0).

09/30/15        K P HOLEWINSKI                               8.00                        6,600.00
Conference with Einik on work in process (.40); communicate with Black on case law (.10); communicate
with Black on strategic issues and memo (.50); prepare for call with lenders on environmental issues (.70);
participate in same with Ellman and Black (.90); follow-up call with Black and Ellman on next steps and
work in progress (.40); review case materials and edit draft memos on various issues (5.0).

**TOTAL**                                                  **318.50**        **USD**      **229,445.00**

Employment and Fee Applications                                                      Page 1

| | | | |
|---|---|---|---|
| 09/01/15 | D J MERRETT | 3.10 | 1,937.50 |

Review and revise Jackson Kelly application (1.20); communicate with Dobbs (JK) (.30), Zeltner (.20); Long (H&W) (.10) regarding same; review and revise KPMG application (.80); communicate with Plangman (KPMG) (.20), Wilson (.10), Zeltner (.10), Long (.10) regarding same.

| | | | |
|---|---|---|---|
| 09/01/15 | T A WILSON | 0.40 | 280.00 |

Review Jackson Kelly and KPMG retention applications prior to filing (.30); communicate with Zeltner regarding same (.10).

| | | | |
|---|---|---|---|
| 09/01/15 | O S ZELTNER | 1.80 | 720.00 |

Draft KPMG retention application (.40); communicate with Wilson, Merrett regarding same (.30); draft Jackson Kelly retention application (.50); communicate with Wilson, Merrett regarding same (.20); coordinate filing and service of KPMG and Jackson Kelly retention applications (.40).

| | | | |
|---|---|---|---|
| 09/02/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Black and Williams regarding inquiries from U.S. Trustee regarding Jones Day conflicts.

| | | | |
|---|---|---|---|
| 09/02/15 | O S ZELTNER | 0.40 | 160.00 |

Communicate with Wilson (.20), Weiss (Alston & Bird) (.20) regarding status of Ernst & Young retention application and engagement letters.

| | | | |
|---|---|---|---|
| 09/03/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Zeltner regarding supplemental disclosure for Jones Day.

| | | | |
|---|---|---|---|
| 09/04/15 | C E BLACK | 0.20 | 170.00 |

Conference with Parkhill (Rothschild) regarding unsecured creditors committee questions relating to Rothschild fees.

| | | | |
|---|---|---|---|
| 09/04/15 | T A WILSON | 0.10 | 70.00 |

Review correspondence from Black and Capasso in connection with U.S. Trustee inquiries related to Jones Day retention.

| | | | |
|---|---|---|---|
| 09/08/15 | T A WILSON | 1.20 | 840.00 |

Review correspondence from Bernstein (U.S. Trustee) regarding comments to professional retention applications (.20); communicate with Black, Zeltner, Bernstein (U.S. Trustee) regarding same (.70); communicate with Campagna (A&M) regarding same (.30).

| | | | |
|---|---|---|---|
| 09/08/15 | O S ZELTNER | 1.70 | 680.00 |

Draft Rothschild retention order per U.S. Trustee comments (.60); draft A&M retention order per U.S. Trustee comments (.40); draft McKinsey retention order per U.S. Trustee comments (.40); communicate with Wilson regarding retention orders and U.S. Trustee comments (.30).

| | | | |
|---|---|---|---|
| 09/09/15 | T A WILSON | 1.00 | 700.00 |

Communicate with Chou (Rothschild) (.20), Proshan (McKinsey) (.10), Campagna (A&M) (.20), Verheij (ANR) (.20) regarding U.S. Trustee's proposed changes to professional retention orders; communicate with Pesce (Kirkland), Black, Cook (ANR) regarding submission of monthly statements (.30).

| | | | |
|---|---|---|---|
| 09/09/15 | O S ZELTNER | 0.20 | 80.00 |

Communicate with Wilson (.10), Long (Hunton) (.10) regarding certificate of no objection for Jones Day retention application.

| | | | |
|---|---|---|---|
| 09/10/15 | T A WILSON | 0.60 | 420.00 |

Communicate with Bernstein (U.S. Trustee), Proshan (McKinsey) regarding proposed changes to McKinsey retention application (.40); communicate with Kaluk (Debevoise) regarding U.S. Trustee's proposed comments to Rothschild retention order (.10); communicate with Black regarding J. Alix protocol (.10).

| | | | |
|---|---|---|---|
| 09/10/15 | O S ZELTNER | 0.20 | 80.00 |

Communicate with Wilson (.10), Long (Hunton) (.10) regarding certificate of no objection for Jones Day and Hunton retention applications.

| | | | |
|---|---|---|---|
| 09/11/15 | D J MERRETT | 0.10 | 62.50 |

Communicate with Wilson regarding pending retention applications.

JONES DAY

Employment and Fee Applications                                                         Page 2

09/11/15      T A WILSON                           0.40                    280.00
Communicate with Kaluk (Debevoise) regarding proposed revisions to Rothschild retention order (.20);
communicate with Campagna (A&M), Bernstein (U.S. Trustee) regarding proposed changes to A&M
retention order (.20).

09/12/15      T A WILSON                           0.20                    140.00
Communicate with Singer (McKinsey) regarding monthly statements (.10); communicate with Fleck
(Milbank), Rothschild regarding proposed edits to Rothschild retention order (.10).

09/13/15      T A WILSON                           1.60                  1,120.00
Communicate with Kaluk (Debevoise), Fleck (Milbank) regarding comments to Rothschild retention order
(.20); review and revise Quinn Emanuel retention application (1.30); communicate with Kay (Quinn),
Harrison (ANR) regarding same (.10).

09/14/15      D J MERRETT                          0.20                    125.00
Communicate with Plangman (KPMG) regarding retention application (.10); communicate with Wilson
regarding same (.10).

09/14/15      T A WILSON                           0.50                    350.00
Communicate with Zeltner regarding revisions to A&M retention order (.10); communicate with Merrett
regarding KPMG retention order (.10); communicate with Zeltner regarding Ernst & Young retention
application and order and review correspondence related to same (.30).

09/15/15      D BARAV-JOHNSON                      0.60                    195.00
Research, analyze and manage files of interim fee applications in similar cases, and similar applications in
the ANR case (.50); communicate with Napoliello (A&M) regarding same (.10).

09/15/15      D J MERRETT                          0.30                    187.50
Review revised Deloitte application.

09/15/15      T A WILSON                           1.30                    910.00
Communicate with Barefoot (CGSH), Long (Hunton) regarding conflicts disclosure (.30); review
correspondence from Ernst & Young regarding retention application (.20); communicate with Hao
(Alston), Zeltner regarding same (.20); review and revise Deloitte retention application (.30); communicate
with Gilkey (Babst) regarding ordinary course professional matters (.20); communicate with Black regarding
ordinary course professional affidavit (.10).

09/16/15      D BARAV-JOHNSON                      0.50                    162.50
Review and analyze filing and service requirements for interim fee applications for bankruptcy professionals
and communicate with Napoliello (A&M) regarding same.

09/16/15      T A WILSON                           1.20                    840.00
Communicate with Chou (Rothschild), Zeltner regarding monthly fee statements (.30); communicate with
Zeltner regarding ordinary course professional affidavits (.30); review and analyze revised retention
application for Quinn Emanuel (.40); communicate with Kay (Quinn) regarding same (.20).

09/16/15      O S ZELTNER                          1.20                    480.00
Communicate with Gilkey (Babst Calland) regarding ordinary course professional declaration (.30);
communicate with Verheij (ANR) (.10), Wilson (.30), Long (Hunton) (.20) regarding ordinary course
professional declarations and process for reviewing, tracking and filing same; compile and review ordinary
course professional declarations received to date (.30).

09/17/15      J B ELLMAN                           0.80                    760.00
Review and comment on Protiviti retention papers (.50); review Zeltner comments regarding same (.10);
communicate with Zeltner and Black regarding same (.20).

09/17/15      D J MERRETT                          2.40                  1,500.00
Review and revise Deloitte application (1.90); communicate with Cannon-Geary (Deloitte) regarding same
(.20); communicate with Holden (A&M) (.20), Black (.10) regarding Quinn Emanuel application.

09/17/15      T A WILSON                           0.20                    140.00
Communicate with Zeltner regarding review of Protiviti retention application (.10); communicate with Kay
(Quinn), Zeltner regarding Quinn Emanuel retention application (.10).

**JONES DAY**

Employment and Fee Applications                                                                      Page 3

09/17/15       O S ZELTNER                                    2.40                    960.00
Review and comment on Committee application to retain Protiviti as financial advisor (1.40); communicate
with Black, Wilson regarding same (.20); communicate with Wilson (.10), Merrett (.10), Weber (Quinn
Emanuel) (.10), Kay (Quinn Emanuel) (.10) regarding Quinn Emanuel retention application; review same
and supporting documents (.40).

09/18/15       C E BLACK                                      0.60                    510.00
Review applications from unsecured creditors' committee professionals.

09/18/15       J B ELLMAN                                     2.20                  2,090.00
Review and comment on Blackacre retention application and engagement letter (.70); review precedent
regarding same (.20); communicate with Black regarding same (.20); begin review of Jefferies engagement
by committee and comparables (.90); communicate with Zeltner and Chou (Rothschild) regarding same
(.20).

09/18/15       D J MERRETT                                    0.60                    375.00
Review Deloitte application (.40); communicate with Cannon-Geary (Deloitte) regarding same (.10);
communicate with Verheij (ANR) regarding same (.10).

09/18/15       O S ZELTNER                                    3.20                  1,280.00
Review and revise Quinn Emanuel retention application and prepare same for filing (.40); multiple
communications with Kay (Quinn), Weber (Quinn) regarding same (.30); communicate with Verheij (ANR)
(.10), Long (Hunton) (.20) regarding same; draft notice of hearing for same (.30); research case dockets and
compile investment banker retention applications for analysis of fee structure provisions (1.70);
communicate with Ellman regarding same (.20).

09/19/15       C E BLACK                                      1.50                  1,275.00
Review retention applications for unsecured creditors committee professionals (.90); communicate with
Ellman regarding same (.20); communicate with Verheij (ANR) regarding applications (.40).

09/19/15       J B ELLMAN                                     3.60                  3,420.00
Review and update comments on Blackacre retention (.40); communicate with Black regarding same (.20);
review, analyze and comment on Jefferies retention papers (1.60); draft memorandum to Black regarding
same (.30); review comparables regarding same (.70); communicate with Rothschild regarding same (.20);
communicate with Zeltner regarding same (.20).

09/19/15       O S ZELTNER                                    1.20                    480.00
Research case dockets and compile investment banker retention applications filed by committees and
related orders (.70); communicate with Ellman regarding same (.20); further communications with Ellman
regarding interim compensation procedures and flat-fee professionals (.30).

09/21/15       C E BLACK                                      0.80                    680.00
Review Cleary retention application (.60); conference with Verheij (ANR) regarding same (.20).

09/21/15       J B ELLMAN                                     2.80                  2,660.00
Review and comment on committee section 1102 motion (1.40); communicate with Stodola (Milbank)
(Milbank) regarding same (.10); communicate with Labuda (Sidley) regarding Blackacre and Jefferies
retentions (.40); draft correspondence to committee counsel with comments on Jefferies retention terms
(.60); draft correspondence to committee counsel with comments on Blackacre retention terms (.30).

09/21/15       D J MERRETT                                    1.30                    812.50
Communicate with Cannon-Geary (Deloitte) regarding retention application (.20); review and revise same
(.50); assignment to Barav-Johnson regarding same (.10); communicate with Long (H&W) regarding same
(.20); review and revise notice regarding same (.20); communicate with Holden (A&M) regarding pre-
petition payments to Quinn Emanuel (.10).

09/21/15       O S ZELTNER                                    5.30                  2,120.00
Communicate with Long (Hunton) regarding Mallon & McCool ordinary course professional declaration
(.20); communicate with Gilkey (Babst Calland) (.20), Wilson (.10) regarding coordination of ordinary
course services provided by Babst Calland; communicate with Long (Hunton) (.10), Singer (McKinsey) (.20)
regarding monthly fee statements; revise Cleary retention application (1.20); communicate with Black (.10),
Barefoot (Cleary) (.20) regarding same; revise Ernst & Young retention application (2.80); communicate
with Hao (Alston & Bird) regarding same (.20).

Employment and Fee Applications                                                                                    Page 4

| | | | |
|---|---|---|---|
| 09/22/15 | J B ELLMAN | 1.80 | 1,710.00 |

Review updated Blackacre (.60) and Jefferies (.90) applications and engagement terms; conference with Labuda (Sidley) regarding same (.20); communicate with Verheij (ANR) regarding committee professionals (.10).

| | | | |
|---|---|---|---|
| 09/22/15 | T A WILSON | 0.50 | 350.00 |

Communicate with Zeltner, Hao (Alston) and Black regarding Ernst & Young retention application (.40); communicate with Robinson (OCP) regarding ordinary course professionals' motion (.10).

| | | | |
|---|---|---|---|
| 09/22/15 | O S ZELTNER | 5.60 | 2,240.00 |

Communicate with Verheij (ANR) (.10), Long (Hunton) (.10) regarding Babst Calland and Spilman ordinary course professional declarations; revise Ernst & Young retention application (1.50); multiple communications with Wilson (.20), Hao (Alston & Bird) (.20), Long (Hunton) (.20), Verheij (ANR) (.20) regarding same; revise Stall declaration for Ernst & Young declaration (1.40); communicate with Wilson regarding same (.10); draft notice of hearing for same (.30); revise Cleary retention application and prepare same for filing (.40); communicate with Barefoot (Cleary) (20), Wilson (.10), Long (Hunton) (.20) regarding same; revise notice of hearing for same (.30); communicate with Long (Hunton) regarding same (.10).

| | | | |
|---|---|---|---|
| 09/23/15 | O S ZELTNER | 0.70 | 280.00 |

Communicate with Wilson (.30), Hao (Alston & Bird) (.20) regarding Ernst & Young retention application; communicate with Long (Hunton) regarding process for approving ordinary course professional declarations (.20).

| | | | |
|---|---|---|---|
| 09/24/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Verheij (ANR), Zeltner regarding Ernst & Young retention application (.30); communicate with Zeltner regarding ordinary course professionals' affidavits (.10).

| | | | |
|---|---|---|---|
| 09/24/15 | O S ZELTNER | 2.80 | 1,120.00 |

Communicate with Verheij (ANR), Harrison (ANR), Wilson regarding Dinsmore & Shohl and Perkins Coie ordinary course professional declarations (.10); review same (.20); finalize and create filing version of Ernst & Young retention application (.30); draft motion to expedite consideration of same (.70); draft notice of hearing for same (.40); coordinate filing and service of Ernst & Young retention documents (.20); multiple communications with Wilson (.30), Long (Hunton) (.10), Daily (Hunton) (.20), Hao (Alston & Bird) (.30) regarding same.

| | | | |
|---|---|---|---|
| 09/25/15 | J B ELLMAN | 0.10 | 95.00 |

Communicate with Labuda (Jefferies and Blackacre counsel) regarding retentions.

| | | | |
|---|---|---|---|
| 09/25/15 | O S ZELTNER | 0.30 | 120.00 |

Communicate with Hao (Alston & Bird) (.20), Long (Hunton) (.10) regarding hearing on Ernst & Young retention application.

| | | | |
|---|---|---|---|
| 09/27/15 | J B ELLMAN | 0.40 | 380.00 |

Review Milbank retention application.

| | | | |
|---|---|---|---|
| 09/28/15 | J B ELLMAN | 2.40 | 2,280.00 |

Review Milbank retention application (.60); review Sands Anderson retention application (.50); review proposal to resolve Blackacre retention application (.10); review application regarding same (.30); draft memorandum to Verheij (ANR) regarding same (.10); review proposal of committee to resolve Jefferies retention (.10); review related papers (.30); conference with Labuda (Sidley) regarding same (.20); draft memorandum to Verheij (ANR) regarding same (.20).

| | | | |
|---|---|---|---|
| 09/28/15 | T A WILSON | 0.30 | 210.00 |

Review correspondence regarding ordinary course professional affidavits and communicate with Long (Hunton) regarding same (.20); communicate with Merrett regarding proposed ordinary course professionals affidavits (.10).

| | | | |
|---|---|---|---|
| 09/29/15 | D BARAV-JOHNSON | 0.70 | 227.50 |

Research and review filed declarations regarding employment of ordinary course professionals (includes WESTLAW) (.30); review and analyze additional declarations regarding same for consistency (.40).

| | | | |
|---|---|---|---|
| 09/29/15 | J B ELLMAN | 0.40 | 380.00 |

Review update for Blackacre retention (.10); communicate with Labuda (Blackacre and Jefferies counsel) regarding same and modifications to Jefferies retention (.20); communicate with Verheij (ANR) regarding same (.10).

**JONES DAY**

Employment and Fee Applications                                                                                    Page 5

09/29/15      T A WILSON                                    0.20                      140.00
      Communicate with Harrison (ANR), Long (Hunton) regarding ordinary course professionals affidavits.

09/30/15      C E BLACK                                     0.20                      170.00
      Communicate with Wilson regarding Deloitte retention issues.

09/30/15      J B ELLMAN                                    0.20                      190.00
      Communicate with Labuda (Sidley) regarding Jefferies retention modifications (.10); review modified order
      regarding same (.10).

09/30/15      T A WILSON                                    0.50                      350.00
      Communicate with Black, Munsey (ANR) regarding potential change to Deloitte compensation structure
      (.30); review ordinary course professional affidavits and communicate with Harrison (ANR) regarding same
      (.20).

    **TOTAL**                                     **65.70**      **USD**      **40,785.00**

JONES DAY

Financing and Cash Collateral                                                                          Page 1

09/01/15        C E BLACK                                    1.20                      1,020.00
Multiple communications with Hamilton, Ellman and Platt regarding DIP litigation issues.

09/01/15        J B ELLMAN                                   4.40                      4,180.00
Communicate with Ghaul regarding DIP Financing discovery (.30); review and comment on materials
regarding same (2.40); communicate with Schartz (Kirkland) regarding adequate protection issues (.20);
communicate with Hamilton regarding DIP settlement discussions and preparations for hearing (.30);
communicate with Mazey regarding cash management issues relating to DIP Financing (.30); conferences
with Schaible (Davis Polk) regarding open issues in DIP Financing and potential resolutions of same (.40);
conference with Black regarding DIP hearing preparations and related financing issues (.30); communicate
with Meyer (Davis Polk) regarding resolution of U.S. Trustee and lessor objections relating to financing
(.20).

09/01/15        G L GHAUL                                    3.30                      1,485.00
Discussions with Merrett and Morley (Rothschild) regarding documents responsive to DIP Motion
document requests (.50); prepare documents for upload to the data room including communications with
vendor regarding the same (2.80).

09/01/15        D A HALL                                     0.60                        375.00
Call with Merrett regarding liens on specific assets (.30); correspondence with client regarding required
signatures for second out facility (.30).

09/01/15        R W HAMILTON                                 0.80                        660.00
Communicate with Black, Parkhill (Rothschild), Ellman and LeBlanc regarding deposition preparation and
scheduling for Final DIP hearing.

09/01/15        D G HEIMAN                                   0.50                        600.00
Conference with Black, Hamilton and Cavatoni (ANR) regarding DIP hearing issues.

09/01/15        N J HOEPPNER                                 3.50                      1,662.50
Prepare second out facility signature pages and communicate with company regarding the same (.80); draft
post-closing schedules and communicate with company regarding same and revise to reflect such
communications and distribute the same (1.20); communicate internally with Hall and Mazey regarding
post-closing items (.30); communicate with Alvarez and Marsal regarding lien searches and coordinate
regarding delivery of same (.30); review and distribute local counsel opinions (.50); communicate with local
counsel regarding review of organizational documents and financing statements and distribute documents
regarding the same (.40).

09/01/15        J E MAZEY                                    0.40                        290.00
Communicate with Ellman and Barragate regarding cash in non-controlled accounts (.20); correspond with
Dengel (Davis Polk) regarding status of second out credit agreement and lender questions (.20).

09/02/15        B P BARRAGATE                                0.30                        292.50
Communicate with Rothschild and A&M on cash balances.

09/02/15        J B ELLMAN                                   6.40                      6,080.00
Conference call with Mazey, Barragate, Grady (A&M), Messer, Morley, Genecin, Chou (all Rothschild)
regarding cash management and related DIP Financing issues (1.20); review related materials regarding
same (1.60); review and comment on discovery responses to committee (3.10); communicate with Platt
regarding same (.10); communicate with Meyer (Davis Polk) regarding final closing preparations for the
DIP Facility (.40).

09/02/15        G L GHAUL                                    7.40                      3,330.00
Draft Blackacre non-disclosure agreement and communicate with Black regarding the same (.80); prepare
documents for DIP Motion document production (.40); communicate with Ellman and Platt regarding the
data room (.80); revise confidentiality markings on documents in data room (2.10); review and organize
documents in data room (3.30).

09/02/15        D A HALL                                     3.00                      1,875.00
Diligence relating to specific terms of final financing order.

JONES DAY

Financing and Cash Collateral                                                                              Page 2

09/02/15      N J HOEPPNER                                         4.50                          2,137.50
Communicate with assistant regarding distribution of lien searches (.20); communicate with Ghaul
regarding prepetition loan documents (.20); communicate with Mazey regarding post-closing credit
agreement schedule and revise schedule to list additional permitted investments and distribute to company
for review (.80); draft security agreement schedules and perfection certificate (3.30).

09/02/15      J E MAZEY                                            1.10                           797.50
Analyze comment from Dengel (Davis Polk) to second out credit agreement and respond to same (.20);
communicate with Chou (Rothschild), Delo (Rothschild), Barragate and Ellman regarding cash balances
and movement of cash (.30); analyze consequences of debtor dismissal under DIP credit agreement and
send communicate with Black regarding same (.50); communicate with Dengel (Davis Polk) regarding
second out credit agreement (.10).

09/03/15      D BARAV-JOHNSON                                      2.10                           682.50
Research and draft list of items excluded from DIP financing liens (1.40); review and revise same (.60);
communicate with Merrett regarding same (.10).

09/03/15      B P BARRAGATE                                        1.20                          1,170.00
Prepare for DIP meetings (1.0); review materials in connection with same (.20).

09/03/15      C E BLACK                                            2.70                          2,295.00
Review discovery materials produced in connection with DIP financing (.90); multiple communications
with Platt, Hamilton and Ellman regarding DIP litigation issues (.60); review and analyze materials relating
to aircraft financing (1.20).

09/03/15      J B ELLMAN                                           1.90                          1,805.00
Communicate with Grady (A&M) regarding DIP discovery documents (.20); communicate with Platt and
Ghaul regarding same (.30); communicate with Meyer (Davis Polk) regarding DIP reply issues (.20); review
and comment on document discovery to be produced (.40); review committee objection materials (.40);
review cases on cross collateralization (.40).

09/03/15      G L GHAUL                                            2.30                          1,035.00
Review and prepare documents for the data room and upload same (2.0); communicate with Ellman and
Platt regarding same (.30).

09/03/15      D A HALL                                             6.70                          4,187.50
Communicate with Ghaul regarding diligence materials provided to creditors' committee (.20);
communicate with Hoeppner regarding status of post-closing materials (.30); review and analyze status of
post-closing deliverables on DIP facility (.40); review and analyze precedent for use in connection with final
DIP financing order (5.0); review and analyze draft DIP financing opinion from local counsel (.30); review
and analyze revised draft security agreement schedules (.50).

09/03/15      R W HAMILTON                                        0.80                            660.00
Communicate with Black, Platt and Ellman regarding deposition preparation and documents produced to
creditors committee regarding DIP objection.

09/03/15      N J HOEPPNER                                         4.50                          2,137.50
Communicate with Cooke, Hall regarding intercompany transactions and outstanding letters of credit (.50);
draft security agreement schedules and perfection certificate and distribute to company along with list of
outstanding items (3.80); communicate with Hall regarding outstanding post-closing deliverables (.20).

09/04/15      C E BLACK                                            1.90                          1,615.00
Attend and participate in witness deposition preparation of Cavatoni (ANR) and Parkhill (Rothschild)
(1.20); follow-up communications with Platt (.20), Ellman (.20) and Hamilton (.30).

09/04/15      J B ELLMAN                                           2.50                          2,375.00
Review and evaluate committee objection to DIP Financing (1.20); draft correspondence to Green
regarding preparation of reply (.20); communicate with Mazey regarding information for same (.20); follow
up with Hamilton regarding preparation session for responding to discovery and depositions (.20); review
certain cases provided by committee in support of its objection (.50); communicate with Meyer (Davis
Polk) regarding status of replies to DIP objections and Final DIP Order (.20).

09/04/15      P M GREEN                                            6.70                          3,852.50
Review research and precedent related to cross-collateralization (2.10); communicate with Ellman regarding
the same (.30); review DIP objections (.90); draft summary of arguments related to the same (1.30);
participate in Parkhill (Rothschild) witness preparation call (2.10).

JONES DAY

Financing and Cash Collateral                                                                                    Page 3

09/04/15      R W HAMILTON                                    5.50                         4,537.50
Review objections to DIP financing (1.0); communicate with Barragate, Parkhill (Rothschild), Platt, Black
and Mazey regarding DIP objections and prepare for hearing regarding same (4.50).

09/04/15      D G HEIMAN                                      0.50                           600.00
Review unsecured creditors committee objection to DIP.

09/04/15      N J HOEPPNER                                    1.50                           712.50
Communicate with local counsel regarding comments to opinion and financing statements (.20);
communicate with Alpha regarding material lease post-closing requirement (.20); review West Virginia local
counsel opinion and distribute the same (.30); review draft intellectual property security agreements and
prepare and distribute schedules relating to the same (.80).

09/04/15      J E MAZEY                                       5.00                         3,625.00
Analyze creditors committee objection to DIP financing (1.00); communicate with Parkhill (Rothschild),
Barragate, Black and Hamilton regarding response to committee objections (4.00).

09/04/15      M A PLATT                                       6.80                         4,590.00
Review creditors committee's DIP opposition brief and other documents for deposition preparation with
Parkhill (Rothschild) (1.50); attend deposition preparation session with Hamilton and Parkhill (Rothschild)
(4.30); communicate with Maliza and Kaiser regarding document production and data room (1.00).

09/07/15      J B ELLMAN                                      4.10                         3,895.00
Communicate with Platt regarding discovery materials for DIP disputes (.30); review and comment on
discovery materials (.80); communicate with Schaible (Davis Polk) regarding settlement issues and status
(.20); communicate with Schartz (Kirkland) regarding same (.20); review and comment on summary of
arguments on reply to committee DIP Financing objection (2.10); communicate with Green regarding same
(.20); draft memorandum to Hamilton, Black, Company regarding same and next steps (.30).

09/07/15      P M GREEN                                       7.60                         4,370.00
Conduct research related to cross collateralization (.80); review precedent related to the same (1.20); draft
summary of issues related to cross collateralization (2.20); communicate with Ellman regarding the same
(.40); review DIP objections (.70); draft responses to DIP objections (2.30).

09/08/15      B P BARRAGATE                                   0.70                           682.50
Call with Citibank on letter of credit issues (.30); review letters of credit (.20); review DIP objection
summary (.20).

09/08/15      C E BLACK                                       0.40                           340.00
Communications with Ellman and Verheij (ANR) regarding DIP litigation preparation issues.

09/08/15      J B ELLMAN                                      5.40                         5,130.00
Review discovery materials (1.10); communicate with Platt regarding same (.20); conferences with Schaible
(Davis Polk) (.30), Schartz (Kirkland) (.20) and Fleck (Milbank) (.30) regarding settlement approaches for
DIP Financing; draft memorandum with update on status for client and team (.40); revise and update draft
final DIP Order (2.20); communicate with Richardson (Davis Polk) regarding same (.20); communicate
with Hall regarding DIP order comments (.20); communicate with Gaffey and Hamilton regarding
committee witnesses and deposition issues (.30).

09/08/15      P M GREEN                                       1.10                           632.50
Review precedent related to cross collateralization.

09/08/15      D A HALL                                        1.80                         1,125.00
Review, analyze and comment on draft of final DIP order.

09/08/15      R W HAMILTON                                    0.50                           412.50
Communicate with Ellman (Milbank) regarding deposition of creditors committee witnesses and
communicate with LeBlanc and Cohen regarding logistics for same.

09/08/15      D G HEIMAN                                      0.50                           600.00
Conference with Black regarding DIP hearing strategy.

Financing and Cash Collateral                                                          Page 4

09/08/15      N J HOEPPNER                          3.80                    1,805.00
Communicate with Merrett regarding information relating to debt documents (.50); revise intellectual property security agreements to reflect lender counsel comments (.20); communicate with West Virginia local counsel regarding opinion (.40); communicate with insurance broker regarding insurance deliverables (.20); review Tennessee UCC filing statute and communicate with Tennessee local counsel regarding the same (.50); draft perfection certificate (2.0).

09/08/15      J E MAZEY                             4.70                    3,407.50
Revise draft of final DIP financing order (2.0); analyze summary of objections to DIP financing and draft responses to same (1.10); call Dengel (Davis Polk), Dedyo, Steinberg (Davis Polk), Shockley (ANR) regarding replacement of GE letters of credit (.40); analyze National Union letter of credit and communicate with Shockley (ANR) regarding draw conditions (.70); analyze DIP financing precedent in connection with developing responses to committee objections (.50).

09/08/15      M A PLATT                             2.10                    1,417.50
Review deposition preparation materials for Parkhill (Rothschild) and Cavatoni (ANR) (1.80); communicate with Hamilton regarding deposition preparation binders (.20); attention to documents from client for data room (.10).

09/09/15      B P BARRAGATE                         0.90                      877.50
Communicate with AIG and Citibank on letters of credit (.60); review communication on same (.20); attend to replacement trustee issues (.10).

09/09/15      C E BLACK                             0.90                      765.00
Communicate with Hamilton regarding deposition of opposing witnesses (.40); communicate with Ellman regarding status of unsecured creditors committee objection to DIP (.30); review insert to DIP order and communicate with Ellman regarding same (.20).

09/09/15      J B ELLMAN                            4.80                    4,560.00
Communicate with Mazey regarding Second Out Facility (.10); review and evaluate amendment to DIP Facility (.40); communicate with Dengel (Davis Polk) regarding same (.10); communicate with Hamilton (.60) and Long (Hunton) (.10) regarding DIP deposition planning; communicate with Fleck (Milbank) regarding DIP settlement discussions (.30); communicate with Schaible (Davis Polk) regarding same (.20); draft memorandum to client and Black regarding same and other updates relating to financing (.30); draft outline of issues for depositions (.70); review materials to prepare for depositions (.80); outline arguments for potential reply and for hearing on DIP (1.20).

09/09/15      P M GREEN                             3.90                    2,242.50
Review DIP reply precedent (1.20); review research related to cross-collateralization (1.30); draft and revise DIP reply (3.90).

09/09/15      D A HALL                              1.50                      937.50
Review and analyze draft intellectual property security agreements (.80); communicate with Hoeppner regarding status of closing deliverables and related issues (.30); review and analyze revisions to DIP credit agreement (.40).

09/09/15      R W HAMILTON                          3.50                    2,887.50
Communicate with Black and Ellman regarding logistics for depositions of Debtors' witnesses and creditors committee witnesses and communicate with Cohen (Milbank) regarding same (.80); review key documents produced to creditors committee to prepare Cavatoni (ANR) and Parkhill (Rothschild) for depositions and trial testimony at final DIP Hearing (2.70).

09/09/15      N J HOEPPNER                          3.30                    1,567.50
Revise and distribute perfection certificate (.30); review Tennessee tax affidavit and calculate amount (.30); communicate with Hall regarding perfection certificate disclosures (.20); communicate with local counsel regarding opinion revisions, UCC filings and closing (1.0); communicate with Hall and lender's counsel regarding closing (1.0); review information relating to schedules from Kreutzer (ANR) (.50).

09/09/15      J E MAZEY                             1.20                      870.00
Analyze proposed amendment to DIP credit agreement (.80); analyze correspondence from Dengel (Davis Polk) and Vinca regarding replacement of AIG letters of credit (.40).

09/09/15      T A WILSON                            0.60                      420.00
Communicate with Black (.20), Merrett (.30) regarding reply in support of cash management motion; review reservation of rights with respect to cash management motion filed by the creditors committee (.10).

Financing and Cash Collateral                                                                              Page 5

09/10/15        D BARAV-JOHNSON                          3.70                    1,202.50
Research case law regarding adequate protection for unsecured claims and the ability to use unsecured cash
in the ordinary course of business (include WESTLAW and LEXIS) (2.70); draft analysis of same (.60);
review and revise same (.40).

09/10/15        B P BARRAGATE                            3.80                    3,705.00
Participate in meeting with Cavatoni (ANR), Hamilton, Chou (Rothschild), Parkhill (Rothschild) and
Verheij (ANR) to prepare for final DIP hearing.

09/10/15        C E BLACK                                4.00                    3,400.00
Attend Cavatoni (ANR) and Parkhill (Rothschild) deposition preparations relating to DIP hearing.

09/10/15        J B ELLMAN                               8.90                    8,455.00
Prepare for deposition preparation session with Parkhill (Rothschild) and Cavatoni (ANR) and Hamilton
(1.40); attend deposition preparation session (5.10); follow up meeting with Hamilton regarding same (.90);
review financing discovery in connection with same (.60); revise draft demonstrative for same (.50);
communicate with Mazey regarding information needed to prepare for depositions (.20); communicate with
Green regarding preparation of DIP reply (.10); communicate with Schartz (Kirkland) regarding upcoming
depositions (.10).

09/10/15        P M GREEN                                7.10                    4,082.50
Draft and revise DIP reply (4.20); review precedent in connection with DIP reply (1.40); review research
related to cross-collateralization (1.50).

09/10/15        D A HALL                                 2.80                    1,750.00
Call with Merrett regarding cash management objection and response (.40); review and analyze perfection
certificate schedule and correspondence with Hoeppner regarding same (.50); diligence regarding
mortgaged real property in connection with preparation of bankruptcy schedules (1.0); call with Merrett
regarding same (.30); review and analyze UCC objection to DIP financing motion (.60).

09/10/15        R W HAMILTON                             13.00                   10,725.00
Prepare Parkhill (Rothschild) and Cavatoni (ANR) for deposition and for final DIP hearing (6.50); prepare
for final DIP hearing (3.50) communicate with creditors committee regarding document production
regarding same and prepare for deposition of creditors committee witnesses regarding same (3.0).

09/10/15        D G HEIMAN                               4.00                    4,800.00
Attend Cavatoni (ANR) and Parkhill (Rothschild) deposition preparation relating to DIP hearing.

09/10/15        D G HEIMAN                               0.50                    600.00
Review unsecured creditors' committee objections to DIP.

09/10/15        N J HOEPPNER                             1.00                    475.00
Communicate with Tennessee local counsel regarding opinion and UCC filing (.30); communicate with Hall
regarding post-closing deliverables (.20); communicate with Kreutzer (ANR) and Young (ANR) regarding
post-closing deliverables (.30); communicate with West Virginia local counsel regarding opinion issues
relating to general partnership (.20).

09/10/15        J E MAZEY                                1.00                    725.00
Review and revise DIP credit agreement and communicate to Dengel (Davis Polk) regarding same (1.0).

09/10/15        M A PLATT                                0.50                    337.50
Communicate with Milbank regarding DIP discovery (.20); communicate with Hamilton and Black
regarding production of fairness opinion (.30).

09/10/15        T A WILSON                               0.40                    280.00
Communicate with Platt, Merrett, Zeltner, Harrison (ANR) regarding production of fairness opinion in
connection with DIP order litigation.

09/11/15        D BARAV-JOHNSON                          0.30                    97.50
Review and analyze authority on adequate protection for unencumbered assets and communicate with
Merrett regarding same.

09/11/15        C E BLACK                                2.10                    1,785.00
Review discovery materials produced in connection with DIP litigation (.70); communicate with Cavatoni
(ANR) regarding same (.20); review and comment on cash management objection (.30) and DIP objection
(.70); conference with Wilson regarding cash management reply (.20).

Financing and Cash Collateral                                                                    Page 6

09/11/15      J B ELLMAN                                  11.50                      10,925.00
Attend and participate in depositions for DIP Financing (5.80); review materials regarding same (1.20);
conference with Cavatoni and Verheij (both ANR) and Parkhill (Rothschild), Chou and Delo (all
Rothschild) and Hamilton regarding preparations for (1.10) and follow up from (.70) same; begin review of
reply regarding committee objection to DIP (1.10); communicate with Green regarding same (.20);
communicate with Schartz (Kirkland) and Vonnegut (Davis Polk) regarding status of open issues for DIP
Financing (.40); review UCC settlement proposal (.20); communicate with Fleck (Milbank) regarding same
(.10); review and evaluate issues regarding lease encumbrances and cross collateralization (.40);
communicate with Mazey and Barragate regarding same (.30).

09/11/15      P M GREEN                                   4.90                       2,817.50
Update and revise DIP reply (3.40); review DIP summary from Hall (.80); review correspondence related to
settlement proposals (.40); communicate with Ellman regarding DIP reply (.30)

09/11/15      D A HALL                                    8.10                       5,062.50
Review and analyze response to cash management motion objection and correspondence with Merrett
regarding same (.40); research regarding DIP financing and cash collateral precedent in response to DIP
financing objections and prepare summary memorandum regarding same (7.70).

09/11/15      R W HAMILTON                                8.00                       6,600.00
Defend Cavatoni (ANR) and Parkhill (Rothschild) depositions (7.50); communicate with Parkhill
(Rothschild), Chou and Ellman regarding preparation for final DIP Hearing (.50).

09/11/15      N J HOEPPNER                                2.00                        950.00
Communicate with Shockley (ANR) and Cooke regarding schedules and revise schedules to reflect such
communications (.50); finalize borrower deliverables and prepare and distribute signature pages thereto
(1.00); finalize and distribute opinion (.50).

09/11/15      J E MAZEY                                   5.40                       3,915.00
Analyze lien perfection issues relating to leases (.50); communicate with Ellman regarding liens on
leaseholds (.50); analyze DIP financing precedent (1.20); analyze creditors' committee declarations in
support of objections to the DIP financing (.90); analyze first amendment to DIP credit agreement and
comment on same (1.0); communicate with Dengel (Davis Polk) regarding borrowing notice for remaining
unfunded term loan (.30); analyze draft of the reply to DIP objection (1.0).

09/11/15      M A PLATT                                   1.00                        675.00
Attention to DIP discovery documents for creditors committee and communicate with Hamilton regarding
same.

09/12/15      B P BARRAGATE                               0.20                        195.00
Communicate with Black regarding final DIP hearing.

09/12/15      J B ELLMAN                                  8.80                       8,360.00
Review objections to DIP Financing (1.20); communicate with Vonnegut (Davis Polk) regarding resolution
of lessor objections (.20); communicate with Epps (lessor counsel) regarding same (.10); review and revise
draft reply in support of DIP Financing (4.20); review and respond to settlement communications relating
to the DIP Financing (.70); communicate with Black regarding same (.20); communicate with Parkhill
(Rothschild) regarding same (.10); review and comment on cash management proposals to address UCC
objection (.20); review case law in support of reply and objections (1.90).

09/12/15      P M GREEN                                   1.20                        690.00
Review settlement proposals regarding DIP financing (.70); review correspondence related to DIP reply
(.50).

09/12/15      R W HAMILTON                                0.20                        165.00
Communicate with Ellman and Black regarding preparation for DIP hearing.

09/12/15      R W HAMILTON                                0.30                        247.50
Communicate with Ellman and Barragate regarding settlement negotiations.

09/12/15      T A WILSON                                  1.20                        840.00
Communicate with Black, Merrett regarding response to reservation of rights filed by UCC with respect to
cash management motion (.20); review and revise same (.70); review objection to DIP motion in
connection with same (.30).

JONES DAY

Financing and Cash Collateral                                                                    Page 7

09/13/15        J B ELLMAN                                    13.70                  13,015.00
Review and revise draft reply in support of DIP Financing (4.40); review materials in support of same
(2.40); review additional language for final DIP order (.80); communicate with Hamilton regarding evidence
in support of DIP Financing (.40); review and comment on demonstratives relating to same (1.0);
conferences with Schaible (Davis Polk) regarding settlement issues (.40); draft update memos to team
regarding same (.40); communicate with Long (Hunton) regarding financing hearing issues (.10);
communicate with Cavatoni (ANR) regarding materials for hearing preparations and to answer inquiries
(.40); implement Rothschild, ANR and internal comments to DIP reply (1.60); review second lien draft
reply (.80); communicate with Schartz (Kirkland) regarding same (.10); review cross-collateralization case
law (.90).

09/13/15        P M GREEN                                     9.60                   5,520.00
Review comments from Ellman regarding DIP reply (.60); update and revise reply (4.80); review precedent
in connection with DIP reply (2.40); communicate with Ellman regarding DIP reply (.40); conduct
additional research related to DIP reply (1.40).

09/13/15        R W HAMILTON                                  2.80                   2,310.00
Communicate with Ellman, Parkhill (Rothschild) and Chou regarding revisions to hearing exhibits and
hearing strategy (.50); work on hearing examination preparation and review case law regarding cross
collateralization (2.30).

09/13/15        R W HAMILTON                                  1.30                   1,072.50
Review draft of DIP reply (.50); communicate with Ellman regarding need to depose creditors committee
witnesses and review declarations regarding same (.60); communication regarding deposition cancellation
(.20).

09/13/15        N J HOEPPNER                                  0.70                     332.50
Review loan documents and prepare second out borrowing request.

09/13/15        J E MAZEY                                     2.00                   1,450.00
Analyze revised reply to Committee DIP objections (.80); communicate with Ellman regarding same (.20);
analyze draft second lien lender response to committee DIP objections (1.0).

09/14/15        C E BLACK                                     1.30                   1,105.00
Conference with Ellman, Cavatoni (ANR) and Verheij (ANR) regarding DIP issues (.40); review DIP reply
(.90).

09/14/15        J B ELLMAN                                    9.60                   9,120.00
Conferences with Davis Polk, Kirkland and Milbank lawyers regarding potential to settle disputes over DIP
financing (1.80); review, revise and finalize reply in support of DIP Financing (4.10); review materials
relating to same (.60); communicate with Green regarding same (.30); communicate with Black and Mazey
regarding same (.20): communicate with Verheij and Cavatoni (both ANR) regarding issues relating to same
(.30); communicate with Long (Hunton) regarding filing (.10); meeting with Hamilton, Parkhill (Rothschild)
and Chou (both Rothschild) and Verheij and Cavatoni (both ANR) regarding preparation for potential
testimony in support of DIP Financing (1.10); follow up meeting with Hamilton and Mazey regarding same
and other preparations (.70); conference call with Fleck (Milbank) regarding open settlement issues (.20);
draft email to client regarding same (.20).

09/14/15        P M GREEN                                     6.30                   3,622.50
Review and finalize reply in support of DIP financing (4.60); communicate with Ellman regarding reply
(.40); coordinate filing of DIP reply with local counsel (.40); review lender replies (.90).

09/14/15        D A HALL                                      2.20                   1,375.00
Communicate with company regarding revisions to borrowing request and related matters (.40);
correspondence with company and Mazey regarding delivery of borrowing notice (.20); revise borrowing
request notice (.30); communicate with Ellman regarding revisions to final DIP order (.30); communicate
with Ellman and counsel to General Electric regarding revised form of final DIP order (.30); communicate
with Green regarding final DIP order (.30); prepare revisions to final DIP order (.40).

09/14/15        R W HAMILTON                                  8.30                   6,847.50
Prepare examination outlines and oral arguments for DIP hearing (5.80); prepare Parkhill (Rothschild) and
Cavatoni (ANR) for testimony at same (2.50).

09/14/15        R W HAMILTON                                  0.50                     412.50
Communicate with Long (Hanlon) regarding preparation for DIP hearing.

JONES DAY

Financing and Cash Collateral                                                                          Page 8

09/14/15        R W HAMILTON                              2.80                         2,310.00
Communicate with Ellman, Parkhill (Rothschild) and Chou regarding revisions to hearing exhibits and
hearing strategy (.30); prepare hearing examination and review case law regarding cross collateralization
(2.50).

09/14/15        N J HOEPPNER                              0.80                          380.00
Communicate with Mazey regarding borrowing notice and revise and distribute the same (.30); prepare and
distribute signature pages regarding amendments and certificates (.30); communicate with Harrison
regarding schedules and outstanding post-closing items (.20).

09/14/15        J E MAZEY                                 4.80                         3,480.00
Revise draft borrowing request (.50); communicate with Hoeppner regarding borrowing request and
mechanics (.20); analyze the extent of receivables subject to GE facility (.80); communicate with Cavatoni
(ANR), Chou (Rothschild) and Ellman regarding slides regarding incremental liquidity from DIP financing
(.30); review and revise final DIP financing order (2.0); analyze revisions to second out credit agreement
(.80); communicate with Dengel (Davis Polk) regarding comments to second out credit agreement (.20).

09/15/15        J B ELLMAN                                2.90                         2,755.00
Draft revisions to Final DIP Order to resolve objections (1.60); conferences with Kirkland, Milbank and
Davis Polk lawyers regarding same (1.10); conference with Green regarding same and order to seal
Citigroup letter (.20).

09/15/15        D A HALL                                  1.70                         1,062.50
Prepare revisions to borrowing request (.30); communicate with client regarding finalizing and distributing
borrowing request (.50); communicate with client and lender counsel regarding assets and liabilities of
borrower (.30); further revisions to borrowing notice (.30); communicate with Hoeppner regarding status of
post-closing deliverables on DIP financing (.30).

09/15/15        R W HAMILTON                              2.40                         1,980.00
Communicate with Ellman, Black, Heiman, Cavatoni (ANR) and Parkhill (Rothschild) and LeBlanc
regarding settlement negotiations and strategies regarding same.

09/15/15        N J HOEPPNER                              7.00                         3,325.00
Communicate with Phillips (ANR) and Hall regarding second out closing and finalize documents in
connection therewith (.50); review opinions and communicate with local counsel regarding same (1.0);
revise security agreement schedules and perfection certificate and prepare and distribute list of outstanding
issues regarding the same (3.50); communicate with company and prepare additional revisions to schedules
(2.0).

09/15/15        J E MAZEY                                 3.50                         2,537.50
Meetings with Hamilton, Ellman and Parkhill (Rothschild) regarding open issues relating to final DIP
financing order (1.50); analyze revised versions of final DIP financing order (.70); meetings with Schiable
(Davis Polk), Hessler (Kirkland), Shartz (Kirkland), Ellman and Hamilton regarding proposed changes to
final DIP financing order (1.0); communicate with Dengel (Davis Polk) regarding finalizing amendment to
DIP credit agreement (.30).

09/16/15        B P BARRAGATE                             0.20                          195.00
Communicate with Shockley (ANR) on borrowing matters.

09/16/15        J B ELLMAN                                9.10                         8,645.00
Negotiations with Milbank, Davis Polk and Kirkland regarding final edits to Final DIP Order (3.30); review
and revise order regarding same (2.40); draft memorandum to Cavatoni (ANR) regarding same (.20);
communicate with Long (Hunton) regarding status of order and submission issues (.20); communicate with
Hall regarding information for Final DIP Order (.20); review materials relating to same (.30); review issues
relating to adequate protection payments (.20); communicate with Verheij (ANR) and Black regarding same
(.30); conferences with Schartz (Kirkland) regarding same (.30); review issues regarding DIP treatment of
asset disposition in response to client inquiry (.60); conference with Mazey regarding same (.10); revise and
finalize final order to seal Citigroup fee letter (.40); communicate with Long (Hunton) regarding same (.10);
review and comment on cash management stipulation and order with U.S. Trustee (.30); communicate with
Merrett regarding same (.10); final assembly of DIP Order (.10).

09/16/15        D A HALL                                  1.40                          875.00
Review and analyze final DIP order and communicate with Ellman regarding same (.40); review and analyze
revisions to credit agreement documents (.30); correspondence with Hoeppner regarding finalizing credit
agreement materials (.30).

Financing and Cash Collateral                                                            Page 9

09/16/15      N J HOEPPNER                            3.80                          1,805.00
Communications with company regarding financing schedules and revise schedules to reflect the same
(2.0); communicate with Tennessee counsel regarding UCC statute (.30); communicate with West Virginia
counsel regarding general partnership issue and opinion review (.50); draft borrower deliverables regarding
closing of second out facility (1.20).

09/16/15      J E MAZEY                               6.90                          5,002.50
Analyze questions regarding asset sales and related provisions in the DIP credit agreement (2.0);
communicate with Kreutzer (ANR) and Harrington (ANR) regarding restrictions on asset sales and
mandatory prepayment requirements under the DIP credit agreement (1.0); communicate with Barragate
regarding issues related to final approval of DIP financing (.20); analyze final revisions to final DIP
financing order relating to limits on cross-collateralization and potential consequences for future financing
(1.20); communicate with Ellman regarding asset sale restrictions and de minimis asset sale procedures
(.80); review and revise legal opinion letter in connection with second out credit agreement (.50); analyze
revisions to second out credit agreement (.40); analyze revised final DIP financing order (.50); analyze issues
relating to UCC financing statements to be filed in connection with DIP loans (.30).

09/16/15      T A WILSON                              0.30                            210.00
Review stipulation resolving U.S. Trustee concerns regarding section 345 requirements and communicate
with Merrett regarding same.

09/17/15      J B ELLMAN                              6.80                          6,460.00
Review materials regarding aircraft and potential adequate protection issues (.90); communicate with Black
and Green regarding same (.30); review final DIP amendments (.20); review DIP issues regarding aircraft
loan and adequate protection (.70); communicate with Mazey regarding same (.20); draft memorandum to
Black regarding same (.20); communicate with Turner (creditor counsel) regarding DIP Financing inquiry
(.10); draft response to same (.20); revise and finalize final DIP Order (.60); communicate with Davis Polk,
Milbank and Kirkland regarding same (.60); draft memorandum to Cavatoni (ANR) regarding same (.10);
review issues relating to DIP amendment to permit final funding (.50); conference with Fleck (Milbank)
regarding same (.20); conference with Mazey regarding same (.40); communicate with Phillips (ANR)
regarding public filing regarding DIP financing (.10); conference call with Cavatoni and Verheij (both ANR)
and Black regarding redaction of DIP exhibits (.20); draft memorandum regarding same (.10); communicate
with Dengel (Davis Polk) regarding DIP waiver issue for final funding (.30); communicate with Black
regarding same (.10); review correspondence from lenders regarding resolving issues regarding same and
process (.30); communicate with Hall regarding DIP exhibits and open issues (.20); communicate with
Schaible (Davis Polk) regarding DIP funding issues (.10); communicate with Long (Hunton) regarding
issues relating to finalizing, submission and entry of Final DIP Order (.20).

09/17/15      P M GREEN                               0.50                            287.50
Review issues related to aircraft adequate protection.

09/17/15      D A HALL                                2.10                          1,312.50
Revise borrowing notice and communicate with client regarding same (.30); call with Cooke (ANR)
regarding credit agreement schedule (.30); review and analyze credit agreement relating to certain covenants
and related reporting requirements (.50); communicate with Mazey regarding same (.40); communicate with
Hoeppner regarding same (.30); coordinate execution of second amendment to DIP credit agreement (.30).

09/17/15      R W HAMILTON                            0.50                            412.50
Communicate with Ellman regarding resolution of DIP issues and review Final DIP Order.

09/17/15      N J HOEPPNER                            2.00                            950.00
Communicate with company regarding revisions to security agreement schedules and revise the same (1.30);
communicate with Hall regarding post-closing items (.30); communicate with lender counsel regarding
comments to post-closing deliverables (.40).

Financing and Cash Collateral                                                                          Page 10

09/17/15        J E MAZEY                                    5.80                      4,205.00
Review and revise amendment to DIP credit agreement (.60); communicate with Dengel (Davis Polk)
regarding open issues relating to DIP credit agreement amendment and second out credit agreement (1.50);
finalize legal opinion for second out credit agreement (.30); communicate with Dengel (Davis Polk)
regarding waiving funding condition regarding cash management (.80); review and revise proposed
additional amendment to DIP credit agreement to address cash management order (.30); communicate with
Ellman regarding aircraft loan (.50); communicate with Dengel (Davis Polk) regarding comments to second
out credit agreement revision and second amendment to DIP credit agreement (.80); analyze aircraft loan
document and related provisions in DIP credit agreement and communicate with Ellman regarding same
(1.0).

09/18/15        J B ELLMAN                                   2.30                      2,185.00
Conference call with Manno (ANR) and Green regarding aircraft adequate protection request (.40); review
supporting materials (1.30); conference with Green regarding same (.20); communicate with Black regarding
same (.10); communicate with Lipke (Vedder Price) regarding same (.10); communicate with Delo
(Rothschild) regarding final DIP terms (.10); gather materials for Delo (Rothschild) regarding same (.10).

09/18/15        P M GREEN                                    0.80                        460.00
Review correspondence and related documents in connection with aircraft adequate protection motion.

09/18/15        D A HALL                                     4.50                      2,812.50
Review, analyze and comment on form closing opinion (.30); communicate with company regarding
borrowing timing under DIP facility (.20); coordinate signature pages regarding DIP amendments and
second out facility (.30); draft good standing analysis (1.50); communicate with Hoeppner regarding status
of deliverables (.40); communicate with lender counsel regarding perfection certificate and related matters
(.50); analysis of perfection schedules and related matters and communicate with lender counsel regarding
same (.80); review final second out facility materials for closing (.50).

09/18/15        N J HOEPPNER                                 4.30                      2,042.50
Finalize opinion and other borrower deliverables regarding second out facility and deliver executed copies
of same (2.0); attention to finalizing local counsel deliverables and communicate with local counsel and
lender's counsel regarding same (1.50); update security agreement schedules and distribute revised draft
(.80).

09/18/15        J E MAZEY                                    1.50                      1,087.50
Analyze revised second out credit agreement legal opinion (.30); communicate with Dengel (Davis Polk)
regarding closing second amendment to DIP credit agreement and second out credit agreement (.80);
analyze excluded assets from collateral under the final DIP order (.40).

09/19/15        N J HOEPPNER                                 1.30                        617.50
Revise perfection certificate schedules to reflect latest information from company and latest updates to
security agreement schedules.

09/20/15        J B ELLMAN                                   0.80                        760.00
Review second lien adequate protection invoices (.50); draft memorandum to Verheij (ANR) regarding
same (.10); draft memorandum to Delo (Rothschild) regarding DIP amendments (.20).

09/20/15        N J HOEPPNER                                 1.50                        712.50
Finalize perfection certificate and security agreement schedules and distribute the same to lender's counsel.

09/21/15        B P BARRAGATE                                0.10                         97.50
Review borrowing request and communicate with Marko regarding same.

09/21/15        J B ELLMAN                                   0.50                        475.00
Review cash management proposals (.10); communicate with Black regarding same (.20); communicate with
Vonnegut (Davis Polk) regarding second out Form 8-K disclosure (.10); communicate with Mazey
regarding same (.10).

09/21/15        P M GREEN                                    1.30                        747.50
Review precedent with respect to aircraft adequate protection.

09/21/15        D A HALL                                     1.70                      1,062.50
Communicate with Hoepnner regarding status of closing deliverables (.30); draft Form 8-K disclosure filing
regarding post petition financing (1.0); communicate with Mazey and revisions regarding same (.40).

JONES DAY

Financing and Cash Collateral                                                                    Page 11

| | | | |
|---|---|---|---|
| 09/21/15 | D G HEIMAN | 0.50 | 600.00 |

Conference with Black, Barragate and Ellman regarding Citigroup cash management request.

| | | | |
|---|---|---|---|
| 09/21/15 | N J HOEPPNER | 2.80 | 1,330.00 |

Communicate with local counsel regarding finalizing West Virginia opinion (.20); communicate with lender counsel regarding post-closing deliverables (.50); revise perfection certificate and security agreement schedules to reflect updated information from Phillips (ANR) (1.0); finalize post-closing deliverables and distribute the same to lender's counsel (1.10).

| | | | |
|---|---|---|---|
| 09/21/15 | J E MAZEY | 1.50 | 1,087.50 |

Analyze revised second out credit agreement legal opinion (.30); communicate with Dengel (Davis Polk) regarding closing second amendment to DIP credit agreement and second out credit agreement (.80); analyze excluded assets from collateral under the final DIP order (.40).

| | | | |
|---|---|---|---|
| 09/21/15 | J E MAZEY | 3.30 | 2,392.50 |

Revise rating agency summary of DIP facility (3.0); communicate with Solecki regarding Form 8-K disclosure of second out credit agreement (.30).

| | | | |
|---|---|---|---|
| 09/22/15 | D A HALL | 1.90 | 1,187.50 |

Revise Form 8-K disclosure and communicate with Mazey regarding same.

| | | | |
|---|---|---|---|
| 09/22/15 | J E MAZEY | 2.40 | 1,740.00 |

Analyze revisions to Form 8-K disclosure of second out credit agreement (.50); communicate with Hall regarding comments to Form 8-K disclosure (.30); communicate with Ellman regarding certain contemplated asset sales and restrictions in DIP credit agreement (.40); revise Form 8-K disclosure concerning second out credit agreement (1.20).

| | | | |
|---|---|---|---|
| 09/23/15 | B P BARRAGATE | 0.40 | 390.00 |

Communicate with Black and Ellman regarding cash management order (.20); communicate with Munsey (ANR) regarding DIP issues (.20).

| | | | |
|---|---|---|---|
| 09/23/15 | J B ELLMAN | 0.30 | 285.00 |

Review latest proposal on cash management (.10); communicate with Barragate and Black regarding same (.20).

| | | | |
|---|---|---|---|
| 09/23/15 | N J HOEPPNER | 1.00 | 475.00 |

Conform credit agreement with respect to Form 8-K filing and communicate internally regarding the same.

| | | | |
|---|---|---|---|
| 09/24/15 | B P BARRAGATE | 0.30 | 292.50 |

Communicate with Cavatoni (ANR), Ellman regarding DIP amendment.

| | | | |
|---|---|---|---|
| 09/24/15 | J B ELLMAN | 0.60 | 570.00 |

Review Cavatoni (ANR) inquiry regarding new financing for LC's (.10); communicate with Barragate regarding same and timing (.20); review and respond to Barragate memorandum regarding same (.20); review Form 8K disclosure for second out facility (.10).

| | | | |
|---|---|---|---|
| 09/24/15 | J E MAZEY | 0.50 | 362.50 |

Analyze DIP credit agreement regarding increase to letter of credit facility (.20); analyze final draft Form 8-K disclosure for second out credit agreement (.30).

| | | | |
|---|---|---|---|
| 09/25/15 | B P BARRAGATE | 0.50 | 487.50 |

Communicate with Munsey (ANR) regarding reporting issues.

| | | | |
|---|---|---|---|
| 09/25/15 | J B ELLMAN | 1.10 | 1,045.00 |

Review DIP agreement regarding settlement of judgment (.30); conference with Mazey regarding same (.20); communicate with Wilson regarding same (.10); conference call with Davis Polk and Mazey regarding adequate protection payments (.20); follow up correspondence regarding same (.20); communicate with Delo (Rothschild) regarding second out DIP agreement (.10).

| | | | |
|---|---|---|---|
| 09/25/15 | J E MAZEY | 1.50 | 1,087.50 |

Analyze DIP loan documents regarding ability to compromise judgment (.50); call with Dengel (Davis Polk), Vonnegut and Ellman regarding form of notice of interest rate continuation (.40); analyze borrowing notice and interest rate continuation provisions in pre-petition credit agreement (.60).

| | | | |
|---|---|---|---|
| 09/26/15 | J B ELLMAN | 0.20 | 190.00 |

Review correspondence regarding aircraft adequate protection.

Financing and Cash Collateral                                                          Page 12

09/26/15        D A HALL                                    0.60                    375.00
Communicate with lender counsel regarding borrowing notice (.30); revise notice of borrowing (.30).

09/27/15        J B ELLMAN                                  1.80                  1,710.00
Review and revise aircraft loan adequate protection stipulation (1.10); review related documents (.30); communicate with Lipke (lender counsel) regarding same (.10); communicate with Manno and Verheij (both ANR) regarding same (.10); communicate with Green regarding same (.10); conference with Black regarding same (.10).

09/27/15        P M GREEN                                   1.30                    747.50
Review correspondence related to aircraft adequate protection stipulation (.30); review proposed stipulation (.50).

09/28/15        B P BARRAGATE                               0.50                    487.50
Communicate with Cavatoni (ANR) and Munsey (ANR) on reporting.

09/28/15        C E BLACK                                   0.30                    255.00
Communicate with Ellman regarding cash management issues.

09/28/15        J B ELLMAN                                  3.00                  2,850.00
Conference with Wilson regarding internal accounting and DIP issues (.20); conference with Verheij and Manno (both ANR) regarding aircraft adequate protection (.60); follow up with Green regarding same (.10); revise stipulation regarding same (.50); communicate with Lipke (Vedder) regarding same (.20); review correspondence with Schaible (Davis Polk) and Fleck (Milbank) regarding same (.20); conference call with Fleck and Stodola (both Milbank) regarding cash management issues (.40), conference with Merrett regarding same (.20); conference with Grady (A&M) regarding same and non-Debtor funding (.20); draft memorandum to Black regarding same (.40).

09/28/15        P M GREEN                                   1.90                  1,092.50
Review aircraft loan documents (.80); review adequate protection stipulation with respect to aircraft (.40); communicate with Ellman regarding the same (.70).

09/28/15        D A HALL                                    0.20                    125.00
Communicate with client regarding revised conversion notice.

09/29/15        J B ELLMAN                                  2.20                  2,090.00
Communicate with Vonnegut (Davis Polk) regarding adequate protection payments and cash management (.30); communicate with Mazey regarding same (.10); review Mazey correspondence regarding adequate protection (.10); conference with Fleck (Milbank) regarding cash management structures (.30); conference with Merrett regarding same (.20); review inter-company payment summary for same (.10); communicate with Grady (ANR) regarding same (.30); draft summary of cash management status and issues to Black (.30); communicate with Shockley (ANR) regarding same (.10); review bank account summary (.10); review comments from lender regarding adequate protection stipulation (.20); draft correspondence to Verheij (ANR) regarding same (.10).

09/29/15        J E MAZEY                                   1.40                  1,015.00
Analyze credit agreement regarding payment of interest and fees (.50); communicate with Shockley (ANR) regarding payment of fees and interest under DIP financing (all Davis Polk) (.40); communicate with Ellman regarding amortization payments (.30); communicate with Steinberg, Dengel (Davis Polk) and Vonnegut regarding pre petition amortization (.20).

09/30/15        J B ELLMAN                                  2.80                  2,660.00
Conference call with Shockley (ANR), Merrett, Grady (A&M) and Milbank and Protiviti teams regarding bank accounts and cash management (1.10); review materials regarding same (.20); conference with Pesce (Kirkland) regarding same (.20); draft correspondence to Davis Polk and Kirkland teams regarding update on same (.30); follow up with Fleck (Milbank) regarding same and proposal time line (.20); communicate with Wilson regarding case management order issues regarding same (.20); review Black inquiry regarding DIP Credit Agreement reporting (.10); communicate with Committee (.10) and DIP Lenders (.10) regarding adequate protection issues; communicate with Manno (ANR) regarding same (.10); review foreign non-Debtor information for cash management (.20).

09/30/15        D A HALL                                    1.50                    937.50
Communicate with lender counsel regarding account control agreements and related matters (.70); communicate with client regarding same (.40); communicate with client regarding payment of certain fees (.40).

JONES DAY

Financing and Cash Collateral                                                          Page 13

**TOTAL**                                          428.20        **USD**        317,685.00

Litigation and Adversary Proceedings                                                                    Page 1

| 09/01/15 | R W GAFFEY | 2.10 | 2,047.50 |
|---|---|---|---|

Review privilege assertion issues.

| 09/01/15 | W J HINE | 3.10 | 2,635.00 |
|---|---|---|---|

Draft memorandum of law and supporting affidavit regarding potential adversary proceeding.

| 09/01/15 | J C MALIZA | 0.80 | 320.00 |
|---|---|---|---|

Communicate with litigation support team regarding upcoming review

| 09/01/15 | J C MALIZA | 1.00 | 400.00 |
|---|---|---|---|

Review materials in preparation for review.

| 09/01/15 | M A PLATT | 4.60 | 3,105.00 |
|---|---|---|---|

Call with Davis Polk regarding creditors committee discovery requests (.20); communicate with Ellman and Black regarding document collection (.10); communicate with Kaiser regarding document production (.10); communicate with Ellman regarding document collection (.20); revise document review protocol (2.0); communicate with Davis Polk regarding discovery relating to DIP motion (.30); communicate with Ellman regarding lien searches (.20); attention to discovery issues (1.50).

| 09/02/15 | B P BARRAGATE | 0.20 | 195.00 |
|---|---|---|---|

Review and analyze discovery responses.

| 09/02/15 | S D EFRONSON | 0.50 | 225.00 |
|---|---|---|---|

Communicate with Gaffey regarding research assignment related to attorney-client privilege and work product.

| 09/02/15 | R W GAFFEY | 2.80 | 2,730.00 |
|---|---|---|---|

Review privilege assertion legend (.60); review cases regarding privilege issues (2.20).

| 09/02/15 | R W HAMILTON | 2.40 | 1,980.00 |
|---|---|---|---|

Arrange logistics for DIP depositions and preparation (.30); review pleadings and prepare for DIP depositions (1.70); communicate with Black and Platt regarding creditors committee discovery and non-disclosure agreements and confidentiality order language (.40).

| 09/02/15 | W J HINE | 2.00 | 1,700.00 |
|---|---|---|---|

Revise draft memorandum of law and supporting affidavit in connection with potential adversary proceeding.

| 09/02/15 | J C MALIZA | 13.00 | 5,200.00 |
|---|---|---|---|

Work with review team regarding review of document production.

| 09/02/15 | M A PLATT | 4.80 | 3,240.00 |
|---|---|---|---|

Review document review protocol and creditors committee document requests (.40); meeting with document reviewers regarding DIP motion discovery (.50); prepare clawback letter for creditors committee (.50); send documents to Ghaul for data room (.10); attention to data room documents, and communicate with Ghaul and Ellman regarding data room (2.80); communicate with Ghaul and Kaiser regarding discovery issues (.50).

| 09/03/15 | S D EFRONSON | 2.00 | 900.00 |
|---|---|---|---|

Draft pleadings in preparation for potential settlement.

| 09/03/15 | S D EFRONSON | 10.40 | 4,680.00 |
|---|---|---|---|

Conduct research related to attorney client privilege and work product.

| 09/03/15 | W J HINE | 2.10 | 1,785.00 |
|---|---|---|---|

Revise draft pleadings in connection with potential adversary proceeding (1.70); communicate with Black, Gaffey and Efronson regarding revisions to draft 9019 motion (.40).

| 09/03/15 | J C MALIZA | 13.80 | 5,520.00 |
|---|---|---|---|

Review document production and arrange for delivery of same.

| 09/03/15 | M A PLATT | 5.00 | 3,375.00 |
|---|---|---|---|

Review proposed common interest agreement, and communicate with Black regarding same (.60); attention to data room and discovery issues (2.0); prepare for deposition preparation session with Parkhill (Rothschild) (2.40).

JONES DAY

Litigation and Adversary Proceedings                                                    Page 2

09/03/15        T A WILSON                        0.30                        210.00
Communicate with Black and Harrison (ANR) regarding entry into subsidence settlements.

09/04/15        S D EFRONSON                      1.80                        810.00
Revise outline of issues related to attorney client privilege and work product.

09/04/15        S D EFRONSON                      1.20                        540.00
Provide documents from client to Black in preparation for potential settlement discussions.

09/04/15        R W GAFFEY                        6.60                      6,435.00
Review draft order and internal edits regarding same (1.10); revise and edit new drafts of potential adversary
complaint and supporting papers (2.20); communicate with Hine regarding charges needed in revised
declaration (.30); review privilege cases for inclusion in outline for client (.80); edit revised stay motion
(1.20); communicate with client, Black, Heiman and Hine regarding Virginia consent order (1.0).

09/04/15        W J HINE                          2.50                      2,125.00
Communicate with Gaffey, Efronson and Slack regarding draft 9019 motion (.50); revise draft declaration
for 9019 motion (2.0).

09/04/15        J C MALIZA                        9.00                      3,600.00
Work with review team regarding review of document production.

09/04/15        T A WILSON                        1.30                        910.00
Review correspondence from Harrington (ANR) regarding Texas Emerald proceeding (.20); limited
research regarding ability to dismiss state court litigation in ordinary course of business (.30); participate in
conference call with Verheij (ANR), Harrington (ANR) regarding Texas Emerald matter (.30); follow-up
call with Harrington regarding same (.30); communicate with Boggs (Jackson Kelly) regarding potential
settlement of note collection action (.20).

09/05/15        R W GAFFEY                        0.50                        487.50
Review correspondence regarding documents to include potential adversary pleadings.

09/05/15        J C MALIZA                        2.50                      1,000.00
Review pleadings and background materials.

09/05/15        J C MALIZA                        3.00                      1,200.00
Work with review team regarding review of document production.

09/05/15        J C MALIZA                        3.50                      1,400.00
Review documents for deposition preparation.

09/06/15        J C MALIZA                        5.00                      2,000.00
Review documents for deposition preparation.

09/06/15        J C MALIZA                        1.50                        600.00
Review documents and arrange for production.

09/07/15        J C MALIZA                        1.50                        600.00
Review documents and arrange for production.

09/07/15        J C MALIZA                        5.30                      2,120.00
Compile and prepare documents for deposition preparation.

09/08/15        R W GAFFEY                        2.10                      2,047.50
Review correspondence from Black regarding DIP objection and potential impact on litigation strategy
(.80); review potential adversary proceeding materials (1.30).

09/08/15        W J HINE                          0.70                        595.00
Communicate with Gaffey regarding status of potential adversary proceeding (.30); review documents
regarding potential adversary proceeding (.40).

09/08/15        J C MALIZA                        6.50                      2,600.00
Assemble and deliver deposition preparation binder.

09/09/15        J C MALIZA                        0.10                         40.00
Communicate with Kaiser regarding production status.

09/11/15        J C MALIZA                        1.70                        680.00
Prepare and arrange for production of documents.

**JONES DAY**

Litigation and Adversary Proceedings                                                                Page 3

| | | | |
|---|---|---|---|
| 09/13/15 | T A WILSON | 1.20 | 840.00 |

Review and revise Greenfields settlement agreement (1.10); communicate with Dobbs (Jackson Kelly), Harrington (ANR) regarding same (.10).

| | | | |
|---|---|---|---|
| 09/15/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Harrington (ANR), Dobbs (Jackson Kelly), Ellman, Black, Zeltner regarding 9019 motion to approve Greenfields settlement.

| | | | |
|---|---|---|---|
| 09/16/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Zeltner, Harrington (ANR) regarding Greenfields settlement.

| | | | |
|---|---|---|---|
| 09/22/15 | S D EFRONSON | 0.10 | 45.00 |

Communicate with Gaffey and Black regarding research on privilege.

| | | | |
|---|---|---|---|
| 09/22/15 | R W GAFFEY | 3.30 | 3,217.50 |

Review privilege assertion standards.

| | | | |
|---|---|---|---|
| 09/22/15 | T A WILSON | 0.90 | 630.00 |

Communicate with Zeltner, Harrington (ANR), Blumenthal (investor counsel), Dobbs (Jackson Kelly), Stodola (Milbank) regarding Greenfields settlement.

| | | | |
|---|---|---|---|
| 09/22/15 | O S ZELTNER | 3.30 | 1,320.00 |

Draft motion for approval of Greenfields settlement (3.10); communicate with Wilson regarding same (.20).

| | | | |
|---|---|---|---|
| 09/23/15 | R W GAFFEY | 4.30 | 4,192.50 |

Review board material and edit for privilege points (.80); review materials regarding scope of privilege post-petition (2.40); review revised stipulation and circulate comments (1.10).

| | | | |
|---|---|---|---|
| 09/23/15 | T A WILSON | 0.50 | 350.00 |

Communicate with Harrington (ANR) and Dobbs (Jackson Kelly) regarding Greenfields settlement (.50);

| | | | |
|---|---|---|---|
| 09/24/15 | R W GAFFEY | 0.50 | 487.50 |

Review draft stipulation regarding bonding.

| | | | |
|---|---|---|---|
| 09/24/15 | J C MALIZA | 0.10 | 40.00 |

Review access issues regarding document production and communicate with Ghaul regarding same.

| | | | |
|---|---|---|---|
| 09/24/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Zeltner, Harrington (ANR) and Ellman regarding Greenfields settlement.

| | | | |
|---|---|---|---|
| 09/24/15 | O S ZELTNER | 4.30 | 1,720.00 |

Draft motion to approve Greenfields settlement (3.60); research case law on Westlaw for same (.60); communicate with Wilson regarding same (.10).

| | | | |
|---|---|---|---|
| 09/25/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Vonnegut (Davis Polk), Dobbs (Jackson Kelly) regarding proposed Greenfields settlement (.20).

| | | | |
|---|---|---|---|
| 09/26/15 | R W GAFFEY | 0.90 | 877.50 |

Review bonding presentation.

| | | | |
|---|---|---|---|
| 09/28/15 | T A WILSON | 1.10 | 770.00 |

Communicate with Black, Cavatoni (ANR) regarding timing of Greenfields settlement (.30); communicate with Harrison (ANR), Stodola (Milbank) regarding subsidence settlements (.60); review Pennsylvania statutes underlying subsidence settlements (.20).

| | | | |
|---|---|---|---|
| 09/29/15 | T A WILSON | 0.50 | 350.00 |

Communicate with Monroe (ANR) regarding entry into indemnity agreement with Fluor governing certain tort litigation (.10); communicate with Monroe regarding outstanding settlements (.20); communicate with Ellman regarding same (.20).

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | 1.10 | 770.00 |

Communicate with Stodola (Milbank), Black regarding subsidence agreements (.30); review and revise 9019 motion approving Greenfields settlement (.80).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **150.50** | **USD** | **86,487.50** |

**JONES DAY**

Meetings                                                                                                           Page 1

| | | | |
|---|---|---|---|
| 09/15/15 | C E BLACK | 1.20 | 1,020.00 |
| Meeting with Debtors and Rothschild regarding planning matters. | | | |
| 09/15/15 | D G HEIMAN | 1.50 | 1,800.00 |
| Attend meetings with Verheij (ANR) and Cavatoni (ANR) regarding business planning. | | | |
| 09/16/15 | C E BLACK | 5.20 | 4,420.00 |
| Meeting with Crutchfield (ANR), Verheij (ANR), Cavatoni (ANR), Carmody (McKinsey), Heiman and Parkhill (Rothschild) regarding planning matters (4.40); conference with Verheij (ANR) on various case matters (.80). | | | |
| 09/16/15 | D G HEIMAN | 6.00 | 7,200.00 |
| Prepare for and attend meeting with Crutchfield (ANR), Verheij (ANR), Cavatoni (ANR), Carmody (McKinsey), Black and Parkhill (Rothschild) regarding strategy going forward. | | | |
| 09/17/15 | C E BLACK | 6.70 | 5,695.00 |
| Attend and participate in planning meetings at client with Verheij (ANR) and other client employees, Rothschild and Alvarez & Marsal. | | | |
| 09/17/15 | D G HEIMAN | 3.00 | 3,600.00 |
| Attend meetings with McKinsey, Rothschild, Alvarez & Marsal and ANR management regarding planning issues. | | | |
| 09/22/15 | C E BLACK | 2.40 | 2,040.00 |
| Review materials for diligence meetings with lenders. | | | |
| 09/23/15 | C E BLACK | 3.40 | 2,890.00 |
| Attend meetings with lenders. | | | |
| 09/29/15 | C E BLACK | 6.40 | 5,440.00 |
| Attend meetings with company regarding business plan and related issues. | | | |
| 09/29/15 | D G HEIMAN | 2.50 | 3,000.00 |
| Attend planning meetings with management. | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **38.30** | **USD** | **37,105.00** |

**JONES DAY**

Non-Working Travel                                                                                           Page 1

09/01/15        C E BLACK                                         3.40                    2,890.00
        Travel from Cleveland to Richmond for 341 meeting of creditors.

09/01/15        T A WILSON                                        0.80                      560.00
        Round trip travel between Hunton and Williams offices and bankruptcy court for September 1st omnibus
        hearing.

09/02/15        C E BLACK                                         6.10                    5,185.00
        Return travel from Richmond to Cleveland following 341 meeting (travel delays).

09/02/15        T A WILSON                                        5.60                    3,920.00
        Travel to and from Richmond bankruptcy court for section 341 meeting (.50); travel from Richmond,
        Virginia to Cleveland following September 1st omnibus hearing and section 341 meeting (5.10).

09/03/15        R W HAMILTON                                      6.30                    5,197.50
        Travel to New York for deposition preparation with Parkhill (Rothschild) and Barragate (flight delayed).

09/04/15        R W HAMILTON                                      4.30                    3,547.50
        Travel to Columbus, Ohio from New York following deposition preparation.

09/04/15        M A PLATT                                         8.70                    5,872.50
        Travel to New York for deposition preparation with Parkhill (Rothschild) (3.70); return travel to Cleveland
        (5.0).

09/09/15        J B ELLMAN                                        4.10                    3,895.00
        Nonworking travel from Atlanta to New York for depositions relating to DIP Financing.

09/10/15        C E BLACK                                        12.20                   10,370.00
        Round trip travel between Cleveland and New York for meetings with client regarding various case matters
        and Cavatoni (ANR) and Parkhill (Rothschild) deposition preparation relating to DIP hearing (multiple
        flight delays).

09/10/15        D G HEIMAN                                        8.00                    9,600.00
        Travel from Cleveland to New York for Cavatoni (ANR) and Parkhill (Rothschild) deposition preparation
        and meetings with Verheij (ANR) and Cavatoni (ANR) regarding strategy (4.0) (flight delays); travel from
        New York to Ft. Myers, FL following deposition preparation and meetings (4.0) (flight delays).

09/11/15        J B ELLMAN                                        5.60                    5,320.00
        Return travel from New York to Atlanta following depositions.

09/11/15        R W HAMILTON                                      4.50                    3,712.50
        Return travel to Columbus, OH from New York.

09/13/15        R W HAMILTON                                      5.50                    4,537.50
        Travel from Columbus, OH to Richmond, VA for DIP Hearing.

09/14/15        C E BLACK                                         4.50                    3,825.00
        Travel from Cleveland to Richmond for 9/15 hearing.

09/14/15        J B ELLMAN                                        2.20                    2,090.00
        Nonworking travel from Atlanta to Richmond for hearing.

09/14/15        D G HEIMAN                                        5.00                    6,000.00
        Travel from Ft. Myers, FL to Richmond for DIP hearing.

09/14/15        J E MAZEY                                         4.00                    2,900.00
        Travel from Dallas, Texas to Richmond, Virginia to attend bankruptcy hearing on final DIP financing
        order.

09/15/15        C E BLACK                                         1.30                    1,105.00
        Travel from Richmond to Bristol for client meetings regarding planning and various case matters.

09/15/15        J B ELLMAN                                        3.20                    3,040.00
        Return travel from Richmond to Atlanta following DIP hearing.

09/15/15        R W HAMILTON                                      7.50                    6,187.50
        Travel to Ithaca, NY from DIP hearing in Richmond.

**JONES DAY**

Non-Working Travel                                                                                                      Page 2

09/15/15        D G HEIMAN                              4.00                          4,800.00
   Return travel from Richmond to Cleveland following DIP hearing.

09/15/15        J E MAZEY                               4.00                          2,900.00
   Travel from Richmond, Virginia bankruptcy hearing on final DIP financing order to Dallas, TX.

09/16/15        D G HEIMAN                              5.00                          6,000.00
   Travel from Richmond to Bristol, VA for planning meetings.

09/17/15        C E BLACK                               5.80                          4,930.00
   Return travel from Bristol, VA to Cleveland following client meetings regarding planning and various case
   issues.

09/17/15        D G HEIMAN                              5.00                          6,000.00
   Return travel from Bristol, VA to Cleveland following client meetings regarding planning.

09/22/15        C E BLACK                               3.80                          3,230.00
   Travel from Cleveland to New York for diligence meetings.

09/22/15        B W EASLEY                              4.40                          3,520.00
   Non-working travel from Bristol, VA to Chicago, IL.

09/23/15        C E BLACK                               4.10                          3,485.00
   Return travel from New York to Cleveland following meetings with lenders.

09/28/15        C E BLACK                               4.90                          4,165.00
   Travel from Cleveland to Bristol, VA for meetings with management regarding plan of reorganization.

09/28/15        D G HEIMAN                              5.00                          6,000.00
   Travel from Cleveland to Bristol, VA for meetings with management regarding plan of reorganization.

09/29/15        C E BLACK                               6.10                          5,185.00
   Return travel from Bristol, VA to Cleveland following meetings with management regarding plan of
   reorganization and related matters.

09/29/15        D G HEIMAN                              5.00                          6,000.00
   Return travel from Bristol, VA to Cleveland following meetings with management regarding plan of
   reorganization and asset disposition.

        **TOTAL**                                        **159.90**          **USD**      **145,970.00**

**JONES DAY**

Plan and Disclosure Statement                                                                      Page 1

---

09/02/15        C E BLACK                                          0.40                      340.00
        Conference with Carmody (McKinsey) regarding business plan issues.

09/03/15        D G HEIMAN                                         0.50                      600.00
        Conference with Black regarding business plan time line and unsecured creditors' committee schedule.

09/03/15        D G HEIMAN                                         0.50                      600.00
        Telephone conference with Carmody (McKinsey) regarding financial and legal issues relating to business
        plan.

09/04/15        D G HEIMAN                                         0.50                      600.00
        Conference with McKinsey regarding business plan.

09/05/15        C E BLACK                                          1.40                    1,190.00
        Review and analysis of planning and structure alternatives.

09/08/15        C E BLACK                                          1.20                    1,020.00
        Review and analysis of planning and structure alternatives.

09/08/15        D G HEIMAN                                         1.50                    1,800.00
        Review McKinsey calendar (.20); conference with Black regarding plan of reorganization issues (.30); attend
        conference call regarding business plan (1.0).

09/09/15        C E BLACK                                          2.40                    2,040.00
        Conference with Carmody (McKinsey) regarding business plan issues (.80); review and revise materials in
        preparation for meeting with Company, Rothschild and Heiman regarding business plan issues (1.60).

09/14/15        C E BLACK                                          1.10                      935.00
        Review business plan related materials.

09/16/15        C E BLACK                                          1.20                    1,020.00
        Review and analyze various business plan related materials (.90); conferences with Rothschild regarding
        same (.30).

09/16/15        D G HEIMAN                                         2.00                    2,400.00
        Review McKinsey materials (1.50); prepare for 9/17 meeting regarding business plan (.50).

09/18/15        C E BLACK                                          0.30                      255.00
        Call with client and Rothschild regarding planning issues.

09/21/15        C E BLACK                                          0.80                      680.00
        Conference with Heiman and Verheij (ANR) regarding business plan issues.

09/21/15        D G HEIMAN                                         2.00                    2,400.00
        Prepare summary chart assessing planning alternatives (1.0); attend conference call with Verheij (ANR),
        Cavatoni (ANR) and Black regarding same (1.0).

09/22/15        J B ELLMAN                                         1.90                    1,805.00
        Conference call with Davis Polk, Kirkland, Milbank, client and other advisors to discuss planning process
        for business plan review and approval and other restructuring activities (1.30); review slide deck for same
        (.60).

09/22/15        D G HEIMAN                                         1.00                    1,200.00
        Review McKinsey documents on coal and gas and mine analysis (.70); conference with Black regarding
        same (.30).

09/22/15        D G HEIMAN                                         0.50                      600.00
        Conference with Black regarding strategic alternatives.

09/23/15        D G HEIMAN                                         1.00                    1,200.00
        Review McKinsey Board presentation regarding plan of reorganization and provide comments on same.

09/25/15        C E BLACK                                          2.10                    1,785.00
        Review business plan materials.

09/27/15        C E BLACK                                          0.90                      765.00
        Review business planning materials.

JONES DAY

Plan and Disclosure Statement                                                                                    Page 2

| | | | |
|---|---|---|---|
| 09/28/15 | C E BLACK | 4.20 | 3,570.00 |

Review materials in preparation for business plan meetings.

| | | | |
|---|---|---|---|
| 09/28/15 | D G HEIMAN | 2.50 | 3,000.00 |

Review revised McKinsey business plan presentation (1.0); prepare for meeting with management (1.0); conference with Black regarding same (.50).

| | | | |
|---|---|---|---|
| 09/29/15 | D G HEIMAN | 1.00 | 1,200.00 |

Conference with Cavatoni (ANR) regarding planning issues (.50); conference with Carmody (McKinsey) regarding restructuring footprint (.50).

| | | | |
|---|---|---|---|
| 09/30/15 | C E BLACK | 3.40 | 2,890.00 |

Business plan follow-up call with Verheij (ANR), Parkhill (Rothschild), Cavatoni (ANR) and Heiman (.90); conference with Parkhill (Rothschild) and secured creditor advisors regarding timing of business plan and related issues (.80); review and comment on process slides (.60); review and comment on revised business plan (1.10).

| | | | |
|---|---|---|---|
| 09/30/15 | J B ELLMAN | 1.60 | 1,520.00 |

Communicate with Black regarding business plan issues (.30); conference call with Kirkland, Houlihan, Ducera, Davis Polk, Rothschild, McKinsie, Jones Day and Alvarez teams regarding business plan status, issues and blow out (.90); review materials regarding same (.20); conference with Pesce (Kirkland) regarding same (.20).

| | | | |
|---|---|---|---|
| 09/30/15 | D G HEIMAN | 0.50 | 600.00 |

Review and comment on business plan language.

| | | | |
|---|---|---|---|
| 09/30/15 | D G HEIMAN | 2.00 | 2,400.00 |

Conferences regarding delivery of business plan to secured creditors (.50); attend conference call with secured creditors regarding business plan (.70); conference call with management and advisors regarding delivery of business plan (.80).

| | | | |
|---|---|---|---|
| 09/30/15 | D G HEIMAN | 0.50 | 600.00 |

Conference call with Black, Cavatoni (ANR) and Verheij (ANR) regarding planning issues (.30); follow-up conference with Black regarding same (.20).

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | 0.50 | 350.00 |

Participate in conference call with Heiman, Black, Ellman, Parkhill (Rothschild), Delo (Rothschild), representatives of first lien lenders and representatives of second lien lenders regarding business plan.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **39.40** | **USD** | **39,365.00** |

Relief from Stay and Adequate Protection                                                                 Page 1

09/01/15        T A WILSON                                    0.20                    140.00
         Communicate with Harrison (ANR), Zeltner regarding Kinder Morgan motion for relief from stay.

09/01/15        O S ZELTNER                                   3.50                  1,400.00
         Draft objection to Kinder Morgan motion for relief from stay (1.20); research case law and secondary
         sources on Westlaw regarding same (1.80); communicate with Wilson (.20), Merrett (.20), Harrison (ANR)
         (.10) regarding same.

09/02/15        O S ZELTNER                                   4.40                  1,760.00
         Research case law and secondary sources on Westlaw regarding Fourth Circuit and other relevant law
         relating to relief from stay pursuant to section 362(d), in connection with objection to Kinder Morgan lift
         stay motion and other similar motions (4.20); communicate with Wilson regarding same (.20).

09/03/15        C E BLACK                                     0.30                    255.00
         Review revised Emerald settlement motion.

09/03/15        T A WILSON                                    1.30                    910.00
         Review and analyze Kinder Morgan motion for relief from stay (.30); communicate with Zeltner regarding
         same (.70); participate in conference call with Harrison (ANR), Esposito (Penn Stuart), Zeltner regarding
         response to Kinder Morgan motion (.30).

09/03/15        O S ZELTNER                                  10.50                  4,200.00
         Communicate with Wilson, Harrison (ANR), Esposito (Penn Stuart) regarding Kinder Morgan lift stay
         motion, negotiations and response thereto (.50); draft objection to Kinder Morgan lift stay motion (5.80);
         research case law and secondary sources on Westlaw regarding same (2.70); further communications with
         Wilson regarding same; draft motion for stay relief to allow parties to consummate Emerald litigation
         settlement (1.30); communicate with Black regarding same (.20).

09/04/15        C E BLACK                                     0.40                    340.00
         Review revised Emerald settlement motion.

09/04/15        T A WILSON                                    1.20                    840.00
         Communicate with Fleck (Milbank), Stodola (Milbank) regarding motion for relief from automatic stay
         (.20); review correspondence from Harrison (ANR) regarding inapplicability of stay to Swiss operations of
         Alpha European Coal Sales (.20); research related to same (.70); communicate with Black regarding same
         (.10).

09/04/15        O S ZELTNER                                   5.50                  2,200.00
         Draft objection to Kinder Morgan lift stay motion (2.80); research case law on Westlaw regarding same
         (2.60); communicate with Wilson regarding same (.10).

09/07/15        C E BLACK                                     0.60                    510.00
         Review and comment on Kinder Morgan response.

09/07/15        T A WILSON                                    1.80                  1,260.00
         Review and revise draft objection to Kinder Morgan motion for relief from stay (1.30); communicate with
         Black, Zeltner, Verheij (ANR) regarding same (.40); review correspondence between ANR and Kinder
         Morgan regarding prepetition lawsuit (.10).

09/08/15        C E BLACK                                     0.30                    255.00
         Review revised Kinder Morgan response.

09/08/15        T A WILSON                                    0.60                    420.00
         Communicate with Black, Zeltner regarding response to Kinder Morgan lift stay motion.

09/08/15        O S ZELTNER                                   3.90                  1,560.00
         Revise objection to Kinder Morgan lift stay motion (1.60); research case law on Westlaw regarding same
         (1.20); communicate with Black (.10), Wilson (.20), Long (Hunton) (.20) regarding same; locate and compile
         exhibits and prepare same for filing (.60).

09/09/15        C E BLACK                                     0.80                    680.00
         Review revised Emerald settlement motion (.60); communicate with trial counsel regarding same (.20).

09/09/15        O S ZELTNER                                   0.30                    120.00
         Draft motion for relief from stay to allow parties to perform under Emerald litigation settlement (.20);
         communicate with Black regarding same (.10).

Relief from Stay and Adequate Protection                                                    Page 2

09/11/15        C E BLACK                                0.60                    510.00
Review and comment on revised Emerald lift stay motion (.40); communicate with Cohen (Milbank)
regarding same (.20).

09/11/15        T A WILSON                              0.60                    420.00
Communicate with McNew (Gobble) regarding Gobble request for stay relief (.20); communicate with
Zeltner, Underwood (Underwood Law) regarding Griffith motion for relief from stay (.40).

09/11/15        O S ZELTNER                             0.80                    320.00
Communicate with Stephens and Underwood (both Underwood Law) (.20), Wilson (.20) regarding Griffith
lift stay motion; review Griffith motion and complaint (.40).

09/14/15        T A WILSON                              0.30                    210.00
Communicate with Stodola regarding response to Kinder Morgan lift stay motion (.10); review Gobble
motion to lift the automatic stay (.20).

09/15/15        T A WILSON                              0.10                     70.00
Communicate with Zeltner regarding lift stay requests.

09/15/15        O S ZELTNER                             0.40                    160.00
Communicate with Bowling (Bowling Law) (.20), Wilson (.20) regarding request for agreed order allowing
Jenkins plaintiffs to seek insurance recovery.

09/16/15        C E BLACK                               0.30                    255.00
Review Emerald lift stay motion for filing.

09/16/15        J N EDEL                                0.80                    260.00
Compile model stipulations resolving motions for relief from stay for personal injury claims.

09/16/15        T A WILSON                              2.10                  1,470.00
Communicate with Zeltner regarding sample lift stay stipulations (.20); review same (.40); communicate
with Zeltner regarding Pilgrim, Emerald and Jenkins requests for stay relief (.40); review and analyze
Griffith motion for relief from stay (.20); communicate with Harrington (ANR), Monroe (ANR) regarding
insurance related to same (.20); communicate with McCallister (ANR) regarding payment of costs related to
water replacement and whether related violations noticed by West Virginia are stayed (.40); review talking
points related to same and communicate with Zeltner regarding same (.30).

09/16/15        O S ZELTNER                             7.50                  3,000.00
Research case dockets and prior pleadings regarding law and arguments made in objections to personal
injury lift stay motions (1.70); research case dockets and prior pleadings regarding provisions in stipulations
resolving requests to lift the stay to allow personal injury actions to proceed to the extent plaintiffs seek
insurance recoveries (1.40); communicate with Black (.20), Wilson (.20), Hoffmann (.20), Edel (.20)
regarding same; draft talking points regarding automatic stay as it applies to actions and potential actions of
West Virginia Department of Environmental Protection to recover or assess penalties on unpaid
prepetition water bills (1.60); communicate with Wilson (.20), McCallister (ANR) (.10) regarding same;
communicate with Black (.10), Wilson (.10), Burnett (Williams Mullin) (.20) regarding motion for relief
from stay to allow Pilgrim settlement to proceed; communicate with Black (.20), Wilson (.10), Bowling
(Bowling Law) (.10) regarding request for relief from stay to allow Jenkins litigation to proceed; revise
Emerald lift stay motion and prepare same for filing (.40); communicate with Black (.10), Wilson (.20),
Long (Hunton) (.20) regarding same.

09/17/15        T A WILSON                              0.10                     70.00
Communicate with Black, Zeltner regarding Jenkins request for stay relief (.10);

09/17/15        O S ZELTNER                             1.40                    560.00
Communicate with Burnett (Williams Mullin) regarding Pilgrim litigation and request for relief from stay
(.20); finalize and prepare for filing motion for stay relief to allow Emerald litigation settlement to proceed
(.30); communicate with Black regarding same (.10); draft special service list for same (.40); coordinate filing
and service of same (.20); communicate with Bowling (Bowling Law) regarding Jenkins litigation and
request to lift the stay (.20).

09/18/15        C E BLACK                               0.40                    340.00
Review and revise correspondence to unsecured creditors' committee and DIP agent relating to adequate
protection for aircraft.

Relief from Stay and Adequate Protection                                                                    Page 3

09/18/15        O S ZELTNER                               5.70                        2,280.00
Draft Gambill motion for relief from stay to allow insurer to pay settlement funds (3.60); research statutes
and case dockets for same (1.30); communicate with Black (.10), Wilson (.10), Burnett (Williams Mullen)
(.20) regarding same; review case information provided by Burnett for same (.40).

09/20/15        C E BLACK                                 0.50                          425.00
Review omnibus motion to lift stay and for 2004 examination.

09/20/15        D J MERRETT                               0.50                          312.50
Review and analyze West Virginia litigants automatic stay and 2004 motions (.30); communicate with Black
regarding same (.20).

09/21/15        C E BLACK                                 0.80                          680.00
Review 2004 Motion and omnibus stay motion filed by West Virginia claimants (.40); communicate with
Pesce (Kirkland & Ellis) regarding same (.10); communicate with Long (Hunton & Williams) regarding
2004 and stay motions (.30).

09/21/15        T A WILSON                                0.10                           70.00
Communicate with Black, Zeltner, McNew (Gobble) regarding Gobble request for stay relief (.20).

09/21/15        O S ZELTNER                               1.00                          400.00
Communicate with Black, Wilson regarding West Virginia claimants' motion for stay relief and related 2004
motion (.30); review same (.30); revise Gambill stay relief motion (.20); communicate with Black (.10),
Wilson (.10) regarding same.

09/22/15        D S BIRNBAUM                              1.80                        1,260.00
Research law regarding impact of automatic stay on labor arbitrations (1.40); telephone conference with
Woo and Easley regarding same (.20); telephone conference with Merrett regarding automatic stay issues
(.20).

09/22/15        B J COLEMAN                               0.40                          190.00
Research the applicability of the automatic stay to labor arbitrations.

09/22/15        B W EASLEY                                0.80                          640.00
Review research regarding applicability of the automatic stay to grievance and arbitration procedures under
United Mine Workers Association collective bargaining agreements.

09/22/15        S C WOO                                   4.30                        1,827.50
Research whether automatic stay applies to grievance arbitration (2.10); telephone conference with Easley
and Birnbaum relating to research (.30); draft memorandum summarizing automatic stay research (1.90).

09/22/15        O S ZELTNER                               0.60                          240.00
Communicate with Harrison (ANR) regarding Griffith lift stay motion (.20), Jenkins lift stay request (.10)
and motion to approve Gambill settlement payment (.20); communicate with Wilson regarding Jenkins lift
stay request and underlying action (.10).

09/23/15        D S BIRNBAUM                              1.10                          770.00
Review and revise memorandum regarding automatic stay issues.

09/23/15        B W EASLEY                                0.80                          640.00
Review and revise memorandum regarding applicability of the automatic stay to grievance and arbitration
procedures under United Mine Workers Association collective bargaining agreements.

09/23/15        T A WILSON                                0.80                          560.00
Review background materials regarding informal lift stay request from Jenkins (.20); communicate with
Zeltner regarding Griffith lift stay motion (.10); communicate with Black, Stodola (Milbank), McNew
(Gobble) regarding Gobble lift stay stipulation (.50);

09/23/15        S C WOO                                   6.30                        2,677.50
Research whether automatic stay applies to grievance arbitration (2.10); draft memorandum summarizing
automatic stay research (4.20).

Relief from Stay and Adequate Protection                                                Page 4

09/23/15      O S ZELTNER                              8.50                    3,400.00
Communicate with Wilson (.10), Monroe (ANR) (.10) regarding Gambill lift stay motion and related
nonbankruptcy litigation; review litigation documents and communications regarding same (.20);
communicate with Wilson (.10), Harrington (ANR) (.20) regarding Jenkins request for stay relief and related
nonbankruptcy litigation; review litigation documents and communications regarding same (.30);
communicate with Wilson (.10), Monroe (ANR) (.20) regarding Griffith lift stay motion and status of
nonbankruptcy litigation; review litigation documents and communications regarding same (.30);
communicate with Wilson (.20), Monroe (ANR) (.20) regarding Fluor mediation and settlement agreement;
draft motion and stipulation and agreed order granting limited stay relief to Gobble (3.40); review litigation
documents and communications regarding same (.40); research dockets on PACER and prior filings
regarding same (1.30); research case law on Westlaw regarding same (1.30); communicate with Wilson
regarding same (.10).

09/24/15      T A WILSON                               1.80                    1,260.00
Review and revise motion to approve stipulation and agreed order granting Gobble plaintiffs relief from
stay (.60); various communications with Black, Zeltner, McNew (Gobble), Cohen (Milbank), Moore (ANR),
Long (Hunton) regarding same (1.0); communicate with Zeltner regarding objection to Griffith lift stay
motion (.20).

09/24/15      O S ZELTNER                              2.90                    1,160.00
Communicate with Wilson regarding Gobble motion for relief from stay and response to same (.20); draft
objection to Griffith lift stay motion (2.50); communicate with Wilson regarding same (.10); communicate
with Wilson regarding Jenkins lift stay request (.10).

09/25/15      T A WILSON                               2.10                    1,470.00
Participate in conference call with Harrington (ANR), Zeltner regarding Jenkins informal lift stay request
(.30); various communications with McNew (Gobble), Black, Moore (ANR), Hodges (local ANR counsel),
Harrison (ANR) regarding stipulation resolving Gobble lift stay motion (1.50); review and revise same (.30);

09/25/15      S C WOO                                  0.30                     127.50
Correspondence to Merrett relating to memorandum regarding grievance arbitration in bankruptcy.

09/25/15      O S ZELTNER                              7.00                    2,800.00
Communicate with Wilson, Davis (Baird & Baird), Harrington (ANR), Clatterbuck (ANR) regarding
Jenkins lift stay request and underlying litigation (.40); draft objection to Griffith lift stay motion (4.70);
research case law on Westlaw regarding same (1.20); communicate with Wilson regarding same (.20);
communicate with Merrett (.30), Long (Hunton) (.20) regarding outstanding lift stay motions and requests
and responses to same.

09/28/15      C E BLACK                                0.20                     170.00
Conference with Wilson regarding Gobble stay motion.

09/28/15      D J MERRETT                              0.90                     562.50
Review memorandum on application of automatic stay to grievance matters (.80); communicate with Woo
regarding same (.10).

09/28/15      T A WILSON                               3.50                    2,450.00
Communicate with Harrison ((ANR), Vogel (Gobble) regarding finalization of Gobble lift stay stipulation
(.30); review and revise objection to Griffith lift stay motion (2.70); review ACE limited objection to
Gobble lift stay motion and communicate with McNew (Gobble), Black regarding same (.20); review
correspondence from McAllister (ANR) regarding Vanscyocs filing with Pennsylvania Environmental
Board and communicate with McAllister regarding same (.30).

09/28/15      S C WOO                                  0.60                     255.00
Finalize memorandum relating to grievance arbitration in bankruptcy.

09/29/15      J B ELLMAN                               0.20                     190.00
Conference with Wilson regarding litigation settlement protocol and stay issues.

JONES DAY

Relief from Stay and Adequate Protection                                                                      Page 5

09/29/15        T A WILSON                                         1.40                          980.00
Revise objection to Griffith motion to lift the automatic stay (.50); communicate with Monroe (ANR) regarding same (.20); communicate with McAllister (ANR), Gardner (local counsel) regarding Vanscyocs appeal before Pennsylvania environmental health board (.30); communicate with committee counsel regarding objection to Gobble motion (.10); communicate with Pesce (Kirkland) regarding Gobble stipulation lifting the automatic stay (.10); communicate with Black, McNew (Gobble) regarding language resolving ACE objection to Gobble motion (.20).

09/30/15        T A WILSON                                         0.10                           70.00
Communicate with Bowling (Jenkins) regarding potential lift stay matter.

**TOTAL**                                                      **106.00**        **USD**     **52,362.50**

JONES DAY

Reporting                                                                                                                    Page 1


09/01/15        C E BLACK                                      0.80                    680.00
Prepare for 341 meeting.

09/01/15        D J MERRETT                                    0.10                     62.50
Communicate with Williams (A&M) regarding schedules and statements.

09/01/15        T A WILSON                                     0.30                    210.00
Communicate with Merrett regarding upcoming review of schedules and statements of financial affairs.

09/02/15        D BARAV-JOHNSON                                1.20                    390.00
Conference with Merrett, Williams (A&M), Kotarba (A&M) and Esposito (A&M) regarding time line and
strategy for preparing schedules and statements for Debtors (.30); communicate with Merrett regarding
same (.20); review examples of schedules and statements reviews in similar cases (.50); plan and prepare for
schedules and statements review (.20).

09/02/15        C E BLACK                                      2.10                  1,785.00
Prepare for and attend initial 341 meeting.

09/02/15        D J MERRETT                                    0.30                    187.50
Conference with Kotarba (A&M), Williams (A&M), Esposito (A&M) regarding schedules and statements.

09/02/15        T A WILSON                                     0.10                     70.00
Communicate with Merrett, Holden (A&M) regarding monthly operating reports and consistency between
various reports.

09/03/15        D J MERRETT                                    0.50                    312.50
Review draft Rule 2015.3 report (.40); communicate with Sullivan (A&M) regarding same (.10).

09/03/15        T A WILSON                                     1.90                  1,330.00
Communicate with Jones (ANR) regarding miscellaneous issues arising in connection with monthly
operating reports (.80); communicate with Fischer, Black, Richardson, Capasso regarding response to
inquiries from U.S. Trustee (.80); review engagement letters in connection with same (.30).

09/04/15        D BARAV-JOHNSON                                7.50                  2,437.50
Research and analyze reporting methods in other chapter 11 cases, including in schedules and monthly
operating reports (1.40); communicate with Merrett regarding same (.60); review information from A&M
regarding preliminary review of the schedules and statements for the Debtors and manage files related to
same (.70); review, analyze and revise the global notes to the schedules and statements (4.90); review and
revise updated version of same: (2.0); review and analyze Power Point presentations regarding review of the
schedules and statements (1.0); review and analyze example schedules and statements in similar cases (.20);
manage files of schedules and statements for review (.50).

09/04/15        D J MERRETT                                    6.80                  4,250.00
Conference call with Sullivan (A&M), Wilson regarding Rule 2015.3 report (.30); communicate with
Kotarba (A&M) regarding insider payment schedule (.10); review and analyze draft schedules (6.20);
communicate with Barav-Johnson regarding same (.20).

09/04/15        T A WILSON                                     1.80                  1,260.00
Prepare for and participate in conference call with Kotarba (A&M), Sullivan (A&M), Grady (A&M), Jones
(ANR), Merrett regarding Rule 2015.3 reporting and monthly operating reports (.60); review report of
essential supplier, lienholder and tax payments under first day orders (.20); various communications with
Sullivan (A&M), Merrett, Zeltner regarding same (.40); review various correspondence related to same (.20);
review schedules and statements circulation received from Kotarba (A&M) (.40).

09/05/15        D J MERRETT                                    6.40                  4,000.00
Review and revise draft schedules and statements of financial affairs (6.20); communicate with Hoeppner
regarding same (.20).

09/05/15        T A WILSON                                     0.20                    140.00
Communicate with Grady (A&M) regarding reporting under pre-petition payment motions (.10); review
and analyze same (.10).

09/06/15        D J MERRETT                                   11.20                  7,000.00
Review and revise schedules and statements of financial affairs (7.10); review and revise global notes to
same (4.0); communicate with Barav-Johnson regarding same (.10).

JONES DAY

Reporting                                                                                                          Page 2

09/07/15        D BARAV-JOHNSON                                  7.40                        2,405.00
Review and revise global notes to schedules and statements (3.30); review and analyze claims listed on
Schedules B and F (Threatened Litigation) (2.50); review and analyze Schedule F claims (Current Litigation)
(1.60).

09/07/15        D J MERRETT                                      2.70                        1,687.50
Review and revise global notes to schedules (.70); communicate with Barav-Johnson regarding same (.10);
review and revise schedules (1.80); communicate with Barav-Johnson regarding same (.10).

09/07/15        T A WILSON                                       0.40                          280.00
Communicate with Cavatoni (ANR), Grady (A&M) regarding reporting of essential supplier/lienholder/tax
payments (.20); communicate with parties entitled to reporting regarding payments made under essential
supplier, lienholder and tax orders for the period 8/14 to 8/28 (.20).

09/08/15        D BARAV-JOHNSON                                  8.90                        2,892.50
Communicate with Merrett regarding schedules and statement review (.20); review Schedule F (Current
Litigation) (.30); review Schedule F (Trade claims, Royalties and Taxes) (4.0); review and analyze Statement
3b (1.0); review and analyze Statement 4a (1.20); review and analyze Statement 7 (.80); review and analyze
Statement 14 (.70); review and analyze Statements 19(a-c) (.70).

09/08/15        G L GHAUL                                        0.90                          405.00
Review and confirm data underlying Schedules 13 and 14 by comparing against corporate structure chart.

09/08/15        D J MERRETT                                      3.90                        2,437.50
Review and revise schedules and statements (2.80); communicate with Hoeppner (.10), Barav-Johnson (.20),
Esposito (A&M) (.10), Long (H&W) (.20), Wilson (.10), Kotarba (A&M) (.30), Ghaul (.10) regarding same.

09/08/15        T A WILSON                                       0.30                          210.00
Communicate with Cook (ANR), DiGiovine regarding preparation of monthly operating reports.

09/09/15        D BARAV-JOHNSON                                 12.80                        4,160.00
Review and analyze Schedule F (2.60); review, analyze and make comments to Schedule F (Litigation
Claims) and Statement 4a (3.10); review and analyze Statement 3b (1.10); review schedules and statements
materials in preparation for conference with Merrett, Wilson, Kotarba (A&M), Williams (A&M) and
Esposito (A&M) (1.70); participate in same (.40); communicate with Merrett regarding phone conference
and regarding format for presenting notes on schedules and statements to A&M (.20); review notes
regarding schedules and statements edits (.50); communicate with Merrett regarding global and specific
edits and comments to schedules and statements (1.40); insert notes and comments into schedules and
statements documents and into review summary document for A&M (2.10).

09/09/15        D J MERRETT                                      7.00                        4,375.00
Review and revise schedules and statements (2.80); revise global notes in connection with same (2.40);
revise summary of issues (.70); communicate with Barav-Johnson regarding review (.30); conference with
Kotarba (A&M), Williams (A&M), Esposito (A&M) regarding schedules and statement preparation (.30);
communicate with Williams (A&M) regarding UCC lien search (.20); communicate with Wilson regarding
same (.10); communicate with Verheij (ANR) regarding schedule for review of schedules and statements
(.20).

09/09/15        T A WILSON                                       0.80                          560.00
Communicate with Long (ANR), Pesce (Kirkland), Long (Hunton) regarding monthly operating reporting
issues (.20); prepare for and participate in conference call with Kotarba (A&M), Williams (A&M), Merrett,
Barav-Johnson regarding status of statements and schedules (.50); communicate with Merrett regarding
preparation of schedules and statements (.10).

09/10/15        D BARAV-JOHNSON                                  1.90                          617.50
Review, supplement and revise summary of the schedules and statements review (1.20); participate in
conference with Merrett, Kotarba (A&M), Williams (A&M) and Esposito (A&M) (.50); communicate with
Merrett regarding same (.20).

09/10/15        D J MERRETT                                      5.40                        3,375.00
Review and revise schedules and statements (3.30); communicate with Barav-Johnson regarding same (.20);
conference with Kotarba (A&M), Williams (A&M), Esposito (A&M) and Barav-Johnson regarding same
(.50); review and revise Rule 2015.3 report (1.20); communicate with Sullivan (A&M) regarding same (.20).

JONES DAY

Reporting                                                                                          Page 3

09/11/15       D BARAV-JOHNSON                           2.30                        747.50
Research confidentiality provisions regarding entities in which the Debtors have a controlling interest for
purposes of the Rule 2015.3 Report (1.80); draft analysis of same (.20); review and revise same (.20);
communicate with Merrett regarding same (.10).

09/11/15       D J MERRETT                               2.50                      1,562.50
Communicate with Wilson regarding Rule 2015.3 report (.30); communicate with Ellman (.10), Barav-
Johnson (.30) regarding same; communicate with Esposito (A&M) regarding Statement 3b (.10); review and
analyze joint venture formation documents regarding confidentiality issues (.80); review other joint venture
formation documents in connection with same (.50); communicate with Barav-Johnson regarding same
(.20); communicate with Wilson regarding same (.20).

09/11/15       T A WILSON                                1.60                      1,120.00
Review and revise Rule 2015.3 report (1.10); communicate with Sullivan (A&M), Black and Merrett
regarding same (.50).

09/14/15       D J MERRETT                               0.50                        312.50
Communicate with Wilson regarding restricted shares for Rule 2015.3 report (.20); communicate with
Esposito (A&M) regarding intercompany balances for schedules and statements (.10); conference with
Wilson, Sullivan (A&M) regarding 2015.3 report (.20).

09/14/15       T A WILSON                                0.50                        350.00
Participate in conference call with Jones (ANR), Sullivan (A&M), Grady (A&M), Merrett regarding Rule
2015.3 reports (.20); review revised Rule 2015.3 report and communicate with Sullivan (A&M) regarding
same (.30).

09/15/15       D J MERRETT                               0.80                        500.00
Communicate with Bernstein (U.S. Trustee) regarding Gray Hawk schedules and statements (.30);
communicate with Williams (A&M) regarding Statement 17 (.20); communicate with Black (.10),
Holewinski (.20) regarding same.

09/16/15       D BARAV-JOHNSON                           0.50                        162.50
Conference with Kotarba (A&M), Williams (A&M), Esposito (A&M) and Merrett regarding schedules and
statements review (.40); communicate with Merrett regarding same (.10).

09/16/15       D J MERRETT                               0.60                        375.00
Communicate with Black regarding insider information for schedules (.20); conference with Kotarba
(A&M), Williams (A&M), Esposito (A&M) and Sullivan (A&M) regarding schedules and statements (.40).

09/16/15       T A WILSON                                1.40                        980.00
Communicate with Holden (A&M) (.80), Zeltner (.10) regarding monthly operating report; review draft
monthly operating report for August (.20); communicate with Merrett regarding reporting related to
insiders (.10); communicate with Zeltner, Long (Hunton), Holden (A&M) regarding model monthly
operating reports (.20).

09/16/15       O S ZELTNER                               0.30                        120.00
Communicate with Wilson regarding monthly operating reports (.10); research prior examples of same
(.20).

09/17/15       D J MERRETT                               2.20                      1,375.00
Review and revise Rule 2015.3 report (.40); communicate with Sullivan (A&M) regarding same (.20);
communicate with Long (H&W) regarding same (.20); communicate with Wilson, Black regarding monthly
operating reports (.20); communicate with Holden (A&M) regarding same (.20); communicate with
Bernstein (U.S. Trustee) regarding same (.30); review reports filed in other cases (.50); communicate with
Kotarba (A&M), Williams (A&M) and Sullivan (A&M) regarding schedules (.20).

09/17/15       T A WILSON                                0.30                        210.00
Communicate with Merrett regarding treatment of insiders in monthly operating reports (.20);
communicate with Campagna (A&M) regarding timing of monthly operating report for August (.10).

09/18/15       D J MERRETT                               2.30                      1,437.50
Preliminary review of second circulation of schedules and statements (2.20); communicate with Barav-
Johnson regarding same (.10).

JONES DAY

Reporting                                                                                                      Page 4

09/19/15        D BARAV-JOHNSON                          7.80                    2,535.00
Review and analyze second round of schedules and statements (5.40); review schedules packet for ANR
Services, Inc. (2.40).

09/19/15        D J MERRETT                              10.40                   6,500.00
Review and analyze draft schedules and statements (10.20); communicate with Barav-Johnson regarding
same (.20).

09/20/15        D BARAV-JOHNSON                          3.30                    1,072.50
Review statements packet for ANR Services, Inc.

09/20/15        C E BLACK                                1.40                    1,190.00
Review and comment on August monthly operating report (1.10); communicate with Merrett regarding
same (.30).

09/20/15        D A HALL                                 0.70                     437.50
Review and analyze bankruptcy schedules regarding debt financing and provide comment to Merrett
regarding same.

09/20/15        D J MERRETT                              8.30                    5,187.50
Review and revise schedules and statements (4.80); review and revise initial monthly operating report (3.40);
communicate with Black regarding same (.10).

09/21/15        D BARAV-JOHNSON                          9.30                    3,022.50
Review and analyze Statement 7 (1.30); communicate with Merrett regarding schedules and statements
review process (.20); communicate with Merrett regarding scheduling employee claims (.50); review and
analyze Statement 14 (1.10); review and analyze Statement 1 (.50); review and analyze Statement 2 (1.30);
review and analyze Statement 3c (3.30); review and analyze Statement 18a (.90); review and analyze
Schedule F (Threatened Litigation) and review other schedules (.20).

09/21/15        C E BLACK                                1.00                     850.00
Review and comment on revised August monthly operating report (.50); review and comment on revised
notes (.30); conference with Merrett regarding monthly operating report issues (.20).

09/21/15        D A HALL                                 0.30                     187.50
Communicate with Merrett regarding schedule of unsecured funded liabilities.

09/21/15        D J MERRETT                              7.90                    4,937.50
Review and revise initial monthly operating report (.60) and Form 8-k disclosure regarding same (.50);
communicate with Black (.10), Holden (A&M) (.30), Bernstein (U.S. Trustee) (.20) and Turner (U.S.
Trustee) (.20) regarding same; communicate with Hall regarding Schedule D (.20); communicate with Black
(.40), Williams (A&M) (.30) regarding scheduling of employee claims; review schedules and statements
(4.30); communicate with Barav-Johnson (.40), Kotarba (A&M) (.20), Black (.30) regarding same.

09/22/15        D BARAV-JOHNSON                          4.30                    1,397.50
Communicate with Merrett regarding format of Statement 3c (.10); review Statement 3c for insider
payments (1.0); communicate with Merrett regarding same (.20); review Statement 24 (1.40); review
Schedule H (.20); review and analyze all schedules, statements and draft comments (1.40).

09/22/15        J B ELLMAN                               0.40                     380.00
Communicate with Merrett, Black regarding monthly operating report reporting issues (.20); conference
with Merrett regarding approaches to certain disclosures relating to statements and schedules (.20).

09/22/15        K P HOLEWINSKI                           0.20                     165.00
Review correspondence regarding Statement 17 schedule from Williams (A&M) and respond to timing.

09/22/15        D J MERRETT                              4.90                    3,062.50
Communicate with Barav-Johnson regarding Statement 3(c) response (.20); communicate with Black (.30),
Kotarba (A&M) (.20) regarding same; communicate with Hall, Hoeppner regarding Schedule A (.10);
communicate with Williams (A&M) regarding same (.10); review and revise monthly operating report (.80);
communicate with Holden regarding same (.20); communicate with Willliams regarding Section 16 relatives
(.20); communicate with Black (.20), Verheij (ANR) (.20) regarding Statement 21; review and revise
schedules and statements (2.40).

Reporting                                                                                                            Page 5

| 09/23/15 | D BARAV-JOHNSON | 6.30 | 2,047.50 |
|---|---|---|---|

Review, revise and analyze all schedules and statements (2.30); conference with Merrett, Esposito (A&M), Kotarba (A&M), and Williams (A&M) regarding schedules and statements (.30); communicate with Merrett regarding same (.60); review and revise comments to schedules and statements (.80); communicate with Merrett regarding comments schedules and statements review (1.20); review and revise comments based on same (.80); communicate with Merrett and A&M team regarding final comments to second round review (.10); communicate with Merrett regarding listing of indemnification claims (.20).

| 09/23/15 | K P HOLEWINSKI | 1.50 | 1,237.50 |
|---|---|---|---|

Review/analyze Statement 17 draft and detailed schedule.

| 09/23/15 | D J MERRETT | 7.10 | 4,437.50 |
|---|---|---|---|

Review and revise schedules and statements (1.30); communicate with Verheij (ANR) regarding same (.10); communicate with Black regarding insider payment schedule (.20); communicate with Kotarba (A&M), Williams (A&M) regarding same (.20); conference with Kotarba (A&M), Williams (A&M), Esposito (A&M) regarding schedules (.30); communicate with Kotarba (A&M) regarding Statement 3(c) (.20); communicate with Esposito (A&M) regarding intercompany transfers (.30); review schedules in connection with same (.30); conference with Barav-Johnson regarding schedule review (.80); review and revise comments regarding same (.40); communicate with Williams (A&M) regarding Gray Hawk schedules (.10); review detailed comments regarding schedules (.40); communicate with Kotarba (A&M) regarding same (.10); communicate with Kotarba (A&M) regarding schedule revisions (.10); prepare summary of major schedule revisions (.90); conference with Barav-Johnson regarding schedule and statements revisions (.80); communicate with Black regarding Statement 3(c) (.20).

| 09/24/15 | D BARAV-JOHNSON | 0.20 | 65.00 |
|---|---|---|---|

Review and revise Schedules B13 and B14 and communicate with Merrett regarding same.

| 09/24/15 | C E BLACK | 0.80 | 680.00 |
|---|---|---|---|

Review August monthly operating report.

| 09/24/15 | D A EINIK | 0.50 | 262.50 |
|---|---|---|---|

Review Statement 17 and Schedule F for environmental obligations.

| 09/24/15 | D J MERRETT | 2.70 | 1,687.50 |
|---|---|---|---|

Review draft Statement 21 response (.40); communicate with Williams (A&M) regarding same (.20); communicate with Williams (A&M) regarding Schedule B revisions (.10); review and revise Statement 13 response (.60); communicate with Williams (A&M) regarding Statement 15 (.10); communicate with Kotarba (A&M) regarding schedule review (.10); review and revise monthly operating report (.60); communicate with Perez (ANR) regarding same (.10); communicate with Holden (A&M) regarding same (.20); communicate with Long (H&W) regarding same (.10); communicate with Vander Lind (ANR) regarding reporting of insider payments (.20).

| 09/27/15 | D J MERRETT | 0.20 | 125.00 |
|---|---|---|---|

Communicate with Williams (A&M) regarding insider payments.

| 09/28/15 | J B ELLMAN | 0.30 | 285.00 |
|---|---|---|---|

Conferences with Merrett regarding schedules issues.

| 09/28/15 | D J MERRETT | 5.40 | 3,375.00 |
|---|---|---|---|

Communicate with Holden regarding monthly operating report (.10); review same (.20); communicate with Wilson regarding schedule and statements review (.30); review schedules and statements (1.20); summarize status of same for Wilson (.80); review and revise global notes in connection with same (2.30); communicate with Kotarba (A&M), Williams (A&M), Esposito (A&M) regarding schedules and statements (.30); communicate with Long (H&W) regarding same (.20).

| 09/28/15 | T A WILSON | 0.30 | 210.00 |
|---|---|---|---|

Communicate with Merrett regarding schedules and statements.

| 09/29/15 | D BARAV-JOHNSON | 2.50 | 812.50 |
|---|---|---|---|

Communicate with Merrett regarding reviewing the letter of credit information in Schedule D (.30); review same in Schedule D for ANR, Inc. (.80); review and revise global notes (1.40).

| 09/29/15 | D J MERRETT | 3.80 | 2,375.00 |
|---|---|---|---|

Review and revise schedules and statements (.80); communicate with Wilson regarding same (.30); conference with Long (H&W), Kotarba (A&M), Esposito (A&M), Williams (A&M) regarding same (.20); review and revise global notes (2.20); communicate with Kotarba (A&M) regarding same (.30).

JONES DAY

Reporting                                                                                                                          Page 6

| 09/29/15 | T A WILSON | 5.70 | 3,990.00 |

Review and revise schedules and statements (3.30); review and revise global notes to schedules and statements (1.90); communicate with Merrett regarding same (.50).

| 09/30/15 | D BARAV-JOHNSON | 8.70 | 2,827.50 |

Review and analyze Schedule G and communicate with Merrett regarding same (6.0); review and analyze Schedule A (.60); communicate with Merrett regarding Schedules A and G and strategy and concerns for the third round of review of schedules and statements (1.20); communicate with Merrett, Wilson, Kotarba (A&M) and Williams (A&M) regarding schedules and statements (.70); communicate with Merrett regarding same (.20).

| 09/30/15 | D J MERRETT | 5.70 | 3,562.50 |

Communicate with Holden (A&M) regarding periodic U.S. Trustee reports on first day motion expenditures (.20); communicate with Holden (A&M), Padgett (H&W) regarding monthly operating report (.20); review and revise schedules and statements (2.90); conference with Kotarba (A&M), Williams (A&M), Esposito, Sullivan (all A&M), Wilson, Barav-Johnson regarding same (.70); conference with Barav-Johnson regarding outstanding schedules and statements issues (.80); communicate with Wilson regarding schedules and statement review (.40); revise global notes to same (.50).

| 09/30/15 | T A WILSON | 2.70 | 1,890.00 |

Communicate with Merrett regarding revisions to SOFAs and schedules (1.0); participate in conference call with Merrett, Barav, Kotarba (A&M), Williams (A&M) regarding schedules and statements of financial affairs (.60); follow-up communication with Merrett regarding same (.40); communicate with Black, Merrett regarding schedules and statements of financial affairs (.40); review Schedule G and communicate with Merrett regarding same (.30).

| **TOTAL** | | **224.00** | **USD** | **117,567.50** |

**JONES DAY**

Tax                                                                                              Page 1

---

09/02/15        C E LADUZINSKI                          0.50                    425.00
Communicate with Wilson and Jacobs regarding section 382 analysis.

09/02/15        T A WILSON                              0.80                    560.00
Communicate with Laduzinski, Jacobs, Zeltner regarding NOL motion and substantial equity holder shift
(.40); communicate with Zeltner, Laduzinski regarding identity of equity holders and convertible note
holders for NOL purposes (.40).

09/04/15        C E LADUZINSKI                          0.30                    255.00
Communicate with Wilson and Jacobs regarding section 382 analysis.

09/04/15        T A WILSON                              1.10                    770.00
Communicate with Fleck (Milbank), Stodola (Milbank) regarding potential objection to NOL motion (.20);
communicate with Laduzinski, Jacobs, Black regarding NOL motion and discussions with the creditors
committee (.30); review markup of NOL order provided by the UCC and communicate with Laduzinski,
Jacobs regarding same (.40); communicate with Zeltner, Jacobs regarding potential motion to pay pre-
petition property taxes (.20).

09/04/15        O S ZELTNER                             0.20                     80.00
Communicate with Wilson (.10), Jacobs (.10) regarding liabilities arising in connection with certain taxes
described in the tax payment motion.

09/07/15        C E LADUZINSKI                          0.50                    425.00
Communicate with Goodman (Milbank) and Wilson regarding UCC NOL order comments and stock and
bondholder information (.20); review same (.30).

09/07/15        T A WILSON                              0.20                    140.00
Communicate with Laduzinski, Jacobs regarding UCC comments to NOL order (.10); communicate with
Guyder (Allen & Overy) regarding NOL order (.10).

09/08/15        T A WILSON                              0.20                    140.00
Communicate with Stodola (Milbank), Barav regarding revised NOL order.

09/09/15        C E LADUZINSKI                          0.80                    680.00
Review and analyze UCC objection to NOL order (.40); communicate with Wilson and Ridgway regarding
same (.40)

09/09/15        T A WILSON                              0.40                    280.00
Review objection to NOL motion filed by creditors committee (.20); communicate with Laduzinski, Jacobs
and Black regarding same (.20).

09/10/15        C E LADUZINSKI                          2.00                  1,700.00
Communicate with Jacobs regarding section 382 analysis (.40); conference call with Deloitte team, Munsey
(ANR), Jacobs, Wilson regarding tax, NOL planning matters (1.30); review and analyze Deloitte slide deck
regarding same (.30).

09/10/15        T A WILSON                              0.50                    350.00
Participate in conference call with Munsey (ANR), Laduzinski, Jacobs regarding section 382 calculations
(.50); communicate with Laduzinski, Jacobs regarding potential response to objections to NOL order (.30).

09/11/15        C E LADUZINSKI                          3.00                  2,550.00
Review and analyze Deloitte's section 382 analysis and implications for NOL order objection response
(1.0); communications with Wilson, Jacobs, Ridgway and Deloitte team regarding same (1.50); revise NOL
order language (.50).

09/11/15        D J MERRETT                             0.10                     62.50
Communicate with Hoeppner regarding Tennessee recording tax.

09/11/15        T A WILSON                              0.60                    420.00
Communicate with Laduzinski regarding objection to NOL order and section 382 analysis (.40); review
correspondence from Deloitte regarding Treasury Regulation -2T(f)(18) (.20).

09/12/15        C E LADUZINSKI                          1.50                  1,275.00
Communicate with Collins (Deloitte) and Deloitte team, Munsey (ANR), Ridgway, Wilson regarding
analysis of UCC objection to NOL order.

JONES DAY

| Tax | | | Page 2 |
|---|---|---|---|

09/12/15      D J MERRETT                              0.20                125.00
Communicate with Jacobs regarding NOL motion (.10); communicate with Phillips (ANR) regarding same (.10).

09/12/15      T A WILSON                               1.50              1,050.00
Communicate with Black (.20), Laduzinski (.50), Collins (Deloitte) (.10) regarding NOL order; review correspondence related to same (.40); review and revise proposed NOL order (.30).

09/13/15      C E BLACK                                0.50                425.00
Communicate with Wilson regarding NOL issues.

09/13/15      C E LADUZINSKI                           1.50              1,275.00
Communications with Collins (Deloitte), Munsey (ANR), Ridgway, Wilson regarding analysis of UCC objection to NOL order.

09/13/15      T A WILSON                               1.70              1,190.00
Communicate with Laduzinski, Jacobs, Goodman (Milbank), Stodola (Milbank) regarding revisions to NOL order (.30); various communications with Munsey (ANR), Shaw (Deloitte), Laduzinski, Ridgway regarding resolution of NOL order (.60); participate in a conference call with Munsey (ANR), Shaw (Deloitte), Laduzinski, Ridgway regarding same (.40); communicate with Phillips (ANR), Jacobs regarding outstanding shares of restricted stock (.20); communicate with DIP Agent regarding revised NOL order (.20).

09/14/15      T A WILSON                               0.80                560.00
Communicate with Phillips (ANR), Laduzinski, Jacobs regarding amount of restricted shares (.20); revise NOL order in connection with DIP agent comments (.20); communicate with Vonnegut (Davis Polk), Stodola (Milbank), Guyder (Allen and Overy), Laduzinski, Jacobs, Zeltner regarding revised NOL order (.40).

09/24/15      D J MERRETT                              0.30                187.50
Review inquiry from Harrison (ANR) regarding UK tax obligation (.20); respond to Harrison (ANR) in connection with same (.10).

09/28/15      D J MERRETT                              0.80                500.00
Communicate with Holden (A&M) regarding sales/use tax issue (.30); research regarding same (.50).

09/29/15      D J MERRETT                              0.40                250.00
Communicate with Holden (A&M) regarding state sales/use tax audit issues (.20); communicate with Gunter regarding same (.20).

09/30/15      T A WILSON                               0.10                 70.00
Review recently-filed notices of substantial equity holder status filed in connection with NOL order.

**TOTAL**                                           **20.50**     **USD**     **15,745.00**

**C-3**

Detailed Time Records for
October 1, 2015 through October 31, 2015

**JONES DAY**

Asset Disposition                                                                                       Page 1

| | | | |
|---|---|---|---|
| 10/01/15 | J N EDEL | 4.00 | 1,300.00 |

Draft notice of proposed sale for helicopter pursuant to asset sale procedures order.

10/01/15     J B ELLMAN                                   1.50                    1,425.00

Attend market status call with Company and lender and committee advisors (1.0); review materials regarding same (.20); conference with Merrett regarding miscellaneous sale notices (.20); communicate with Green regarding order approving potential asset sale (.10).

10/01/15     P M GREEN                                    0.40                      230.00

Review edits to proposed order approving potential asset sale.

10/01/15     D G HEIMAN                                   0.50                      600.00

Communicate with Black regarding Rothschild asset disposition presentation to Board.

10/01/15     D J MERRETT                                  1.40                      875.00

Communicate with Edel regarding form of miscellaneous sales notice (.30); review and revise same (1.10).

10/01/15     T A WILSON                                   0.90                      630.00

Communicate with Merrett, Harrington (ANR), Saunders (ANR) regarding Bluestone equipment exchange and related sale notice (.60); review and revise miscellaneous sale notice for Bluestone exchange (.30).

10/01/15     T A WILSON                                   0.20                      140.00

Review and revise bill of sale with AIG Equipment Finance and communicate with Black, Harrison (ANR) regarding same.

10/02/15     J B ELLMAN                                   0.20                      190.00

Communicate with Manno (ANR) regarding helicopter sale.

10/02/15     T A WILSON                                   0.40                      280.00

Communicate with Merrett, Black regarding sale notice for Bluestone equipment exchange (.30); review and revise same (.10).

10/03/15     J B ELLMAN                                   1.60                    1,520.00

Review and comment on permit transfer agreement (1.30); communicate with Kreutzer (ANR) regarding same (.10); communicate with Holewinski regarding same (.20).

10/04/15     J B ELLMAN                                   0.80                      760.00

Review and revise permit conveyance agreement to address additional environmental comments (.30); communicate with Holewinski regarding same (.20); draft memorandum to Kreutzer (ANR) regarding same (.30).

10/05/15     J N EDEL                                     2.70                      877.50

Draft proposed notice of sale of de minimis assets.

10/05/15     T A WILSON                                   0.90                      630.00

Communicate with Black, Ellman, Merrett, Zeltner regarding discussions with Virginia nuclear materials regulators regarding notice of sales (.20); communicate with Black (.10), Deutsch (Chadbourne) (.10), Harrison (ANR) (.20) regarding disposition of leased equipment; review and revise bill of sale related to same (.30).

10/06/15     D BARAV-JOHNSON                              0.90                      292.50

Review and analyze model asset sale agreements (.20); communicate with Wilson regarding customizing model sale agreements to certain ANR debtors (.10); draft bills of sale with AIG Equipment Finance (.40); review and revise same (.20).

10/06/15     J B ELLMAN                                   0.60                      570.00

Communicate with Kane regarding planning for asset dispositions (.30); draft memorandum to Kreutzer (ANR) regarding same (.20); communicate with Green regarding update on same (.10).

10/07/15     C E BLACK                                    1.20                    1,020.00

Draft and revise timeline for asset disposition issues (.90); communicate with Heiman and Ellman regarding same (.30).

10/07/15     J B ELLMAN                                   0.80                      760.00

Draft memorandum to Black regarding asset disposition process (.30); review Black outline regarding same (.20); review updated draft (.30).

**JONES DAY**

Asset Disposition                                                                                           Page 2

10/07/15        D G HEIMAN                                    0.50                        600.00
Review Black agenda for meeting with management regarding asset sale process (.30); communicate with
Black regarding same (.20).

10/07/15        T A WILSON                                    0.10                         70.00
Communicate with Harrington (ANR) regarding consummation of Bluestone transaction (.10).

10/08/15        P M GREEN                                     3.10                      1,782.50
Review correspondence related to inactive mine sale process (.60); review proposed bid procedures in
connection with the same (1.20); review and revise motion in connection with the same (1.30).

10/08/15        T A WILSON                                    0.90                        630.00
Communicate with Harrison (ANR) regarding bills of sale for equipment to be purchased from AIG
Equipment Finance (.10); review and revise same (.60); communicate with Deutsch (Chadbourne) regarding
same (.20).

10/09/15        J B ELLMAN                                   1.50                      1,425.00
Revise inactive sale procedures (1.20); conference with Delo and Chou (both Rothschild) regarding same
(.20); review update on helicopter sale (.10).

10/09/15        P M GREEN                                     2.10                      1,207.50
Review revisions to bid procedures (.80); review changes to bid procedures order (.60); review conforming
changes for motion and notices (.70).

10/09/15        T A WILSON                                    0.40                        280.00
Communicate with Deutsch (Chadbourne), Harrison (ANR) regarding proposed purchase of equipment
(.20); communicate with Harrington (ANR) regarding reporting requirements under asset sale procedures
order (.20).

10/11/15        J B ELLMAN                                   0.80                        760.00
Review and comment on timelines and materials for sales process.

10/12/15        C E BLACK                                    1.00                        850.00
Participate in conference call with Cavatoni (ANR), Verheij (ANR), Rothschild and Ellman regarding sale
issues (.70); review and comment on timeline (.30).

10/12/15        J B ELLMAN                                   0.30                        285.00
Review helicopter purchase offer (.10); communicate with Manno (ANR) regarding same (.20).

10/12/15        J B ELLMAN                                   2.20                      2,090.00
Conference call with Cavatoni (ANR) and Verheij (ANR), Parkhill (Rothschild) and Chou (Rothschild) and
Heiman and Black regarding sale process planning and issues (.80); conference with Green regarding
motion related to same (.30); communicate with Kane regarding preparations for sale process for inactives
(.30); draft timeline for same (.40); outline terms of sale process (.40).

10/12/15        T A WILSON                                    0.60                        420.00
Communicate with Harrington (ANR), Black regarding Bluestone equipment sale (.10); review
correspondence and communicate with Black, Stulberg regarding asset transfers between debtor entities
(.20); review spreadsheet of reportable asset sales under asset sale procedures motion (.20): communicate
with Harrington regarding same (.10).

10/13/15        C E BLACK                                    0.90                        765.00
Conference with Rothschild and company regarding potential marketing process.

10/13/15        J B ELLMAN                                   2.10                      1,995.00
Review update regarding helicopter sale (.20); conference with Wilson regarding approval process for same
(.40); communicate with Manno (ANR) regarding same (.10); communicate with Merrett regarding same
and sale notice (.10); conference call with Company and Rothschild teams regarding noncore asset sale
process (1.0); review materials regarding same (.20); communicate with Eidson (ANR) regarding potential
asset sale (.10).

10/13/15        P M GREEN                                     2.40                      1,380.00
Review and provide comments on non-disclosure agreement for asset sale process (1.70); review bid
procedures in connection with asset sale process (.70).

10/13/15        D G HEIMAN                                    1.00                      1,200.00
Participate in conference call with Rothschild regarding asset sale process.

Asset Disposition                                                                                             Page 3

10/13/15        J K KANE                              0.70                      647.50
        Participate in conference call regarding sale process (.40); review related materials (.30).

10/13/15        D J MERRETT                           4.90                    3,062.50
        Draft and revise sale notice for helicopter (2.60); review and revise broker affidavit in connection with same
        (1.70); communicate with Wilson (.20), Ellman (.10), Manno (ANR) (.10), Kline (broker) (.20) regarding
        same.

10/13/15        T A WILSON                            1.80                    1,260.00
        Communicate with Manno (ANR) (.40), Ellman (.40), Harrington (ANR) (.10), Merrett (.20) regarding sale
        of helicopter and related notice requirements; review revised broker affidavit and communicate with
        Merrett regarding same (.10); review draft sale notice related to helicopter and communicate with Merrett
        regarding same (.50); communicate with Harrington (ANR) regarding reportable asset sales under asset sale
        procedures order (.10).

10/14/15        J B ELLMAN                            4.40                    4,180.00
        Review and revise sale process slides and outline (.50); conference with Chou (Rothschild) regarding same
        (.20); review issues regarding Black Mountain sale transaction (.20); communicate with Barragate regarding
        same (.10); communicate with Company local counsel regarding same (.30); communicate with Merrett
        regarding helicopter sale issues (.20); review updates and documents regarding same (.20); review sale notice
        (.30); communicate with Merrett regarding sale issues for Bristol real property (.20); review and comment
        on form confidentiality agreement for sales process (.60); conference with Wilson regarding Bristol
        property sale issues (.20); communicate with Schiable (Davis Polk) regarding sale process (.10);
        communicate with Schartz (Kirkland) regarding same (.10); revise sale procedures for non-core asset
        process (1.0); communicate with Chou (Rothschild) regarding same (.20).

10/14/15        P M GREEN                             0.70                      402.50
        Review comments to asset sale non-disclosure agreement (.40); provide additional comments to asset sale
        non-disclosure agreement (.30).

10/14/15        J K KANE                              1.10                    1,017.50
        Conference with  Crane regarding sale process and non-disclosure agreement review (.80); telephone
        conference with Ellman regarding same (.30).

10/14/15        D J MERRETT                           2.10                    1,312.50
        Review and revise broker affidavit for helicopter sale (.20) and sale notice (.30); communicate with Wilson
        (.10), Manno (ANR) (.20) regarding same; communicate with Long (Hunton) regarding service of sale
        notice (.10); communicate with Harrington regarding sale of land near Virginia headquarters (.30); review
        sale documents in connection with same (.50); communicate with Ellman, Black (.30), Wilson (.10)
        regarding same.

10/14/15        T A WILSON                            0.30                      210.00
        Communicate with Merrett regarding service of sale notice for helicopter sale (.10); communicate with
        Black regarding intercompany fixed asset transfer mechanism (.20).

10/15/15        C E BLACK                             0.80                      680.00
        Review and analyze updated timeline and asset sale processes.

10/15/15        J B ELLMAN                            1.60                    1,520.00
        Review bid procedures to prepare for call (.20); conference call with Kane regarding same (.20); conference
        call with Rothschild team, Green and Kane regarding same (.50); revise sale procedures (.70).

10/15/15        P M GREEN                             0.70                      402.50
        Revise non-disclosure agreement in connection with closed mine asset sales (.40); review comments to bid
        process (.30).

10/15/15        J K KANE                              1.80                    1,665.00
        Review and revise non-disclosure agreement (.80); conference call regarding bidding procedures (.50);
        prepare for same (.50).

10/15/15        D J MERRETT                           3.10                    1,937.50
        Review and revise sale agreement for Bristol buffer property (2.60); communicate with Ellman (.10),
        Herzberger (.20) Harrington (ANR) (.20) regarding same.

Asset Disposition                                                                                     Page 4

10/15/15        T A WILSON                                    0.30                        210.00
Communicate with Harrington (ANR) regarding ordinary course asset sales (.20); review de minimis asset sale procedures motion and order in connection with same (.10).

10/16/15        J B ELLMAN                                    4.60                      4,370.00
Review and revise idled asset sale procedures (1.80); draft memoranda to Rothschild (.10) and Cavatoni and Verheij (both ANR) regarding same (.20); communicate with Green regarding same and updating bidding procedures motion (.20); review buyer comments on agreement to convey permits (.30); communicate with Kreutzer (ANR) regarding same and guaranty (.30); communicate with Holewinski regarding same (.20); communicate with Kreutzer and Eidson (both ANR) regarding potential asset sale agreement (.30); communicate with Kane regarding same (.10); review comments from client regarding same (.20); comment on board deck slides regarding asset disposition process (.70); communicate with Black and Rothschild regarding same (.10); review committee diligence request regarding sale of airplane (.10).

10/16/15        P M GREEN                                     2.60                      1,495.00
Review revised bidding procedures (.80); revise bidding procedures motion, order and related exhibits (1.80).

10/16/15        D J MERRETT                                   0.40                        250.00
Communicate with Hall (.20), Manno (ANR) (.20) regarding lien on helicopter subject to sale notice.

10/16/15        T A WILSON                                    0.10                         70.00
Communicate with Harrington (ANR) regarding reportable asset sales under sale procedures order.

10/17/15        J B ELLMAN                                    3.10                      2,945.00
Review permit transfer agreement (1.0); review and revise sale notice for same (1.30); communicate with Edel (.10) and Kreutzer (ANR) (.20) regarding same; revise bidding procedures to incorporate Rothschild comments (.30); review of bidding procedures motion (.20).

10/17/15        P M GREEN                                     3.10                      1,782.50
Revise and update bidding procedures (.30); update and conform related motion and proposed order (2.10); revise proposed exhibits to motion  (.70).

10/17/15        D J MERRETT                                   0.30                        187.50
Communicate with Manno (ANR), Ellman, Williams (A&M) regarding helicopter sale.

10/18/15        J B ELLMAN                                    9.80                      9,310.00
Review and revise motion to approve bidding procedures for inactive assets (4.60), notice of auction and hearing (1.40), cure notice (.60), approval order (1.0), and bid procedures (1.40); communicate with Green regarding same (.30); draft memorandum to Jackson Kelly team regarding Black Mountain sale (.40); draft memorandum to lenders regarding sale procedures (.10).

10/18/15        P M GREEN                                     2.10                      1,207.50
Review comments on bidding procedures (.60); revise related motion and order (1.50).

10/19/15        C E BLACK                                     1.40                      1,190.00
Prepare for (.80) and participate in conference with Ellman, Rothschild and client regarding asset disposition issues and planning (.60).

10/19/15        J B ELLMAN                                    6.70                      6,365.00
Review and evaluate comments on potential asset purchase agreement (.70); conference call with Kane, Eidson and Kreutzer (both ANR) regarding same (.80); follow up with Kane regarding next steps (.40); conference with Rothschild team, Heiman and Black regarding sale process issues and planning (1.0); communicate with Kreutzer (ANR) regarding permit transfer agreements (.20); revise asset sale procedures (.60) and related motion (2.20); communicate with Eidson (ANR) regarding same (.10); communicate with Merrett regarding helicopter sale issues (.20); review ANR comments on draft order approving potential asset sale (.30); review asset sale work plan (.20).

10/19/15        P M GREEN                                     5.30                      3,047.50
Communicate with Alvarez & Marsal regarding cure schedules (.30); communicate with Ellman regarding bidding procedures motion (.50); revise bidding procedures motion (2.50); conform exhibits with respect to the same (1.60); review updates to proposed approving potential asset sale order (.40).

10/19/15        D G HEIMAN                                    1.00                      1,200.00
Participate in conference call with advisors to second lien lenders regarding asset sale timeline.

JONES DAY

Asset Disposition                                                                                              Page 5

10/19/15      D G HEIMAN                                   0.50                                600.00
Participate in conference call with Rothschild team, Ellman, Black regarding asset sale process.

10/19/15      J K KANE                                     2.80                              2,590.00
Review and revise comments to asset purchase agreement for potential asset sale (1.30); conference call
with client regarding same (.50); review form asset purchase agreement for potential asset sales pursuant to
bidding procedures (1.0).

10/19/15      D J MERRETT                                  0.80                                500.00
Communicate with Manno (ANR) (.10), Kline (broker) (.10), AIC (title company) (.10) regarding committee
helicopter sale information requests; prepare response to Pitts (Sands Anderson) regarding same (.40);
communicate with Ellman, Black regarding same (.10).

10/19/15      T A WILSON                                   1.00                                700.00
Communicate with Harrington (ANR) regarding required reporting under de minimis sale order (.30);
review and revise summary of reportable asset sales under de minimis procedures order (.50); communicate
with Harrington (ANR), U.S. Trustee, Milbank regarding summary of asset sales (.20).

10/20/15      D BARAV-JOHNSON                              1.90                                617.50
Draft stipulation and agreed order regarding helicopter sale (1.80); communicate with Merrett regarding
same (.10).

10/20/15      J B ELLMAN                                   9.80                              9,310.00
Review and revise sale process motion and attachments to same (5.70); communicate with Green regarding
same (.50); review asset purchase agreement for potential asset sale (.50); communicate with Kane regarding
same (.30); conference with Kreutzer and Eidson (both ANR) regarding same (.60); review issues regarding
helicopter sale (.30); conference with Merrett regarding same and potential committee objection (.30);
review stipulation to resolve same (.40); review Schiable (Davis Polk) correspondence regarding same (.20);
attend call with first lien and committee professionals, Kreutzer and Eidson (both ANR), Rothschild and
Alvarez regarding properties subject to disposition (.70); comment on bid process materials (.30).

10/20/15      P M GREEN                                    3.90                              2,242.50
Communicate with Kreutzer (ANR) regarding exhibit for asset sale procedures (.40); communicate with
Ellman regarding asset sale procedures (.30); revise motion and related exhibits in connection with updated
bidding procedures (2.40); review updated bidding procedures (.50); communicate with Holden regarding
cure schedules (.30).

10/20/15      J K KANE                                     6.00                              5,550.00
Review and revise form asset purchase agreements and asset purchase agreement for potential asset sale
(4.50); communicate with Ellman regarding same and status (.50); participate in conference call with lenders
regarding sale process (1.0).

10/20/15      D J MERRETT                                  3.00                              1,875.00
Communicate with Pitts, Howlett (Sands) regarding helicopter sale information requests (.10); communicate
with Ellman, Black, Wilson, Barav regarding same (.30); review and revise stipulated order regarding same
(1.30); communicate with Ellman regarding same (.20); communicate with counsel to first and second lien
lenders (.20) and committee (.20) regarding same; communicate separately with Meyer (Davis Polk)
regarding same (.20); communicate with Manno (ANR) regarding same (.50).

10/20/15      T A WILSON                                   0.10                                 70.00
Communicate with Ellman, Tsang (Milbank) regarding bidding procedures motion.

10/21/15      J B ELLMAN                                   8.90                              8,455.00
Review and revise motion to approve sale procedures (2.20); review and revise attachments thereto (1.10);
communicate with Green regarding same (.30); conference with Chou (Rothschild) and Rothschild team,
Eidson and Kreutzer (both ANR) and Kane and Green regarding sale procedures and comments (.90);
review additional information regarding assets for sale (.40); revise summary of same (.30); review and
address second lien noteholder comments on sale procedures (.70); review issues regarding committee
objection to helicopter sale notice (.20); communicate with Merrett regarding same (.30); review and revise
stipulation regarding same (.30); review constituent comments regarding same (.30); review Kreutzer (ANR)
comments on sale process documents (.20); implement first lien revisions to sale procedures (1.20);
communicate with committee counsel regarding sale procedures (.20); communicate with Eidson and
Kreutzer (both ANR) regarding business judgment statements for review (.30).

Asset Disposition                                                                                        Page 6

10/21/15      P M GREEN                                          7.70                    4,427.50
Review lender comments to bidding procedures (.80); communicate with Ellman regarding the same (.30);
review and revise sale procedures motion (3.20); revise bidding procedures and related order (2.10); prepare
exhibits in preparation for filing bidding procedures motion (1.30).

10/21/15      J K KANE                                           1.60                    1,480.00
Communicate with  Holewinski and Ridgway regarding form asset purchase agreement (.80); conference
call regarding lender comments on bidding procedures (.50); review correspondence regarding form non-
disclosure agreement (.30).

10/21/15      D J MERRETT                                        5.40                    3,375.00
Communicate with Pitts, Gray, Roy (Sands Anderson) regarding stipulated order regarding proceeds of
helicopter sale (1.30); communicate with Schiable, Meyer, Moskowitz (Davis Polk), Schartz (Kirkland),
Hessler, Pesce (Kirkland) regarding same (1.50); communicate separately with Schartz (Kirkland), Pesce
(Kirkland) regarding same (.20); communicate with Kline (broker) (.30), Manno (ANR) (.50), Pruitt (escrow
agent) (.20) regarding same; review and revise stipulated order in connection with same (1.40).

10/21/15      T A WILSON                                         0.20                    140.00
Communicate with Harrington (ANR), Black regarding accounting for asset transfers.

10/22/15      C E BLACK                                          0.50                    425.00
Review materials relating to proposed asset disposition (.30); conference with Ellman regarding same (.20).

10/22/15      J B ELLMAN                                         9.00                    8,550.00
Review and finalize motion to approve bidding procedures (2.90), bidding procedures (1.80) and order for
same (.70); conferences with Green regarding same (.40); conference with Long (Hunton) regarding filing
of same (.10); conferences with Kreutzer (ANR) (.40), Eidson (ANR) (.40), Chou (Rothschild) and
Rothschild team (.50) regarding final issues regarding same; communicate with Meyer (Davis Polk)
regarding first lien issues regarding same (.30); communicate with Pesce (Kirkland) regarding second lien
issues regarding same (.30); communicate with Wilson regarding committee inquiry regarding same (.10);
draft memorandum to Verheij (ANR) regarding same (.10); communicate with Black regarding terms of
procedures (.20); revise asset schedule for motion (.30); review final issues regarding helicopter approval
order (.10); communicate with Manno (ANR) and Merrett regarding same (.10); review and revise hearing
notice for sale procedures motion (.20); communicate with Merrett regarding same (.10).

10/22/15      P M GREEN                                          5.80                    3,335.00
Review and finalize bidding procedures motion regarding inactive mines (4.20); communicate with Ellman
regarding same (.40); communicate with local counsel regarding same (.30); coordinate filing of bidding
procedures motion (1.20).

10/22/15      J K KANE                                           0.30                    277.50
Communicate with Ridgway regarding sale process and asset purchase agreement.

10/22/15      D J MERRETT                                        1.40                    875.00
Communicate with Pruitt (escrow agent) regarding helicopter sale (.20); communicate with Manno (ANR)
(.20), Gray (Sands Anderson) (.20), Roy (Sands Anderson) (.10), Ellman (.10), Manno (ANR) (.20) Long
(Hunton) (.10) regarding same; prepare notice for bidding procedures motion (.20); communicate with
Ellman regarding same (.10).

10/23/15      J B ELLMAN                                         2.30                    2,185.00
Review and comment on non-disclosure agreement for potential discussions with potential buyer or
investor (.90); communicate with Eidson (ANR) regarding same (.20); communicate with lessor counsel
(.20) and surety counsel (.30) regarding sale procedures; communicate with Kreutzer (ANR) regarding
information for same (.20); review disposition issues regarding collective bargaining agreements (.20);
communicate with Easley and Black regarding same (.20); communicate with Milbank regarding sale
process update (.10).

10/23/15      P M GREEN                                          0.60                    345.00
Review and analyze correspondence related to bidding procedures.

10/23/15      D J MERRETT                                        0.20                    125.00
Communicate with counsel to first and second liens regarding closing of helicopter sale (.10); communicate
with Manno (ANR) regarding same (.10).

JONES DAY

Asset Disposition                                                                 Page 7

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/25/15 | J B ELLMAN | 5.20 | 4,940.00 |

Review and comment on form asset purchase agreement for sale process (4.60); review precedent materials (.50); communicate with Kane regarding same (.10).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/26/15 | J B ELLMAN | 0.70 | 665.00 |

Conference with Gross (UMWA counsel) regarding sale procedures and potential objection (.20); review materials regarding same (.20); communicate with Black regarding same (.20); communicate with Kane regarding form of sale process asset purchase agreement (.10).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/26/15 | P M GREEN | 0.80 | 460.00 |

Review and analyze permitting issues related to bidding procedures motion.

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/26/15 | J K KANE | 0.70 | 647.50 |

Review Ellman asset purchase agreement comments (.30); communicate with Crane regarding status (.20); communicate with Ridgway regarding tax aspects of asset purchase agreement (.20).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/27/15 | J B ELLMAN | 1.30 | 1,235.00 |

Participate in conference call with Kreutzer (ANR), Eidson (ANR), Kane and Rothschild team regarding inactive sale process issues (.50); review USA informal objection to same (.10); communicate with Green regarding response (.20); revise non-disclosure agreement for sale process (.10); draft memorandum to consultation parties under bidding procedures regarding same (.20); communicate with Kane regarding sale process and contracts (.20).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/27/15 | P M GREEN | 0.80 | 460.00 |

Review form of proposed sale order in connection with potential inactive mine sale transaction.

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/27/15 | J K KANE | 1.00 | 925.00 |

Participate in conference call with Kreutzer (ANR), Eidson (ANR, Ellman regarding inactive sale process (.50); communicate with Ellman and Crane regarding sale process (.50).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/28/15 | J B ELLMAN | 1.80 | 1,710.00 |

Review US Department of Justice objections to sale procedures (.20); conference with Marcello (US DOJ) regarding same (.30); draft responses to each objection (.40); conference with Green regarding updating procedures to address updated bidding procedures (.20); review and revise updated bidding procedures (.30); communicate with Gish (landlord counsel) regarding sale process (.20); communicate with Kreutzer (ANR) and Eidson (both ANR) regarding procedures modifications to address objecting parties (.20).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/28/15 | P M GREEN | 2.30 | 1,322.50 |

Review comments to bidding procedures (.40); communicate with Ellman regarding same (.20); update bidding procedures and proposed order in response to comments and objections from interested parties (1.10); review form of sale order for asset sales (.60).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/28/15 | J K KANE | 1.10 | 1,017.50 |

Review revised form asset purchase agreement (.60); communicate with Crane regarding same (30); memorandum to client regarding same (.20).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/28/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Chou (Rothschild) regarding potential asset purchaser (.10).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/29/15 | J B ELLMAN | 4.60 | 4,370.00 |

Review and revise order (.90) and sale procedures (1.70) to address objections; communicate with Green regarding same (.30); communicate with Black regarding certain objections (.20); draft memorandum to surety counsel (Sites) regarding resolving objection (.20); communicate with committee counsel regarding committee objections (.30); review committee revisions to order regarding same (.20); conference with Eidson and Kreutzer (both ANR) regarding objections (.30); review filed objections (.30); communicate with Levine (Lowenstein) regarding same (.20).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/29/15 | P M GREEN | 1.10 | 632.50 |

Review comments to bidding procedures and related order (.60); communicate with Ellman regarding same (.20); update and revise bidding procedures (.30).

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/30/15 | C E BLACK | 0.90 | 765.00 |

Review objections to asset sale procedures motion.

Asset Disposition                                                                                    Page 8

10/30/15        J B ELLMAN                                      3.30                        3,135.00
Review sale process objections (.60); communicate with Kreutzer and Eidson (both ANR), Chou and
Volschenk (both Rothschild) and Green regarding addressing same (1.20); review and revise sale
procedures order regarding same (1.10); communicate with Gish (surety counsel) regarding sale procedure
issues (.20); communicate with Marcello (US DoJ) regarding resolution of sale process objections (.20).

10/30/15        P M GREEN                                       1.40                          805.00
Review objections to bidding procedures (.80); review correspondence and documents reflecting
resolutions of same (.60).

10/31/15        C E BLACK                                       0.70                          595.00
Multiple communications with Ellman and Rothschild regarding asset disposition issues.

10/31/15        B W EASLEY                                      1.40                        1,120.00
Revise provisions of draft bidding procedures motion with respect to consultation with UMWA in
connection with potential asset sales (.40); review correspondence from UMWA's counsel regarding
consultation rights with respect to potential asset sales (.20); review correspondence from Kreutzer (ANR),
Moore (ANR) and Ellman regarding consultation with UMWA regarding asset sales (.50); communicate
with Ellman regarding consultation with UMWA regarding asset sales (.30).

10/31/15        J B ELLMAN                                      5.10                        4,845.00
Review and evaluate written objections to sale procedures (2.20); communicate with objecting parties
regarding same (.80); draft revisions to sale order and procedures to address objections (1.30); communicate
with Green regarding same (.30); review summary of objections (.50).

10/31/15        P M GREEN                                       3.80                        2,185.00
Review objections to bidding procedures (1.30); draft outline and response to same (2.20); communicate
with Ellman regarding objections (.30).

10/31/15        T A WILSON                                      0.20                          140.00
Communicate with Ellman, Black regarding section 363 research.

        **TOTAL**                                         **215.70**          **USD**      **169,862.50**

JONES DAY

Assumption and Rejection of Leases and Contracts                                                    Page 1

10/01/15        C E BLACK                                        0.30                    255.00
        Conference with Wilson regarding lease issues.

10/01/15        T A WILSON                                       0.10                     70.00
        Communicate with McCallister (ANR) regarding implied assumption of executory contracts.

10/02/15        J N EDEL                                         3.70                  1,202.50
        Research regarding treatment of effect of rejection on obligations under lease (3.50); communicate with
        Wilson regarding same (.20).

10/02/15        T A WILSON                                       0.60                    420.00
        Review memorandum addressing payments due under lease and review related caselaw (.40); communicate
        with Edel regarding same (.20).

10/05/15        C E BLACK                                        0.40                    340.00
        Review and comment on amendment to agreement.

10/05/15        T A WILSON                                       0.60                    420.00
        Communicate with Zeltner regarding memorandum analyzing treatment of lease obligations under section
        365(d)(3) of the Bankruptcy Code (.30); communicate with Harrington (ANR) regarding lease issues (.20);
        communicate with Kay (Quinn) regarding section 365(d)(4) motion (.10).

10/05/15        O S ZELTNER                                      4.80                  1,920.00
        Communicate with Wilson (.10), Centeno (United Bank) (.10) regarding copier lease; research case law and
        secondary sources on Westlaw and other databases regarding section 365(d)(3) of the Bankruptcy Code
        (4.40); communicate with Wilson regarding same (.20).

10/06/15        O S ZELTNER                                      8.70                  3,480.00
        Research case law and secondary sources on Westlaw and other online databases for memorandum
        regarding section 365(d)(3) of the Bankruptcy Code (5.80); draft memorandum regarding same (2.90).

10/07/15        C E BLACK                                        0.70                    595.00
        Review memorandum regarding coal lease issues (.50); conference with Wilson regarding same (.20).

10/07/15        T A WILSON                                       0.60                    420.00
        Review and revise memorandum addressing application of section 365(d)(3) to postpetition lease
        obligations (.40); communicate with Zeltner, Black regarding same (.20).

10/07/15        O S ZELTNER                                      5.80                  2,320.00
        Draft memorandum addressing application of section 365(d)(3) of the Bankruptcy Code (5.60);
        communicate with Wilson regarding same (.20).

10/08/15        J B ELLMAN                                       0.70                    665.00
        Review memorandum regarding 365(d)(3) of the Bankruptcy Code (.50); communicate with Black regarding
        same (.20).

10/08/15        T A WILSON                                       0.80                    560.00
        Review Harrison (ANR) correspondence regarding payment of taxes under lease and review lease with
        respect to same (.30); participate in conference call with Harrison (ANR), Munsey (ANR), Kreutzer (ANR)
        regarding payment of tax obligations under leases (.50).

10/09/15        T A WILSON                                       0.60                    420.00
        Review and analyze proposed addendum to second amendment to Coalfields expressway agreement (.20);
        participate in conference call with Harrington (ANR), Wall (Troutman), Hall (ANR), Mullins (ANR)
        regarding same (.40).

10/12/15        T A WILSON                                       0.40                    280.00
        Review correspondence from Hall (ANR) and related attachments related to executory nature of various
        vendor agreements.

10/13/15        T A WILSON                                       0.50                    350.00
        Review correspondence from Hall (ANR) containing various questions related to executory contracts (.20);
        communicate with Hall (ANR), Merrett regarding same (.30).

10/19/15        J N EDEL                                         0.50                    162.50
        Communicate with Zeltner regarding omnibus contract rejection motion.

Assumption and Rejection of Leases and Contracts                                                Page 2

| 10/19/15 | D J MERRETT | 0.30 | 187.50 |

Communicate with Black regarding deadline for assumption and rejection of non-residential real property leases (.20); confirm schedule regarding same (.10).

| 10/19/15 | T A WILSON | 0.70 | 490.00 |

Review correspondence from Esposito (A&M) regarding contracts to be rejected (.20); communicate with Merrett, Zeltner regarding same and omnibus rejection motion (.20); communicate with Jones (ANR) regarding various issues related to executory contracts (.30).

| 10/19/15 | O S ZELTNER | 0.80 | 320.00 |

Communicate with Wilson (.20), Edel (.20) regarding second omnibus motion to reject contracts; review documents and communications regarding same (.40).

| 10/20/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Harrison (ANR) regarding outstanding rent at Foster Plaza 10 location.

| 10/21/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Fawkes (Hub Properties counsel) regarding rent payments.

| 10/22/15 | D BARAV-JOHNSON | 1.80 | 585.00 |

Communicate with Merrett regarding motion to extend the period within which to assume or reject non-residential real property leases (.10); retrieve and review similar motions from other cases (1.70).

| 10/22/15 | D J MERRETT | 0.30 | 187.50 |

Communicate with Barav regarding motion to extend deadline to assume or reject non-residential real property leases.

| 10/22/15 | T A WILSON | 0.20 | 140.00 |

Review revised amendment with Virginia Department of Transportation and communicate with Harrington regarding same (.20).

| 10/22/15 | O S ZELTNER | 0.30 | 120.00 |

Communicate with Tibble (Reed Smith) (.20), Wilson (.10) regarding GECC lease.

| 10/23/15 | J N EDEL | 1.50 | 487.50 |

Draft second omnibus rejection motion.

| 10/26/15 | J N EDEL | 2.00 | 650.00 |

Research and draft second omnibus contract rejection motion.

| 10/26/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Heath (ANR), Shockley (ANR) regarding Banc of America leasing issues (.20); communicate with Harrison (ANR) regarding Hub Properties rent inquiry (.10).

| 10/27/15 | D BARAV-JOHNSON | 1.80 | 585.00 |

Review model motions seeking extension of assumption/rejection period for non-residential real property leases (.30); draft motion to extend assumption/rejection period (1.50).

| 10/27/15 | T A WILSON | 0.90 | 630.00 |

Communicate with Harrington (ANR) regarding mechanic of assumption and rejection of contracts (.20); communicate with Heath (ANR) regarding Banc of America Leasing issues (.30); review background documentation regarding same (.40).

| 10/27/15 | O S ZELTNER | 3.20 | 1,280.00 |

Research case law and secondary sources on Westlaw regarding effect of ipso facto clauses in agreements (3.10); communicate with Wilson regarding same (.10).

| 10/28/15 | D BARAV-JOHNSON | 7.90 | 2,567.50 |

Draft motion to extend period for assumption/rejection of non-residential real property leases (5.30); communicate with Merrett regarding same (.20); research treatment of assumption/rejection motions filed before the statutory deadline but heard by the court after the deadline (1.80); research unreported orders extending the assumption/rejection period (.40); review case management order for provisions regarding the extension of deadlines (.20).

Assumption and Rejection of Leases and Contracts                                                    Page 3

| | | | |
|---|---|---|---|
| 10/28/15 | D J MERRETT | 2.70 | 1,687.50 |

Communicate with Long (Hunton) regarding Bank of the West equipment lease (.20); communicate with counsel to Bank of the West regarding same (.30); communicate with Harrison (ANR) (.10), Wilson (.10) regarding same; review pay off quote in connection with same (.20); communicate with Barav regarding motion to extend deadline to assume or reject nonresidential real property leases (.20); communicate with Esposito (A&M) regarding schedule for same (.20); review and revise schedule (.90); communicate with Black (.20), Barav (.30) regarding same.

| | | | |
|---|---|---|---|
| 10/28/15 | T A WILSON | 0.30 | 210.00 |

Communicate with Merrett regarding Bank of the West lease and review correspondence related to same.

| | | | |
|---|---|---|---|
| 10/28/15 | O S ZELTNER | 10.60 | 4,240.00 |

Draft memorandum regarding effect of ipso facto clauses (5.60); research case law and secondary sources on Westlaw for same (2.90); communicate with Wilson regarding same (.10); draft second omnibus rejection motion (1.40); review relevant agreements for same (.60).

| | | | |
|---|---|---|---|
| 10/29/15 | D BARAV-JOHNSON | 1.60 | 520.00 |

Review and revise motion to extend period assumption/rejection of non-residential real property leases (1.0); research unreported orders regarding requested extensions (.60).

| | | | |
|---|---|---|---|
| 10/29/15 | T A WILSON | 1.00 | 700.00 |

Communicate with Fawkes (Hub Properties) regarding postpetition rent payment (.10); review and revise second omnibus contract rejection motion (.20); communicate with Zeltner regarding same (.20); review correspondence and files regarding same (.20); communicate with Merrett regarding issues arising under lease with Bank of the West and review correspondence related to same (.30).

| | | | |
|---|---|---|---|
| 10/29/15 | O S ZELTNER | 2.90 | 1,160.00 |

Draft second omnibus rejection motion (.70); communicate with Wilson regarding same (.30); draft list of open factual items for company regarding same (1.40); multiple communications with Harrison (ANR) regarding same (.20); review agreements to be rejected (.30).

| | | | |
|---|---|---|---|
| 10/30/15 | D BARAV-JOHNSON | 3.90 | 1,267.50 |

Review and revise motion to extend period assumption/rejection of non-residential real property leases (2.80); research regarding same (.90); review Merrett's edits to same (.20).

| | | | |
|---|---|---|---|
| 10/30/15 | D J MERRETT | 0.30 | 187.50 |

Communicate with Miller (KCC) regarding service of motion to extend deadline to assume or reject nonresidential real property leases.

| | | | |
|---|---|---|---|
| 10/30/15 | D J MERRETT | 2.50 | 1,562.50 |

Conference with Esposito, Williams (A&M), Wilson regarding noticing contract and lease counterparties (.70); review and revise motion to extend deadline to reject non-residential real property leases (1.80); communicate with Black, Wilson (.10), Ellman (.10) regarding same.

| | | | |
|---|---|---|---|
| 10/30/15 | T A WILSON | 1.90 | 1,330.00 |

Communicate with Harrison (ANR) regarding potential assumption of contracts (.10); prepare for and participate in conference call with Esposito (A&M), Williams (A&M), Merrett regarding assembly of address and noticing information for counterparties to executory contracts (.70); review and revise motion to extend period within which to assume or reject nonresidential real property leases (.80); communicate with Merrett, Black, Ellman regarding same (.30).

| | | | |
|---|---|---|---|
| 10/31/15 | D J MERRETT | 1.50 | 937.50 |

Review and revise motion to extend deadline to assume or rejection nonresidential real property leases to reflect comments by Wilson (1.20); communicate with Barav (.10), Wilson (.20) regarding same.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **81.10** | **USD** | **36,192.50** |

JONES DAY

Business Operations                                                                                           Page 1

| | | | |
|---|---|---|---|
| 10/01/15 | C E BLACK | 0.90 | 765.00 |

Review materials and issues relating to Joy Global agreements.

10/01/15     T A WILSON     4.70     3,290.00

Review agreements with Bridgestone and related correspondence from Hall (2.30); communicate with Manno (ANR), Hall (ANR) regarding essential supplier contract with Walker/Whayne (.10); participate in conference call with Manno (ANR), Hall (ANR), Grady (A&M) regarding negotiations with Bridgestone and Walker/Whayne (.50); communicate with Speckhart (Walker/Whayne) regarding essential supplier agreement (.10); communicate with Harrison (ANR) regarding assignment of postpetition invoices and review related correspondence (.20); review indemnity agreement with Lexon (.30); communicate with Barragate, Black, Andreini, Holewinski regarding same (.30); communicate with Schneider (Swank Construction) regarding request for lienholder payment (.10); review various correspondence related to miscellaneous operational issues (.60); review correspondence and related agreements with Joy Global parts and communicate with Hall regarding extension thereof (.20).

10/02/15     T A WILSON     1.50     1,050.00

Communicate with Schnieder (Swank Construction) regarding Swank Construction request for essential supplier and lienholder payment (.20); communicate with Holewinski, Barragate, Iole, Cavatoni (ANR), Shockley (ANR) regarding indemnity agreement with Lexon (.60); communicate with Nichols regarding essential supplier agreement with Pyott Boone (.10); communicate with Shockley (ANR) regarding AEP claim against bond (.20); communicate with Pagorski (Kentucky Utilities) regarding adequate assurance request (.10); communicate with Epps (Christian & Barton), Long (Hunton) regarding Powder River adequate assurance request (.30).

10/05/15     T A WILSON     1.30     910.00

Review correspondence related to outstanding utility requests for adequate assurance (.20); communicate with Zeltner, Hall (ANR) regarding enforceability of agreements with River Salvage (.30); draft ninth amendment to Consortium Agreement regarding voting rights (.80).

10/05/15     O S ZELTNER     1.60     640.00

Review river salvage agreements to determine enforceability of same (1.30); communicate with Wilson regarding same (.30).

10/06/15     T A WILSON     2.90     2,030.00

Review correspondence from Shockley (ANR) regarding parental guarantee and communicate with Shockley (ANR) regarding same (.20); communicate with Cavatoni (ANR) regarding potential indemnity agreement with Lexon (.10); review files on outstanding requests for additional assurance regarding utility deposits (.30); communicate with Holden (A&M) regarding same (.20); communicate with Barav, Harrison (ANR) regarding drafting of discrete bills of sale for AIG Equipment Finance purchase (.30); review and revise same (.20); review correspondence from Harrison (ANR) regarding MAPS withholding of required reports and communicate with Zeltner regarding contract review (.20); communicate with Harrison (ANR) regarding postpetition invoices received from Virginia Department of Environmental Quality (.20); communicate with McLemore (WPP, Inc./ACIN) regarding prepetition amounts outstanding (.10); communicate with Merrett regarding United Central matter (.10); communicate with Zeltner regarding enforceability of MAPS agreements (.20); review correspondence related to Cummins request for essential supplier payment (.10); review correspondence related to MICON request for essential supplier payment and communicate with Nelson (Micon counsel) regarding same (.10); communicate with Chafin (Baystar Coal) regarding request to mine Alpha property (.10); review background documents provided by counsel to Brayman regarding request for lienholder payment (.40); communicate with Manno regarding same (.10).

10/07/15     D J MERRETT     0.20     125.00

Communicate with Wilson regarding vendor agreement.

Business Operations                                                                                 Page 2

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 10/07/15 | T A WILSON | 3.00 | 2,100.00 |

Communicate with Pomeranke (BVU), Holden (A&M) regarding resolution of BVU request for additional adequate assurance (.30); communicate with Chafin (Baystar Coal) regarding proposal to mine coal (.10); participate in conference call with Shockley (ANR), Gionis (AON), Zurich representatives regarding AEP bond draw (.40); follow-up calls with Shockley (ANR), Merrett regarding same (.20); participate in conference call with Holden (A&M), Heath (ANR) regarding outstanding utility requests for adequate assurance (.70); follow up call with Holden regarding same (.20); communicate with Nelson (MICON) regarding MICON request for essential supplier payment (.10); communicate with Cavatoni (ANR), Shockley (ANR) regarding potential indemnity agreement with Lexon (.20); communicate with Pagorski (Kentucky Utilities) regarding reconciliation regarding request for adequate assurance (.10); communicate with Hook (Franklin Township) regarding request for additional assurance (.20); review essential supplier agreement with vendor and communicate with Nichols (ANR), Holden (A&M) regarding same (.40); review Harrison correspondence regarding Norfolk Southern (.30).

| 10/08/15 | T A WILSON | 3.40 | 2,380.00 |

Communicate with Hook (Franklin Township), Holden (A&M), Heath (ANR) regarding non-payment of postpetition invoices and threat to terminate utility service (.80); review correspondence from Harrison (ANR) regarding Norfolk Southern (.10); communicate with Pagorski (Kentucky Utilities), Holden (A&M), Heath (ANR) regarding reconciliation of Kentucky Utilities accounts and extension of resolution period (.30); review and revise indemnity/bonding agreement with Lexon (.80); communicate with Shockley (ANR), Barragate regarding same (.30); participate in conference call with Shockley (ANR), Gionis (AON), various Zurich representatives, counsel to Zurich regarding AEP claim against Zurich bond (.60); review proposed addenda to contracts received from Schindler and communicate with Hall (ANR) regarding same (.20); review Waste Management motion to extend deadline for adequate assurance and communicate with Zeltner regarding same (.20); communicate with Harrington (ANR) regarding Coalfields issue (.10).

| 10/08/15 | O S ZELTNER | 0.40 | 160.00 |

Communicate with Wilson regarding Waste Management motion for adequate assurance deposit (.20); review same and related docket documents (.20).

| 10/09/15 | T A WILSON | 0.80 | 560.00 |

Review and revise draft reporting of essential supplier, lienholder and tax payments (.30); communicate with Holden regarding same (.10); communicate with Harrison (ANR), Black regarding tenth amendment to DTA consortium agreement (.10); communicate with Harrison (ANR), Ellman regarding AEP claim against Zurich bond (.10); communicate with Snyder (Brayman) regarding Brayman Construction request for lienholder payment (.20).

| 10/12/15 | T A WILSON | 1.40 | 980.00 |

Communicate with Pagorski (Kentucky Utilities) regarding extension of resolution period (.20); communicate with Nelson (MICON counsel), Hall (ANR) regarding MICON request for essential supplier payment (.30); review correspondence from Taylor (FLSmidth) regarding essential supplier negotiations and limited research regarding same (.30); communicate with Taylor FLSmidth) regarding same (.20); review correspondence from Maxwell (CB Mining counsel) regarding potential essential supplier/lienholder payment and communicate with Hall (ANR), Merrett regarding same (.30); communicate with Buchanan (Carbon Resources counsel) regarding claims filed by Carbon Resources (.10).

| 10/13/15 | T A WILSON | 2.20 | 1,540.00 |

Communicate with Pagorski (Kentucky Utilities), Holden (A&M) regarding extension of resolution period for Kentucky Utilities' request for adequate assurance (.70); review correspondence from Epps (Powder River counsel) regarding resolution of Powder River adequate assurance deposit and communicate with Harrison (ANR), Epps regarding same (.60); review and revise essential supplier agreements with Walker/Whayne and communicate with Nichols regarding same (.30); review correspondence regarding C&L Consultants and communicate with Zeltner, Hall (ANR) regarding same (.20); review various agreements with McLanahan Corporation and communicate with Hall (ANR) regarding same (.30); communicate with Harrison (ANR) regarding indemnification (.10).

| 10/13/15 | O S ZELTNER | 0.60 | 240.00 |

Review agreements with C&L Consultants for enforceability (.50); communicate with Wilson regarding same (.10).

| 10/14/15 | D J MERRETT | 0.80 | 500.00 |

Review and analyze two contracts with vendor for enforceability (.70); communicate with Wilson regarding same (.10).

**JONES DAY**

Business Operations                                                                                          Page 3

10/14/15        T A WILSON                                        0.90                        630.00
Communicate with Harrison regarding Kentucky refusal to issue vehicle registrations (.20); review motion
to enforce code violations (.10); communicate with Epps (Powder River) regarding request for additional
assurance (.20); communicate with Merrett, Holden (A&M) regarding enforceability of contracts with
Weatherford (.20); communicate with Holden (A&M), Pagorski (Kentucky Utilities) regarding Kentucky
Utilities adequate assurance request (.20).

10/14/15        O S ZELTNER                                       0.20                         80.00
Communicate with Wilson (.10), Long (Hunton) (.10) regarding Sequachee Valley and Wise County
requests for adequate assurance utility deposits.

10/15/15        J N EDEL                                          4.50                      1,462.50
Draft letters regarding utility companies' failure to comply with first day utilities order (2.0); draft letter to
Pike County Clerk regarding refusal to issue certain vehicle registrations (2.0).

10/15/15        T A WILSON                                        2.80                      1,960.00
Review C&L Consultants contracts and Zeltner comments regarding same (.40); communicate with Hall
(ANR) regarding same (.30); review untimely requests for additional assurance and communicate with
Zeltner, Edel regarding letters to same (.30); communicate with Nichols (ANR) regarding essential supplier
agreement with  (.20); communicate with Holden (A&M) regarding reporting of essential supplier payments
(.10); circulate same to notice parties under first-day orders (.20); prepare for and participate in conference
call with Pagorski (Kentucky Utilities), Cooper (Kentucky Utilities), Holden (A&M), Heath (ANR)
regarding reconciliation of accounts (.60); communicate with Grady regarding open cashflow and utility
issues (.20); review markup of Lexon agreement (.10); revise same and communicate with Shockley (ANR)
regarding same (.40).

10/15/15        O S ZELTNER                                       1.70                        680.00
Draft letter to Pike County clerk regarding section 525 and vehicle registrations (.80); communicate with
Wilson (.20), Edel (.40) regarding same; communicate with Wilson (.20), Edel (.10) regarding new utility
requests for adequate assurance deposits and responses to same.

10/16/15        J N EDEL                                          0.80                        260.00
Revise letter to Pike County Clerk relating to registrations for certain vehicles.

10/16/15        D J MERRETT                                       0.60                        375.00
Review and revise essential supplier trade agreement (.30); communicate with Jones (ANR) regarding
recording of liabilities (.20); communicate with Ellman regarding same (.10).

10/16/15        T A WILSON                                        0.70                        490.00
Communicate with Manno regarding essential supplier request of J. Tennant (.10); communicate with
Holden (A&M), Black regarding Walker/Whayne essential supplier agreement (.10); review and revise letter
to Pike County clerk regarding refusal to renew vehicle registrations (.30); communicate with Edel regarding
same (.10); communicate with Heath (ANR) regarding utility service provided by Franklin Township (.10).

10/20/15        T A WILSON                                        0.50                        350.00
Communicate with Heath (ANR), Holden (A&M) regarding Franklin Township request for adequate
assurance (.10); communicate with Shockley (ANR) regarding Zurich request for information related to
AEP demand on bond (.10); communicate with Zeltner, Hall (ANR) regarding Motion Industries'
suspension of performance (.30).

10/21/15        T A WILSON                                        1.00                        700.00
Communicate with Hall (ANR) rockdust shipments (.10); review background correspondence regarding
Norfolk Southern incentive payments (.20); communicate with Hall (ANR), Manno (ANR) regarding
Swank Construction request for payment (.10); review background documentation regarding same (.20);
communicate with Harrison (ANR), Hall regarding issuance of performance bonds (.40).

10/22/15        T A WILSON                                        0.70                        490.00
Communicate with Harrison regarding potential disposition of Waste Management motion for
authorization to late file request for adequate assurance deposit (.20); communicate with Hook (Franklin
Township counsel) regarding resolution of adequate assurance demand (.20); review trade terms agreement
with MAPS and communicate with Nichols regarding same (.30).

10/23/15        T A WILSON                                        0.30                        210.00
Communicate with Harrison (ANR) regarding Thyssenkrupp refusal to provide service (.20).

Business Operations                                                                                                    Page 4

10/25/15        T A WILSON                                                0.50                         350.00
Communicate with Zeltner, Hall (ANR) regarding repudiating vendor notice for Motion Industries (.20);
communicate with Trachee (Waste Management) regarding Waste Management motion for authorization to
request adequate assurance (.10); communicate with Hook (Franklin Township), Holden (A&M) regarding
Franklin Township request for adequate assurance (.10); communicate with Epps (Powder River) regarding
outstanding request for additional adequate assurance from Powder River Energy Cooperative (.10).

10/25/15        O S ZELTNER                                               0.80                         320.00
Draft notice of repudiating vendor and related proposed order to show cause for Motion Industries (.70);
communicate with Wilson regarding same (.10).

10/26/15        T A WILSON                                                1.20                         840.00
Communicate with Zeltner, Long (Hunton), Epps (Christian) regarding Powder River request for additional
adequate assurance (.30); review documents related to same (.30); communicate with Hall (ANR), Zeltner
regarding repudiating vendor notice (.20); communicate with Trachee (Nelson Mullins), Holden (A&M)
regarding resolution of Waste Management motion for adequate assurance (.40).

10/26/15        O S ZELTNER                                               0.60                         240.00
Draft repudiating vendor notice and show cause order related to Motion Industries (.40); communicate
with Wilson regarding same (.20).

10/27/15        T A WILSON                                                0.40                         280.00
Communicate with Holden (A&M) regarding outstanding requests for additional adequate assurance from
utilities (.20); communicate with Epps (PRECorp) regarding request for additional adequate assurance (.10);
review related proffer of testimony by PRECorp principal (.10).

10/28/15        T A WILSON                                                0.70                         490.00
Communicate with Zeltner regarding reply to Powder River request for additional assurance (.20); prepare
for and communicate with Buchanan (Carbon Resources) regarding request for lienholder payment (.30);
review draft trade agreement with essential supplier and communicate with Nichols (ANR), Zeltner
regarding same (.10).

10/28/15        O S ZELTNER                                               0.50                         200.00
Review FLSmith USA essential supplier trade agreement (.30); communicate with Nichols (ANR) (.10),
Wilson (.10) regarding same.

10/29/15        T A WILSON                                                0.60                         420.00
Communicate with Harrison (ANR) regarding payment guaranties to customers (.20); communicate with
Zeltner regarding Diesel agreements with Petroleum Products (.40).

10/29/15        O S ZELTNER                                               1.50                         600.00
Review multiple agreements with Petroleum Products, Inc. for enforceability and termination rights (1.20);
communicate with Wilson regarding same (.30).

10/30/15        T A WILSON                                                0.60                         420.00
Communicate with Harrison, Ellman regarding prepetition fees owing to CT Corporation (.20);
communicate with Hall (ANR) regarding essential supplier agreement with Petroleum Products (.20);
communicate with Shockley (ANR), Hall, Hoeppner regarding bonding/collateral agreement with Lexon
(.20).

10/30/15        O S ZELTNER                                               3.20                       1,280.00
Draft reply to Powder River request for additional adequate assurance (2.70); communicate with Wilson
regarding same (.10); review documents and communications regarding same (.40).

        **TOTAL**                                                        **51.00**       **USD**     **30,397.50**

Case Administration                                                                      Page 1

| 10/01/15 | M T BARRIOS | 1.20 | 240.00 |

Draft memorandum regarding docket update to team (.10); pull cases as requested by Wilson (.20); prepare binder with key employment retention program materials as requested by Merrett (.90).

| 10/01/15 | C E BLACK | 0.30 | 255.00 |

Conference with Wilson regarding response to equity committee request.

| 10/01/15 | D J MERRETT | 0.40 | 250.00 |

Communicate with Verheij (ANR), Harrison (ANR) regarding Patriot case update (.10); communicate with Gober-Sims regarding same (.10); review and revise same (.20).

| 10/02/15 | T A WILSON | 0.20 | 140.00 |

Communicate with Evans (Alpha shareholder) regarding notices received in connection with bankruptcy and general case status (.20).

| 10/05/15 | M T BARRIOS | 0.10 | 20.00 |

Draft memorandum regarding docket updates to team.

| 10/05/15 | O S ZELTNER | 0.20 | 80.00 |

Review daily Patriot and Walter Energy docket update.

| 10/06/15 | D BARAV-JOHNSON | 1.40 | 455.00 |

Research regarding standards for appointing equity committees (includes WESTLAW).

| 10/06/15 | M T BARRIOS | 0.20 | 40.00 |

Draft memorandum regarding docket updates to team.

| 10/06/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Barav regarding equity committee request.

| 10/06/15 | T A WILSON | 1.10 | 770.00 |

Communicate with Stodola (Milbank) regarding various open issues related to case administration (.30); communicate with Kirkland (Nelson heirs) regarding status of bankruptcy and business plan (.30); communicate with Black, Verheij (ANR), Stodola (Milbank), Barefoot (CGSH), Laduzinski regarding UCC request for calls regarding various aspects of company operations (.30); review section 1102 motion filed by committee in connection with same (.20).

| 10/06/15 | O S ZELTNER | 0.20 | 80.00 |

Review daily Patriot and Walter Energy docket update.

| 10/07/15 | M T BARRIOS | 0.30 | 60.00 |

Draft memorandum regarding docket updates to team (.10); pull cases as requested by Wilson (.20).

| 10/07/15 | J B ELLMAN | 0.90 | 855.00 |

Conference with Black regarding case issues and planning.

| 10/07/15 | T A WILSON | 1.00 | 700.00 |

Communicate with Kay (Clerk's office), Zeltner regarding receipt of ECF notice (.20); communicate with Barefoot (CGSH) regarding entry of orders (.20).

| 10/07/15 | O S ZELTNER | 0.50 | 200.00 |

Communicate with Wilson regarding application process to receive ECF notices (.10); review website and required form for same (.10); revise daily Patriot and Walter Energy docket update (.30).

| 10/08/15 | D BARAV-JOHNSON | 1.90 | 617.50 |

Research Fourth Circuit standard on appointment of equity committees (includes WESTLAW).

| 10/08/15 | J B ELLMAN | 0.30 | 285.00 |

Review SEC correspondence regarding equity committee (.20); communicate with Black regarding same (.10).

| 10/08/15 | O S ZELTNER | 0.30 | 120.00 |

Review daily Patriot and Walter Energy docket update.

| 10/09/15 | D BARAV-JOHNSON | 1.90 | 617.50 |

Research regarding standards governing appointment of an equity committee in the Fourth Circuit and communicate with Merrett regarding same.

**JONES DAY**

Case Administration                                                                 Page 2

| | | | |
|---|---|---|---|
| 10/09/15 | M T BARRIOS | 0.10 | 20.00 |

Draft memorandum regarding docket updates to team.

| | | | |
|---|---|---|---|
| 10/09/15 | D J MERRETT | 3.40 | 2,125.00 |

Draft and revise response to U.S. Trustee request regarding appointment of an official committee of equity security holders (2.40); research regarding same (.80); communicate with Wilson regarding same (.20).

| | | | |
|---|---|---|---|
| 10/09/15 | O S ZELTNER | 0.20 | 80.00 |

Review daily Patriot and Walter Energy docket update.

| | | | |
|---|---|---|---|
| 10/12/15 | M T BARRIOS | 0.10 | 20.00 |

Draft memorandum regarding docket updates to team.

| | | | |
|---|---|---|---|
| 10/12/15 | C E BLACK | 0.80 | 680.00 |

Review and comment on response to request for equity committee.

| | | | |
|---|---|---|---|
| 10/12/15 | J B ELLMAN | 0.80 | 760.00 |

Review and comment on work in process report (.70); communicate with Merrett regarding same (.10).

| | | | |
|---|---|---|---|
| 10/12/15 | D G HEIMAN | 0.50 | 600.00 |

Conference with Black regarding information release to unsecured creditors committee and agenda for upcoming meeting with unsecured creditors committee.

| | | | |
|---|---|---|---|
| 10/12/15 | D G HEIMAN | 0.70 | 840.00 |

Review McKinsey presentation regarding transition matters.

| | | | |
|---|---|---|---|
| 10/12/15 | D G HEIMAN | 0.50 | 600.00 |

Review Black letter to U.S. Trustee regarding request for formation of equity committee (.30); communicate with Black regarding same (.20).

| | | | |
|---|---|---|---|
| 10/12/15 | D J MERRETT | 4.50 | 2,812.50 |

Review and revise response to United States Trustee letter regarding appointment of equity committee (1.20); communicate with Genecin (Rothschild), Delo (Rothschild), Morley (Rothschild), Chou (Rothschild) regarding same (.20); communicate with Wilson (.10); Black (.30) regarding same; review and revise work in process report (1.40); review docket filings regarding same (.80); communicate with Zeltner (.20), Ellman (.20), Wilson (.10) regarding same.

| | | | |
|---|---|---|---|
| 10/13/15 | C E BLACK | 0.30 | 255.00 |

Review and comment on equity committee letter.

| | | | |
|---|---|---|---|
| 10/13/15 | D G HEIMAN | 0.50 | 600.00 |

Review and comment on Black letter to U.S. Trustee regarding formation of equity committee.

| | | | |
|---|---|---|---|
| 10/13/15 | O S ZELTNER | 0.30 | 120.00 |

Review daily Patriot and Walter Energy docket update.

| | | | |
|---|---|---|---|
| 10/14/15 | D BARAV-JOHNSON | 0.30 | 97.50 |

Communicate with Merrett and Ellman regarding developments and status of bankruptcy cases.

| | | | |
|---|---|---|---|
| 10/14/15 | O S ZELTNER | 1.50 | 600.00 |

Communicate with Black regarding mechanics of Arch Coal debt swap and litigation related thereto (.20); research articles, press releases and docket documents regarding same (1.30).

| | | | |
|---|---|---|---|
| 10/15/15 | T A WILSON | 0.50 | 350.00 |

Communicate with Black regarding upcoming chapter 11 issues (.20); communicate with Harrington (ANR) regarding miscellaneous case issues (.30).

| | | | |
|---|---|---|---|
| 10/15/15 | O S ZELTNER | 0.20 | 80.00 |

Review daily Patriot and Walter Energy docket update.

| | | | |
|---|---|---|---|
| 10/16/15 | D J MERRETT | 1.90 | 1,187.50 |

Review and revise work in process report (1.20); review docket filings regarding same (.70).

| | | | |
|---|---|---|---|
| 10/17/15 | J N EDEL | 0.50 | 162.50 |

Draft notice of de minimis and miscellaneous asset sale for Pioneer Fuel.

| | | | |
|---|---|---|---|
| 10/19/15 | M T BARRIOS | 0.10 | 20.00 |

Draft memorandum to team regarding docket updates.

Case Administration                                                                                    Page 3

| 10/19/15 | D J MERRETT | 0.60 | 375.00 |
|---|---|---|---|

Revise work in process report.

| 10/19/15 | O S ZELTNER | 1.10 | 440.00 |
|---|---|---|---|

Draft language regarding case milestones for status report to be filed in certain pending non-bankruptcy cases (.80); communicate with Wilson regarding same (.20); revise daily Patriot and Walter Energy docket update (.10).

| 10/20/15 | M T BARRIOS | 0.10 | 20.00 |
|---|---|---|---|

Draft memorandum to team regarding docket updates.

| 10/20/15 | T A WILSON | 0.40 | 280.00 |
|---|---|---|---|

Communicate with Black regarding general case strategy.

| 10/20/15 | O S ZELTNER | 0.20 | 80.00 |
|---|---|---|---|

Review daily Patriot and Walter Energy docket update.

| 10/21/15 | M T BARRIOS | 0.10 | 20.00 |
|---|---|---|---|

Draft memorandum regarding docket update to team.

| 10/21/15 | J N EDEL | 3.00 | 975.00 |
|---|---|---|---|

Draft objection to motion for relief from stay with Spruce Pine.

| 10/21/15 | O S ZELTNER | 0.80 | 320.00 |
|---|---|---|---|

Revise daily Patriot and Walter Energy docket update (.20); communicate with Gober-Sims regarding same (.20); review Patriot adversary complaint and related articles in connection with same (.40).

| 10/22/15 | M T BARRIOS | 0.10 | 20.00 |
|---|---|---|---|

Draft memorandum regarding docket update to team.

| 10/22/15 | J N EDEL | 1.00 | 325.00 |
|---|---|---|---|

Communicate with Harrington (ANR), Wilson and Zeltner regarding objection to Spruce Pine motion to lift the automatic stay.

| 10/22/15 | D J MERRETT | 0.40 | 250.00 |
|---|---|---|---|

Communicate with Williams (A&M) regarding committee information requests (.20); conference with Williams, Manno (ANR) regarding same (.20).

| 10/22/15 | T A WILSON | 0.90 | 630.00 |
|---|---|---|---|

Review and organize various correspondence related to chapter 11 cases (.70); communicate with Esposito (A&M) regarding John Hancock Financial Services inquiry regarding noticing (.10); communicate with Tsang (Milbank) regarding motions set for hearing on November 5th (.10);

| 10/22/15 | O S ZELTNER | 0.50 | 200.00 |
|---|---|---|---|

Communicate with Tsang (Milbank) regarding ongoing projects (.20); revise Patriot and Walter energy docket update (.10); communicate with Merrett regarding work in process report (.20).

| 10/23/15 | M T BARRIOS | 0.10 | 20.00 |
|---|---|---|---|

Draft memorandum regarding docket update to team.

| 10/23/15 | C E BLACK | 0.60 | 510.00 |
|---|---|---|---|

Review and comment on work in process report.

| 10/23/15 | J B ELLMAN | 0.90 | 855.00 |
|---|---|---|---|

Review and comment on work in process report (.80); communicate with Merrett regarding same (.10).

| 10/23/15 | D J MERRETT | 2.30 | 1,437.50 |
|---|---|---|---|

Review and revise work in process report (2.20); communicate with Black, Ellman, Wilson, Zeltner regarding same (.10).

| 10/23/15 | T A WILSON | 0.20 | 140.00 |
|---|---|---|---|

Communicate with Harrison (ANR) regarding donation program (.10); communicate with Black regarding stipulation providing for payment of committee member expenses (.10);

| 10/24/15 | J N EDEL | 0.70 | 227.50 |
|---|---|---|---|

Revise objection to Spruce Pine's motion for relief from stay.

| 10/25/15 | D J MERRETT | 0.50 | 312.50 |
|---|---|---|---|

Review and revise work in process report (.40); communicate with Black regarding same (.10).

**JONES DAY**

Case Administration                                                                                      Page 4

| 10/26/15 | D BARAV-JOHNSON | 0.20 | 65.00 |
|---|---|---|---|

Communicate with Merrett regarding various potential assignments.

| 10/26/15 | M T BARRIOS | 0.10 | 20.00 |
|---|---|---|---|

Draft memorandum regarding docket update to team.

| 10/26/15 | O S ZELTNER | 0.30 | 120.00 |
|---|---|---|---|

Review daily Patriot and Walter Energy docket update.

| 10/27/15 | D G HEIMAN | 0.50 | 600.00 |
|---|---|---|---|

Communicate with Black regarding management issues with first lien lenders.

| 10/27/15 | O S ZELTNER | 0.30 | 120.00 |
|---|---|---|---|

Review daily Patriot and Walter Energy docket update.

| 10/28/15 | B W EASLEY | 0.20 | 160.00 |
|---|---|---|---|

Review updated work in progress report for bankruptcy proceedings.

| 10/28/15 | D G HEIMAN | 0.50 | 600.00 |
|---|---|---|---|

Review Rothschild talking points regarding management issues (.30); communicate with Black regarding same (.20).

| 10/28/15 | D J MERRETT | 0.40 | 250.00 |
|---|---|---|---|

Review and revise work in process report (.30); communicate with work group regarding same (.10).

| 10/28/15 | T A WILSON | 0.30 | 210.00 |
|---|---|---|---|

Communicate with Zeltner regarding scheduling and timing of responses to various pleadings.

| 10/28/15 | O S ZELTNER | 0.40 | 160.00 |
|---|---|---|---|

Review daily Patriot and Walter Energy docket update.

| 10/29/15 | M T BARRIOS | 0.10 | 20.00 |
|---|---|---|---|

Draft memorandum regarding docket update to team.

| 10/29/15 | T A WILSON | 2.40 | 1,680.00 |
|---|---|---|---|

Communicate with Fleck, Stodola, Tsang (Milbank) about status of various pending motions (.20); review Zeltner memoranda regarding enforceability of ipso facto clauses within partnership agreements (.40); various communications with Mazey, Ellman, Black, Zeltner regarding same (1.80).

| 10/29/15 | O S ZELTNER | 0.20 | 80.00 |
|---|---|---|---|

Review daily Patriot and Walter Energy docket update.

| 10/30/15 | D J MERRETT | 0.50 | 312.50 |
|---|---|---|---|

Review and revise work in process report (.40); communicate with Zeltner regarding same (.10).

| 10/30/15 | T A WILSON | 0.70 | 490.00 |
|---|---|---|---|

Attend to stipulation permitting committee members to seek reimbursement of expenses and communicate with Tsang (Milbank) regarding same (.20); communicate with Mazey regarding limited partnership issues (.30); communicate with Miller (KCC), Merrett regarding upcoming service issues (.20).

| 10/30/15 | O S ZELTNER | 0.30 | 120.00 |
|---|---|---|---|

Review and revise daily Patriot and Walter Energy docket update (.20); communicate with Gober-Sims regarding same (.10).

| 10/31/15 | T A WILSON | 0.30 | 210.00 |
|---|---|---|---|

Communicate with Miller (KCC), Merrett regarding service issues.

| **TOTAL** | | **52.50** | **USD** | **30,575.00** |
|---|---|---|---|---|

**JONES DAY**

Claims Administration and Objections                                                                              Page 1

---

10/05/15      D J MERRETT                                      0.40                      250.00
Communicate with counsel to litigation claimant regarding scheduling of claim (.10); investigate same (.30).

10/13/15      D BARAV-JOHNSON                                  0.20                       65.00
Communicate with Merrett regarding bar date motion.

10/14/15      D BARAV-JOHNSON                                  0.30                       97.50
Research regarding bar date motions from similar cases (includes WESTLAW).

10/15/15      D BARAV-JOHNSON                                  2.20                      715.00
Review and analyze model bar date motions (includes WESTLAW).

10/15/15      O S ZELTNER                                      0.40                      160.00
Communicate with Wilson regarding treatment of prepetition EPA penalty claims (.10); review docket
regarding same (.30).

10/16/15      D BARAV-JOHNSON                                  0.40                      130.00
Review and analyze model bar date motions.

10/16/15      D J MERRETT                                      1.30                      812.50
Review and analyze committee lien investigation information and document requests (.40); communicate
with Black regarding same (.10); conference with Grady (A&M) and Delo, Morley, Genecin (all Rothschild)
regarding same (.30); prepare summary of preliminary responses for Black (.30); communicate with Grady,
Kotarba (A&M) regarding same (.20).

10/18/15      C E BLACK                                        1.10                      935.00
Communicate with Verheij (ANR) regarding claims issues (.40); review agreements relating to same (.70).

10/19/15      D BARAV-JOHNSON                                  2.90                      942.50
Draft bar date motion.

10/19/15      C E BLACK                                        0.20                      170.00
Communicate with Verheij (ANR) regarding claims questions.

10/19/15      D J MERRETT                                      1.90                    1,187.50
Communicate with Black regarding committee lien investigation information requests (.20); communicate
with Schaible, Meyer (DPW) regarding same (.10); communicate with Williams regarding same (.20);
prepare initial responses regarding same (1.40).

10/20/15      D BARAV-JOHNSON                                  7.70                    2,502.50
Draft bar date motion.

10/20/15      D J MERRETT                                      2.10                    1,312.50
Communicate with Pitts, Howlett (Sands) regarding committee lien investigation information requests (.10);
prepare responses regarding same (.70); communicate with Kearns (Sands) regarding UCC lien search
results (.10); communicate with Williams (A&M) regarding same (.10).

10/21/15      D BARAV-JOHNSON                                  6.30                    2,047.50
Draft bar date motion (3.80); review and revise same (2.50).

10/22/15      D BARAV-JOHNSON                                  1.10                      357.50
Review and revise bar date motion.

10/23/15      D J MERRETT                                      0.20                      125.00
Communicate with Long (Hunton), Bernstein (U.S. Trustee) regarding bar date notice.

10/26/15      D J MERRETT                                      0.70                      437.50
Communicate with Long (Hunton) regarding inquiry from counsel to creditor regarding bar date notice
(.10); communicate with Wilson regarding same (.10); conference with Long, Bernstein (U.S. Trustee)
regarding bar date notice (.30); communicate with Black regarding same (.20).

10/26/15      T A WILSON                                       0.30                      210.00
Communicate with Merrett, Heitzenrater (Duane Morris) regarding inquiry regarding bar date motion (.20);
communicate with Owens (Barnes & Thornburg) regarding bar date inquiry (.10).

10/28/15      D BARAV-JOHNSON                                  1.40                      455.00
Communicate with Merrett regarding changes to bar date motion (.20); revise bar date motion (1.20).

**JONES DAY**

Claims Administration and Objections                                                                                     Page 2

10/28/15        D J MERRETT                                              3.10                                    1,937.50
Review and revise bar date motion (2.90); communicate with Barav regarding same (.20).

10/29/15        D BARAV-JOHNSON                                   5.50                                    1,787.50
Review and revise bar date motion (2.30); review and revise bar date order (.90); review and revise bar date notice (1.60); review and revise publication notice of bar dates (.70).

10/29/15        D J MERRETT                                              0.40                                      250.00
Communicate with Kotarba (A&M) regarding bar date motion (.10); communicate with Barav regarding same (.10); revise same (.20).

**TOTAL**                                                                  **40.10**           **USD**           **16,887.50**

**JONES DAY**

Corporate Governance and Board Matters                                                    Page 1

---

10/02/15          C E BLACK                                    2.20                    1,870.00
Review and comment on board minutes (.40); review and comment on board slides and business plan
materials (1.80).

10/04/15          C E BLACK                                    0.90                      765.00
Review and comment on board materials.

10/06/15          J B ELLMAN                                   1.60                    1,520.00
Conferences with Pesce (Kirkland) regarding second lien blow out and non-disclosure agreement (.50);
review non-disclosure agreement comments (.20); revise document regarding same (.50); communicate with
Verheij (ANR) regarding same (.20); communicate with Schaible (Davis Polk) regarding first lien
confidentiality and blow out (.20).

10/07/15          C E BLACK                                    2.10                    1,785.00
Prepare for (.70) and participate (1.40) in board meeting.

10/07/15          J B ELLMAN                                   0.70                      665.00
Communicate with Pesce (Kirkland) regarding second lien non-disclosure agreements (.30); review final
edits regarding same (.30); draft memorandum to Verheij (ANR) regarding same (.10).

10/15/15          D G HEIMAN                                   0.50                      600.00
Review board agenda and time line.

10/19/15          J B ELLMAN                                   0.70                      665.00
Review October 30 blow out issues (.20); communicate with Chou (Rothschild) regarding same (.10);
communicate with Phillips (ANR) regarding same (.20); conference with Solecki regarding same (.20).

10/20/15          J B ELLMAN                                   1.00                      950.00
Conference call with Solecki, Philips (ANR) regarding blow out preparations (.50); review materials
regarding same (.30); communicate with Rothschild team regarding same (.20).

10/21/15          C E BLACK                                    3.60                    3,060.00
Prepare for (.50) and participate in board meeting (3.10).

10/21/15          D G HEIMAN                                   3.50                    4,200.00
Attend board meeting in Atlanta.

10/23/15          J B ELLMAN                                   0.90                      855.00
Communicate with Solecki, Delo and Chou (both Rothschild) and Philips (ANR) and ANR investor
relations team regarding October 30 blowout materials (.70); review materials regarding same (.20).

10/26/15          J B ELLMAN                                   0.60                      570.00
Communicate with Phillips (ANR) regarding blow out issues (.20); review Form 8K for blow out deck (.30);
communicate with Solecki regarding same (.10).

10/27/15          J B ELLMAN                                   1.50                    1,425.00
Conference call with Chou (Rothschild) and team regarding blow out disclosures and approaches (.20);
review correspondence from Chou (Rothschild) regarding same (.20); draft memos to Schaible (Davis Polk)
(.10) and Hessler (Kirkland) (.10) regarding same; review related materials (.20); communicate with Pesce
(Kirkland) regarding confidentiality issues with Kutak Rock and Wilmington Trust (.30); communicate with
Black regarding same (.10); review correspondence from Stroock regarding same (.10); draft
correspondence to Verheij (ANR) regarding same (.20).

10/28/15          J B ELLMAN                                   0.60                      570.00
Communicate with Hessler (Kirkland) regarding blow out materials and next steps (.20); communicate with
Phillips (ANR) regarding same (.20); draft memorandum to Hessler (Kirkland) regarding blow out materials
and issues (.20).

10/28/15          T A WILSON                                   0.40                      280.00
Review and revise bankruptcy disclosure in draft SEC filings.

10/29/15          J B ELLMAN                                   0.80                      760.00
Review blow out materials (.20); communicate with Rothschild and McKinsey personnel regarding same
(.30); draft memorandum to client regarding same (.30).

10/29/15          T A WILSON                                   0.20                      140.00
Review bankruptcy-related insert to SEC reporting and communicate with Phillips (ANR) regarding same.

JONES DAY

Corporate Governance and Board Matters                                                   Page 2

10/30/15        J B ELLMAN                                    3.00                    2,850.00
Conference with Phillips (ANR) and Solecki regarding blow out materials (.30); revise materials regarding same (.40); communicate with Cavatoni (ANR) regarding potential revisions to same (.40); draft memorandum to second lien noteholders regarding same (.40); conference with Hessler (Kirkland) regarding same (.30); draft correspondence to Hessler (Kirkland) regarding blow out extension (.10); review changes to blow out Form 8K (.10); communicate with Solecki regarding same (.20); review and revise non-disclosure agreement for Wilmington Trust (.70); draft correspondence to Stroock regarding same (.10).

10/31/15        J B ELLMAN                                    0.50                     475.00
Review and revise Form 8K for blow out (.30); communicate with Hessler (Kirkland) regarding same (.10); communicate with Cavatoni (ANR) regarding same (.10).

**TOTAL**                                                    **25.30**      **USD**      **24,005.00**

**JONES DAY**

Court Hearings                                                                                                    Page 1

---

10/01/15      T A WILSON                                       0.40                        280.00
Revise hearing agenda for October 6th hearing.

10/02/15      T A WILSON                                       1.20                        840.00
Review and revise agenda for October 6th hearing (.30); communicate with Black, Ellman, Stodola
(Milbank) regarding same (.40); communicate with Edel regarding hearing summaries for October 6th
omnibus hearing (.30); communicate with Long (Hunton), KCC regarding filing and service of October 6th
hearing agenda (.20); review case management order in connection with same (.10).

10/03/15      J N EDEL                                         4.00                      1,300.00
Draft hearing summaries related to the Gobble motion for relief from stay and Kinder Morgan motion for
relief.

10/04/15      T A WILSON                                       1.30                        910.00
Review and revise hearing summaries for Gobble and Kinder Morgan lift stay motions (1.20); communicate
with Black regarding same (.10).

10/05/15      C E BLACK                                        2.60                      2,210.00
Prepare for October 6th omnibus hearing.

10/05/15      J N EDEL                                         0.30                         97.50
Communicate with Wilson regarding hearing summaries.

10/05/15      J B ELLMAN                                       1.40                      1,330.00
Communicate with Black regarding hearing (.20); draft notes for final hearing in cash management (1.20).

10/05/15      D J MERRETT                                      0.40                        250.00
Communicate with Long (Hunton) regarding orders on uncontested motions scheduled for hearing on
10/6/2015.

10/05/15      T A WILSON                                       0.80                        560.00
Communicate with Ellman, Zeltner, Merrett, Long (Hunton) regarding amended agenda for October 6th
hearing (.30); review and revise same (.50).

10/05/15      O S ZELTNER                                      2.50                      1,000.00
Revise amended October 6th hearing agenda (.80); communicate with Wilson (.20), Merrett (.20) regarding
same; communicate with Long (Hunton) (.10), Daily (Hunton) (.10) regarding filing and service of same;
prepare clean and redlined versions of proposed orders for submission to the Court following October 6th
hearing (1.10); communicate with Merrett regarding same (.20).

10/06/15      C E BLACK                                        3.50                      2,975.00
Prepare for (2.80) and attend (.70) omnibus hearing.

10/06/15      J B ELLMAN                                       0.40                        380.00
Communicate with Black (.20) and Merrett (.20) with information for hearing.

10/06/15      D G HEIMAN                                       0.40                        480.00
Communicate with Black regarding October 6th omnibus hearing results.

10/06/15      D J MERRETT                                      0.60                        375.00
Attend omnibus hearing.

10/06/15      T A WILSON                                       0.10                         70.00
Communicate with Black regarding proposed orders to be handed up at hearing and review hearing agenda
regarding same.

10/06/15      O S ZELTNER                                      0.50                        200.00
Communicate with Tsang (Milbank) regarding amended October 6th hearing agenda (.10); communicate
with Rappaport (Cleary) regarding submission of proposed Cleary retention order following hearing (.20);
communicate with Merrett regarding submission of, and revisions to, proposed orders following omnibus
hearing (.20).

10/07/15      D BARAV-JOHNSON                                  0.20                         65.00
Communicate with Merrett regarding results of October 6th hearing.

**JONES DAY**

Court Hearings                                                                                                       Page 2

10/14/15        T A WILSON                                    0.30                        210.00
Communicate with Long (Hunton), Ellman, Fleck (Milbank) regarding additional omnibus hearing in
November.

10/16/15        D J MERRETT                                   0.40                        250.00
Prepare notice of additional omnibus hearing (.20); communicate with Wilson (.10), Long (.10) regarding
same.

10/27/15        D J MERRETT                                   0.40                        250.00
Communicate with Ellman regarding 11/5/15 hearing (.20); prepare summary of matters scheduled to be
heard at hearing (.20).

10/28/15        D BARAV-JOHNSON                               0.10                         32.50
Review case management motion regarding proposed agendas for omnibus hearings.

10/30/15        D BARAV-JOHNSON                               4.50                      1,462.50
Review requirements for omnibus hearing agendas and analyze past example agendas (.50); draft agenda for
the Nov. 5 hearing (1.80); review same with Merrett (.50); communicate with Wilson, Ellman and Zeltner
regarding matters on the agenda (.70); review and revise the agenda (1.0).

10/30/15        D J MERRETT                                   0.40                        250.00
Communicate with Barav regarding agenda for November 5th hearing.

10/30/15        T A WILSON                                    0.10                         70.00
Communicate with Barav regarding agenda for November 5th omnibus hearing.

**TOTAL**                                               **26.80**          **USD**       **15,847.50**

JONES DAY

| Employee Matters | | | Page 1 |
|---|---|---|---|

10/01/15      D BARAV-JOHNSON                    1.70                552.50
Research regarding key employment retention program (includes WESTLAW).

10/01/15      C E BLACK                          2.50              2,125.00
Conferences and communications with Bernstein (.40) and Verheij (ANR) (.30) regarding key employment retention program motion; review key employment retention program materials (.80); review and comment on key employment retention program order (.30); review evidentiary stipulations and related materials (.70).

10/01/15      D C HAGEN                          0.90                832.50
Review and analyze case law and preparation of memoranda regarding equity award treatment.

10/01/15      D C HAGEN                          0.90                832.50
Review and analyze PBGC information requests and revisions to response and preparation of notices to participants regarding pension plan funding.

10/01/15      D C HAGEN                          0.50                462.50
Review and analyze information regarding proposed incentive plan features.

10/01/15      E J HERRON                         0.10                 30.00
Communicate with open items related to PBGC and participant notifications.

10/01/15      D J MERRETT                        0.30                187.50
Communicate with Shah (Milbank), Black regarding key employee retention motion.

10/01/15      S K PREWITT                        1.50                825.00
Review and attention to PBGC response letter (1.30); review and attention equity letter to participants (.20).

10/02/15      D S BIRNBAUM                       0.80                560.00
Analysis of pending grievance summary pertaining to Cumberland and Emerald bargaining units (.40); continue analysis of current collective bargaining agreements (.40).

10/02/15      C E BLACK                          3.30              2,805.00
Review outline for Banbury (ANR) testimony (.70); review revised key employment retention program order (.30); review and analyze cases referenced in key employment retention program motion and objections (2.30).

10/02/15      B W EASLEY                         0.90                720.00
Review summary of UMWA grievances pending under Alpha Natural Resources collective bargaining agreements (.40); attention to pleadings related to general labor strategy (.50)

10/02/15      D C HAGEN                          1.30              1,202.50
Review and revise notice to participants regarding Form 10 and contribution to pension plan.

10/02/15      E J HERRON                         1.50                450.00
Research issues related to definition of security under bankruptcy code (.20); participate in call with client regarding participant notices for pension contribution (.80); review revised notice and communicate with Prewitt (.50).

10/02/15      D J MERRETT                        3.10              1,937.50
Review and revise proposed order on key employee motion (1.10) and accompanying schedule (.80); communicate with Black regarding same (.20); communicate with Bernstein (U.S. Trustee) (.20), Shah (Milbank) (.20) regarding same; review authority in support of motion and reply (.50); communicate with Daily (Hunton) regarding hearing on motion (.10).

10/02/15      S K PREWITT                        2.00              1,100.00
Review and attention to PBGC notification letter for participants (1.0); participate in conference call with Herron, client to discuss participant notice (.60); review and attention to Form 10 filing (.40).

10/03/15      D J MERRETT                        3.90              2,437.50
Review and revise reply in support of key employee retention motion (2.80); review UMWA objection regarding same (.60); research regarding same (.50).

10/04/15      D S BIRNBAUM                       0.50                350.00
Revise memorandum pertaining to withdrawal liability issues.

JONES DAY

Employee Matters                                                                                          Page 2

10/04/15      C E BLACK                                            1.10                      935.00
              Review and comment on key employment retention program reply to objections.

10/04/15      D J MERRETT                                          1.80                    1,125.00
              Review and revise reply in support of key employee retention program motion (1.40); review UMWA
              objection regarding same (.20); communicate with Black regarding same (.10); communicate with Verheij
              (ANR) regarding same (.10).

10/05/15      D BARAV-JOHNSON                                      7.20                    2,340.00
              Communicate with Merrett regarding motion to approve key employee incentive program (.50); review and
              analyze previous requests for authorization to implement incentive and retention programs, and orders
              granting same (.70); draft motion to approve key employee incentive program (5.50); communicate with
              Merrett regarding incentive program structure (.50).

10/05/15      M F EATON                                            0.20                      140.00
              Review and analyze non-union retiree health agreements in connection with potential motion to terminate
              same.

10/05/15      D C HAGEN                                            1.40                    1,295.00
              Review and revise notice to participants regarding contribution to pension plan.

10/05/15      D C HAGEN                                            0.80                      740.00
              Review of information regarding union retiree welfare benefit plan and related documents.

10/05/15      E J HERRON                                           6.10                    1,830.00
              Revise plan participant notice (.50); communicate with Prewitt regarding Form 10 documents (.30);
              research and analyze cases relating to the definition of investment security (3.50); communicate with Hagen
              regarding same (.50); review and analyze publicly filed documents describing equity programs of companies
              in bankruptcy proceedings (1.10); draft analysis of equity programs and communicate with Prewitt
              regarding same (.20).

10/05/15      D J MERRETT                                          5.70                    3,562.50
              Communicate with Verheij (ANR) regarding reply in support of key employee retention motion (.10);
              review and revise same (.40); communicate with Black (.20), Wilson (.10), Long (Hunton) (.20) regarding
              same; prepare order on same (.40); communicate with Long regarding same (.10); communicate with
              Banbury (ANR) regarding annual incentive bonus (.20); communicate with Bateman (ANR) (.20), Vander
              Lind (ANR) (.30) regarding same; review first-day employee motion in connection with same (.20);
              assignment to Barav regarding same (.30); communicate with Black (.30), Barav (.70) regarding same;
              prepare final order on motion to seal key employee motion exhibit (.20); research regarding non-union
              retiree benefits (1.60); communicate with Wilson regarding same (.10).

10/05/15      S K PREWITT                                          4.50                    2,475.00
              Review business plan in connection with key employee incentive plan (1.50); review and revise Form 10
              (1.50); review equity matters and communicate with company regarding same (1.50).

10/05/15      T A WILSON                                           2.30                    1,610.00
              Review model pleadings related to motion to terminate non-union retiree benefits (1.10); communicate with
              Hagen, Prewitt regarding same (.20); draft motion to terminate non-union retiree benefits (.80);
              communicate with Merrett regarding related research (.20).

10/06/15      D BARAV-JOHNSON                                      0.40                      130.00
              Revise proposed order approving key employment retention program.

10/06/15      D S BIRNBAUM                                         0.80                      560.00
              Review and revise memorandum regarding withdrawal liability issues (.50); review communication from
              Moore (ANR) regarding UMWA non-disclosure agreement (.10); telephone conference with Coleman
              regarding labor strategy issues (.20).

10/06/15      B W EASLEY                                           0.60                      480.00
              Communicate with Davis regarding UMWA non-disclosure agreement (.20); review documents received
              from Moore (ANR) regarding Patriot Coal bankruptcy and UMWA agreement (.40)

10/06/15      M F EATON                                            0.70                      490.00
              Communicate with Wilson regarding non-union retiree benefit motion.

10/06/15      E J HERRON                                           2.10                      630.00
              Research and analyze stock and equity compensation descriptions in publicly filed documents.

JONES DAY

Employee Matters                                                                                        Page 3

10/06/15        D J MERRETT                                        0.70                      437.50
Communicate with Banbury (ANR) regarding key employee retention motion (.20); review and revise order
on same following hearing (.30); communicate with Levine (Lowenstein) regarding same (.10);
communicate with Barav regarding annual incentive bonus (.10).

10/06/15        S K PREWITT                                        1.00                      550.00
Review and attention to Form 10 filing with PBGC (.50); research equity treatment in restructuring (.50).

10/06/15        T A WILSON                                         3.90                    2,730.00
Draft motion to terminate non-union retiree benefits (3.60); communicate with Merrett, Eaton regarding
same (.30).

10/07/15        D BARAV-JOHNSON                                    0.30                       97.50
Communicate with Merrett regarding motion rejecting deferred compensation trust (.10); research deferred
compensation trusts (includes WESTLAW) (.20).

10/07/15        D S BIRNBAUM                                       2.70                    1,890.00
Communicate with Easley regarding strategy relating to non-disclosure agreement with United
Mineworkers Union (.20); review and analyze model declarations in connection with general labor strategy
(1.10); plan and prepare for October 9 labor strategy conference call (1.40).

10/07/15        B J COLEMAN                                        3.00                    1,425.00
Prepare potential pleadings related to general labor strategy.

10/07/15        B W EASLEY                                         1.10                      880.00
Communicate with Moore (ANR) regarding UMWA non-disclosure agreement (.20); review potential
pleadings related to general labor strategy (.50); draft management presentation regarding restructuring plan
and labor strategy (.40).

10/07/15        M F EATON                                          4.10                    2,870.00
Conduct due diligence of non-union employee benefit plans (3.30); draft insert to motion regarding non-
union retiree health benefits (.80).

10/07/15        D C HAGEN                                          1.50                    1,387.50
Review and analysis of response to PBGC request for information regarding pension plans.

10/07/15        E J HERRON                                         0.80                      240.00
Collect information related to development of labor strategy.

10/07/15        D J MERRETT                                        7.20                    4,500.00
Communicate with Banbury (ANR) regarding order on key employee retention motion (.10); review and
revise same (.40); communicate with Long (Hunton) (.20), Vander Lind (ANR) (.20) regarding same;
finalize proposed order on motion to seal key employee motion exhibit (.20); communicate with Long
regarding same (.10); review and revise key employee talking point summary (.50); communicate with Black
(.20), Vander Lind (.30) regarding same; conference with Vander Lind, Kotarba (A&M) regarding
supplemental employee retirement plan (.30); communicate with Black regarding same (.20); communicate
with Barav regarding same (.30); draft insert to motion regarding non-union retiree benefits (1.70); research
regarding same (2.30); communicate with Wilson regarding same (.20).

10/07/15        S K PREWITT                                        1.30                      715.00
Review and attention to Form 10 updates following receipt of information from auditors (.50); review and
analyze information in connection with non-union retiree medical matters (.80).

10/07/15        T A WILSON                                         3.70                    2,590.00
Draft motion to terminate non-union retiree benefits and review caselaw regarding same (3.50);
communicate with Black regarding same (.20);

10/08/15        D S BIRNBAUM                                       3.30                    2,310.00
Plan and prepare for October 9 labor strategy conference call (.90); communicate with Easley regarding
same (.70); continue analysis of business plan read out (.90); communicate with Easley and Black regarding
labor strategy issues (.20); communicate with Moore regarding proposed non-disclosure agreement with
United Mine Workers (.10); analysis of draft list of anticipated UMWA information requests (.30); review
Cumberland shift differential data (.20).

10/08/15        B J COLEMAN                                        1.30                      617.50
Review (.50) and revise (.40) diligence list for responding to anticipated UMWA information requests
prepared by Company; communicate  with Birnbaum regarding same (.40).

JONES DAY

---

Employee Matters                                                                                          Page 4

---

10/08/15      B W EASLEY                                          1.40                 1,120.00
Review correspondence from Moore (ANR) and Robertson (Hunton) regarding documents necessary for
UMWA data room (.40); review documents pertaining to shift differentials and other premium payments
under UMWA collective bargaining agreements (.30); communicate with Black and Birnbaum regarding
potential pleadings related to general labor strategy (.30); communicate with Moore (ANR) regarding
UMWA non-disclosure agreement (.20); review agenda for labor strategy conference call and
correspondence from Moore (ANR) regarding same (.20)

10/08/15      M F EATON                                          1.70                 1,190.00
Conduct due diligence on employee benefit plans (1.30); communicate with actuaries and Hill (ANR)
regarding potential motion to terminate non-union retiree health plans (.40).

10/08/15      E J HERRON                                         1.80                   540.00
Revise chart of plan descriptions (1.10); review actuarial report for information related to mine liabilities
(.70)

10/08/15      D J MERRETT                                        3.20                 2,000.00
Revise motion to seal key employee motion exhibit per court's request (.10); revise order on key employee
motion per court's request (.40); communicate with Long (Hunton) regarding same (.10); draft and revise
insert to motion regarding non-union retirement benefits (1.70); research regarding same (.40);
communicate with Vander Lind (ANR) regarding supplemental employee retirement program (.20);
communicate with Hagen, Prewitt regarding same (.30).

10/08/15      S K PREWITT                                        1.90                 1,045.00
Review and analyze PBGC matters in connection with pension plan including Form 10 filing (1.20); review
and analyze matters relating to retiree medical motion (.70).

10/08/15      T A WILSON                                         3.40                 2,380.00
Draft motion to terminate unvested non-union retiree benefits (2.20); review caselaw related to same (1.20).

10/09/15      D BARAV-JOHNSON                                    2.40                   780.00
Research regarding rabbi trust issues (includes WESTLAW) (1.70); review model rabbi trust agreements
(.70).

10/09/15      D S BIRNBAUM                                       2.90                 2,030.00
Communicate with Black and Easley to prepare for October 9 labor strategy conference call (.40); plan for
(.70) and participate in (1.50) labor strategy conference call with client and labor advisors; recap conference
with Easley regarding labor strategy conference call (.30).

10/09/15      C E BLACK                                          4.80                 4,080.00
Conference with Birnbaum and Easley regarding labor issues (.30); prepare for (1.10) and attend meeting
regarding labor and benefit issues (2.30); communicate with Wilson on status of non-union retiree benefit
issues (.20); review constructs and materials from other chapter 11 cases relating to benefits (.90).

10/09/15      B W EASLEY                                         1.50                 1,200.00
Review correspondence from Moore (ANR) and Matras regarding status of information for UMWA
negotiations data room (.30); review and revise potential pleadings related to general labor strategy (.60);
communicate with Black, Birnbaum regarding same (.30); communicate with Black, Eaton and Prewitt
regarding potential motion to modify non-union retiree medical benefit (.30).

10/09/15      M F EATON                                          3.90                 2,730.00
Conduct due diligence on non-union retiree health benefit plans (2.50); draft insert to related motion
regarding same (1.40).

10/09/15      D C HAGEN                                          0.90                   832.50
Review and analyze Form 10 required to be filed with PBGC regarding pension contributions.

10/09/15      E J HERRON                                         0.60                   180.00
Communicate with Prewitt regarding Form 10 and deferred compensation plan.

10/09/15      D J MERRETT                                        0.10                    62.50
Communicate with Black regarding Northern Continental healthcare obligation and labor issues.

10/09/15      S K PREWITT                                        1.80                   990.00
Review and analyze PBGC Form 10 Filing.

JONES DAY

Employee Matters                                                                                    Page 5

---

10/09/15        T A WILSON                                      3.70                    2,590.00
Review caselaw and secondary sources regarding ERISA and state law rights to terminate unvested retiree benefits in connection with motion to terminate unvested non-union retiree benefits.

10/10/15        D S BIRNBAUM                                    1.10                      770.00
Communicate with Easley and Carmody (McKinsey) regarding coordination of labor strategy (.20); continue research regarding withdrawal liability issues (.40); review Patriot confirmation order in connection with labor issues (.50).

10/10/15        B W EASLEY                                      0.40                      320.00
Communicate with Carmody (McKinsey), Shaw (McKinsey) and Black regarding labor strategy.

10/11/15        M F EATON                                       2.10                    1,470.00
Revise insert to motion regarding non-union retiree health benefits.

10/11/15        E J HERRON                                      1.40                      420.00
Review and analyze deferred compensation plan documents and trust agreements.

10/11/15        D J MERRETT                                     3.50                    2,187.50
Review and revise insert to motion regarding non-union retiree benefits (1.40); research regarding same (1.80); communicate with Wilson regarding same (.30).

10/11/15        T A WILSON                                      2.30                    1,610.00
Draft motion to terminate non-union retiree benefits (1.90); communicate with Merrett, Eaton regarding same (.40).

10/12/15        D S BIRNBAUM                                    3.60                    2,520.00
Prepare for (.60) and participate in telephone conference with Easley, Coleman, Carmody (McKinsey) and Shaw (McKinsey) regarding labor strategy issues (.50); post-conference call recap and strategy meeting with Easley, Coleman, and Woo (.50); analysis of annual retiree bonus account payments (.30); analysis of summary of Gateway collective bargaining agreement with UMWA (.30); continue analysis of business plan (.70); analysis of order pertaining to Patriot plan of reorganization (.70).

10/12/15        B J COLEMAN                                     1.20                      570.00
Review and analyze the business plan (.80), communicate with Easley, Birnbaum, and Woo regarding same (.40).

10/12/15        B W EASLEY                                      3.90                    3,120.00
Review documents and correspondence regarding UMWA Retiree Bonus Account payments (.60); communicate with Moore (ANR) regarding UMWA Retiree Bonus Account payments (.20); review revised analysis of UMWA collective bargaining agreements (.50); prepare for and participate in conference call with Carmody (McKinsey), Shah (McKinsey), Birnbaum, Coleman and Merrett regarding labor strategy (1.20); review draft business plan prepared by McKinsey (.60); review and analyze Bankruptcy Court's order approving sale of Patriot Coal assets (.40); review draft motion to terminate retiree medical benefits for unrepresented retirees (.40).

10/12/15        M F EATON                                       2.60                    1,820.00
Revise motion to terminate non-union retiree benefit plans.

10/12/15        D C HAGEN                                       1.00                      925.00
Review and analyze status of nonqualified retirement plans and related trusts in light of Chapter 11 filing.

10/12/15        E J HERRON                                      1.30                      390.00
Communicate with Prewitt regarding rabbi trust analysis (.80); communicate with Eaton regarding summary plan descriptions (.50).

10/12/15        D J MERRETT                                     0.80                      500.00
Conference with Carmody, Shah (both McKinsey), Birnbaum, Easley regarding employee benefits (.40); communicate with Jones (ANR) regarding supplemental employee retirement plan (.20); communicate with Hagen, Black regarding same (.20).

10/12/15        S K PREWITT                                     1.70                      935.00
Review and analyze deferred compensation programs and trust agreements in connection with general labor strategy.

Employee Matters                                                                                                    Page 6

| | | | |
|---|---|---|---|
| 10/12/15 | T A WILSON | 1.80 | 1,260.00 |

Review revised motion to terminate non-union retiree benefit plans (.40); communicate with Eaton regarding same (.30); review caselaw regarding same (1.10).

| 10/13/15 | D BARAV-JOHNSON | 3.40 | 1,105.00 |
|---|---|---|---|

Review and analyze rabbi trust agreements and related pleadings (2.40); research regarding same (1.0).

| 10/13/15 | D S BIRNBAUM | 0.50 | 350.00 |
|---|---|---|---|

Continue analysis of business plan in connection with preparation of labor strategies.

| 10/13/15 | C E BLACK | 1.40 | 1,190.00 |
|---|---|---|---|

Conference with Hagen and Merrett regarding supplemental executive retirement program and restricted stock unit issues (.50); review agreements relating to prior disposition (.90).

| 10/13/15 | B W EASLEY | 1.50 | 1,200.00 |
|---|---|---|---|

Review analysis of UMWA collective bargaining agreements (.60); review and revise potential pleadings related to labor strategy (.50); review and analyze draft business plan prepared by McKinsey (.40).

| 10/13/15 | M F EATON | 1.50 | 1,050.00 |
|---|---|---|---|

Revise motion regarding non-union retiree health benefits (.80); communicate with Towers Watson and Hill (ANR) regarding same (.70).

| 10/13/15 | D C HAGEN | 1.80 | 1,665.00 |
|---|---|---|---|

Review and analyze nonqualified retirement plan documents and status of same in bankruptcy.

| 10/13/15 | D C HAGEN | 1.80 | 1,665.00 |
|---|---|---|---|

Review, analyze and revise memorandum summarizing status of stock and cash based equity awards in bankruptcy.

| 10/13/15 | E J HERRON | 5.20 | 1,560.00 |
|---|---|---|---|

Participate in conference call with Prewitt, Hagen, Black and Merrett regarding deferred compensation and supplemental executive retirement program plans (.50); research and analyze definition of equity under the Bankruptcy Code (1.20); research and analyze issues related to obligations under labor contracts (3.0); participate in conference call with Eaton, Prewitt and Towers Watson regarding actuarial information (.50)

| 10/13/15 | D J MERRETT | 2.70 | 1,687.50 |
|---|---|---|---|

Communicate with Jones (ANR) regarding supplemental employee retention program (.60); communicate with Prewitt, Hagen and Black regarding same (.40); communicate with Harrington (.50), Black (.30) regarding Northern Continental; review and analyze memorandum regarding same (.90).

| 10/13/15 | S K PREWITT | 3.30 | 1,815.00 |
|---|---|---|---|

Review and analyze matters relating to retiree medical program motion (1.80); review and analyze deferred compensation plan matters (1.0); review and analyze supplemental retirement plan matters (.50).

| 10/13/15 | T A WILSON | 1.40 | 980.00 |
|---|---|---|---|

Review caselaw regarding termination of non-union retiree benefits.

| 10/14/15 | D BARAV-JOHNSON | 6.20 | 2,015.00 |
|---|---|---|---|

Research regarding irrevocable trust agreements (includes WESTLAW) (.40); draft potential motion addressing rabbi trust agreements (4.90); review and revise same (.90).

| 10/14/15 | C E BLACK | 0.40 | 340.00 |
|---|---|---|---|

Review memorandum regarding restricted stock units.

| 10/14/15 | M F EATON | 0.40 | 280.00 |
|---|---|---|---|

Revise motion regarding termination of non-union retiree health benefit plans.

| 10/14/15 | D C HAGEN | 1.00 | 925.00 |
|---|---|---|---|

Review and revise memorandum regarding equity awards.

| 10/14/15 | S K PREWITT | 1.70 | 935.00 |
|---|---|---|---|

Review and analyze restricted stock unit equity plan settlement matters (.90); review and analyze retiree medical plan (.80).

| 10/14/15 | T A WILSON | 6.60 | 4,620.00 |
|---|---|---|---|

Review and revise motion to terminate non-union retiree benefits (4.70); communicate with Eaton regarding same (.30); review caselaw related to same (1.60).

Employee Matters                                                                                  Page 7

| 10/15/15 | D BARAV-JOHNSON | 4.50 | 1,462.50 |
|---|---|---|---|

Draft potential motion addressing rabbi trust agreements.

| 10/15/15 | D S BIRNBAUM | 0.10 | 70.00 |
|---|---|---|---|

Review correspondence from Black and Easley regarding labor strategy issues.

| 10/15/15 | C E BLACK | 0.40 | 340.00 |
|---|---|---|---|

Communicate with Easley regarding labor and benefit issues.

| 10/15/15 | B W EASLEY | 1.10 | 880.00 |
|---|---|---|---|

Revise documents related to general labor strategy (.60); communicate with Black regarding same (.30); communicate with Carmody (McKinsey) and Shah (McKinsey) regarding same (.20).

| 10/15/15 | M F EATON | 1.20 | 840.00 |
|---|---|---|---|

Revise motion regarding termination of retiree health benefit plans (.90); communicate with Hill regarding data incorporated into same (.30).

| 10/15/15 | T A WILSON | 1.40 | 980.00 |
|---|---|---|---|

Review caselaw and secondary sources in connection with motion to terminate non-union retiree benefit plans.

| 10/16/15 | D S BIRNBAUM | 0.90 | 630.00 |
|---|---|---|---|

Communicate with Easley regarding labor strategy (.20); review and analyze draft motion to terminate retiree medical benefit plans (.40); review withdrawal liability memorandum (.30).

| 10/16/15 | B J COLEMAN | 1.60 | 760.00 |
|---|---|---|---|

Revise memorandum regarding withdrawal liability issues.

| 10/16/15 | B W EASLEY | 0.90 | 720.00 |
|---|---|---|---|

Revise documents related to general labor strategy (.60); review research regarding withdrawal liability issues (.30).

| 10/16/15 | M F EATON | 0.40 | 280.00 |
|---|---|---|---|

Communicate with actuarial team (Towers) and Hill (ANR) regarding motion to terminate non-union retiree benefit plans.

| 10/16/15 | D J MERRETT | 0.40 | 250.00 |
|---|---|---|---|

Prepare summary of recommendations regarding Northern Continental obligation for Harrington (ANR).

| 10/16/15 | S K PREWITT | 0.80 | 440.00 |
|---|---|---|---|

Participate in conference call with Towers Watson and company with respect to retiree medical motion (.50); review and analyze retiree medical motion (.30).

| 10/16/15 | T A WILSON | 2.20 | 1,540.00 |
|---|---|---|---|

Communicate with Black regarding motion to terminate non-union retiree benefits (.10); review caselaw and secondary sources related to same (2.10).

| 10/17/15 | T A WILSON | 1.20 | 840.00 |
|---|---|---|---|

Review secondary sources regarding motion to terminate non-union retiree benefits.

| 10/18/15 | B W EASLEY | 0.80 | 640.00 |
|---|---|---|---|

Review and revise documents related to general labor strategy (.50); communicate with Black, Miller and Merrett regarding same (.30).

| 10/18/15 | D J MERRETT | 0.20 | 125.00 |
|---|---|---|---|

Communicate with Black, Easley regarding retiree benefit issues.

| 10/19/15 | D S BIRNBAUM | 0.50 | 350.00 |
|---|---|---|---|

Review agenda for October 23 labor relations meeting (.10); review analysis of labor costs (.40).

| 10/19/15 | C E BLACK | 0.40 | 340.00 |
|---|---|---|---|

Review and comment on memorandum regarding employee benefit issues.

| 10/19/15 | B W EASLEY | 1.80 | 1,440.00 |
|---|---|---|---|

Prepare for labor strategy meeting with Alpha Natural Resources Human Resources team (.40); review agenda for labor relations meeting (.30); review correspondence from Moore and Campagna (A&M) regarding labor relations meeting (.20); review updated summary of potential proposals for UMWA negotiations (.60); review financial analysis of potential proposals for UMWA negotiations (.30).

JONES DAY

Employee Matters                                                                        Page 8

| | | | |
|---|---|---|---|
| 10/19/15 | D J MERRETT | 0.80 | 500.00 |

Communicate with Esposito (A&M) regarding voluntary retirement agreements (.20); review and analyze samples (.40); communicate with Black, Hagen, Prewitt regarding same (.20).

| | | | |
|---|---|---|---|
| 10/19/15 | T A WILSON | 1.60 | 1,120.00 |

Review revised motion to terminate non-union retiree benefits (.30); review caselaw related to same (1.10); communicate with Harrison (ANR) regarding payment of legal expenses for Debtor employee (.20);

| | | | |
|---|---|---|---|
| 10/20/15 | D S BIRNBAUM | 0.60 | 420.00 |

Continue revisions to draft list of anticipated UMWA data requests and documents to upload to data site (.30); review press releases regarding Debtors pervious mine closures and sales (.30).

| | | | |
|---|---|---|---|
| 10/20/15 | C E BLACK | 0.30 | 255.00 |

Communicate with Prewitt regarding restricted stock unit questions.

| | | | |
|---|---|---|---|
| 10/20/15 | B J COLEMAN | 1.30 | 617.50 |

Review and analyze business plan for impact on labor strategy (.40), revise diligence list regarding potential UMWA information requests (.40), communicate with Easley regarding same (.20), review and analyze Alpha's mine closure press releases (.30).

| | | | |
|---|---|---|---|
| 10/20/15 | B W EASLEY | 1.70 | 1,360.00 |

Review and revise documents related to general labor strategy (.70); review and analyze diligence list for potential UMWA information requests (.40); review revised motion to terminate non-union retiree medical benefit plans (.60).

| | | | |
|---|---|---|---|
| 10/20/15 | M F EATON | 0.90 | 630.00 |

Revise motion regarding non-union retiree health benefits (.40); communicate with Hill (ANR) and Wilson regarding same (.50).

| | | | |
|---|---|---|---|
| 10/20/15 | S K PREWITT | 1.70 | 935.00 |

Review and analyze deferred compensation matter in connection with key employee retention program (.40); review and analyze restricted stock unit vesting and settlement matter (1.30).

| | | | |
|---|---|---|---|
| 10/20/15 | T A WILSON | 1.60 | 1,120.00 |

Review and revise motion to terminate non-union retiree benefits (.60); communicate with Eaton regarding same (.30); communicate with Eaton, Hill (ANR) regarding motion to terminate non-union retiree benefits (.40); follow-up call with Eaton regarding same (.20); communicate with Harrison (ANR) regarding legal expenses of Alpha employee (.10).

| | | | |
|---|---|---|---|
| 10/21/15 | D S BIRNBAUM | 0.70 | 490.00 |

Communicate with Easley and Eaton regarding retiree benefit issues.

| | | | |
|---|---|---|---|
| 10/21/15 | B J COLEMAN | 3.60 | 1,710.00 |

Review and analyze business plan for impact on labor strategy (1.60), draft summary cross referencing collective bargaining agreements with Company's mines and complexes (1.30), communicate with Easley, Birnbaum, and Woo regarding same (.70).

| | | | |
|---|---|---|---|
| 10/21/15 | B W EASLEY | 2.60 | 2,080.00 |

Review and revise documents related to general labor strategy (.70); review summary of collective bargaining agreements covering mining facilities (.60); review revised document list for anticipated discussions with UMWA (.60); communicate with Black and Eaton regarding retiree medical benefits issues (.30); review revised draft of motion to terminate non-union retiree medical benefits (.40).

| | | | |
|---|---|---|---|
| 10/21/15 | M F EATON | 0.40 | 280.00 |

Revise motion regarding non-union retiree health.

| | | | |
|---|---|---|---|
| 10/21/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with Black regarding deferred compensation retention program payments.

| | | | |
|---|---|---|---|
| 10/21/15 | T A WILSON | 1.70 | 1,190.00 |

Communicate with Hill (ANR), Eaton regarding motion to terminate non-union retiree benefits (.50); review caselaw related to same (1.20).

| | | | |
|---|---|---|---|
| 10/22/15 | D S BIRNBAUM | 0.40 | 280.00 |

Review documents pertaining to anticipated UMWA negotiations.

**JONES DAY**

Employee Matters                                                                                          Page 9

| | | | |
|---|---|---|---|
| 10/22/15 | C E BLACK | 2.70 | 2,295.00 |

Conference with McKinsey and Easley regarding labor questions (.70); review materials in preparation for meeting regarding benefit issues (1.40); review updated materials relating to annual incentive bonus (.40) and communicate with secured lenders regarding same (.20).

| | | | |
|---|---|---|---|
| 10/22/15 | B J COLEMAN | 0.60 | 285.00 |

Revise memorandum regarding withdrawal liability issues (.50); communicate with Easley regarding same (.10).

| | | | |
|---|---|---|---|
| 10/22/15 | B W EASLEY | 2.30 | 1,840.00 |

Review and analyze employee benefit summary prepared by Towers Watson (.70); review and analyze documents related to labor strategy (.80); continue review and analyze summary of collective bargaining agreements covering mining facilities (.80).

| | | | |
|---|---|---|---|
| 10/22/15 | M F EATON | 1.10 | 770.00 |

Revise motion to terminate non-union retiree health benefit plans (.70); communicate with Hill regarding same (.40).

| | | | |
|---|---|---|---|
| 10/22/15 | J B ELLMAN | 1.00 | 950.00 |

Conference call with McKinsey team, Black, Rothschild team, Easley regarding labor issues and planning for negotiations.

| | | | |
|---|---|---|---|
| 10/22/15 | D J MERRETT | 0.50 | 312.50 |

Communicate with Coleman regarding withdrawal liability (.10); review and revise memorandum regarding same (.20); communicate with Harrison (ANR), Wilson regarding indemnification obligations (.20).

| | | | |
|---|---|---|---|
| 10/22/15 | S K PREWITT | 1.40 | 770.00 |

Review and analyze defined benefit plan matters in connection with general labor strategy.

| | | | |
|---|---|---|---|
| 10/22/15 | T A WILSON | 2.10 | 1,470.00 |

Review and revise motion to terminate non-union retiree benefits (1.10); communicate with Eaton regarding same (.20); review caselaw regarding same (.60); communicate with Merrett regarding potential indemnification of employee (.20).

| | | | |
|---|---|---|---|
| 10/23/15 | D BARAV-JOHNSON | 4.30 | 1,397.50 |

Research regarding Coal Act benefits (2.0); draft analysis of same (1.40); communicate with Merrett regarding research and analysis (.40); communicate with Merrett regarding black lung benefits research (.50).

| | | | |
|---|---|---|---|
| 10/23/15 | C E BLACK | 5.10 | 4,335.00 |

Attend and participate in meeting with client regarding benefits issues.

| | | | |
|---|---|---|---|
| 10/23/15 | B J COLEMAN | 0.30 | 142.50 |

Communicate with Easley, Ellman and Black regarding collective bargaining agreement successorship clauses.

| | | | |
|---|---|---|---|
| 10/23/15 | B W EASLEY | 7.10 | 5,680.00 |

Prepare for and attend labor strategy meeting with Alpha Natural Resources Human Resources and Legal team (6.20); communicate with Moore (ANR), Black, Ellman and Coleman regarding successorship issues (.40); review and analyze successorship provisions in UMWA collective bargaining agreements (.30); communicate with Moore (ANR) regarding information needed for UMWA data room (.20).

| | | | |
|---|---|---|---|
| 10/23/15 | D J MERRETT | 0.90 | 562.50 |

Communicate with Black regarding Coal Act and federal Black Lung liabilities (.30); communicate with Barav regarding same (.60).

| | | | |
|---|---|---|---|
| 10/23/15 | T A WILSON | 3.10 | 2,170.00 |

Review and revise motion to terminate non-union retiree benefits (1.80); communicate with Eaton, Black regarding same (.40); review caselaw and secondary sources related to same (.90).

| | | | |
|---|---|---|---|
| 10/24/15 | C E BLACK | 0.60 | 510.00 |

Review updated key employment incentive program related materials.

| | | | |
|---|---|---|---|
| 10/24/15 | B W EASLEY | 0.80 | 640.00 |

Review correspondence from Woodrum (Ogletree) regarding labor strategy (.20); revise documents related to general labor strategy (.60).

Employee Matters                                                                                          Page 10

| | | | |
|---|---|---|---|
| 10/25/15 | D S BIRNBAUM | 0.70 | 490.00 |

Analyze business plan in connection with development of labor strategy.

| 10/25/15 | C E BLACK | 0.80 | 680.00 |
|---|---|---|---|

Review and comment on motion to terminate non-union retiree benefit plans.

| 10/25/15 | M F EATON | 5.40 | 3,780.00 |
|---|---|---|---|

Revise motion to terminate non-union retiree benefit plans (1.20); review underlying plan documents and documents regarding other legacy obligations in connection with same (4.20).

| 10/25/15 | T A WILSON | 1.40 | 980.00 |
|---|---|---|---|

Revise motion to terminate unvested retiree benefits (1.40); communicate with Eaton regarding same (.40).

| 10/26/15 | D BARAV-JOHNSON | 3.70 | 1,202.50 |
|---|---|---|---|

Research black lung obligations issues and draft memorandum regarding same.

| 10/26/15 | B W EASLEY | 0.60 | 480.00 |
|---|---|---|---|

Review and analyze of successorship provisions in UMWA collective bargaining agreements.

| 10/26/15 | M F EATON | 1.20 | 840.00 |
|---|---|---|---|

Revise motion to terminate non-union retiree benefit plans.

| 10/26/15 | D J MERRETT | 2.50 | 1,562.50 |
|---|---|---|---|

Communicate with Wilson regarding retiree benefit motion (.10); review key employee retention motion in connection with same (.10); review and analyze key employee incentive plan documents (1.20); draft and revise motion in connection with same (1.10).

| 10/26/15 | T A WILSON | 5.70 | 3,990.00 |
|---|---|---|---|

Review and revise motion to terminate non-union retiree benefits (3.10); review caselaw related to same (1.20); various communications with Eaton, Black regarding same (1.20); communicate with Verheij (ANR), Harrison (ANR) regarding same (.20).

| 10/27/15 | D BARAV-JOHNSON | 4.40 | 1,430.00 |
|---|---|---|---|

Research black lung obligation issues and revise memorandum regarding same (4.30); communicate with Merrett and Ellman regarding same (.10).

| 10/27/15 | D S BIRNBAUM | 0.60 | 420.00 |
|---|---|---|---|

Communicate with Easley regarding labor strategy (.30); continue fact analysis in connection with same (.30).

| 10/27/15 | M F EATON | 2.30 | 1,610.00 |
|---|---|---|---|

Draft declaration in support of motion to terminate non-union retiree benefit plans.

| 10/27/15 | J B ELLMAN | 4.10 | 3,895.00 |
|---|---|---|---|

Review and revise motion to terminate retiree benefits (2.90); review related materials (.60); communicate with Wilson regarding same (.20); communicate with Merrett regarding same (.10); communicate with Merrett and Barav regarding black lung benefit issues (.30).

| 10/27/15 | D J MERRETT | 1.10 | 687.50 |
|---|---|---|---|

Communicate with Wilson regarding voluntary employee benefit associations (.20); research regarding same (.90).

| 10/27/15 | T A WILSON | 6.50 | 4,550.00 |
|---|---|---|---|

Review and revise declaration in support of motion to terminate non-union retiree benefits (1.70); communicate with Eaton regarding same (.20); review and revise motion to terminate non-union retiree benefits (2.20); various communications with Black, Eaton, Ellman, Merrett, Hill (ANR), Verheij (ANR) regarding same (1.30); various communications with Long (Hunton), Miller (KCC), Hill (ANR), Eaton regarding filing and service issues related to same (1.10).

| 10/28/15 | C E BLACK | 1.20 | 1,020.00 |
|---|---|---|---|

Review and analyze key employment incentive program documents and example programs from other chapter 11 cases.

| 10/28/15 | D C HAGEN | 1.00 | 925.00 |
|---|---|---|---|

Prepare materials requesting actuarial information regarding funding status and requirements of pension plans.

Employee Matters                                                                                          Page 11

10/28/15      D C HAGEN                                             0.50                        462.50
Review and analyze proposed incentive plan materials.

10/28/15      D J MERRETT                                           0.60                        375.00
Communicate with Barav, Ellman regarding black lung liabilities (.40); communicate with Hagen, Prewitt
regarding key employee incentive program motion (.20).

10/28/15      S K PREWITT                                           1.30                        715.00
Review and analyze pension funding questions.

10/28/15      T A WILSON                                            1.70                      1,190.00
Review and analyze secondary sources and case law related to motion to terminate non-union retiree
benefits.

10/29/15      D S BIRNBAUM                                          0.60                        420.00
Communicate with Easley regarding labor strategy issues (.20); review motion to terminate certain unvested
non-pension retiree benefits (.20); review draft discussion materials slides (.20).

10/29/15      B W EASLEY                                            3.80                      3,040.00
Review draft motion to terminate retiree benefits for unrepresented retirees (.40); communicate with
Wilson and Eaton regarding same (.60); conference call with counsel to creditors committee (Milbank)
regarding same (.50); communicate with Black, Hagen, Prewitt and Eaton regarding same (.40); review and
revise draft presentation to lenders regarding labor strategy issues (.70); communicate with Chou
(Rothschild), Genecin (Rothschild), Black and Ellman (.40); review updated summary of potential UMWA
proposals and correspondence from Moore (ANR) regarding same (.80).

10/29/15      D C HAGEN                                             1.30                      1,202.50
Review and analyze pension funding issues and materials.

10/29/15      D C HAGEN                                             2.40                      2,220.00
Review and analyze proposed incentive plan design materials and review of time line for preparation of
plan.

10/29/15      D C HAGEN                                             0.90                        832.50
Prepare for and participate in conference call with creditors committee counsel regarding retiree medical
benefits.

10/29/15      D G HEIMAN                                            0.50                        600.00
Review key employment incentive program documents.

10/29/15      D J MERRETT                                           3.30                      2,062.50
Communicate with Hagen, Prewitt regarding key employee incentive program and other employee matters
(.30); communicate with Black regarding same (.20); review and analyze employee wage and insurance first
day motions regarding request from Harrison (ANR) regarding workers compensation legal fees (.40);
communicate with Harrison (ANR), Wilson regarding same (.10); draft and revise key employee incentive
plan motion (1.20); review and analyze summary of proposed plan (1.10).

10/29/15      S K PREWITT                                           1.30                        715.00
Review and analyze key employee incentive plan matters (.90); communicate with creditors committee
counsel with respect to retiree medical matters (.40).

10/29/15      T A WILSON                                            0.10                         70.00
Review Merrett correspondence regarding payment of fees under employee order and communicate with
Merrett, Harrison (ANR) regarding same (.10).

10/30/15      B W EASLEY                                            2.40                      1,920.00
Revise documents regarding development of labor strategy (1.20); review correspondence from Black and
Eaton regarding motion to terminate retiree benefits for unrepresented retirees (.20).

10/30/15      D C HAGEN                                             0.90                        832.50
Review and analyze proposals for incentive arrangements for management and other employees.

10/30/15      S K PREWITT                                           1.30                        715.00
Review and analyze deferred compensation plans.

        **TOTAL**                                         **343.70**        **USD**       **221,027.50**

**JONES DAY**

Environmental Matters                                                                Page 1

| | | | |
|---|---|---|---|
| 10/01/15 | D A EINIK | 0.90 | 472.50 |

Revise memorandum regarding environmental claims.

10/01/15     J B ELLMAN     0.10     95.00
Communicate with Holewinski regarding environmental legal analyses.

10/01/15     K P HOLEWINSKI     4.60     3,795.00
Review cases on environmental claims (1.50); edit revised memoranda related to same (1.70); conference with Einik regarding same (.60); communicate with Wilson on surety issues/review documents (.80).

10/01/15     T A WILSON     0.30     210.00
Review penalty notices from Pennsylvania Department of Environmental Resources and communicate with Harrison (ANR) regarding same.

10/02/15     K P HOLEWINSKI     1.80     1,485.00
Review bonding documents and related indemnity per questions raised by Wilson (.50); communicate with Wilson regarding same (.30); review related correspondence (.20); revise environmental claim memorandum (.80).

10/03/15     K P HOLEWINSKI     0.50     412.50
Communicate with Ellman on permit transfer agreement and review same.

10/04/15     J B ELLMAN     1.90     1,805.00
Review and comment on memorandum analyzing environmental issues relating to coal assets (1.80); communicate with Holewinski regarding same (.10).

10/04/15     K P HOLEWINSKI     1.00     825.00
Review and revise permit transfer agreement (30); communicate with Ellman regarding same (.20); review edits to memorandum analyzing environmental issues related to coal assets (.50).

10/05/15     C E BLACK     1.20     1,020.00
Communicate with various parties regarding the Wyoming stipulation (.40); review revised memorandum on environmental issues (.80).

10/05/15     J B ELLMAN     1.00     950.00
Review environmental liability assessment memorandum (.30); review case law regarding same (.20); research regarding same (.30); communicate with Holewinski regarding same (.20).

10/05/15     D G HEIMAN     0.50     600.00
Communicate with Attorney General (Wyoming) and Black regarding order on Wyoming stipulation.

10/05/15     K P HOLEWINSKI     0.50     412.50
Communicate with Ellman and Black regarding memoranda, comments and cases.

10/05/15     D J MERRETT     0.30     187.50
Prepare order on Wyoming self-bonding settlement motion.

10/06/15     D A EINIK     2.10     1,102.50
Revise memorandum analyzing environmental issues related to coal assets (.70); draft summary of environmental proceedings in comparable Chapter 11 cases (1.10); revise memorandum regarding environmental claims (.30).

10/06/15     J B ELLMAN     2.80     2,660.00
Review and revise memorandum regarding environmental claims (2.70); communicate with Holewinski regarding same (.10).

10/06/15     D G HEIMAN     0.70     840.00
Review environmental settlements in comparable Chapter 11 cases (.40); communicate with Black regarding same (.30).

10/06/15     D G HEIMAN     0.30     360.00
Communicate with Black regarding Wyoming reclamation settlement.

10/07/15     C E BLACK     2.90     2,465.00
Review and analyze environmental settlements in comparable Chapter 11 cases (.80); review alternative structures and reclamation issues (2.10).

Environmental Matters                                                                 Page 2

10/07/15        D A EINIK                                    3.70                    1,942.50
Draft summary of environmental proceedings in comparable Chapter 11 cases.

10/07/15        J B ELLMAN                                   0.80                     760.00
Review updated environmental memos.

10/07/15        K P HOLEWINSKI                               1.30                    1,072.50
Communicate with Einik on follow up research and work in progress (.40); communicate with Black (.20)
and Ellman on question regarding contingency planning (.10); review and analyze decree issues on
contingency planning and assess alternative scenarios (.60).

10/07/15        D J MERRETT                                  0.90                     562.50
Review and revise proposed order on Wyoming 9019 motion (.30); communicate with Black (.20), Kaste
(State of WY) (.20) and Marcello (DOJ) (.20) regarding same.

10/08/15        D A EINIK                                    7.30                    3,832.50
Draft summary of environmental proceedings in comparable Chapter 11 proceedings (2.30); revise
memorandum analyzing environmental issues related to coal assets (5.0).

10/08/15        J B ELLMAN                                   0.30                     285.00
Communicate with Black regarding West Virginia planning (.20); communicate with Holewinski regarding
same (.10).

10/08/15        K P HOLEWINSKI                               2.40                    1,980.00
Communicate with Einik on environmental issues impacting coal assets (.60), review cases from earlier
memorandum (1.10) and status and strategy (.30); communicate with Ellman on environmental claim issue
(.10); communicate with Black and Ellman on Milbank request regarding West Virginia negotiations (.30).

10/08/15        D J MERRETT                                  0.30                     187.50
Revise Wyoming settlement order per court's request (.20); review final order as entered (.10).

10/09/15        C E BLACK                                    0.90                     765.00
Review and analyze updated materials relating to reclamation issues.

10/09/15        D A EINIK                                    4.20                    2,205.00
Revise memorandum analyzing environmental issues impacting coal assets.

10/09/15        J B ELLMAN                                   2.30                    2,185.00
Review and revise memorandum on environmental claims (2.10); communicate with Holewinski regarding
same (.20).

10/09/15        K P HOLEWINSKI                               1.00                     825.00
Review Ellman comments on claim memorandum (.50); communicate with Einik on research in progress
(.40); review correspondence from Black on West Virginia issues (.10).

10/10/15        C E BLACK                                    0.90                     765.00
Review materials regarding reclamation obligations liabilities.

10/12/15        C E BLACK                                    1.80                    1,530.00
Conference with Verheij (ANR) and McCallister regarding draft consent order (.60); review updated
reclamation obligations and reclamation materials (.70); review recent articles on self-bonding (.50).

10/12/15        D A EINIK                                    2.10                    1,102.50
Review Ellman comments on memorandum regarding environmental claims (.80); communicate with
Ellman and Holewinski regarding same (.70); revise memorandum regarding same (.60).

10/12/15        J B ELLMAN                                   1.30                    1,235.00
Communicate with Black regarding reclamation issues (.30); review memorandum regarding same (.80);
communicate with Holewinski regarding same (.20).

10/12/15        D G HEIMAN                                   0.50                     600.00
Communicate with Black regarding reclamation obligations.

10/12/15        K P HOLEWINSKI                               2.90                    2,392.50
Review and analyze Ellman comments on memorandum addressing environmental claims (.50);
communicate with Einik on same (.30); communicate with Ahrens (Milbank) on West Virginia issues (.20);
communicate with Black on same (.10); communicate with Ellman on memorandum (.50); review draft
outline of environmental strategy from Black (.30); review research regarding SMCRA (1.0).

JONES DAY

Environmental Matters                                                                    Page 3

| | | | |
|---|---|---|---|
| 10/13/15 | C E BLACK | 1.40 | 1,190.00 |

Review reclamation obligations documents and analysis.

| 10/13/15 | D A EINIK | 2.20 | 1,155.00 |

Revise memorandum addressing environmental claim issues.

| 10/13/15 | J B ELLMAN | 0.30 | 285.00 |

Review reclamation obligations analysis.

| 10/13/15 | D G HEIMAN | 0.30 | 360.00 |

Review Black memorandum regarding negotiation with environmental regulatory agencies.

| 10/13/15 | K P HOLEWINSKI | 1.70 | 1,402.50 |

Various communications with Einik on memorandum addressing impact of environmental regulations on coal assets (.70); review same (.30); review law review article regarding same (.70).

| 10/14/15 | C E BLACK | 1.10 | 935.00 |

Review environmental memoranda.

| 10/14/15 | D A EINIK | 0.90 | 472.50 |

Revise memorandum regarding certain environmental claims.

| 10/14/15 | K P HOLEWINSKI | 1.70 | 1,402.50 |

Communicate with Einik on environmental strategy memorandum (.50): review cases related to same (1.0); review Black correspondence to Rothschild regarding same (.20).

| 10/15/15 | C E BLACK | 0.80 | 680.00 |

Review and analyze updated analysis of reclamation obligations and related materials.

| 10/15/15 | D A EINIK | 2.60 | 1,365.00 |

Revise memorandum regarding certain environmental claims (.70); revise memorandum regarding interaction of automatic stay and environmental law (1.90).

| 10/15/15 | K P HOLEWINSKI | 0.50 | 412.50 |

Communicate with Einik on status of memoranda (.30); communicate with Einik on West Virginia issues (.20).

| 10/16/15 | C E BLACK | 2.00 | 1,700.00 |

Conference with Verheij (ANR) and McCallister regarding bonding issues (.30); review and analyze materials relating to bonding and reclamation issues (.80); review and analysis of strategies relating to reclamation and bonding issues (.90).

| 10/16/15 | D A EINIK | 0.60 | 315.00 |

Revise memorandum addressing impact of environmental regulations on coal assets.

| 10/16/15 | J B ELLMAN | 0.10 | 95.00 |

Communicate with Black regarding bonding issues.

| 10/16/15 | K P HOLEWINSKI | 1.70 | 1,402.50 |

Conference with Ahern, Milbank regarding bonding issues (.10); communicate with Einik on revisions to memoranda on contingency plan issues (.40); review and revise draft asset transfer agreement (.20); communicate with Ellman regarding same (.10); communicate with Black regarding environmental strategy (.20); review case law cited in memorandum addressing impact of environmental regulations on coal assets (.70).

| 10/17/15 | K P HOLEWINSKI | 3.20 | 2,640.00 |

Review and revise memoranda addressing environmental claims  and coal assets (1.70); review lease excerpts and case law related to same (1.50).

| 10/19/15 | C E BLACK | 1.10 | 935.00 |

Review and comment on revised version of consent order.

| 10/19/15 | D A EINIK | 0.30 | 157.50 |

Review and revise memorandum regarding environmental claims.

| 10/19/15 | K P HOLEWINSKI | 1.60 | 1,320.00 |

Communicate with Black regarding upcoming conference with creditors' committee (.10); communicate with Ahrens (Milbank) regarding same (.20); review Ellman comments on memorandum addressing environmental claims (.30); review and analyze contingency plan (1.0).

Environmental Matters                                                                          Page 4

10/20/15        C E BLACK                                    3.90                    3,315.00
Conference with Fleck regarding environmental issues (.70); review and analyze materials relating to
bonding issues (2.30); review and comment on consent order (.90).

10/20/15        D A EINIK                                    6.00                    3,150.00
Research regarding reclamation obligations impacted by SMCRA.

10/20/15        D G HEIMAN                                   0.50                      600.00
Review memoranda regarding reclamation liabilities.

10/20/15        W J HINE                                     0.30                      255.00
Review revised proposed consent order regarding state reclamation requirements.

10/20/15        K P HOLEWINSKI                               2.80                    2,310.00
Communicate with Einik regarding contingency plan (.50); review case law related to same (.80); conference
call with Black and Fleck (Milbank) on status of environmental issues (.70); review revised consent order
(.50); review reclamation liability and assess research needs (.30).

10/21/15        C E BLACK                                    1.20                    1,020.00
Review and comment on consent order (.90); conference with McCallister regarding same (.30).

10/21/15        D A EINIK                                    8.20                    4,305.00
Communicate with Black regarding reclamation liability under SMCRA (.40); draft memorandum regarding
same (5.70); research regarding same (2.10).

10/21/15        D G HEIMAN                                   1.50                    1,800.00
Review memoranda addressing environmental issues (.70); communicate with Black regarding liability for
reclamation (.80).

10/21/15        K P HOLEWINSKI                               4.90                    4,042.50
Review documents and correspondence related to contingency planning (1.20); review supplemental cases
on contingency plan strategy and risks (1.40); communicate with Einik on same (.40); review of materials in
data room regarding leases (.80); communicate with Black and Heiman on environmental risk issues (.30);
edit Einik email memorandum regarding same (.50); communicate with Kane regarding same (.30).

10/22/15        D A EINIK                                    7.40                    3,885.00
Research regarding reclamation liabilities under SMCRA.

10/22/15        D G HEIMAN                                   0.50                      600.00
Review memoranda addressing reclamation liabilities.

10/22/15        D G HEIMAN                                   0.50                      600.00
Review and analyze revised consent order.

10/22/15        K P HOLEWINSKI                               3.10                    2,557.50
Communicate with Einik regarding reclamation liabilities under SMCRA (.60); review and analyze case law
regarding same and outline further arguments (1.50); communicate email with Kane regarding same (.20);
review and assess decree issues on global environmental strategy (.80).

10/23/15        C E BLACK                                    0.40                      340.00
Review and analyze reclamation related research (.30); communicate with Holewinski regarding same (.10).

10/23/15        D A EINIK                                    7.30                    3,832.50
Draft memorandum regarding reclamation liabilities under SMCRA.

10/23/15        K P HOLEWINSKI                               1.40                    1,155.00
Communicate with Kane regarding environmental strategy (20); review cases on SMCRA liability (.80);
communicate with Einik regarding same (.40).

10/24/15        K P HOLEWINSKI                               2.50                    2,062.50
Review and analyze reclamation liabilities under SMCRA and review related case law.

10/26/15        C E BLACK                                    0.40                      340.00
Communicate with Heiman, Holewinski and Einik regarding reclamation related issues.

10/26/15        D A EINIK                                    7.00                    3,675.00
Research regarding reclamation liability under SMCRA (2.30); participate in conference call with Black,
Heiman and Holewinski regarding same (.80); draft strategy outline regarding same (3.90).

**JONES DAY**

Environmental Matters                                                                    Page 5

| | | | |
|---|---|---|---|
| 10/26/15 | R W GAFFEY | 0.80 | 780.00 |

Conference call with Black, Holewinski and Heiman regarding strategy regarding reclamation liabilities under SMCRA.

| | | | |
|---|---|---|---|
| 10/26/15 | D G HEIMAN | 0.50 | 600.00 |

Participate in conference call with Black, Holewinski and Einik regarding reclamation liability issues.

| | | | |
|---|---|---|---|
| 10/26/15 | K P HOLEWINSKI | 3.60 | 2,970.00 |

Various communications with Einik regarding contingency planning and necessary research (.70); prepare for and participate in conference call with Heiman, Black and Einik regarding same (.80); communicate with Black regarding Ahrens (Milbank) inquiry regarding West Virginia (.10); review and revise outline on supplemental issues regarding environmental concerns at sites (.80); review case law regarding same (.90); communicate with Ellman and Black regarding access issues (.30).

| | | | |
|---|---|---|---|
| 10/27/15 | D A EINIK | 2.70 | 1,417.50 |

Draft strategy outline regarding reclamation liability under SMCRA.

| | | | |
|---|---|---|---|
| 10/27/15 | K P HOLEWINSKI | 1.00 | 825.00 |

Communicate with Black on reclamation liability issues (.20); communicate with Einik on status of work in progress (.30); review and edit outline regarding reclamation liability arguments (.50).

| | | | |
|---|---|---|---|
| 10/28/15 | C E BLACK | 1.30 | 1,105.00 |

Review and comment on environmental issues memorandum.

| | | | |
|---|---|---|---|
| 10/28/15 | D A EINIK | 2.00 | 1,050.00 |

Draft strategy outline regarding reclamation liability under SMCRA.

| | | | |
|---|---|---|---|
| 10/28/15 | D G HEIMAN | 1.00 | 1,200.00 |

Review and comment on memorandum addressing reclamation liability under SMCRA (.70); communicate with Black regarding same (.30).

| | | | |
|---|---|---|---|
| 10/28/15 | D G HEIMAN | 0.50 | 600.00 |

Communicate with Black regarding reclamation liability under SMCRA.

| | | | |
|---|---|---|---|
| 10/28/15 | K P HOLEWINSKI | 1.30 | 1,072.50 |

Communicate with Einik on reclamation liability under SMCRA (50); communicate with Heiman, Black regarding same (.10); review and revise outline addressing reclamation liability under SMCRA (60); communicate with Milbank regarding West Virginia (.10).

| | | | |
|---|---|---|---|
| 10/29/15 | C E BLACK | 1.50 | 1,275.00 |

Review and comment on materials relating to reclamation (.80); conference with Verheij (ANR) and McCallister (ANR) regarding same (.70).

| | | | |
|---|---|---|---|
| 10/29/15 | D A EINIK | 7.20 | 3,780.00 |

Research regarding liability under SMCRA for reclamation obligations (5.60); revise strategy outline regarding same (.40); prepare for and participate in conference call with Black, Heiman, Holewinski, Verheij (ANR) and McCallister (ANR) regarding reclamation liability under SMCRA (1.20).

| | | | |
|---|---|---|---|
| 10/29/15 | D G HEIMAN | 0.50 | 600.00 |

Review revised memorandum addressing reclamation liability under SMCRA.

| | | | |
|---|---|---|---|
| 10/29/15 | D G HEIMAN | 0.80 | 960.00 |

Participate in conference call with Black, Holewinski, Einik, Verheij (ANR) and McCallister (ANR) regarding reclamation liability under SMCRA.

| | | | |
|---|---|---|---|
| 10/29/15 | K P HOLEWINSKI | 4.80 | 3,960.00 |

Various communications with Einik regarding SMCRA liability issues and research (.70); review and revise outline regarding reclamation liability under SMCRA (.60); prepare for and participate in conference call with Black, Heiman, Einik, Verheij (ANR), McCallister (ANR) regarding same (2.50); post call conference with Einik on follow up (.20); review memorandum circulated by McCallister (ANR) after call (.80).

| | | | |
|---|---|---|---|
| 10/30/15 | D A EINIK | 8.10 | 4,252.50 |

Research regarding reclamation liability under SMCRA.

| | | | |
|---|---|---|---|
| 10/30/15 | D G HEIMAN | 0.50 | 600.00 |

Review correspondence regarding Sierra Club collateral attack on Wyoming order.

**JONES DAY**

Environmental Matters                                                                          Page 6

10/30/15        K P HOLEWINSKI                          3.70                          3,052.50
Communicate with Einik on research and possible arguments regarding SMCRA liability memorandum
(.60); review "violation" and "accrual" cases and prior briefing in analogous contexts (1.70); develop outline
of arguments to include in memorandum for client (1.40).

10/31/15        C E BLACK                               0.40                            340.00
Review and analyze materials relating to Wyoming bonding issues.

        **TOTAL**                                      **184.40**        **USD**      **132,435.00**

Employment and Fee Applications                                                                                                Page 1

| | | | |
|---|---|---|---|
| 10/01/15 | J B ELLMAN | 0.10 | 95.00 |

Review updated Jefferies retention order.

10/02/15      T A WILSON                                      0.60                         420.00

Review ordinary course professionals affidavits and communicate with Verheij (ANR), Harrison (ANR), Zeltner, Long (Hunton) regarding same (.40); communicate with Munsey (ANR) regarding amendment to terms of Deloitte retention (.20).

10/04/15      T A WILSON                                      0.10                          70.00

Review proposed addendum to Deloitte engagement letter and communicate with Munsey (ANR) regarding same.

10/05/15      D J MERRETT                                    0.50                         312.50

Prepare final order on Deloitte fee application (.30); assignment to Zeltner regarding final orders on other fee applications (.20).

10/05/15      T A WILSON                                      0.40                         280.00

Communicate with Zeltner, Long (Hunton) regarding ordinary course professionals affidavits (.10); review same (.10); communicate with Zeltner, Munsey (ANR) regarding notice of amendment to Deloitte engagement letter and review same (.20).

10/05/15      O S ZELTNER                                    1.20                         480.00

Draft notice of amended Deloitte engagement letter (.40); communicate with Wilson regarding same (.20); communicate with Daily (Hunton) regarding filing and service of same (.10); communicate with Basch (McKinsey) regarding schedule of interested parties (.20); review ordinary course professional declarations forwarded by Long (Hunton) and Harrison (ANR) (.20); communicate with Wilson regarding same (.10).

10/06/15      D J MERRETT                                    0.20                         125.00

Communicate with Ellman regarding Blackacre application.

10/06/15      T A WILSON                                      0.10                          70.00

Communicate with Amandus (Jackson Kelly), Long (Hunton) regarding interim fee applications.

10/07/15      D J MERRETT                                    0.90                         562.50

Review and finalize proposed order on Quinn Emanuel application (.10), Deloitte application (.10), Cleary Gottlieb application (.10), Ernst & Young application (.10) and motion to expedite consideration of same (.20); communicate with Long regarding same (.30).

10/07/15      T A WILSON                                      0.50                         350.00

Communicate with Harrison (ANR), Zeltner regarding ordinary course professional affidavits (.30); review correspondence regarding ordinary course professional affidavits in connection with same (.20).

10/07/15      O S ZELTNER                                    1.40                         560.00

Review ordinary course professional declarations received and correspondence regarding same (.70); communicate with Wilson (.30), Harrison (ANR) (.20), Daily (Hunton) (.20) regarding same.

10/08/15      T A WILSON                                      0.20                         140.00

Communicate with Holden (A&M) regarding monthly fee statements submitted by professionals.

10/08/15      O S ZELTNER                                    1.40                         560.00

Revise tracking table for ordinary course professional declarations (1.20); communicate with Verheij (ANR), Harrison (ANR) regarding same (.10); communicate with Daily (Hunton) regarding filing of Troutman Sanders ordinary course professional declaration (.10).

10/13/15      T A WILSON                                      0.50                         350.00

Communicate with Gilkey (Babst) regarding necessity of amending ordinary course professionals affidavit and review order regarding same (.20); communicate with Holden regarding Jones Day invoices (.10); communicate with Holden (A&M), Zeltner regarding orders approving committee retentions (.10); communicate with Zeltner regarding review of ordinary course affidavits (.10).

10/13/15      O S ZELTNER                                    0.90                         360.00

Review ordinary course professional declarations received from company (.30); communicate with Harrison (ANR) (.10), Wilson (.10) regarding same; revise ordinary course professional declarations tracking table (.40).

Employment and Fee Applications                                                                                    Page 2

10/14/15        O S ZELTNER                                      0.60                    240.00
Research dockets regarding treatment of committee member expenses under interim compensation orders entered in prior cases (.50); communicate with Wilson regarding same (.10).

10/15/15        T A WILSON                                       0.40                    280.00
Communicate with Harrison (ANR), Zeltner regarding ordinary course professionals affidavits (.20); communicate with notice parties under interim compensation order regarding Jones Day August monthly statement (.20).

10/15/15        O S ZELTNER                                      0.80                    320.00
Communicate with Verheij (ANR) and Harrison (both ANR) (.20), Wilson (.20) regarding status of various ordinary course professional declarations; revise tracking table for same (.40).

10/16/15        C E BLACK                                        0.20                    170.00
Review and analyze McKinsey retention supplement.

10/16/15        T A WILSON                                       0.40                    280.00
Communicate with Proshan (McKinsey) regarding supplemental declaration (.10); review and revise proposed stipulation allowing for current payment of creditor committee members' expenses (.20); communicate with Black, Stodola (Milbank), Fleck (Milbank) regarding same (.10).

10/19/15        T A WILSON                                       0.10                     70.00
Review declaration submitted by ordinary course professional and communicate with Harrison (ANR) regarding same.

10/19/15        O S ZELTNER                                      0.20                     80.00
Communicate with Harrison (ANR) regarding newly-received ordinary course professional declarations (.10); review same (.10).

10/20/15        C E BLACK                                        0.30                    255.00
Review revised McKinsey engagement addendum.

10/20/15        D J MERRETT                                      0.20                    125.00
Communicate with Holden (A&M) regarding first lien professionals engagement letters (.10); communicate with Garza (KPMG) regarding retention (.10).

10/20/15        T A WILSON                                       0.40                    280.00
Communicate with Holden (A&M), Merrett regarding DIP advisor engagement letters (.20); review supplemental ordinary course professional affidavit from Babst Calland and communicate with Harrison (ANR), Long (Hunton) regarding same (.20).

10/20/15        O S ZELTNER                                      0.60                    240.00
Revise ordinary course professional declarations tracking table (.20); communicate with Harrison (ANR) (.20), Long (Hunton) (.10), Abdel-Razek (A&M) (.10) regarding same.

10/21/15        T A WILSON                                       0.50                    350.00
Communicate with Holden (A&M) regarding professionals' invoices (.30); communicate with Merrett, Esposito (A&M) regarding payments to professionals (.20).

10/21/15        O S ZELTNER                                      0.50                    200.00
Communicate with Harrison (ANR) (.10), Long (Hunton) (.10) regarding filing and service of approved ordinary course professional declarations; revise tracking table for same (.30).

10/22/15        T A WILSON                                       0.60                    420.00
Review revised stipulation permitting Committee counsel to seek reimbursement of members' expenses and communicate with Tsang (Milbank), Black regarding same (.40); communicate with Harrison (ANR), Black regarding professional retention applications and supplemental declarations in support (.20).

10/22/15        O S ZELTNER                                      0.30                    120.00
Communicate with Abdel-Razek (A&M) regarding ordinary course professional declarations tracking project (.10); communicate with Harrison (ANR) (.10), Long (Hunton) (.10) regarding filing and service of approved ordinary course professional declarations.

10/23/15        T A WILSON                                       0.70                    490.00
Communicate with Harrison (ANR) regarding ordinary course affidavits and section 327(e) issues (.40); communicate with Black, Tsang (Milbank) regarding stipulation addressing creditors' committee members' expenses (.10); communicate with Holden (A&M) regarding professional monthly statements (.20).

**JONES DAY**

Employment and Fee Applications                                                                                    Page 3

10/25/15        T A WILSON                                          0.10                        70.00
    Communicate with Harrison (ANR) regarding potential supplemental declaration of Quinn Emmanuel.

10/28/15        T A WILSON                                          0.10                        70.00
    Communicate with Harrison (ANR) regarding payment of professionals' monthly statements.

10/28/15        O S ZELTNER                                         0.40                       160.00
    Communicate with Harrison (ANR) (.10), Long (Hunton) (.10) regarding newly-received ordinary course
    professional declarations; revise tracking table for same (.20).

10/30/15        T A WILSON                                          0.20                       140.00
    Review ordinary course professional affidavits and communicate with Harrison (ANR) regarding same.

    **TOTAL**                                                **16.60**        **USD**        **9,095.00**

Financing and Cash Collateral | Page 1

---

| 10/01/15 | J B ELLMAN | 5.80 | 5,510.00 |

Review proposals from creditors committee regarding cash management (1.10); revise same (2.20); conference call with Cavatoni and Shockley (both ANR), Grady (A&M) and Black regarding same (.50); communicate with Grady (A&M) regarding same (.30); communicate with Stodola and Fleck (both Milbank) regarding same (.60); communicate with Merrett regarding cash management issues (.20); communicate with Lipke (Vedder Price) regarding aircraft adequate protection (.10); communicate with Manno (ANR) regarding same (.10); communicate with Mazey and Barragate regarding cash management issues (.20); communicate with Schartz (Kirkland) regarding cash management status (.20); communicate with Davis Polk team regarding same (.20); communicate with Wilson regarding objection timing issues regarding same (.10).

| 10/01/15 | D A HALL | 1.60 | 1,000.00 |

Communicate with client regarding preparation of certain credit agreement related schedules (.50); review and analyze schedule of bank accounts and communicate to client regarding same (.30); communicate with client regarding bank accounts (.50); prepare chart of bank account balances and circulate to lender counsel (.30).

| 10/01/15 | J E MAZEY | 0.90 | 652.50 |

Analyze comments to creditors' committee proposal regarding cash management order (.60); communicate with Ellman regarding restrictions in DIP credit agreement regarding intercompany loans and investments (.30).

| 10/02/15 | C E BLACK | 1.20 | 1,020.00 |

Communicate with Alvarez & Marsal regarding cash management issues (.40); review iterations of updated cash management order (.60) and communicate with various parties regarding comments to order (.20).

| 10/02/15 | J B ELLMAN | 0.40 | 380.00 |

Communicate with Manno (ANR) regarding aircraft adequate protection (.20); review updated proposals regarding same (.20).

| 10/02/15 | J B ELLMAN | 9.00 | 8,550.00 |

Communicate with Grady (A&M), Shockley and Cavatoni (both ANR) regarding cash management issues (.80); conference call with K&E team regarding same (.60); conference call with A&M, Ducera, Rothschild, K&E, Davis Polk regarding possible resolution to cash management issues (1.20); review background material regarding same (.70); revise term sheet proposal to resolve same (2.90); communicate with Milbank regarding creditors committee issues regarding same (.40); draft memorandum to Cavatoni (ANR) regarding cash management issues (.30); communicate with Im (Kirkland) regarding cash segregation issues (.20); draft memorandum to Schaible (Davis Polk) regarding same (.20); communicate with Grady (A&M) regarding implementation of cash management changes (.30); communicate with Fleck (Milbank) regarding open issues relating to cash management (.40); update final cash management order (.70); communicate with Shockley (ANR) regarding cash management changes and issues (.30).

| 10/02/15 | D A HALL | 3.30 | 2,062.50 |

Review proposal for account control agreements (.30); communicate with Merrett regarding collateral analysis (.30); communicate with lender counsel regarding account control agreements (.50); communicate with client regarding account control agreement (.50); communicate with account bank regarding control agreements (.40); communicate with client regarding securities account (.30); communicate with bank representative regarding account control agreements (.70); communicate with client regarding non-guarantors under DIP facility (.30).

| 10/03/15 | C E BLACK | 1.00 | 850.00 |

Conference with first lien lenders' counsel regarding cash management issues (.60); review and comment on revised iterations of cash management order (.40).

| 10/03/15 | J B ELLMAN | 4.60 | 4,370.00 |

Communicate with Fleck (Milbank) regarding cash management order (.30); communicate with Meyer (Davis Polk) regarding same (.30); communicate with Schartz (Kirkland) regarding same (.20); review and revise term sheet to resolve disputes regarding same (1.80); communicate with Stodola (Milbank) regarding same (.20); review comments on same from lenders and creditors committee (.90); draft memorandum to Cavatoni (ANR) regarding status and open issues (.20); communicate with Yonjin (Kirkland) regarding cash management process (.20); communicate with Black regarding same (.20); communicate with Merrett regarding needed changes (.10); communicate with Schaible (Davis Polk) regarding process to address cash management changes (.20).

JONES DAY

Financing and Cash Collateral                                                                    Page 2

10/03/15        D J MERRETT                              0.40                    250.00
Communicate with Ellman regarding final cash management order (.20); review and revise form of order
regarding same (.20).

10/04/15        J B ELLMAN                               6.60                  6,270.00
Review and revise term sheet to resolve cash management (1.40); conferences with Schaible, Vonnegut and
Meyer (all Davis Polk) (.50), Fleck and Stodola (both Milbank) (.60) and Schartz and Pesce (both Kirkland)
(.60) regarding same; review comments and correspondence from the foregoing relating to cash
management term sheet (.90); communicate with Cavatoni and Shockley (both ANR) regarding same (.30);
communicate with Black regarding status of discussions (.20); revise final cash management order to
incorporate term sheet (1.80); review account summaries regarding same (.30).

10/05/15        J B ELLMAN                               7.90                  7,505.00
Communicate with Cavatoni (ANR), Shockley (ANR) and Mazey regarding financing update, letter of
credit capacity and asset based loan facility (.70); review term sheet for same (.20); conference call with
same and Davis Polk regarding financing changes (.60); various communications with Davis Polk, Milbank
and Kirkland regarding cash management order terms (1.60); revise cash management order to reflect
settlement terms (2.80); communicate with Fleck and Stodola (Milbank) regarding same (.50); communicate
with Schaible (Davis Polk) regarding implementation issues for same (.40); communicate with Cavatoni
(ANR) regarding same and implementation (.30); communicate with Shockley (ANR) (.30) regarding same;
communicate with Pesce (Kirkland) regarding final cash management needs (.20); communicate with Mazey
regarding changes to cash management in connection with deposit account control agreement requirement
waiver (.20); communicate with Green regarding aircraft adequate protection issues (.10).

10/05/15        P M GREEN                                1.60                    920.00
Review issues related to proposed DIP amendment (.90); communicate with Ellman regarding same (.20);
review issues related to aircraft adequate protection request (.50).

10/05/15        D A HALL                                 1.70                  1,062.50
Review revised cash management order regarding account control agreements (.30); communicate with
Mazey regarding same (.40); communicate with cash management bank regarding account control
agreements (.30); communicate with client and lenders regarding perfection certificate schedules (.70).

10/05/15        J E MAZEY                                1.90                  1,377.50
Analyze revisions to cash management order and related provisions in DIP loan documents (.80);
communicate with Ellman regarding edits to cash management proposal (.20); communicate with Ellman
regarding cash management order (.30); analyze security agreement provisions relating to control
agreements (.30); communicate with Barragate and Ellman regarding amendments to DIP credit agreement
(.30).

10/05/15        D J MERRETT                              0.40                    250.00
Review and revise final cash management order.

10/06/15        J B ELLMAN                               0.80                    760.00
Communicate with Barragate regarding closing of bank accounts (.10); review final issues for cash
management final order (.40); communicate with Manno (ANR) (.10), Green (.10) and Fleck (.10) regarding
aircraft adequate protection.

10/06/15        D A HALL                                 1.00                    625.00
Communicate with Hoeppner and client regarding perfection certificate schedule (.50); review credit
agreement regarding converting interest rate (.30); communicate with lender counsel regarding same (.20).

10/06/15        D J MERRETT                              0.50                    312.50
Communicate with Long (Hunton) regarding revised cash management order (.20); respond to inquiry from
Black regarding bank accounts and cash management (.30).

10/07/15        J B ELLMAN                               1.10                  1,045.00
Review issues regarding indenture trustee adequate protection (.20); communicate with Black regarding
same (.10); draft request to bank to close early retiree reinsurance program account (.20); communicate with
Barragate regarding same (.10); conference call with Barragate, Mazey and Davis Polk regarding DIP
financing amendment and reporting issues (.30); review and comment on strategy for airplane adequate
protection (.20).

JONES DAY

Financing and Cash Collateral                                                                    Page 3

| 10/07/15 | D A HALL | 1.10 | 687.50 |

Draft interest rate conversion notice (.40); communicate with depository banks regarding account control agreements (.30); communicate with Davis Polk regarding perfection certificate schedule (.40).

| 10/07/15 | D G HEIMAN | 0.50 | 600.00 |

Communicate with Black and Ellman regarding modifications to DIP milestones.

| 10/07/15 | J E MAZEY | 1.70 | 1,232.50 |

Participate in conference call with Steinberg (Davis Polk), Dengel (Davis Polk), Ellman and Barragate regarding potential amendments to DIP credit agreement (.30); analyze draft Standard & Poor's rating report and comment on same (1.0); analyze provisions in DIP credit agreement relating to pre-petition debt payments and communicate with Ellman and Black regarding same (.40).

| 10/07/15 | D J MERRETT | 0.30 | 187.50 |

Review and finalize final order on cash management motion (.20); communicate with Long (Hunton) regarding same (.10).

| 10/08/15 | P M GREEN | 0.80 | 460.00 |

Review issues related to aircraft adequate protection request.

| 10/08/15 | D A HALL | 0.70 | 437.50 |

Review and analyze issues regarding guarantor reporting obligation (.40); communicate with client regarding same (.30).

| 10/08/15 | J E MAZEY | 0.20 | 145.00 |

Communicate with Barragate regarding lien baskets in DIP credit agreement.

| 10/09/15 | J B ELLMAN | 0.40 | 380.00 |

Communicate with Black regarding strategy and approach regarding aircraft adequate protection (.20); communicate with Lipke (Vedder) regarding same (.20).

| 10/10/15 | J B ELLMAN | 1.40 | 1,330.00 |

Review and revise adequate protection order for aircraft (1.0); communicate with Hor-Chen (Vedder) regarding same (.10); communicate with Green regarding amendment to DIP Financing (.10); review amendment regarding same (.10); communicate with Manno (ANR) regarding same (.10).

| 10/10/15 | P M GREEN | 0.90 | 517.50 |

Review comments to adequate protection order in connection with aircraft (.50); review proposed third amendment to DIP Facility (.40).

| 10/12/15 | J B ELLMAN | 0.30 | 285.00 |

Communicate with Lipke (Vedder) regarding aircraft adequate protection process (.20); communicate with Black regarding same (.10).

| 10/12/15 | P M GREEN | 3.80 | 2,185.00 |

Review comments to aircraft adequate protection order (.50); review DIP amendment No. 3 (.60); outline and draft motion to approve third amendment to DIP Facility (2.70).

| 10/12/15 | D A HALL | 0.90 | 562.50 |

Review and analyze draft third amendment to DIP credit agreement (.40); review and analyze draft schedule for perfection certificate (.30); communicate with lender counsel regarding same (.20).

| 10/12/15 | N J HOEPPNER | 1.00 | 475.00 |

Review revised insurance endorsements (.30); communicate with Hunton & Williams regarding draft UCC-3s relating to accounts receivable facility (.30); draft legal opinion relating to third amendment to DIP Credit Agreement (.40).

| 10/12/15 | J E MAZEY | 1.30 | 942.50 |

Review and revise third amendment to DIP credit agreement (1.0); communicate with Cavatoni (ANR) and Shockley (ANR) regarding same (.30).

| 10/13/15 | J B ELLMAN | 1.00 | 950.00 |

Review and revise third DIP Amendment issues (.30); communicate with Mazey regarding same (.10); communicate with Green regarding motion to approve same (.10); review cash management changes (.10); draft memorandum to Shockley (ANR) regarding same (.20); communicate with Grady (ANR) regarding same (.10); communicate with Lipke (Vedder Price) regarding aircraft adequate protection (.10).

JONES DAY

Financing and Cash Collateral                                                                                    Page 4

10/13/15        P M GREEN                                       5.60                    3,220.00
Communicate with Ellman regarding issues related to DIP waterfall (.40); conduct research and review
relevant DIP documents in connection with same (1.80); review proposed DIP amendment (.70); review
precedent with respect to motion to approve DIP amendment (.80); outline and draft motion to approve
third amendment to DIP Facility.

10/13/15        D A HALL                                        4.00                    2,500.00
Review and analyze revisions to third credit agreement amendment (.60); review and analyze revisions to
compliance certificate (.20); review and analyze UCC-3 termination statements for accounts receivable
facility (2.80); communicate with deposit banks regarding account control agreements (.40).

10/13/15        N J HOEPPNER                                    3.80                    1,805.00
Review and revise lien searches and UCC-3 terminations regarding accounts receivable facility (2.0); draft
opinion and supporting documentation regarding same (1.80).

10/13/15        J E MAZEY                                       1.30                     942.50
Review and analyze comments to DIP credit agreement amendment from Shockley (ANR) (.20);
communicate with Dengel (Davis Polk) regarding DIP credit agreement amendment (.30); analyze and
revise draft legal opinion and officer's certificate related to DIP amendment (.80).

10/14/15        J B ELLMAN                                      1.10                    1,045.00
Review issues relating to implementation of cash management order (.20); communicate with Shockley
(ANR) and Grady (A&M) regarding same (.20); draft memorandum to lenders and creditors committee
counsel regarding same (.30); communicate with Milbank team regarding same (.20); review stipulated order
regarding same (.20).

10/14/15        P M GREEN                                       4.30                    2,472.50
Review correspondence related to Amendment No. 3 (.40); draft motion to approve Amendment No. 3 to
DIP Facility (3.90).

10/14/15        D A HALL                                        5.80                    3,625.00
Review revisions to opinion and compliance certificate from lenders (.30); review and analyze invoices and
expenses of DIP lenders (1.40); communicate with Hoeppner regarding same (.40); communicate with
client regarding same (.20); draft securities account control agreement in connection with DIP agreement
(3.30); communicate with client regarding credit agreement covenant question (.20).

10/14/15        N J HOEPPNER                                    1.80                     855.00
Revise draft legal opinion regarding DIP amendment and communicate with Mazey and Gross regarding
the same (1.20); communicate with Hall regarding outstanding post-closing deliverables (.20); revise
officer's opinion certificate (.40).

10/14/15        J E MAZEY                                       1.30                     942.50
Review and analyze comments from Dengel (Davis Polk) on legal opinion for third amendment to DIP
Facility (.80); review and revise legal opinion regarding same (.50).

10/15/15        J B ELLMAN                                      2.40                    2,280.00
Communicate with Mazey regarding financing issues for amendment (.20); review correspondence from
stakeholders regarding adequate protection (.30); communicate with Green regarding evaluation of
diminution issues (.20); review materials regarding same (.20); communicate with Lipke (Vedder Price)
regarding aircraft adequate protection (.20); communicate with Milbank, Davis Polk and Kirkland regarding
cash management deadlines (.20); communicate with Merrett regarding extension stipulation (.10); review
and revise same (.30); communicate with Shockley (ANR) regarding same (.10); review aircraft adequate
protection motion and order from lender (.40); communicate with Hor-Chen (Vedder) (.10) and Manno
(.10) regarding same.

10/15/15        P M GREEN                                       5.60                    3,220.00
Review correspondence regarding amendment to DIP financing (.40); review relevant precedent related to
same (2.80); draft summary memorandum regarding same (2.40).

10/15/15        D A HALL                                        3.70                    2,312.50
Various communications with counsel to lenders regarding status of account control agreement and related
matters (1.0); draft account control agreement (2.40); communicate with client regarding same (.30).

10/15/15        N J HOEPPNER                                    0.50                     237.50
Communicate with Mazey regarding legal opinion regarding amendment to DIP agreement and revise
opinion to reflect same.

Financing and Cash Collateral                                                                    Page 5

10/15/15       J E MAZEY                                      1.10                 797.50
Communicate with Dengel (Davis Polk) regarding increase in letter of credit capacity (.20); communicate
with Hoeppner regarding revisions to legal opinion for third amendment to DIP credit agreement (.20);
analyze revised draft third amendment to DIP credit agreement (.60); communicate with Shockley and
Cavatoni (ANR) regarding revisions to amendment (.10).

10/16/15       J B ELLMAN                                     1.90               1,805.00
Participate in conference call with Sands Anderson, Protiviti, A&M and Shockley (ANR) regarding
operation of cash management system in connection with creditors committee investigation (.60); review
creditors committee due diligence request regarding same (.20); communicate with Black and Merrett
regarding same (.20); draft memorandum to Heiman regarding DIP Financing requirements in connection
with agreed business plan (.20); communicate with Barragate regarding same (.10); communicate with client
and stakeholders regarding Court entry of cash management extension order (.20); communicate with
Mazey regarding need for deposit account control agreements regarding same and timing issues (.20);
review updates regarding DIP amendment (.20).

10/16/15       P M GREEN                                      5.40               3,105.00
Communicate with Ellman regarding research related to DIP financing (.60); conduct additional research
regarding same (2.50); update summary regarding same (1.10); review correspondence related to DIP
amendment (.40); review correspondence related to aircraft adequate protection request (.30); communicate
with Rothschild and Ellman regarding questions related to DIP Financing (.50).

10/16/15       D A HALL                                       3.70               2,312.50
Review, analyze and revise account control agreement (1.50); research regarding cost of funds under dip
facility (.40); review final revisions to third credit agreement amendment (.30); various communications with
Wells Fargo regarding account control agreements (1.0); review and analyze DIP agreement regarding
excluded assets (.50).

10/16/15       N J HOEPPNER                                   1.20                 570.00
Revise opinion back-up certificate and closing certificate (.60); review organizational documents regarding
opinion diligence (.60)

10/16/15       J E MAZEY                                      1.30                 942.50
Review and revise third amendment to DIP credit agreement and communicate with Dengel (Davis Polk)
regarding same (.50); review and revise legal opinion for third amendment to DIP credit agreement (.80).

10/16/15       D J MERRETT                                   0.50                 312.50
Communicate with Ellman, Bernstein (U.S. Trustee) regarding cash management stipulated order (.20);
review and revise same (.20); communicate with Long (Hunton) regarding submission of same (.10).

10/16/15       T A WILSON                                    0.30                 210.00
Review correspondence from Pitts (Sands Anderson) requesting information related to liens securing
collateral (.10); communicate with Black, Merrett regarding same (.20).

10/17/15       C E BLACK                                      0.60                 510.00
Review materials relating to potential amendment to DIP agreement.

10/17/15       J B ELLMAN                                     0.30                 285.00
Review issues regarding DIP financing amendment (.10); communicate with Black and Rothschild
regarding same (.20).

10/18/15       J B ELLMAN                                     0.10                  95.00
Correspondence with Pesce (Kirkland) regarding DIP amendment.

10/18/15       D A HALL                                       1.50                 937.50
Review, analyze and revise draft account control agreements and communicate with lender counsel
regarding same.

10/19/15       J B ELLMAN                                     0.60                 570.00
Review issues for DIP Amendment (.20); communicate with Cavatoni (ANR) regarding same (.10);
communicate with Barragate (.10) regarding same; review Citibank correspondence regarding same (.20).

10/19/15       P M GREEN                                      0.30                 172.50
Review revised fee letter.

**JONES DAY**

Financing and Cash Collateral                                                                                    Page 6

| | | | |
|---|---|---|---|
| 10/19/15 | D A HALL | 4.00 | 2,500.00 |

Communicate with lender counsel regarding account control agreement (.30); communicate with depositary bank regarding account control agreement (.40); review cash management order regarding ability to open and close accounts (.30); review, analyze and revise account control agreement (1.3); finalize draft account control agreement drafts and circulate to deposit banks for comment (.90); correspondence with deposit bank regarding account control agreement (.30); review revised fee letter in connection with third amendment (.20); review summary chart of amended reporting requirements for third amendment (.30).

| | | | |
|---|---|---|---|
| 10/19/15 | D G HEIMAN | 0.50 | 600.00 |

Communicate with Black and Ellman regarding third amendment to DIP agreement and modification of DIP milestones.

| | | | |
|---|---|---|---|
| 10/19/15 | N J HOEPPNER | 0.50 | 237.50 |

Review organizational documents regarding opinion diligence.

| | | | |
|---|---|---|---|
| 10/19/15 | J E MAZEY | 2.90 | 2,102.50 |

Review and analyze Davis Polk chart summarizing edits to monthly reporting requirements in DIP credit agreement (.50); communicate with Shockley (ANR), Jones (ANR) and Cavatoni (ANR) regarding Davis Polk chart summarizing edits to monthly reporting requirements in DIP credit agreement (.20); communicate with Azzara (Davis Polk), Chan, Shockley (ANR), Barragate, Dengel (Davis Polk) regarding DIP credit agreement amendment (.40); analyze draft fee letter and communicate with Cavatoni (ANR) and Shockley (ANR) regarding same (.50); communicate with Cavatoni (ANR), Shockley (ANR), Jones and Barragate regarding DIP credit agreement amendment (.30); revise comments to DIP credit agreement amendment (1.0).

| | | | |
|---|---|---|---|
| 10/20/15 | J B ELLMAN | 0.70 | 665.00 |

Communicate with Harrison (ANR) regarding professional fees and adequate protection (.20); communicate with Mazey regarding DIP amendment (.20); communicate with Cavatoni (ANR) regarding same (.10); communicate with Barragate regarding DIP milestones and potential revisions (.20).

| | | | |
|---|---|---|---|
| 10/20/15 | P M GREEN | 1.10 | 632.50 |

Review motion for adequate protection with respect to aircraft (.40); review background material provided by client regarding same (.70).

| | | | |
|---|---|---|---|
| 10/20/15 | D A HALL | 5.10 | 3,187.50 |

Communicate with deposit bank regarding account control agreement (.30); follow up correspondence regarding same (.30); communicate with separate deposit bank regarding account control agreement issues (.40); correspondence with lender counsel regarding same (.20); prepare revisions to account control agreement and circulate to deposit bank (.50); review, analyze and revise draft deposit account control agreement (1.50); communicate with Mazey regarding reporting issues and related matters (.40); review and analyze correspondence from client regarding reporting requirements (.30); communicate with client regarding account information, reporting and related matters (.40); prepare additional revisions to account control agreement and circulate to lender counsel (.80).

| | | | |
|---|---|---|---|
| 10/20/15 | D G HEIMAN | 1.00 | 1,200.00 |

Conference call with Crutchfield, Cavatoni (ANR) and Verheij (ANR) regarding lender inquiries.

| | | | |
|---|---|---|---|
| 10/21/15 | J B ELLMAN | 0.50 | 475.00 |

Communicate with Shockley (ANR) regarding cash management updates (.10); communicate with Holden (A&M) regarding professional fee payment issues regarding adequate protection (.20); review materials regarding same (.20).

| | | | |
|---|---|---|---|
| 10/21/15 | D A HALL | 0.80 | 500.00 |

Finalize draft account control agreement and circulate to deposit bank (.40); prepare signature pages for account control agreement and circulate same to lenders for execution (.40).

| | | | |
|---|---|---|---|
| 10/21/15 | J E MAZEY | 1.00 | 725.00 |

Review and analyze restructuring term sheet and related provisions in DIP credit agreement.

| | | | |
|---|---|---|---|
| 10/21/15 | D J MERRETT | 2.40 | 1,500.00 |

Communicate with Platt regarding committee lien investigation information requests (.20); communicate with Howlett (Sands Anderson) regarding same (.30); communicate with Williams (A&M) regarding same (.30); draft and revise preliminary responses in connection with same (1.60).

Financing and Cash Collateral                                                                        Page 7

10/22/15        J B ELLMAN                                    0.60                        570.00
Communicate with Shockley (ANR) regarding cash management procedures (.20); draft memorandum to
creditors committee and second lien counsel regarding closure of bank account (.20); communicate with
Holden (A&M) regarding adequate protection payments (.20).

10/22/15        D A HALL                                      1.10                        687.50
Communicate with client regarding account control agreement (.20); finalize preparation of account control
agreement for execution versions (.50); finalize Wells Fargo securities account agreement (.40).

10/22/15        D G HEIMAN                                    1.00                      1,200.00
Communicate with Crutchfield regarding meeting with first lien lenders (.80); follow-up regarding same
(.20).

10/23/15        J B ELLMAN                                    4.40                      4,180.00
Participate in conference call with Cavatoni and Verheij (both ANR), Rothschild team, Heiman and Black
regarding lender milestone and restructuring process proposal to amend DIP and related matters (1.0);
review and comment on Rothschild draft materials regarding same (.70); communicate with Chou
(Rothschild) and Black regarding same (.40); participate in follow up conference call with Cavatoni and
Verheij (both ANR), Rothschild team, Heiman and Black regarding same (.70); review further updates to
materials (.70); review DIP amendment issues (.50); review comments from Davis Polk regarding same
(.20); communicate with Mazey regarding same (.20).

10/23/15        P M GREEN                                     1.90                      1,092.50
Review materials in connection with aircraft adequate protection motion (.90); outline and draft statement
in response to the same (1.0).

10/23/15        D A HALL                                      0.50                        312.50
Review and analyze comments to account control agreement from deposit bank.

10/23/15        N J HOEPPNER                                  1.80                        855.00
Review organizational documents regarding opinion diligence.

10/25/15        J B ELLMAN                                    1.20                      1,140.00
Review lender proposals and due diligence issues (.70); draft memorandum to client regarding DIP
amendment approvals (.20); review DIP agreement regarding same (.10); communicate with Pesce
(Kirkland) regarding aircraft adequate protection (.20).

10/26/15        P M GREEN                                     4.80                      2,760.00
Review documentation related to aircraft adequate protection motion (1.40); draft and revise statement in
response to same (1.80); review and revise motion to approve DIP amendment (1.30); review issues related
to fee letter (.30).

10/26/15        D A HALL                                      2.90                      1,812.50
Communicate with Hoeppner regarding corporate governance issue (.40); research regarding corporate
governance issue (1.30); communicate with Barragate regarding same (.30); communicate with deposit bank
regarding account control agreement operations (.50); communicate with Mazey regarding corporate
governance issue (.40).

10/26/15        N J HOEPPNER                                  0.90                        427.50
Attention to UCC-1 filings (.30); communicate with Mazey and Hall regarding opinion diligence (.60).

10/26/15        D J MERRETT                                   1.30                        812.50
Communicate with Platt regarding committee informal lien investigation information requests (.20);
communicate with Black regarding same (.20); draft and revise responses to same (.90).

Financing and Cash Collateral                                                      Page 8

| 10/27/15 | J B ELLMAN | 6.00 | 5,700.00 |

Communicate with Heiman, Black (.80), Parkhill and Chou (both Rothschild) (.20) regarding preparation for lender meeting; attend lender meeting with Black, Heiman, Rothschild team, Ducera, Kirkland, Houlihan and Davis Polk regarding financing milestones and related restructuring matters (1.80); review term sheet for changes to DIP (.20); conference with Mazey regarding same (.20); participate in conference call with Chou and Parkhill (both Rothschild), Heiman, Black, Cavatoni (ANR) regarding same (.50); review and revise term sheet (.60); communicate with Chou (Rothschild), Black and McKinsey team regarding edits to same (.30); communicate with Green regarding motion to approve DIP amendment and aircraft adequate protection (.30); communicate with Tang (Milbank) regarding aircraft adequate protection (.20); communicate with Pesce (Kirkland) regarding same (.10); review summaries of covenant projections (.30); review correspondence to and from client regarding same (.30); communicate with Wilson regarding filing entity issues in connection with DIP opinions (.20).

| 10/27/15 | P M GREEN | 3.30 | 1,897.50 |

Draft statement in support of aircraft adequate protection payments (2.70); review agreements in connection with same (.60).

| 10/27/15 | D A HALL | 2.40 | 1,500.00 |

Communicate with counterparties regarding account control agreements (.40); review, analyze and prepare revisions to account control agreements (2.0).

| 10/27/15 | J E MAZEY | 0.40 | 290.00 |

Communicate with Ellman regarding DIP credit agreement amendment issues.

| 10/27/15 | D J MERRETT | 2.60 | 1,625.00 |

Communicate with Williams (A&M) regarding committee lien investigation information requests (.40); review and analyze documents to be produced in connection with same (.80); review and revise responses to information requests (1.40).

| 10/27/15 | T A WILSON | 1.00 | 700.00 |

Various communications with Ellman, Mazey, Black regarding preparation of legal opinion on DIP amendment (.60); review background documents regarding same (.40).

| 10/28/15 | C E BLACK | 5.20 | 4,420.00 |

Communicate with Verheij (ANR), Heiman and Cavatoni (ANR) regarding DIP amendment issues (.70); communicate with Parkhill (Rothschild) regarding DIP amendment issues (.60); communicate with Ellman regarding DIP Amendment issues (.30); communicate with Hessler (Kirkland & Ellis) regarding DIP amendment issues (.40); communicate with DIP advisors regarding DIP amendment issues (1.10); communicate with Rothschild and Alvarez & Marsal regarding response to DIP amendment term sheet (.60); review and comment on DIP amendment term sheet (.70); communicate with Heiman regarding DIP amendment issues (.40); communicate with Fleck (Milbank) regarding DIP amendment issues (.50).

| 10/28/15 | J B ELLMAN | 7.40 | 7,030.00 |

Communicate with Black, Heiman and Rothschild team regarding strategy to address DIP Lenders amendment and case plan requirements (.70); review and comment on case plan regarding same (.70); participate in conference call with Verheij and Cavatoni (both ANR), Heiman, Black, Chou and Parkhill (both Rothschild), Carmody (McKinsey) regarding DIP Amendment and issues (.70); conference with Davis Polk and Ducera teams, Black, Rothschild team, McKinsey regarding same, supporting financial information and process for finalization and approval (1.60); follow up communications with Black and Chou (Rothschild) regarding same (.30); communicate with Verheij and Cavatoni (both ANR) regarding DIP case plan and amendment term sheet (.30); draft summary of issues regarding same based on call (.30); revise DIP amendment term sheet (.90); review and revise draft talking points for company for meeting with lenders (.40); communicate with Chou (Rothschild) regarding same (.10); draft inserts for DIP term sheet for amendment (.40); communicate with Heiman regarding same (.10); review case recovery analysis (.30); review materials for first and second lien presentation (.60).

| 10/28/15 | P M GREEN | 1.20 | 690.00 |

Communicate with Ellman and Davis Polk regarding DIP amendment (.40); review proposed DIP amendment documents (.30); review final order and related DIP documents in connection with amendment (.50).

Financing and Cash Collateral                                                        Page 9

10/28/15        D A HALL                          2.90                    1,812.50
Communicate with lender counsel regarding account control agreement (.50); review and analyze revisions
to account control agreement from lender counsel (.60); prepare additional revisions to account control
agreement and circulate to deposit bank (.40); review and analyze revisions from lender on account control
agreement (.60); revise same (.40); review and analyze draft operations reporting (.40).

10/28/15        J E MAZEY                         0.50                      362.50
Call with Meyer, Dengel (Davis Polk), Ellman and Barragate regarding amendment to DIP credit
agreement.

10/28/15        D J MERRETT                       0.80                      500.00
Communicate with Williams (A&M) regarding committee lien investigation information requests (.30);
review and revise responses regarding same (.50).

10/29/15        C E BLACK                         2.20                    1,870.00
Communicate with Ellman, Heiman, Rothschild and client regarding term sheet issues (.80); review and
comment on various iterations of term sheet and blow-out materials (.90); communicate with Ellman
regarding DIP amendment issues (.50).

10/29/15        J B ELLMAN                        7.10                    6,745.00
Communicate with Black regarding DIP term sheet issues (.30); communicate with Heiman and Schaible
(Davis Polk) regarding same (.30); follow up communication with Heiman regarding same (.20); review
updated DIP term sheet (.40); revise same (.80); communicate with Mazey regarding same and legal opinion
issues (.60); communicate with Wilson regarding same (.30); conference call with Cavatoni and Verheij
(both ANR), Black, Heiman, Rothschild team, McKinsey team regarding term sheet (1.0); communicate
with Hessler (Kirkland) regarding same (.30); draft memorandum to Hessler (Kirkland) regarding same
(.30); review and revise statement in response to aircraft adequate protection motion (.70); communicate
with committee counsel regarding issues for same (.20); draft memorandum to Manno (ANR) regarding
same (.20); review default issues regarding DIP (.40); review Green memorandum regarding same (.10);
communicate with Green and Black regarding same (.20); review Stroock proposal for payment as adequate
protection for indenture trustee (.20); communicate with Verheij (ANR) and Black regarding same (.20);
communicate with Shockley (ANR) regarding cash management implementation (.20); communicate with
Quinn Emanuel regarding possible disputes (.20).

10/29/15        P M GREEN                         2.10                    1,207.50
Review issues related to credit agreement and DIP order (.80); communicate with Ellman regarding same
(.30); review fee letter (.40); review motion to approve DIP amendment (.60).

10/29/15        J E MAZEY                         2.70                    1,957.50
Analyze charter documents and issues related to preparation of legal opinion (2.0); communicate with
Wilson and Ellman regarding same (.70).

10/29/15        D J MERRETT                       1.40                      875.00
Review and revise informal responses to committee lien investigation information requests (1.10);
communicate with Williams (A&M) regarding same (.30).

10/30/15        C E BLACK                         3.80                    3,230.00
Various communications with Ellman (1.10), Heiman (.40), Rothschild and client regarding DIP
amendment issues (1.30); communicate with Fleck (Milbank) regarding DIP amendment (.30); review and
comment on term sheet and related materials (.70).

Financing and Cash Collateral                                                                        Page 10

10/30/15        J B ELLMAN                                    7.80                           7,410.00
Communicate with Werder (Quinn) and Black regarding DIP financing issues and possible disputes (.40);
draft memorandum to Werder (Quinn) regarding same (.40); communicate with Chou (Rothschild) and
Genecin (Rothschild), Alpha and Black regarding treatment of PLR for financing purposes (.50); review
issues relating to financing opinion letter (.20); communicate with Mazey regarding same (.30);
communicate with Heiman (.30) and Schiable (Davis Polk) (.30), Pesce (Kirkland) (.20) and Hessler
(Kirkland) (.30) regarding DIP financing issues; review and comment on DIP Amendment drafts (1.20);
conference with Mazey regarding same (.20); communicate with Black regarding open issues regarding DIP
financing issues (.30); communicate with Green regarding approval order (.20); communicate with Heiman,
Rothschild team regarding strategy to address open financing and milestone issues (.70); draft notice to
lenders regarding asset property milestone under DIP (.60); review and revise term sheet for financing
amendment (.40); communicate with Black, Barragate and Rothschild team regarding DIP fee issues (.30);
communicate with Stodola (Milbank) regarding DIP Financing amendment terms (.30); review covenant
analysis for DIP amendment (.30); review request relating to aircraft adequate protection (.20);
communicate with lender counsel regarding adjournment of hearing regarding same (.10); communicate
with Manno (ANR) regarding same (.10).

10/30/15        P M GREEN                                     3.20                           1,840.00
Draft motion to seal fee letters (1.40); review correspondence related to DIP amendment (.60); review and
update motion to approve DIP amendment (1.20).

10/30/15        D A HALL                                      4.90                           3,062.50
Communicate with lender counsel regarding deposit account control agreement comments (.40); review and
analyze depository bank comments to account control agreement (.40); coordinate execution of deposit
account control agreement (.40); review and analyze drafts of third DIP credit agreement amendments
(.70); communicate with lender counsel regarding status of account control agreements (.30); communicate
with deposit bank regarding account control agreement (.40); communicate with client regarding reporting
obligations and status (.30); review and analyze draft schedule of fixtures and communicate with client
regarding same (.50); review, analyze and provide comments on revised account control agreement (.70);
communicate with lender regarding schedules (.30); review, analyze and provide comments on collateral
trust agreement (.50).

10/30/15        N J HOEPPNER                                  0.40                             190.00
Attention to finalization of legal opinion.

10/30/15        J E MAZEY                                     7.80                           5,655.00
Review, analyze and revise term sheet and revised amendment to DIP credit agreement (3.50);
communicate with Jones and Cavatoni (both ANR) regarding capital expenditure reports (.30);
communicate with Cavatoni (ANR), Parkhill (Rothschild) and Ellman regarding amendments to DIP credit
agreement (.80); revise amendment to DIP credit agreement (3.0); communicate with Cavatoni (ANR)
regarding arrangement fees payable in connection with amendment to DIP credit agreement (.20).

10/31/15        C E BLACK                                     2.90                           2,465.00
Communicate with Rothschild and Ellman regarding DIP amendment issues (1.0); communicate with client
and Rothschild regarding DIP amendment issues (.60); communicate with Verheij (ANR) regarding DIP
amendment issues (.70); review and comment on DIP amendment (.40); communicate with Ellman
regarding DIP amendment (.20).

10/31/15        J B ELLMAN                                    5.80                           5,510.00
Participate in conference call with Schiable and Meyer (both Davis Polk), Parkhill (Rothschild), Chou
(Rothschild), Black, Mazey, Carmody (McKinsey), Ducera regarding DIP financing amendment (1.0);
review amendment regarding same (.60); communicate with Cavatoni (ANR) and ANR team, Chou
(Rothschild), Black regarding DIP amendment, fees and next steps (.80); communicate with Hessler
(Kirkland) regarding second lien issues with DIP Amendment (.30); draft memorandum to Fleck (Milbank)
regarding financing issues (.40); communicate with Hessler (Kirkland) regarding same (.20); communicate
with Meyer (Davis Polk) regarding finalizing financing amendment (.30); draft memorandum to lenders
regarding DIP milestone compliance (.30); review fee letters for Citibank for DIP amendment (.40);
communicate with Green regarding same (.20); review and revise motion to file fee letters under seal (.90);
conference with Green regarding DIP amendment approval order (.20); review DIP documents regarding
same (.20).

**JONES DAY**

Financing and Cash Collateral                                                                                                Page 11

| | | | |
|---|---|---|---|
| 10/31/15 | P M GREEN | 1.20 | 690.00 |

Review issues related to motion to seal fee letter (.30); revise motion to approve supplemental dip order (.90).

| | | | |
|---|---|---|---|
| 10/31/15 | N J HOEPPNER | 0.50 | 237.50 |

Attention to finalization of legal opinion.

| | | | |
|---|---|---|---|
| 10/31/15 | J E MAZEY | 2.50 | 1,812.50 |

Prepare for and participate in conference call with Schiable (Davis Polk), Meyer, Steinberg (Davis Polk), Black and Ellman regarding amendment to DIP credit agreement and related fees (1.20); analyze revised drafts of DIP amendment and fee letters (1.0); communicate with Cavatoni (ANR) regarding same (.30).

| | | | |
|---|---|---|---|
| **TOTAL** | | **260.90**   **USD** | **195,692.50** |

**JONES DAY**

Litigation and Adversary Proceedings                                                          Page 1

| | | | |
|---|---|---|---|
| 10/01/15 | T A WILSON | 1.90 | 1,330.00 |

Communicate with Dobbs (Jackson Kelly), Harrington regarding Greenfields settlement (.30); review and revise same (1.60).

| | | | |
|---|---|---|---|
| 10/02/15 | T A WILSON | 1.60 | 1,120.00 |

Review and revise 9019 motion approving Greenfields settlement (1.10); communicate with Harrington (ANR), Dobbs (ANR), Black regarding same (.50).

| | | | |
|---|---|---|---|
| 10/05/15 | T A WILSON | 0.80 | 560.00 |

Revise 9019 motion to approve Greenfields settlement (.20); communicate with Zeltner, Harrington (ANR), Dobbs (Jackson Kelly) regarding same (.20); review correspondence from Harrington regarding Trinity claims (.10); communicate with Harrington (ANR), Dobbs (Jackson Kelly) regarding potential settlements with Trinity Coal (.30).

| | | | |
|---|---|---|---|
| 10/05/15 | O S ZELTNER | 1.10 | 440.00 |

Finalize and prepare filing version of Greenfields 9019 motion (.20); communicate with Wilson (.10), Daily (Hunton) (.20) regarding same; draft hearing notice for same (.30); compile special service list for same (.10); communicate with Dobbs (Jackson Kelly) regarding same (.20).

| | | | |
|---|---|---|---|
| 10/08/15 | R W GAFFEY | 1.90 | 1,852.50 |

Review and analyze West Virginia and Wyoming bonding issue.

| | | | |
|---|---|---|---|
| 10/09/15 | T A WILSON | 0.80 | 560.00 |

Participate in preliminary conference call with Rosenthal, Morag, Ko (all CGSH) regarding status of securities litigation against the company (.40); participate in preliminary conference call with Committee representatives, Rosenthal, Morag, Ko (all CGSH) regarding status of securities litigation against the company (.40).

| | | | |
|---|---|---|---|
| 10/12/15 | W J HINE | 4.50 | 3,825.00 |

Review documents regarding West Virginia DEP proposed consent order (.60); revise potential adversary complaint (3.90).

| | | | |
|---|---|---|---|
| 10/12/15 | D J MERRETT | 2.90 | 1,812.50 |

Communicate with Miller (KCC) regarding special service list for motion to extend removal deadline (.20); draft and revise motion to extend removal deadline (2.70).

| | | | |
|---|---|---|---|
| 10/12/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Harrington (ANR) regarding Paluti litigation.

| | | | |
|---|---|---|---|
| 10/13/15 | R W GAFFEY | 2.40 | 2,340.00 |

Review and analyze draft adversary complaint.

| | | | |
|---|---|---|---|
| 10/13/15 | W J HINE | 3.10 | 2,635.00 |

Revise memorandum of law in support of draft adversary complaint.

| | | | |
|---|---|---|---|
| 10/13/15 | D J MERRETT | 0.80 | 500.00 |

Review and revise motion to extend removal deadline.

| | | | |
|---|---|---|---|
| 10/13/15 | T A WILSON | 0.40 | 280.00 |

Review and revise motion to extend removal period and communicate with Merrett regarding same.

| | | | |
|---|---|---|---|
| 10/14/15 | W J HINE | 1.90 | 1,615.00 |

Research issues related to draft adversary complaint.

| | | | |
|---|---|---|---|
| 10/14/15 | D J MERRETT | 0.40 | 250.00 |

Review and revise motion to extend removal deadline (.20); communicate with Black, Verheij (ANR) regarding same (.20).

| | | | |
|---|---|---|---|
| 10/15/15 | W J HINE | 1.50 | 1,275.00 |

Revise memorandum of law in support of draft adversary complaint.

| | | | |
|---|---|---|---|
| 10/15/15 | D J MERRETT | 0.30 | 187.50 |

Communicate with Miller (KCC), Williams (A&M) regarding preparation of service list for removal deadline extension motion (.20); communicate with Verheij (ANR), Black regarding same (.10).

Litigation and Adversary Proceedings                                                        Page 2

| | | | |
|---|---|---|---|
| 10/15/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Harrington (ANR), Dobbs (ANR) regarding committee questions on Greenfields settlement.

| | | | |
|---|---|---|---|
| 10/16/15 | R W GAFFEY | 3.20 | 3,120.00 |

Review and analyze draft adversary complaint.

| | | | |
|---|---|---|---|
| 10/16/15 | D J MERRETT | 0.70 | 437.50 |

Review and revise removal deadline extension motion (.20); communicate with Long (Hunton) (.10) and Miller (KCC) (.10) regarding filing and service of same; draft notice regarding same (.20); communicate with Long, Wilson, Zeltner regarding same (.10).

| | | | |
|---|---|---|---|
| 10/16/15 | T A WILSON | 1.50 | 1,050.00 |

Review correspondence from Harrington (ANR), Dobbs (Jackson Kelly) regarding disclosures related to Greenfields settlement requested by creditors committee (.20); communicate with Harrington, Dobbs regarding same (.40); review Greenfields settlement and related motion in connection with same (.30); draft disclosure related to Greenfields settlement (.50); communicate with Blumenthal (investor counsel) regarding same (.10).

| | | | |
|---|---|---|---|
| 10/19/15 | W J HINE | 4.50 | 3,825.00 |

Revise fact section of memorandum of law and adversary complaint (3.70); communicate with client regarding related factual issues (.80).

| | | | |
|---|---|---|---|
| 10/19/15 | T A WILSON | 0.80 | 560.00 |

Communicate with Harrington (ANR), Zeltner regarding status report for filing with the Sixth Circuit (.20); review and revise same (.10); revise summary of Greenfields settlement prepared for the committee and communicate with Stodola (Milbank), Harrington (ANR) regarding same (.50).

| | | | |
|---|---|---|---|
| 10/20/15 | C E BLACK | 0.90 | 765.00 |

Review and analyze discovery requests from various constituents.

| | | | |
|---|---|---|---|
| 10/20/15 | W J HINE | 4.40 | 3,740.00 |

Revise draft adversary complaint and memorandum of law in support of potential adversary proceeding (4.30); communicate with Efronson regarding research requirements (.10).

| | | | |
|---|---|---|---|
| 10/20/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Tsang (Milbank) regarding disclosures related to Greenfields 9019 motion.

| | | | |
|---|---|---|---|
| 10/21/15 | W J HINE | 4.20 | 3,570.00 |

Revise draft memorandum of law and adversary complaint.

| | | | |
|---|---|---|---|
| 10/21/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Tsang (Milbank) regarding Greenfields settlement.

| | | | |
|---|---|---|---|
| 10/22/15 | W J HINE | 1.50 | 1,275.00 |

Review and revise draft order to show cause and declaration in support of potential adversary proceeding.

| | | | |
|---|---|---|---|
| 10/22/15 | T A WILSON | 0.10 | 70.00 |

Communicate with Milbank personnel regarding name of investor in Greenfields matter.

| | | | |
|---|---|---|---|
| 10/26/15 | W J HINE | 3.50 | 2,975.00 |

Revise draft complaint and declaration in support of potential adversary complaint.

| | | | |
|---|---|---|---|
| 10/26/15 | D J MERRETT | 0.20 | 125.00 |

Communicate with McCuskey (plaintiff counsel) regarding motion to extend removal deadline.

| | | | |
|---|---|---|---|
| 10/26/15 | T A WILSON | 0.90 | 630.00 |

Review background materials regarding possible settlement of litigation with Trinity Coal (.70); communicate with Harrington regarding same (.20).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **53.40** | **USD** | **43,215.00** |

**JONES DAY**

Meetings                                                                                                           Page 1

| | | | |
|---|---|---|---|
| 10/06/15 | C E BLACK | 1.40 | 1,190.00 |
| Meetings with client regarding business plan issues. | | | |
| 10/07/15 | D BARAV-JOHNSON | 0.20 | 65.00 |
| Communicate with Merrett regarding section 341 meeting. | | | |
| 10/08/15 | C E BLACK | 6.70 | 5,695.00 |
| Prepare for (1.10) and attend meetings with first and second lien lenders and company (5.60). | | | |
| 10/14/15 | C E BLACK | 3.50 | 2,975.00 |
| Prepare for (1.70) and participate in meetings with the unsecured creditors committee (1.80). | | | |
| 10/14/15 | D G HEIMAN | 2.50 | 3,000.00 |
| Attend meeting with unsecured creditors committee. | | | |
| 10/26/15 | C E BLACK | 5.40 | 4,590.00 |
| Prepare for (1.40) and attend meetings with advisors to DIP agent (1.70), advisors to unsecured creditors committee (1.10) and advisors to second lien lenders (1.20). | | | |
| 10/26/15 | D G HEIMAN | 2.00 | 2,400.00 |
| Attend meeting with advisors to second lien lenders. | | | |
| 10/26/15 | D G HEIMAN | 1.00 | 1,200.00 |
| Attend meeting with Cavatoni (ANR), other Company personnel and Rothschild regarding meeting with first lien lenders. | | | |
| 10/27/15 | C E BLACK | 3.30 | 2,805.00 |
| Prepare for (1.20) and attend meeting with DIP and second lien lender professionals (2.10). | | | |
| **TOTAL** | | **26.00**  USD | **23,920.00** |

**JONES DAY**

---

Non-Working Travel                                                                                       Page 1

---

10/05/15       C E BLACK                              4.10                          3,485.00
         Travel from Cleveland to Richmond for 10/6/15 omnibus hearing.

10/06/15       C E BLACK                              2.60                          2,210.00
         Travel from Richmond to New York for meetings with lenders.

10/06/15       D J MERRETT                            8.20                          5,125.00
         Travel from Atlanta to Richmond for 10/6/15 hearing and section 341 meeting (3.70); travel to courthouse
         from Hunton offices for hearing (.30); return to Hunton offices (.20); travel to courthouse for section 341
         meeting (.30); return to Hunton offices (.20); travel to Atlanta from Richmond following hearing and
         section 341 meeting (3.50).

10/07/15       D G HEIMAN                             3.00                          3,600.00
         Travel from Cleveland to New York for meetings with first and second lien lenders regarding business plan.

10/08/15       C E BLACK                              3.30                          2,805.00
         Return travel from New York to Cleveland following meetings with first and second lien lenders regarding
         business plan.

10/09/15       J B ELLMAN                             5.10                          4,845.00
         Return travel to Atlanta following meetings in New York (including flight delays).

10/13/15       C E BLACK                              3.60                          3,060.00
         Travel from Cleveland to New York for meeting with unsecured creditors committee.

10/14/15       C E BLACK                              3.60                          3,060.00
         Return travel from New York to Cleveland following meeting with unsecured creditors committee.

10/14/15       D G HEIMAN                             3.00                          3,600.00
         Travel from Detroit to New York for meeting with unsecured creditors committee.

10/14/15       D G HEIMAN                             3.00                          3,600.00
         Return travel from New York to Cleveland following meeting with unsecured creditors committee.

10/21/15       C E BLACK                              6.30                          5,355.00
         Travel to/from Cleveland and Atlanta for Board meeting.

10/21/15       D G HEIMAN                             6.00                          7,200.00
         Travel to/from Cleveland and Atlanta for Board meeting.

10/22/15       B W EASLEY                             3.50                          2,800.00
         Non-working travel from Chicago, IL to Bristol, VA.

10/23/15       B W EASLEY                             4.50                          3,600.00
         Travel from Bristol, Virginia to Chicago following meetings with company on labor issues.

10/26/15       C E BLACK                              3.10                          2,635.00
         Travel from Cleveland to New York for meetings with first and second lien lenders and advisors.

10/26/15       D G HEIMAN                             3.00                          3,600.00
         Travel from Cleveland to New York for meetings with first and second lien lenders and advisors.

10/27/15       C E BLACK                              3.60                          3,060.00
         Travel from New York to Cleveland following meetings with first and second lien lenders and advisors.

10/27/15       D G HEIMAN                             3.00                          3,600.00
         Travel from New York to Cleveland following meetings with advisors to first and second lien lenders.

**TOTAL**                                          **72.50**        **USD**     **67,240.00**

**JONES DAY**

Plan and Disclosure Statement                                                                                   Page 1

---

10/01/15        C E BLACK                                          4.70                          3,995.00
Conference with McKinsey, Rothschild and lenders' financial advisors regarding competitive landscape
issues (1.10); review and comment on preliminary business plan and summary and related materials (2.40);
review materials in preparation for 10/8/15 meeting with lenders (1.20).

10/01/15        D G HEIMAN                                         1.00                          1,200.00
Review and revise business plan (.30); communicate with Black regarding same (.20); review McKinsey
market outlook in connection with same (.50).

10/05/15        C E BLACK                                          2.00                          1,700.00
Review and comment on draft blowout deck (.80); review revised business plan and supporting materials
(1.20).

10/05/15        J B ELLMAN                                         1.10                          1,045.00
Review deck for lender advisors regarding business plan (.90); communicate with Chou (Rothschild) (.10)
and Black (.10) regarding same.

10/05/15        D G HEIMAN                                         2.00                          2,400.00
Review final business plan for creditors and Board (1.50); communicate with Carmody (McKinsey)
regarding same (.50).

10/06/15        C E BLACK                                          0.90                          765.00
Review business plan materials.

10/06/15        J B ELLMAN                                         4.10                          3,895.00
Review business plan and blow out deck (1.20); conference call with Company, Davis Polk, Ducera,
Houlihan Lokey, Kirkland, Rothschild, McKinsey, Jones Day regarding business plan (1.60); conference call
with Chou (Rothschild) and others from Rothschild, Cavatoni (ANR) and others from ANR regarding
blow out deck (.60); follow up with Chou (Rothschild) regarding same (.20); review related materials (.50).

10/06/15        D G HEIMAN                                         2.10                          2,520.00
Review agenda from Chou (Rothschild) regarding 10/8/15 meeting with the first lien lenders (.30);
participate in conference call with first and second lien lenders' professionals regarding business plan (1.80).

10/07/15        C E BLACK                                          2.90                          2,465.00
Communicate with Parkhill (Rothschild) and Chou (Rothschild) regarding business plan issues and
preparations for meeting with lenders (.80); review business plan and other materials in preparation for
meetings with lenders (1.20); review revised blowout deck (.70) and communicate with Verheij (ANR)
regarding confidentiality issues (.20).

10/07/15        J B ELLMAN                                         1.80                          1,710.00
Review materials for business plan meeting (1.40); communicate with Black regarding same (.20); review
Chou (Rothschild) communications regarding same (.20).

10/07/15        D G HEIMAN                                         3.50                          4,200.00
Participate in Board call regarding business plan (2.00); review Black agenda for meeting with first and
second lien lenders regarding business plan (.30); communicate with Black regarding same (.20);
communicate with Parkhill (Rothschild) and Black regarding plan of reorganization impact of business plan
and sale process (1.0).

10/08/15        C E BLACK                                          2.10                          1,785.00
Follow-up meetings with client regarding business plan issues.

10/08/15        D G HEIMAN                                         7.50                          9,000.00
Attend strategy session with Cavatoni (ANR) and advisors regarding plan of reorganization (1.0); attend
business plan meeting with first and second lien lenders (6.50).

10/09/15        C E BLACK                                          2.40                          2,040.00
Review value enhancement plan issues (.90); conferences with Verheij (ANR) (.20) and Carmody
(McKinsey) (.20) regarding same; review business plan and structural alternative materials (.90);
communicate with Fleck (Milbank) regarding business plan issues (.20).

10/09/15        J N EDEL                                           1.80                          585.00
Research regarding Fourth Circuit standards governing treatment under plan of reorganization.

JONES DAY

Plan and Disclosure Statement                                                                Page 2

---

10/09/15      J B ELLMAN                              1.20                          1,140.00
Review and analyze updated asset recovery analysis (.60); review related materials (.40); communicate with
Black regarding same (.10); communicate with Rothschild team regarding same (.10).

10/09/15      D G HEIMAN                              0.50                           600.00
Communicate with Black regarding release of business plan issues.

10/09/15      T A WILSON                              0.20                           140.00
Communicate with Black, Zeltner regarding research addressing substantive consolidation standard.

10/09/15      O S ZELTNER                             3.70                          1,480.00
Research case law and secondary sources on Westlaw regarding Fourth Circuit standards governing
treatment under plan of reorganization (3.30); communicate with Wilson (.20), Edel (.20) regarding same.

10/10/15      C E BLACK                               1.80                          1,530.00
Review business plan materials and blowout deck (1.0); review materials for meeting with unsecured
creditors committee (.80).

10/11/15      C E BLACK                               1.20                          1,020.00
Review business plan materials.

10/11/15      J B ELLMAN                              1.10                          1,045.00
Communicate with Chou (Rothschild) regarding upcoming meetings with lenders (.10); review business
plan materials regarding same (1.0).

10/12/15      C E BLACK                               5.70                          4,845.00
Participate in telephonic meeting with unsecured creditors committee advisors regarding business plan
issues (2.80); communicate with first lien lenders regarding business plan issues (.90); review materials
relating to value enhancement plan (.60); review updated business plan supporting materials (.70);
communicate with Hessler (Kirkland) regarding restricted period (.20); communicate with Rothschild
regarding business plan calculations (.50).

10/12/15      J B ELLMAN                              5.60                          5,320.00
Conference call with Alpha, Rothschild, Jefferies, Milbank, Protiviti, McKinsey, A&M regarding market
outlook information (3.80); review Rothschild diminution and distribution analysis (.60); conference with
Chou (Rothschild) regarding same (.30); review DIP documents (.40) and research (.50) regarding same.

10/12/15      D G HEIMAN                              0.80                           960.00
Participate in call with advisors to first lien lenders regarding restructuring strategy.

10/12/15      D G HEIMAN                              1.00                          1,200.00
Review Cavatoni (ANR) timeline regarding key activities related to business plan (.50); communicate with
Black regarding Rothschild business plan analysis (.50).

10/12/15      O S ZELTNER                             9.90                          3,960.00
Research case law and secondary sources on Westlaw regarding Fourth Circuit standards governing
treatment under plan of reorganization (5.10); draft memorandum regarding same (4.80).

10/13/15      C E BLACK                               3.20                          2,720.00
Review and analyze business plan materials (2.30); participate in conference call with Rothschild, Herman
regarding potential scenarios (.90).

10/13/15      J B ELLMAN                              4.30                          4,085.00
Review, analyze and comment on recovery analysis (1.90); review DIP documents regarding same (.60);
conference call with Black and Rothschild team regarding same (1.0); follow up with Black regarding same
(.20); draft waterfall for same (.30); conferences with Green regarding same (.30).

10/13/15      D G HEIMAN                              1.50                          1,800.00
Review Rothschild business plan analysis (.50); attend conference call with Rothschild, Black regarding
same (1.0).

10/13/15      O S ZELTNER                             7.90                          3,160.00
Draft memorandum regarding Fourth Circuit standards governing treatment under plan of reorganization
(6.70); research case law on Westlaw for same (1.0); communicate with Wilson regarding same (.20).

10/14/15      C E BLACK                               2.90                          2,465.00
Follow-up conference with company regarding meeting with unsecured creditors committee and business
plan issues.

Plan and Disclosure Statement                                                                    Page 3

10/14/15        J B ELLMAN                                    1.40                    1,330.00
Review recovery analysis from Rothschild (.40); draft memorandum to Rothschild with comments on same
(.80); conference with Black regarding same (.20).

10/14/15        D G HEIMAN                                   1.00                    1,200.00
Attend meeting with management and Rothschild regarding creditor recovery analysis.

10/14/15        D J MERRETT                                   4.10                    2,562.50
Draft and revise motion to extend exclusivity period (2.70); review precedent in connection with same
(1.20); communicate with Wilson, Black regarding same (.20).

10/14/15        T A WILSON                                   0.80                     560.00
Review memorandum regarding plan confirmation standards in Fourth Circuit (.50); communicate with
Black, Zeltner regarding same (.20); communicate with Black, Merrett regarding exclusivity motion (.10).

10/14/15        O S ZELTNER                                  2.80                    1,120.00
Revise daily Patriot and Walter Energy docket update (.30); revise memorandum regarding Fourth Circuit
standards governing treatment under plan of reorganization (2.30); communicate with Wilson regarding
same (.20).

10/15/15        C E BLACK                                    2.10                    1,785.00
Analysis of potential plan constructs and related issues.

10/15/15        C E BLACK                                    5.10                    4,335.00
Communicate with Rothschild and Ellman regarding business plan diligence requests (.90); review updated
business plan analysis materials (.80); communicate with Rothschild regarding business plan analysis (.70);
communicate with first lien lenders advisors regarding business plan questions (1.10); review and comment
on draft board deck and related materials (1.60).

10/15/15        J B ELLMAN                                   4.30                    4,085.00
Conference call with Davis Polk, Ducera and Rothschild regarding restructuring strategy and issues (1.10);
follow up with Black regarding same (.30); review plan model and waterfall regarding same (.40); conference
call with Black and Chou (Rothschild), Delo (Rothschild) and rest of Rothschild team regarding same and
revisions (.90); review and comment on summary materials regarding same (.80); conference call with Black
and Rothschild team regarding recovery analysis (.60); review board slides regarding same (.20).

10/15/15        D G HEIMAN                                   2.50                    3,000.00
Communicate with Black, Ellman and Chou (Rothschild) regarding business plan presentation to first lien
lenders (.50); participate in conference call with Davis Polk and Ducera regarding business plan (1.40);
follow-up communications with Black and Verheij (ANR) (.60).

10/15/15        T A WILSON                                   0.20                     140.00
Communicate with Black, Zeltner regarding issues related to plan and restructuring.

10/15/15        O S ZELTNER                                  1.20                     480.00
Revise memorandum regarding Fourth Circuit standards governing treatment under plan of reorganization
(.90); communicate with Black, Wilson regarding same (.30).

10/16/15        C E BLACK                                    5.60                    4,760.00
Review revised analysis of business plan issues (.40); communicate with Rothschild and Ellman regarding
business plan issues (.80); communicate with DIP lender professionals regarding business plan issues (1.10);
follow-up communications with Rothschild and Ellman regarding DIP lender issues (.30); communicate
with Carmody (McKinsey) regarding value enhancement plan (.40); review revised presentation relating to
same (.60); communicate with Verheij (ANR) regarding same (.20); review and comment on revised board
deck (.90); communicate with Ellman (.20) and Chou (Rothschild)(.30) regarding business plan;
communicate with Verheij (ANR) regarding business plan issues (.40).

10/16/15        J B ELLMAN                                   3.70                    3,515.00
Review and evaluate memorandum on calculation of diminution adequate protection claims (.60);
communicate with Green regarding same (.20); review updated analysis from Rothschild regarding same
(.20); conference call with Black and Rothschild team regarding same (1.10); conference call with Black,
Heiman, Rothschild team and DIP Lender advisors regarding status of business plan and next steps (1.10);
follow up with Heiman, Black, Parkhill (Rothschild) and Chou (Rothschild) regarding same (.50).

10/16/15        D G HEIMAN                                   0.50                     600.00
Communicate with Black and Ellman regarding business plan and DIP milestones.

**JONES DAY**

Plan and Disclosure Statement                                                                                          Page 4

| 10/16/15 | D G HEIMAN | 2.00 | 2,400.00 |

Participate in conference call with Davis Polk and Ducera regarding business plan issues (1.30); communicate with Black and Rothschild regarding same (.70).

| 10/17/15 | C E BLACK | 1.10 | 935.00 |

Review updated business plan materials and supporting documentation.

| 10/18/15 | C E BLACK | 0.30 | 255.00 |

Review and analyze requests from term lenders relating to business plan.

| 10/18/15 | J B ELLMAN | 1.30 | 1,235.00 |

Conference call with Heiman, Barragate and Black regarding business plan issues (.90); review related issues and correspondence (.40).

| 10/19/15 | C E BLACK | 5.70 | 4,845.00 |

Communicate with Crutchfield, Verheij (ANR) and Ellman regarding business plan issues (.50); review, analyze and comment on business plan and related materials (1.40); communicate with second lien lenders regarding business plan questions (1.0); communicate with first lien lenders regarding business plan issues (1.20); communicate with Heiman regarding same (.60); review and comment on board minutes (.30); communicate with Ellman, Cavatoni (ANR) and Rothschild regarding business plan issues (.70).

| 10/19/15 | C E BLACK | 1.10 | 935.00 |

Review and analyze potential plan structures and issues.

| 10/19/15 | J B ELLMAN | 5.10 | 4,845.00 |

Conference call with Schaible and Meyer (Davis Polk) regarding business plan issues (.50); review and comment on updated recovery analysis (.60); review supporting materials regarding same (.40); conference call with Cavatoni (ANR), Black and Rothschild team regarding same (.60); conference call with Rothschild team, and second lien advisors from Houlihan and Kirkland regarding business plan and asset analysis (1.10); conference call with Meyer and Scheible (both Davis Polk), Rothschild team, Ducera and Black regarding same (.90); follow up with Parkhill and Chou (both Rothschild) and Black regarding same and alternatives (.40); review lender due diligence list regarding same (.20); draft memorandum regarding issues regarding same (.20); communicate with Barragate regarding recovery analysis issues impacting DIP financing (.20).

| 10/19/15 | D G HEIMAN | 1.00 | 1,200.00 |

Communicate with advisors to first lien lenders regarding business plan milestones.

| 10/20/15 | C E BLACK | 2.40 | 2,040.00 |

Communicate with client and Heiman regarding business plan issues (.70); review and comment on outline of agreed business plan (.60); review and analyze business plan issues (1.10).

| 10/20/15 | J B ELLMAN | 5.10 | 4,845.00 |

Draft outline of issues to finalize business plan (1.90); review materials regarding same (.20); communicate with Black and Heiman regarding same (.30); conference with Barragate regarding same (.10); revise outline for same (.70); update outline regarding same based on comments (.80); draft memorandum to Cavatoni and Verheij (both ANR) regarding same (.20); attend conference call with Rothschild, Alvarez and McKinsey and first lien advisors regarding due diligence requests (.90).

| 10/21/15 | C E BLACK | 1.90 | 1,615.00 |

Review and analyze issues relating to business plan.

| 10/21/15 | J B ELLMAN | 3.50 | 3,325.00 |

Conference call with Heiman, Black, Rothschild team, Davis Polk, Ducera regarding business plan and supporting data issues (.60); conference with Heiman, Black, Rothschild team, and second lien advisors regarding same (.90); finalize memorandum on business plan requirements and status (.90); communicate with Cavatoni (ANR) regarding same (.10); communicate with Parkhill (Rothschild) and Carmody (McKinsey) regarding same (.10); review disclosure materials for distribution to private side lenders (.40); review case plan term sheet from DIP Lenders (.40); communicate with Barragate regarding same (.10).

| 10/21/15 | D G HEIMAN | 0.50 | 600.00 |

Review first lien lenders' terms for extension of DIP milestone (.30); communicate with Rothschild regarding same (.20).

JONES DAY

Plan and Disclosure Statement                                                                Page 5

10/22/15        C E BLACK                                    3.90                    3,315.00
Communicate with Rothschild and advisors to DIP agent regarding business plan issues (.60); communicate
with McKinsey regarding business plan issues (.70); review and analyze updated business plan materials
(1.10); communicate with Rothschild regarding summary of certain business plan issues and review and
comment on same (.40); communicate with Heiman regarding planning for meetings with constituents
(.30); analyze business plan issues (.80).

10/22/15        J B ELLMAN                                   3.00                    2,850.00
Conference call with Black, Ducera team, Davis Polk team, Rothschild team, McKinsey team regarding
business plan, due diligence, milestone issues and related matters (1.20); review related materials (.40);
review and comment on case plan term sheet (.80); communicate with Black regarding same (.20); review
related issues and background materials (.40).

10/22/15        D G HEIMAN                                   1.00                    1,200.00
Communicate with Black regarding business plan strategy with first and second lien lenders.

10/22/15        D J MERRETT                                  5.10                    3,187.50
Draft and revise exclusivity extension motion (4.20); review case docket in connection with same (.80);
communicate with Wilson regarding same (.10).

10/22/15        T A WILSON                                   1.40                      980.00
Review and revise motion to extend exclusivity period (1.20); communicate with Merrett regarding same
(.20).

10/23/15        D BARAV-JOHNSON                              1.10                      357.50
Research Fourth Circuit standard on non consensual third party releases.

10/23/15        C E BLACK                                    3.10                    2,635.00
Communicate with Rothschild (.50) and McKinsey regarding business plan issues (.40); review and
comment on planning materials for upcoming business plan meetings (.90); review and analyze updated
business plan materials (.80); review and revise agenda for meeting on 10/27/15 (.50).

10/23/15        J B ELLMAN                                   0.40                      380.00
Review and comment on agenda for meetings with lenders (.20); communicate with Black regarding same
and preparations (.20).

10/23/15        D G HEIMAN                                   1.50                    1,800.00
Communicate with client, Black regarding first lien lenders proposal regarding business plan issues (.50);
review Rothschild presentation (.30); communicate with Rothschild and McKinsey regarding meeting with
first lien lender principals (.70).

10/23/15        D J MERRETT                                  1.40                      875.00
Review and revise exclusivity extension motion (1.20); communicate with Wilson regarding same (.20).

10/23/15        T A WILSON                                   1.40                      980.00
Review and revise motion to extend exclusivity (1.10); communicate with Merrett regarding same (.30);

10/24/15        C E BLACK                                    0.30                      255.00
Conference with Hessler (Kirkland) regarding business plan issues.

10/24/15        J B ELLMAN                                   0.40                      380.00
Review correspondence from Rothschild regarding diligence process with Ducera.

10/24/15        D J MERRETT                                  0.80                      500.00
Review and revise exclusivity extension motion (.70); communicate with Black regarding same (.10).

10/25/15        C E BLACK                                    0.90                      765.00
Review and comment on exclusivity motion.

10/25/15        C E BLACK                                    1.20                    1,020.00
Multiple communications with Schaible (Davis Polk) regarding business plan related meetings (.60); review
and analyze business plan materials (.60).

10/25/15        D J MERRETT                                  0.30                      187.50
Review and revise exclusivity extension motion (.10); communicate with Black, Wilson regarding same
(.20).

JONES DAY

Plan and Disclosure Statement                                                           Page 6

10/25/15       T A WILSON                                   0.20                    140.00
Review revised exclusivity motion and communicate with Merrett regarding same.

10/26/15       D BARAV-JOHNSON                              3.50                  1,137.50
Research non consensual third party releases in the Fourth Circuit and draft analysis of same.

10/26/15       C E BLACK                                    2.60                  2,210.00
Meetings with Rothschild and Cavatoni (ANR) regarding business plan issues (1.90); review and analyze
business plan materials and issues (.70).

10/26/15       J B ELLMAN                                   3.30                  3,135.00
Review and revise motion to extend exclusivity (2.40); communicate with Merrett regarding same (.30);
review related materials (.20); communicate with Black regarding strategy for same (.20); communicate with
Wilson regarding same (.20)

10/26/15       J B ELLMAN                                   5.90                  5,605.00
Conference call with Rothschild team, Heiman, Black, to prepare for meetings with stakeholders (.60);
conference with Black, Rothschild team, McKinsey team and first lien lender advisors regarding business
plan, case plan, diligence, projections and upcoming activities (1.30); follow up call with Black and Parkhill
(Rothschild) regarding same (.40); conference call with Rothschild team, McKinsey, Heiman, Black and
committee advisors regarding business plan, financing issues and case planning (1.10); conference call with
Rothschild team, McKinsey, Heiman, Black and second lien noteholders and advisors regarding business
plan, financing issues and case planning (1.20); review materials for meetings (.80); review and revise agenda
for tomorrow's meeting with first and second lien lenders over case status and planning (.30); communicate
with Black regarding same (.20).

10/26/15       D G HEIMAN                                   0.50                    600.00
Communicate with Black regarding meeting with advisors to first lien lenders.

10/26/15       D J MERRETT                                  2.80                  1,750.00
Revise exclusivity extension motion (2.30); communicate with Black (.20), Wilson (.10), Ellman (.20)
regarding same.

10/26/15       T A WILSON                                   0.20                    140.00
Review revised exclusivity motion and communicate with Merrett regarding same.

10/27/15       C E BLACK                                    3.40                  2,890.00
Communicate with Heiman regarding business plan issues (1.30); review business plan related materials
(2.10).

10/27/15       J B ELLMAN                                   1.10                  1,045.00
Review and revise updated exclusivity motion (.80); communicate with Merrett, Black and Wilson regarding
same (.20); communicate with Heiman regarding same (.10).

10/27/15       D G HEIMAN                                   6.00                  7,200.00
Communicate with Black, Ellman and Rothschild regarding first lien lenders term sheet issues (.70); review
term sheet (.30); review first lien lenders term sheet proposal (.40); conference with team regarding same
(.60); communicate with Black to review issues with secured lenders (1.0); attend meeting with advisors to
first and second lien lenders regarding business plan issues (3.0).

10/27/15       D J MERRETT                                  2.40                  1,500.00
Review and revise exclusivity extension motion (1.40); communicate with Wilson (.20), Black (.30), Verheij
(ANR) (.20), Long (.10), Ellman (.20) regarding same.

10/27/15       T A WILSON                                   0.20                    140.00
Review revised motion to extend exclusivity and communicate with Merrett regarding same.

10/28/15       C E BLACK                                    1.20                  1,020.00
Review, analyze and comment on business plan related materials.

10/28/15       D G HEIMAN                                   4.00                  4,800.00
Communicate with Cavatoni (ANR), Verheij (ANR) and Black regarding business plan issues (1.0);
communicate with Parkhill (Rothschild) regarding same (.50); communicate with Black and Hessler
(Kirkland & Ellis) regarding business plan issues (.50); review revised first lien lenders term sheet proposal
(.30); communicate with Black and Ellman regarding same (.20); communicate with Rothschild regarding
first lien lenders comments on business plan issues (1.0); communicate with client regarding response to
first lien lenders proposed term sheet (.50).

**JONES DAY**

Plan and Disclosure Statement                                                                                    Page 7

| | | | |
|---|---|---|---|
| 10/29/15 | C E BLACK | 0.80 | 680.00 |

Review and comment on business plan related materials.

10/29/15     J B ELLMAN                          1.40                    1,330.00

Draft slides for updated business plan (.50); review and comment on additional slides regarding same (.40); comments with Black regarding same (.30); conference with Easley regarding labor assumptions (.20).

10/29/15     D G HEIMAN                          3.20                    3,840.00

Communicate with Ellman regarding lender negotiations (.30); communicate with Verheij (ANR) and Cavatoni (ANR) regarding same (.30); communicate with Schaible (Davis Polk) regarding terms of milestones (.40); review revised term sheet (.40); communicate with client regarding remaining issues (.60); communicate with Hessler (Kirkland & Ellis) (.30), Ellman (.20), and Chou (Rothschild) (.50) regarding status of business plan term sheet.

10/30/15     C E BLACK                           0.40                      340.00

Communicate with Ellman and Rothschild regarding business plan issues and diligence requests.

10/30/15     D G HEIMAN                          1.00                    1,200.00

Review correspondence regarding issues on term sheet (.60); communicate with Hessler (Kirkland) and Ellman regarding same (.40).

10/30/15     D G HEIMAN                          1.30                    1,560.00

Communicate with Ellman and Chou (Rothschild) regarding blowout (.50); communicate with Hessler (Kirkland) regarding same (.80).

10/30/15     D G HEIMAN                          1.20                    1,440.00

Review and analyze issues related to term sheet (.70); communicate with client regarding same (.50).

10/30/15     D G HEIMAN                          0.50                      600.00

Review and analyze final term sheet.

**TOTAL**                                    **233.00**        **USD**    **201,292.50**

JONES DAY

---

Real Estate                                                                                                Page 1

---

10/19/15        D J MERRETT                                    2.70                        1,687.50
Review Herzberger revisions to real estate sale agreement (.40); prepare for conference call regarding same
(.30); conference with Harrington, Kreutzer (ANR), Wallen (local real estate counsel), Herzberger regarding
same (.40); communicate with Herzberger regarding same (.10); revise sale agreement (.20); communicate
with Harrington, Kreutzer (ANR), Wallen (local real estate counsel), Herzberger regarding same (.10); draft
and revise sale notice regarding same (1.20).

10/20/15        D J MERRETT                                    1.60                        1,000.00
Prepare sale notice for real estate conveyance (1.30); communicate with Herzberger, Wallen (local real
estate counsel), Harrington, Seaborn, Thompson (ANR) regarding same (.30).

10/21/15        D J MERRETT                                    0.40                          250.00
Review revised sale notice regarding potential sale of miscellaneous real property (.20); communicate with
Harrington (ANR) regarding same (.20).

10/26/15        D J MERRETT                                    2.30                        1,437.50
Communicate with Harrington (ANR), Kreutzer (ANR) regarding real estate transaction (.30); prepare
broker affidavit for seller's broker (1.20); prepare broker affidavit for buyer's broker (.80).

10/27/15        D J MERRETT                                    0.30                          187.50
Review and analyze agreement for potential sale of real estate.

10/28/15        D J MERRETT                                    0.40                          250.00
Communicate with Harrington (ANR), Herzberger regarding potential real property sale.

**TOTAL**                                                    **7.70**        **USD**        **4,812.50**

JONES DAY

Relief from Stay and Adequate Protection                                                                    Page 1

---

10/01/15        T A WILSON                                    0.10                    70.00
Review Heitzenrater (ACE counsel) correspondence regarding Gobble stipulation.

10/02/15        D S BIRNBAUM                                  0.30                   210.00
Research regarding impact of automatic stay on grievance processing.

10/02/15        T A WILSON                                    0.10                    70.00
Review McNew (Gobble) correspondence regarding stipulation resolving lift stay motion.

10/04/15        T A WILSON                                    0.50                   350.00
Review revised stipulation resolving Gobble lift stay motion and communicate with McNew (Gobble),
Black, Stodola (Milbank) regarding same.

10/05/15        T A WILSON                                    1.40                   980.00
Communicate with McNew (Gobble), Black regarding revised Gobble stipulation (.20); review same (.10);
communicate with Black regarding stay relief procedures motion (.10); review and revise objection to
Griffith stay relief motion (.80); communicate with Monroe (ANR), Underwood (Griffith) regarding same
(.20).

10/05/15        O S ZELTNER                                   0.40                   160.00
Communicate with Wilson regarding Gobble lift stay stipulation (.20), response to Griffith lift stay motion
(.10) and Jenkins lift stay request (.10).

10/06/15        D J MERRETT                                   0.50                   312.50
Communicate with Zeltner regarding order on Kinder Morgan stay relief motion (.20); revise same (.20);
communicate with Black, Long (Hunton) regarding same (.10).

10/06/15        T A WILSON                                    0.20                   140.00
Review correspondence from Karas (Pennsylvania Department of Transportation) regarding potential
stipulation lifting stay to effect taking pursuant to eminent domain power (.20).

10/07/15        D S BIRNBAUM                                  0.40                   280.00
Analysis of summary of pending union grievances (.10); continue analysis of impact of automatic stay on
labor grievances and arbitration (.30).

10/07/15        D J MERRETT                                   0.30                   187.50
Review and finalize proposed order on Gobble matter (.10); review and finalize proposed order on Emerald
litigation matter (.10); communicate with Long (Hunton) regarding same (.10).

10/07/15        T A WILSON                                    0.20                   140.00
Communicate with Karas (Penn Dep't of Transportation) regarding potential eminent domain action.

10/08/15        J N EDEL                                      1.10                   357.50
Research and assemble model precedent regarding Rule 2004 motions in connection with West Virginia
litigation claimants' request.

10/08/15        O S ZELTNER                                   0.50                   200.00
Communicate with Edel regarding West Virginia litigation claimants' lift stay motion and response to same
(.20); review filings in connection with same (.30).

10/12/15        T A WILSON                                    1.10                   770.00
Review correspondence from PA Department of Transportation regarding eminent domain issue (.20);
communicate with Harrison (ANR), Karas (PADOT) regarding same (.30); review West Virginia litigants'
request for relief from stay and related Rule 2004 motion (.30); communicate with Zeltner regarding
responses to same (.30).

10/12/15        O S ZELTNER                                   0.20                    80.00
Communicate with Wilson regarding West Virginia litigation claimants' lift stay motion, response to same
and related 2004 motion.

10/13/15        D A EINIK                                     2.50                 1,312.50
Research regarding interaction of automatic stay and environmental law.

10/13/15        K P HOLEWINSKI                                0.80                   660.00
Review and analyze interaction of automatic stay and environmental law.

Relief from Stay and Adequate Protection                                                           Page 2

10/13/15        T A WILSON                                  0.30                        210.00
Communicate with Underwood (Griffith) regarding motion to lift stay and extension of objection deadline
(.20); communicate with Harrison (ANR) regarding Pennsylvania Department of Transportation request for
stay relief (.10).

10/14/15        D A EINIK                                   6.20                      3,255.00
Research regarding interaction of automatic stay and environmental law.

10/14/15        T A WILSON                                  0.60                        420.00
Review Donaldson (Spruce Pine counsel) correspondence regarding potential lift stay request in quiet title
action (.10); communicate with Donaldson, Harrison (ANR), Harrington (ANR) regarding same (.30);
communicate with Heitzenrater (AIG) regarding West Virginia claimants' lift stay request (.20).

10/15/15        T A WILSON                                  0.80                        560.00
Review background materials related to Paluti/Cumberland Slope lift stay issue (.20); communicate with
Zeltner regarding Jenkins informal lift stay request (.20); review correspondence from and communicate
with Monroe regarding Mingo County coal slurry litigation (.20); review motion for relief from automatic
stay filed by Spruce Pine Land Company (.20).

10/15/15        O S ZELTNER                                 0.50                        200.00
Communicate with Wilson regarding Jenkins request for lift stay stipulation (.20); review court documents,
insurance documents and communications regarding same (.30).

10/16/15        J N EDEL                                    1.00                        325.00
Communicate with Zeltner regarding objection to lift stay motion by Spruce Pine.

10/16/15        D J MERRETT                                 0.30                        187.50
Communicate with Wilson regarding West Virginia litigation stay relief parties' Rule 2004 motion.

10/16/15        T A WILSON                                  1.30                        910.00
Communicate with Harrington (ANR), Zeltner, Black regarding Spruce Pine motion to lift the automatic
stay (.80); communicate with Monroe (ANR), Stankowicz (ANR local counsel) regarding application of
automatic stay in various prepetition litigation (.30); communicate with Merrett regarding West Virginia
litigation claimants motion for stay relief (.20).

10/16/15        O S ZELTNER                                 2.10                        840.00
Communicate with Wilson, Harrington (ANR), Kreutzer (ANR) regarding Spruce Pine lift stay motion and
response to same (.80); review Spruce Pine motion and complaint (.50); further communications with
Wilson (.30), Edel (.40) regarding same; communicate with Wilson, Merrett regarding Gambill motion for
entry of lift stay stipulation (.10).

10/19/15        J N EDEL                                    5.00                      1,625.00
Draft objection to Spruce Pine's motion for relief from stay to proceed with litigation in state court.

10/19/15        T A WILSON                                  4.40                      3,080.00
Revise objection to Griffith motion to lift automatic stay (3.30); communicate with Monroe (ANR), Zeltner
regarding same (.40); review and revise motion to lift stay in Gambill litigation (.30); communicate with
Zeltner regarding same (.10); communicate with Harrington (ANR) regarding required status reports in
pending litigation (.10); review and revise status report and communicate with Zeltner regarding same (.20).

10/19/15        O S ZELTNER                                 3.30                      1,320.00
Draft motion for approval of stipulation resolving prepetition Gambill litigation (.60); communicate with
Wilson (.20), Harrison (ANR) (.10), Burnett (Williams Mullin) (.20) regarding same; revise objection to
Griffith lift stay motion (.30); review insurance documents in connection with same (1.70); communicate
with Wilson regarding same (.20).

10/20/15        C E BLACK                                   0.50                        425.00
Review and comment on objection to Griffith lift stay motion.

10/20/15        J N EDEL                                    2.00                        650.00
Draft objection to lift stay motion by Spruce Pine.

10/20/15        T A WILSON                                  1.40                        980.00
Revise objection to Griffith lift stay motion (.20); various communications with Harrison (ANR), Monroe
(ANR), Black, Zeltner regarding same (.70); communicate with Harrop (Milbank), Zeltner regarding
response to West Virginia claimants' lift stay motion (.30); communicate with Hellmers (Black Hills Corp.)
regarding potential lift stay motion (.20).

**JONES DAY**

Relief from Stay and Adequate Protection                                                                    Page 3

---

| 10/20/15 | O S ZELTNER | 4.80 | 1,920.00 |

Communicate with Edel regarding Spruce Pine lift stay motion and response to same (.40); revise objection to Griffith lift stay motion (.50); communicate with Wilson regarding same (.30); research case law and secondary sources on Westlaw for response to West Virginia litigation claimants' lift stay motion (3.50); communicate with Wilson regarding same (.10).

| 10/21/15 | M T BARRIOS | 0.50 | 100.00 |

Redact insurance policies per Zeltner's instruction.

| 10/21/15 | T A WILSON | 1.40 | 980.00 |

Communicate with Monroe (ANR), Zeltner, Long (Hunton) regarding finalization of objection to Griffiths lift stay motion (.60); communicate with Long (Hunton) regarding lift stay motion filed by West Virginia litigation claimants (.20); review filing copy of Griffith objection (.10); review filing copy of Gambill motion to lift the automatic stay (.20); review background documentation related to Spruce Pine motion to lift the automatic stay and communicate with Zeltner regarding same (.30).

| 10/21/15 | O S ZELTNER | 7.50 | 3,000.00 |

Communicate with Wilson (.20), Burnett (Williams Mullen) (.30) regarding motion to modify the automatic stay to effectuate Gambill settlement; coordinate filing and service of same (.30); revise objection to Griffith lift stay motion (.20); coordinate redaction and assembly of exhibits regarding same (.50); coordinate filing and service of same (.20); communicate with Wilson (.20), Bolling (Bolling Law) (.20), Harrington (ANR) (.20) regarding Jenkins stay relief request; review insurance information regarding same (.30); communicate with Wilson (.30), Harrington (.20), Edel (.20) regarding objection to Spruce Pine lift stay motion; review data provided by Company regarding same (.30); research case law and secondary sources on Westlaw for objection to West Virginia litigation claimants' lift stay motion (2.80); draft same (1.10).

| 10/22/15 | C E BLACK | 0.60 | 510.00 |

Review Black Hills motion for relief from stay (.40); conference with Wilson regarding same (.20).

| 10/22/15 | T A WILSON | 2.40 | 1,680.00 |

Review correspondence and spreadsheets from company regarding royalties related to Spruce Pine lift stay motion (.10); communicate with Zeltner regarding same (.20); communicate with Harrison (ANR), Karas (PA Dep't of Transportation) regarding potential lift stay stipulation regarding eminent domain exercise (.20); review scheduling order entered in state court litigation and communicate with Monroe (ANR) regarding same (.20); communicate with Monroe (ANR) regarding potential mediation of Griffith matter (.10); participate in conference call with Zeltner, Harrington (ANR) regarding objection to Spruce Pine lift stay motion (.40); follow-up communication with Zeltner and review correspondence regarding same (.30); review insurance spreadsheet related to West Virginia claimants' lift stay motion (.20); review and analyze Black Hills lift stay motion (.40); communicate with Black, Zeltner, Harrington (ANR), Black Hills counsel regarding same (.30).

| 10/22/15 | O S ZELTNER | 11.30 | 4,520.00 |

Communicate with Harrington (ANR), Wilson, Edel regarding objection to Spruce Pine lift stay motion and related facts (.30); further communications with Wilson (.20), Edel (.20) regarding same; revise objection to West Virginia litigation claimants' lift stay motion (7.70); research case law on Westlaw regarding same (2.90).

| 10/23/15 | T A WILSON | 1.40 | 980.00 |

Communicate with Harrison (ANR), Kreutzer (ANR) regarding eminent domain request from Pennsylvania Department of Transportation (.20); participate in conference call with Kreutzer (ANR), Harrington (ANR), Lepchitz (ANR), Zeltner regarding Black Hills lift stay motion (.50); communicate with Zeltner regarding West Virginia claimants' motion to lift the automatic stay and insurance information (.20); communicate with Elliott (West Virginia claimants' counsel) regarding same (.50).

| 10/23/15 | O S ZELTNER | 10.80 | 4,320.00 |

Communicate with Harrington (ANR), Kreutzer (ANR), Lepchiz (ANR), Wilson regarding Black Hills lift stay motion and related facts (.70); further communications with Wilson regarding same (.10); review related filings (.30); communicate with Monroe (ANR) regarding insurance information for objection to West Virginia litigation claimants' lift stay motion (.20); review insurance policies and spreadsheet for same (.80); revise same (3.90); research case law on Westlaw for same (1.90); revise objection to Spruce Pine lift stay motion (2.70); communicate with Edel regarding same (.20).

| 10/25/15 | T A WILSON | 1.10 | 770.00 |

Review and revise objection to West Virginia litigation claimants lift stay motion.

JONES DAY

Relief from Stay and Adequate Protection                                                    Page 4

| | | | |
|---|---|---|---|
| 10/25/15 | O S ZELTNER | 1.80 | 720.00 |

Research case law and secondary sources for objection to WV litigation claimants' 2004 motion.

| | | | |
|---|---|---|---|
| 10/26/15 | T A WILSON | 1.40 | 980.00 |

Communicate with Elliott (West Virginia claimants), Zeltner, Black regarding motions of West Virginia claimants for relief from stay and insurance information (.60); review insurance information (.20); communicate with Kreutzer (ANR), Karas (Pennsylvania Department of Transportation) regarding potential agreement to lift stay to allow eminent domain proceeding (.50); communicate with Donaldson (Spotts Fain), Black regarding Spruce Pine lift stay motion (.10).

| | | | |
|---|---|---|---|
| 10/26/15 | O S ZELTNER | 9.40 | 3,760.00 |

Communicate with Wilson (.30), Monroe (ANR) (.30) regarding insurance issues relating to objection to West Virginia claimants' lift stay motion; review insurance policies and spreadsheet for same (.70); revise objection to Spruce Pine lift stay motion (6.80); research case law and secondary sources on Westlaw regarding same (1.30).

| | | | |
|---|---|---|---|
| 10/27/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Monroe (ANR), Zeltner regarding response to West Virginia claimants' lift stay and Rule 2004 motions.

| | | | |
|---|---|---|---|
| 10/27/15 | O S ZELTNER | 5.90 | 2,360.00 |

Communicate with Monroe (ANR) (.20) Wilson (.10) regarding insurance related to objection to West Virginia claimants' lift stay motion; review insurance policies regarding same (.30); revise objection to Spruce Pine lift stay motion (4.30); research case law on Westlaw regarding same (.80); communicate with Wilson regarding same (.20).

| | | | |
|---|---|---|---|
| 10/28/15 | J B ELLMAN | 0.60 | 570.00 |

Conference with Abdel-Razek (A&M) regarding adequate protection payments (.10) review invoices regarding same (.40); conference with Pesce (Kirkland) regarding same (.10).

| | | | |
|---|---|---|---|
| 10/28/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Donaldson (Spruce Pine) regarding lift stay motion of Spruce Pine (.20); communicate with Harrington (ANR), Kreutzer (ANR) regarding Black Hills and Spruce Pine matters (.20).

| | | | |
|---|---|---|---|
| 10/29/15 | T A WILSON | 0.40 | 280.00 |

Communicate with Monroe regarding filing of mechanics liens and exception from stay (.10); communicate with Kreutzer (ANR), Karas (Pennsylvania Dept of Transportation) regarding eminent domain settlement (.10); communicate with Monroe, Underwood (Griffith counsel) regarding Griffith lift stay motion (.20).

| | | | |
|---|---|---|---|
| 10/29/15 | O S ZELTNER | 7.80 | 3,120.00 |

Revise objection to Black Hills lift stay motion (4.60); research case law and secondary sources on Westlaw regarding same (3.10); communicate with Wilson regarding same (.10).

| | | | |
|---|---|---|---|
| 10/30/15 | T A WILSON | 1.30 | 910.00 |

Communicate with Monroe regarding Griffith lift stay matter (.10); review reply in support of Griffith lift stay motion and communicate with Zeltner regarding same (.40); review and revise objection to Black Hills lift stay motion (.30); communicate with Kreutzer (ANR), Harrington (ANR), Zeltner regarding same (.20); communicate with Underwood (Griffith), Zeltner regarding stipulation resolving lift stay motion (.20); communicate with Karas (Pennsylvania Dep't of Transportation) regarding eminent domain and automatic stay issues (.10).

| | | | |
|---|---|---|---|
| 10/30/15 | O S ZELTNER | 1.90 | 760.00 |

Revise objection to Black Hills lift stay motion (1.60); communicate with Wilson (.20), Merrett (.10) regarding same.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **113.40** | **USD** | **54,067.50** |

**JONES DAY**

Reporting                                                                                                    Page 1

---

10/01/15        D BARAV-JOHNSON                        2.60                      845.00
Review and analyze schedules of liabilities and statements of financial affairs and communicate with Merrett regarding same.

10/01/15        C E BLACK                              0.70                      595.00
Review and revise schedules of liabilities.

10/01/15        D J MERRETT                            6.40                    4,000.00
Review and revise global notes for schedules of liabilities and statements of financial affairs (1.80); communicate with Wilson, Black (.20), Kotarba, Williams (A&M) (.20) regarding same; communicate with Williams, Kotarba regarding Statement 3(c) (.30); review same (.60); communicate with Black regarding same (.20); review and revise Schedule G (2.70); communicate with Wilson (.20); Kotarba, Williams (.20) regarding same.

10/01/15        T A WILSON                             1.20                      840.00
Review updated master files for schedules and statements (.60); communicate with Merrett regarding same (.20); communicate with Mojdehi (Cooley) regarding request for equity committee formation (.20); review prior letter to U.S. Trustee in connection with same (.10); review revised global notes for schedules of liabilities and statements of financial affairs and communicate with Merrett regarding same (.10).

10/02/15        C E BLACK                              1.20                    1,020.00
Review and comment on notice of schedules of liabilities (.30); review and comment on certain schedules of liabilities (.90).

10/02/15        D J MERRETT                            6.60                    4,125.00
Review final versions of schedules (2.30) and statements of financial affairs (1.70); communicate with Kotarba, Williams (A&M) regarding same (.50); prepare notice of filing (.40); communicate with Wilson (.10), Black (.10) regarding same; communicate with Williams regarding revised statement 3(c) (.30); review same (.80); communicate with Black (.20); Fleck (Milbank) (.10), Bernstein (U.S. Trustee) (.10) regarding same.

10/02/15        T A WILSON                             0.40                      280.00
Communicate with Merrett regarding filing of schedules of liabilities and statements of financial affairs (.20); communicate with Mojdehi (Cooley), Black regarding request for equity committee formation (.20).

10/05/15        C E BLACK                              1.10                      935.00
Prepare for Section 341 meeting.

10/05/15        D J MERRETT                            0.70                      437.50
Prepare and review compact discs containing statements of financial affairs and schedules of liabilities for delivery to committee and United States trustee (.50); communicate with Williams (A&M) regarding redacted information (.20).

10/06/15        C E BLACK                              1.70                    1,445.00
Prepare for (.60) and attend Section 341 meeting (1.10).

10/08/15        D J MERRETT                            0.20                      125.00
Communicate with Bernstein (U.S. Trustee) regarding schedule for required monthly reporting under first day motions (.10); communicate with Holden (A&M) regarding same (.10).

10/08/15        T A WILSON                             0.20                      140.00
Review letter from Baddley (SEC) to United States Trustee requesting appointment of equity committee (.10); communicate with Black, Merrett regarding same (.10).

10/09/15        D J MERRETT                            0.30                      187.50
Review required monthly U.S. Trustee reports under first day orders (.20); communicate with Holden (A&M) regarding same (.10).

10/09/15        T A WILSON                             0.30                      210.00
Review and revise response to SEC letter to US trustee seeking the appointment of an equity committee.

10/11/15        T A WILSON                             0.20                      140.00
Review and revise response to SEC request for appointment of equity committee.

10/12/15        D J MERRETT                            0.10                       62.50
Communicate with Turner (U.S. Trustee) regarding monthly reporting.

**JONES DAY**

Reporting                                                                                                                    Page 2

| | | | |
|---|---|---|---|
| 10/12/15 | T A WILSON | 0.40 | 280.00 |

Review and revise response to SEC request to appoint an equity committee (.30); communicate with Merrett regarding same (.10).

| 10/14/15 | T A WILSON | 0.30 | 210.00 |
|---|---|---|---|

Review quarterly fee statement received from the US trustee and communicate with Bernstein (US Trustee), Harrison (ANR) regarding same.

| 10/15/15 | D J MERRETT | 2.10 | 1,312.50 |
|---|---|---|---|

Draft and revise stipulated order extending certain cash management order deadlines (1.60); communicate with Ellman (.20), Bernstein (U.S. Trustee) (.20) and counsel to lenders and creditors' committee (.10) regarding same.

| 10/16/15 | D J MERRETT | 1.70 | 1,062.50 |
|---|---|---|---|

Communicate with Bernstein (U.S. Trustee) regarding questions raised at continued Section 341 meeting (1.10); review and analyze summary of schedules of liabilities in connection with same (.50); communicate with Black regarding same (.10).

| 10/19/15 | C E BLACK | 0.30 | 255.00 |
|---|---|---|---|

Call with U.S. Trustee regarding fee committee request.

| 10/19/15 | J B ELLMAN | 0.20 | 190.00 |
|---|---|---|---|

Communicate with Merrett regarding monthly operating reports.

| 10/19/15 | D J MERRETT | 2.20 | 1,375.00 |
|---|---|---|---|

Review and revise monthly operating report (.60); revise global notes regarding same (1.30); communicate with Perez (ANR) (.10), Holden (A&M) (.20) regarding same.

| 10/20/15 | D J MERRETT | 0.50 | 312.50 |
|---|---|---|---|

Communicate with Holden regarding monthly operating report (.20); review Wilson revisions to same (.20); communicate with Wilson regarding same (.10).

| 10/20/15 | T A WILSON | 1.60 | 1,120.00 |
|---|---|---|---|

Communicate with Harrison (ANR), Bernstein (US Trustee), Holden (A&M) regarding payment of quarterly fees (.70); review monthly operating report for September (.40); communicate with Holden (A&M), Merrett regarding same (.10); participate in conference call with Holden (A&M), Bernstein (US Trustee), Turner (US Trustee) regarding payment of quarterly fees (.20); communicate with Harrison (ANR) regarding same (.20).

| 10/22/15 | C E BLACK | 0.10 | 85.00 |
|---|---|---|---|

Communicate with U.S. Trustee regarding Section 341 meeting.

| 10/22/15 | D J MERRETT | 0.70 | 437.50 |
|---|---|---|---|

Communicate with Black (.20), Long (Hunton) (.20), Kotarba (A&M) and Miller (KCC) (.20) regarding notice of contingent, unliquidated or disputed claims; communicate with Bernstein (U.S. Trustee) regarding same (.10).

| 10/23/15 | D J MERRETT | 0.50 | 312.50 |
|---|---|---|---|

Communicate with Black regarding Section 341 meeting (.10); communicate with Perez (ANR) regarding monthly operating report (.10); review same (.30).

| 10/23/15 | T A WILSON | 0.10 | 70.00 |
|---|---|---|---|

Communicate with Perez (ANR) regarding monthly operating report.

| 10/25/15 | D J MERRETT | 0.30 | 187.50 |
|---|---|---|---|

Review notes to monthly operating report (.20); communicate with Perez (ANR) regarding same (.10).

| 10/26/15 | D J MERRETT | 1.70 | 1,062.50 |
|---|---|---|---|

Review and revise monthly operating report and related Form 8-K (.80); communicate with Perez (ANR), Munsey (ANR) (.40), Jones (ANR) (.10), Solecki (.30), Wilson (.10) regarding same.

| 10/26/15 | T A WILSON | 0.20 | 140.00 |
|---|---|---|---|

Communicate with Merrett regarding information to be included in SEC filing.

| 10/27/15 | T A WILSON | 0.10 | 70.00 |
|---|---|---|---|

Review correspondence from various parties related to payment of U.S. trustee fees.

**JONES DAY**

Reporting                                                                                                          Page 3

10/28/15        C E BLACK                                              0.90                                765.00
    Conference with Goldstein (U.S. Trustee) regarding information requests (.70); communicate with Ellman
    and Verheij (ANR) regarding same (.20).

10/29/15        C E BLACK                                              0.60                                510.00
    Review materials from U.S. Trustee's counsel (.40); communicate with client regarding same (.20).

10/30/15        D J MERRETT                                           0.10                                 62.50
    Communicate with Esposito (A&M) regarding schedule amendments.

     **TOTAL**                                        **38.50**          **USD**        **25,207.50**

**JONES DAY**

Tax                                                                                                    Page 1

---

10/01/15        T A WILSON                                    0.30                      210.00
Communicate with Harrison (ANR), Black regarding potential property taxes motion.

10/05/15        T A WILSON                                    0.10                       70.00
Communicate with Harrison (ANR) regarding communication from DuPage County treasurer.

10/07/15        B S JACOBS                                    1.60                      720.00
Review notes regarding ANR's tax attributes in preparation of conference call regarding same.

10/08/15        J N EDEL                                      1.40                      455.00
Research regarding motion to pay property taxes (1.20); communicate with Zeltner regarding same (.20)

10/08/15        T A WILSON                                    0.80                      560.00
Participate in conference call with Harrison (ANR), Munsey (ANR), Kreutzer (ANR) regarding motion to approve payment of prepetition property taxes and payment of tax obligations (.50); communicate with Zeltner regarding research related to pro-ration of property taxes (.30).

10/08/15        O S ZELTNER                                  7.60                    3,040.00
Draft memorandum regarding nature of debtors' postpetition tax liabilities under the Bankruptcy Code and Fourth Circuit case law (3.70); research case law and secondary sources on Westlaw regarding same (3.80); communicate with Wilson regarding same (.10).

10/09/15        T A WILSON                                    0.80                      560.00
Review secondary sources regarding tax obligations in bankruptcy (.60); communicate with Zeltner regarding same (.20).

10/09/15        O S ZELTNER                                  5.70                    2,280.00
Draft memorandum regarding debtors' obligations for postpetition and prepetition tax obligations (2.40); research case law on Westlaw regarding same (3.10); communicate with Wilson regarding same (.20).

10/12/15        B S JACOBS                                    1.00                      450.00
Participate in conference call with Laduzinski, Wilson, Munsey (ANR) and Deloitte regarding creditors' committee tax questions.

10/12/15        T A WILSON                                    2.90                    2,030.00
Prepare for and participate in preliminary call with Laduzinski, Jacobs, Munsey (ANR), Verheij (ANR), Deloitte regarding tax issues to be discussed with Committee on 10/13 (.80); review memorandum regarding treatment of tax obligations in bankruptcy (.30); communicate with Zeltner, Black regarding same (.40); communicate with Zeltner regarding potential motion to pay prepetition property taxes (.20); review case law and secondary sources regarding tax claims in bankruptcy (1.20).

10/13/15        B S JACOBS                                    0.50                      225.00
Participate in conference call with Laduzinski, Munsey (ANR), Wilson, Deloitte and Goodman (Milbank) regarding creditors' committee tax questions.

10/13/15        T A WILSON                                    0.60                      420.00
Participate in conference call with Goodman (Milbank), Laduzinski, Jacobs, Munsey (ANR), Collins (Deloitte) regarding company tax attributes.

10/14/15        O S ZELTNER                                  2.70                    1,080.00
Draft motion for authority to pay prepetition property taxes (1.10); research dockets for examples of same in prior cases (1.60).

10/15/15        B S JACOBS                                    1.00                      450.00
Research whether Pennsylvania imposes responsible person liability for unpaid corporate income taxes.

10/15/15        D RIMKUNAS                                   1.20                      930.00
Communicate with Jacobs regarding Pennsylvania responsible person analysis (1.0); research law and common law doctrines (.20).

JONES DAY

| Tax | | | Page 2 |
|---|---|---|---|

| 10/15/15 | T A WILSON | 1.50 | 1,050.00 |
|---|---|---|---|

Communicate with Harrison (ANR), Zeltner, Taylor (Pike County Clerk) regarding Pike County refusal to issue vehicle licenses absent payment of prepetition taxes (.20); review model property tax motion (.20); communicate with Zeltner, Black regarding property tax motion (.50); communicate with Munsey (ANR) regarding potential property tax motion and payment of prepetition income taxes (.20); review punchlist of open items related to property tax motion (.10); communicate with Jacobs, Rimkunas, Laduzinski regarding responsible person liability for taxes under Pennsylvania law (.30).

| 10/15/15 | O S ZELTNER | 5.00 | 2,000.00 |
|---|---|---|---|

Revise motion for authority to pay prepetition property taxes (3.20); research case law and secondary sources regarding same (1.40); communicate with Wilson (.20), Edel (.20) regarding same.

| 10/16/15 | J N EDEL | 2.50 | 812.50 |
|---|---|---|---|

Research regarding assessment of taxes and attachment of tax liens.

| 10/16/15 | B S JACOBS | 2.30 | 1,035.00 |
|---|---|---|---|

Research whether Pennsylvania imposes responsible person liability for unpaid corporate income taxes (2.10); communicate with Rimkunas, Wilson and Munsey (ANR) regarding same (.20).

| 10/16/15 | D RIMKUNAS | 5.90 | 4,572.50 |
|---|---|---|---|

Communicate with Munsey (ANR), Wilson regarding Pennsylvania responsible officer liability (.40); communicate with Wilson regarding Pennsylvania bankruptcy issues (.50); research Pennsylvania responsible officer case law (1.0); research regarding bankruptcy treatment of prepetition tax penalties (2.0); communicate with Noel, Laduzinski regarding penalty issues (1.0); communicate with Jacobs regarding analysis (1.0).

| 10/16/15 | T A WILSON | 1.80 | 1,260.00 |
|---|---|---|---|

Communicate with Munsey (ANR), Jacobs, Rimkunas regarding payment of prepetition income taxes (.30); limited research regarding same (.40); review model pleadings for postpetition taxes motion (.30); communicate with Zeltner, Hall, Chou (Rothschild) regarding same (.40); review related punchlist of necessary facts (.10); communicate with Rimkunas regarding tax issues (.30).

| 10/16/15 | O S ZELTNER | 4.80 | 1,920.00 |
|---|---|---|---|

Revise motion for authority to pay prepetition property taxes (2.50); research statutes and case law on Westlaw regarding same (1.80); communicate with Wilson (.20), Edel (.20), Hall (.10) regarding same.

| 10/19/15 | O S ZELTNER | 5.10 | 2,040.00 |
|---|---|---|---|

Revise property tax motion (3.80); research case law on Westlaw regarding same (1.30).

| 10/20/15 | D RIMKUNAS | 1.50 | 1,162.50 |
|---|---|---|---|

Review and analyze Pennsylvania responsible officer liability issue (.80); communicate with Jacobs, Wilson regarding same (.20); research regarding same (.50).

| 10/20/15 | T A WILSON | 1.40 | 980.00 |
|---|---|---|---|

Review correspondence from and communicate with Harrison (ANR), Munsey (ANR) regarding Swiss income taxes (.40); limited research regarding same (.30); communicate with Chou (Rothschild) regarding cost of funds under DIP in connection with preparation of property tax motion (.10); communicate with Zeltner regarding property taxes motion (.30); review Rimkunas correspondence regarding liability for income taxes and communicate with Rimkunas regarding same (.30).

| 10/20/15 | O S ZELTNER | 4.80 | 1,920.00 |
|---|---|---|---|

Revise property tax motion (3.40); research case law on Westlaw and dockets on PACER regarding same (1.10); communicate with Wilson (.20), Harrison (ANR) (.10) regarding same.

| 10/21/15 | T A WILSON | 1.70 | 1,190.00 |
|---|---|---|---|

Review tax information received from company in connection with property tax motion (.30); communicate with Harrison (ANR), Zeltner regarding same (.40); review and revise motion to pay prepetition property taxes (.60); communicate with Zeltner regarding same (.40).

| 10/21/15 | O S ZELTNER | 1.50 | 600.00 |
|---|---|---|---|

Revise property tax motion (1.30); communicate with Wilson regarding same (.20).

| 10/23/15 | T A WILSON | 0.40 | 280.00 |
|---|---|---|---|

Communicate with Munsey (ANR), Laduzinski, Jacobs regarding payment of prepetition taxes (.40);

| 10/26/15 | T A WILSON | 0.20 | 140.00 |
|---|---|---|---|

Communicate with Zeltner regarding motion to pay prepetition property taxes.

**JONES DAY**

Tax                                                                                                                    Page 3

| | | | |
|---|---|---|---|
| 10/26/15 | O S ZELTNER | 1.90 | 760.00 |

Revise property tax motion (1.70); communicate with Wilson regarding same (.20).

| | | | |
|---|---|---|---|
| 10/27/15 | T A WILSON | 0.60 | 420.00 |

Communicate with Zeltner regarding issues related to motion to pay property taxes and form letter to lessors regarding payment of prepetition taxes (.30); communicate with Harrison (ANR), Munsey (ANR), Kreutzer (ANR), Foleno (ANR), Zeltner regarding motion to pay prepetition property taxes (.30).

| | | | |
|---|---|---|---|
| 10/27/15 | O S ZELTNER | 3.50 | 1,400.00 |

Communicate with Harrison (ANR), Munsey (ANR), Foleno, Thompson, Kreutzer (all ANR) regarding property tax motion and facts related thereto (.70); multiple communications with Wilson regarding same (.40); draft list of open factual issues for Jacobs regarding same (.40); review statutes and company documents regarding same (.30); further communications with Harrison (ANR) regarding same (.10); draft form letter to lessors regarding contractual obligations to pay property taxes directly to taxing authorities (1.30); communicate with Wilson (.20), Harrison (ANR) (.10) regarding same.

| | | | |
|---|---|---|---|
| 10/28/15 | B S JACOBS | 3.00 | 1,350.00 |

Research whether certain charges with respect to unpaid property taxes are interest or penalties.

| | | | |
|---|---|---|---|
| 10/28/15 | D RIMKUNAS | 0.50 | 387.50 |

Communicate with Jacobs regarding property tax questions (.20); research regarding same (.30).

| | | | |
|---|---|---|---|
| 10/28/15 | T A WILSON | 0.60 | 420.00 |

Communicate with Jacobs regarding issue related to characterization of statutory charges in connection with property tax motion (.30); communicate with Zeltner regarding property tax motion (.30).

| | | | |
|---|---|---|---|
| 10/29/15 | B S JACOBS | 4.40 | 1,980.00 |

Research whether certain charges with respect to unpaid property taxes are interest or penalties (1.90); communicate with Rimkunas regarding same (2.50).

| | | | |
|---|---|---|---|
| 10/29/15 | D RIMKUNAS | 4.50 | 3,487.50 |

Research state tax authority regarding interest and penalties (2.0); communicate with Jacobs regarding same (2.50).

| | | | |
|---|---|---|---|
| 10/29/15 | T A WILSON | 0.80 | 560.00 |

Review background on property taxes provided by Munsey (ANR) and communicate with Zeltner regarding same.

| | | | |
|---|---|---|---|
| 10/29/15 | O S ZELTNER | 0.40 | 160.00 |

Communicate with Munsey (ANR) regarding property tax motion (.10); review updated information provided by company regarding same (.30).

| | | | |
|---|---|---|---|
| 10/30/15 | B S JACOBS | 2.40 | 1,080.00 |

Prepare memorandum regarding whether certain charges with respect to unpaid property taxes are interest or penalties.

| | | | |
|---|---|---|---|
| 10/30/15 | T A WILSON | 0.70 | 490.00 |

Communicate with Zeltner regarding motion to approve payment of real property taxes.

| | | | |
|---|---|---|---|
| 10/30/15 | O S ZELTNER | 5.30 | 2,120.00 |

Revise property tax motion (2.30); review spreadsheets regarding tax obligations and research provided by Jacobs (2.30); multiple communications with Harrison (ANR) (.20), Munsey (ANR) (.10), Wilson (.40) regarding same.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **97.20** | **USD** | **49,057.50** |

**Exhibit D**

Detailed Expenses

**D-1**

Detailed Expenses for
August 3, 2015 through August 31, 2015

JONES DAY

Alpha Natural Resources Inc.                                                                    Page 1

Case Administration

**DISBURSEMENT DETAIL - August 31, 2015**

| Date | Timekeeper Name | Location | Amount |
|------|-----------------|----------|--------|

**AIR FARE**

08/13/15       R W HAMILTON                                COL         25.00
Airfare from Richmond to Columbus following witness preparation for first-day hearing 8/4/15
(baggage fee)

08/13/15       B P BARRAGATE                               NYC         768.39
Airfare from Cleveland to Richmond for first-day hearing 8/3/15

08/13/15       B P BARRAGATE                               NYC         463.60
Airfare from Richmond to Cleveland following first-day hearing 8/4/15

08/13/15       T A WILSON                                  CLE         426.82
Airfare from Richmond to Cleveland following preparation for and filing of chapter 11 bankruptcy
case 8/4/15

08/13/15       O S ZELTNER                                 CLE         426.82
Airfare from Richmond to Cleveland following preparation for and filing of chapter 11 bankruptcy
case 8/4/15

08/20/15       R W HAMILTON                                COL         634.60
Airfare from Richmond to Columbus following for witness preparation for first-day hearing 8/4/15

08/20/15       D J MERRETT                                 ATL         224.00
Airfare from Richmond to Atlanta following preparation for and filing of chapter 11 case 8/5/15
(return itinerary changed from 8/4/15 to 8/5/15 due to meetings with client following first-day
hearing; change fee for nonrefundable ticket)

08/20/15       D J MERRETT                                 ATL         25.00
Airfare from Richmond to Atlanta following preparation for and filing of Chapter 11 case 8/5/15
(baggage fee)

08/20/15       D J MERRETT                                 ATL         395.10
Airfare from Richmond to Atlanta following preparation for and filing of Chapter 11 case 8/4/15

08/27/15       D G HEIMAN                                  CLE         520.96
Airfare from Cleveland to Richmond for first-day hearing 8/3/15

08/27/15       D G HEIMAN                                  CLE         426.82
Airfare from Richmond to Cleveland following first-day hearing 8/4/15

08/27/15       C E BLACK                                   CLE         426.82
Airfare from Richmond to Cleveland following preparation for and filing of chapter 11 bankruptcy
case 8/4/15

08/27/15       C E BLACK                                   CLE         25.00
Airfare from Richmond to Cleveland following preparation and filing of chapter 11 bankruptcy case
(baggage fee) 8/4/15

                 **Air Fare Subtotal**                                              **4,788.93**

**BINDING**

08/25/15       J B ELLMAN                                  ATL         2.50
Binding - 8/19/15
                 **Binding Subtotal**                                                **2.50**

**COMMUNICATION CHARGES**

08/13/15       D J MERRETT                                 ATL         9.95
Internet Connection - Travel to Richmond for preparation and filing of chapter 11 case 8/4-5/15
(internet access at hotel)
                 **Communication charges Subtotal**                                  **9.95**

**DUPLICATION CHARGES**

08/13/15       ATL ACCOUNTING                              ATL         48.20
Duplication charges through 08/13/2015

08/27/15       CLE ACCOUNTING                              CLE         195.60

JONES DAY

Alpha Natural Resources Inc.                                                                                    Page 2

Duplication charges through 08/27/2015
08/31/15      J E MAZEY                                      DAL          3.00
Color duplication charges 8/3/15
            **Duplication charges Subtotal**                                      **246.80**

**FOOD AND BEVERAGE EXPENSES**

08/13/15      R W HAMILTON                                  COL          6.98
Food and beverage expenses - Travel to Richmond for witness preparation for first-day hearing
8/3/15 - lunch
08/13/15      R W HAMILTON                                  COL         17.56
Food and beverage expenses - Travel to Richmond for witness preparation for first-day hearing
8/4/15 - lunch
08/13/15      R W HAMILTON                                  COL          5.31
Food and beverage expenses - Travel to Richmond for witness preparation for first-day hearing
8/4/15 - breakfast
08/13/15      B P BARRAGATE                                 NYC         73.22
Food and beverage expenses - Travel to Richmond for first-day hearing 8/3/15 (dinner - 1 person)
08/13/15      T A WILSON                                    CLE         32.72
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/4/15 - in-room refreshment center
08/13/15      D J MERRETT                                   ATL         80.45
Food and beverage expenses - Travel to Richmond for preparation and filing of chapter 11 case
8/3/15 - dinner with Zeltner and Wilson
08/13/15      D J MERRETT                                   ATL          2.55
Food and beverage expenses - Travel to Richmond for preparation and filing of chapter 11 cases
8/3/15 (breakfast)
08/13/15      D J MERRETT                                   ATL          8.68
Food and beverage expenses - Travel to Richmond for preparation and filing of chapter 11 case
8/5/15 - breakfast
08/13/15      D J MERRETT                                   ATL         61.70
Food and beverage expenses - Travel to Richmond for preparation and filing of chapter 11 case
8/4/15 - lunch with Zeltner
08/13/15      O S ZELTNER                                   CLE          9.78
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/3/15 - breakfast
08/13/15      O S ZELTNER                                   CLE          6.34
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/3/15 - lunch
08/13/15      O S ZELTNER                                   CLE          7.46
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/4/15 - breakfast
08/13/15      O S ZELTNER                                   CLE         42.55
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/4/15 - dinner with Wilson
08/27/15      D G HEIMAN                                    CLE         22.42
Food and beverage expenses - Travel to Richmond for first-day hearing 8/4/15 - dinner
08/27/15      C E BLACK                                     CLE         17.50
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/3/15 - dinner
08/27/15      C E BLACK                                     CLE          9.08
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/3/15 - breakfast
08/27/15      C E BLACK                                     CLE          6.32
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/3/15 - lunch
08/27/15      C E BLACK                                     CLE         17.50
Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case
8/3/15 - dinner

JONES DAY

Alpha Natural Resources Inc.                                                                          Page 3

| 08/27/15 | C E BLACK | CLE | 6.98 |
|---|---|---|---|

Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/4/15 - breakfast

| 08/27/15 | C E BLACK | CLE | 12.33 |
|---|---|---|---|

Food and beverage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/4/15 - dinner

**Food and beverage expenses Subtotal**                                                              **447.43**

**GENERAL INTERNAL CHARGES**

| 08/31/15 | D J MERRETT | ATL | 54.00 |
|---|---|---|---|

Media Duplication 8/28/15

**General internal charges Subtotal**                                                                **54.00**

**HOTEL CHARGES**

| 08/13/15 | B P BARRAGATE | NYC | 370.49 |
|---|---|---|---|

Hotel charges - Travel to to Richmond for first-day hearing 8/3-4/15 (1 night)

| 08/13/15 | T A WILSON | CLE | 236.80 |
|---|---|---|---|

Hotel charges - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/3-4/15 (1 night)

| 08/13/15 | D J MERRETT | ATL | 316.11 |
|---|---|---|---|

Hotel charges - Travel to Richmond for preparation and filing of chapter 11 case 8/4-5/15 (1 night)

| 08/13/15 | D J MERRETT | ATL | 231.13 |
|---|---|---|---|

Hotel charges - Travel to Richmond for preparation and filing of chapter 11 case 8/3-4/15 (1 night)

| 08/13/15 | O S ZELTNER | CLE | 236.80 |
|---|---|---|---|

Hotel charges - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/3-4/15 (1 night)

| 08/13/15 | R W HAMILTON | COL | 267.02 |
|---|---|---|---|

Hotel charges - Travel to Richmond for witness preparation for first-day hearing 8/3-4/15 (1 night)

| 08/27/15 | D G HEIMAN | CLE | 236.80 |
|---|---|---|---|

Hotel charges - Travel to Richmond for first-day hearing 8/3-4/15 (1 night)

| 08/27/15 | C E BLACK | CLE | 236.80 |
|---|---|---|---|

Hotel charges - Travel to Richmond tor prepare for and file chapter 11 bankruptcy case 8/3-4/15 (1 night)

**Hotel charges Subtotal**                                                                          **2,131.95**

**LATE WORK MEAL**

| 08/06/15 | A P JASON | CLE | 5.98 |
|---|---|---|---|

Late work meal - Review/analyze Form 8-K 8/3/15 Late Work Meal

**Late Work Meal Subtotal**                                                                          **5.98**

**LATE WORK TAXI**

| 08/13/15 | D A HALL | CHI | 15.00 |
|---|---|---|---|

Late Work Taxi 8/3/15 (from JD Chicago office to home)

**Late Work Taxi Subtotal**                                                                          **15.00**

**LONG DISTANCE CHARGES**

| 08/06/15 | ATL ACCOUNTING | ATL | 1.05 |
|---|---|---|---|

Long distance charges through 08/06/2015

| 08/06/15 | CLE ACCOUNTING | CLE | 24.00 |
|---|---|---|---|

Long distance charges through 08/06/2015

| 08/13/15 | ATL ACCOUNTING | ATL | 4.80 |
|---|---|---|---|

Long distance charges through 08/13/2015

| 08/13/15 | CLE ACCOUNTING | CLE | 15.60 |
|---|---|---|---|

Long distance charges through 08/13/2015

| 08/13/15 | J E MAZEY | DAL | 1.35 |
|---|---|---|---|

Long distance charges - Call with Dedyo regarding letter of credit issues 8/5/15

| 08/20/15 | CLE ACCOUNTING | CLE | 10.35 |
|---|---|---|---|

Long distance charges through 08/20/2015

| 08/20/15 | CLE ACCOUNTING | CLE | 1.35 |
|---|---|---|---|

Long distance charges through 08/20/2015

**JONES DAY**

Alpha Natural Resources Inc. Page 4

| | | | |
|---|---|---|---|
| 08/20/15 | J E MAZEY | DAL | 1.65 |

Long distance charges - Call with Levitt, counsel for AIG, regarding replacement letter of credit 8/11/15

| | | | |
|---|---|---|---|
| 08/27/15 | ATL ACCOUNTING | ATL | 6.00 |

Long distance charges through 08/27/2015

| | | | |
|---|---|---|---|
| 08/27/15 | NYC ACCOUNTING | NYC | 4.05 |

Long distance charges through 08/27/2015

| | | | |
|---|---|---|---|
| 08/27/15 | CLE ACCOUNTING | CLE | 10.35 |

Long distance charges through 08/27/2015

**Long distance charges Subtotal** **80.55**

**MILEAGE EXPENSES**

| | | | |
|---|---|---|---|
| 08/27/15 | D G HEIMAN | CLE | 14.95 |

Mileage expenses - Travel to Richmond for first-day hearing 8/3/15 (from home to Cleveland airport) 26.00 Miles @ Rate .575

| | | | |
|---|---|---|---|
| 08/27/15 | D G HEIMAN | CLE | 14.95 |

Mileage expenses - Travel to Richmond for first-day hearing 8/4/15 (from Cleveland airport to home) 26.00 Miles @ Rate .575

| | | | |
|---|---|---|---|
| 08/27/15 | C E BLACK | CLE | 9.78 |

Mileage expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case (from Cleveland airport to home) 17.00 Miles @ Rate .575

**Mileage expenses Subtotal** **39.68**

**PARKING EXPENSES**

| | | | |
|---|---|---|---|
| 08/13/15 | R W HAMILTON | COL | 3.00 |

Parking expenses - Travel to Richmond for witness preparation for first-day hearing 8/4/15 (at Columbus airport)

| | | | |
|---|---|---|---|
| 08/13/15 | T A WILSON | CLE | 32.50 |

Parking expenses - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/3-5/15 (at Cleveland airport)

| | | | |
|---|---|---|---|
| 08/20/15 | B P BARRAGATE | NYC | 28.00 |

Parking expenses - Travel to Richmond for first-day hearing 8/3-4/15 (at Cleveland airport)

| | | | |
|---|---|---|---|
| 08/27/15 | D G HEIMAN | CLE | 54.00 |

Parking expenses - Travel to Richmond for first-day hearing 8/3-4/15 (at Cleveland airport)

**Parking expenses Subtotal** **117.50**

**TAXI FARE**

| | | | |
|---|---|---|---|
| 08/13/15 | B P BARRAGATE | NYC | 25.00 |

Taxi fare - Travel to Richmond for first-day hearing 8/3/15 (from Richmond airport to hotel)

| | | | |
|---|---|---|---|
| 08/13/15 | D J MERRETT | ATL | 37.00 |

Taxi fare - Travel to Richmond for preparation and filing of chapter 11 case 8/5/15 (from Hunton & Williams to Richmond airport)

| | | | |
|---|---|---|---|
| 08/13/15 | O S ZELTNER | CLE | 5.00 |

Taxi fare - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/4/15 (from Courthouse to Hunton & Williams)

| | | | |
|---|---|---|---|
| 08/13/15 | O S ZELTNER | CLE | 16.40 |

Taxi fare - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/4/15 (from Hunton & Williams to Richmond airport)

| | | | |
|---|---|---|---|
| 08/13/15 | O S ZELTNER | CLE | 51.56 |

Taxi fare - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/4/15 (from Cleveland airport to home)

| | | | |
|---|---|---|---|
| 08/27/15 | D G HEIMAN | CLE | 40.50 |

Taxi fare - Travel to Richmond for first-day hearing 8/3/15 (from Richmond airport to hotel)

| | | | |
|---|---|---|---|
| 08/27/15 | D G HEIMAN | CLE | 12.00 |

Taxi fare - Travel to Richmond for first-day hearing 8/3/15 (from hotel to dinner)

| | | | |
|---|---|---|---|
| 08/27/15 | D G HEIMAN | CLE | 12.00 |

Taxi fare - Travel to Richmond for first-day hearing 8/3/15 (from dinner to Hunton & Williams)

**JONES DAY**

Alpha Natural Resources Inc.                                                                                    Page 5

08/27/15        C E BLACK                                          CLE          36.50
    Taxi fare - Travel to Richmond to prepare for and file chapter 11 bankruptcy case 8/4/15 (from
    Hunton & Williams to Richmond airport)
    **Taxi Fare Subtotal**                                                                    **235.96**

**UNITED PARCEL SERVICE CHARGES**

08/03/15        ZFI ACCOUNTING                                    ZFI          68.26
    United Parcel Service charges to Toby Long, Hunton & Williams, for overnight, early AM delivery of
    check for filing fees
08/24/15        B S JACOBS                                        NYC          23.97
    United Parcel Services Charges - to Todd Munsey, Alpha Natural Resources
08/31/15        D J MERRETT                                       ATL          18.30
    United Parcel Services Charges - to Matthew M. Williams, Alvarez & Marsal
    **United Parcel Service charges Subtotal**                                                **110.53**

    **Total**                                              **USD**          **8,286.76 \*\***

    \*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 453.41

**Grand Total**                                              **USD**          **8,286.76 \*\***

    \*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 453.41

**D-2**

Detailed Expenses for
September 1, 2015 through September 30, 2015

**JONES DAY**

Alpha Natural Resources Inc.                                                                                          Page 1

Case Administration

**DISBURSEMENT DETAIL - September 30, 2015**

| *Date* | *Timekeeper Name* | *Location* | *Amount* |
|---|---|---|---|

**AIR FARE**

09/03/15    D G HEIMAN                                         CLE              1.50
Airfare from Cleveland to Richmond for first-day hearing (itinerary changed; fare difference for new return ticket) 8/4/15

09/03/15    C E BLACK                                          CLE            557.60
Airfare from Cleveland to Richmond for Unsecured Creditors' Committee formation meeting 8/11/15

09/03/15    C E BLACK                                          CLE            463.60
Airfare from Richmond to Cleveland following Unsecured Creditors' Committee formation meeting 8/12/15

09/03/15    J B ELLMAN                                         ATL            419.60
Airfare to/from Richmond and Atlanta for first day filings 8/5/15

09/17/15    R W HAMILTON                                       COL            738.83
Airfare from Columbus to New York to prepare for and defend Cavatoni and Parkhill (Rothschild) depositions 9/8-11/15

09/17/15    R W HAMILTON                                       COL          1,477.66
Airfare from Columbus to New York for deposition preparation with Parkhill (Rothschild) 9/3-4/15

09/30/15    J B ELLMAN                                         ATL            780.20
Airfare from Atlanta to Richmond for DIP hearing 9/14-15/15

09/30/15    J B ELLMAN                                         ATL          1,521.20
Airfare from Atlanta to New York for Cavatoni and Parkhill (Rothschild) deposition preparation and asset disposition strategy meeting with client 9/9-11/15

09/30/15    J E MAZEY                                          DAL            200.00
Airfare from Dallas to Richmond for hearing regarding final approval of DIP financing 9/15/15 (change fee for itinerary change to nonrefundable ticket)

09/30/15    J E MAZEY                                          DAL          1,412.76
Airfare from Dallas to Richmond for hearing regarding final approval of DIP financing 9/15-16/15

09/30/15    M A PLATT                                          CLE          1,291.24
Airfare from Cleveland to New York for deposition preparation with Parkhill (Rothschild) 9/4/15

**Air Fare Subtotal**                                                                         **8,864.19**

**COMPUTERIZED RESEARCH SERVICES**

09/17/15    D A EINIK                                          WAS             12.48
August Bloomberg/Pacer Search Fees: Case: 1:0 bk-14261 Court: Bankr. E.D. 8/27/15

09/30/15    J M JONES                                          ZFI              0.30
September Bloomberg/Pacer Search Fees: Case: 3:09-bk-38215 Court: Bankr. E.D.

09/30/15    J M JONES                                          ZFI              0.40
September Bloomberg/Pacer Search Fees: Case: 3:08-bk-35994 Court: Bankr. E.D.

**Computerized research services Subtotal**                                                    **13.18**

**CONFERENCE CHARGES**

09/10/15    J E MAZEY                                          DAL              4.15
Conference charges - Call regarding Swap terminations 8/7/15

09/17/15    B S JACOBS                                         NYC              4.03
Conference charges 8/13/15

09/17/15    B S JACOBS                                         NYC             10.23
Conference charges 8/24/15

09/17/15    B P BARRAGATE                                      NYC              2.55
Conference charges - Call with Heiman, Schaible and Hamilton regarding asset sale issues 8/3/15

09/17/15    B P BARRAGATE                                      NYC              4.49
Conference charges - Attend call on collateral 8/21/15

**JONES DAY**

Alpha Natural Resources Inc.                                                                                    Page 2

| | | | |
|---|---|---|---|
| 09/17/15 | B P BARRAGATE | NYC | 3.23 |

Conference charges - Call on ISDA Agreements 8/7/15

| | | | |
|---|---|---|---|
| 09/17/15 | M A PLATT | CLE | 1.78 |

Conference charges 8/26/15

| | | | |
|---|---|---|---|
| 09/17/15 | M A PLATT | CLE | 4.46 |

Conference charges 8/27/15

| | | | |
|---|---|---|---|
| 09/24/15 | S K PREWITT | CLE | 8.86 |

Conference charges 8/7/15

| | | | |
|---|---|---|---|
| 09/24/15 | S K PREWITT | CLE | 1.19 |

Conference charges 8/25/15

| | | | |
|---|---|---|---|
| 09/24/15 | S K PREWITT | CLE | 1.39 |

Conference charges 8/27/15

| | | | |
|---|---|---|---|
| 09/24/15 | S K PREWITT | CLE | 1.69 |

Conference charges 8/25/15

| | | | |
|---|---|---|---|
| 09/30/15 | C E LADUZINSKI | NYC | 2.66 |

Conference charges 8/22/15

| | | | |
|---|---|---|---|
| 09/30/15 | J B ELLMAN | ATL | 1.71 |

Conference charges - Call with Hopkins and rest of Steptoe team regarding Consol sale, escrow and approaches 8/6/15

| | | | |
|---|---|---|---|
| 09/30/15 | J B ELLMAN | ATL | 2.46 |

Conference charges - Call with Kreutzer regarding Consol sale approaches 8/10/15

| | | | |
|---|---|---|---|
| 09/30/15 | J B ELLMAN | ATL | 2.10 |

Conference charges - Follow-up calls regarding DIP financing 8/10/15

| | | | |
|---|---|---|---|
| 09/30/15 | J B ELLMAN | ATL | 4.27 |

Conference charges - Call with Kreutzer and Barav-Johnson regarding Consol sale issues and court approval 8/12/15

| | | | |
|---|---|---|---|
| 09/30/15 | J B ELLMAN | ATL | 8.54 |

Conference charges - Call with Platt, Mazina, Barragate (for part) and Mazey regarding document request for DIP financing discovery 8/26/15

| | | | |
|---|---|---|---|
| 09/30/15 | J B ELLMAN | ATL | 1.94 |

Conference charges - Call with Ragan and Wilson regarding process for treatment of leases 8/19/15

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | CLE | 2.58 |

Conference charges - Call with Esposito (Alvarez & Marsal) and Kotarba (Alvarez & Marsal) regarding requests for addresses related to Top 50 list of creditors 8/4/15

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | CLE | 2.88 |

Conference charges - Call with Audette (Perkins Coie), Hall, Manno and Grady (Alvarez & Marsal) regarding Pyott Boone request for essential supplier payment 8/12/15

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | CLE | 5.62 |

Conference charges - Call with Cavatoni, Verheij, Campagna (Alvarez & Marsal), Long (Hunton & Williams) and Black regarding initial debtor interview and Unsecured Creditors Committee formation meeting 8/11/15

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | CLE | 5.44 |

Conference charges - Call with Grady (Alvarez & Marsal), Hall and Manno regarding various sourcing and vendor issues 8/25/15

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | CLE | 12.33 |

Conference charges - Call with Stodola (Milbank), Goodman (Milbank), Laduzinski and Jacobs regarding proposed changes to NOL order 8/24/15

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | CLE | 6.27 |

Conference charges - Call with Guyder (Allen & Overy), various Allen & Overy professionals, Laduzinski and Jacobs regarding comments to NOL order 8/24/15

| | | | |
|---|---|---|---|
| 09/30/15 | T A WILSON | CLE | 3.99 |

Conference charges - Call with Munsey, Laduzinski and Jacobs regarding NOL and tax issues 8/24/15

**Conference Charges Subtotal**                                                                          **110.84**

JONES DAY

Alpha Natural Resources Inc.                                                                                    Page 3

**COURT REPORTER FEES**

09/30/15          M T BARRIOS                                  CLE              99.00
Court reporter fees - Escribers, LLC - Patriot Coal Corporation 7/22/15 hearing transcript (Case No.
15-324450) per Black request
                  **Court reporter fees Subtotal**                                                    **99.00**

**DUPLICATION CHARGES**

09/30/15          NYC ACCOUNTING                               NYC             430.00
Color duplication charges - September 2015
                  **Duplication charges Subtotal**                                                   **430.00**

**FOOD AND BEVERAGE EXPENSES**

09/03/15          C E BLACK                                    CLE               9.63
Food and beverage expenses - Travel to Richmond for Unsecured Creditors' Committee formation
meeting 8/12/15 - dinner
09/03/15          C E BLACK                                    CLE               8.71
Food and beverage expenses - Travel to Richmond for Unsecured Creditors' Committee formation
meeting (food and beverage at Richmond airport) 8/12/15
09/03/15          C E BLACK                                    CLE              38.21
Food and beverage expenses - Travel to Richmond for Unsecured Creditors' Committee formation
meeting 8/11/15 (dinner in-room service)
09/03/15          J B ELLMAN                                   ATL              97.25
Food and beverage expenses - Travel to Richmond for chapter 11 bankruptcy filing 8/4/15 - dinner
with Merrett
09/03/15          J B ELLMAN                                   ATL              16.20
Food and beverage expenses - Travel to Richmond for chapter 11 bankruptcy filing 8/5/15 - lunch
09/03/15          J B ELLMAN                                   ATL               6.66
Food and beverage expenses - Travel to Richmond for chapter 11 bankruptcy filing 8/3/15 - lunch
09/03/15          J B ELLMAN                                   ATL              26.90
Food and beverage expenses - Travel to Richmond for chapter 11 bankruptcy filing 8/4/15 -
breakfast (in-room service)
09/17/15          R W HAMILTON                                 COL               6.20
Food and beverage expenses - Travel to New York for deposition preparation with Parkhill
(Rothschild) 9/3/15 - lunch
09/17/15          R W HAMILTON                                 COL              98.12
Food and beverage expenses - Travel to New York for deposition preparation with Parkhill
(Rothschild) 9/3/15 - dinner (one person)
09/17/15          R W HAMILTON                                 COL              97.15
Food and beverage expenses - Travel to New York to prepare Cavatoni and Parkhill (Rothschild) for
depositions and trial testimony at final DIP hearing 9/9/15 - dinner (one person)
09/17/15          R W HAMILTON                                 COL               4.88
Food and beverage expenses - Travel to New York to prepare Cavatoni and Parkhill (Rothschild) for
depositions and trial testimony at final DIP hearing 9/11/15 - breakfast
09/17/15          R W HAMILTON                                 COL             185.69
Food and beverage expenses - Travel to New York to prepare Cavatoni and Parkhill (Rothschild) for
depositions and trial testimony at final DIP hearing 9/10/15 - dinner with Ellman
09/17/15          R W HAMILTON                                 COL               9.13
Food and beverage expenses - Travel to New York to prepare Cavatoni and Parkhill (Rothschild) for
depositions and trial testimony at final DIP hearing 9/11/15 - dinner
09/17/15          M A PLATT                                    CLE               3.29
Food and beverage expenses - Travel to New York to prepare Parkhill (Rothschild) for deposition
and trial testimony at final DIP hearing 9/4/15 - breakfast
09/17/15          M A PLATT                                    CLE              24.11
Food and beverage expenses - Travel to New York to prepare Parkhill (Rothschild) for deposition
and trial testimony at final DIP hearing 9/4/15 - dinner
09/30/15          J B ELLMAN                                   ATL             169.66
Food and beverage expenses - Travel to Richmond for final DIP hearing 9/15/15 - dinner (with
Hamilton and Mazey)

JONES DAY

Alpha Natural Resources Inc.                                                                     Page 4

09/30/15        J B ELLMAN                                         ATL            12.53
    Food and beverage expenses - Travel to Richmond for final DIP hearing 9/15/15 - lunch
09/30/15        J B ELLMAN                                         ATL            19.51
    Food and beverage expenses - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition
    preparation and meeting with client regarding asset disposition strategy 9/10/15 - dinner
09/30/15        J B ELLMAN                                         ATL            6.28
    Food and beverage expenses - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition
    preparation and meeting with client regarding asset disposition strategy 9/9/15 - dinner
09/30/15        R W HAMILTON                                       COL            11.50
    Food and beverage expenses - Travel to Richmond for DIP hearing 9/14/15 - lunch
09/30/15        R W HAMILTON                                       COL            13.01
    Food and beverage expenses - Travel to Richmond for DIP hearing 9/15/15 - lunch
09/30/15        R W HAMILTON                                       COL            2.62
    Food and beverage expenses - Travel to Richmond for DIP hearing 9/15/15 - coffee at Richmond
    airport
09/30/15        R W HAMILTON                                       COL            9.78
    Food and beverage expenses - Travel to Richmond for DIP hearing 9/15/15 - snack
09/30/15        R W HAMILTON                                       COL            27.90
    Food and beverage expenses - Travel to Richmond for DIP hearing 9/14/15 - breakfast (in-room
    service)
09/30/15        R W HAMILTON                                       COL            20.23
    Food and beverage expenses - Travel to Richmond for DIP hearing 9/15/15 - dinner
09/30/15        J E MAZEY                                          DAL            16.49
    Food and beverage expenses - Travel to Richmond for final DIP hearing 9/15/15 - dinner
        **Food and beverage expenses Subtotal**                                    **941.64**

**HOTEL CHARGES**

09/03/15        C E BLACK                                         CLE            242.93
    Hotel charges - Travel to Richmond for Unsecured Creditors' Committee formation meeting (in-
    room service) 8/11-12/15 (1 night)
09/03/15        J B ELLMAN                                         ATL            530.25
    Hotel charges - Travel to Richmond for chapter 11 bankruptcy filing 8/3-5/15 (2 nights)
09/17/15        R W HAMILTON                                       COL            496.07
    Hotel charges - Travel to New York for deposition preparation with Parkhill (Rothschild) 9/3-4/15 (1
    night)
09/17/15        R W HAMILTON                                       COL            1,269.30
    Hotel charges - Travel to New York to prepare Cavatoni and Parkhill (Rothschild) for deposition and
    trial testimony at final DIP hearing 9/8-11/15 (3 nights)
09/30/15        J B ELLMAN                                         ATL            265.12
    Hotel charges - Travel to Richmond for final DIP hearing 9/14-15/15 (1 night)
09/30/15        J B ELLMAN                                         ATL            1,175.14
    Hotel charges - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition preparation
    and meeting with client regarding asset disposition strategy 9/9-11/15 (2 nights)
09/30/15        R W HAMILTON                                       COL            373.90
    Hotel charges - Travel to Richmond for final DIP hearing 9/13-15/15 (2 nights)
09/30/15        J E MAZEY                                          DAL            388.77
    Hotel charges - Travel to Richmond for final DIP hearing 9/14-15/15 (1 night)
        **Hotel charges Subtotal**                                                **4,741.48**

**IMAGING SERVICES**

09/30/15        G L GHAUL                                          NYC            879.45
    Imaging services - D4, LLC 8/31/2015 - preparation of document production in response to DIP
    motion discovery requests (file conversion of 19,440 pages @ $.40/page = $777.76; scan documents
    to two CDs @ $15.00/each = $30,00; sales tax = $71.69)
        **Imaging services Subtotal**                                             **879.45**

**LATE WORK MEAL**

09/15/15        G L GHAUL                                          NYC            20.11
    Late work meal 8/27/15

**JONES DAY**

Alpha Natural Resources Inc.                                                                                    Page 5

| | | | |
|---|---|---|---|
| 09/15/15 | G L GHAUL | NYC | 19.37 |
| Late work meal 8/30/15 | | | |
| 09/29/15 | S D EFRONSON | NYC | 24.39 |
| Late work meal 9/3/15 | | | |
| 09/29/15 | G L GHAUL | NYC | 20.20 |
| Late work meal 9/2/15 | | | |
| 09/30/15 | C E LADUZINSKI | NYC | 40.30 |
| Late work meal 9/11/15 | | | |
| **Late Work Meal Subtotal** | | | **124.37** |

**LATE WORK TAXI**

| | | | |
|---|---|---|---|
| 09/03/15 | G L GHAUL | NYC | 22.93 |
| Late work taxi 8/30/15 | | | |
| 09/10/15 | S D EFRONSON | NYC | 14.65 |
| Late work taxi 9/3/15 | | | |
| 09/17/15 | G L GHAUL | NYC | 21.36 |
| Late work taxi 9/1/15 | | | |
| 09/23/15 | W J HINE | NYC | 169.29 |
| Late work taxi - car service from JD New York office to home (Port Jefferson, NY) 8/10/15 | | | |
| **Late Work Taxi Subtotal** | | | **228.23** |

**LONG DISTANCE CHARGES**

| | | | |
|---|---|---|---|
| 09/03/15 | ATL ACCOUNTING | ATL | 6.75 |
| Long distance charges through 9/3/15 | | | |
| 09/03/15 | C E BLACK | CLE | 1.20 |
| Long distance charges 8/19/15 | | | |
| 09/03/15 | C E BLACK | CLE | 1.50 |
| Long distance charges 8/17/15 | | | |
| 09/03/15 | J B ELLMAN | ATL | 5.85 |
| Long distance charges - Conference call with Krueger, Verheij, Harrison, Delo (Rothschild) and Wilson regarding draft procedures for asset sales to streamline process 8/14/15 | | | |
| 09/03/15 | J B ELLMAN | ATL | 5.85 |
| Long distance charges - Conference call with Ragan and Wilson regarding process for treatment of leases 8/19/15 | | | |
| 09/03/15 | J B ELLMAN | ATL | 3.90 |
| Long distance charges - Conference call with counsel for 1st and 2nd lienholders, Heiman, Black and Barragate regarding issues relating to bonding carve out and Wyoming agreement 8/18/15 | | | |
| 09/03/15 | J B ELLMAN | ATL | 1.65 |
| Long distance charges - Conference call with Alpha, Alvarez & Marsal, Rothschild and Wilson regarding addressing Committee due diligence requests 8/18/15 | | | |
| 09/03/15 | J E MAZEY | DAL | 1.05 |
| Long distance charges - Call regarding meeting with Ducera and Houlihan 8/17/15 | | | |
| 09/03/15 | J E MAZEY | DAL | 1.65 |
| Long distance charges - Call regarding second out credit agreement 8/18/15 | | | |
| 09/03/15 | J E MAZEY | DAL | 1.05 |
| Long distance charges - Call regarding second out credit agreement 8/18/15 | | | |
| 09/03/15 | D A HALL | CHI | 1.35 |
| Long distance charges 8/13/15 | | | |
| 09/03/15 | D A HALL | CHI | 1.05 |
| Long distance charges 8/13/15 | | | |
| 09/03/15 | D A HALL | CHI | 1.05 |
| Long distance charges 8/13/15 | | | |
| 09/03/15 | D A HALL | CHI | 1.05 |
| Long distance charges 8/12/15 | | | |
| 09/03/15 | D A HALL | CHI | 2.85 |
| Long distance charges 8/11/15 | | | |
| 09/03/15 | D A HALL | CHI | 1.65 |
| Long distance charges 8/11/15 | | | |

JONES DAY

Alpha Natural Resources Inc.                                                                                    Page 6

| Date | Name | Office | Amount |
|---|---|---|---|
| 09/03/15 | D A HALL | CHI | 1.20 |

Long distance charges 8/10/15

| 09/03/15 | D A HALL | CHI | 1.20 |

Long distance charges 8/10/15

| 09/03/15 | D A HALL | CHI | 1.05 |

Long distance charges 8/4/15

| 09/03/15 | N J HOEPPNER | CHI | 4.35 |

Long distance charges 8/3/15

| 09/03/15 | N J HOEPPNER | CHI | 4.35 |

Long distance charges 8/4/15

| 09/03/15 | R W HAMILTON | COL | 2.10 |

Long distance charges - 8/24/15

| 09/03/15 | J B ELLMAN | ATL | 1.95 |

Long distance charges - 8/1/15

| 09/10/15 | B P BARRAGATE | NYC | 3.60 |

Long distance charges - ABL update call with Company and CitiBank 8/21/15

| 09/10/15 | J E MAZEY | DAL | 10.05 |

Long distance charges - Call regarding status of second out credit agreement 9/1/15

| 09/10/15 | J E MAZEY | DAL | 3.00 |

Long distance charges - Call regarding ABL credit facility 8/21/15

| 09/10/15 | J E MAZEY | DAL | 1.95 |

Long distance charges - Call regarding ABL credit facility 8/21/15

| 09/17/15 | ATL ACCOUNTING | ATL | 3.30 |

Long distance charges through 9/17/15

| 09/17/15 | J E MAZEY | DAL | 2.70 |

Long distance charges - Call regarding replacement of GE letters of credit 9/8/15

| 09/24/15 | ATL ACCOUNTING | ATL | 9.75 |

Long distance charges through 9/24/15

| 09/30/15 | ATL ACCOUNTING | ATL | 5.85 |

Long distance charges through 9/30/15

| 09/30/15 | J B ELLMAN | ATL | 15.11 |

Long distance charges - Cell phone charges 8/27/15

| 09/30/15 | J B ELLMAN | ATL | 16.51 |

Long distance charges - Cell phone charges 8/27/15

**Long distance charges Subtotal**                                                                      **127.47**

**MILEAGE EXPENSES**

| 09/03/15 | C E BLACK | CLE | 6.90 |

Mileage expenses - Travel to Richmond for Unsecured Creditors' Committee formation meeting 8/11/15 - 12.00 Miles @ Rate .575 (from office to Cleveland airport)

| 09/03/15 | C E BLACK | CLE | 9.78 |

Mileage expenses - Travel to Richmond for Unsecured Creditors' Committee formation meeting 8/12/15 - 17.00 Miles @ Rate .575 (from Cleveland airport to home)

| 09/03/15 | J B ELLMAN | ATL | 14.38 |

Mileage expenses - Travel to Richmond for chapter 11 bankruptcy filing 8/5/15 - 25.00 Miles @ Rate .575 (from Atlanta airport to home)

| 09/30/15 | J B ELLMAN | ATL | 28.75 |

Mileage expenses - Travel to Richmond for final DIP hearing 9/14-15/15 - 50.00 Miles @ Rate .575 (to/from home and Atlanta airport)

| 09/30/15 | J B ELLMAN | ATL | 28.75 |

Mileage expenses - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition preparation and meeting with client regarding asset disposition strategy 9/9-11/15 - 50.00 Miles @ Rate .575 (to/from home and Atlanta airport)

**Mileage expenses Subtotal**                                                                            **88.56**

Alpha Natural Resources Inc.                                                                    Page 7

**PARKING EXPENSES**

09/03/15          C E BLACK                               CLE          55.00
        Parking expenses - Travel to Richmond for Unsecured Creditors' Committee formation meeting
        8/11-12/15 (at Cleveland airport)
09/03/15          J B ELLMAN                              ATL          32.00
        Parking expenses - Travel to Richmond for chapter 11 bankruptcy filing 8/4-5/15 (at Atlanta airport)
09/17/15          R W HAMILTON                            COL          33.00
        Parking expenses - Travel to New York for deposition preparation with Parkhill (Rothschild) 9/3-
        4/15 (at Columbus airport)
09/17/15          R W HAMILTON                            COL          72.00
        Parking expenses - Travel to New York to prepare Cavatoni and Parkhill (Rothschild) for deposition
        and trial testimony at final DIP hearing 9/8-11/15 (at Columbus airport)
09/17/15          M A PLATT                               CLE          18.00
        Parking expenses - Travel to New York to prepare Parkhill (Rothschild) for deposition and trial
        testimony at final DIP hearing 9/3-4/15 (at Cleveland airport)
09/30/15          J B ELLMAN                              ATL          32.00
        Parking expenses - Travel to Richmond for final DIP hearing 9/14-15/16 (at Atlanta airport)
09/30/15          J B ELLMAN                              ATL          44.00
        Parking expenses - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition preparation
        and meeting with client regarding asset disposition strategy 9/9-11/15 (at Atlanta airport)
09/30/15          R W HAMILTON                            COL          78.00
        Parking expenses - Travel to Richmond for DIP hearing 9/14-15/15 (at Columbus airport)
09/30/15          J E MAZEY                               DAL          40.00
        Parking expenses - Travel to Richmond for final DIP hearing 9/14-15/15 (at Dallas airport)
                  **Parking expenses Subtotal**                                         **404.00**

**SUPPLIES**

09/29/15          J C BOOTH                               ZFI          17.14
        Supplies - CDW Direct, LLC 9/23/15 - one Kingston 32 GB USB
                  **Supplies Subtotal**                                                 **17.14**

**TAXI FARE**

09/03/15          C E BLACK                               CLE          35.00
        Taxi fare - Travel to Richmond for Unsecured Creditors' Committee formation meeting 8/11/15
        (from Richmond airport to hotel)
09/03/15          J B ELLMAN                              ATL          31.00
        Taxi fare - Travel to Richmond for chapter 11 bankruptcy filing 8/5/15 (from hotel to Richmond
        airport)
09/17/15          R W HAMILTON                            COL          38.55
        Taxi fare - Travel to New York for deposition preparation with Parkhill (Rothschild) 9/3/15 (from
        LaGuardia airport to JD office)
09/30/15          J B ELLMAN                              ATL          38.50
        Taxi fare - Travel to Richmond for final DIP hearing 9/14/15 (from Richmond airport to hotel)
09/30/15          J B ELLMAN                              ATL          47.81
        Taxi fare - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition preparation and
        meeting with client regarding asset disposition strategy (from New York airport to hotel)
09/30/15          R W HAMILTON                            COL          39.00
        Taxi fare - Travel to Richmond for final DIP hearing 9/13/15 (from Richmond airport to hotel)
09/30/15          J E MAZEY                               DAL          39.00
        Taxi fare - Travel to Richmond for final DIP hearing 9/14/15 (from Richmond airport to hotel)
09/30/15          J E MAZEY                               DAL          37.80
        Taxi fare - Travel to Richmond for final DIP hearing 9/15/15 (from hotel to Richmond airport)
                  **Taxi Fare Subtotal**                                                **306.66**

**TIPS**

09/17/15          R W HAMILTON                            COL          5.00
        Tips - Travel to New York to prepare Cavatoni and Parkhill (Rothschild) for deposition and trial
        testimony at final DIP hearing 9/10/15 (valet at restaurant for dinner)

**JONES DAY**

Alpha Natural Resources Inc.                                                                                         Page 8

| | | | | |
|---|---|---|---|---|
| 09/30/15 | R W HAMILTON | COL | 5.00 | |
| Tips - Travel to Richmond for DIP hearing 9/15/15 (hotel housekeeping) | | | | |
| **Tips Subtotal** | | | | **10.00** |

**UNITED PARCEL SERVICE CHARGES**

| | | | | |
|---|---|---|---|---|
| 09/04/15 | J C MALIZA | CLE | 17.05 | |
| United Parcel Services Charges, Philip J. Cavatoni, Alpha Natural Resources | | | | |
| 09/08/15 | J C MALIZA | CLE | 69.28 | |
| United Parcel Services Charges, Robert W. Hamilton, Jones Day | | | | |
| 09/28/15 | N J HOEPPNER | CHI | 12.03 | |
| United Parcel Services Charges, Brittany Buhler, Davis Polk & Wardwell LLP | | | | |
| **United Parcel Service charges Subtotal** | | | | **98.36** |

| | | | |
|---|---|---|---|
| **Total** | | **USD** | **17,484.57 \*\*** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 1,066.01

| | | | |
|---|---|---|---|
| **Grand Total** | | **USD** | **17,484.57 \*\*** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 1,066.01

**D-3**

Detailed Expenses for
October 1, 2015 through October 31, 2015

**JONES DAY**

Alpha Natural Resources Inc.                                                                                      Page 1

Case Administration

**DISBURSEMENT DETAIL - October 31, 2015**

| Date | Timekeeper Name | Location | Amount |
|------|-----------------|----------|--------|

**AIR FARE**

10/08/15     D G HEIMAN                                          CLE          473.10
Airfare from New York to Ft. Myers following Cavatoni and Parkhill (Rothschild) deposition preparation and meetings with Verheij, Cavatoni, 9/10/15 (change in itinerary due to extraordinary flight delays; original return from New York to Cleveland to be refunded)

10/08/15     D G HEIMAN                                          CLE          653.14
Airfare from Cleveland to New York for Cavatoni and Parkhill (Rothschild) deposition preparation and meetings with Verheij, Cavatoni, 9/10/15

10/08/15     D G HEIMAN                                          CLE          574.97
Airfare from West Palm Beach, FL to Richmond for DIP hearing 9/14/15

10/08/15     D G HEIMAN                                          CLE          1,143.20
Airfare from Cleveland to Bristol for meetings regarding business plan 9/17/15

10/15/15     D G HEIMAN                                          CLE          317.78
Airfare from Bristol, VA to Cleveland following Board of Directors meeting 8/27/15

10/15/15     B W EASLEY                                          CHI          696.76
Airfare from Chicago to Bristol for labor strategy meeting 9/22/15

10/15/15     C E BLACK                                           CLE          643.20
Airfare from Cleveland to Bristol for Board meetings 8/25/15 (itinerary changed; return portion to be refunded)

10/15/15     C E BLACK                                           CLE          758.60
Airfare from Bristol to Cleveland following Board meetings 8/27/15

10/15/15     C E BLACK                                           CLE          (301.60)
Airfare from Cleveland to Bristol for Board meetings 8/25/15 (return itinerary changed; return flight refund)

10/15/15     C E BLACK                                           CLE          893.64
Airfare from Cleveland to Richmond for section 341 meeting of creditors 9/1-2/15

10/15/15     C E BLACK                                           CLE          697.10
Airfare from New York to Cleveland following meetings with client regarding business plan and Cavatoni and Parkhill deposition preparation relating to DIP hearing 9/10/15

10/15/15     C E BLACK                                           CLE          653.14
Airfare from Cleveland to New York for meetings with client regarding business plan and Cavatoni and Parkhill deposition preparation relating to DIP hearing 9/10/15

10/15/15     C E BLACK                                           CLE          466.82
Airfare from Cleveland to Richmond for DIP hearing 9/14/15

10/15/15     C E BLACK                                           CLE          640.60
Airfare from Bristol to Cleveland following meetings with management regarding business plan and various case issues 9/17/15

10/15/15     C E BLACK                                           CLE          25.00
Airfare from Bristol to Cleveland following meetings with management regarding business plan and various case issues 9/17/15 (baggage fee)

10/15/15     C E BLACK                                           CLE          783.70
Airfare from New York to Cleveland following meetings with client regarding various case matters and Cavatoni and Parkhill deposition preparation relating to DIP hearing 9/10/15

10/15/15     C E BLACK                                           CLE          1,316.20
Airfare from Cleveland to New York for diligence meetings with lenders 9/23/15

10/15/15     T A WILSON                                          CLE          1,004.60
Airfare from Cleveland to Richmond for 9/1/15 omnibus hearing 8/31/15

10/15/15     T A WILSON                                          CLE          587.97
Airfare from Richmond to Cleveland following 9/1/15 omnibus hearing 9/2/15

**JONES DAY**

Alpha Natural Resources Inc.                                                                                           Page 2

| Date | Name | | Amount |
|---|---|---|---|
| 10/15/15 | D J MERRETT | ATL | 846.20 |

Airfare from Atlanta to Richmond for omnibus hearing and 341 meeting. 10/6-7/15

| 10/15/15 | D J MERRETT | ATL | 50.00 |

Airfare from Atlanta to Richmond for omnibus hearing and 341 meeting 10/6-7/15 (baggage fees)

| 10/15/15 | R W HAMILTON | COL | (268.44) |

Airfare from Columbus to Richmond for DIP hearing 9/17/15 (itinerary changed-return portion refund)

| 10/15/15 | R W HAMILTON | COL | 979.08 |

Airfare from Columbus to Richmond for DIP hearing 9/17/15 (itinerary changed-- portion of ticket to be refunded for $268.44

| 10/22/15 | D G HEIMAN | CLE | 1,615.20 |

Airfare from Cleveland to Bristol for meetings with management regarding business plan and asset sale strategy 9/28-29/15

| 10/22/15 | D G HEIMAN | CLE | 466.82 |

Airfare from Richmond to Cleveland following DIP hearing 9/15/15

| 10/29/15 | J B ELLMAN | ATL | 1,087.20 |

Airfare from Atlanta to New York for business plan meetings with Alpha, First Lien Lenders and Second Lien Noteholders 10/9/15

| 10/29/15 | C E BLACK | CLE | 1,615.20 |

Airfare from Cleveland to Bristol for meetings with management regarding business plan 9/28-29/15

| 10/29/15 | C E BLACK | CLE | 533.10 |

Airfare Travel from Richmond to New York for meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/6/15

| 10/29/15 | C E BLACK | CLE | 638.10 |

Airfare from New York to Cleveland following meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/8/15

| 10/29/15 | C E BLACK | CLE | 485.96 |

Airfare Travel from Cleveland to Richmond for 10/6/15 omnibus hearing 10/5/15

| 10/29/15 | C E BLACK | CLE | 25.00 |

Airfare Travel from Richmond to New York for meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/6/15 (baggage fee)

| 10/29/15 | C E BLACK | CLE | 25.00 |

Airfare from New York to Cleveland following meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/8/15 (baggage fee)

|  | **Air Fare Subtotal** | | **20,126.34** |

**CAR RENTAL CHARGES**

| 10/15/15 | B W EASLEY | CHI | 115.28 |

Car rental charges - Travel to Bristol for labor strategy meeting 9/21-22/15 (1 day)

| 10/15/15 | C E BLACK | CLE | 147.17 |

Car rental charges - Travel to Bristol for Board meetings 8/25-27/15 (2 days)

| 10/29/15 | C E BLACK | CLE | 83.51 |

Car rental charges - Travel to Bristol for meetings with management regarding business plan 9/28-29/15 (1 day)

|  | **Car rental charges Subtotal** | | **345.96** |

**COLOR DUPLICATION CHARGES**

| 10/31/15 | NYC ACCOUNTING | NYC | 95.00 |

Color duplication charges - October 2015

| 10/31/15 | NYC ACCOUNTING | NYC | 95.00 |

Color duplication charges - October 2015

|  | **Color duplication charges Subtotal** | | **190.00** |

**COMMUNICATION CHARGES**

| 10/15/15 | T A WILSON | CLE | 9.95 |

Internet Connection (Travel to Richmond for 9/1/15 omnibus hearing 8/31/15 (at hotel)

|  | **Communication charges Subtotal** | | **9.95** |

**JONES DAY**

Alpha Natural Resources Inc.                                                                                    Page 3

**COMPUTERIZED RESEARCH SERVICES**

| 10/13/15 | D J MERRETT | ATL | 14.70 |
|---|---|---|---|

Computerized research services - Pacer Service Center 7/01/2015 - 09/30/15

| 10/13/15 | D BARAV-JOHNSON | ATL | 76.00 |
|---|---|---|---|

Computerized research services - Pacer Service Center 7/01/2015 - 09/30/15

| 10/22/15 | J B ELLMAN | ATL | 7.70 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15

| 10/22/15 | D J MERRETT | ATL | 3.50 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15

| 10/22/15 | D J MERRETT | ATL | 1.10 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15

| 10/22/15 | D J MERRETT | ATL | 15.40 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15

| 10/22/15 | D J MERRETT | ATL | 7.00 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15

| 10/22/15 | D J MERRETT | ATL | 6.00 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15

| 10/22/15 | D J MERRETT | ATL | 3.70 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15

| 10/29/15 | D BARAV-JOHNSON | ATL | 21.90 |
|---|---|---|---|

Computerized research services Pacer Service Center 7/01/2015 - 09/30/15 - standards on 107(b)

| 10/31/15 | O S ZELTNER | CLE | 163.00 |
|---|---|---|---|

Computerized research services - 2015

| 10/31/15 | T A WILSON | CLE | 61.10 |
|---|---|---|---|

Computerized research services - 2015

| 10/31/15 | O S ZELTNER | CLE | 1,274.80 |
|---|---|---|---|

Computerized research services - 2015

| 10/31/15 | J N EDEL | CLE | 55.70 |
|---|---|---|---|

Computerized research services - 2015

| 10/31/15 | A M GOBER-SIMS | CLE | 524.60 |
|---|---|---|---|

Computerized research services - 2015

| 10/31/15 | J C MALIZA | CLE | 3.70 |
|---|---|---|---|

Computerized research services - 2015

| 10/31/15 | T A WILSON | CLE | 2.60 |
|---|---|---|---|

Computerized research services - 2015

**Computerized research services Subtotal                                    2,242.50**

**CONFERENCE CHARGES**

| 10/15/15 | T A WILSON | CLE | 4.58 |
|---|---|---|---|

Conference charges - 9/11/15

| 10/15/15 | C E BLACK | CLE | 18.78 |
|---|---|---|---|

Conference charges - Call with McKinsey, Alvarez & Marsal and Rothschild regarding business plan issues 8/6/15

| 10/15/15 | C E BLACK | CLE | 33.39 |
|---|---|---|---|

Conference charges - Call with counsel to first and second lienholders and DIP lenders regarding potential Wyoming resolution 8/18/15

| 10/15/15 | C E BLACK | CLE | 3.55 |
|---|---|---|---|

Conference charges - Call with Wyoming Department of Environmental Quality and McCallister regarding potential Wyoming resolution 8/17/15

| 10/15/15 | C E BLACK | CLE | 8.84 |
|---|---|---|---|

Conference charges - Telephonic meeting with DIP lenders regarding KERP motion 8/10/15

| 10/15/15 | C E BLACK | CLE | 9.88 |
|---|---|---|---|

Conference charges - Call with outside counsel regarding automatic stay issues 8/7/15

| 10/15/15 | C E BLACK | CLE | 3.40 |
|---|---|---|---|

Conference charges - Call with Shah (Milbank Tweed) and Hagen regarding KERP 8/31/15

| 10/15/15 | C E BLACK | CLE | 8.68 |
|---|---|---|---|

Conference charges - Call with Heiman, Verheij, and Hagen regarding KEIP issues 8/28/15

JONES DAY

Alpha Natural Resources Inc.                                                                      Page 4

10/15/15        C E BLACK                                      CLE        11.28
    Conference charges - Call with Unsecured Creditors' Committee counsel regarding confidentiality
    issues 8/24/15
10/15/15        C E BLACK                                      CLE        36.46
    Conference charges - Call with Tompkins, Dougherty and Graham regarding coal subsidiary issues
    8/21/15
10/15/15        C E BLACK                                      CLE        7.42
    Conference charges - Call with Unsecured Creditors' Committee counsel regarding confidentiality
    issues 8/21/15
10/15/15        C E BLACK                                      CLE        6.66
    Conference charges - Call with Cavatoni, McKinsey, Rothschild and Verheij regarding business plan
    issues 8/31/15
10/15/15        C E BLACK                                      CLE        3.84
    Conference charges - Call with Verheij and Wyoming regarding stipulation and related motion 9/4/15
10/15/15        C E BLACK                                      CLE        29.01
    Conference charges - Call with Parkhill (Rothschild) and secured creditor advisors regarding timing of
    business plan and related issues 9/30/15
10/15/15        C E BLACK                                      CLE        18.55
    Conference charges - Call with DIP agent advisors regarding reclamation and environmental issues
    9/30/15
10/15/15        C E BLACK                                      CLE        48.00
    Conference charges - Call with management and advisors to review business planning materials
    9/25/15
10/15/15        C E BLACK                                      CLE        15.80
    Conference charges - Planning call with counsel to DIP and second lien lenders regarding upcoming
    meetings 9/22/15
10/15/15        C E BLACK                                      CLE        22.19
    Conference charges - Planning call with counsel to DIP and second lien lenders regarding upcoming
    meetings 9/22/15
10/15/15        C E BLACK                                      CLE        4.08
    Conference charges - Call with Company, Heiman and Holewinski regarding potential Wyoming
    resolution 9/22/15
10/15/15        C E BLACK                                      CLE        7.60
    Conference charges - Call with Hagen, Prewitt and Eaton regarding labor strategy issues 9/18/15
10/15/15        C E BLACK                                      CLE        6.89
    Conference charges - Call with Ellman, Holewinski and Einik regarding environmental issues
    9/18/15
10/15/15        C E BLACK                                      CLE        14.02
    Conference charges - Call with management regarding various case planning matters 9/16/15
10/15/15        C E BLACK                                      CLE        5.00
    Conference charges - Call with advisors regarding weekly update 9/14/15
10/15/15        C E BLACK                                      CLE        3.31
    Conference charges - Call with management regarding various case matter issues 9/10/15
10/15/15        C E BLACK                                      CLE        9.75
    Conference charges - Call with Hagen, Banbury and Verheij regarding various employee issues
    9/8/15
10/15/15        C E BLACK                                      CLE        3.67
    Conference charges - Call with McKinsey, Rothschild and Alvarez and Marsal regarding weekly
    update 9/8/15
10/15/15        C E BLACK                                      CLE        18.54
    Conference charges - Telephonic participation in witness deposition preparation of Cavatoni and
    Parkhill (Rothschild) 9/4/15
10/15/15        C E BLACK                                      CLE        10.06
    Conference charges - Call with Easley, Heiman, Hagen and Gaffey regarding labor and employee
    benefit issues and planning strategy 9/4/15
10/15/15        O S ZELTNER                                    CLE        6.89
    Conference charges - Call with Wilson, Harrison and Esposito (Penn Stuart) regarding Kinder
    Morgan lift-stay motion, negotiations and response thereto 9/3/15

Alpha Natural Resources Inc.                                                                                    Page 5

10/22/15        D G HEIMAN                                        CLE            6.71
        Conference charges - Call with Rothschild regarding business planning issues 9/21/15
10/22/15        J B ELLMAN                                        ATL            3.53
        Conference charges - Call with Fleck (Milbank) regarding open settlement issues 9/14/15
10/22/15        J B ELLMAN                                        ATL           11.61
        Conference charges - Call with Shockley, Merrett, Grady (Alvarez & Marsal) and Milbank and
        Protiviti teams regarding bank accounts and cash management 9/30/15
10/22/15        J B ELLMAN                                        ATL            5.46
        Conference charges - Call with Kreutzer and Kane regarding potential asset purchase agreements
        9/28/15
10/22/15        J B ELLMAN                                        ATL            3.88
        Conference charges - Call with Verheij and Manno regarding aircraft adequate protection 9/28/15
10/22/15        D J MERRETT                                       ATL            2.49
        Conference charges - Call regarding trade agreements for lienholders and essential suppliers. 8/6/15
10/22/15        D J MERRETT                                       ATL            2.91
        Conference charges - Conference with Bernstein (UST), Foster, McGuinness and Kass (KCC)
        regarding KCC's supplemental declaration. 8/20/15
10/22/15        D J MERRETT                                       ATL            6.06
        Conference charges - Conference with Vander Lind, Bate (ANR) and conference with Morley, Chou
        (Rothschild) regarding motion to continue prepetition retention programs. 8/10/15
10/22/15        D J MERRETT                                       ATL           10.04
        Conference charges - Conference with first lien and second lien professionals regarding motion to
        continue prepetition retention programs. 8/10/15
10/22/15        D J MERRETT                                       ATL            7.11
        Conference charges - Conference with Kotarba, Williams, Esposito (all A&M) and Barav Johnson
        regarding revision of schedules of liabilities and statements of financial affairs. 9/10/15
10/22/15        S K PREWITT                                       CLE            3.19
        Conference charges - Conference Call 9/24/15
10/22/15        S K PREWITT                                       CLE            1.44
        Conference charges - Conference Call 9/22/15
10/22/15        S K PREWITT                                       CLE            1.11
        Conference charges - Conference Call 9/17/15
10/22/15        S K PREWITT                                       CLE            5.31
        Conference charges - Conference Call 9/14/15
10/22/15        S K PREWITT                                       CLE            2.73
        Conference charges - Conference Call 9/14/15
10/22/15        S K PREWITT                                       CLE            4.27
        Conference charges - Conference Call 9/11/15
10/29/15        B P BARRAGATE                                     NYC           33.28
        Conference charges - Call on Committee DIP objection. 9/4/15
                    **Conference Charges Subtotal**                                           **491.25**
**FOOD AND BEVERAGE EXPENSES**

10/08/15        D G HEIMAN                                        CLE           28.42
        Food and beverage expenses - Travel to Richmond for DIP hearing 9/14/15 - dinner
10/08/15        D G HEIMAN                                        CLE           18.58
        Food and beverage expenses - Travel to Richmond for DIP hearing 9/15/15 - breakfast
10/08/15        D G HEIMAN                                        CLE           14.30
        Food and beverage expenses - Travel to Bristol for meetings regarding business planning 9/17/15 -
        breakfast
10/15/15        D G HEIMAN                                        CLE           16.56
        Food and beverage expenses - Travel to Bristol for Board of Directors meeting 8/27/15 - lunch
10/15/15        D G HEIMAN                                        CLE           10.85
        Food and beverage expenses - Travel to Richmond for first-day hearing 8/3/15 - breakfast
10/15/15        B W EASLEY                                        CHI           48.00
        Food and beverage expenses - Travel to Bristol for labor strategy meeting 9/21/15 - dinner

JONES DAY

Alpha Natural Resources Inc.                                                                                    Page 6

10/15/15        C E BLACK                                              CLE           26.55
Food and beverage expenses - Travel from Cleveland to Bristol for Board meetings 8/25/15 - dinner
at Atlanta airport en route to Bristol
10/15/15        C E BLACK                                              CLE            9.55
Food and beverage expenses - Travel from Cleveland to Bristol for Board meetings 8/27/15 - dinner
10/15/15        C E BLACK                                              CLE           30.60
Food and beverage expenses - Travel from Cleveland to Richmond for 341 meeting of creditors
9/1/15 - dinner
10/15/15        C E BLACK                                              CLE            4.65
Food and beverage expenses - Travel from Cleveland to Richmond for 341 meeting of creditors
9/2/15 - breakfast
10/15/15        C E BLACK                                              CLE           23.89
Food and beverage expenses - Travel from Cleveland to Richmond for 341 meeting of creditors
9/2/15 - dinner with Wilson
10/15/15        C E BLACK                                              CLE            8.80
Food and beverage expenses - Travel to New York for meetings with client regarding various case
matters and Cavatoni and Parkhill deposition preparation relating to DIP hearing 9/10/15 - dinner
10/15/15        C E BLACK                                              CLE            4.65
Food and beverage expenses - Travel to Richmond for DIP hearing 9/15/15 - breakfast
10/15/15        C E BLACK                                              CLE           20.08
Food and beverage expenses - Travel to Richmond for DIP hearing 9/15/15 - dinner
10/15/15        C E BLACK                                              CLE           12.39
Food and beverage expenses - Travel to Bristol for meetings with management regarding planning
and various case issues 9/17/15 - dinner
10/15/15        C E BLACK                                              CLE           38.39
Food and beverage expenses - Travel to Richmond for 9/15/15 DIP hearing 9/14/15 dinner
10/15/15        T A WILSON                                             CLE           40.41
Food and beverage expenses - Travel to Richmond for 9/1/15 omnibus hearing 8/31/15 (in-room
service) - dinner
10/15/15        T A WILSON                                             CLE           50.00
Food and beverage expenses - Travel to Richmond for 9/1/15 omnibus hearing 9/1/15 (in-room
service) - dinner
10/22/15        D G HEIMAN                                             CLE           14.00
Food and beverage expenses - Travel from Cleveland to Bristol for meetings with management
regarding business plan and asset sale strategy 9/28/15 - dinner
10/22/15        D G HEIMAN                                             CLE           14.30
Food and beverage expenses - Travel from Cleveland to Bristol for meetings with management
regarding business plan and asset sale strategy 9/29/15 - breakfast
10/29/15        J B ELLMAN                                             ATL            3.32
Food and beverage expenses - Travel to New York for business plan meetings with Alpha, First Lien
Lenders and Second Lien Noteholders 10/8/15 - breakfast
10/29/15        J B ELLMAN                                             ATL           36.48
Food and beverage expenses - Travel to New York for business plan meetings with Alpha, First Lien
Lenders and Second Lien Noteholders 10/8/15 - dinner
10/29/15        J B ELLMAN                                             ATL            4.63
Food and beverage expenses - Travel to New York for business plan meetings with Alpha, First Lien
Lenders and Second Lien Noteholders 10/9/15 - breakfast
10/29/15        J B ELLMAN                                             ATL           15.25
Food and beverage expenses - Travel to New York for business plan meetings with Alpha, First Lien
Lenders and Second Lien Noteholders 10/9/15 - lunch
10/29/15        J B ELLMAN                                             ATL            9.80
Food and beverage expenses - Travel to New York for business plan meetings with Alpha, First Lien
Lenders and Second Lien Noteholders 10/8/15
10/29/15        C E BLACK                                              CLE            6.94
Food and beverage expenses - Travel to Bristol for meetings with management regarding plan of
reorganization 9/28/15 - dinner

Alpha Natural Resources Inc.                                                                                          Page 7

| Date | Name | Office | Amount |
|---|---|---|---|
| 10/29/15 | C E BLACK | CLE | 6.71 |
| | Food and beverage expenses - Travel to Bristol for meetings with management regarding plan of reorganization 9/29/15 - dinner | | |
| 10/29/15 | C E BLACK | CLE | 7.98 |
| | Food and beverage expenses - Travel from Cleveland to Richmond for 10/6/15 omnibus hearing 10/5/15 - lunch | | |
| 10/29/15 | C E BLACK | CLE | 1.99 |
| | Food and beverage expenses - Travel from Cleveland to Richmond for 10/6/15 omnibus hearing 10/6/15 - breakfast | | |
| 10/29/15 | C E BLACK | CLE | 7.98 |
| | Food and beverage expenses - Travel from Cleveland to Richmond for 10/6/15 omnibus hearing 10/6/15 - lunch | | |
| 10/29/15 | C E BLACK | CLE | 14.25 |
| | Food and beverage expenses - Travel from Cleveland to Richmond for 10/6/15 omnibus hearing 10/6/15 - dinner | | |
| 10/29/15 | C E BLACK | CLE | 11.12 |
| | Food and beverage expenses - Travel New York for meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/7/15 - lunch | | |
| 10/29/15 | C E BLACK | CLE | 143.03 |
| | Food and beverage expenses - Travel New York for meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/7/15 - dinner with Ellman | | |
| 10/29/15 | C E BLACK | CLE | 10.21 |
| | Food and beverage expenses - Travel to New York for meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/8/15 - dinner | | |
| 10/29/15 | C E BLACK | CLE | 22.98 |
| | Food and beverage expenses - Travel to Richmond for 10/6/15 omnibus hearing 10/5/15 (in-room service) - dinner | | |
| | **Food and beverage expenses Subtotal** | | **737.64** |

**GENERAL INTERNAL CHARGES**

| Date | Name | Office | Amount |
|---|---|---|---|
| 10/31/15 | D J MERRETT | ATL | 48.60 |
| | General internal charges - Duplication of compact discs in connection with circulation of schedules of liabilities and statements of financial affairs 10/05/15 | | |
| | **General internal charges Subtotal** | | **48.60** |

**HOTEL CHARGES**

| Date | Name | Office | Amount |
|---|---|---|---|
| 10/08/15 | D G HEIMAN | CLE | 260.59 |
| | Hotel charges - Travel to Richmond DIP hearing 9/14-15/15 (1 night) | | |
| 10/08/15 | D G HEIMAN | CLE | 170.31 |
| | Hotel charges - Travel to Bristol for meetings regarding business planning 9/16-17/15 (1 night) | | |
| 10/15/15 | D G HEIMAN | CLE | 181.74 |
| | Hotel charges - Travel to Bristol for Board of Directors meeting 8/26-27/15 (1 night) | | |
| 10/15/15 | B W EASLEY | CHI | 124.59 |
| | Hotel charges - Travel to Bristol for labor strategy meeting 21-Sep-2015 to 22-Sep-2015 (1 night) | | |
| 10/15/15 | C E BLACK | CLE | 363.48 |
| | Hotel charges - Travel to Bristol for Board meetings 8/25-27/15 (2 nights) | | |
| 10/15/15 | C E BLACK | CLE | 192.61 |
| | Hotel charges - Travel from Cleveland to Richmond for 341 meeting of creditors 9/1-2/15 (1 night) | | |
| 10/15/15 | C E BLACK | CLE | 260.59 |
| | Hotel charges - Travel to Richmond for 9/15/15 DIP hearing 9/14-15/15 (1 night) | | |
| 10/15/15 | C E BLACK | CLE | 340.62 |
| | Hotel charges - Travel to Bristol for meetings with management regarding planning and various case issues 9/15-17/15 (2 nights) | | |
| 10/15/15 | C E BLACK | CLE | 495.77 |
| | Hotel charges - Travel to New York for diligence meetings with lenders 9/22-23/15 (1 night) | | |
| 10/15/15 | T A WILSON | CLE | 428.28 |
| | Hotel charges - Travel to Richmond for 9/1/15 omnibus hearing 8/31/15-9/2/15 (2 nights) | | |

Alpha Natural Resources Inc.          Page 8

| 10/22/15 | D G HEIMAN | CLE | 181.74 |
|---|---|---|---|

Hotel charges - Travel from Cleveland to Bristol for meetings with management regarding business plan and asset sale strategy 9/28-29/15 (1 night)

| 10/29/15 | J B ELLMAN | ATL | 1,175.14 |
|---|---|---|---|

Hotel charges - Travel to New York for business plan meetings with Alpha, First Lien Lenders and Second Lien Noteholders 10/7-9/15 (2 nights @ $509.00/night)

| 10/29/15 | C E BLACK | CLE | 181.74 |
|---|---|---|---|

Hotel charges - Travel to Bristol for meetings with management regarding business plan 9/28-29/15 (1 night)

| 10/29/15 | C E BLACK | CLE | 202.81 |
|---|---|---|---|

Hotel charges - Travel to Richmond for 10/6/15 omnibus hearing 10/5-6/15 (1 night)

| 10/29/15 | C E BLACK | CLE | 1,289.90 |
|---|---|---|---|

Hotel charges - Travel to New York for meetings with company regarding business plan and 10/8/15 meeting with first and second lien lenders 10/6-8/15 (2 nights @ $559.00/night)

         **Hotel charges Subtotal**          **5,849.91**

**LATE WORK TAXI**

| 10/29/15 | S D EFRONSON | NYC | 16.55 |
|---|---|---|---|

Late Work Taxi from office to home 22-Oct-2015

         **Late Work Taxi Subtotal**          **16.55**

**LOCAL FOOD AND BEVERAGE EXPENSE**

| 10/07/15 | NYC ACCOUNTING | NYC | 335.12 |
|---|---|---|---|

Local food and beverage expense - Flik Catering 09/04 - 09/10/15 (B. Hamilton)

| 10/07/15 | NYC ACCOUNTING | NYC | 94.45 |
|---|---|---|---|

Local food and beverage expense - Flik Catering 09/04 - 09/10/15 (B. Hamilton)

| 10/08/15 | NYC ACCOUNTING | NYC | 348.40 |
|---|---|---|---|

Local food and beverage expense - Flik Catering 09/11 - 09/17/15 (B. Hamilton)

| 10/08/15 | NYC ACCOUNTING | NYC | 24.82 |
|---|---|---|---|

Local food and beverage expense - Flik Catering 09/11 - 09/17/15 (B. Hamilton)

         **Local food and beverage expense Subtotal**          **802.79**

**LOCAL TAXI CHARGES**

| 10/12/15 | J B ELLMAN | ATL | 94.30 |
|---|---|---|---|

Local taxi charges- Bellradio - 09/11/15

| 10/12/15 | R W HAMILTON | COL | 59.03 |
|---|---|---|---|

Local taxi charges- Bellradio - 09/11/15

| 10/15/15 | C E BLACK | CLE | 74.63 |
|---|---|---|---|

Taxi charge - Travel to New York for meetings with lenders 7/16/15 (car service from JD office to LaGuardia airport)

| 10/15/15 | M A PLATT | CLE | 72.40 |
|---|---|---|---|

Taxi charge - deposition preparation with H. Parkhill (Rothschild) - 09/04/15 (from JD office to La Guardia airport).

| 10/21/15 | J B ELLMAN | ATL | 31.19 |
|---|---|---|---|

Taxi charges- Dialcar - 09/10/15

| 10/29/15 | M A PLATT | CLE | 71.28 |
|---|---|---|---|

Taxi charge - Travel to New York for deposition preparation with H. Parkhill (Rothschild) - 09/04/15 (from LaGuardia airport to JD Office)

         **Local taxi charges Subtotal**          **402.83**

**LONG DISTANCE CHARGES**

| 10/08/15 | ATL ACCOUNTING | ATL | 17.40 |
|---|---|---|---|

Long distance charges through 10/08/15

| 10/08/15 | D A HALL | CHI | 2.10 |
|---|---|---|---|

Long distance charges 9/8/15

| 10/15/15 | CLE ACCOUNTING | CLE | 1.65 |
|---|---|---|---|

Long distance charges through 10/15/2015

| 10/15/15 | ATL ACCOUNTING | ATL | 12.75 |
|---|---|---|---|

Long distance charges through 10/15/20

**JONES DAY**

Alpha Natural Resources Inc.                                                                                      Page 9

| | | | |
|---|---|---|---|
| 10/15/15 | CLE ACCOUNTING | CLE | 6.90 |
| Long distance charges through 10/15/15 | | | |
| 10/15/15 | C E BLACK | CLE | 3.60 |
| Long distance charges 8/24/15 | | | |
| 10/15/15 | C E BLACK | CLE | 1.95 |
| Long distance charges 8/24/15 | | | |
| 10/15/15 | C E BLACK | CLE | 2.55 |
| Long distance charges 8/21/15 | | | |
| 10/15/15 | J E MAZEY | DAL | 2.85 |
| Long distance charges - 10/7/15 | | | |
| 10/22/15 | J B ELLMAN | ATL | 8.40 |
| Long distance charges - 9/30/15 | | | |
| 10/22/15 | J B ELLMAN | ATL | 1.80 |
| Long distance charges - 9/25/15 | | | |
| 10/22/15 | J E MAZEY | DAL | 1.05 |
| Long distance charges - 10/13/15 | | | |
| 10/22/15 | D J MERRETT | ATL | 1.35 |
| Long distance charges - 8/21/15 | | | |
| 10/22/15 | CLE ACCOUNTING | CLE | 36.00 |
| Long distance charges through 10/22/2015 | | | |
| 10/22/15 | ATL ACCOUNTING | ATL | 39.75 |
| Long distance charges through 10/22/15 | | | |
| 10/22/15 | NYC ACCOUNTING | NYC | 6.30 |
| Long distance charges through 10/22/15 | | | |
| 10/22/15 | CLE ACCOUNTING | CLE | 6.90 |
| Long distance charges through 10/22/15 | | | |
| 10/29/15 | J B ELLMAN | ATL | 1.35 |
| Long distance charges - 10/2/15 | | | |
| 10/29/15 | J B ELLMAN | ATL | 3.75 |
| Long distance charges - 10/6/15 | | | |
| 10/29/15 | J B ELLMAN | ATL | 3.90 |
| Long distance charges - 10/2/15 | | | |
| 10/29/15 | J B ELLMAN | ATL | 1.65 |
| Long distance charges - 10/2/15 | | | |
| 10/29/15 | J B ELLMAN | ATL | 1.50 |
| Long distance charges - 10/2/15 | | | |
| 10/29/15 | J B ELLMAN | ATL | 9.76 |
| Long distance charges - 10/21/15 | | | |
| 10/29/15 | J E MAZEY | DAL | 2.55 |
| Long distance charges - 10/19/15 | | | |
| 10/29/15 | D A HALL | CHI | 1.65 |
| Long distance charges 10/15/15 | | | |
| 10/29/15 | N J HOEPPNER | CHI | 1.50 |
| Long distance charges 9/16/15 | | | |
| 10/29/15 | N J HOEPPNER | CHI | 2.55 |
| Long distance charges 9/15/15 | | | |
| 10/29/15 | N J HOEPPNER | CHI | 2.70 |
| Long distance charges 8/24/15 | | | |
| 10/29/15 | N J HOEPPNER | CHI | 1.05 |
| Long distance charges 8/24/15 | | | |
| 10/29/15 | CLE ACCOUNTING | CLE | 28.20 |
| Long distance charges through 10/29/2015 | | | |
| 10/29/15 | ATL ACCOUNTING | ATL | 3.90 |
| Long distance charges through 10/29/15 | | | |
| 10/29/15 | CLE ACCOUNTING | CLE | 20.10 |
| Long distance charges through 10/29/15 | | | |
| **Long distance charges Subtotal** | | | **239.41** |

**JONES DAY**

Alpha Natural Resources Inc.                                                                                      Page 10

**MESSENGER SERVICES**

10/13/15          N J HOEPPNER                                    CHI              7.20
Messenger services - USM Logistics 9/2/15
                  **Messenger services Subtotal**                                                              **7.20**

**MILEAGE EXPENSES**

10/08/15          D G HEIMAN                                      CLE              14.95
Mileage expenses - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition preparation
and meetings with Verheij, Cavatoni, regarding business plan 9/10/15 (from home to Cleveland
airport) 26.00 Miles @ Rate .575

10/08/15          D G HEIMAN                                      CLE              14.95
Mileage expenses - Travel to Richmond for DIP hearing 9/15/15 (from Cleveland airport to home)
26.00 Miles @ Rate .575

10/08/15          D G HEIMAN                                      CLE              14.95
Mileage expenses - Travel from Cleveland to Bristol for meetings regarding business plan 9/16/15
(from home to Cleveland airport) 26.00 Miles @ Rate .575

10/08/15          D G HEIMAN                                      CLE              14.95
Mileage expenses - Travel to Bristol for meetings regarding business plan 9/17/15 (from Cleveland
airport to home) 26.00 Miles @ Rate .575

10/15/15          B W EASLEY                                      CHI              10.35
Mileage expenses - Travel to Bristol for labor strategy meeting 9/21/15 (from home to Chicago
airport) 18.00 Miles @ Rate .575

10/15/15          B W EASLEY                                      CHI              10.35
Mileage expenses - Travel to Bristol for labor strategy meeting 9/21/15 (Chicago airport to home)
18.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              6.90
Mileage expenses - Travel from Cleveland to Bristol for Board meetings 8/25/15 (from JD office to
Cleveland airport) 12.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              6.90
Mileage expenses - Travel from Cleveland to Richmond for 341 meeting of creditors 9/1/15 (from
JD office to Cleveland airport) 12.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              9.78
Mileage expenses - Travel from Cleveland to Richmond for 341 meeting of creditors 9/2/15 (from
Cleveland airport to home) 17.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              9.78
Mileage expenses - Travel from Cleveland to Bristol for Board meetings 8/27/15 (from Cleveland
airport to home) 17.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              19.55
Mileage expenses - Travel to New York for meetings with client regarding various case matters and
Cavatoni and Parkhill deposition preparation relating to DIP hearing 9/10/15 (to/from home and
Cleveland airport) 34.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              6.90
Mileage expenses - Travel to Richmond for 9/15/15 DIP hearing 9/14/15 (from JD office to
Cleveland airport) 12.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              9.78
Mileage expenses - Travel to Bristol for meetings with management regarding planning and various
case issues 9/17/15 (from Cleveland airport to home) 17.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              6.90
Mileage expenses - Travel to New York for diligence meetings with lenders 9/22/15 (from JD office
to Cleveland airport) 12.00 Miles @ Rate .575

10/15/15          C E BLACK                                       CLE              9.78
Mileage expenses - Travel to New York for diligence meetings with lenders 9/23/15 (from Cleveland
airport to home) 17.00 Miles @ Rate .575

10/22/15          D G HEIMAN                                      CLE              14.95
Mileage expenses - Travel from Cleveland to Bristol for meetings with management regarding
business plan 9/28/15 (from home to Cleveland airport) 26.00 Miles @ Rate .575

Alpha Natural Resources Inc.                                                                                    Page 11

10/22/15        D G HEIMAN                                           CLE              14.95
    Mileage expenses - Travel from Cleveland to Bristol for meetings with management regarding
    business plan 9/29/15 (from Cleveland airport to home) 26.00 Miles @ Rate .575
10/29/15        J B ELLMAN                                           ATL              28.75
    Mileage expenses - Travel to New York for business plan meetings with Alpha, First Lien Lenders
    and Second Lien Noteholders 10/7-9/15 (to/from home and Atlanta airport) 50.00 Miles @
    Rate .575
10/29/15        C E BLACK                                            CLE               6.90
    Mileage expenses - Travel to Bristol for meetings with management regarding business plan 9/28/15
    (from JD office to Cleveland airport) 12.00 Miles @ Rate .575
10/29/15        C E BLACK                                            CLE               9.78
    Mileage expenses - Travel to Bristol for meetings with management regarding business plan 9/29/15
    (from Cleveland airport to home) 17.00 Miles @ Rate .575
10/29/15        C E BLACK                                            CLE               9.78
    Mileage expenses - Travel from Cleveland to Richmond for 10/6/15 omnibus hearing 10/5/15 (from
    home to Cleveland airport) 17.00 Miles @ Rate .575
10/29/15        C E BLACK                                            CLE               9.78
    Mileage expenses - Travel to New York for meetings with company regarding business plan and
    10/8/15 meeting with first and second lien lenders 10/8/15 (from Cleveland airport to home) 17.00
    Miles @ Rate .575
                **Mileage expenses Subtotal**                                       **261.66**
**PARKING EXPENSES**
10/08/15        D G HEIMAN                                           CLE              64.00
    Parking expenses - Travel to New York for Cavatoni and Parkhill (Rothschild) deposition preparation
    and meetings with Verheij, Cavatoni regarding business plan 9/10-15/15 (at Cleveland airport)
10/08/15        D G HEIMAN                                           CLE              18.00
    Parking expenses - Travel to Bristol for meetings regarding business plan 9/16-17/15 (at Cleveland
    airport)
10/15/15        B W EASLEY                                           CHI              54.00
    Parking expenses - Travel to Bristol for labor strategy meeting 9/21-22/15 (at Chicago airport)
10/15/15        C E BLACK                                            CLE              80.00
    Parking expenses - Travel from Cleveland to Bristol for Board meetings 8/25-27/15 (at Cleveland
    airport)
10/15/15        C E BLACK                                            CLE              55.00
    Parking expenses - Travel from Cleveland to Richmond for section 341 meeting of creditors 9/1-2/15
    (at Cleveland airport)
10/15/15        C E BLACK                                            CLE              30.00
    Parking expenses - Travel to New York for meetings with client regarding various case matters and
    Cavatoni and Parkhill deposition preparation relating to DIP hearing 9/10/15 (at Cleveland airport)
10/15/15        C E BLACK                                            CLE              56.00
    Parking expenses - Travel to Richmond for 9/15/15 DIP hearing and from Richmond to Bristol for
    meetings with management regarding planning and various case issues 9/14-17/15 (at Cleveland
    airport)
10/15/15        C E BLACK                                            CLE              39.00
    Parking expenses - Travel to New York for diligence meetings with lenders 9/22-23/15 (at Cleveland
    airport)
10/15/15        D J MERRETT                                          ATL              16.00
    Parking expenses - Travel to Richmond for omnibus hearing and section 341 meeting of creditors 10-
    6-7/15 at Atlanta airport
10/22/15        D G HEIMAN                                           CLE              54.00
    Parking expenses - Travel from Cleveland to Bristol for meetings with management regarding
    business plan and asset sale strategy 9/28-29/15 (at Cleveland airport)
10/29/15        J B ELLMAN                                           ATL              32.00
    Parking expenses - Travel to New York for business plan meetings with Alpha, First Lien Lenders
    and Second Lien Noteholders 10/7-9/15 (at Atlanta airport)
10/29/15        C E BLACK                                            CLE              55.00
    Parking expenses - Travel to Bristol for meetings with management regarding business plan 9/28-
    29/15 (at Cleveland airport)

Alpha Natural Resources Inc.                                                                        Page 12

10/29/15         C E BLACK                                          CLE         56.00
    Parking expenses - Travel to Richmond for 10/6/15 omnibus hearing and from Richmond to New
    York for meetings with company regarding business plan and 10/8/15 meeting with first and second
    lien lenders 10/5-8/15 (at Cleveland airport)
                 **Parking expenses Subtotal**                                            **609.00**

**TAXI FARE**

10/08/15         D G HEIMAN                                         CLE         50.00
    Taxi fare - Travel to Bristol for Board meeting 8/27/15 (from Cleveland airport to JD office)
10/08/15         D G HEIMAN                                         CLE         38.50
    Taxi fare - Travel to Richmond for DIP hearing 9/14/15 (from Richmond airport to hotel)
10/08/15         D G HEIMAN                                         CLE         34.00
    Taxi fare - Travel to Richmond for DIP hearing 9/15/15 (from courthouse to Richmond airport)
10/08/15         D G HEIMAN                                         CLE         60.00
    Taxi fare - Travel to Bristol for meetings regarding business plan 9/16/15 (from Tri Cities airport to
    hotel)
10/15/15         D G HEIMAN                                         CLE         87.00
    Taxi fare - Travel to Bristol for Board of Directors meeting 8/26/15 (from Tri Cities airport to Alpha
    Natural Resources office)
10/15/15         D G HEIMAN                                         CLE         15.00
    Taxi fare - Travel to Bristol for Board of Directors meeting 8/26/15 (from hotel to airport for flight
    to Bristol)
10/15/15         D G HEIMAN                                         CLE         65.00
    Taxi fare - Delivery of materials from JD Cleveland Office to Heiman residence 7/24/15
10/15/15         R W HAMILTON                                       COL         40.80
    Taxi fare - Travel to Richmond for DIP hearing 9/13/15 (from Richmond airport to hotel)
10/15/15         C E BLACK                                          CLE         34.00
    Taxi fare - Travel to Richmond for section 341 meeting of creditors 9/1/15 (from Richmond airport
    to hotel)
10/15/15         C E BLACK                                          CLE         7.00
    Taxi fare - Travel to Richmond for section 341 meeting of creditors 9/2/15 (from hotel to Hunton &
    Williams)
10/15/15         C E BLACK                                          CLE         35.00
    Taxi fare - Travel to Richmond for DIP hearing 9/14/15 (from Richmond airport to hotel)
10/15/15         C E BLACK                                          CLE         45.24
    Taxi fare - Travel to New York for diligence meetings with lenders 9/23/15 (from JD office to New
    York airport).
10/15/15         T A WILSON                                         CLE         20.19
    Taxi fare - Travel to Richmond for 9/1/15 omnibus hearing 9/3/15 (from Cleveland airport to JD
    office)
10/15/15         T A WILSON                                         CLE         40.00
    Taxi fare - Travel to Richmond for 9/1/15 omnibus hearing 8/31/15 (from Richmond airport to
    hotel)
10/15/15         T A WILSON                                         CLE         19.73
    Taxi fare - Travel to Richmond for 9/1/15 omnibus hearing 8/31/15 (from hotel to Hunton &
    Williams)
10/15/15         T A WILSON                                         CLE         5.00
    Taxi fare - Travel to Richmond for 9/1/15 omnibus hearing 9/2/15 (from hotel to Hunton &
    Williams)
10/15/15         T A WILSON                                         CLE         29.89
    Taxi fare - Travel to Richmond for 9/1/15 omnibus hearing 9/2/15 (from Hunton & Williams to
    Richmond airport)
10/15/15         D J MERRETT                                        ATL         40.00
    Taxi fare - Travel to Richmond for omnibus hearing and section 341 meeting of creditors 10/6/15
    (from Richmond airport to hotel)
10/22/15         D G HEIMAN                                         CLE         61.00
    Taxi fare - Travel to Bristol for meetings regarding business plan 9/17/15 (from ANR to TriCities
    airport)

JONES DAY

Alpha Natural Resources Inc.                                                                Page 13

10/22/15        D G HEIMAN                               CLE          43.00
Taxi fare - Travel from New York to Ft. Myers following Cavatoni and Parkhill (Rothschild)
deposition preparation and meetings with Verheij, Cavatoni, et al. regarding strategy and process for
asset disposition 9/10/15 (return flight to Cleveland changed to return to Ft. Myers due to flight
delays) (from Ft. Myers airport to home)
10/29/15        J B ELLMAN                               ATL          42.39
Taxi fare - Travel to New York for business plan meetings with Alpha, First Lien Lenders and Second
Lien Noteholders 10/7/15 (from New York airport to hotel)
10/29/15        J B ELLMAN                               ATL          39.41
Taxi fare - Travel to New York for business plan meetings with Alpha, First Lien Lenders and Second
Lien Noteholders 10/9/15 (from JD office to New York airport)
10/29/15        C E BLACK                                CLE          39.00
Taxi fare - Travel to Richmond for 10/6/15 omnibus hearing 10/5/15 (from Richmond aiport to
Hunton & Williams)
10/29/15        C E BLACK                                CLE           5.00
Taxi fare - Travel to Richmond for 10/6/15 omnibus hearing 10/5/15 (from Hunton & Williams to
hotel)
10/29/15        C E BLACK                                CLE          46.01
Taxi fare - Travel to Richmond for 10/6/15 omnibus hearing 10/6/15 (from Hunton & Williams to
Richmond airport)
                **Taxi Fare Subtotal**                                              **942.16**

**TOLL CHARGES**

10/15/15        B W EASLEY                               CHI           1.50
Toll charges - Travel to Bristol for labor strategy meeting 9/21/15
10/15/15        B W EASLEY                               CHI           1.50
Toll charges - Travel to Bristol for labor strategy meeting 9/22/15
                **Toll charges Subtotal**                                            **3.00**

**TRAVEL-OTHER COSTS**

10/15/15        C E BLACK                                CLE           9.95
Internet Connection - Travel from Cleveland to Richmond for section 341 meeting of creditors
9/1/15 (in-flight internet access)
                **Travel-other costs Subtotal**                                      **9.95**

**UNITED PARCEL SERVICE CHARGES**

10/15/15        C E BLACK                                CLE          14.97
United Parcel Services Charges, Richard H. Verheij, Alpha Natural Resources, Inc.,
10/19/15        D J MERRETT                              ATL          11.07
United Parcel Services Charges, George R. Pitts, Esq, Sands Anderson PC
                **United Parcel Service charges Subtotal**                           **26.04**

        **Total**                                        **USD**    **33,362.74 \*\***

        \*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 1,540.43

**Grand Total**                                          **USD**    **33,362.74 \*\***

        \*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 1,540.43