**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Alpha Natural Resources, Inc., et al.,** | **Case No. 15-33896 (KRH)** |
| **Debtors.** | **Jointly Administered** |

**OBJECTION OF KENTUCKY RIVER PROPERTIES LLC AND TIMBERLANDS, LLC TO THE DEBTORS' NOTICES OF (A) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) CURE AMOUNTS**

Kentucky River Properties LLC and Timberlands, LLC ("Lessors"), by counsel, file this objection (the "Objection") to the Debtors' Second and Third Notices of (A) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (B) Cure Amounts (docket items 1081 and 1136) (the "Cure Notices"), in which the Debtors have identified certain landlords and amounts that must be paid in order to cure all prepetition defaults and pay all amounts accrued under the Potentially Assigned Agreements (as defined in the Cure Notices), in the event that such agreements are assumed and assigned to a Successful Bidder (as defined in the Cure Notices). The Lessors are included as landlords with Potentially Assigned Agreements and they hereby object (the "Objection") to the Debtors' proposed cures as indicated in the Cure Notices, and in support of its Objection, the Lessors state the following:

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

*Counsel for Kentucky River Properties LLC and Timberlands, LLC*

## RELEVANT FACTS

1. On May 12, 2015 (the "Petition Date"), the above-captioned Debtors (the "Debtors") filed in this Court voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code. Lauren Land Company ("Lauren") is the Debtor in case no. 15-33953-KRH. Enterprise Mining Company ("Enterprise") is the debtor in case no. 15-33960.

2. The Debtors continue in possession of their property and continue to operate and manage their businesses as Debtors-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. Kentucky River Properties LLC ("KRP") and Lauren are parties to a lease agreement as may have been amended from time to time, pursuant to which KRP leases to Lauren certain real property (the "KRP/Coalgood Lease"). Timberlands, LLC ("Timberlands") and Enterprise are parties to a lease agreement that may have been amended from time to time, pursuant to which Timberlands leases to Enterprise certain real property (the "Timberlands/Roxana Lease"). KRP and Enterprise are parties to a lease agreement that may have been amended from time to time, pursuant to which KRP leases to Enterprise certain real property (the "KRP/Roxana Lease") (the KRP/Coalgood Lease, the Timberlands/Roxana Lease, and the KRP/Roxana Lease, collectively, the "Leases").

4. On or about December 14th and 17th of 2015, the Debtors served upon KRP and Timberlands the Cure Notices.

## OBJECTION

5. The Debtors' Cure Notices appear to propose the possible assumption and assignment of the Leases. KRP and Timberlands object to the Cure Notices to the extent that the Debtors propose to assume, divide up, and then assign to different purchasers parts of the individual leases. Each lease should be assumed and then assigned as a whole, with each lease

going to a single purchaser. All of the terms, conditions, and obligations arising under each of the unexpired Leases should be cured prior to assumption and assignment. Further, in each assumption and assignment of the Leases, the permits arising under the Leases should not be separated from their respective Leases.

6. The Cure Notices propose that the required cure amount due to the Lessors prior to lease assumption pursuant to 11 U.S.C. § 365(b) are in the following amounts:

| | |
|---|---|
| KRP/Coalgood Lease | $0.00 |
| KRP/Roxana Lease: | $279,526.65 |
| Timberlands/Roxana Lease | $1,501.00. |

The Lessors assert that the attached Exhibit A reflects the proper amounts due to the Lessors prior to any assumptions of the Leases. In sum, KRP asserts that the cure for the KRP/Coalgood Lease totals $250,000.00 and the cure for the KRP/Roxana Lease totals $642,067.40. Timberlands asserts that the cure for the Timberlands/Roxana Lease totals $3,243.51.

7. In addition to these liquidated and known cure amounts, any and all tax obligations that have accrued but that have not been billed must be addressed and provided for in any final asset purchase agreement utilized in this sale process.

8. Beyond tax and royalty obligations due to the Lessors under the terms of the Leases, the Leases also impose numerous contribution, reimbursement, reclamation, and indemnification obligations, including those arising out of the Debtors' environmental obligations due under the Leases. Such obligations are not quantifiable as of the date of this filing. While those amounts remain unliquidated or may not even be known today, those obligations must be cured and adequate assurance that those obligations will be performed by any

proposed lessee through this process must be provided to the Lessors prior to any assignment by the Debtors.

9. As is acknowledged in the Cure Notices, prior to any assumption or assignment of the Leases in these bankruptcy cases, the Debtors are required by 11 U.S.C. § 365(b)(1) to provide adequate assurance (a) that the Debtors will promptly cure all defaults under the Leases to be assumed and assigned and (b) of the future performance of a proposed assignee under the terms of an unexpired lease sought to be assumed and assigned. Adequate assurance of future performance is not due at this time, but the Lessors reserve all of their rights in that regard.

10. The Leases may not be assumed and assigned in parts; rather, all of the benefits and all of the burdens must either be assumed or rejected. If the Debtors assume executory contracts such as the Leases, the Debtors must assume all of the related parcels, permits, and obligations. *See Shangra-La, Inc. v. Three Sisters Partners, L.L.C.*, 176 F.3d 843, 849 (4th Cir. 1999) (citing *Adventure Resources, Inc. v. Holland*, 137 F.3d 786, 798 (4th Cir.), cert. denied, 117 S. Ct. 404 (1998)) ("When the Debtor assumes its unexpired lease . . . it assumes it *cum onere*—the debtor must accept the obligations of the executory contract along with the benefits.").

11. The Leases provide that mining and related operations on the leased premises shall be conducted in conformity with all state and federal laws with due regard to the future value of the leased premises, and in conformity with all state and federal environmental laws. The Lessors seek assurances that operations conducted by any proposed lessee pursuant to the terms of the Leases will comply with all obligations due from the lessee to the Lessors.

12. Finally, while the Leases require the Lessors' consent to any assignment of the Leases, section 365 of the Bankruptcy Code permits assignment of the Leases by the Debtors

without the Lessors' consent if the Debtors comply with the requirements of section 365. The Lessor's willingness to comply with the bankruptcy process in these bankruptcy cases should not, in any way, be treated as consent to any future assignments of the Leases. The Lessors' consent rights under the Leases are hereby expressly preserved.

