**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Alpha Natural Resources, Inc., et al.,** | **Case No. 15-33896 (KRH)** |
| **Debtor** | **Jointly Administered** |

**OBJECTION TO THE THIRD OMNIBUS MOTION OF THE DEBTORS FOR AN ORDER (I) AUTHORIZING THEM TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) ASSUME CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, (II) EXTENDING THE DEADLINE TO ASSUME OR REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (III) GRANTING RELATED RELIEF**

Mary Evelyn Amstutz, Anne E. Franklin, Mary Evelyn Amstutz Testamentary Trust, Nancy P. Gettinger, John Paul Organ and Judith Lynn Organ ("the Objectors"), by counsel, file this objection (the "Objection") to the Debtors' proposed cure amount required for the assumption of a certain override agreement between Objectors and debtor Alpha Wyoming Land Company, LLC, and seek adequate assurance of future performance for any assignee of the lease in the context of the Debtors' bankruptcy cases (the "Bankruptcy Cases"). In support of their Objection, the Objectors state as follows:

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

*Counsel for Objectors*

1. The Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 365 and 503(b), and venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On August 3, 2015 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered.

3. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. The Objectors are the successors in interest to John E. Organ, beneficiary of an override agreement (the "Agreement") memorialized in a Memorandum of Agreement executed on the 9th day of July, 1974, by and between John E. Organ and Eunice Organ, husband and wife, and Amax, a New York corporation, successor in interest to Ayrshire Collieries Corporation and predecessor in interest to Alpha Wyoming Land Company, LLC, under the terms of which (and under the terms of a Settlement Agreement dated January 18, 1969) the Objectors are to receive payment of royalties through December 31, 2019. The Memorandum of Agreement was recorded in the land records of Campbell County, Wyoming on July 29, 1974 in Book 299 at pane 284.

5. On February 28, 2016, the Debtors served upon the Objectors the Third Omnibus Motion Of The Debtors For An Order (I) Authorizing Them To (A) Reject Certain Unexpired Leases Of Nonresidential Real Property And (B) Assume Certain Unexpired Leases Of Nonresidential Real Property, (II) Extending The Deadline To Assume Or Reject Certain

Unexpired Leases Of Nonresidential Real Property And (III) Granting Related Relief (the "Notices").

6. The Motion proposes the assumption of the Agreement.

7. The Notice proposes a cure amount of $0.00 required for assumption pursuant to 11 U.S.C., § 365(b). The Objectors object to the Debtors' proposed cure amount of $0.00.

8. On February 12, 2016, each Objector filed his, her or its proof of claim, which set forth his, her or its proper cure amount (POC Nos. 8244, 8255, 8262, 8273, 8288 and 8357). The correct cure amounts are shown on Exhibit A hereto and on the proofs of claim.

9. Prior to any assumption or assignment of the Agreement, the Debtors are required by 11 U.S.C. § 365(b)(1) to provide adequate assurance (a) that the Debtors will promptly cure all defaults under the Agreement, and (b) of the future performance of a proposed assignee under the terms of the Agreement.

WHEREFORE, the Objectors object and request (a) that assumption of the Agreement be conditioned upon determination and payment of the proper cure amounts to each Objector; (b) that the undisputed amounts of all cures be paid or provided for by the Debtors prior to assumption of the Agreement; (c) that disputed cure amounts be escrowed pending resolution of the dispute; (d) that there be a proper showing of adequate assurance of future performance by the assignee of the Agreement, including any assignee's ability to perform thereunder; and (e) such other and further relief as this Court deems just and proper.

Dated: March 10, 2016

**MARY EVELYN AMSTUTZ, ANNE E. FRANKLIN, MARY EVELYN AMSTUTZ TESTAMENTARY TRUST, NANCY P. GETTINGER, JOHN PAUL ORGAN AND JUDITH LYNN ORGAN**

By: /s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

Counsel for the Objectors

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2016, I caused a copy of the foregoing pleading to be served by email on the Core Parties, 2002 List Parties, the Affected Parties as shown on Exhibit B, and all parties receiving notices in this case through the ECF system.

/s/ Augustus C. Epps, Jr
Augustus C. Epps, Jr.

# Exhibit A

| Objection | Cure Amount |
| --- | --- |
| Mary Evelyn Amstutz | $160,622.06 |
| Anne E. Franklin | $ 98,281.07 |
| Mary Evelyn Amstutz Testamentary Trust | $160,622.06 |
| Nancy P. Gettinger | $219,411.43 |
| John Paul Organ | $ 98,281.07 |
| Judith Lynn Organ | $ 98,281.07 |

