JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Attorneys for Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., et al., | Case No. 15-33896 (KRH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING CERTAIN EXHIBITS TO
### SECOND AMENDED JOINT PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Pursuant to Section I.A.58 of the *Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession* (the "Plan"), attached as Exhibit A to the *Notice of Filing of Solicitation Versions of (A) Second Amended Joint Plan of Reorganization and (B) Related Second Amended Disclosure Statement* (Docket No. 2594), filed on June 2, 2016, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the following exhibits to the Plan (collectively, the "Exhibits"):

Exhibit IV.E.1.a     Form Certificates of Incorporation (or Comparable Constituent Documents) for the Reorganized Debtors

Exhibit IV.E.1.b     Form Bylaws (or Comparable Constituent Documents) for the Reorganized Debtors

NAI-1501346351v1

The Debtors reserve their all of their rights with respect to the Exhibits, including the right to "modify, amend, supplement, restate or withdraw any of the … Exhibits after they are Filed," as set forth at Section I.A.58  in the Plan.

Dated: June 30, 2016
Richmond, Virginia

Respectfully submitted,

/s/  Henry P. (Toby) Long, III
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION