SANDS ANDERSON PC
William A. Gray, Esquire (VSB No. 46911)
W. Ashley Burgess, Esquire (VSB No. 67998)
Roy M. Terry, Jr., Esquire (VSB No. 17764)
P.O. Box 1998
Richmond, VA 23218-1998
Telephone:  804.648.1636

*Co-Counsel to Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: | Case No. 15-33896-KRH |
| ALPHA NATURAL RESOURCES, INC., *et al.* | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING FOURTH AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR SANDS ANDERSON PC AS
CO-COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 19, 2016 THROUGH AUGUST 25, 2016**

Sands Anderson PC ("Sands Anderson") having filed its *Fourth and Final Application for Compensation and Reimbursement of Expenses Incurred for Sands Anderson PC as Co-Counsel for the Official Committee of Unsecured Creditors for the Period From August 19, 2016 through August 25, 2016* (the "Final Application");[1] and the Court having reviewed the Final Application; and it appearing to the Court that all applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules have been satisfied; and it appearing that the compensation earned and expenses incurred by Sands Anderson during the Fourth Interim and Total Compensation Period were actual, reasonable, and necessary; and the Court being satisfied that sufficient notice of the Final Application has been provided and that no further notice is required; and the Court having afforded all persons with standing an opportunity to be heard on the

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Fourth Interim Application.

Final Application at a hearing held to consider approval of the Final Application; and after due

deliberation thereon and good sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.  The Final Application is APPROVED and GRANTED in its entirety on a final

basis.

2.  Sands Anderson PC is allowed, on a final basis, compensation in the amount of

$1,059,201.00 for professional services rendered during the Total Compensation Period as co-

counsel to the Committee.

3.  Sands Anderson PC is allowed, on a final basis, reimbursement of actual and

necessary expenses incurred during the Total Compensation Period in connection with its services

to the Committee in the amount of $11,344.39.

4.  The Debtors are authorized and directed within five (5) business days of entry of

this Order to remit payment to Sands Anderson in the amount of $1,070,545.39, less all amounts

that the Debtors previously paid to Sands Anderson for such compensation and expenses.

5.  The Court shall retain exclusive jurisdiction with respect to all matters relating to

the interpretation or implementation of this Order.

6.  This Order shall be effective immediately upon entry.

Date: __Nov 29 2016__, 2016
Richmond, Virginia

/s/ Kevin R Huennekens
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered to the Docket: __11/29/16__

**We Ask for This:**

*/s/ William A. Gray*
William A. Gray, Esquire (VSB No. 46911)
W. Ashley Burgess, Esquire (VSB No. 67998)
Roy M. Terry, Jr., Esquire (VSB No. 17764)
Sands Anderson PC
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: 804.648.1636

*Co-Counsel to Official Committee of Unsecured Creditors*

### RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing proposed order has been served on all necessary parties.

*/s/ William A. Gray*