PROTIVITI INC.
Guy A. Davis
Michael L. Atkinson
Suzanne B. Roski
1051 East Cary Street, Suite 602
Richmond, VA 23219
Telephone:  (804) 644-7000

*Financial Advisor to Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

----------------------------------------------------------------x
                             :

IN RE:                              :    Chapter 11
                              :

ALPHA NATURAL RESOURCES, INC., et al.,  :    Case No. 15-33896  (KRH)
                              :

         Debtors.            :    (Jointly Administered)
                              :

----------------------------------------------------------------x

**ORDER GRANTING FOURTH INTERIM AND FINAL FEE APPLICATION OF
PROTIVITI INC. FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS DURING THE FIRST THREE INTERIM
APPLCATION PERIODS AND FOR THE FOURTH APPLICATION PERIOD
BEGINNING MAY 1, 2016
THROUGH AND INCLUDING SEPTEMBER 23, 2016**

Upon the application dated September 23, 2016 (the "Fourth Interim and Final Fee Application") of  Protiviti Inc. ("Protiviti") for the entry of an order (this "Order") pursuant to sections 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1(a) of the Local Rules for the  Bankruptcy Court for the Eastern District of Virginia and this Court's *Order Establishing Procedures for Interim Monthly Compensation Professionals* [Dkt. No. 345], authorizing the interim allowance of compensation

and reimbursement of expenses to Protiviti, as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Alpha Natural Resources, Inc. and its affiliated debtors and debtors and possession (the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Fourth Interim and Final Fee Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that Protiviti provided appropriate notice of the Fourth Interim and Final Fee Application and the opportunity for a hearing on the Fourth Interim and Final Fee Application; and the Court having found that the requirements of the Local Rules for the Bankruptcy Court for the Eastern District of Virginia are satisfied by such notice; and the Court having reviewed the Fourth Interim and Final Fee Application and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Fourth Interim and Final Fee Application and at the Hearing establish just cause  for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Fourth Interim and Final Fee Application is granted as set forth herein.

2.     Protiviti shall be allowed, on a final basis, compensation for fees earned during the Fourth Application Period in the amount of $777,910.00 and expense reimbursement in the amount of $1,024.56.

3.     Protiviti shall be allowed, on a final basis, compensation for fees earned in the amount of $1,093,396.00 and expense reimbursement in the amount of $12,490.59 as set forth in

2

Protiviti's First Interim Application (Docket No. 1106) and previously allowed in the interim (Docket No. 1449).

4.      Protiviti shall be allowed, on a final basis, compensation for fees earned in the amount of $1,351,832.00 and expense reimbursement in the amount of $4,970.12 as set forth in Protiviti's Second Interim Application (Docket No. 1785) and previously allowed in the interim (Docket No. 2079).

5.      Protiviti shall be allowed, on a final basis, compensation for fees earned in the amount of $1,708,767.00 and expense reimbursement in the amount of $28,929.28 as set forth in Protiviti's Third Interim Application (Docket No. 2690) and previously allowed in the interim (Docket No. 3183).

6.      The Debtors are authorized and directed to, within five (5) business days of the entry of this Order, remit payment to Protiviti in the amount of $143,695.28, representing the amount of outstanding fees ($143,675.28) and expenses ($20.00) pursuant to this Order.

7.      The Debtors are authorized to take all actions they deem necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The requirement set forth in Rule 9013-1(G) of the Local Bankruptcy Rules that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Fourth Interim and Final Fee Application or otherwise waived.

10.     This Court shall retain jurisdiction with respect to all matters arising from or

relating to the interpretation or implementation of this Order.

Nov 30 2016

Date: _____, 2016
Richmond, Virginia

/s/ Kevin R. Huennekens

KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered to the Docket: 11/30/16 _____

**We Ask for This:**

 */s/ William A. Gray* _____
William A. Gray, Esquire (VSB No. 46911)
W. Ashley Burgess, Esquire (VSB No. 67998)
Roy M. Terry, Jr., Esquire (VSB No. 17764)
Sands Anderson PC
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone:  804.648.1636

*Co-Counsel to the Official Committee of Unsecured Creditors*

### RULE 9022-1 CERTIFICATE OF SERVICE

I hereby certify that the foregoing proposed order has been served upon all necessary
parties.

 */s/ William A. Gray* _____