| | |
|---|---|
| JONES DAY | HUNTON ANDREWS KURTH LLP |
| North Point | Riverfront Plaza, East Tower |
| 901 Lakeside Avenue | 951 East Byrd Street |
| Cleveland, Ohio  44114 | Richmond, Virginia  23219 |
| Telephone:  (216) 586-3939 | Telephone:  (804) 788-8200 |
| Facsimile:  (216) 579-0212 | Facsimile:  (804) 788-8218 |
| Carl E. Black (admitted *pro hac vice*) | Tyler P. Brown (VSB No. 28072) |
| Thomas A. Wilson (admitted *pro hac vice*) | J.R. Smith (VSB No. 41913) |
| | Henry P. (Toby) Long, III (VSB No. 75134) |
| *Attorneys for Reorganized Debtors* | Justin F. Paget (VSB No. 77949) |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Alpha Natural Resources, Inc., et al., | Case No. 15-33896 (KRH) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING MOTION FOR ENTRY OF A FINAL DECREE AND
ORDER (I) CLOSING THESE CHAPTER 11 CASES; (II) AUTHORIZING
AND DIRECTING THE REORGANIZED DEBTORS TO (A) MAKE THE FINAL
CATEGORY 1 DISTRIBUTION AND (B) APPLY ANY UNCLAIMED
DISTRIBUTIONS TO THE REORGANIZED ANR CONTINGENT REVENUE
PAYMENTS; (III) DISCHARGING THE CLAIMS OVERSIGHT
COMMITTEE; AND (IV) TERMINATING KURTZMAN CARSON
CONSULTANTS, LLC AS CLAIMS, BALLOT AND NOTICING AGENT**

Upon the motion (the "Motion")[1] of Old ANR, LLC (f/k/a Alpha Natural Resources, Inc.) and its affiliates, as reorganized debtors (collectively, the "Reorganized Debtors"), for entry of an order, pursuant to section 105 and 350 of the Bankruptcy Code and Bankruptcy Rule 3022, (i) closing the Chapter 11 Case of each of the Debtors, (ii) authorizing and directing the Reorganized Debtors to (a) make the final distribution to holders of Allowed Category 1 General

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

Unsecured Claims in the amount of the Final Contingent Revenue Payment Allocation no later than August 31, 2018, and (b) apply to the Escrow Account holding the Reorganized ANR Contingent Revenue Payments any Category 1 Unclaimed Distributions, (iii) relieving, discharging and releasing the Claims Oversight Committee, and (iv) terminating the employment of Kurtzman Carson Consultants, LLC ("KCC") as claims, ballot and noticing agent; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the Case Management Procedures; and no other or further notice needing to be provided; and the Court having reviewed the Motion; and the estates of the Debtors having been fully administered; and the relief requested in the Motion is in the best interest of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. The Chapter 11 Case of each of the Debtors identified on Schedule 1 attached hereto shall be and hereby is closed effective as of the date of entry of this Order and Final Decree.

3. This Order is without prejudice to any party's right to re-open any Chapter 11 Case or Chapter 11 Cases.

4. The Reorganized Debtors are authorized and directed to (i) make the final distribution to holders of Allowed Category 1 General Unsecured Claims in the amount of the Final Contingent Revenue Payment Allocation, $4,858,333, no later than August 31, 2018 (the

"Final Category 1 Distribution"), and (ii) apply to the Escrow Account holding the Reorganized ANR Contingent Revenue Payments any Category 1 Unclaimed Distributions. Following the Final Category 1 Distribution, holders of Allowed Category 1 General Unsecured Claims are not entitled to any additional distributions under the Plan.

5. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and Final Decree.

6. Unless this Court orders otherwise, 30 days following receipt by counsel to the Claims Oversight Committee of written notice from the Reorganized Debtors of completion of the Final Category 1 Distribution, the Claims Oversight Committee and their respective representatives, agents and employees, including, without limitation, the Claims Oversight Committee Professionals, are (a) relieved of any further duties with respect to the Debtors and their respective estates, and (b) discharged, relieved and released from all liability related to their duties under the Plan, the Claims Reserve Order and any other applicable Order of this Court.

7. Unless this Court orders otherwise, Claims Oversight Committee Professionals shall submit invoices for any final fees and expenses (collectively, "Final Committee Fee Claims") no later than 30 days following receipt by counsel to the Claims Oversight Committee of written notice from the Reorganized Debtors of completion of the Final Category 1 Distribution (the "Final Committee Fee Bar Date") and any such fees and expenses will be addressed in accordance with the Claims Reserve Order and Plan. Unless this Court orders otherwise, any holders of Final Committee Fee Claims that fail to submit Final Committee Fee Claims by the Final Committee Fee Bar Date will be forever barred from asserting such Final Fee Claim and such Final Fee Claims will be deemed discharged. Upon payment or resolution of timely submitted Final Committee Fee Claims, any amounts remaining in the Claims

Oversight Committee Escrow may be distributed to the First Lien Lenders in accordance with the Plan.

