**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ALPHA NATURAL RESOURCES, INC., *et al.*, | ) | Case No. 15-33896 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MAR-BOW VALUE PARTNERS, LLC'S MOTION TO REOPEN CASE

Mar-Bow Value Partners, LLC ("Mar-Bow"), by counsel, an unsecured creditor in this case, respectfully submits its motion to reopen these Chapter 11 cases.

This motion is brought pursuant to § 350(b) of the United States Bankruptcy Code (the "Code"), Fed. R. Bankr. P. 5010, Local Rule 5010-1 and the Court's Order Approving Motion for Entry of a Final Decree and Order (I) Closing These Chapter 11 Cases; (II) Authorizing and Directing the Reorganized Debtors to (A) Make the Final Category 1 Distribution and (B) Apply Any Unclaimed Distributions to the Reorganized ANR Contingent Revenue Payments; (III) Discharging the Claims Oversight Committee; and (IV) Terminating Kurtzman Carson Consultants, LLC as Claims, Ballot and Noticing Agent entered June 28, 2018 (Doc. 4119) (the "Final Decree").

In support thereof, Mar-Bow respectfully states as follows:

Local Counsel for Mar-Bow Value Partners, LLC
David R. Ruby (VSB #22703)
William D. Prince IV (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com
Email: wprince@t-mlaw.com

**Relevant Background**

1. Mar-Bow is an unsecured creditor of the Reorganized Debtors.

2. McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey") was appointed as the Debtors' turnaround advisor under Code §§ 327(a) and 1107(b). (Doc. 212).

3. Mar-Bow appealed from certain Orders entered by this Court regarding the adequacy of McKinsey's disclosures under Fed. Bankr. Rule 2014 and the grant of McKinsey's fee applications. (Docs. 3056, 3065, 3169, 3375, 3377, 3420, 3452 and 3673).

4. Mar-Bow's appeals have been consolidated and remain pending before the U.S. Court of Appeals for the Fourth Circuit, which has yet to hear argument or render a decision. *See Mar-Bow Value Partners, LLC v. McKinsey Recovery & Transformation Services U.S., LLC et al.*, Nos. 17-2268, 17-2269 (4th Cir.).

5. On June 28, 2018 and pursuant to the Final Decree, these Chapter 11 cases were closed.

6. The Final Decree provides that the "Order is without prejudice to any party's right to re-open any Chapter 11 Case or Chapter 11 Cases. (Final Decree ¶ 3).

7. Code § 350(b) provides that a case may be reopened for "cause."

**Cause for Reopening these Chapter 11 Cases – McKinsey's Fraud on the Court**

8. Contemporaneously with the filing of this motion and in support of this motion, Mar-Bow is filing with the Court an additional motion (the "Supporting Motion") seeking the following relief: (i) pursuant to Fed. R. Bankr. P. 9024/Fed. R. Civ. P 60(d)(3) requesting the Court to set aside its Orders[1] denying Mar-Bow's requests for additional disclosures and public disclosures by McKinsey, approving McKinsey's fee applications without reductions on account

---

[1] Orders sought be set aside -- Docs. 2895 (¶¶ 2-4 only), 3055, 3060, 3416, 3664, 3665 and 3666.

of disclosure violations and finding that McKinsey fully complied with Fed. R. Bankr. P. 2014 – all on the basis of public documents evidencing a credible case of McKinsey's fraud on the Court, and (ii) pursuant to Fed. R. Bankr. P. 8008(a)(3) requesting the Court for an indicative ruling that the matters presented raise a substantial issue.  The Supporting Motion is hereby incorporated herein as if fully restated in its entirety.

9. As explained in detail in the Supporting Motion, Mar-Bow has recently discovered additional gravely troubling and disqualifying disclosure violations on the part of McKinsey.  These disqualifying disclosure violations appear on their face to establish McKinsey's fraud on the Court and constitute and establish cause for reopening these Chapter 11 cases.  These disqualifying disclosure violations necessitate action on the part of the Court.

10. This request to reopen the bankruptcy case does not require counsel for any entities other than McKinsey to appear or participate.  As the Court is aware, disinterestedness litigation can result in disqualification orders years after a bankruptcy case is closed, especially when appeals are involved.[2]  If the Court later determines that compensation to McKinsey must be disgorged, other counsel could become involved at that point to address disbursement issues.

