# Demonstrative Exhibit 1 – Increase in Value of Contura Shares Owned by Whitebox

## Increase in Value of Contura Shares Owned by Whitebox, and Increase in Value of Whitebox Funds owned by McKinsey Master Retirement Trust

| Row | Whitebox Fund Families Owning Stock in Contura[1] | Number of Shares Owned by Fund[1] | Whitebox Funds Held by McKinsey Master Retirement Trust (MIO)[2] | Estimated Number of Shares Held by McKinsey[3] | Cost as of 12/31/2016[2] | Value as of 12/31/2016[2] | Increase (Amount) | Increase (Percent) |
|---|---|---|---|---|---|---|---|---|
| 1 | Whitebox Asymmetric Partners, LP | 592,911 | N/A | 0 | N/A | N/A | N/A | N/A |
| 2 | Whitebox Relative Value Partners, LP | 183,600 | N/A | 0 | N/A | N/A | N/A | N/A |
| 3 | Whitebox Credit Partners, LP | 461,645 | Whitebox Credit Arbitrage Fund, Ltd. Class C-3-C-11 | 873,435 | 14,743,583 | 21,517,388 | 6,773,805 | 46% |
| 4 | Whitebox GT Fund, LP | 236,730 | N/A | 0 | N/A | N/A | N/A | N/A |
| 5 | Whitebox Multi-Strategy Partners, LP | 1,371,335 | N/A | 0 | N/A | N/A | N/A | N/A |
| 6 | Pandora Select Partners, LP | 430,549 | Whitebox Pandora Select, Ltd Class A Series C-13-01-16a | 592,417 | 10,000,000 | 12,070,748 | 2,070,748 | 21% |
| | | | Whitebox Pandora Select, Ltd Class A Series C-13-11-15a | 473,934 | 8,000,000 | 9,654,461 | 1,654,461 | 21% |
| | | | Whitebox Pandora Select, Ltd Class A Series C-13-12-15a | 592,417 | 10,000,000 | 11,965,203 | 1,965,203 | 20% |
| | | | Whitebox Pandora Select, Ltd Class A Series C-13-YE-10a | 2,248,474 | 37,954,243 | 75,978,383.00 | 38,024,140.00 | 100% |
| 7 | Whitebox Institutional Partners, LP | 104,698 | N/A | 0 | N/A | N/A | N/A | N/A |
| | **Total** | **3,381,468** | | **4,780,677** | **$ 80,697,826** | **$ 131,186,183** | **$ 50,488,357** | **63%** |

### Estimated Value of Contura Energy, Inc. Stock Owned by Whitebox Funds

| Row | Description | As of 8/18/2016 | As of 12/20/2016 | As of 12/30/2016 | Increase (Amount) | Increase (Percent) |
|---|---|---|---|---|---|---|
| 8 | **Contura Energy, Inc. price per share[4]** | $ 16.88 | $ 72.00 | N/A | $ 55.12 | 327% |
| 9 | **Contura Energy, Inc. price per share[4]** | $ 16.88 | N/A | $ 71.00 | $ 54.12 | 321% |
| 10 | **Number of Contura Energy, Inc. shares owned by Whitebox Funds[5]** | 3,381,468 | 3,381,468 | 3,381,468 | - | 0% |
| | **Estimated Value of Contura Energy, Inc. shares owned by Whitebox Funds** | 57,079,180 | 243,465,696 | 240,084,228 | | |
| | **Increase in Estimated Value from 8/18/2016** | | | | $ 186,386,516 | $ 183,005,048 |

[1] Per preliminary prospectus for 6 million shares of Contura Energy, Inc. common stock dated July 31, 2017. Whitebox fund families owned 11.1 percent of Contura Energy, Inc.

[2] Per 2016 McKinsey Master Retirement Trust Department of Labor Form 5500, dated December 31, 2016.

[3] The estimated number of shares held by McKinsey was calculated by dividing the cost of each Whitebox Fund held by McKinsey Master Retirement Trust as of 12/31/2016 by the Contura Energy, Inc. price per share as of 8/18/2016.

[4] Obtained from Capital IQ. Capital IQ had historical stock price data for Contura Energy, Inc. dated back through August 18, 2016, therefore, this was the start date used for our analysis.

[5] Number of shares beneficially owned by Whitebox Funds prior to the public offering (which did not occur) per the preliminary prospectus for 6 million shares dated July 31, 2017. We have estimated the value of Contura Energy, Inc. shares owned by Whitebox Funds as of 8/18/2016, 12/20/2016 and 12/30/2016 using this number.