Kevin A. Lake (VSB No. 34286)
MCDONALD, SUTTON & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
(804) 643-0000
klake@mcdonaldsutton.com

*Counsel for Lone Wolfe Natural Resources, Inc.*

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Alpha Natural Resources, Inc., et al.,** | **Case No. 15-33896 (KRH)** |
| **Debtor** | **Jointly Administered** |

### ***NOTICE OF MOTION AND HEARING THEREON ***

Lone Wolfe Natural Resources, Inc., which is a creditor and otherwise a party in interest in the above-captioned case ("Lone Wolfe"), by counsel, has filed papers with the court seeking an order reopening the above-captioned bankruptcy case to file a complaint seeking various relief, including a determination of the dischargeability of a debt (see the attached Motion for further details).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before January 9, 2019, you or your attorney must:

File with the court, at the address shown below, a written request for hearing and a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

William Redden, Clerk
United States Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street, Suite 4000
Richmond, VA 23219

You must also mail a copy to:

Kevin A. Lake, Esquire
MCDONALD, SUTTON, & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230

You must also:

*Attend a hearing on the* aforesaid Motions **on January 16, 2019, at 12:30 p.m.** in the United States
Bankruptcy Court for the Eastern District of Virginia, Richmond Division, Judge Huennekens'
Courtroom, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

**If you or your attorney do not take these steps, the Debtor will submit to the Court for
consideration an order or orders granting the relief sought in the Motion(s).**

*Under Local Bankruptcy Rule 9013-1 and 5010-1, unless a written response to this motion
and supporting memorandum are filed with the Clerk of Court and served on the
moving party as provided above, the Court may deem any opposition waived, treat the
application as conceded, and issue an order granting the requested relief without further
notice or hearing.*

**LONE WOLFE NATURAL RESOURCES, INC.**

By: /s/ Kevin A. Lake

Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, VA 23230
Tel: (804) 643-0000
Fax: (804) 788-4427
klake@mcdonaldsutton.com

*Counsel for Lone Wolfe Natural Resources, Inc.*

## CERTIFICATE

I hereby certify that on the 11th day of December 2018, a true and correct copy of the foregoing Motion and Notice of Motion was served electronically or by first class mail, postage prepaid, in accordance with the Court's Order Establishing Certain Notice, Case Management and Administrative Procedures entered on August 5, 2015 (Doc. 111) and the Service List maintained by Kurtzman Carson Consultants in this case, to the following:

*And all parties receiving notices via ECF/CMF*

*And all parties appearing on the attached Service List.*

/s/ Kevin A. Lake
Kevin A. Lake

Kevin A. Lake (VSB No. 34286)
MCDONALD, SUTTON & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
(804) 643-0000
klake@mcdonaldsutton.com

*Counsel for Lone Wolfe Natural Resources, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **Chapter 11** |
| **Alpha Natural Resources, Inc., et al.,** | **Case No. 15-33896 (KRH)** |
| **Debtor** | **Jointly Administered** |

## <u>MOTION TO REOPEN CASE</u>

COMES NOW, your movant, Lone Wolfe Natural Resources, Inc.("Lone Wolfe"), an

unsecured claimant of Arley Johnson, an employee of Brooks Run Mining Company, LLC, one

of the above-captioned reorganized debtors in the above-captioned jointly administered case

("Brooks Run"),  by counsel and pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. P. 5010, Local

Rule 5010-1, and the Court's Order Approving Motion for Entry of a Final Decree and Order

and related relief (Doc. 4119) (the "Final Decree"), on Lone Wolfe's Motion to Reopen

Bankruptcy Case (the "Motion").  In support of the Motion, Lone Wolfe respectfully states as

follows:

1. Lone Wolfe is an unsecured creditor, asserting a prepetition claim against Arley Johnson,
   an employee of Brooks Run ("Johnson").

2. The above-captioned reorganized debtors, including Brooks Run, filed the above-
   captioned bankruptcy case under chapter 11 of the U.S. Bankruptcy Code, 11 U.S.C. §

101 et seq. (the "Code"), in the United States Bankruptcy Court for the Eastern District of

Virginia, Richmond Division (the "Court"), on or about August 3, 2015 (the "Petition

Date").

3.  On June 28, 2018 and pursuant to the Final Decree, the chapter 11 cases of the

reorganized debtors, including Brooks Run, were closed.

4.  The Final Decree provides that the "Order is without prejudice to any party's right to re-

open any Chapter 11 Case or Chapter 11 Cases." (Final Decree, at paragraph 3).

5.  Lone Wolfe requests that the chapter 11 case of Brooks Run, and any other of the jointly

administered chapter 11 cases as the court may deem necessary or appropriate, be

reopened so that Lone Wolfe may file the attached complaint (and any amendments

thereto which the Court may permit) seeking, among other things, a determination that

Lone Wolfe's pursuit of certain of its claims (the "Claims") against Johnson are not

enjoined under the discharge injunction provided for under the Second Amended Joint

Plan of Reorganization of Debtors and Debtors in Possession, as Modified (the

"Confirmed Plan").

