UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

Alpha Natural Resources, Inc., et al.,

Debtors.

Chapter 11
Case No. 15-33896-KRH
(Jointly Administered)

## ORDER

The Court hereby schedules a status conference in this case to be held on **Tuesday, January 15, 2019 at 11:00 a.m.** in **Courtroom 5000, U.S. Courthouse, 701 East Broad Street, Richmond, Virginia 23219** pursuant to 11 U.S.C. § 101(d)(1).

It is further **ORDERED** that counsel for the Reorganized Debtors, Mar-Bow Value Partners, LLC, McKinsey Recovery and Transformation Services U.S., LLC, and the Office of the United States Trustee shall appear at the above-scheduled status conference, **provided, however**, that any party wishing to appear telephonically may do so via Court-Solutions.

Dated:   January 10, 2019                         /s/ Kevin R. Huennekens
                                                  UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 1/10/19