

July 6, 2016

2016 JUL -6  AM10: 10
FILED

**VIA HAND DELIVERY**

The Honorable Kevin R. Huennekens
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

> **RE:   *In re: Alpha Natural Resources, Inc., et al.,***
> ***Case No. 15-33896 (Jointly Administered)***

Honorable Judge Huennekens:

Pursuant to the Order Compelling McKinsey Recovery & Transformation Services U.S., LLC, Turnaround Advisor for the Debtors, to Comply with the Requirements of Bankruptcy Rule 2014 [Docket No. 2895] entered on July 1, 2016, enclosed please find the Disclosure, *In Camera*, by McKinsey Recovery & Transformation Services U.S., LLC.

Sincerely,

Christopher L. Perkins
*Counsel for McKinsey Recovery &*
*Transformation Services U.S., LLC*

Enclosures

cc:   Martin J. Bienenstock (with enclosures)

E-mail: Christopher.Perkins@leclairryan.com
Direct Phone: (804) 783-7550
Direct Fax: (804) 783-7686

919 East Main Street, Twenty-Fourth Floor
Richmond, Virginia 23219
Phone: (804) 783-2003 \ Fax: (804) 783-2294

CALIFORNIA \ COLORADO \ CONNECTICUT \ DELAWARE \ GEORGIA \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ RHODE ISLAND \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM

EASTERN DISTRICT OF VIRGINIA
UNITED STATES BANKRUPTCY COURT
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| Alpha Natural Resources, Inc, *et al.*, | ) | Case No. 15-33896-KRH |
| Debtor(s) | ) | (Jointly Administered) |
| | ) | |

### DISCLOSURE, *IN CAMERA*, BY
### MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC
### <u>PURSUANT TO ORDER DATED JULY 1, 2016</u>

Pursuant to this Court's order dated July 1, 2016 [Docket # 2895], McKinsey Recovery &

Transformation Services U.S., LLC ("McKinsey RTS"), provides, for initial *in camera* review

by the Court, and subsequent review pursuant to a confidentiality agreement by the United States

Trustee and primary attorneys for (i) the above-captioned debtors (the "Debtors") and (ii) the

statutory creditors' committee, the following information:

1) A list containing the names of the 121 undisclosed connections discussed at the hearing, together with sufficient information for the Court to determine (1) whether any of those connections constitute an interest that is adverse to the estate and (2) whether McKinsey is disinterested, all as required by 11 U.S.C. § 327:

    a) Every name on the list of interested parties provided by the Debtors (such list, the

        "Interested Parties List" and such parties, the "Interested Parties") with whom McKinsey

        RTS or its affiliates (collectively, "McKinsey") has a connection, along with its

        Interested Party category, is listed on Schedule 1 attached hereto. Schedule 1 lists 128

        distinct connections, and after deleting duplicate matches and name coincidences that

        turned out not to be Interested Parties or their affiliates, and adding names of clients of

        affiliates of McKinsey RTS, the list of distinct connections totals 121.

1

b) In the instances of Interested Parties who are clients of McKinsey, none of them account for more than 1.2% of McKinsey' annual gross revenue on a consolidated basis as of year- ended December 31, 2015.

c) In all cases, the services provided by McKinsey to each Interested Party on Schedule 1 are unrelated and not adverse to the Debtors, as confirmed by the survey process described in Paragraph 4(c) below.

d) In the instances in which the Interested Party on Schedule 1 was a former employer of a McKinsey individual, the match is likely not a connection for purposes of Rule 2014, but is nevertheless disclosed.

e) McKinsey and its personnel are neither prepetition creditors, equity security holders, nor prepetition insiders of the Debtors, within the meaning of Bankruptcy Code section 101(14). McKinsey and its personnel are not, and were not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors. McKinsey does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

2) Identification of Interested Parties that manage investments for MIO Partners, Inc. or its investment affiliates (collectively, "MIO"):

a) Attached hereto as Schedule 2 is the list of Interested Parties that manage investments in funds, funds of funds, or third party managers where MIO has no input or control over investment decisions. The information on Schedule 2 is proprietary information of MIO and therefore has not been and will not be shared with any non-MIO personnel (except its board of directors), including the McKinsey RTS team serving the Debtors, other than McKinsey's Office of the General Counsel and its legal advisors.