WHEREFORE, Kentucky River Properties LLC and Timberlands, LLC respectfully object to the Cure Notices and request (i) that the Debtors be required to assign each lease as a whole, and assign each Lease to a single purchaser; (ii) that the Debtors be required to pay the full amount of the tax obligations due under the Leases; (iii) that any and all accrued tax obligations, whether or not they have been billed, are addressed and provided for in any final asset purchase agreement approved for this sale process; (iv) that the Debtors' assumption of the Leases be conditioned upon the satisfaction of all cure obligations, liquidated or unliquidated, including those related to the Debtors' contribution, reimbursement, reclamation, and indemnification obligations (including environmental obligations) arising out of the Leases; (v) that the Debtors be required to assume and assign all of the benefits as well of the burdens of the Leases each to a single assignee; (vi) that there be a proper showing of adequate assurance of future performance by any such assignee, including the assignee's ability to perform under all of the terms, conditions, permits, and other obligations of the Leases; (vii) that any proposed lessee has the ability to mine in compliance with all applicable state and federal environmental laws; and (viii) that the Lessors' consent rights arising out of the terms of the Leases are hereby expressly preserved; and (ix) such other and further relief as this Court deems just and proper.

Date: January 11, 2016

**KENTUCKY RIVER PROPERTIES LLC AND TIMBERLANDS, LLC**
**By Counsel**

/s/ Jennifer M. McLemore

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100; (804) 697-6112 Fax
aepps@cblaw.com
mmueller@cblaw.com
jmclemore@cblaw.com

*Counsel for Kentucky River Properties LLC and Timberlands, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2016, a copy of the foregoing was served by email or mail on the parties shown on the attached exhibit A (as required by the *Order Establishing Certain Notice, Case Management and Administrative Procedures* (Docket No. 111)) and on the following parties by first class mail:

Richard H. Verheij, Esquire
General Counsel
Alpha Natural Resources Inc.
One Alpha Place
P.O. Box 16429
Bristol, Virginia 24209

Carl E. Black, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland Ohio 44114

Jeffrey B. Ellman, Esquire
Jones Day
1420 Peachtree St. NE, Suite 800
Atlanta, Georgia 30309

Tyler P. Brown, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219

Evan R. Fleck, Esquire and
Eric K. Stodola, Esquire
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, New York 10005

William A Gray, Esquire
Sands Anderson PC
P.O. Box 1998
Richmond, Virginia 23218

Damian S. Schaible, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue,
New York, New York 10017

Dion W. Hayes, Esquire
Sarah B. Boehm, Esquire
K. Elizabeth Sieg, Esquire
McGuireWoods LLP,
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

Paul M. Basta, Esquire
Stephen E. Hessler, Esquire
Brian E. Schartz Esquire
Kirland & Ellis LLP
601 Lexington Ave.
New York, New York, 10022

Michael A. Condyles, Esquire
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1873956v2

# Exhibit A

**Exhibit A to Objection of Kentucky River Properties LLC and Timberlands, LLC to the Debtors' Notices to (A) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (B) Cure Amounts**

| Lessee | Balance | Other Items | Aug-15 Royalty | Jul-15 Royalty | 2014 surface tax billed 7/29/2015 |
|---|---|---|---|---|---|
| **Kentucky River Properties LLC** | | | | | |
| **Roxana Complex/ Enterprise Mining Company Lease** | | | | | |
| Alpha Natural Resources | $ 241,950.69 | | | $ 201,009.69 | $ 40,941.00 |
| 2015 estimated unmined coal taxes | 374,681.67 | 374,681.67 | | | |
| 2015 estimated surface taxes | 25,435.04 | 25,435.04 | | | |
| Kentucky River/Roxana/Enterprise Total Cure Due: | 642,067.40 | 400,116.71 | - | 201,009.69 | 40,941.00 |
| **Coalgood Complex/Lauren Land Company Lease** | | | | | |
| 2016 Coalgood Minimum Cure Due: | 250,000.00 | 250,000.00 | | | |
| **Timberlands, LLC** | | | | | |
| **Roxana Complex/Enterprise Mining Company Lease** | | | | | |
| Alpha Natural Resources | $ 1,501.00 | | | | $ 1,501.00 |
| 2015 estimated surface taxes | 1,742.51 | 1,742.51 | | | |
| Timberlands/Roxana/Enterprise Total Cure Due: | 3,243.51 | 1,742.51 | - | - | 1,501.00 |
| Total cure due: | **$895,310.91** | $ 401,859.22 | $ - | $ 201,009.69 | $ 42,442.00 |

C:\Users\aileen\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\5AZPJ6MV\PCDOCSDATA-#1874484-v1-Excel_chart_in_support_of_KRP_Cure_Objection_.XLSX