1910131

# Exhibit B

MSL/2002

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtors | Alpha Natural Resources, Inc. | Richard H. Verheij, Esq. | EVP, General Counsel and Corp Sec | One Alpha Place | PO Box 16429 | Bristol | VA | 24209 | | 276-619-4410 | | rverheij@alphanr.com |
| Counsel to Vossloh Track Material Inc | Archer & Greiner PC | Jerrold S Kulback | One Liberty Pl 32nd Fl | 1650 Market St | | Philadelphia | PA | 19103-7393 | | 215-246-3162 | 215-963-9999 | jkulback@archerlaw.com |
| Counsel for tate of West Virginia Department of Environmental Protection ("DEP") | Bailey & Glasser LLP | Kevin W Barrett | 209 Capitol St | | | Charleston | WV | 25301 | | 304-345-6555 | 304-342-1110 | kbarrett@baileyglasser.com |
| Counsel to Balfour Beatty Rail, Inc. known as Balfour Beatty Infrastructure, Inc. | Balfour Beatty Infrastructure, Inc. | c/o Christine M McAnney | 999 Peachtree St NE Ste 900 | | | Atlanta | GA | 30309 | | 404-253-6338 | 404-607-1784 | cmcanney@bbius.com |
| Counsel to D-A Lubricant Company, Inc. | Barnes & Thornburg LLP | Christine Hoeft McCarthy | 1717 Pennsylvania Ave NW Ste 500 | | | WASHINGTON | DC | 20006-4623 | | 202-289-1313 | 202-289-1330 | cmccarthy@btlaw.com |
| Counsel to Bridgestone Americas, Inc. | Bass, Berry & Sims PLC | Paul G. Jennings | 150 Third Avenue South, Suite 2800 | | | Nashville | TN | 37201 | | 615-742-6200 | 615-742-6293 | pjennings@bassberry.com |
| Counsel for Lawson Heirs Incorporated | Brumberg Mackey & Wall PLC | Mark A Black | 30 W Franklin Rd Ste 600 | PO Box 2470 | | Roanoke | VA | 24010-2470 | | 540-343-2956 | 540-343-2987 | mblack@bmwlaw.com |
| Counsel to Cole & Crane Real Estate Trust | Campbell Woods PLLC | J Grant McGuire | 1002 3rd Ave | PO Box 1835 | | Huntington | WV | 25701 | | 304-529-2391 | 304-529-1832 | gmcguire@campbellwoods.com |
| Official Committee of Unsecured Creditors | CB Mining, Inc. | Attn: Bill Powell | 225 Berry Road | | | Washington | PA | 15301 | | | | |
| Counsel to AIG Commercial Equipment Finance Inc | Chadbourne & Parke LLP | Douglas E Deutsch & Marc B Roitman | 1301 Ave of theAmericas | | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com; mroitman@chadbourne.com |
| Counsel for Natural Resource Partners L.P., WPP LLC, ACIN LLC, and CSTL LLC (NRP), Pocahontas Land Company, Norfolk Southern Railway Company, Rowland Land Company, LLC | Christian & Barton, LLP | Michael D Mueller & Jennifer M McLemore | 909 E Main St Ste 1200 | | | Richmond | VA | 23219-3095 | | 804-697-4100 | 804-697-6112 | mmueller@cblaw.com; jmclemore@cblaw.com |
| Counsel to Shonk Land Company, LLC, Kentucky River Properties LLC; Powder River Energy Corp, Pocahontas Land Company, Norfolk Southern Railway Company, Kentucky Utilities Company; Mayo Manufacturing Company, Inc. The Buchanan Group LLC | Christian & Barton, LLP | Augustus C Epps Jr & Jennifer M McLemore | 909 E Main St Ste 1200 | | | Richmond | VA | 23219-3095 | | 804-697-4104; 804-697-4100 | 804-697-6104; 804-697-6112 | aepps@cblaw.com, jmclemore@cblaw.com |
| Counsel to Nelson Brothers, Inc | Christian & Small LLP | Daniel D Sparks | 1800 Financial Center | 505 N 20th St | | Birmingham | AL | 35203 | | 205-795-6588 | | ddsparks@csattorneys.com |
| Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | Citibank, NA | Attn Kimberly Shelton | CITI GLOBAL LOANS | 1615 BRETT ROAD OPS III | | NEW CASTLE | DE | 19720 | | | 302-323-2416 | |
| Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT | ATTN: MARK ROSENTHAL | CITI GLOBAL LOANS | 1615 BRETT ROAD OPS III | | NEW CASTLE | DE | 19720 | | | 212-994-0961 | |
| Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders Counsel | CITICORP NORTH AMERICA, INC., AS ADMINISTRATIVE AGENT | Cahill Gordon & Reindel LLP | 80 Pine St | Attn William Miller | | New York | NY | 10005 | | 212-701-3836 | 212-378-2500 | wmiller@cahill.com |