8. The First Lien Agent hereby is authorized to pay, at its discretion, any remaining post-Effective Date fees and expenses incurred by professionals retained by the First Lien Agent from the Final First Lien Distribution.

9. The services of KCC are terminated effective as of the date of this Order; provided, however, such relief is without prejudice to the Reorganized Debtors' right to continue to employ KCC, per the terms of any agreement between KCC and the Reorganized Debtors, to help with, among other things, completing any Distributions required under the Plan and pursuant to the Proposed Order. KCC shall coordinate with the Clerk of the Bankruptcy Court regarding the transfer of copies of all claims and claims registers to the Clerk of the Bankruptcy Court.

10. The terms and conditions of this Order and Final Decree shall be immediately effective and enforceable upon its entry.

11. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

12. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order and Final Decree.

Dated: Richmond, Virginia

_____, 2018

Jun 28 2018

/s/ Kevin R. Huennekens
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:6/28/18

WE ASK FOR THIS:

Respectfully submitted,

/s/  Henry P. (Toby) Long, III
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Counsel to the Reorganized  Debtors*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

     /s/  Henry P. (Toby) Long, III

# Schedule 1

| Debtor | Case Number |
|---|---|
| Alpha Natural Resources, Inc. | 15-33896 |
| Alex Energy, Inc. | 15-33911 |
| Alpha American Coal Company, LLC | 15-33913 |
| Alpha American Coal Holding, LLC | 15-33915 |
| Alpha Appalachia Holdings, Inc. | 15-33917 |
| Alpha Appalachia Services, Inc. | 15-33921 |
| Alpha Coal Resources Company, LLC | 15-33925 |
| Alpha Coal Sales Co., LLC | 15-33926 |
| Alpha Coal West, Inc. | 15-33931 |
| Alpha European Sales, Inc. | 15-33898 |
| Alpha India, LLC | 15-33937 |
| Alpha Land and Reserves, LLC | 15-33939 |
| Alpha Midwest Holding Company | 15-33944 |
| Alpha Natural Resources International, LLC | 15-33950 |
| Alpha Natural Resources Services, LLC | 15-33952 |
| Alpha Natural Resources, LLC | 15-33947 |
| Alpha PA Coal Terminal, LLC | 15-33955 |
| Alpha Shipping and Chartering, LLC | 15-33959 |
| Alpha Sub Eight, LLC | 15-33916 |
| Alpha Sub Eleven, Inc. | 15-33918 |
| Alpha Sub Nine, LLC | 15-33922 |
| Alpha Sub One, LLC | 15-33927 |
| Alpha Sub Ten, Inc. | 15-33930 |
| Alpha Sub Two, LLC | 15-33934 |
| Alpha Terminal Company, LLC | 15-33940 |
| Alpha Wyoming Land Company, LLC | 15-33949 |
| AMFIRE Holdings, LLC | 15-33958 |
| AMFIRE Mining Company, LLC | 15-33963 |
| AMFIRE, LLC | 15-33954 |
| Appalachia Coal Sales Company, Inc. | 15-33900 |
| Appalachia Holding Company | 15-33901 |
| Aracoma Coal Company, Inc. | 15-33966 |
| Axiom Excavating and Grading Services, LLC | 15-33970 |
| Bandmill Coal Corporation | 15-33978 |
| Bandytown Coal Company | 15-33983 |
| Barbara Holdings Inc. | 15-33986 |
| Barnabus Land Company | 15-33990 |
| Belfry Coal Corporation | 15-33993 |
| Big Bear Mining Company | 15-34000 |
| Black Castle Mining Company, Inc. | 15-34004 |
| Black King Mine Development Co. | 15-34008 |
| Black Mountain Cumberland Resources, Inc. | 15-33902 |
| Boone East Development Co. | 15-34012 |
| Brooks Run Mining Company, LLC | 15-34016 |
| Brooks Run South Mining, LLC | 15-34022 |
| Buchanan Energy Company, LLC | 15-33895 |
| Castle Gate Holding Company | 15-34024 |
| Clear Fork Coal Company | 15-34026 |
| Coal Gas Recovery II, LLC | 15-34018 |
| Crystal Fuels Company | 15-34028 |
| Cumberland Coal Resources, LP | 15-34030 |
| Dehue Coal Company | 15-33912 |
| Delbarton Mining Company | 15-33919 |