### Prayer for Relief

WHEREFORE, Mar-Bow respectfully moves the Court to reopen these Chapter 11 cases so as to allow the Court (i) to address the additional disclosure violations on the part of McKinsey that have come to light, (ii) to address credible allegations from public documents evidencing McKinsey's fraud on the Court and (iii) to grant Mar-Bow's request for an indicative ruling.  Mar-Bow further respectfully requests the Court to grant such other related and additional relief as the Court shall deem just and appropriate.

---

[2] *See, e.g. In re Federated Department Stores, Inc.*, 44 F.3d 1310 (6th Cir. 1995).

                    Respectfully submitted,

                    MAR-BOW VALUE PARTNERS, LLC

                    By:    */s/ David R. Ruby*
                           Local Counsel

David R. Ruby (VSB #22703)
William D. Prince IV (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA   23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email:  druby@t-mlaw.com
Email:  wprince@t-mlaw.com

*Local Counsel for Mar-Bow Value Partners, LLC*

    -and-

Susan M. Freeman, Esquire (admitted *pro hac vice*)
Daniel A. Arellano, Esquire (admitted *pro hac vice*)
Lewis Roca Rothergerber Christie, LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
Telephone: (602) 262-5311
Email: sfreeman@lrrc.com
Email: darellano@lrrc.com

Steven Rhodes, Esquire (admitted *pro hac vice*)
Steven Rhodes Consulting, LLC
1610 Arborview Boulevard
Ann Arbor, Michigan 48103
Telephone: (734) 646-7406
Email: rhodessw@comcast.net

Sheldon S. Toll, Esquire (admitted *pro hac vice*)
Law Office of Sheldon S. Toll, PLLC
29580 Northwestern Hwy, Suite 100
Southfield, Michigan 48034
Email: sst@lawtoll.com

O*f Counsel for Mar-Bow Value Partners, LLC*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 18th day of July, 2018, a true and accurate copy of the foregoing Motion was served via First Class U.S. Mail (postage prepaid), via e-mail or via ECF in accordance with the Court's Order Establishing Certain Notice, Case Management and Administrative Procedures entered on August 5, 2015 (Doc. 111) and the Service List maintained by Kurtzman Carson Consultants in this case.  Service included the following persons:

Alpha Natural Resources, Inc.
Attn: Richard H. Verheij, Esq.*
Executive Vice President,
General Counsel & Corporate Secretary
One Alpha Place
P.O. Box 16429
Bristol, Virginia 24209
Email: rverheij@alphanr.com
*[Debtors]*

Alpha Natural Resources, Inc.
Attn: Mark M. Manno
One Alpha Place
Bristol, Virginia 24202
*[Debtor]*

David G. Heiman, Esq.*
Carl E. Black, Esq.*
Thomas A. Wilson, Esq.*
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
dgheiman@jonesday.com;
ceblack@jonesday.com;
tawilson@jonesday.com
*[Counsel to the Debtors]*

Tyler P. Brown, Esq.*
Henry P. (Toby) Long, III, Esq.*
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
*[Local counsel to Debtors]*

Robert B. Van Arsdale, Esq.*
Shannon F. Pecoraro, Esq.*
Office of the United States Trustee,
Eastern District of Virginia
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
*[Office of United States Trustee]*

Hugh M. Bernstein, Esq.*
Office of the United States Trustee,
District of Maryland
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
Email: Hugh.M.Bernstein@usdoj.gov
*[Office of United States Trustee]*

Elisabetta G. Gasparini, Esq.*
Office of the United States Trustee
1835 Assembly Street, Suite 953
Columbia, South Carolina 29201
Email: elisabetta.g.gasparini@usdoj.gov
*[Office of United States Trustee]*

Dennis F. Dunne, Esq.*
Evan R. Fleck, Esq.*
Eric K. Stodola, Esq.*
Milbank, Tweed, Hadley & McCoy LLP
28 Liberty Street
New York, NY 10005
Email: ddunne@milbank.com;
efleck@milbank.com;
estodola@milbank.com
*[Counsel to Creditors' Committee]*

Andrew L. LeBlanc, Esq.\*
Milbank, Tweed, Hadley & McCoy LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Email: aleblanc@milbank.com
*[Counsel to Creditors Committee]*

William A. Gray, Esq.\*
W. Ashley Burgess, Esq.\*
Roy M. Terry, Jr., Esq.\*
Sands Anderson P.C.
P.O. Box 1998
Richmond, VA 23218-1998
*[Local counsel to Creditors Committee]*