6.  The Claims are set forth in greater detail in the attached Complaint and its attachments,

but, in summary, Lone Wolfe asserts that it is not enjoined from pursuing the Claims

because they result from acts or omissions of Johnson which constitute gross negligence

or willful misconduct.

7.  Section 350 of the Code provides that "[a] case may be reopened in the court in which

such case was closed to administer assets, to accord relief to the debtor, or for other

cause." 11 U.S.C. 350(b).

**WHEREFORE**, the Lone Wolfe respectfully requests that the Court enter an order in substantially the form of the attached proposed order, providing for the reopening of this case to allow for the filing of the attached complaint (or a complaint in substantially the form of the attached complaint); and that the Court grant such other and further relief as it deems just and appropriate.

**LONE WOLFE NATURAL RESOURCES, INC.**

By: /s/ Kevin A. Lake

Kevin A. Lake, Esquire (VSB# 34286)
MCDONALD, SUTTON & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, VA 23230
Tel: (804) 643-0000
Fax: (804) 788-4427
klake@mcdonaldsutton.com

*Counsel for Lone Wolfe Natural Resources, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December 2018, a true and correct copy of the foregoing Motion and Notice of Motion was served electronically or by first class mail, postage prepaid, in accordance with the Court's Order Establishing Certain Notice, Case Management and Administrative Procedures entered on August 5, 2015 (Doc. 111) and the Service List maintained by Kurtzman Carson Consultants in this case, to the following:

*And all parties receiving notices via ECF/CMF*

*And all parties appearing on the attached Service List.*

*[\* Indicating on the attached Service List service by ECF or email. All others served by First Class U.S. Mail, postage prepaid.]*

/s/ Kevin Lake

Kevin A. Lake (VSB No. 34286)
MCDONALD, SUTTON & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
(804) 643-0000
klake@mcdonaldsutton.com

*Counsel for Lone Wolfe Natural Resources, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **Chapter 11** |
| **Alpha Natural Resources, Inc., et al.,** | **Case No. 15-33896 (KRH)** |
| **Debtor** | **Jointly Administered** |

## <u>ORDER REOPENING CASE</u>

This matter came to be heard upon the Motion to Reopen Case (the "Motion"), filed with the Court by Lone Wolfe Natural Resources, Inc., an unsecured creditor of Arley Johnson, an employee of Brooks Run Mining Company, LLC, one of the above-captioned reorganized debtors ("Brooks Run"), by counsel.

It appearing that, after proper notice served on all necessary parties, no objection or response has been filed with this Court or, if any such response or objection was filed, same being overruled, and that good cause has otherwise been shown, it is hereby

ORDERED as follows:

- The Motion shall be, and hereby is, GRANTED;

- This case of Brooks Run Mining Company, LLC shall be and hereby is REOPENED for the purpose of Lone Wolfe's filing a complaint, as set forth in the Motion; and

- The Clerk shall send a copy of this Order, once entered, to all parties appearing on the attached Mailing List.

DATE: _____

_____
Kevin A. Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
Entered on Docket

_____

I ask for this:

/s/ Kevin A. Lake
Kevin A. Lake, Esquire (VSB# 34286)
McDonald, Sutton & DuVal, PLC
5516 Falmouth Street, Suite 108
Richmond, Virginia 23230
(804) 643-0000
klake@mcdonaldsutton.com

*Counsel for Lone Wolfe Natural Resources, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Local Rule, that, on this 11th day of December 2018, I caused a true and exact copy of the foregoing proposed Order to be transmitted by electronic means or by first-class mail, postage prepaid, to all necessary parties as follows: See attached Service List.

/s/ Kevin A. Lake
Kevin A. Lake, Esquire

## CERTIFICATION OF ENDORSEMENT

I hereby certify, under Local Rule 9022-1 (C) (2), that the foregoing proposed Order has been endorsed by all necessary parties.

/s/ Kevin A. Lake
Kevin A. Lake

**<u>SERVICE LIST:</u>**

**SERVICE LIST:**

Alpha Natural Resources, Inc.
Attn: Richard H. Verheij, Esq.*
Executive Vice President,
General Counsel & Corporate Secretary
One Alpha Place
P.O. Box 16429
Bristol, Virginia 24209
Email: rverheij@alphanr.com
[Debtors]

David G. Heiman, Esq.*
Carl E. Black, Esq.*
Thomas A. Wilson, Esq.*
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
dgheiman@jonesday.com;
ceblack@jonesday.com;
tawilson@jonesday.com
[Counsel to the Debtors]

Robert B. Van Arsdale, Esq.*
Shannon F. Pecoraro, Esq.*
Office of the United States Trustee,
Eastern District of Virginia
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
[Office of United States Trustee]

Elisabetta G. Gasparini, Esq.*
Office of the United States Trustee
1835 Assembly Street, Suite 953
Columbia, South Carolina 29201
Email: elisabetta.g.gasparini@usdoj.gov
[Office of United States Trustee]

Attn: Mark M. Manno
One Alpha Place
Bristol, Virginia 24202
[Debtor]

Tyler P. Brown, Esq.*
Henry P. (Toby) Long, III, Esq.*
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
[Local counsel to Debtors]