2

3) Identification of Interested Parties in which MIO owns securities; provided, however, that (i) where MIO invests in or with funds of funds, funds, or third party managers, and has no input or control over investment decisions therein, McKinsey RTS shall disclose only which funds of funds, funds, and third party managers are on the list of Interested Parties and (ii) where MIO has directed an investment with its investment discretion, McKinsey RTS shall disclose the Interested Parties whose names match with names on MIO's ledgers of investments:

   a) Attached hereto as Schedule 3 is the list of Interested Parties whose names match with names on MIO's ledgers of investments where MIO has directed an investment with its investment discretion. The information on Schedule 3 is proprietary information of MIO and therefore has not been and will not be shared with any non-MIO personnel (except its board of directors), including the McKinsey RTS team serving the Debtors, other than McKinsey's Office of the General Counsel and its legal advisors.[1]

4) The survey response rates to the email surveys sent to McKinsey RTS and its affiliates' personnel in connection with each Carmody declaration filed in this case and any responses thereto showing a connection to an Interested Party together with sufficient information for the Court to determine (1) whether any of those connections constitute an interest that is adverse to the estate and (2) whether McKinsey is disinterested, all as required by 11 U.S.C. § 327.

   a) All Interested Parties named in the responses to the email surveys sent to McKinsey personnel which disclosed connections are incorporated into the list in Schedule 1 hereto.

   b) Paragraph 1(e) above is incorporated here.

   c) <u>One client service team lead partner per client on Schedule 1</u>: McKinsey's client database includes all McKinsey's clients (the "Global Client Database"). Therefore, the matching of the Interested Party List and the Global Client Database produced a list of every McKinsey client who might be a connection. With respect to every client

---

[1]   Notwithstanding the last sentence of Paragraph 3(a), the information in Schedule 3 was made available to Kevin Carmody, the Practice Leader at McKinsey RTS in charge of the services it is rendering to the Debtors, for the sole purpose of enabling him to provide the verification in Schedule 4 hereto pursuant to 28 U.S.C. § 1746.

identified pursuant to the matching process described in the preceding sentence, the survey responses produced a 100% response rate insofar as at least one partner who leads the client service team with respect to any such client provided a survey response, including with respect to each client that appears on Schedule 1. To assure the response would include at least one response from a client service team lead partner for each client, McKinsey sent out survey emails to every client service team lead partner that served any such client during the relevant time period, which accounted for the delivery of approximately 40% more survey emails than the number of responses received. This was McKinsey's most important survey as it was the mechanism to ensure that McKinsey was not working on an adverse matter at any of the clients on Schedule 1 as well as to put these Partners on notice that they could not provide support to any client that might be considered adverse to the Debtors without first contacting the McKinsey General Counsel's office.

d) <u>McKinsey consultants who serve the Debtors were asked to identify additional connections</u>: 100% response rate.

e) <u>McKinsey RTS U.S.</u>: response rate of 87% (McKinsey RTS globally 53%)- this was a secondary check only, as most if not all of the client data was already available through the Global Client Database that contains a record of all client relationships.

f)  McKinsey sent the following additional email surveys to persons who did not have clients on the Interested Parties List based on results from matching the parties on the Interested Parties List with its Global Client Database. These surveys customarily, are only responded to by individuals having possible connections to disclose:

i)   Survey to Partners with no clients on the Interested Parties List according to the
Global Client Database and who are not affiliated with McKinsey RTS: 26%
response rate. Partners typically respond to this survey only if they have a connection
to report. It is not a targeted survey as in 4c above as it is only sent to those Partners
who, according to our Global Client Database, do not have clients on the Interested
Parties List. This survey requests, among other things, disclosures of connections
adverse to the Debtors.

ii)  Survey to McKinsey employees who are not Partners, do not have clients on the
Interested Parties List based on the Global Client Database, and are not affiliated with
McKinsey RTS: All remaining colleagues survey: 39% response rate. Colleagues
typically respond to this survey only if they have a connection to report.

5)  Attached hereto as Schedule 4 is the verification of Kevin Carmody.