# Exhibit B

MSL/2002

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtors | Alpha Natural Resources, Inc. | Richard H. Verheij, Esq. | EVP, General Counsel and Corp Sec | One Alpha Place | PO Box 16429 | Bristol | VA | 24209 | | 276-619-4410 | | rverheij@alphanr.com |
| Counsel to Vossloh Track Material Inc | Archer & Greiner PC | Jerrold S Kulback | One Liberty Pl 32nd Fl | 1850 Market St | | Philadelphia | PA | 19103-7393 | | 215-246-3162 | 215-963-9999 | jkulback@archerlaw.com |
| Counsel for late of West Virginia Department of Environmental Protection ("DEP") | Bailey & Glasser LLP | Kevin W Barrett | 209 Capitol St | | | Charleston | WV | 25301 | | 304-345-6555 | 304-342-1110 | kbarrett@baileyglasser.com |
| Counsel to Balfour Beatty Rail, Inc. known as Balfour Beatty Infrastructure, Inc. | Balfour Beatty Infrastructure, Inc. | c/o Christine M McAnney | 999 Peachtree St NE Ste 900 | | | Atlanta | GA | 30309 | | 404-253-6336 | 404-607-1784 | cmcanney@bbius.com |
| Counsel to D-A Lubricant Company, Inc. | Barnes & Thornburg LLP | Christine Hoeft McCarthy | 1717 Pennsylvania Ave NW Ste 500 | | | WASHINGTON | DC | 20006-4623 | | 202-289-1313 | 202-289-1330 | cmccarthy@btlaw.com |
| Counsel to Bridgestone Americas, Inc. | Bass, Berry & Sims PLC | Paul G. Jennings | 150 Third Avenue South, Suite 2800 | | | Nashville | TN | 37201 | | 615-742-6200 | 615-742-6293 | pjennings@bassberry.com |
| Counsel to Cole & Crane Real Estate Trust | Campbell Woods PLLC | J Grant McGuire | 1002 3rd Ave | PO Box 1835 | | Huntington | WV | 25701 | | 304-529-2391 | 304-529-1832 | gmcguire@campbellwoods.com |
| Official Committee of Unsecured Creditors | CB Mining, Inc. | Attn: Bill Powell | 225 Berry Road | | | Washington | PA | 15301 | | | | |
| Counsel to AIG Commercial Equipment Finance Inc | Chadbourne & Parke LLP | Douglas E Deutsch & Marc B Roitman | 1301 Ave of theAmericas | | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com; mroitman@chadbourne.com |
| Counsel for Natural Resource Partners L.P., WPP LLC, ACIN LLC, and CSTL LLC (NRP), Pocahontas Land Company, Norfolk Southern Railway Company; Rowland Land Company, LLC | Christian & Barton, LLP | Michael D Mueller & Jennifer M. McLemore | 909 E Main St Ste 1200 | | | Richmond | VA | 23219-3095 | | 804-697-4100 | 804-697-6112 | mmueller@cblaw.com; jmclemore@cblaw.com |
| Counsel to Shonk Land Company, LLC, Kentucky River Properties LLC; Powder River Energy Corp, Pocahontas Land Company, Norfolk Southern Railway Company, Kentucky Utilities Company; Mayo Manufacturing Company, Inc; The Buchanan Group LLC | Christian & Barton, LLP | Augustus C Epps Jr & Jennifer M McLemore | 909 E Main St Ste 1200 | | | Richmond | VA | 23219-3095 | | 804-697-4104; 804-697-4100 | 804-697-6104; 804-697-6112 | aepps@cblaw.com; jmclemore@cblaw.com |
| Counsel to Nelson Brothers, Inc. | Christian & Small LLP | Daniel D Sparks | 1800 Financial Center | 505 N 20th St | | Birmingham | AL | 35203 | | 205-795-6588 | | ddsparks@csattorneys.com |
| Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | Citibank, NA | Attn Kimberly Shelton | CITI GLOBAL LOANS | 1615 BRETT ROAD OPS III | | NEW CASTLE | DE | 19720 | | | 302-323-2416 | |
| Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT | ATTN: MARK ROSENTHAL | CITI GLOBAL LOANS | 1615 BRETT ROAD OPS III | | NEW CASTLE | DE | 19720 | | | 212-994-0961 | |
| Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders Counsel | CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT | Cahill Gordon & Reindel LLP | 80 Pine St | Attn William Miller | | New York | NY | 10005 | | 212-701-3836 | 212-378-2500 | wmiller@cahill.com |
| Counsel to Commonwealth of Pennsylvania, Department of Environmental Protection | Commonwealth of Pennsylvania, Department of Environmental Protection | Barbara J Grabowski | Office of Chief Counsel | 400 Waterfront Dr | | Pittsburgh | PA | 15222-4745 | | 412-442-4262 | | bgrabowski@pa.gov |
| Counsel to Commonwealth of Pennsylvania, Department of Transportation | Commonwealth of Pennsylvania, Department of Transportation | Chester J Karas Jr | Office of Chief Counsel | 301 5th Ave Ste 210 | | PITTSBURGH | PA | 15222 | | 412-565-7555 | | ckaras@pa.gov |
| Official Committee of Unsecured Creditors | Computershare Trust Company, N.A. and Computershare Trust Con | Attn: Tina Vitale | 480 Washington Street, 28th Floor | | | Jersey City | NJ | 07310 | | | | |
| Counsel to the United Mine Workers of America Health and Retirement Funds (Local Counsel) | Crowley Liberatore Ryan & Brogan PC | Karen M Crowley | 150 Boush St Ste 300 | | | Norfolk | VA | 23510 | | 757-333-4500 | 757-333-4501 | kcrowley@clrbfirm.com |
| Counsel to Citicorp North America, Inc., as Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | Davis Polk and Wardell LLP | Marshall S. Huebner, Damian S. Schaible, Kenneth J. Steinberg, Eli J. Vonnegut, Damon P. Meyer, and Arveh Ethan Falk | 450 Lexington Avenue | | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | marshall.huebner@davispolk.com; damian.schaible@davispolk.com; kenneth.steinberg@davispolk.com; eli.vonnegut@davispolk.com; damon.meyer@davispolk.com; aryeh.falk@davispolk.com; alpha.dow@davispolk.com |
| Counsel for General Electric Corporation | DiMuroGinsber PC | M. Jarrad Wright | 1101 King St Ste 610 | | | Alexandria | VA | 22314 | | 703-684-4333 | 703-548-3181 | mjwright@dimuro.com |
| Counsel to Computershare Trust Company, N.A., and Computershare Trust Company of Canada, as successor indenture Trustee (the "Indenture Trustee") | Drinker Biddle & Reath LLP | Mark H.M. Sosnowsky | 1500 K St., N.W., Suite 1100 | | | Washington | DC | 20005 | | 202-354-1327 | 202-230-5354 | mark.sosnowsky@dbr.com |
| Counsel to Iron City Workplace Services | DurretteCrump LLC | c o Kevin J Funk | 1111 E Main St 16th Fl | Iron City Workplace Services | | RICHMOND | VA | 23219 | | 804-775-6900 | 804-775-6911 | barkema@durrettecrump.com |
| Counsel for Three Rivers Marine and Rail Terminals, LLC, Veolia Water Solutions & Technologies North America Inc | Eckert Seamans Cherin & Mellott LLC | Jeffrey P Brundage | 1717 Pennsylvania Ave NW 12th Fl | | | Washington | DC | 20006 | | 202-659-6676 | 202-659-6699 | jbrundage@eckertseamans.com |
| Counsel to the Indenture Trustees for the Debtors' Secured and Unsecured Notes | Foley & Lardner LLP | Harold L. Kaplan and Mark F. Hebbeln | 321 North Clark Street | Suite 2800 | | Chicago | IL | 60654-5313 | | 312-832-4500 | 312-832-4700 | hkaplan@foley.com; mhebbeln@foley.com |
| Counsel for MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.), as Indenture Trustee | Foley & Lardner LLP | Erika L. Morabito | 3000 K Street, NW Ste 600 | | | Washington | DC | 20007-5109 | | 202-295-4791 | 202-672-5399 | emorabito@foley.com |
| Counsel to Pocahontas Land Company, Norfolk Southern Railway Company | Frost Brown Todd LLC | Ronald E Gold | 3300 Great American Tower | 301 E 4th St | | Cincinnati | OH | 45202 | | 513-651-6156 | 513-651-6981 | rgold@fbtlaw.com |
| Counsel to Pocahontas Land Company, Norfolk Southern Railway Company | Frost Brown Todd LLC | Adam R Kegley | 250 W Main St Ste 2800 | | | Lexington | KY | 40502 | | 859-244-3243 | 859-231-0011 | akegley@fbtlaw.com |