| Counsel to Commonwealth of Pennsylvania, Department of Environmental Protection | Commonwealth of Pennsylvania, Department of Environmental Protection | Barbara J Grabowski | Office of Chief Counsel | 400 Waterfront Dr | | Pittsburgh | PA | 15222-4745 | | 412-442-4262 | | bgrabowski@pa.gov |
| Counsel to Commonwealth of Pennsylvania, Department of Transportation | Commonwealth of Pennsylvania, Department of Transportation | Chester J Karas Jr | Office of Chief Counsel | 301 5th Ave Ste 210 | | PITTSBURGH | PA | 15222 | | 412-565-7555 | | ckaras@pa.gov |
| Official Committee of Unsecured Creditors | Computershare Trust Company, N.A. and Computershare Trust Con | Attn: Tina Vitale | 480 Washington Street, 28th Floor | | | Jersey City | NJ | 07310 | | | | |
| Counsel to the United Mine Workers of America Health and Retirement Funds (Local Counsel) | Crowley Liberatore Ryan & Brogan PC | Karen M Crowley | 150 Boush St Ste 300 | | | Norfolk | VA | 23510 | | 757-333-4500 | 757-333-4501 | kcrowley@clrbfirm.com |
| Counsel for Vantage Energy Management Company | Davis Graham & Stubbs LLP | Thomas C Bell | 1550 Seventeenth St Ste 500 | | | Denver | CO | 80202 | | 303-892-9400 | 303-893-1379 | tom.bell@dgslaw.com |
| Counsel to Citicorp North America, Inc., as Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | Davis Polk and Wardell LLP | Damian S. Schaible, Kenneth J. Steinberg, Eli J. Vonnegut, Damon P. Meyer, and Aryeh Ethan Falk | 450 Lexington Avenue | | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | damian.schaible@davispolk.com; kenneth.steinberg@davispolk.com; eli.vonnegut@davispolk.com; damon.meyer@davispolk.com; aryeh.falk@davispolk.com; alpha.dpw@davispolk.com |
| Counsel for Dickie, McCamey & Chilcote PC; Stowers Fire and Safety Equipment; Lincoln Contracting & Equipment Co., Inc | Dickie McCamey & Chilcote | Douglas M Grimsley | Two PPG Place Ste 400 | | | Pittsburgh | PA | 15222-5402 | | 412-392-5649 | 412-392-5367 | dgrimsley@dmclaw.com |
| Counsel for General Electric Corporation | DiMuroGinsberg PC | M. Jarrad Wright | 1101 King St Ste 610 | | | Alexandria | VA | 22314 | | 703-684-4333 | 703-548-3181 | mjwright@dimuro.com |
| Counsel to Computershare Trust Company, N.A., and Computershare Trust Company of Canada, as successor Indenture Trustee (the "Indenture Trustee") | Drinker Biddle & Reath LLP | Mark H.M. Sosnowsky | 1500 K St., N.W., Suite 1100 | | | Washington | DC | 20005 | | 202-354-1327 | 202-230-5354 | mark.sosnowsky@dbr.com |
| Counsel to Iron City Workplace Services | DurretteCrump LLC | c o Kevin J Funk | 1111 E Main St 16th Fl | Iron City Workplace Services | | RICHMOND | VA | 23219 | | 804-775-6900 | 804-775-6911 | barkema@durrettecrump.com |
| Counsel for Three Rivers Marine and Rail Terminals, LLC, Veolia Water Solutions & Technologies North America Inc | Eckert Seamans Cherin & Mellott LLC | Jeffrey P Brundage | 1717 Pennsylvania Ave NW 12th Fl | | | Washington | DC | 20006 | | 202-659-6670 | 202-659-6699 | jbrundage@eckertseamans.com |
| Counsel to the Indenture Trustees for the Debtors' Secured and Unsecured Notes | Foley & Lardner LLP | Harold L. Kaplan and Mark F. Hebbeln | 321 North Clark Street | Suite 2800 | | Chicago | IL | 60654-5313 | | 312-832-4500 | 312-832-4700 | hkaplan@foley.com; mhebbeln@foley.com |
| Counsel for MUFG Union Bank, N.A. (f/k/a Union Bank, N.A.) as Indenture Trustee | Foley & Lardner LLP | Erika L. Morabito | 3000 K Street, NW Ste 600 | | | Washington | DC | 20007-5109 | | 202-295-4791 | 202-672-5399 | emorabito@foley.com |
| Counsel to Pocahontas Land Company, Norfolk Southern Railway Company | Frost Brown Todd LLC | Ronald E Gold | 3300 Great American Tower | 301 E 4th St | | Cincinnati | OH | 45202 | | 513-651-6156 | 513-651-6981 | rgold@fbtlaw.com |