| Debtor | Case Number |
|---|---|
| Delta Mine Holding Company | 15-33923 |
| DFDSTE Corp. | 15-33928 |
| Dickenson-Russell Coal Company, LLC | 15-33932 |
| Dickenson-Russell Land and Reserves, LLC | 15-33935 |
| DRIH Corporation | 15-33938 |
| Duchess Coal Company | 15-33942 |
| Eagle Energy, Inc. | 15-33945 |
| Elk Run Coal Company, Inc. | 15-33948 |
| Emerald Coal Resources, LP | 15-33956 |
| Enterprise Mining Company, LLC | 15-33960 |
| Esperanza Coal Co., LLC | 15-33962 |
| Foundation Mining, LLC | 15-33965 |
| Foundation PA Coal Company, LLC | 15-33968 |
| Foundation Royalty Company | 15-33971 |
| Freeport Mining, LLC | 15-33973 |
| Freeport Resources Company, LLC | 15-33975 |
| Goals Coal Company | 15-33979 |
| Green Valley Coal Company | 15-33985 |
| Greyeagle Coal Company | 15-33989 |
| Harlan Reclamation Services LLC | 15-33903 |
| Herndon Processing Company, LLC | 15-33992 |
| Highland Mining Company | 15-33996 |
| Hopkins Creek Coal Company | 15-33999 |
| Independence Coal Company, Inc. | 15-34002 |
| Jacks Branch Coal Company | 15-34005 |
| Jay Creek Holding, LLC | 15-34007 |
| Kanawha Energy Company | 15-34010 |
| Kepler Processing Company, LLC | 15-34013 |
| Kingston Mining, Inc. | 15-33924 |
| Kingwood Mining Company, LLC | 15-33941 |
| Knox Creek Coal Corporation | 15-33904 |
| Lauren Land Company | 15-33953 |
| Laxare, Inc. | 15-33969 |
| Litwar Processing Company, LLC | 15-33976 |
| Logan County Mine Services, Inc. | 15-33982 |
| Long Fork Coal Company | 15-33987 |
| Lynn Branch Coal Company, Inc. | 15-33994 |
| Maple Meadow Mining Company | 15-34003 |
| Marfork Coal Company, Inc. | 15-34009 |
| Martin County Coal Corporation | 15-34015 |
| Maxxim Rebuild Co., LLC | 15-34027 |
| Maxxim Shared Services, LLC | 15-34029 |
| Maxxum Carbon Resources, LLC | 15-34032 |
| McDowell-Wyoming Coal Company, LLC | 15-34033 |
| Mill Branch Coal Corporation | 15-33905 |
| New Ridge Mining Company | 15-34034 |
| New River Energy Corporation | 15-34035 |
| Neweagle Industries, Inc. | 15-33906 |
| Nicewonder Contracting, Inc. | 15-34036 |
| North Fork Coal Corporation | 15-33907 |
| Omar Mining Company | 15-34038 |
| Paramont Coal Company Virginia, LLC | 15-34039 |
| Paynter Branch Mining, Inc. | 15-34040 |

| Debtor | Case Number |
| --- | --- |
| Peerless Eagle Coal Co. | 15-34041 |
| Pennsylvania Land Holdings Company, LLC | 15-34042 |
| Pennsylvania Land Resources Holding Company, LLC | 15-34043 |
| Pennsylvania Land Resources, LLC | 15-34020 |
| Pennsylvania Services Corporation | 15-34044 |
| Performance Coal Company | 15-34045 |
| Peter Cave Mining Company | 15-34046 |
| Pigeon Creek Processing Corporation | 15-33908 |
| Pilgrim Mining Company, Inc. | 15-34047 |
| Pioneer Fuel Corporation | 15-34049 |
| Plateau Mining Corporation | 15-34050 |
| Power Mountain Coal Company | 15-33914 |
| Premium Energy, LLC | 15-33920 |
| Rawl Sales & Processing Co. | 15-33929 |
| Republic Energy, Inc. | 15-33933 |
| Resource Development LLC | 15-33909 |
| Resource Land Company LLC | 15-33910 |
| River Processing Corporation | 15-33936 |
| Riverside Energy Company, LLC | 15-33943 |
| Riverton Coal Production Inc. | 15-33946 |
| Road Fork Development Company, Inc. | 15-33951 |
| Robinson-Phillips Coal Company | 15-33957 |
| Rockspring Development, Inc. | 15-33961 |
| Rostraver Energy Company | 15-33964 |
| Rum Creek Coal Sales, Inc. | 15-33967 |
| Russell Fork Coal Company | 15-33972 |
| Shannon-Pocahontas Coal Corporation | 15-33974 |
| Shannon-Pocahontas Mining Company | 15-33977 |
| Sidney Coal Company, Inc. | 15-33981 |
| Spartan Mining Company | 15-33984 |
| Stirrat Coal Company | 15-33988 |
| Sycamore Fuels, Inc. | 15-33991 |
| T. C. H. Coal Co. | 15-33995 |
| Tennessee Consolidated Coal Company | 15-33997 |
| Thunder Mining Company II, Inc. | 15-34001 |
| Trace Creek Coal Company | 15-34006 |
| Twin Star Mining, Inc. | 15-34011 |
| Wabash Mine Holding Company | 15-34014 |
| Warrick Holding Company | 15-34017 |
| West Kentucky Energy Company | 15-34019 |
| White Buck Coal Company | 15-34021 |
| Williams Mountain Coal Company | 15-34023 |
| Wyomac Coal Company, Inc. | 15-34025 |