Lynn Lewis Tavenner, Esq.\*
Paula S. Beran, Esq.\*
David N. Tabakin, Esq.\*
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*[Counsel to Retiree Committee]*

John R. Owen, Esq.\*
Jeremy D. Capps, Esq.\*
Melissa Y. York, Esq.\*
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
Richmond, VA 23235
*[Counsel to Retiree Committee]*

Damian S. Schaible, Esq.\*
Damon P. Meyer, Esq.\*
Bradley A. Schecter, Esq.\*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Email: damian.schaible@davispolk.com;
damon.meyer@davispolk.com;
bradley.schecter@davispolk.com
*[Co-counsel to DIP Agent and First Lien Agent]*

Dion W. Hayes, Esq.\*
Sarah B. Boehm, Esq.\*
K. Elizabeth Sieg, Esq.\*
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
*[Co-counsel to DIP Agent and First Lien Agent]*

Paul M. Basta, Esq.\*
Stephen E. Hessler, Esq.\*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Email: pbasta@kirkland.com;
stephen.hessler@kirkland.com
*[Counsel to Ad Hoc Committee of Second Lien Noteholders]*

Gregory F. Pesce, Esq.\*
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Email: gregory.pesce@kirkland.com
*[Counsel to Ad Hoc Committee of Second Lien Noteholders]*

Debra A. Dandeneau, Esq.\*
John J. Dedyo, Esq.\*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: debra.dandeneau@weil.com
Email: john.dedyo@weil.com
*[Counsel to General Electric Credit Corporation]*

Michael A. Condyles, Esq.\*
Peter J. Barrett, Esq.\*
Jeremy S. Williams, Esq.\*
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, VA  23219-3500
*[Local counsel to Ad Hoc Committee of Second Lien Noteholders]*

Jayne T. Goldstein, Esq.*
Kenneth Pasquale, Esq.*
Gabriel E. Sasson, Esq.*
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Email: jgoldstein@strook.com;
kpasquale@strook.com;
gsasson@strook.com
*[Counsel to Second Lien Notes Trustee]*

Sharon L. Levine, Esq.*
Paul Kizel, Esq.*
Philip J. Gross, Esq.*
Nicole M. Brown, Esq.*
LowensteinSandler LLP
65 Livingston Avenue
Roseland, NJ 07068
Email: slevine@lowenstein.com;
pkizel@lowenstein.com;
pgross@lowenstein.com;
nbrown@lowenstein.com
*[Counsel to UMWA]*

Troy Savenko, Esq.*
Kaplan Voekler Cunningham & Frank, PLC
1401 East Cary Street
Richmond, VA 23219
*[Local counsel to UMWA]*

Kurtzman Carson Consultants LLC
Attn: Joe Morrow*
2335 Alaska Avenue
El Segundo, California 90245
Telephone: (310)-823-9000
Facsimile: (310) 751-1862
Email: AlphaNRinfo@kccllc.com
*[Claims and Noticing Agent]*

Harold L. Kaplan, Esq.*
Mark F. Hebbeln, Esq.*
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: hkaplan@foley.com
Email: mhebbeln@foley.com
*[Counsel to the Indenture Trustees for the Debtors' Secured and Unsecured Notes]*

Grant Crandall, Esq.*
United Mine Workers of America
18354 Quantico Gateway Drive, Suite 200
Triangle, Virginia 22172
*[United Mine Workers of America]*

McKinsey Recovery & Transformation Services U.S., LLC
55 East 52nd Street
New York, NY 10055
  Attn: Mr. Kevin Carmody
*[Turnaround Advisor]*

Edward C. Dolan, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Email: edward.dolan@hoganlovells.com
*[Counsel to McKinsey]*

Peter A. Ivanick, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Email: peter.ivanick@hoganlovells.com
*[Counsel to McKinsey]*

Bruce H. Matson, Esq.*
Christopher L. Perkins, Esq.*
LeClair Ryan
919 East Main Street
Richmond, VA 23219
*[Counsel to McKinsey]*

Martin J. Bienenstock, Esq.*
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Email: mbienenstock@proskauer.com
*[Counsel to McKinsey]*

*/s/ David R. Ruby*
David R. Ruby

[* Indicates service by ECF or email.  All others served by First Class U.S. Mail, postage prepaid.]