Hugh M. Bernstein, Esq.*
Office of the United States Trustee,
District of Maryland
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
Email: Hugh.M.Bernstein@usdoj.gov
[Office of United States Trustee]

Dennis F. Dunne, Esq.*
Evan R. Fleck, Esq.*
Eric K. Stodola, Esq.*
Milbank, Tweed, Hadley & McCoy LLP
28 Liberty Street
New York, NY 10005
Email: ddunne@milbank.com;
efleck@milbank.com;
estodola@milbank.com
[Counsel to Creditors' Committee]

Andrew L. LeBlanc, Esq.*
Milbank, Tweed, Hadley & McCoy LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Email: aleblanc@milbank.com
[Counsel to Creditors Committee]

William A. Gray, Esq.*
W. Ashley Burgess, Esq.*
Roy M. Terry, Jr., Esq.*
Sands Anderson P.C.
P.O. Box 1998
Richmond, VA 23218-1998
[Local counsel to Creditors Committee]

Lynn Lewis Tavenner, Esq.*
Paula S. Beran, Esq.*
David N. Tabakin, Esq.*
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
[Counsel to Retiree Committee]

John R. Owen, Esq.*
Jeremy D. Capps, Esq.*
Melissa Y. York, Esq.*
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
Richmond, VA 23235
[Counsel to Retiree Committee]

Damian S. Schaible, Esq.*
Damon P. Meyer, Esq.*
Bradley A. Schecter,Esq.*
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Email: damian.schaible@davispolk.com;
damon.meyer@davispolk.com;
bradley.schecter@davispolk.com
[Co-counsel to DIP Agent and First Lien Agent]

Dion W. Hayes, Esq.*
Sarah B. Boehm, Esq.*
K. Elizabeth Sieg, Esq.*
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
[Co-counsel to DIP Agent and First Lien Agent]

Paul M. Basta, Esq.*
Stephen E. Hessler, Esq.*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Email: pbasta@kirkland.com;
stephen.hessler@kirkland.com
[Counsel to Ad Hoc Committee of Second Lien
Noteholders]

Gregory F. Pesce, Esq.*
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Email: gregory.pesce@kirkland.com
[Counsel to Ad Hoc Committee of Second Lien
Noteholders]

Debra A. Dandeneau, Esq.*
John J. Dedyo, Esq.*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: debra.dandeneau@weil.com
Email: john.dedyo@weil.com
[Counsel to General Electric Credit Corporation]

Michael A. Condyles, Esq.*
Peter J. Barrett, Esq.*
Jeremy S. Williams, Esq.*
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, VA  23219-3500
[Local counsel to Ad Hoc Committee of Second Lien
Noteholders]

Jayne T. Goldstein, Esq.*
Kenneth Pasquale, Esq.*
Gabriel E. Sasson, Esq.*
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Email: jgoldstein@strook.com;
kpasquale@strook.com;
gsasson@strook.com
*[Counsel to Second Lien Notes Trustee]*

Sharon L. Levine, Esq.*
Paul Kizel, Esq.*
Philip J. Gross, Esq.*
Nicole M. Brown, Esq.*
LowensteinSandler LLP
65 Livingston Avenue
Roseland, NJ 07068
Email: slevine@lowenstein.com;
pkizel@lowenstein.com;
pgross@lowenstein.com;
nbrown@lowenstein.com
*[Counsel to UMWA]*

Troy Savenko, Esq.*
Kaplan Voekler Cunningham & Frank, PLC
1401 East Cary Street
Richmond, VA 23219
*[Local counsel to UMWA]*

Kurtzman Carson Consultants LLC
Attn: Joe Morrow*
2335 Alaska Avenue
El Segundo, California 90245
Telephone: (310)-823-9000
Facsimile: (310) 751-1862
Email: AlphaNRinfo@kccllc.com
*[Claims and Noticing Agent]*

Harold L. Kaplan, Esq.*
Mark F. Hebbeln, Esq.*
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: hkaplan@foley.com
Email: mhebbeln@foley.com
*[Counsel to the Indenture Trustees for the Debtors'*
*Secured and Unsecured Notes]*

Grant Crandall, Esq.*
United Mine Workers of America
18354 Quantico Gateway Drive, Suite 200
Triangle, Virginia 22172
*[United Mine Workers of America]*

McKinsey Recovery & Transformation Services U.S.,
LLC
55 East 52nd Street
New York, NY 10055
    Attn: Mr. Kevin Carmody
*[Turnaround Advisor]*

Edward C. Dolan, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Email: edward.dolan@hoganlovells.com
*[Counsel to McKinsey]*

Peter A. Ivanick, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Email: peter.ivanick@hoganlovells.com
*[Counsel to McKinsey]*

Bruce H. Matson, Esq.*
Christopher L. Perkins, Esq.*
LeClair Ryan
919 East Main Street
Richmond, VA 23219
*[Counsel to McKinsey]*

Martin J. Bienenstock, Esq.*
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Email: mbienenstock@proskauer.com
*[Counsel to McKinsey]*

7