By:   /s/ Christopher L. Perkins
        Local Counsel

LECLAIRRYAN, A Professional Corporation
919 East Main Street, Twenty-Fourth Floor
Richmond, Virginia 23219
(804) 783-7550 Direct
(804) 783-7686 Fax
Christopher.Perkins@leclairryan.com

Bruce H. Matson, Esq.
LeClair Ryan, A Professional Corporation
919 East Main Street
Richmond, VA 23219
Bruce.Matson@leclairryan.com

*Local Counsel for McKinsey Recovery & Transformation Services U.S., LLC*

-and-

McKinsey Recovery & Transformation Services U.S., LLC
55 East 52nd Street
New York, NY 10055
  Attn: Mr. Kevin Carmody
Kevin_Carmody@mckinsey.com

Martin J. Bienenstock, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
mbienenstock@proskauer.com

Edward C. Dolan, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Edward.Dolan@hoganlovells.com

Peter A. Ivanick, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Peter.Ivanick@hoganlovells.com

*Counsel for McKinsey Recovery & Transformation Services U.S., LLC*

Schedule 1

SCHEDULE 1 - CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER ANTICIPATED IN ORDER DATED JULY 1, 2016

| McKinsey Client Name | Interested Party Name | Interested Party List Category |
|---|---|---|
| 3i and EU PE | 3i Debt Management US LLC | Secured Term Loan Lenders |
| ACE Limited | Ace American Insurance Co. | Beneficiaries of Letters of Credit |
| | ACE American Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| | ACE Bermuda | Insurers, Insurance Brokers and Third-Party Administrators |
| | Westchester Fire Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| Aegon N.V. | Aegon USA Investment Management LLC | Secured Term Loan Lenders |
| Affiliated Managers Group | Systematic Financial Management | Secured Term Loan Lenders |
| Allianz | Allianz Global US | Secured Term Loan Lenders |
| American Electric Power Co. Inc. | AEP River Operations LLC | |
| | American Electric Power | |
| | American Electric Power/Appalachian Power Company | |
| | Appalachian Power Company | |
| | Indiana Michigan Power Company | Major Customers of the Debtors+ |
| | National Union Fire Insurance Company of Pittsburgh | |
| | AIG Commercial Equipment Finance | Debtors' Largest Unsecured Creditors (Excluding Noteholders) |
| | AIG Specialty Insurance Company | Significant Utility Providers |
| | Chartis Specialty Insurance Company | |
| | Commerce and Industry Insurance Company | Beneficiaries of Letters of Credit |
| | Lexington Insurance Company (US) | Insurers, Insurance Brokers and Third-Party Administrators |
| American International Group (AIG) | | Parties to Material Unexpired Leases with the Debtors |
| | | Major Equity Holders |
| Ameriprise Financial Inc | Columbia Management Investment Advisers LLC | Secured Term Loan Lenders |
| Anchorage Advisors LLC | Anchorage Capital Group LLC | Major Equity Holders |
| Anglo American plc | Anglo American Plc | Major Competitors |
| Apollo Management | Apollo Global Management | Revolving Facility Lenders (Apollo) |
| | Apollo Global Management LLC | Secured Term Loan Lenders (Apollo) |
| | | Major Unsecured Noteholder (Oaktree) |

| McKinsey Client Name | Interested Party Name | Interested Party List Category |
|---|---|---|
| | ArcelorMittal Princeton | Major Competitors |
| ArcelorMittal SA | ArcelorMittal Sourcing, S.A. | Major Customers of the Debtors |
| | Pristine Resources, Inc. (Arcelor Mittal) | Parties to Material Unexpired Leases with the Debtors |
| AT&T | AT&T | Significant Utility Providers |
| | AT&T Mobility | |
| Australia and New Zealand Banking Group Limited (ANZ) | Australia and New Zealand Banking Group Ltd. (ANZ) | Depository and Disbursement Banks |
| | | Major Equity Holders |
| Bain Capital | Sankaty Advisors LLC | Major Unsecured Noteholders |
| | | Second Lien Noteholders |
| | | Secured Term Loan Lenders |
| Bank of Montreal | Bank of Montreal | Secured Term Loan Lenders |
| Bank of America Corp. | Banc of America Leasing & Capital | Revolving Facility Lenders |
| | Bank of America, N.A. | Parties to Material Unexpired Leases with the Debtors |
| | Bank of America | Revolving Facility Lenders |
| | | Secured Term Loan Lenders |
| | | Depository and Disbursement Banks |
| | | Debtors' Professionals, Consultants and Service Providers |
| Barclays Plc | Barclays Bank PLC | Secured Term Loan Lenders |
| | | Revolving Facility Lenders |
| BB&T Corp. | Branch Banking and Trust Company | Parties to Joint Ventures with the Debtors |
| | | Revolving Facility Lenders |
| BHP Billiton Ltd. | BHP Billiton | Major Competitors |
| BlackRock Inc. | BlackRock Advisors LLC | Major Unsecured Noteholders |
| | BlackRock Fund Advisors | Major Equity Holders |
| Bloomberg L.P. | Bloomberg Finance, L.P. | Debtors' Professionals, Consultants and Service Providers |
| | Bloomberg BNA | |
| Capital One Financial Corp | Capital One Equipment Leasing & Finance | Parties to Material Unexpired Leases with the Debtors |
| Caterpillar Inc. | Caterpillar Financial Services | Parties to Material Unexpired Leases with the Debtors |
| CBRE Group Inc. | CBRE Inc. | Secured Term Loan Lenders |
| CenturyLink Inc. | CenturyLink | Significant Utility Providers |
| Charles Schwab Corporation | Charles Schwab Investment Management, Inc. | Major Equity Holders |