| Counsel to PNC Equipment Finance, LLC | Gebhardt & Smith LLP | Carl A. Howard & Lisa Bittle Tancredi | One South Street, Suite 2200 | | | Baltimore | MD | 21202 | | 410-385-5015; 410-385-5048 | 443-957-4333; 443-957-1920 | choward@gebsmith.com; ltancredi@gebsmith.com |
| Administrative Agent under the Debtors' Prepetition Secured Accounts Receivable Facility | GENERAL ELECTRIC CAPITAL CORPORATION | ATTN: SENIOR COUNSEL- CORPORATE FINANCE | 500 WEST MONROE STREET | | | CHICAGO | IL | 60661 | | 312-697-3999 | 312-697-3998 | |
| Administrative Agent under the Debtors' Prepetition Secured Accounts Receivable Facility | GENERAL ELECTRIC CAPITAL CORPORATION, AS ADMINISTR | ATTN: DREW VINCA | 201 MERRITT 7 | | | NORWALK | CT | 06851 | | 203-956-4146 | 203-229-5788 | |
| Counsel to General Engineering Co. of Virginia and its affiliate, WC Hydraulics, LLC | Gentry Locke | Kevin W Holt | 900 Suntrust Plaza | PO Box 40013 | | Roanoke | VA | 24022-0013 | | 540-983-9300 | 540-983-9400 | Holt@gentrylocke.com |
| Counsel to Veolia ES Industrial Services, Inc. | Gibbons PC | Dale E Barney | One Gateway Center | | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-596-0545 | dbarney@gibbonslaw.com |
| Counsel to Thermo Environmental Instruments, Inc. | Glasser and Glasser PLC | Melissa M Watson Goode Robyn D Pepin & Kelly Rae Grino | Crown Center Ste 600 | 580 E Main St | | Norfolk | VA | 23510 | | 757-625-6787 | 757-625-5959 | MGoode@glasserlaw.com; rpepin@glasserlaw.com; kgrino@glasserlaw.com |
| Counsel to Michael J. Quillen, Kenneth M. Perdue, Eddie W. Neely, George A. Owens, Jr. and Leo Douglas Harris; Harold Helton; Kurt D. Kost, John T. Schoolcraft and Foster Ram Tankersley | Harman, Claytor, Corrigan & Wellman | Melissa Y. York | PO Box 70280 | | | Richmond | VA | 23255 | | 804-747-5200 | 804-747-6085 | myork@hccw.com |
| Counsel to Lexon Insurance Co and Bond Safeguard Insurance Co | Harris Beach PLLC | Kelly C Griffith & Lee E Woodward | 333 W Washington St Ste 200 | | | Syracuse | NY | 13202 | | 315-423-7100 | 315-422-9331 | kgriffith@harrisbeach.com; lwoodward@harrisbeach.com |
| Counsel to Aramark Uniform & Career Apparel LLC | Hawley Troxell Ennis & Hawley LLP | Sheila R Schwager | 877 Main St Ste 1000 | PO Box 1617 | | Boise | ID | 83701-1617 | | 208-344-6000 | 208-954-5261 | sschwager@hawleytroxell.com |
| Interested Party | Henry Allen Kinser Jr | | 589 Norman Middleton Rd | | | Pennington Gap | VA | 24277 | | 276-546-1347 | | ackinser@gmail.com |
| Interested Party | Hook & Hook | Eugene W Scherch c/o David C Cook | PO Box 792 | | | Waynesburg | PA | 15370 | | | | hookdc@gmail.com |
| Counsel to Swords Creek Land Partnership; Commonwealth Coal Corporation; and Coal Mountain Mining Company, Limited Partnership, LLP | Hoover Penrod PLC | Dale A Davenport Hannah W Hutman & Beth C Driver | 342 S Main St | | | Harrisonburg | VA | 22801 | | 540-433-2444 | 540-433-3916 | ddavenport@hooverpenrod.com; hhutman@hooverpenrod.com; bdriver@hooverpenrod.com |
| Counsel to Shonk Land Company, LLC | Hover Hover & Smith PLLC | Christopher S Smith | 22 Capitol St | | | Charleston | WV | 25301 | | 304-344-9821 | 304-344-9519 | chris@hhsmlaw.com |
| Counsel for the Debtors and Debtors in Possession | Hunton & Williams LLP | Tyler Brown, J.R. Smith, Henry Long, III, Justin Paget | Riverfront Plaza, East Tower | 951 East Byrd Street | | Richmond | VA | 23219 | | 804-788-8200 | 804-788-8218 | tpbrown@hunton.com; jrsmith@hunton.com; hlong@hunton.com; jpaget@hunton.com |
| Interested Party | IBM Corporation | Attn Marie-Josee Dube | 275 Viger East | | | Montreal | Quebec | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mdube@ca.ibm.com |
| Counsel to Illinois Department of Natural Resources | Illinois Department of Natural Resources | Robert F Ritchie Assistant Attorney General | Revenue Litigation Bureau | 500 S Second St | | Springfield | IL | 62706 | | 217-524-7456 | 217-782-1396 | rritchie@atg.state.il.us |
| IRS | Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | | | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | 855-852-4141 | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | One Federal St | | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Counsel for the Debtors and Debtors in Possession | Jones Day | David Heiman, Carl Black, Thomas Wilson | North Point | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com; ceblack@jonesday.com; tawilson@jonesday.com |
| Local Counsel to United Mine Workers of America | Kaplan Voekler Cunningham & Frank PLC | Troy Savenko | 1401 E Cary St | | | Richmond | VA | 23219 | | 804-823-4000 | 804-823-4099 | tsavenko@kv-legal.com |
| Claims, Noticing and Balloting Agent | KCC | Joe Morrow | 2335 Alaska Ave | | | El Segundo | CA | 90245 | | 866-381-9100 | 310-751-1862 | alphainfo@kccllc.com |
| Counsel for Kentucky Energy and Environment Cabinet | Kentucky Energy and Environment Cabinet | Anna Girard Fletcher | 2 Hudson Hollow Rd | Office of General Counsel | | Frankfort | KY | 40601 | | 502-564-2356 | 502-564-9212 | anna.fletcher@ky.gov |
| Counsel to an *Ad Hoc* Committee of Holders of the Debtors' Second Lien Notes | Kirkland and Ellis LLP | Brian Schartz, Esq., Stephen Hessler & Paul M Basta | 601 Lexington Avenue | | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | brian.schartz@kirkland.com; stephen.hessler@kirkland.com; pbasta@kirkland.com; shessler@kirkland.com |
| Counsel to an *Ad Hoc* Committee of Holders of the Debtors' Second Lien Notes | Kirkland and Ellis LLP | Gregory Pesce | 300 N Lasalle | | | Chicago | IL | 60654 | | 312-862-2642 | 312-862-2200 | gregory.pesce@kirkland.com |
| Counsel to an *Ad Hoc* Committee of Holders of the Debtors' Second Lien Notes; Virginia Department of Transportation; Counsel to Wilmington Trust, National Association, as Indenture Trustee for the 7½% Senior Secured Second Lien Notes due 2020 and 7½% Senior Secured Second Lien Notes due 2020 (Series B) | Kutak Rock LLP | Michael A. Condyles Peter J. Barrett & Jeremy S. Williams | 1111 East Main Street, Suite 800 | | | Richmond | VA | 23219-3500 | | 804-644-1700 | 804-783-6192 | peter.barrett@kutakrock.com; jeremy.williams@kutakrock.com; michael.condyles@kutakrock.com |
| Counsel for Appalachian Power Company d/b/a American Electric Power, Kentucky Power Company d/b/a American Electric Power, FirstEnergy Solutions Corp., Monongahela Power Company, West Penn Power Company, Dominion Field Services, Inc. and Virginia Electric and Power Company d/b/a Dominion Virginia Power; CNG Coal Company; Dominion Transmission, Inc. | Law Firm of Russell R. Johnson III, PLC | Russell R. Johnson III & John M Craig | 2258 Wheatlands Dr | | | Manakin-Sabot | VA | 23103 | | 804-749-8861 | 804-749-8862 | russj4478@aol.com |
| Counsel for International Marine Terminals Partnership; KINDER MORGAN OPERATING L.P. "C" | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | 10953 Vista Lake Court | | | Navasota | TX | 77868 | | 936-825-8705 | 713-583-2833 | pwp@pattiprewittlaw.com |
| Counsel for Sierra Club, West Virginia Highlands Conservancy and Ohio Valley Environmental Coalition | Leach Travell PC | Kristen E Burgers & Stephen E. Leach | 8270 Greensboro Dr Ste 700 | | | Tysons Corner | VA | 22102 | | 703-584-8364; 703-584-8902 | 703-584-8901 | kburgers@ltblaw.com; sleach@ltblaw.com |