| Counsel to Pocahontas Land Company, Norfolk Southern Railway Company | Frost Brown Todd LLC | Adam R Kegley | 250 W Main St Ste 2800 | | | Lexington | KY | 40502 | | 859-244-3243 | 859-231-0011 | akegley@fbtlaw.com |
| Counsel to PNC Equipment Finance, LLC | Gebhardt & Smith LLP | Carl A Howard & Lisa Bittle Tancredi | One South Street, Suite 2200 | | | Baltimore | MD | 21202 | | 410-385-5015; 410-385-5048 | 443-957-4333; 443-957-1920 | choward@gebsmith.com; ltancredi@gebsmith.com |
| Administrative Agent under the Debtors' Prepetition Secured Accounts Receivable Facility | GENERAL ELECTRIC CAPITAL CORPORATION | ATTN: SENIOR COUNSEL- CORPORATE FINANCE | 500 WEST MONROE STREET | | | CHICAGO | IL | 60661 | | 312-697-3999 | 312-697-3998 | |
| Administrative Agent under the Debtors' Prepetition Secured Accounts Receivable Facility | GENERAL ELECTRIC CAPITAL CORPORATION, AS ADMINISTR | ATTN: DREW VINCA | 201 MERRITT 7 | | | NORWALK | CT | 06851 | | 203-956-4146 | 203-229-5788 | |
| Counsel to General Engineering Co. of Virginia and its affiliate, WC Hydraulics, LLC | Gentry Locke | Kevin W Holt | 900 Suntrust Plaza | PO Box 40013 | | Roanoke | VA | 24022-0013 | | 540-983-9300 | 540-983-9400 | Holt@gentrylocke.com |
| Counsel to Veolia ES Industrial Services, Inc | Gibbons PC | Dale E Barney | One Gateway Center | | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-596-0545 | dbarney@gibbonslaw.com |
| Counsel to Lexon Insurance Co and Bond Safeguard Insurance Co | Harris Beach PLLC | Kelly C Griffith & Lee E Woodward | 333 W Washington St Ste 200 | | | Syracuse | NY | 13202 | | 315-423-7100 | 315-422-9331 | kgriffith@harrisbeach.com, lwoodward@harrisbeach.com |
| Counsel to Aramark Uniform & Career Apparel LLC | Hawley Troxell Ennis & Hawley LLP | Sheila R Schwager | 877 Main St Ste 1000 | PO Box 1617 | | Boise | ID | 83701-1617 | | 208-344-6000 | 208-954-5261 | sschwager@hawleytroxell.com |
| Interested Party | Henry Allen Kinser Jr | | 589 Norman Middleton Rd | | | Pennington Gap | VA | 24277 | | 276-546-1347 | | ackinser@gmail.com |
| Interested Party | Hook & Hook | Eugene W Schench c/o David C Cook | PO Box 792 | | | Waynesburg | PA | 15370 | | | | hookdc@gmail.com |
| Counsel to Swords Creek Land Partnership; Commonwealth Coal Corporation; and Coal Mountain Mining Company, Limited Partnership, LLP | Hoover Penrod PLC | Dale A Davenport Hannah W Hutman & Beth C Driver | 342 S Main St | | | Harrisonburg | VA | 22801 | | 540-433-2444 | 540-433-3916 | ddavenport@hooverpenrod.com; hhutman@hooverpenrod.com; bdriver@hooverpenrod.com |
| Counsel to Shonk Land Company, LLC | Hoyer Hover & Smith PLLC | Christopher S Smith | 22 Capitol St | | | Charleston | WV | 25301 | | 304-344-9821 | 304-344-9519 | chris@hhsmlaw.com |
| Counsel for the Debtors and Debtors in Possession | Hunton & Williams LLP | Tyler Brown, J R. Smith, Henry Long, III, Justin Paget | Riverfront Plaza, East Tower | 951 East Bvrd Street | | Richmond | VA | 23219 | | 804-788-8200 | 804-788-8218 | tpbrown@hunton.com; jrsmith@hunton.com; hlong@hunton.com; jpaget@hunton.com |
| Interested Party | IBM Corporation | Attn Marie-Josee Dube | 275 Viger East | | | Montreal | Quebec | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mjdube@ca.ibm.com |
| Counsel to Illinois Department of Natural Resources | Illinois Department of Natural Resources | Robert F Ritchie Assistant Attorney General | Revenue Litigation Bureau | 500 S Second St | | Springfield | IL | 62706 | | 217-524-7456 | 217-782-1396 | rritchie@atg.state.il.us |