| McKinsey Client Name | Interested Party Name | Interested Party List Category |
|---|---|---|
| Chubb Corporation | Chubb & Son | Beneficiaries of Letters of Credit |
| | Chubb Group of Insurance Companies | Material Sureties |
| | Federal Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| Citadel LLC | Citadel Advisors, LLC | Parties to Joint Ventures with the Debtors |
| Citigroup | Citigroup Global Markets | Revolving Facility Lenders |
| Citizens Bank - EHS | Citizens Bank of Weston | Parties to Joint Ventures with the Debtors |
| CNA Financial Corp. | CNA Insurance Group | Material Sureties |
| Credit Agricole | Credit Agricole Bank | Depository and Disbursement Banks |
| | Credit Agricole Corporate and Investment Bank | Revolving Facility Lenders |
| Credit Suisse Group | Credit Suisse | Secured Term Loan Lenders |
| CSX Corporation | CSXT | Debtors' Largest Unsecured Creditors (Excluding Noteholders) |
| | | Major Equity Holders |
| Deutsche Bank AG | Deutsche Asset Management Investmentgesellschaft mbH (DeAM) | Depository and Disbursement Banks |
| | Deutsche Bank | Revolving Facility Lenders |
| | | Secured Term Loan Lenders |
| Duke Energy Corporation | Duke Energy/Progress | Major Customers of the Debtors |
| Enel SpA | Enel Trade SpA | Major Customers of the Debtors |
| Ernst & Young LLP | Ernst & Young | Debtors' Professionals, Consultants and Service Providers |
| Finanredi Spa | Siderurgica Triestina Srl | Major Customers of the Debtors |
| FL Smidth & Co. A/S | FLSmidth USA Charleston Operations | Other Major Suppliers of Goods and Services |
| General Electric Company | GE Fairchild LLC | Other Major Suppliers of Goods and Services |
| | General Electric Capital Corporation | Lenders Under A/R Facility |
| | Homer City Generation, L.P. | Major Customers of the Debtors |
| Glencore International AG | Glencore Plc | Major Competitors |
| Goldman Sachs Group | Goldman Sachs Bank USA | Revolving Facility Lenders |
| H.I.G. Capital LLC | H.I.G. Whitehorse Capital LLC | Secured Term Loan Lenders |
| | J.P. Morgan Securities LLC | Major Unsecured Noteholders |
| JPMorgan Chase & Co. | JPMorgan Chase & Co., nka JPMorgan Chase, National Association | Depository and Disbursement Banks |
| | JPMorgan Chase Bank, N.A. | Revolving Facility Lenders |
| | | Secured Term Loan Lenders |
| KBC Bank and Insurance Holding Company NV | KBC Fund Management, Ltd. | Major Equity Holders |