MSL/2002

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Caterpillar Financial Services Corporation | LeClairRyan,a Professional Corporation | Vernon E Inge Jr & Corey S Booker | PO Box 2499 | | | Richmond | VA | 23218-2499 | 804-343-4095; 804-915-4137 | 804-783-7632; 804-916-7230 | vernon.inge@leclairryan.com; corey.booker@leclairryan.com |
| Counsel to Bank of the West | Leitess Friedberg PC | Jeremy S Friedberg | 10451 Mill Run Circle Ste 1000 | | | Baltimore | MD | 21117 | 410-581-7400 | 410-581-7410 | Jeremy.friedberg@lf-pc.com |
| Counsel to United Mine Workers of America | Lowenstein Sandler PC | Sharon Levine Paul Kizel Wojciech Jung Philip J. Gross & Nicole M. Brown | 65 Livingston Ave | | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2375 | slevine@lowenstein.com; pkizel@lowenstein.com; wjung@lowenstein.com; pgross@lowenstein.com, nbrown@lowenstein.com |
| Counsel to Carter Machinery Company, Inc | Magee Goldstein Lasky & Sayers PC | Andrew S Goldstein | Carter Machinery Company Inc | 310 First St SW Ste 1200 | | Roanoke | VA | 24011 | 540-343-9800 | 540-343-9898 | agoldstein@mglspc.com |
| Counsel to Liberty Mutual Insurance Company; The Federal Insurance Company | Manier & Herod | Michael E Collins & Scott C. Williams | 150 4th Ave N Ste 2200 | | | Nashville | TN | 37219 | 615-742-9350, 615-742-9370 | 615-242-4203 | mcollins@manierherod.com; swilliams@manierherod.com |
| Counsel to Citicorp North America, Inc., as Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | McGuireWoods LLP | Dion W. Hayes, Sarah B. Boehm, K. Elizabeth Sieg | Gateway Plaza | 800 East Canal Street | | Richmond | VA | 23219 | 804-775-1000 | 804-775-1061; 804-698-2255 | dhayes@mcguirewoods.com; sboehm@mcguirewoods.com; bsieg@mcguirewoods.com |
| Counsel to TIC-The Industrial Company Wyoming, Inc; Pillar Innovations, LLC | Michael Wilson PLC | Michael G Wilson | 12733 Storrow Rd | | | Henrico | VA | 23233 | 804-614-8301 | | mike@mgwilsonlaw.com |
| Counsel to Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Dennis F. Dunne Abhilash M. Raval Evan R. Fleck & Eric Stodola | 28 Liberty Street | | | New York | NY | 10005 | 212-530-5000 | | ddunne@milbank.com; araval@milbank.com; efleck@milbank.com; estodola@milbank.com |
| Counsel to Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Andrew M. Leblanc | 1850 K St NW Ste 1100 | | | Washington | DC | 20006 | 202-835-7500 | | aleblanc@milbank.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Mooney Green Saindon Murphy & Welch PC | Paul A Green & John R Mooney | 1920 L St NW Ste 400 | | | Washington | DC | 20036 | 202-783-0210 | 202-783-6088 | pgreen@mooneygreen.com; jmooney@mooneygreen.com |
| Counsel for South Carolina Electric & Gas Co | Moore & Van Allen PLLC | David B Wheeler | 78 Wentworth Street | PO Box 22828 | | Charleston | SC | 29413-2828 | 843-579-7000 | 843-579-8727 | davidwheeler@mvalaw.com |
| Counsel to Citizens Asset Finance, Inc. (f/k/a RBS Asset Finance, Inc.) | Moran Reeves & Conn PC | Christopher J Hoctor | 100 Shockoe Slip 4th Fl | | | Richmond | VA | 23219 | 804-864-4813 | 804-421-6251 | chector@mrcpclaw.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Morgan Lewis & Bockius LLP | John C Goodchild III | 1701 Market St | | | Philadelphia | PA | 19103-2921 | 215-963-5000 | 215-963-5001 | jgoodchild@morganlewis.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Morgan Lewis & Bockius LLP | Julia Frost-Davies | One Federal St | | | Boston | MA | 02110 | 617-341-7700 | 617-341-7701 | julia.frost-davies@morganlewis.com |
| Attorneys for Western Organization of Resource Councils | Moye White LLP | James T Burghardt & Timothy M Swanson | 1400 16th St 6th Fl | | | Denver | CO | 80202 | 303-292-2900 | 303-292-4510 | tim.swanson@moyewhite.com; jim.burghardt@moyewhite.com |
| Top 50; Official Committee of Unsecured Creditors | NELSON BROTHERS LLC | RALPH HYMER EXECUTIVE VICE PRESIDENT | 820 SHADES CREEK PARKWAY | SUITE 2000 | | BIRMINGHAM | AL | 35209 | 205-414-2900 | 205-802-5312 | |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Jody A Bedenbaugh | 1320 Main St 17th FL | PO Box 11070 | | Columbia | SC | 2901 | 803-799-2000 | | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Dylan G Trache | 101 Constitution Avenue, NW, Suite 900 | | | Washington | DC | 20001 | 202-712-2800 | | dylan.trache@nelsonmullins.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Carol E Momjian | 21 S 12th St 3rd Fl | | | Philadelphia | PA | 19107-3603 | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov |
| Office of the United States Trustee for the Eastern District of Virginia | Office of the United States Trustee | Attn: Robert B. Van Arsdale, Esq. | 701 East Broad Street | Suite 4304 | | Richmond | VA | 23219 | 804-771-2310 | 804-771-2330 | USTPRegion04.RH.ECF@usdoj.gov; hugh.m.bernstein@usdoj.gov; Robert.B.Van Arsdale@usdoj.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Corporate Finance & Restructuring Department | 1200 K Street, NW | | | Washington | DC | 20005-4026 | 202-326-4070 | | efile@pbgc.gov |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Attn: Michael Strollo | 1200 K Street NW | | | Washington | DC | 20005-4026 | | | |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Louisa A Fennell & John Holland Ginsberg | 1200 K Street NW | | | Washington | DC | 20005-4026 | 202-326-4020 ext3278, 3714 | 202-326-4112 | fennell.louisa@pbgc.gov; efile@pbgc.gov; ginsberg.john@pbgc.gov |