| IRS | Internal Revenue Service | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | | | | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | 855-852-4141 | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | One Federal St | | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Counsel for the Debtors and Debtors in Possession | Jones Day | David Heiman, Carl Black, Thomas Wilson | North Point | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com, ceblack@jonesday.com; tawilson@jonesday.com |
| Local Counsel to United Mine Workers of America | Kaplan Voekler Cunningham & Frank PLC | Troy Savenko | 1401 E Cary St | | | Richmond | VA | 23219 | | 804-823-4000 | 804-823-4099 | tsavenko@kv-legal.com |
| Claims, Noticing and Balloting Agent | KCC | Joe Morrow | 2335 Alaska Ave | | | El Segundo | CA | 90245 | | 866-381-9100 | 310-751-1862 | alphanrinfo@kccllc.com |
| Counsel for Kentucky Energy and Environment Cabinet | Kentucky Energy and Environment Cabinet | Anna Girard Fletcher | 2 Hudson Hollow Rd | Office of General Counsel | | Frankfort | KY | 40601 | | 502-564-2356 | 502-564-9212 | anna.fletcher@ky.gov |
| Counsel to an *Ad Hoc* Committee of Holders of the Debtors' Second Lien Notes | Kirkland and Ellis LLP | Brian Schartz, Esq., Stephen Hessler & Paul M Basta | 601 Lexington Avenue | | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | brian.schartz@kirkland.com; stephen.hessler@kirkland.com; pbasta@kirkland.com; shessler@kirkland.com |
| Counsel to an *Ad Hoc* Committee of Holders of the Debtors' Second Lien Notes | Kirkland and Ellis LLP | Gregory Pesce | 300 N Lasalle | | | Chicago | IL | 60654 | | 312-862-2642 | 312-862-2200 | gregory.pesce@kirkland.com |
| Counsel to an *Ad Hoc* Committee of Holders of the Debtors' Second Lien Notes; Virginia Department of Transportation; Counsel to Wilmington Trust, National Association, as Indenture Trustee for the 7½% Senior Secured Second Lien Notes due 2020 and 7½% Senior Secured Second Lien Notes due 2020 (Series B) | Kutak Rock LLP | Michael A. Condyles Peter J. Barrett & Jeremy S. Williams | 1111 East Main Street, Suite 800 | | | Richmond | VA | 23219-3500 | | 804-644-1700 | 804-783-6192 | peter.barrett@kutakrock.com; jeremy.williams@kutakrock.com; michael.condyles@kutakrock.com |
| Counsel for Appalachian Power Company d/b/a American Electric Power, Kentucky Power Company d/b/a American Electric Power, FirstEnergy Solutions Corp., Monongahela Power Company, West Penn Power Company, Dominion Field Services, Inc. and Virginia Electric and Power Company d/b/a Dominion Virginia Power; CNG Coal Company; Dominion Transmission, Inc., | Law Firm of Russell R. Johnson III, PLC | Russell R. Johnson III & John M Craig | 2258 Wheatlands Dr | | | Manakin-Sabot | VA | 23103 | | 804-749-8861 | 804-749-8862 | russj4478@aol.com |
| Counsel for International Marine Terminals Partnership; KINDER MORGAN OPERATING L.P. "C" | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | 10953 Vista Lake Court | | | Navasota | TX | 77868 | | 936-825-8705 | 713-583-2833 | pwp@pattiprewittlaw.com |
| Counsel for Marianna A. Busch | Law Office of Richard D. Scott | Richard D Scott | 302 Washington Ave SW | | | Roanoke | VA | 24016 | | 540-400-7997 | 540-491-9465 | Richard@rscottlawoffice.com |
| Counsel for Sierra Club, West Virginia Highlands Conservancy and Ohio Valley Environmental Coalition | Leach Travell PC | Kristen E Burgers & Stephen E. Leach | 8270 Greensboro Dr Ste 700 | | | Tysons Corner | VA | 22102 | | 703-584-8364; 703-584-8902 | 703-584-8901 | kburgers@ltblaw.com; sleach@ltblaw.com |
| Counsel to Caterpillar Financial Services Corporation | LeClairRyan a Professional Corporation | Vernon E Inge Jr & Corey S Booker | PO Box 2499 | | | Richmond | VA | 23218-2499 | | 804-343-4095; 804-915-4137 | 804-783-7632; 804-916-7230 | vernon.inge@leclairryan.com; corey.booker@leclairryan.com |