| McKinsey Client Name | Interested Party Name | Interested Party List Category |
|---|---|---|
| KPMG | KPMG LLP | Debtors' Professionals, Consultants and Service Providers |
| Lazard Ltd | Lazard Asset Management LLC (U.S.) | Major Unsecured Noteholders |
| Liberty Mutual Group | Liberty Mutual Insurance Co. | Beneficiaries of Letters of Credit |
| | Liberty Mutual Insurance Companies | Material Sureties |
| | Liberty Mutual Insurance Europe, Ltd. | Insurers, Insurance Brokers and Third-Party Administrators |
| M&T Bank Corp. | Wilmington Trust Company | Current Bond Trustees |
| MassMutual Financial Group | Oppenheimer Funds | Secured Term Loan Lenders |
| McGraw-Hill Companies Inc. | Standard & Poor's | Debtors' Professionals, Consultants and Service Providers |
| | | Depository and Disbursement Banks |
| Morgan Stanley | Morgan Stanley | Secured Term Loan Lenders |
| | Morgan Stanley Senior Funding, Inc. | Revolving Facility Lenders |
| Munich Re | Munich Re | Insurers, Insurance Brokers and Third-Party Administrators |
| Nationwide | Freedom Specialty Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| Neuberger Berman Group Llc | Neuberger Berman | Secured Term Loan Lenders |
| | Neuberger Berman Management LLC. | Major Unsecured Noteholders |
| New York Life Insurance Company | MacKay Shields LLC | Major Unsecured Noteholders |
| Nexans | Nexans Americable Inc. | Second Lien Noteholders |
| | Nexans Amercable Inc. | Parties to Material Contracts with the Debtors |
| Nomura Securities Co. Ltd. | Nomura Corporate Research and Asset Management, Inc. (U.S.) | Major Unsecured Noteholders |
| | Nomura Securities Co., Ltd. | Major Equity Holders |
| Northwestern Mutual Life Insurance Co. | Mason Street Advisors LLC | Major Unsecured Noteholders |
| NRG Energy Inc. | NRG Power Marketing LLC | Major Customers of the Debtors |
| Oaktree Capital Management LLC | Oaktree Capital Management, L.P. | Major Unsecured Noteholders |
| Onex Corporation | Onex Credit Partners, LLC | Secured Term Loan Lenders |
| Orica | Nelson Brothers LLC | Debtors' Largest Unsecured Creditors (Excluding Noteholders) |

| McKinsey Client Name | Interested Party Name | Interested Party List Category |
|---|---|---|
| Peabody Energy Corporation | Peabody COALTRADE LLC | Major Customers of the Debtors |
| | Peabody Energy Corp. | Parties to Joint Ventures with the Debtors |
| | Peabody Energy, Inc. | Major Competitors |
| | Peabody Holding Co., Inc. | |
| | Peabody Powder River Operations, LLC | |
| Pinebridge Investments Middle East B.S.C. | Pinebridge Investments LLC | Secured Term Loan Lenders |
| PNC Financial Services | PNC Bank | Depository and Disbursement Banks |
| | PNC Bank, N.A. | Revolving Facility Lenders |
| Prudential Corporation Plc | PPM America, Inc. | Major Unsecured Noteholders |
| Prudential Financial, Inc. | Prudential Insurance | Secured Term Loan Lenders |
| Riva Fire Spa | Ilva S.P.A. | Major Customers of the Debtors |
| Rothschild & Cie | Rothschild, Inc. | Debtors' Professionals, Consultants and Service Providers |
| Royal Bank Financial Group | RBC Global Asset Management, Inc. | Major Equity Holders |
| Royal Bank of Scotland Group plc | RBS Greenwich Capital | Revolving Facility Lenders |
| Siemens AG | Siemens Financial Services | Parties to Material Unexpired Leases with the Debtors |
| | Siemens Industry Pace Global | Debtors' Professionals, Consultants and Service Providers |
| Société Générale | SG Americas Securities LLC | Major Unsecured Noteholders |
| SSAB Svenskt Stål AB | SSAB EMEA AB | Major Customers of the Debtors |
| Staples | Staples Advantage | Parties to Material Unexpired Leases with the Debtors |
| State of Michigan | Michigan Department of Treasury | Major Equity Holders |
| | SSgA Funds Management, Inc. | Major Equity Holders |
| State Street Corporation | State Street Global Advisors (SSgA) | Major Unsecured Noteholders |
| Stichting Administratiekantoor Vitol Holding II | Vitol, Inc. | Major Customers of the Debtors |
| Sumitomo Mitsui Banking Corporation (SMBC) | Sumitomo Mitsui Banking Corporation | Revolving Facility Lenders |
| | Sumitomo Mitsui Banking Corporation (SMBC) | Depository and Disbursement Banks |
| Swiss Re | Swiss Re International SE | Insurers, Insurance Brokers and Third-Party Administrators |
| Tata Sons | Tata Steel Global Procurement Co, Pte., Ltd. | Major Customers of the Debtors |
| Teck Resources Limited | Teck Resources, Ltd. | Major Competitors |