| Counsel to Cleveland Brothers Equipment Company, Inc | Pepper Hamilton LLP | Henry J Jaffe &John H Schanne II | Hercules Plaza Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | 302-777-6500 | 302-421-8390 | schannej@pepperlaw.com; jaffeh@pepperlaw.com |
| Counsel for Joy Mining & Manufacturing and Joy Global Surface Mining Inc. | Pietragallo Gordon Alfano Bosick & Raspanti LLP | Kenneth D. McArthur Jr. | 9 S. 12th St 4th Fl | | | Richmond | VA | 23219 | 804-396-6330 | 804-482-2666 | kdm@pietragallo.com |
| Local Counsel for Creditors, Douglas M. Griffith, Cynthia C. Griffith, and Cynthia C. Griffith as next friend of Sydney Jodi Marie Griffith, a minor | Rawls, McNelis & Mitchell, PC | Edward J McNelis III | 211 Rockets Way Ste 100 | | | Richmond | VA | 23231 | 804-344-0038 | 804-782-0133 | emcnelis@rawlsmcnelis.com |
| Top 50; Counsel to Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. | REED SMITH LLP | ATTN: S. MILES DUMVILLE AND TRAVIS SABALEWSKI | RIVERFRONT PLAZA - WEST TOWER | 901 EAST BROAD STREET, SUITE 1700 | | RICHMOND | VA | 23219-4068 | 804-344-3430 | 804-344-3410 | mdumville@reedsmith.com |
| Counsel to Texas Eastern Transmission, LP | REED SMITH LLP | Alison Toepp | Riverfront Plaza West Tower | 901 E Byrd St Ste 1700 | | Richmond | VA | 23219 | 804-344-3400 | 804-344-3410 | atoepp@reedsmith.com |
| Counsel to Ecko Inc and f AAA Mine Service, Inc, Marsico Brothers, Inc; behalfofGlenn Jenkins, Stella Jelkins, Leslie Shepherd, Debbie Shepherd, Leslie Jenkins, Hildred Jenkins, Chad Robinsotr, and Delores Robinsotr | Ronald Page PLC | Ronald A Page Jr | PO Box 73524 | | | Richmond | VA | 23235 | 804-562-8704 | 804-482-2427 | rpage@rpagelaw.com |
| Counsel to Official Committee of Unsecured Creditors | Sands Anderson PC | Roy M. Terry William A. Gray John C. Smith W. Ashley Burgess & Eric C. Howlett | 1111 E Main St Ste 2400 | PO Box 1998 | | Richmond | VA | 23218-1998 | 804-648-1636 | 804-783-7291 | bgray@sandsanderson.com; rterry@sandsanderson.com; aburgess@sandsanderson.com; jsmith@sandsanderson.com; ehowlett@sandsanderson.com |
| SEC Headquarters | Securities and Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov |
| SEC | Securities and Exchange Commission | New York Regional Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov |
| Counsel for The Federal Insurance Company; Liberty Mutual Insurance Company | Setliff & Holland PC | Richard T. Pledger & Thomas J Moran | 4940 Dominion Blvd | | | Glen Allen | VA | 23060 | 804-377-1260 | 804-377-1280 | rpledger@setliffholland.com ; tmoran@setliffholland.com |
| Counsel to AXIS Capital, Inc. | Spence Brierley PC | Adam M Spence | PO Box 160 | | | Phoenix | MD | 21131 | 410-823-5003 | 443-836-9181 | adam@spencefirm.com |
| Counsel to Penn Virginia Operating Co., LLC; JRY Natural Resources, LLC; McCreery Coal Land Company, Pardee Minerals, LLC; The David J. Pierce Trust U/A dated February 23,2011 ("Pierce Trust"), Donald L. Blankenship; Christian Colliery Company | Spilman Thomas & Battle PLLC | Peter M Pearl | 310 First St Ste 1100 | PO Box 90 | | Roanoke | VA | 24002 | 540-512-1800 | 540-342-4480 | ppearl@spilmanlaw.com |
| Counsel to Spruce Pine Land Company | Spotts Fain PC | Robert H. Chappell, III &James K. Donaldson | 411 East Franklin Street, Suite 600 | | | RICHMOND | VA | 23219 | 804-697-2000 | 804-697-2100 | rchappell@spottsfain.com; jdonaldson@spottsfain.com |
| Counsel to ICF Jones & Stokes, Inc., ArcelorMittal USA LLC and ArcelorMittal Burns Harbor LLC | Squire Patton Boggs US LLP | Elliot M Smith | 221 E 4th St Ste 2900 | | | Cincinnati | OH | 45202 | 513-361-1200 | 513-361-1201 | Elliot.smith@squirepb.com |
| Counsel to Starr Indemnity & Liability Company | Starr Indemnity & Liability Company | Ross M Chinitz | 445 Park Avenue 5th Fl | | | New York | NY | 10022 | 646-227-6409 | | ross.chinitz@starrcompanies.com |
| Counsel to ACE American Insurance Company, Aspen American Insurance Company, Fidelity & Deposit Company of Maryland, Indemnity National Insurance Company, Travelers Casualty & Surety Company of America, Westchester Fire Insurance Company, and Zurich American Insurance Company | Stites & Harbison PLLC | Michael K Kim | 1800 Diagonal Rd Ste 325 | | | Alexandria | VA | 22314 | 703-834-3931 | 703-518-2951 | mkim@stites.com |
| Counsel to Kentucky Utilities Company | Stoll Keenon Ogden PLLC | Lea Pauley Goff & Emily L Pagorski | 500 W Jefferson St | 200 PNC Plaza | | Louisville | KY | 40202-2828 | 502-568-5763 | 502-333-6099 | emily.pagorski@skofirm.com; lea.goff@skofirm.com |
| Counsel to Wilmington Trust, National Association, as Indenture Trustee for the 7¼% Senior Secured Second Lien Notes due 2020 and 7¼% Senior Secured Second Lien Notes due 2020 (Series B). | Stroock & Stroock & Lavan LLP | Jayme T. Goldstein, Esq. Kenneth Pasquale, Esq. &Gabriel E. Sasson, Esq | 180 Maiden Lane | | | New York | NY | 10038 | 212-806-5400 | 212-806-6006 | jgoldstein@stroock.com; kpasquale@stroock.com; gsasson@stroock.com |