MSL/2002

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Bank of the West | Leitess Friedberg PC | Jeremy S Friedberg | 10451 Mill Run Circle Ste 1000 | | | Baltimore | MD | 21117 | 410-581-7400 | 410-581-7410 | Jeremy.friedberg@lf-pc.com |
| Counsel to United Mine Workers of America | Lowenstein Sandler PC | Sharon Levine Paul Kizel Wojciech Jung Philip J. Gross & Nicole M. Brown | 65 Livingston Ave | | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2375 | slevine@lowenstein.com; pkizel@lowenstein.com; wjung@lowenstein.com; pgross@lowenstein.com; nbrown@lowenstein.com |
| Counsel to Carter Machinery Company, Inc | Magee Goldstein Lasky & Sayers PC | Andrew S Goldstein | Carter Machinery Company Inc | 310 First St SW Ste 1200 | | Roanoke | VA | 24011 | 540-343-9800 | 540-343-9898 | agoldstein@mglspc.com |
| Counsel to Liberty Mutual Insurance Company; The Federal Insurance Company | Manier & Herod | Michael E Collins & Scott C. Williams | 150 4th Ave N Ste 2200 | | | Nashville | TN | 37219 | 615-742-9350, 615-742-9370 | 615-242-4203 | mcollins@manierherod.com; swilliams@manierherod.com |
| Counsel to Citicorp North America, Inc., as Administrative and Collateral Agent under the Debtors' Prepetition Secured Credit Facility and Debtors' Proposed Postpetition Lenders | McGuireWoods LLP | Dion W. Hayes, Sarah B. Boehm, K. Elizabeth Sieg | Gateway Plaza | 800 East Canal Street | | Richmond | VA | 23219 | 804-775-1000 | 804-775-1061; 804-698-2255 | dhayes@mcguirewoods.com; sboehm@mcguirewoods.com; bsieg@mcguirewoods.com |
| Counsel to TIC-The Industrial Company Wyoming, Inc; Pillar Innovations, LLC | Michael Wilson PLC | Michael G Wilson | 12733 Storrow Rd | | | Henrico | VA | 23233 | 804-614-8301 | | mike@mgwilsonlaw.com |
| Counsel to Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Dennis F. Dunne Abhilash M. Raval Evan R. Fleck & Eric Stodola | 28 Liberty Street | | | New York | NY | 10005 | 212-530-5000 | | ddunne@milbank.com; araval@milbank.com; efleck@milbank.com; estodola@milbank.com |
| Counsel to Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy LLP | Andrew M. Leblanc | 1850 K St NW Ste 1100 | | | Washington | DC | 20006 | 202-835-7500 | | aleblanc@milbank.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Mooney Green Saindon Murphy & Welch PC | Paul A Green & John R Mooney | 1920 L St NW Ste 400 | | | Washington | DC | 20036 | 202-783-0210 | 202-783-6088 | pgreen@mooneygreen.com; jmooney@mooneygreen.com |
| Counsel for South Carolina Electric & Gas Co | Moore & Van Allen PLLC | David B Wheeler | 78 Wentworth Street | PO Box 22828 | | Charleston | SC | 29413-2828 | 843-579-7000 | 843-579-8727 | davidwheeler@mvalaw.com |
| Counsel to Citizens Asset Finance, Inc. (f/k/a RBS Asset Finance, Inc.) | Moran Reeves & Conn PC | Christopher J Hoctor | 100 Shockoe Slip 4th Fl | | | Richmond | VA | 23219 | 804-864-4813 | 804-421-6251 | choctor@mrcpclaw.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Morgan Lewis & Bockius LLP | John C Goodchild III | 1701 Market St | | | Philadelphia | PA | 19103-2921 | 215-963-5000 | 215-963-5001 | jgoodchild@morganlewis.com |
| Counsel to the United Mine Workers of America Health and Retirement Funds | Morgan Lewis & Bockius LLP | Julia Frost-Davies | One Federal St | | | Boston | MA | 02110 | 617-341-7700 | 617-341-7701 | julia.frost-davies@morganlewis.com |
| Attorneys for Western Organization of Resource Councils | Moye White LLP | James T Burghardt & Timothy M Swanson | 1400 16th St 6th Fl | | | Denver | CO | 80202 | 303-292-2900 | 303-292-4510 | tim.swanson@moyewhite.com; jim.burghardt@moyewhite.com |
| Top 50; Official Committee of Unsecured Creditors | NELSON BROTHERS LLC | RALPH HYMER EXECUTIVE VICE PRESIDENT | 820 SHADES CREEK PARKWAY | SUITE 2000 | | BIRMINGHAM | AL | 35209 | 205-414-2900 | 205-802-5312 | |
| Counsel to Michelin North America, Inc | Nelson Mullins Riley & Scarborough LLP | Jody A Bedenbaugh | 1320 Main St 17th FL | PO Box 11070 | | Columbia | SC | 2901 | 803-799-2000 | | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Michelin North America, Inc | Nelson Mullins Riley & Scarborough LLP | Dylan G Trache | 101 Constitution Avenue, NW, Suite 900 | | | Washington | DC | 20001 | 202-712-2800 | | dylan.trache@nelsonmullins.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Carol E Momjian | 21 S 12th St 3rd Fl | | | Philadelphia | PA | 19107-3603 | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov |
| Office of the United States Trustee for the Eastern District of Virginia | Office of the United States Trustee | Attn. Robert B. Van Arsdale, Esq. | 701 East Broad Street | Suite 4304 | | Richmond | VA | 23219 | 804-771-2310 | 804-771-2330 | USTPRegion04.RH.ECF@usdoj.gov; hugh.m.bernstein@usdoj.gov; Robert.B.Van.Arsdale@usdoj.gov |