| McKinsey Client Name | Interested Party Name | Interested Party List Category |
|---|---|---|
| Tennessee, State of Tennessee | Tennessee Department of Environment and Conservation | Permitting/Licensing Authorities, Environmental Regulatory Agencies and Reclamation Bonding Entities |
| The Capital Group Companies Inc | Capital Research & Management Company (U.S.) | Major Unsecured Noteholders |
| The Hartford Financial Services Group Inc. | Hartford Casualty Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| The Travelers Companies Inc. | Twin City Fire Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| The Vanguard Group Inc. | Travelers | Beneficiaries of Letters of Credit |
| | Vanguard Group, Inc. | Major Equity Holders |
| Thomson Reuters Corporation | Thomson Reuters | Major Equity Holders |
| | Thomson Reuters GRC, Inc. | |
| | Thomson Tax & Accounting | |
| | Thomson Reuters | Debtors' Professionals, Consultants and Service Providers |
| U.S. Bancorp | The Bancorp, Inc. | Depository and Disbursement Banks |
| | U.S. Bancorp Equipment Finance Inc. | Parties to Material Unexpired Leases with the Debtors |
| | U.S. Bank, National Association | Revolving Facility Lenders |
| UBS AG | UBS | Depository and Disbursement Banks |
| | UBS Financial Services, Inc. | Major Equity Holders |
| | UBS Loan Finance Stamford Branch TRS | Revolving Facility Lenders |
| UniCredit SpA | Pioneer Investment Management, Inc. | Major Unsecured Noteholders |
| Union Bank of California | Union Bank, N.A., fka Union Bank of California | Current Bond Trustees |
| United States Chamber of Commerce | United States Chamber of Commerce | Debtors' Professional Memberships and Commercial Associations |
| United States Steel Corp | United States Steel | Major Customers of the Debtors |
| Verizon Communications | Verizon | Significant Utility Providers |
| | Verizon Business | |
| | Verizon Wireless | |
| W.R. Berkley Corp. | Berkley | Insurers, Insurance Brokers and Third-Party Administrators |
| Walter Energy Inc. | Walter Energy, Inc. | Major Competitors |
| Wells Fargo & Company | Wells Fargo | Depository and Disbursement Banks |
| | Wells Fargo Bank, N.A. | Revolving Facility Lenders |
| Willis | Willis of New York | Debtors' Professionals, Consultants and Service Providers |
| Windstream | Windstream | Significant Utility Providers |
| Wolters Kluwer | CT Corporation System d/b/a CT Lien Solutions | Debtors' Professionals, Consultants and Service Providers |

| McKinsey Client Name | Interested Party Name | Interested Party List Category |
|---|---|---|
| XL Group Plc | XL Insurance Company SE | |
| | XL Specialty Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| Zurich Financial Services | American Guarantee & Liability (Zurich) | Insurers, Insurance Brokers and Third-Party Administrators |
| | Zurich American Insurance Co. | Beneficiaries of Letters of Credit |
| | Zurich American Insurance Company | Insurers, Insurance Brokers and Third-Party Administrators |
| | Zurich Insurance Group | Material Sureties |
| McKinsey served an informal group of holders of the Debtors' first lien senior secured loans in the Arch Coal, Inc. bankruptcy case.  Arch Coal, Inc. is not a McKinsey client | Arch Coal, Inc. | Parties to Material Unexpired Leases with the Debtors |
| | | Major Competitors |
| | | Parties to Joint Ventures with the Debtors |