| Counsel to Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Mark D Sherrill | 700 6th St NW Ste 700 | | | Washington | DC | 20001-3980 | 202-383-0360 | 202-637-3593 | mark.sherrill@sutherland.com |
| Counsel to Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Thomas M Byrne | 999 Peachtree St NE Ste 2300 | | | Atlanta | GA | 30309-3996 | 404-853-8026 | 404-853-8806 | tom.byrne@sutherland.com |
| Counsel for the Moving Retirees | Tavenner & Beran, PLC | Lynn Lewis Tavenner Paula S. Beran & David N. Tabakin | 20 North Eighth Street, Second Floor | | | Richmond | VA | 23219 | 804-783-8300 | 804-783-0178 | [illegible] |
| Counsel for GE Capital Corporation | Thompson McMullan PC | David R Ruby & William D Prince IV | 100 Shockoe Slip 3rd Fl | | | RICHMOND | VA | 23219 | 804-698-6254 | 804-780-1813 | wprince@t-mlaw.com; druby@t-mlaw.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 | 615-532-2504 | 615-741-3334 | gina.hantel@ag.tn.gov |
| Counsel to the United States of America | U.S. Department of Justice -Environmental Enforcement Section Environment and Natural Resources Division | Marcello Mollo | 601 D St NW | PO Box 7611 | Ben Franklin Station | Washington | DC | 20004 | 202-514-2757 | 202-514-0097 | marcello.mollo@usdoj.gov |
| EPA | U.S. EPA, Region III (3RC60) | Bettina Dunn, Paralegal Specialist | US EPA Region 3 | Office of Regional Counsel | 1650 Arch Street | Philadelphia | PA | 19103 | 215-814-5000 | 215-814-5102 | dunn.bettina@epa.gov |
| SEC | U.S. Securities and Exchange Commission | Office of Reorganization | 950 East Paces Ferry Road, N.E., | Suite 900 | | Atlanta | GA | 30326-1382 | 404-842-7600 | 404-842-7633 | atlanta@sec.gov; altreorg@sec.gov |
| Counsel to the United Mine Workers of America Health and Retirement Funds | UMWA Health & Retirement Funds | Barbara E Locklin Assistant General Counsel | Office of the General Counsel | 2121 K St NW Ste 350 | | Washington | DC | 20037 | 202-521-2227 | | blocklin@umwafunds.org |
| Indenture Trustee for 2.375% Convertible Senior Notes Due 2015 | Union Bank of California, N.A. | Attn: Corporate Trust Admin | 350 California Street | Corporate Trust – 11th Floor | | San Francisco | CA | 94104 | 415-273-2519 | 415-273-2492 | |
| Indenture Trustee for 6.0% Senior Notes Due 2019 and 6.25% Senior Notes Due 2021, 9.75% Senior Notes Due 2018, 3.75% Convertible Senior Notes Due 2017 and 4.875% Convertible Senior Notes Due 2020; Official Committee of Unsecured Creditors | Union Bank of California, N.A. | Attn: James Myers & David Ursa | 350 California Street | 11th Floor | | San Francisco | CA | 94104 | 415-273-2519 | 415-273-2492 | |
| Counsel to Union Pacific Railroad Company | Union Pacific Railroad Company | Mary Ann Kilgore & Jennie L Anderson | 1400 Douglas St STOP 1580 | | | Omaha | NE | 68179 | 402-544-4195; 402-544-1165 | | mkilgore@up.com; landers01@up.com |
| United Mine Workers of America; Official Committee of Unsecured Creditors | United Mine Workers of America | Attn: Grant Crandall, General Counsel | 18354 Quantico Gateway Drive | Suite 200 | | Triangle | VA | 22172 | 703-291-2400 | 703-291-2448 | gcrandall@umwa.org |
| Official Committee of Unsecured Creditors | United Mine Workers of America 1974 Pension Plan and Trust | Attn: David Allen | 2121 K Street NW | | | Washington | D.C. | 20037 | | | |
| US Attorney for Delaware | US Attorney for District of Delaware | Charles M. Oberly, III | Nemours Building | 1007 Orange Street | Suite 700 | Wilmington | DE | 19801 | 302-573-6277 | 302-573-6220 | |
| US Attorney for Eastern Virginia | US Attorney for District of Virginia, Eastern | Dana Boente | Main Street Centre | 600 E. Main Street, Suite 1800 | | Richmond | VA | 23219 | 804-819-5400 | 804-771-2316 | |
| EPA | USEPA William Jefferson Clinton Building | South (WJC South) | Office of General Counsel | 1200 Pennsylvania Avenue N.W. | 2310A | Washington | DC | 20004 | 202-564-8040 | 202-564-1778 | garbow.avi@epa.gov |
| Counsel to Citizens Asset Finance, Inc. (f/k/a RBS Asset Finance, Inc.) | Vedder Price PC | Douglas J Lipke | 222 N LaSalle St | | | Chicago | IL | 60601 | 312-609-7646 | 312-609-5005 | dlipke@vedderprice.com |
| Counsel to Kinder Morgan Operating LP "C" | Vogel & Cromwell LLC | Christian K Vogel | 8550 Mayland Dr Ste 204 | | | Richmond | VA | 23294 | 804-728-1574 | 804-728-1625 | kvogel@vogelandcromwell.com |
| Counsel to Mayo Manufacturing Company, Inc. | Weber & Rose PCS | Cathy S Pike | 471 Main St Ste 400 | | | Louisville | KY | 40202 | 502-589-3400 | 502-271-2869 | cpike@weberandrose.com |
| Counsel to General Electric Credit Corporation, as Administrative Agent under the Debtors' Prepetition Secured Accounts Receivable Facility | Weil, Gotshal & Manges LLP | Debra A. Dandeneau, John J. Dedyo | 767 Fifth Avenue | | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | debra.dandeneau@weil.com; john.dedyo@weil.com |
| Counsel to National Electric Company, Inc. Powell Construction Company, Inc. and Powell Construction Company, West Virginia Division, LLC; Boxley Aggregates of West Virginia, LLC and Boxley Materials Company, Bailey & Wells, Inc. | Whiteford Taylor & Preston LLP | Michael E Hastings & Brandy M Rapp | 114 S Market St Ste 210 | | | Roanoke | VA | 24011 | 540-759-3579 | 540-759-3569 | mhastings@wtplaw.com; brapp@wtplaw.com |