| Counsel to The Royal Bank of Scotland PLC | Orrick Herrington & Sutcliffe LLP | Raniero Daversa Jr & Monica Perrigino | 51 W 52nd St | | | New York | NY | 10019-6142 | 212-506-5000 | 212-506-5151 | rdaversa@orrick.com; mperrigino@orrick.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Corporate Finance & Restructuring Department | 1200 K Street, NW | | | Washington | DC | 20005-4026 | 202-326-4070 | | efile@pbgc.gov |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Attn: Michael Strollo | 1200 K Street NW | | | Washington | DC | 20005-4026 | | | |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Louisa A Fennell & John Holland Ginsberg | 1200 K Street NW | | | Washington | DC | 20005-4026 | 202-326-4020 ext3276, 3714 | 202-326-4112 | fennell.louisa@pbgc.gov; efile@pbgc.gov; ginsberg.john@pbgc.gov |
| Counsel to Cleveland Brothers Equipment Company, Inc | Pepper Hamilton LLP | Henry J Jaffe &John H Schanne II | Hercules Plaza Ste 5100 | 1313 Market St | PO Box 1709 | Wilmington | DE | 19899-1709 | 302-777-6500 | 302-421-8390 | schannej@pepperlaw.com; jaffeh@pepperlaw.com |
| Counsel for Joy Mining & Manufacturing and Joy Global Surface Mining Inc. | Pietragallo Gordon Alfano Bosick & Raspanti LLP | Kenneth D. McArthur Jr. | 9 S. 12th St 4th Fl | | | Richmond | VA | 23219 | 804-396-6330 | 804-482-2666 | kdm@pietragallo.com |
| Local Counsel for Creditors, Douglas M. Griffith, Cynthia C. Griffith, and Cynthia C. Griffith as next friend of Sydney Jodi Marie Griffith, a minor | Rawls, McNelis & Mitchell, PC | Edward J McNelis III | 211 Rockets Way Ste 100 | | | Richmond | VA | 23231 | 804-344-0038 | 804-782-0133 | emcnelis@rawlsmcnelis.com |
| Top 50; Counsel to Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. | REED SMITH LLP | ATTN: S. MILES DUMVILLE AND TRAVIS SABALEWS | RIVERFRONT PLAZA - WEST TOWER | 901 EAST BROAD STREET, SUITE 1700 | | RICHMOND | VA | 23219-4068 | 804-344-3430 | 804-344-3410 | mdumville@reedsmith.com |
| Counsel to Texas Eastern Transmission, LP | REED SMITH LLP | Alison Toepp | Riverfront Plaza West Tower | 901 E Byrd St Ste 1700 | | Richmond | VA | 23219 | 804-344-3400 | 804-344-3410 | atoepp@reedsmith.com |
| Counsel to Ecko Inc and f AAA Mine Service, Inc, Marsico Brothers, Inc; behalfofGlenn Jenkins, Stella Jelkins, Leslie Shepherd, Debbie Shepherd, Leslie Jenkins, Hildred Jenkins, Chad Robinsotr, and Delores Robinsotr and Gould Electric Motor Repair, Inc | Ronald Page PLC | Ronald A Page Jr | PO Box 73524 | | | Richmond | VA | 23235 | 804-562-8704 | 804-482-2427 | rpage@rpagelaw.com |
| Counsel to Official Committee of Unsecured Creditors | Sands Anderson PC | Roy M. Terry William A. Gray John C. Smith W. Ashley Burgess & Eric C. Howlett | 1111 E Main St Ste 2400 | PO Box 1998 | | Richmond | VA | 23218-1998 | 804-648-1636 | 804-783-7291 | bgray@sandsanderson.com; rterry@sandsanderson.com; aburgess@sandsanderson.com; jsmith@sandsanderson.com; ehowlett@sandsanderson.com |
| SEC Headquarters | Securities and Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov |
| SEC | Securities and Exchange Commission | New York Regional Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St. Ste 400 | New York | NY | 10281-1022 | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov |
| Counsel for The Federal Insurance Company; Liberty Mutual Insurance Company | Setliff & Holland PC | Richard T. Pledger & Thomas J Moran | 4940 Dominion Blvd | | | Glen Allen | VA | 23060 | 804-377-1260 | 804-377-1280 | rpledger@setliffholland.com ; tmoran@setliffholland.com |
| Interested Party | Sheldon S Toll PLLC | Sheldon S Toll | 29580 Northwestern Hwy., Ste. 100 | | | Southfield | MI | 48034 | 248-797-9111 | | sst@lawtoll.com |
| Counsel for SG Equipment Finance USA Corp | Sheppard Mullin Richter & Hampton LLP | Malani J Cademartori & Blanka K Wolfe | 30 Rockefeller Plaza | | | New York | NY | 10112 | 212-653-8700 | 212-653-8701 | mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com |
| Counsel to AXIS Capital, Inc. | Spence Brierley PC | Adam M Spence | PO Box 160 | | | Phoenix | MD | 21131 | 410-823-5003 | 443-836-9181 | adam@spencefirm.com |
| Counsel to Penn Virginia Operating Co., LLC, JRY Natural Resources, LLC; McCreery Coal Land Company, Pardee Minerals, LLC; The David J. Pierce Trust U/A dated February 23,2011 ("Pierce Trust"); Donald L. Blankenship; Christian Colliery Company; Berwind Land Company; Westvarendrao, Inc.; Piney Land Company | Spilman Thomas & Battle PLLC | Peter M Pearl | 310 First St Ste 1100 | PO Box 90 | | Roanoke | VA | 24002 | 540-512-1800 | 540-342-4480 | ppearl@spilmanlaw.com |
| Counsel to Spruce Pine Land Company | Spotts Fain PC | Robert H. Chappell, III &James K. Donaldson | 411 East Franklin Street, Suite 600 | | | RICHMOND | VA | 23219 | 804-697-2000 | 804-697-2100 | rchappell@spottsfain.com; jdonaldson@spottsfain.com |
| Counsel to ICF Jones & Stokes, Inc., ArcelorMittal USA LLC and ArcelorMittal Burns Harbor LLC | Squire Patton Boggs US LLP | Elliot M Smith | 221 E 4th St Ste 2900 | | | Cincinnati | OH | 45202 | 513-361-1200 | 513-361-1201 | Elliot.smith@squirepb.com |