**SCHEDULE 1 - CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER ANTICIPATED IN ORDER DATED JULY 1, 2016**

| McKinsey Employee Name | Former Employer | Interested Party Name | Interested Party List Category | Notes |
|---|---|---|---|---|
| Ignace Proot | ArcelorMittal Flat Carbon Europe | ArcelorMittal Princeton; ArcelorMittal Sourcing, S.A.; Pristine Resources, Inc. (Arcelor Mittal) | Major Competitors; Major Customers of the Debtors; Parties to Material Unexpired Leases with the Debtors | ArcelorMittal was also disclosed as a client |
| Heather Eiseman | GE Oil and Gas | GE Fairchild LLC; General Electric Capital Corporation; Homer City Generation, L.P. | Other Major Suppliers of Goods and Services; Lenders Under A/R Facility; Major Customers of the Debtors | GE was also disclosed as a client |
| Brian Green | Nalco Champion | Nalco Co. | Other Major Suppliers of Goods and Services | |
| Kyle Sturgeon, Jeff Gordon, Neil Christie, Keith Beattie, Chris Moye, Michael Pesch, Geoff White, Joao Carlos Frenades, Richard Hudson | Alvarez & Marsal Valuation services North America LLC | Alvarez & Marsal Valuation services North America LLC | Debtors' Professionals, Consultants and Service Providers | |
| Matt Johnston | Australia & New Zealand Banking Group Ltd. (ANZ) | Australia and New Zealand Banking Group Ltd. (ANZ) | Depository and Disbursement Banks | ANZ was also disclosed as a client |
| Matt Johnston | KPMG | KPMG LLP | Debtors' Professionals, Consultants and Service Providers | KPMG was also disclosed as a client |

## SCHEDULE 1 - CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER ANTICIPATED IN ORDER DATED JULY 1, 2016

| McKinsey Employee Name | Interested Party served through a former employer | Notes |
|---|---|---|
| Jeremy Seeley | Deutsche Bank | Deutsche Bank was also disclosed as a Firm client |
| Jeremy Seeley | JP Morgan | JP Morgan was also disclosed as a Firm client |
| Rick Notorianni | NGP Energy Capital Management | |
| Jeremy Seeley | Morgan Stanley | Morgan Stanley was also disclosed as a Firm client |

SCHEDULE 1 - CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER ANTICIPATED IN ORDER DATED JULY 1, 2016

| List of Debtors Professionals from Interested Parties List that were Retained by McKinsey |
| --- |
| Accountemps |
| Bank of America |
| Bloomberg Finance, L.P. |
| Cherry Bekaert LLP |
| Cleary Gottlieb Steen & Hamilton LLP |
| Corporate Executive Board |
| Ct Corporation System D/B/A Ct Lien Solutions |
| Davis Polk & Wardwell LLP |
| Deloitte Tax LLP |
| Ernst & Young |
| Houlihan Lokey, Inc. |
| Hunton & Williams LLP |
| Jones Day |
| KPMG LLP |
| Moody's Investors Service |
| Siemens Industry Pace Global |
| Standard & Poor's |
| Thomson Reuters |
| Towers Watson |
| Willis of New York |
| Kirkland & Ellis |
| Mcguire Woods LLP |
| Protiviti |
| Quinn Emanuel |
| Stroock & Stroock & Lavan LLP |

## Schedule 2

1.    Eaton Vance Corporation
2.    BlackRock Advisers LLC
3.    BlackRock Fund Advisors
4.    SSGA Funds Management, Inc.
5.    State Street Global Advisers
6.    Citadel Advisors LLC
7.    Hudson Bay Capital Management LP
8.    Wells Fargo Bank N.A.
9.    Western Asset Management

## Schedule 3

1.    Deutsche Bank
2.    JP Morgan Securities LLC
3.    JP Morgan Chase Bank N.A.
4.    Citigroup Global Markets
5.    Bank of America, N.A.
6.    Goldman Sachs Bank USA
7.    Barclays Bank plc
8.    Morgan Stanley
9.    Morgan Stanley Senior Funding Inc.
10.   Credit Suisse
11.   UBS
12.   UBS Financial Services, Inc.

Schedule 4

I, Kevin Carmody, declare as follows:

1) I am the Practice Leader at McKinsey Recovery & Transformation Services U.S., LLC

    ("McKinsey RTS") in charge of the services it is rendering to the Debtors.

2) The information provided in this disclosure pursuant to the Court's order dated July 1, 2016

    [Docket # 2895] was compiled at my request by the legal and financial teams at McKinsey

    RTS and its affiliates.

    Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information, and belief, I declare

    under penalty of perjury that the information and schedules in this disclosure are true and

    correct.

Dated: July 6, 2016
Richmond, Virginia

Kevin Carmody

_____
Practice Leader
McKinsey Recovery & Transformation
Services U.S., LLC

10