MSL/2002

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Banc of America Leasing and Capital LLC ("BALC") | Wilson Elser Moskowitz Edelman & Dicker LLP | David M. Ross | 700 11th Street, NW, Suite 400 | | Washington | DC | 20001 | 202-626-7687 | 202-628-3606 | david.ross@wilsonelser.com |
| Counsel for Cecil I. Walker Machinery Co; BNP Paribas; Wyoming Machinery Company; Steven and Suzanne Pardon | Wolcott Rivers Gates | Cullen D Speckhart | Convergence Center IV | 200 Bendix Rd Ste 300 | Virginia Beach | VA | 23452 | | | cspeckhart@wolriv.com |
| Counsel to Cleveland Brothers Equipment Company Inc and CB Mining | Woods Rogers PLC | Richard C Maxwell | 10 S Jefferson St Ste 1400 | PO Box 14125 | Roanoke | VA | 24038 | 540-983-7600 | 540-983-7711 | rmaxwell@woodsrogers.com |
| Top 50 | WYOMING OFFICE OF STATE LANDS & INVESTMENTS | | ROYALTY COMPLIANCE DIVISION | 122 W 25TH ST 3RD FL WEST | CHEYENNE | WY | 82002-0600 | | | billie.hunter@wyo.gov |
| Counsel to Atlantic Specialty Insurance Company | Zemanian Law Group | Peter G Zemanian | | 223 E City Hall Ave Ste 201 | Norfolk | VA | 23510 | 757-622-0090 | 757-622-0096 | pete@zemanianlaw.com |