| Counsel to Starr Indemnity & Liability Company | Starr Indemnity & Liability Company | Ross M Chinitz | 445 Park Avenue 5th Fl | | | New York | NY | 10022 | 646-227-6409 | | ross.chinitz@starrcompanies.com |
| Counsel to ACE American Insurance Company, Aspen American Insurance Company, Fidelity & Deposit Company of Maryland, Indemnity National Insurance Company, Travelers Casualty & Surety Company of America, Westchester Fire Insurance Company, and Zurich American Insurance Company | Stites & Harbison PLLC | Michael K Kim | 1800 Diagonal Rd Ste 325 | | | Alexandria | VA | 22314 | 703-834-3931 | 703-518-2951 | mkim@stites.com |
| Counsel to Kentucky Utilities Company | Stoll Keenon Ogden PLLC | Lea Pauley Goff & Emily L Pagorski | 500 W Jefferson St | 2000 PNC Plaza | | Louisville | KY | 40202-2828 | 502-568-5763 | 502-333-6099 | emily.pagorski@skofirm.com; lea.goff@skofirm.com |
| Counsel to Wilmington Trust, National Association, as Indenture Trustee for the 7½% Senior Secured Second Lien Notes due 2020 and 7½% Senior Secured Second Lien Notes due 2020 (Series B). | Stroock & Stroock & Lavan LLP | Jayme T. Goldstein, Esq. Kenneth Pasquale, Esq. &Gabriel E. Sasson, Esq | 180 Maiden Lane | | | New York | NY | 10038 | 212-806-5400 | 212-806-6006 | jgoldstein@stroock.com; kpasquale@stroock.com, gsasson@stroock.com |
| Counsel to Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Mark D Sherrill | 700 6th St NW Ste 700 | | | Washington | DC | 20001-3980 | 202-383-0380 | 202-637-3593 | mark.sherrill@sutherland.com |
| Counsel to Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Thomas M Byrne | 999 Peachtree St NE Ste 2300 | | | Atlanta | GA | 30309-3996 | 404-853-8026 | 404-853-8806 | tom.byrne@sutherland.com |
| Counsel for the Moving Retirees; Proposed Counsel for The Official Committee of Retired Employees | Tavenner & Beran, PLC | Lynn Lewis Tavenner Paula S. Beran & David N. Tabakin | 20 North Eighth Street, Second Floor | | | Richmond | VA | 23219 | 804-783-8300 | 804-783-0178 | LTavenner@tb-lawfirm.com; PBeran@tb-lawfirm.com |
| Counsel for GE Capital Corporation | Thompson McMullan PC | David R Ruby & William D Prince IV | 100 Shockoe Slip 3rd Fl | | | RICHMOND | VA | 23219 | 804-698-6254 | 804-780-1813 | wprince@t-mlaw.com; druby@t-mlaw.com |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 | 615-532-2504 | 615-741-3334 | gina.hantel@ag.tn.gov |
| Counsel for Williams Mountain, LLC | Troutman Sanders LLP | Richard E Hagerty | 1850 Towers Crescent Plaza Ste 500 | | | Tysons Corner | VA | 22182 | 703-734-4320 | 703-448-6510 | richard.hagerty@troutmansanders.com |
| Counsel to the United States of America | U.S. Department of Justice -Environmental Enforcement Section Environment and Natural Resources Division | Marcello Mollo | 601 D St NW | PO Box 7611 | Ben Franklin Station | Washington | DC | 20004 | 202-514-2757 | 202-514-0097 | marcello.mollo@usdoj.gov |
| EPA | U.S. EPA, Region III (3RC60) | Bettina Dunn, Paralegal Specialist | US EPA Region 3 | Office of Regional Counsel | 1650 Arch Street | Philadelphia | PA | 19103 | 215-814-5000 | 215-814-5102 | dunn.bettina@epa.gov |
| SEC | U.S. Securities and Exchange Commission | Office of Reorganization | 950 East Paces Ferry Road, N.E. | Suite 900 | | Atlanta | GA | 30326-1382 | 404-842-7600 | 404-842-7633 | atlanta@sec.gov; atlreorg@sec.gov |
| Counsel to the United Mine Workers of America Health and Retirement Funds | UMWA Health & Retirement Funds | Barbara E Locklin Assistant General Counsel | Office of the General Counsel | 2121 K St NW Ste 350 | | Washington | DC | 20037 | 202-521-2227 | | blocklin@umwafunds.org |
| Indenture Trustee for 2.375% Convertible Senior Notes Due 2015 | Union Bank of California, N.A. | Attn: Corporate Trust Admin | 350 California Street | Corporate Trust – 11th Floor | | San Francisco | CA | 94104 | 415-273-2519 | 415-273-2492 | |
| Indenture Trustee for 6.0% Senior Notes Due 2019 and 8.25% Senior Notes Due 2021, 9.75% Senior Notes Due 2018, 3.75% Convertible Senior Notes Due 2017 and 4.875% Convertible Senior Notes Due 2020; Official Committee of Unsecured Creditors | Union Bank of California, N.A. | Attn: James Myers & David Ursa | 350 California Street | 11th Floor | | San Francisco | CA | 94104 | 415-273-2519 | 415-273-2492 | |
| Counsel to Union Pacific Railroad Company | Union Pacific Railroad Company | Mary Ann Kilgore & Jennie L Anderson | 1400 Douglas St STOP 1580 | | | Omaha | NE | 68179 | 402-544-4195; 402-544-1165 | | mkilgore@up.com; janders01@up.com |
| United Mine Workers of America; Official Committee of Unsecured Creditors | United Mine Workers of America | Attn: Grant Crandall, General Counsel | 18354 Quantico Gateway Drive | Suite 200 | | Triangle | VA | 22172 | 703-291-2400 | 703-291-2448 | gcrandall@umwa.org |